UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENG HUANG,

                Plaintiff,

v.

THE OHIO STATE UNIVERSITY and    Case No. 2:18-cv-12727-VAR-DRG
GIORGIO RIZZONI,

                                        District Judge Victoria A. Roberts
              Defendants.    Magistrate Judge David R. Grand
_____/

**PLAINTIFF'S MOTION TO ENTER STIPULATED PROPOSED ORDER
DISMISSING CERTAIN COUNTS OF PLAINTIFF'S COMPLAINT**

### PLAINTIFF'S MOTION TO ENTER STIPULATED PROPOSED ORDER DISMISSING CERTAIN COUNTS OF PLAINTIFF'S COMPLAINT

Plaintiff requests that the Court enter the attached stipulated proposed order dismissing certain counts of her complaint. While Ms. Huang contends that these claims are viable (with the exception of the racial harassment claim under Title IX), she seeks to dismiss them in order to prevent unnecessary litigation and appeals over certain issues raised in Defendants' motion to dismiss her complaint (Dkt. 12).

Defendants have consented to the entry of this stipulated order.

s/Bruce C. Fox
Bruce. C. Fox (PA 42576)
Andrew J. Horowitz (PA 311949)
Qiwei Chen (PA 322789)
Obermayer Rebmann
Maxwell & Hippel LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA  15219
(412) 288-2461)
bruce.fox@obermayer.com
andrew.horowitz@obermayer.com
qiwei.chen@obermayer.com

Stuart M. Israel (P15359)
John G. Adam (P37205)
Legghio & Israel, P.C.
306 South Washington, Suite 600
Royal Oak, MI 48067; (248) 398-5900
israel@legghioisrael.com
jga@legghioisrael.com

4825-3623-1050

              Attorneys for Plaintiff

March 19, 2019

4825-3623-1050

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to all parties of interest participating in the CM/ECF system.

s/Bruce C. Fox

4825-3623-1050