UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENG HUANG,

                    Plaintiff,

v.

THE OHIO STATE UNIVERSITY and     Case No. 2:18-cv-12727-VAR-DRG
GIORGIO RIZZONI,

                        HON. Victoria A. Roberts
                Defendants.    Magistrate Judge David R. Grand
_____/

**STIPULATED PROPOSED ORDER DISMISSING CERTAIN COUNTS OF
PLAINTIFF'S COMPLAINT**

IT IS HEREBY ORDERED, this     day of        , 2019, that the

following counts of Plaintiff's Complaint (Dkt. 1) are dismissed with prejudice:

- Count A: racial harassment under Title IX;[1]

- Count I: battery;

- Count J: assault;

- Count K: intentional infliction of emotional distress;

- Count L: negligent infliction of emotional distress; and

_____

[1] Plaintiff's sexual harassment claim under Title IX is not dismissed.

- Count N: defamation, except as to claims that Defendant Rizzoni made Defamatory statements about Plaintiff to Ford employees.


_____
Victoria A. Roberts
United States District Court Judge