UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENG HUANG,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY and
GIORGIO RIZZONI,

    Defendants.
_____/

Case No. 18-12727
District Judge Victoria A. Roberts
Magistrate Judge David R. Grand

**ORDER GRANTING PLAINTIFF'S MOTION TO ENTER STIPULATED PROPOSED ORDER DISMISSING CERTAIN COUNTS OF PLAINTIFF'S COMPLAINT (Doc. #23)**

On March 19, 2019, Plaintiff filed a motion to enter a stipulated proposed order dismissing certain counts of her complaint. Defendants responded and agreed to the stipulated dismissal, while making clear that they "in no way waive any of the remaining arguments in their motion to dismiss"; Defendants also note that they "in no way waive their rights to file appropriate motions or appeals on any issues or rulings relevant to Plaintiffs' remaining claims by agreeing to this stipulated dismissal."

The parties agree to dismiss the following counts of Plaintiff's complaint:

1. **Count A**: Racial harassment under Title IX;
2. **Count I**: Battery;
3. **Count J**: Assault;
4. **Count K**: Intentional Infliction of Emotional Distress;
5. **Count L**: Negligent Infliction of Emotional Distress; and
6. **Count N**: Defamation, except as to claims that Defendant Rizzoni made defamatory statements about Plaintiff to Ford employees.

These Counts are **DISMISSED**.

**IT IS ORDERED**.

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: April 4, 2019

S:\Roberts\Roberts\Sean\Huang v. Ohio State et al. (18-12727)\Order Granting Plaintiff's Motion for Stipulated Order (18-12727).docx