UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MENG HUANG,**

      **Plaintiff,**

  v.                                      **Civil Action 2:19-cv-1976**
                                                  **Judge James L. Graham**
                                                  **Magistrate Judge Chelsey M. Vascura**

**THE OHIO STATE UNIVERSITY,** *et al.*,

      **Defendants.**

## ORDER

In light of Plaintiff's Objections to Order Denying Plaintiff's Motion to Recuse Magistrate Judge (ECF No. 64), the telephonic discovery conference currently scheduled for October 30, 2020, is **VACATED** and will be rescheduled following resolution of Plaintiff's Objections.

The undersigned also wishes to address Plaintiff's contention in her Objections that I am currently scheduled to teach a class at The Ohio State University's Moritz College of Law in the Spring 2021 semester. This contention is false. Although Plaintiff is correct that OSU's website currently lists me as the instructor for one section of Trial Practice in Spring 2021, this is an administrative error. That section of Trial Practice in Spring 2021 will be co-taught by Judge Watson of this Court and his law clerk, Caitlin Miller. I have contacted OSU to rectify the error on its website. I further reiterate that my Fall 2020 teaching activities have concluded, and I have no ongoing employment relationship with OSU.

    **IT IS SO ORDERED.**

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE