IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura |
| v. | JURY TRIAL DEMANDED |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW ALLISON N. GENARD
AS COUNSEL FOR PLAINTIFF**

The law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") hereby moves to withdraw Allison N. Genard, Esquire in this matter and states as follows:

1. Obermayer currently represents Plaintiff Meng Huang in this matter.
2. Attorney Genard is no longer employed by Obermayer.
3. Plaintiff remains represented by other Obermayer attorneys whose appearance is entered in this matter.
4. Obermayer respectfully requests that this Court grant leave to withdraw Allison N. Genard from representation of Plaintiff in this matter.

WHEREFORE, Obermayer respectfully requests that this Court grant leave for Allison N. Genard, Esquire, to withdraw as Counsel for Plaintiff in this matter.

Dated: July 28, 2021

> *s/ Bruce C. Fox*
> Bruce C. Fox, Esq. (Pa. ID No. 42576)
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> 525 William Penn Place, Suite 1710
> Pittsburgh, PA 15219
> Phone:  (412) 566-1500
> Fax:  (412) 281-1530
> bruce.fox@obermayer.com
> *Counsel for Plaintiff Meng Huang*

1

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that all counsel of record are being served with a true and correct copy of this document via the Courts CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

      s/ Bruce C. Fox  
      Bruce C. Fox

OMC\4840-6804-0436.v1-7/28/21