# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MENG HUANG,** | |
| Plaintiff, | **Case No. 2:19-cv-1976** |
| v. | **Judge James L. Graham** |
| **THE OHIO STATE UNIVERSITY,** *et al.,* | **Magistrate Judge Chelsey M. Vascura** |
| Defendants. | |

## ORDER

On January 31, 2022, Plaintiff's counsel filed their Motion to Withdraw as Counsel for Plaintiff citing an "irretrievable breakdown in the relationship between client and counsel" as one of several reasons counsel believes good cause exists to grant their motion. (ECF No. 121 at 6612.) Counsel represents that "Plaintiff has also stated that she wishes to terminate her counsel's engagement." (Horowitz Aff. ¶ 4, ECF No. 121-2 at 6615.)

Plaintiff is hereby ordered to respond to her counsel's motion to withdraw **on or before February 13, 2022**. If Plaintiff has retained new counsel, she must inform the Court of counsel's identity and have her new counsel file a notice of appearance immediately.

**IT IS SO ORDERED.**

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: February 3, 2022