# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MENG HUANG,** | |
| Plaintiff, | Case No. 2:19-cv-1976 |
| v. | Judge James L. Graham |
| **THE OHIO STATE UNIVERSITY,** *et al.,* | Magistrate Judge Chelsey M. Vascura |
| Defendants. | |

## ORDER

All further proceedings in this case shall be **STAYED**. The current dates for final pretrial conference and trial are hereby **VACATED**. Plaintiff shall retain new counsel within sixty (60) days of the date of this Order. Once Plaintiff's new counsel enter their appearances, the Court will grant present counsel's motion to withdraw. The Court will then hold a scheduling conference to discuss any further proceedings necessary in this case.

**IT IS SO ORDERED.**

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: February 14, 2022