IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>   Plaintiff,<br><br> vs.<br><br>THE OHIO STATE UNIVERSITY and GEORGIO RIZZONI,<br><br>   Defendants. | Case No. 1:20-cv-1976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Notice of Appearance as Counsel for Plaintiff** |

  Pursuant to the Court's order of February 14, 2022 (Doc #: 124), Attorney Peter Pattakos (Ohio Bar No. 0082884) hereby enters his appearance as counsel for Plaintiff Meng Huang in this matter.

  Please direct all further correspondence, orders, notifications, and all other information about this case to Attorney Pattakos using the below-listed contact information.

  Finally, please also note that Attorney Pattakos will shortly be joined by his colleague Joseph Coburn (Ohio Bar No. 0088532), of the same law firm, as counsel for Plaintiff upon Attorney Coburn's admission to practice in this Court which the undersigned expects to be approved within the next week or two.

          Respectfully submitted,

          */s/ Peter Pattakos*
          Peter Pattakos (0082884)
          THE PATTAKOS LAW FIRM LLC
          101 Ghent Road
          Fairlawn, Ohio 44333
          Phone: 330.836.8533
          Fax: 330.836.8536
          peter@pattakoslaw.com

          *Attorney for Plaintiff Meng Huang*

## Certificate of Service

The foregoing document was filed on April 21, 2021, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Peter Pattakos*
*Attorney for Plaintiff*