**EXHIBIT 4**

**Plunkett Cooney, PC**
**25577.83339 (Ohio Attorney General Office - Huang vs. OSU, et al.)**
**Billing History as of 11/08/22**

| Client | Matter | Bill # | Date | Total Billed | Total A/R |
|---|---|---|---|---|---|
| 25577 | 83339 | 10705498 | 10/03/18 | $2,300.00 | $0.00 |
| 25577 | 83339 | 10708873 | 11/06/18 | $7,976.77 | $0.00 |
| 25577 | 83339 | 10710909 | 12/10/18 | $7,435.37 | $0.00 |
| 25577 | 83339 | 10713752 | 01/07/19 | $80.00 | $0.00 |
| 25577 | 83339 | 10715669 | 02/05/19 | $280.00 | $0.00 |
| 25577 | 83339 | 10719065 | 03/08/19 | $11,858.53 | $0.00 |
| 25577 | 83339 | 10721138 | 04/08/19 | $1,735.30 | $0.00 |
| 25577 | 83339 | 10724093 | 05/06/19 | $2,280.00 | $0.00 |
| 25577 | 83339 | 10726622 | 06/05/19 | $4,429.06 | $0.00 |
| 25577 | 83339 | 10729351 | 07/03/19 | $408.20 | $0.00 |
| 25577 | 83339 | 10732132 | 08/05/19 | $80.00 | $0.00 |
| 25577 | 83339 | 10735556 | 09/11/19 | $60.00 | $0.00 |
| 25577 | 83339 | 10745978 | 01/06/20 | $1,560.00 | $0.00 |
| 25577 | 83339 | 10749222 | 02/07/20 | $280.00 | $0.00 |
| 25577 | 83339 | 10751929 | 03/04/20 | $1,140.00 | $0.00 |
| 25577 | 83339 | 10754928 | 04/02/20 | $1,820.00 | $0.00 |
| 25577 | 83339 | 10758405 | 05/05/20 | $17,948.04 | $0.00 |
| 25577 | 83339 | 10761267 | 06/09/20 | $84,122.31 | $0.00 |
| 25577 | 83339 | 10766055 | 07/08/20 | $182,934.41 | $0.00 |
| 25577 | 83339 | 10767807 | 08/17/20 | $52,604.78 | $0.00 |
| 25577 | 83339 | 10770701 | 09/08/20 | $9,288.80 | $0.00 |
| 25577 | 83339 | 10773387 | 10/02/20 | $5,260.00 | $0.00 |
| 25577 | 83339 | 10777533 | 11/05/20 | $15,435.00 | $0.00 |
| 25577 | 83339 | 10780780 | 12/07/20 | $16,380.30 | $0.00 |
| 25577 | 83339 | 10784014 | 01/07/21 | $5,297.00 | $0.00 |
| 25577 | 83339 | 10787089 | 02/02/21 | $34,348.55 | $0.00 |
| 25577 | 83339 | 10790944 | 03/04/21 | $14,569.25 | $0.00 |
| 25577 | 83339 | 10794096 | 04/15/21 | $25,474.10 | $0.00 |
| 25577 | 83339 | 10798253 | 05/06/21 | $17,931.77 | $0.00 |
| 25577 | 83339 | 10801819 | 06/03/21 | $12,707.50 | $0.00 |
| 25577 | 83339 | 10805738 | 07/06/21 | $3,920.00 | $0.00 |
| 25577 | 83339 | 10809740 | 08/05/21 | $6,680.00 | $0.00 |
| 25577 | 83339 | 10813636 | 09/07/21 | $400.30 | $0.00 |
| 25577 | 83339 | 10817870 | 10/07/21 | $120.00 | $0.00 |
| 25577 | 83339 | 10835336 | 03/02/22 | $780.00 | $0.00 |
| 25577 | 83339 | 10839253 | 04/06/22 | $60.00 | $0.00 |
| 25577 | 83339 | 10843355 | 05/05/22 | $1,180.00 | $0.00 |
| 25577 | 83339 | 10846735 | 06/06/22 | $620.00 | $0.00 |
| 25577 | 83339 | 10849938 | 07/06/22 | $1,600.00 | $0.00 |
| 25577 | 83339 | 10853278 | 08/04/22 | $280.00 | $0.00 |
| 25577 | 83339 | 10856535 | 09/07/22 | $500.00 | $500.00 |
| 25577 | 83339 | 10860213 | 10/14/22 | $1,040.00 | $1,040.00 |
| | | | | **$555,205.34** | **$1,540.00** |