**Discovery Disputes Resolved By Court**

| DATE | ISSUE | RESOLVED IN FAVOR OF |
|---|---|---|
| 5/27/20 | Inspection of Dr. Rizzoni's Office at OSU and areas of his home | Plaintiff |
| 5/27/20 | Deposition of OSU President Michael Drake | OSU |
| 8/24/20 | Number of Defendants' Interrogatories | Defendants |
| 8/24/20 | Interrogatory #6 to OSU re: other complaints of sexual harassment and/or assault against any OSU employees for the past 10 years | OSU |
| 8/24/20 | Interrogatory #11 to OSU re: amount of revenue generated by Center for Automotive Research | OSU |
| 8/24/20 | Request for Production #18 to OSU re: documents relating to efforts to monitor effectiveness of sexual harassment policies | OSU |
| 8/24/20 | Request for Production #23 to OSU re: documents relating to OSU's Sexual Civility and Empowerment Unit | OSU |
| 8/24/20 | Request for Production #24 to OSU re: search terms | Deferred by Parties |
| 8/24/20 | Requests for Documents to OSU re: deposition of Kristi Hoge relating to investigative report regarding staff member in OSU's College of Food, Agricultural and Environmental Sciences | OSU |
| 8/24/20 | Requests for Documents to OSU re: deposition of Kristi Hoge relating to all drafts and version control metadata regarding OSU's investigate report regarding Plaintiff's claim against Defendant Rizzoni | Plaintiff |
| 8/24/20 | Requests for Documents to OSU re: deposition of Kristi Hoge relating to transcript of Ms. Hoge from prior sexual harassment case in which she performed an investigation | OSU |
| 8/24/20 | Requests for Documents to OSU re: deposition of Kristi Hoge relating to report from Department of Education's Office of Civil Rights' recent investigation of sexual harassment at OSU | OSU |
| 11/19/20 | Plaintiff's Notice of Deposition to OSU Under FRCP 30(b)(6) | OSU |
| 11/19/20 | Plaintiff's Production of Witness Declarations | Plaintiff |
| 11/19/20 | Plaintiff's Reliance on FRCP 33(d) re: referring to several hundred pages of documents in answer to interrogatories 28(a), 28(b), 30(a), 32(a), 32(b), 36(a), 36(b), 36(d), 36(e), 36(g) 36(h), 36(j), 36(m), 36(n), 39(a), 39(b), 39(c), 39(d), and 36(f) | OSU<br><br>*except for 36(f) |
| 11/19/20 | Plaintiff's Damages Calculations re: interrogatory 31 | Defendants |
| 11/19/20 | Plaintiff's Damages Calculations re: quarterly reports of to-date accrued attorney's fees and costs | Defendants |
| 11/19/20 | Plaintiff's Deletion of Files from her BuckeyeBox | Plaintiff |