**EXHIBIT 6**

| Attorney | Years of Practice |
|---|---|
| Christina Corl | 27 |
| Laura Dinon | 34 |
| Peter Cronk | 23 |
| Ellen Jannette | 34 |
| Marc Jerabek | 18 |
| Rochelle Clark | 8 |
| Theodore Degenhardt | 6 |
| Kate Nighswander | 9 |
| Stacy Kelly | 5 |
| Sydney Puricelli | 20 |
| Sean Walsh | 29 |
| Matthew Cross | 9 |
| Heather Cude | 7 |
| Jeffrey Hengeveld | 19 |
| Daniel Hurley | 36 |
| Jennifer Walker | 13 |
| Melissa Lettiere | 15 |
| Karen Beach | 11 |
| Laurel McGiffert | 42 |
| Kaitlyn Cox | 2 |
| Kaitlin Gant | 1 |
| Jeffrey Gerish | 28 |

Open.25577.83339.30020535-1