**Costs: Depositions (excluding Defendant Rizzoni)**

| Deposition | Cost | Invoice |
|---|---|---|
| 8/12/20 | 1318.70 | Invoice #339797 |
| 11/17/20 | 1014.20 | Invoice #6343 |
| 11/17/20 – J. Parry | 960.70 | Invoice #6354 |
| 12/14/20 – Dyche Anderson | 537.00 | Invoice #371109 |
| 1/5/21 – Maryn Weimer | 601.40 | Invoice #6437 |
| 1/5/21 – Kellie Brennan | 807.15 | Invoice #372804 |
| 2/9/21 – 3 transcripts | 679.55 | Invoice #380834 |
| 2/18/21 | 495.15 | Invoice #6511 |
| 2/24/21 | 639.80 | Invoice #384278 |
| 2/26/21 | 452.25 | Invoice #6523 |
| 3/5/21- Plaintiff | 2995.05 | Invoice #384823 |
| 3/5/21 – Plaintiff | 2212.50 | Invoice #384821 |
| 3/5/21 – Plaintiff | 1463.50 | Invoice #389328 |
| 3/10/21 – Transcript | 353.05 | Invoice #388832 |
| 4/7/21 | 1371.77 | Invoice #349560 |
|  |  | Invoice #394548 |
| **Total** | **$15,901.77** |  |

**Attorney Fees: Preparation, Defense, and/or Taking of Depositions (excluding Defendant Rizzoni)**

| Date | Timekeeper | Hours |
|---|---|---|
| 6/11/20 | CC | 0.9 |
| 6/11/20 | MJ | 6.7 |
| 6/12/20 | MJ | 2.1 |
| 6/15/20 | MJ | 0.6 |
| 6/16/20 | CC | 1.2 |
| 6/16/20 | CC | 2.4 |
| 6/17/20 | CC | 2.9 |
| 6/18/20 | CC | 1.9 |
| 6/24/20 | CC | 0.9 |
| 6/25/20 | CC | 6.8 |
| 8/12/20 | MJ | 1.1 |
| 9/11/20 | KC | 6.5 |
| 9/14/20 | MJ | 0.4 |
| 9/28/20 | KC | 0.3 |
| 9/29/20 | SK | 1.4 |
| 9/30/20 | KC | 1.1 |
| 10/7/20 | CC | 1.8 |
| 10/9/20 | SK | 0.6 |
| 10/28/20 | SK | 1.4 |
| 10/29/20 | KC | 3.0 |
| 10/30/20 | CC | 0.9 |
| 11/2/20 | CC | 2.8 |

| Date | Code | Value |
|---|---|---|
| 11/3/20 | CC | 3.3 |
| 11/5/20 | CC | 8.2 |
| 11/7/20 | CC | 0.9 |
| 11/10/20 | CC | 3.8 |
| 11/25/20 | CC | 1.1 |
| 11/27/20 | CC | 0.9 |
| 11/30/20 | CC | 0.7 |
| 12/1/20 | CC | 1.5 |
| 12/3/20 | CC | 4.5 |
| 12/5/20 | CC | 1.6 |
| 12/6/20 | CC | 1.3 |
| 12/7/20 | CC | 1.5 |
| 1/7/21 | CC | 1.4 |
| 1/8/21 | CC | 2.9 |
| 1/11/21 | CC | 0.6 |
| 1/11/21 | CC | 0.9 |
| 1/12/21 | CC | 1.9 |
| 1/12/21 | CC | 1.4 |
| 1/13/21 | CC | 1.9 |
| 1/13/21 | CC | 2.3 |
| 1/14/21 | CC | 4.1 |
| 1/15/21 | SK | 4.2 |
| 1/15/21 | CC | 3.8 |
| 1/17/21 | SK | 4.7 |
| 1/18/21 | MJ | 7.1 |
| 1/18/21 | SK | 2.6 |
| 1/19/21 | MJ | 4.2 |
| 1/19/21 | SK | 1.7 |
| 1/20/21 | CC | 1.9 |
| 1/20/21 | MJ | 3.1 |
| 1/21/21 | CC | 1.4 |
| 1/21/21 | MJ | 1.4 |
| 1/22/21 | MJ | 2.2 |
| 1/22/21 | MJ | 8.9 |
| 1/22/21 | SK | 2.3 |
| 1/23/21 | CC | 3.2 |
| 1/23/21 | MJ | 5.5 |
| 1/24/21 | CC | 2.2 |
| 1/24/21 | MJ | 3.9 |
| 1/25/21 | CC | 4.9 |
| 1/25/21 | MJ | 4.7 |
| 1/25/21 | MJ | 7.4 |
| 1/25/21 | SK | 6.3 |
| 1/25/21 | CC | 2.3 |
| 1/26/21 | MJ | 5.6 |
| 1/26/21 | CC | 1.9 |

| | | |
|---|---|---|
| 1/26/21 | SK | 2.6 |
| 1/27/21 | CC | 9.8 |
| 1/28/21 | CC | 1.9 |
| 1/28/21 | SK | 2.1 |
| 1/28/21 | CC | 1.0 |
| 1/29/21 | CC | 3.0 |
| 2/1/21 | MJ | 0.6 |
| 2/2/21 | MJ | 0.5 |
| 2/2/21 | SK | 0.6 |
| 2/9/21 | MJ | 7.4 |
| 2/9/21 | SK | 2.3 |
| 2/10/21 | MJ | 8.2 |
| 2/10/21 | SK | 1.2 |
| 2/14/21 | MJ | 4.2 |
| 2/14/21 | SK | 2.1 |
| 2/20/21 | CC | 1.9 |
| 2/24/21 | CC | 1.5 |
| 2/25/21 | CC | 2.1 |
| 3/4/21 | MJ | 1.4 |
| 3/9/21 | MJ | 1.5 |
| 3/10/21 | CC | 2.9 |
| 3/10/21 | MJ | 6.7 |
| 3/11/21 | CC | 2.9 |
| 3/11/21 | CC | 0.4 |
| 3/12/21 | MJ | 0.6 |
| 3/12/21 | CC | 2.6 |
| | **TOTAL** | **263.8** |

Open.25577.83339.30020531-1