8/12/2020

PAY One thousand three hundred eighteen and 70/100 Dollars  ****************$1,318.70

Req: 552317    Vendor: 03407

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| PLUNKETT COONEY | 8/12/2020 | | REQ: 552317 | Check Number: | 100004948 |
|---|---|---|---|---|---|
| 1052 | | | | | |
| 339797 | 8/12/2020 | 03407 | Invoice for transcript and exhibits of witness C. Corl (with her approval) AP135890 VENDOR: PLANET DEPOS, LLC; INVOICE#: 339797; DATE: 8/12/2020 - Invoice for transcript and exhibits of witness C. Corl (with her approval) AP135890 | | $1,318.70 |
| | | | | Check Total: | $1,318.70 |

**EXHIBIT 8**

11/17/2020

*PAY One thousand fourteen and 20/100 Dollars* ***************$1,014.20

Req: 555515 Vendor: 15378

**Thornsberry Reporting**
**829 Bethel Road**
**Suite 129**
**Columbus, OH 43214**

| | | | | | |
|---|---|---|---|---|---|
| **PLUNKETT COONEY** | 11/17/2020 | | **REQ: 555515** | **Check Number:** | 100005026 |
| 1052 | | | | | |
| 6343 | 11/17/2020 | 15378 | **Deposition transcript fee** | | $1,014.20 |
| | | | **C. Corl** | | |
| | | | **API 36555** | | |
| | | | **VENDOR: Thornsberry Reporting; INVOICE#: 6343;** | | |
| | | | **DATE: 11/17/2020 - Deposition transcript fee** | | |
| | | | **C. Corl** | | |
| | | | **API 36555** | | |
| | | | | **Check Total:** | **$1,014.20** |

11/17/2020

PAY Nine hundred sixty and 70/100 Dollars   ****************$960.70

Req: 555517    Vendor: 15378

**Thornsberry Reporting**
**829 Bethel Road**
**Suite 129**
**Columbus, OH 43214**

| | | | | | | |
|---|---|---|---|---|---|---|
| **PLUNKETT COONEY** | 11/17/2020 | | **REQ: 555517** | | **Check Number:** | 100005027 |
| 1052 | | | | | | |
| 6354 | 11/17/2020 | 15378 | Fees for transcript of Jonathan Parry<br>API 36556<br>C. Corl<br>VENDOR: Thornsberry Reporting; INVOICE#: 6354;<br>DATE: 11/17/2020 - Fees for transcript of Jonathan Parry<br>API 36556<br>C. Corl | | | $960.70 |
| | | | | | **Check Total:** | **$960.70** |

12/14/2020

PAY Five hundred thirty-seven and 00/100 Dollars  ****************$537.00

Req: 556840    Vendor: 13415

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| | | | | | | |
|---|---|---|---|---|---|---|
| PLUNKETT COONEY | 12/14/2020 | | REQ: 556840 | | Check Number: | 100005043 |
| 1052 | | | | | | |
| 371109 | 12/14/2020 | 13415 | Court reporting fee re: Dyche Anderson<br>C. Corl<br>API 45427<br>VENDOR: PLANET DEPOS, LLC; INVOICE#:<br>371109; DATE: 12/14/2020 - Court reporting fee re:<br>Dyche Anderson<br>C. Corl<br>API 45427 | | | $537.00 |
| | | | | | Check Total: | $537.00 |

1/5/2021

****************$601.40

PAY Six hundred one and 40/100 Dollars

Req: 557427   Vendor: 15378

**Thornsberry Reporting**
**829 Bethel Road**
**Suite 129**
**Columbus, OH 43214**

| | | | | | |
|---|---|---|---|---|---|
| **PLUNKETT COONEY** | 1/5/2021 | | **REQ: 557427** | **Check Number:** | 100005060 |
| 1052 | | | | | |
| 6437 | 1/5/2021 | 15378 | **Fees for certified transcript of Maryn Weimer** | | **$601.40** |
| | | | **C. Corl** | | |
| | | | **AP145445** | | |
| | | | **VENDOR: Thornsberry Reporting; INVOICE#: 6437; DATE: 1/5/2021  -  Fees for certified transcript of Maryn Weimer** | | |
| | | | **C. Corl** | | |
| | | | **AP145445** | | |
| | | | | **Check Total:** | **$601.40** |

