**EXHIBIT 9**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>       Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>       Defendants. | Case No: 2:19-cv-1976<br><br>Judge James L. Graham<br><br>Magistrate Judge: Chelsey M. Vascura |

### AFFIDAVIT OF CHRISTINA L. CORL

I, **Christina L. Corl,** being duly sworn, hereby depose and state that if called I can testify of personal knowledge as follows:

1.     That I have been lead defense counsel on this matter on behalf of Defendants since the inception of the case.

2.     That I have reviewed all billing records and costs incurred in this case as outlined in Exhibits 4, 5, 6, 7 and 8 to Defendants'          n for Prevailing Party Fees and Costs.

3.     That all information contained '   Exhibit   4, 5, 6, 7 and 8 is true and accurate and was incurred by the University as a res  lt of the d  fense of this lawsuit.

4.     Further affiant sayeth naugl t.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**C ristina L. Corl**

2

Subscribed and sworn to before me this 18th day of November 2022.

**Margery S. Miller**
Notary Public
In and For the State of Ohio
Recorded in Fairfield County
Certificate # 2019•RE•788184
My Commission Expires
July 7, 2024

_____
Notary Public

My Comm'n expires:  01- 01-•____

Open.25577.83339.30024972-1

2