# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br>　　　　Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br>　　　　Defendants. | Case No: 2:19-cv-1976<br><br>Judge James L. Graham<br><br>Magistrate Judge: Chelsey M. Vascura |

## NOTICE OF RE-FILING OF EXHIBIT

Now comes Defendant The Ohio State University, by and through counsel, and hereby notifies the Court and all counsel of the re-filing of a corrected **Exhibit 9: Affidavit of Christina L. Corl (144-9)** to Defendant's Motion for an Award of Attorney's Fees and Costs Against Plaintiff (Doc# 144). The original filing contained an illegible signature line.

Respectfully submitted,

/s/ Christina L. Corl
Christina L. Corl (0067869)
Plunkett Cooney
300 East Broad St., Suite 590
Columbus, OH 43215
Tel: 614.629.3018
Fax: 614.629.3019
Email: ccorl@plunkettcooney.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th day of November 2022**, I filed the foregoing document with the Clerk of Court via the Court's electronic filing system. A copy has also been served, by this office, on **November 18, 2022** upon all counsel of record.

/s/ Christina L. Corl
Christina L. Corl (0067869)

Open.25577.83339.30026127-1

**EXHIBIT 9**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-cv-1976 |
| Plaintiff, | Judge James L. Graham |
| v. | Magistrate Judge: Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | |
| Defendants. | |

**AFFIDAVIT OF CHRISTINA L. CORL**

I, **Christina L. Corl,** being duly sworn, hereby depose and state that if called I can testify of personal knowledge as follows:

1. That I have been lead defense counsel on this matter on behalf of Defendants since the inception of the case.

2. That I have reviewed all billing records and costs incurred in this case as outlined in Exhibits 4, 5, 6, 7 and 8 to Defendants' Motion for Prevailing Party Fees and Costs.

3. That all information contained in Exhibits 4, 5, 6, 7 and 8 is true and accurate and was incurred by the University as a result of the defense of this lawsuit.

4. Further affiant sayeth naught.

_____
Christina L. Corl

Subscribed and sworn to before me this **18th** day of **November 2022.**

Margery S. Miller
Notary Public
In and For the State of Ohio
Recorded in Fairfield County
Certificate # 2019-RE-788184
My Commission Expires
July 7, 2024

_____
Notary Public

My Comm'n expires: __07-07-24__

Open.25577.83339.30024972-1

2