# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE OHIO STATE UNIVERSITY and GEORGIO RIZZONI,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Plaintiff's Unopposed Motion for Extension of Deadline to Respond to Defendant Ohio State University's Motion for Attorney Fees** |

　　Plaintiff Meng Huang hereby moves for an extension of 28 days, until December 30, 2022, in which to respond to Defendant Ohio State University's Motion for Attorney Fees that was filed on November 18, 2022. This extension is requested to accommodate for Plaintiffs' counsel's obligations in other pending matters, and scheduled time off for the holidays, while allowing for counsel to perform the work necessary to make a comprehensive and concise response to Ohio State's motion. The undersigned has conferred with the University's counsel, who has confirmed that the University does not oppose the extension, which will not delay the trial of this matter, and is made in good faith and not for any improper purpose.

　　Wherefore, Plaintiff requests this Court grant an extension of 28 days, until December 30, 2022, in which to respond to Defendant Ohio State University's Motion for Attorney fees.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Peter Pattakos*
　　　　　　　　　　　　　　　　　　　Peter Pattakos (0082884)
　　　　　　　　　　　　　　　　　　　THE PATTAKOS LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　101 Ghent Rd., Fairlawn, Ohio 44333
　　　　　　　　　　　　　　　　　　　P: 330.836.8533/F: 330.836.8536
　　　　　　　　　　　　　　　　　　　peter@pattakoslaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Meng Huang*

**Certificate of Service**

The foregoing document was filed on December 2, 2022, using the Court's e-filing system, which will serve copies on all necessary parties.

<u>/s/ Peter Pattakos</u><br>
*Attorney for Plaintiff*