IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, <br><br> Plaintiff, <br><br> v. <br><br> GIORGIO RIZZONI, <br><br> Defendant. | Case No: 2:19-cv-1976 <br><br> Judge James L. Graham <br><br> Magistrate Judge: Chelsey M. Vascura |

### UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES

NOW COME Defendants, by and through counsel, and request this Honorable Court to grant an extension of 14 days, *up to and including January 30, 2023*, in which to file their Reply in Support of OSU's Motion for Award of Attorneys' Fees (ECF #144). The response is currently due on January 15. No prior extension has been requested or granted and Plaintiff does not object to this request for extension.

Defense Counsel is currently preparing for a jury trial in this Court on the case of *EEOC v. OSU,* 2:20-cv-04624 and is preparing trial materials, exhibit and witness lists and other trial submissions due to the Court on January 13, 2023, and for a settlement conference with the Court on January 10. The brief extension requested here is to allow counsel to spend the appropriate time on both matters.

Wherefore, Defendants respectfully request this Honorable Court to grant their motion for a 14-day extension to file Reply in Support of OSU's Motion for Award of Attorneys' Fees (ECF #144) up to and including January 30, 2023.

        Respectfully submitted,

        **Ohio Attorney General**

        /s/ Christina L. Corl
        CHRISTINA L. CORL (0067869)
        Plunkett Cooney
        716 Mt. Airyshire Blvd., Suite 150
        Columbus, Ohio 43235
        Telephone:	(614) 629-3018
        Facsimile:	(248) 901-4040
        ccorl@plunkettcooney.com
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this **4th day of January 2023**, I filed the foregoing with the Clerk of Court which will send notification of such service and subsequent filing to all counsel via the Court's Electronic Filing System.

        /s/  Christina L. Corl
        Christina L. Corl  (0067869)

Open.25577.83339.30268843-1