IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Meng Huang.,

    Plaintiff,

v.

The Ohio State University and Giorgio Rizzoni,

    Defendants.

Case No: 2:19-cv-1976

Judge Graham

Magistrate Judge Vascura

## ORDER

Defendant Ohio State University has moved for an award of attorneys' fees and costs against plaintiff.  Defendant argues that the conduct of plaintiff's counsel during the course of the litigation was "unreasonable, frivolous, meritless, and vexatious." Doc. 144 at PAGEID 6707.

Because much of the conduct at issue took place while plaintiff was represented by prior legal counsel, **defendant Ohio State is instructed to, no later than 5:00 p.m. on January 10, 2023, serve a copy of its motion (with exhibits) by email on all of the attorneys of record who formerly represented plaintiff**.  Defendant shall also include a copy of this order in its email. Defendant shall file a notice on the Court's docket to reflect that it has served former counsel by email.

Should any former counsel wish to file a response to the motion with the Court, they must do so on or before January 25, 2023.  Defendant may file a reply to any responsive filings by former counsel on or before February 10, 2023.

DATE: January 9, 2023

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge