# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br>　　　　Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br>　　　　Defendants. | Case No: 2:19-cv-1976<br><br>Judge James L. Graham<br><br>Magistrate Judge: Chelsey M. Vascura |

## NOTICE OF SERVICE

Pursuant to this Court's Order of January 9, 2023, this Notice is to confirm that counsel for Defendant, The Ohio State University, served on all former counsel for Plaintiff this Court's Order of January 9, 2023, as well as Defendant's Motion for an Award of Attorney's Fees and Costs Against Plaintiff, along with all exhibits (ECF #144) via electronic mail at 8:14 am on January 10.

Respectfully submitted,

By: /s/ Christina L. Corl
Christina L. Corl (0067869)
PLUNKETT COONEY
716 Mt. Airyshire Blvd., Suite 150
Columbus, OH 43235
(614) 629.3018
ccorl@plunkettcooney.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this **10th day of January 2023**, I filed the foregoing document with the Clerk of Court via the Court's electronic filing system. A copy has also been served by this office on **January 10, 2023** upon all counsel of record.

/s/ Christina L. Corl
Christina L. Corl  (0067869)

Open.25577.83339.30313919-1