# Horowitz, Andrew

| | |
|---|---|
| **From:** | Fox, Bruce |
| **Sent:** | Saturday, January 30, 2021 4:10 PM |
| **To:** | OHSDdb_Vascura_Ch |
| **Cc:** | Leigh Anne Newcomer; Allison Moran; Joshua Adam Engel; Horowitz, Andrew; Genard, Allison; 'Corl, Christina'; Chen, Qiwei |
| **Subject:** | RE: Huang v. OSU et al  2:10-cv-1976 |

Judge Vascura,

This is the first time we have heard that there is a pending discovery dispute requiring the Court's immediate attention at the close of discovery. We do not believe that counsel has remotely satisfied her obligation to meet and confer. Only yesterday afternoon did counsel send us a letter identifying multiple areas of further inquiry, many of which could have in fact been made months ago. We have therefore had no opportunity to investigate--let alone meaningfully meet and confer on--the multiple areas of inquiry Ms. Corl has just identified. Once we have had the opportunity to adequately investigate and confer with our client, and then respond to counsel's eleventh hour requests, there then may or may not be issues ripe for consideration by the Court.  We are hopeful that once we are able meaningfully meet and confer, it will not be necessary.

Thank you very much for your attention to this matter.


  

**Bruce C. Fox**

**Obermayer Rebmann Maxwell & Hippel LLP**
525 William Penn Place | Suite 1710
Pittsburgh, PA 15219
412.288.2462 tel | 412.281.1530 fax
bruce.fox@obermayer.com | www.obermayer.com

---

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Friday, January 29, 2021 8:13 PM
**To:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Chen, Qiwei <qiwei.chen@obermayer.com>
**Cc:** Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; Allison Moran <Allison_Moran@ohsd.uscourts.gov>; Fox, Bruce <bruce.fox@obermayer.com>; Joshua Adam Engel <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** Re: Huang v. OSU et al 2:10-cv-1976

1

Judge Vascura, please be advised that the parties have a discovery dispute which requires the Court's attention. We are bringing this to the Court's attention prior to the close of discovery. Thank you, as always, for your attention to this matter.



**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

Christina L. Corl
Plunkett Cooney
Direct dial: 614-629-3018
Cell: 614-309-9212

On Nov 10, 2020, at 12:51 PM, Corl, Christina <CCorl@plunkettcooney.com> wrote:

Ms. Matthews, attached are the Plaintiff's supplemental interrogatory responses.

At issue are the responses to interrogatories 26-32 and 34-39.

Thank you again.

<image001.jpg>

**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

**From:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>
**Sent:** Tuesday, November 10, 2020 12:45 PM
**To:** Corl, Christina <CCorl@plunkettcooney.com>; OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Chen, Qiwei <qiwei.chen@obermayer.com>
**Cc:** Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; Allison Moran <Allison_Moran@ohsd.uscourts.gov>; bruce.fox_obermayer.com <bruce.fox@obermayer.com>; 'Joshua Adam Engel' <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** RE: Huang v. OSU et al 2:10-cv-1976

**[EXTERNAL]**

Thank you, counsel.  We will notice this conference for 11am on November 19, 2020. In advance of the conference, it would also be helpful if you could provide copies of the particular interrogatories and answers that are in dispute.

Regards,

&lt;image002.png&gt; | **Jacqueline Matthews**
Law Clerk
The Honorable Chelsey M. Vascura
United States District Court
Southern District of Ohio
Jacqueline_Matthews@ohsd.uscourts.gov
(614) 719-3412

---

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Tuesday, November 10, 2020 12:04 PM
**To:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Chen, Qiwei <qiwei.chen@obermayer.com>
**Cc:** Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; Allison Moran <Allison_Moran@ohsd.uscourts.gov>; bruce.fox_obermayer.com <bruce.fox@obermayer.com>; 'Joshua Adam Engel' <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** RE: Huang v. OSU et al 2:10-cv-1976

**CAUTION - EXTERNAL:**

Ms. Matthews, the parties have conferred on a date/time.

