IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Meng Huang**, | Case No: 2:19-cv-1976 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Vascura |
| **The Ohio State University and Giorgio Rizzoni**, | |
| Defendants. | |

## ORDER

This matter is before the court on Defendants' Motion in Limine to Preclude Testimony of Plaintiff's Expert Lauren Rikleen. (Doc. 104). Defendants' motion is **DENIED without prejudice**. Additionally, Plaintiff's Motion for Leave to File Sur-Reply (Doc. 113) is **DENIED as moot**.

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge

DATE: February 15, 2023