**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MENG HUANG,<br><br>         Plaintiff,<br><br>vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>         Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Unopposed Motion to Continue March 31, 2023 Final Pretrial Conference and Motion for Clarification regarding the Court's Need for the Parties to Appear at the Final Pretrial** |

    Plaintiff Meng Huang, by and through counsel, respectfully moves this Honorable Court to reschedule the final pretrial conference that is currently set for March 31, 2023 at 10:00 AM. As grounds for this request, the undersigned attorney states that his young children will be on spring break from school during that week, and the undersigned wishes to travel with his family for a family vacation that week, including on March 31.

    Plaintiff's counsel has conferred with counsel for Defendants, who do not oppose this request to reschedule the final pretrial conference. Additionally, the undersigned hereby confirms that lead counsel for Plaintiff and Defendants are available on April 4, 5, 6, or 7 for the final pretrial should the Court decide to reschedule it during that week.

    Finally, Plaintiff requests clarification of the Court's order setting the final pretrial conference (Doc #: 112) as to whether the Court expects the parties to attend the conference, in which case Plaintiff would request permitted to participate remotely, as she is a California resident who works full time, and is planning to be off work for two weeks for the trial in this matter that is set to begin on May 1.

    Wherefore, Plaintiff respectfully requests that this Honorable Court grant this motion to

reschedule the March 31 pretrial conference, and permit Plaintiff to participate in this conference remotely to the extent her participation is necessary.

        Respectfully submitted,

        */s/ Peter Pattakos*
        Peter Pattakos (0082884)
        THE PATTAKOS LAW FIRM LLC
        101 Ghent Rd., Fairlawn, OH 44333
        P: 330.836.8533/F: 330.836.8536
        peter@pattakoslaw.com

        *Attorney for Plaintiff Meng Huang*

## Certificate of Service

The foregoing document was filed on March 7, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

        */s/ Peter Pattakos*
        *Attorney for Plaintiff*