IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Meng Huang**, | Case No: 2:19-cv-1976 |
| Plaintiff, | Judge Graham |
| v. | |
| | Magistrate Judge Vascura |
| **The Ohio State University and Giorgio Rizzoni**, | |
| Defendants. | |

## ORDER

This matter is before the court on Plaintiff's unopposed Motion to Continue the March 31, 2023 Final Pretrial Conference. (ECF No. 157.) Plaintiff's Motion is granted, and the Final Pretrial Conference is rescheduled for April 7, 2023 at 10:00 AM. Trial remains scheduled for May 1, 2023 at 9:00 AM in Courtroom 148 – Columbus.

Pursuant to the Southern District of Ohio, Eastern Division, Order 01-01 In Re: Pretrial Conferences, the trial attorney for each party must attend the final pretrial conference. Plaintiff's request to permit the client to participate remotely is granted.

**IT IS SO ORDERED.**

*s/ James L. Graham*
JAMES L. GRAHAM
DATE: March 17, 2023                             United States District Judge