IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, <br><br> Plaintiff, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, <br><br> Defendants. | Case No: 2:19-cv-1976 <br><br> Judge James L. Graham <br><br> Magistrate Judge: Chelsey M. Vascura |

## DEFENDANT GIORGIO RIZZONI'S UNOPPOSED MOTION TO ATTEND FINAL PRETRIAL CONFERENCE VIA TELEPHONE

Defendant, Dr. Giorgio Rizzoni, requests this Honorable Court to attend the Final Pretrial Conference on April 7, 2023, by being available via telephone. This motion is unopposed by Plaintiff and this Court has already granted Plaintiff permission to attend the final pretrial via phone as well.

As this Court is aware, the final pretrial conference was originally scheduled for a week earlier, on March 31, 2023. It was continued one week at the request of Plaintiff. (ECF #158). Unfortunately, counsel neglected to notify Dr. Rizzoni of the new date and he has a PhD dissertation defense set at roughly the same time as the final pretrial. A representative from the Office of Legal Affairs at the University – *with full settlement authority* – will attend the final pretrial conference <u>in person</u>. As such, Dr. Rizzoni requests that he be allowed to be available by telephone for the final pretrial conference.

**Dave Yost**
**Ohio Attorney General**

/s/ Christina L. Corl
CHRISTINA L. CORL (0067869)

>Plunkett Cooney
>716 Mt. Airyshire, Suite 150
>Columbus, Ohio 43235
>Telephone: (614) 629-3018
>Facsimile: (614) 629-3019
>ccorl@plunkettcooney.com
>*Counsel for Defendant, Dr. Giorgio Rizzoni*

## **CERTIFICATE OF SERVICE**

Please take notice that counsel hereby certifies that the foregoing document was electronically filed/transmitted with the Clerk's Office using its electronic filing system on this **3rd day of April, 2023**, which will notify all parties of record via electronic mail.

>/s/ Christina L. Corl
>Christina L. Corl

Open.25577.83339.30850885-1

2