IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Meng Huang**,

    Plaintiff,

v.

**The Ohio State University and Giorgio Rizzoni**,

    Defendants.

Case No: 2:19-cv-1976

Judge Graham

Magistrate Judge Vascura

## ORDER

Defendant Giorgio Rizzoni's unopposed Motion to Attend Final Pretrial Conference Via Telephone (ECF No. 166) is granted.

**IT IS SO ORDERED.**

DATE: April 5, 2023

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge