# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>        Plaintiff,<br><br>vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>        Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Motion for One-Day Extension of Deadline to Respond in Opposition to Defendant's Motion in Limine to Exclude I) "Testimony Unrelated to the Sole Remaining Claim"; II) "Hearsay Evidence" Relating to other Female Chinese Students; and III) Testimony Regarding Medical Records for Treatment Received in China** |

Plaintiff hereby requests a one-day extension of the deadline to respond to Defendant's Motion in Limine filed on March 22, 2023 (Doc. #: 160). As grounds, the undersigned states that, due in part to the undersigned's other responsibilities on this case and other cases, he requires the additional day both to (1) prepare a concise and comprehensive response to the Motion, which seeks to exclude the bulk of evidence that is highly relevant to and probative of Plaintiff's sexual harassment claim; and (2) confer with Defense counsel in a good-faith effort to narrow the issues in dispute on the Motion. This extension is requested in good faith, not for purposes of delay, and will not delay the ultimate resolution of this case or unduly prejudice anyone. Wherefore, Plaintiff requests that this Honorable Court grant a one-day extension, until April 6, 2023, of the deadline to submit a Response to Defendant's March 22 Motion in Limine (Doc #: 160).

Respectfully submitted,

*/s/Peter Pattakos*
Peter Pattakos (0082884)
Gregory Gipson (0089340)
THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, OH 44333
P: 330.836.8533/F: 330.836.8536
peter@pattakoslaw.com
ggipson@pattakoslaw.com

*Attorneys for Plaintiff Meng Huang*

## Certificate of Service

The foregoing document was filed on April 5, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Peter Pattakos*
*Attorney for Plaintiff*