IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Meng Huang**, | Case No: 2:19-cv-1976 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Vascura |
| **The Ohio State University and Giorgio Rizzoni**, | |
| Defendants. | |

## ORDER

Plaintiff's Motion for an Extension of Time to File a Response (ECF No. 172) to Defendant's Motion in Limine (ECF No. 160) is granted.

**IT IS SO ORDERED.**

*s/ James L. Graham*
JAMES L. GRAHAM
DATE: April 6, 2023 United States District Judge