IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>        Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Plaintiff's Notice of Service of Trial Subpoenas** |

      Plaintiff Meng Huang hereby gives notice that trial subpoenas are being served today, under Fed. R. Civ. P. 45, to the following witnesses: (1) Vishwanth Subramaniam, (2) Jonathan Parry, (3) Kristi Hoge, (4) Matt Page, (5) Meghan Lawther, (6) Sheila Westendorf MD, (7) Sarah Philip CNP, (8) Denise Deschenes MD; and (9) Chiaothong Yong, PSYD. A copy of Plaintiff's executed subpoenas are attached as Exhibit 1.

                                                                             Respectfully submitted,

                                                                            */s/Peter Pattakos*
                                                                            Peter Pattakos (0082884)
                                                                            Gregory Gipson (0089340)
                                                                            THE PATTAKOS LAW FIRM LLC
                                                                            101 Ghent Rd., Fairlawn, OH 44333
                                                                            P: 330.836.8533/F: 330.836.8536
                                                                            peter@pattakoslaw.com

                                                                            *Attorneys for Plaintiff Meng Huang*

**Certificate of Service**

      The foregoing document was filed on April 6, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

                                                                            */s/ Peter Pattakos*
                                                                            *Attorney for Plaintiff*