1/5/2021  *****************$807.15

PAY Eight hundred seven and 15/100 Dollars

Req: 557465  Vendor: 13415

**PLANET DEPOS, LLC**
**P.O. BOX 69136**
**BALTIMORE, MD 21264-9136**

| | | | | | |
|---|---|---|---|---|---|
| **PLUNKETT COONEY** | 1/5/2021 | | REQ: 557465 | **Check Number:** | 100005061 |
| 1052 | | | | | |
| 372804 | 1/5/2021 | 13415 | Fees for Transcript of Kellie Brennan<br>C. Corl<br>AP145446<br>VENDOR: PLANET DEPOS, LLC; INVOICE#: 372804; DATE: 1/5/2021 - Fees for Transcript of Kellie Brennan<br>C. Corl<br>AP145446 | | $807.15 |
| | | | | **Check Total:** | **$807.15** |

**THIS DOCUMENT HAS A VOID PANTOGRAPH AND INVISIBLE FLUORESCENT FIBERS - VIEW UNDER BLACKLIGHT**

**PLUNKETT COONEY**
ATTORNEYS & COUNSELORS AT LAW

300 E. Broad Street, Suite 590
Columbus, OH 43215

PNC Bank, N.A.
Pennsylvania
56-389/412

CO 100005089



DATE 2/9/2021

AMOUNT ****************1679.55

PAY Six hundred seventy-nine and 55/100 Dollars

TO THE ORDER OF

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

Req: 558710
(2) SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

---

PLUNKETT ᴾ COONEY      300 E. Broad Street, Suite 590 • Columbus, OH 43215      CO 100005089

| PLUNKETT COONEY | 2/9/2021 | | REQ: 558710 | Check Number: | 100005089 |
|---|---|---|---|---|---|
| 1052 | | | | | |
| 380834 | 2/9/2021 | 03407 | Fees for 3 deposition transcripts<br>C. Corl<br>AP145476 | | $679.55 |
| | | | VENDOR: PLANET DEPOS, LLC; INVOICE#: 380834; DATE: 2/9/2021 - Fees for 3 deposition transcripts<br>C. Corl<br>AP145476 | | |
| | | | | **Check Total:** | **$679.55** |

PLUNKETT ᶜᴾ COONEY      300 E. Broad Street, Suite 590 • Columbus, OH 43215      CO 100005089

2/18/2021

\*..\*\*\*\*\*\*\*\*\*\*1495.15

PAY Four hundred ninety-five and 15/100 Dollars

Req: 559028    Vendor: 15378

Thornsberry Reporting
829 Bethel Road
Suite 129
Columbus, OH 43214

| 'LUNKETT COONEY 1052 | 2/18/2021 | | REQ: 559028 | Check Number: | 100005095 |
|---|---|---|---|---|---|
| 1511 | 2/18/2021 | 15378 | Court reporter fee for transcript<br>C Corl<br>AP145482<br>VENDOR: Thornsberry Reporting; INVOICE#: 6511;<br>DATE: 2/18/2021 - Court reporter fee for transcript<br>C Corl<br>AP145482 | | $495.15 |
| | | | | Check Total: | $495.15 |

2/24/2021

****.**********1639.80

PAY Six hundred thirty-nine and 80/100 Dollars

Req:     559195        Vendor:    03407

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| 'LUNKETT COONEY | 2/24/2021 | | REQ: 559195 | Check Number: | 100005107 |
|---|---|---|---|---|---|
| 1052 | | | | | |
| 584278 | 2/24/2021 | 03407 | Court reporter fees re: transcript C. Cori AP501995 | | $639.80 |
| | | | VENDOR: PLANET DEPOS, LLC; INVOICE#: 384278; DATE: 2/24/2021 - Court reporter fees re: transcript C. Corl AP501995 | | |
| | | | | Check Total: | $639.80 |