Would November 19 before noon work for the Court?

&lt;image001.jpg&gt; | **Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

---

**From:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>
**Sent:** Tuesday, November 10, 2020 10:52 AM
**To:** Corl, Christina <CCorl@plunkettcooney.com>; Chen, Qiwei <qiwei.chen@obermayer.com>
**Cc:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; Allison Moran <Allison_Moran@ohsd.uscourts.gov>; bruce.fox_obermayer.com <bruce.fox@obermayer.com>; 'Joshua Adam Engel' <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** RE: Huang v. OSU et al 2:10-cv-1976

**[EXTERNAL]**

Counsel,

Now that Judge Graham has overruled Plaintiff's objections to Judge Vascura's denial of Plaintiff's Motion for Recusal, Judge Vascura would like to re-set this matter for a discovery conference. Please confer and provide a few dates and times during the week of November 16 in which all parties are available. Please also advise us if the parties have resolved any of the items noted in their October 28 submissions in the interim.

Regards,

<image002.png>

**Jacqueline Matthews**
Law Clerk
The Honorable Chelsey M. Vascura
United States District Court
Southern District of Ohio
Jacqueline_Matthews@ohsd.uscourts.gov
(614) 719-3412

---

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Thursday, October 29, 2020 10:11 AM
**To:** Chen, Qiwei <qiwei.chen@obermayer.com>; Chelsey Vascura <Chelsey_Vascura@ohsd.uscourts.gov>
**Cc:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Jacqueline Matthews <Jacqueline_Matthews@ohsd.uscourts.gov>; Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; Allison Moran <Allison_Moran@ohsd.uscourts.gov>; bruce.fox_obermayer.com <bruce.fox@obermayer.com>; 'Joshua Adam Engel' <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** RE: Huang v. OSU et al 2:10-cv-1976

**CAUTION - EXTERNAL:**

Judge Vascura, in the interest not wasting the Court's time, with respect to number 3 on Plaintiff's summary to the Court related to redaction of student names in investigation materials, Defendants have already agreed to provide the unredacted documents. I'm not sure why that was included in the summary. Thanks.

<image001.jpg>

**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

---

**From:** Chen, Qiwei <qiwei.chen@obermayer.com>
**Sent:** Wednesday, October 28, 2020 11:33 PM
**To:** 'Chelsey Vascura' <Chelsey_Vascura@ohsd.uscourts.gov>
**Cc:** OHSDdb_Vascura_Ch <Vascura_Chambers@ohsd.uscourts.gov>; Jacqueline Matthews <Jacqueline_Matthews@ohsd.uscourts.gov>; Leigh Anne Newcomer <Leigh_Anne_Newcomer@ohsd.uscourts.gov>; 'Allison_Moran@ohsd.uscourts.gov'

4

<Allison_Moran@ohsd.uscourts.gov>; Corl, Christina <CCorl@plunkettcooney.com>; Fox, Bruce <bruce.fox@obermayer.com>; 'Joshua Adam Engel' <engel@engelandmartin.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Genard, Allison <allison.genard@obermayer.com>
**Subject:** Huang v. OSU et al 2:10-cv-1976

**[EXTERNAL]**

Dear Judge Vascura,

Please find attached Plaintiff's letters and exhibits. Thank you for your time and attention to this matter.

<image003.jpg>
<image004.jpg>

<image005.jpg>

<image006.jpg>

**Qiwei Chen, Esq.**

**Obermayer Rebmann Maxwell & Hippel LLP**
BNY Mellon Center
500 Grant Street | Suite 5240
Pittsburgh, PA 15219-2502
412.288.2476 tel | 412.281.1530 fax
qiwei.chen@obermayer.com
|www.obermayer.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<Huang First Supplemental Responses to Discovery 1 4812-0098-4270.PDF>