2/26/2021

*****************$452.25

PAY Four hundred fifty-two and 25/100 Dollars

Req:   559273        Vendor:   15378

Thornsberry Reporting
829 Bethel Road
Suite 129
Columbus, OH 43214

| 'LUNKETT COONEY | 2/26/2021 | | REQ: 559273 | Check Number: | 100005110 |
|---|---|---|---|---|---|
| 1052 | | | | | |
| 5523 | 2/26/2021 | 15378 | Court reporter fee<br>C. Corl<br>AP501998<br>VENDOR: Thornsberry Reporting; INVOICE#: 6523;<br>DATE: 2/26/2021  -  Court reporter fee<br>C. Cori<br>AP501998 | | $452.25 |
| | | | | Check Total: | $452.25 |

|  |  | 3/5/2021 | \*\*\* \*\*\*\*\*\*\*  12,995.05 |
|---|---|---|---|
| PAY Two thousand nine hundred ninety-five and 05/100 Dollars | | Req: 559509 | Vendor: 13415 |

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| 'LUNKETT COONEY 1052 | 3/5/2021 | | REQ: 559509 | Check Number: | 100005118 |
|---|---|---|---|---|---|
| 184823 | 3/5/2021 | 13415 | Court reporter fees for Plaintiff deposition<br>C Cori<br>AP502006<br>VENDOR: PLANET DEPOS, LLC; INVOICE#: 384823; DATE: 3/5/2021 - Court reporter fees for Plaintiff deposition<br>C Cori<br>AP502006 | | $2,995.05 |
| | | | | Check Total: | $2,995.05 |

3/5/2021

PAY Two thousand two hundred twelve and 50/100 Dollars  ·······*······  $2,212.50

Req:  559511    Vendor:  13415

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| 'LUNKETT COONEY | 3/5/2021 | | REQ: 559511 | Check Number: | 100005120 |
|---|---|---|---|---|---|
| 052 | | | | | |
| 84821 | 3/5/2021 | 13415 | Court reporting fees for plaintiff's deposition<br>C Corl<br>AP502008<br>VENDOR: PLANET DEPOS, LLC; INVOICE#: 384821; DATE: 3/5/2021 - Court reporting fees for plaintiff's deposition<br>C Corl<br>AP502008 | | $2,212.50 |
| | | | | Check Total: | $2,212.50 |

3/5/2021

*************$1,463.50

PAY One thousand four hundred sixty-three and 50/100 Dollars

Req: 559510     Vendor: 13415

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| ’LUNKETT COONEY | 3/5/2021 | | REQ: 559510 | Check Number: | 100005119 |
|---|---|---|---|---|---|
| 1052 | | | | | |
| 589328 | 3/5/2021 | 13415 | Court reporting fees for Plaintiff depositions<br>C Corl<br>AP502007<br>VENDOR: PLANET DEPOS, LLC; INVOICE#: 389328; DATE: 3/5/2021 - Court reporting fees for Plaintiff depositions<br>C Corl<br>AP502007 | | $1,463.50 |
| | | | | Check Total: | $1,463.50 |

3/10/2021

PAY Three hundred fifty-three and 05/100 Dollars   ...***********$353.05

Req:     559656        Vendor:    13415

PLANET DEPOS, LLC
P.O. BOX 69136
BALTIMORE, MD 21264-9136

| 'LUNKETT COONEY | 3/10/2021 | REQ: 559656 | Check Number: | 100005124 |
| 1052 | | | | |
| 188832 | 3/10/2021 | 13415 | Reporter fee: transcript<br>C Cori<br>AP502012<br>VENDOR: PLANET DEPOS, LLC; INVOICE#:<br>388832; DATE: 3/10/2021  -  Reporter fee: transcript<br>C Cori<br>AP502012 | $353.05 |
| | | | Check Total: | $353.05 |

4/7/2021

**************$i ,371 .77

AY One thousand three hundred seventy-one and 77/100 Dollars

Req:   560728       Vendor:  03407

**PLANET DEPOS, LLC**
**P.O. BOX 69136**
**BALTIMORE, MD 21264-9136**

| | | | | |
|---|---|---|---|---|
| **NKETT COONEY** | **4/7/2021** | **REQ: 560728** | **Check Number:** | 100005157 |
| 608394548 4/7/2021 | | 03407 | Court reporter fees<br>C Corl<br>AP502045<br>VENDOR: PLANET DEPOS, LLC; INVOICE#: 349560&394548; DATE: 4/7/2021 - Court reporter fees<br>C Corl<br>AP502045 | $1,371.77 |
| | | | **Check Total:** | **$1,371.77** |