## Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
------------------------x
MENG HUANG,              : Case No. 2:19-cv-1976
        Plaintiff,       :
        -v-              :
THE OHIO STATE           :
UNIVERSITY AND GIORGIO   :
RIZZONI,                 :
        Defendants.      :
------------------------x


            Videotaped Deposition of MATT PAGE
                   Conducted Virtually
                 Friday, January 15, 2021
                       11:58 a.m. EST







        Job No.: 345476C
        Pages: 1-39
        Reported by: Pamela L. Beck
```

## Page 2

```
 1      Videotaped Deposition of MATT PAGE,
 2 Conducted Virtually:
 3
 4
 5      ** ALL PARTIES ATTENDED REMOTELY **
 6
 7
 8
 9      Pursuant to Notice, before Pamela L. Beck,
10 Court Reporter and Notary Public in and for the
11 Commonwealth of Pennsylvania.
```

## Page 3

```
 1            APPEARANCES
 2  ON BEHALF OF PLAINTIFF:
 3     BRUCE C. FOX, ESQUIRE
 4     NOURHENE CHTOUROU, LAW CLERK
 5     OBERMAYER, REBMANN, MAXWELL AND HIPPEL,
 6     LLP
 7     515 William Penn Place
 8     Suite 1710
 9     Pittsburgh, Pennsylvania 15219
10     (412) 566-1500
11     bruce.fox@obermayer.com
12
13  ON BEHALF OF DEFENDANTS:
14     CHRISTINA L. CORL, ESQUIRE
15     PLUNKETT COONEY
16     300 East Broad Street
17     590 suite
18     Columbus, Ohio 43215
19     (614) 629-3000
20     ccorl@plunkettcooney.com
21
22  ALSO PRESENT:
23     Ian Rowe, Videographer
24     Jaime Leonard, AV Technician
25
```

## Page 4

```
 1            CONTENTS
 2  EXAMINATION OF MATT PAGE              PAGE
 3     By Mr. Fox                    6
 4
 5
 6            EXHIBITS
 7         (Attached to transcript)
 8  M. PAGE   DEPOSITION EXHIBIT          PAGE
 9  Exhibit 182  Graduate Programs Handbook   18
10  Exhibit 183  Section 7.6 of the Graduate  33
11              Student Handbook
```

1 (Pages 1 to 4)

Page 5

```
00:00:59   1              PROCEEDINGS
11:58:38   2         VIDEO OPERATOR:  Here begins disk No. 1
11:58:38   3   in the videotaped deposition of Matt Page in the
11:58:38   4   matter of Meng Huang v Ohio State University and
11:58:38   5   Giorgio Rizzoni in the United States District Court
11:58:38   6   for the Southern District of Ohio, Eastern Division.
11:58:38   7   Case No. 2:19-cv-1976.
11:58:46   8         Today's date is January 15th, 2021.  The
11:59:05   9   time on the video monitor is 11:58 a.m.  The
11:59:10  10   videographer today is Ian Rowe representing Planet
11:59:14  11   Depos.  This video deposition is taking place
11:59:17  12   remotely over Zoom.
11:59:19  13         Would counsel please voice identify
11:59:23  14   themselves and state whom they represent.
11:59:24  15         MR. FOX:  Yes.  This is Bruce Fox on
11:59:27  16   behalf of the Plaintiff Meng Huang.
11:59:29  17         MS. CORL:  Christina Corl for the
11:59:31  18   Defendants.
11:59:32  19         VIDEO OPERATOR:  The court reporter today
11:59:33  20   is Pam Beck representing Planet Depos.  Would the
11:59:38  21   reporter please swear in the witness.
11:59:39  22         REPORTER:  Will counsel please stipulate
11:59:39  23   that in lieu of formally swearing in the witness,
11:59:39  24   the reporter will instead ask the witness to
11:59:39  25   acknowledge that their testimony will be true under
```

Page 6

```
11:59:39   1   the penalties of perjury, that counsel will not
11:59:39   2   object to the admissibility of the transcript based
11:59:39   3   on proceeding in this way, and that the witness has
11:59:39   4   verified that he is, in fact, Matt Page.
11:59:39   5         Do all counsel agree?
11:59:39   6         MR. FOX:  I do.
11:59:39   7         MS. CORL:  Yes.
11:59:39   8         REPORTER:  Mr. Page, do you hereby
11:59:39   9   acknowledge that your testimony will be true under
11:59:39  10   the penalties of perjury?
11:59:39  11         THE WITNESS:  I do.
11:59:39  12              MATT PAGE,
11:59:39  13      the witness herein, was examined and
11:59:39  14      testified under penalty of perjury as follows:
11:59:39  15              EXAMINATION
11:59:39  16   BY MR. FOX:
12:00:20  17     Q    Mr. Page, my name is Bruce Fox.  As I
12:00:23  18   told you, I represent the Plaintiff in this case.  I
12:00:26  19   just want to give you the ground rules for the
12:00:28  20   deposition, but before I do that, let me ask you:
12:00:34  21   Have you ever been deposed before?
12:00:37  22     A    I have.
12:00:37  23     Q    On how many occasions?
12:00:39  24     A    I believe twice.
12:00:40  25     Q    Okay.  When do you recall you were
```

Page 7

```
12:00:43   1   deposed?
12:00:46   2     A    I believe in 2016.
12:00:51   3     Q    Both depositions in 2016?
12:00:54   4     A    I believe so.
12:00:57   5     Q    What matter was it?
12:01:03   6     A    It was another lawsuit against the Ohio
12:01:05   7   State University.
12:01:08   8     Q    What was the nature of the lawsuit?
12:01:13   9     A    It was a student conduct-related issue.
12:01:18  10     Q    Okay.  What was the name of the student,
12:01:21  11   if you recall?
12:01:25  12     A    The name of the student, I may get --
12:01:33  13         MS. CORL:  Wait a second, wait a second.
12:01:34  14   If it's the case that I remember, that student was
12:01:39  15   proceeding as a John Doe by Order of Court.  And
12:01:43  16   this witness is not going to violate any Court
12:01:46  17   orders by revealing the name of the student.
12:01:49  18         Was it a John Doe case?
12:01:51  19         THE WITNESS:  It was.
12:01:53  20         MS. CORL:  Matt, it was, wasn't it?
12:01:55  21         THE WITNESS:  It was, yes.
12:01:56  22         MS. CORL:  So it's a John Doe case, and
12:01:58  23   this witness cannot reveal the name because there's
12:02:01  24   a Court order.
12:02:03  25         MR. FOX:  Okay.
```

Page 8

```
12:02:03   1   BY MR. FOX:
12:02:04   2     Q    It wasn't a case involving Dr. Strauss,
12:02:07   3   was it?
12:02:07   4     A    No, no.
12:02:08   5     Q    Okay.  Well, let me just review the
12:02:10   6   ground rules for the deposition very briefly.
12:02:14   7   They're very straightforward.  I'll be asking you a
12:02:18   8   series of questions today that are relevant to this
12:02:20   9   case.  And if any of my questions seem unclear to
12:02:23  10   you or ambiguous in any way, just let me know that,
12:02:28  11   and I'm happy to rephrase each question.  Otherwise,
12:02:30  12   I'm going to assume that you understand each
12:02:33  13   question.  Fair enough?
12:02:34  14     A    Yes.
12:02:37  15     Q    Also, if you would like to take a break
12:02:39  16   at any point during the deposition, just let me
12:02:41  17   know.  I don't anticipate this is going to take very
12:02:44  18   long at all, but if you do need to take a break, I'm
12:02:47  19   happy to do it.
12:02:48  20         It's also important to respond verbally.
12:02:50  21   Even though we have a video, a videographer here and
12:02:56  22   a video, we also have a written transcript.  So I
12:03:00  23   want to make sure that all of your responses are
12:03:03  24   captured in the transcript.  So a nod of the head or
12:03:07  25   a shake of the head will not be captured.
```

### Page 9

```
12:03:11   1            Also, you should try to make sure, if you
12:03:14   2   could, that I've completed the question before you
12:03:16   3   attempt to answer to prevent us from talking over
12:03:21   4   each other and to allow the court reporter to take
12:03:23   5   down the testimony accurately.  Okay?  Fair enough?
12:03:26   6       A    Okay.
12:03:27   7       Q    Okay.  Do you understand that you're
12:03:32   8   testifying here as a corporate designee on behalf of
12:03:36   9   the University on specific matters that have been
12:03:44  10   identified in the subpoena that was served on OSU?
12:03:49  11       A    I do.
12:03:50  12       Q    And what do you understand you're here to
12:03:52  13   testify about, what categories?
12:03:57  14       A    I believe that I will be testifying about
12:04:00  15   University policies and procedures regarding
12:04:02  16   graduate education.
12:04:08  17       Q    Okay.  And specifically regarding
12:04:09  18   obtaining a Ph.D., is that correct?
12:04:13  19       A    Correct.
12:04:14  20       Q    And ultimately within the mechanical and
12:04:18  21   aerospace engineering department of OSU, correct?
12:04:23  22       A    Correct.
12:04:23  23       Q    Okay.  May I ask just very briefly for
12:04:28  24   your educational background.
12:04:31  25       A    Yes.  So I have a Bachelor's degree in
```

### Page 10

```
12:04:37   1   political science from the Pennsylvania State
12:04:40   2   University.  I have a Master's degree in education,
12:04:45   3   leadership and policy analysis from the University
12:04:47   4   of Wisconsin-Madison.  And I have a Ph.D. in
12:04:53   5   educational administration from the University of
12:04:56   6   Texas in Austin.
12:04:58   7       Q    Okay.  Can you describe briefly for me
12:05:01   8   your employment history.
12:05:04   9       A    Yes.  So since October of 2017, I have
12:05:12  10   been an assistant dean in the graduate school here
12:05:15  11   at Ohio State.  Prior to that, in January of 2014, I
12:05:22  12   began employment in the Student Conduct Office at
12:05:25  13   Ohio State as an associate director.  And then prior
12:05:31  14   to that, I worked in the Student Contact Office at
12:05:34  15   the University of Texas.
12:05:41  16       Q    Okay.  Are you familiar with either of
12:05:44  17   the individual parties in this case, either
12:05:45  18   Ms. Huang or Professor Rizzoni?  Do you know any of
12:05:51  19   them personally?
12:05:52  20       A    I don't personally know either of them.
12:05:54  21       Q    Okay.  You don't recall speaking with
12:05:56  22   either one of them, correct?
12:05:58  23       A    Not that I recall.
12:05:59  24       Q    Okay.  Now, what did you do to generally
12:06:05  25   to prepare yourself to testify today on the
```

### Page 11

```
12:06:08   1   designated categories?
12:06:13   2       A    Specifically for today, I carefully
12:06:15   3   reviewed our graduate school handbook, which is our
12:06:19   4   foundational documents that we use.  And I also
12:06:23   5   reviewed the 2015-2016 mechanical and aerospace
12:06:30   6   engineering student handbook.
12:06:33   7       Q    Okay.  Did you talk to anyone other than
12:06:38   8   counsel for OSU in preparing for today?
12:06:45   9       A    I did not.
12:06:46  10       Q    Okay.  And I take it you didn't review
12:06:48  11   any email or any other documents in this case?
12:06:52  12       A    I did not.
12:06:55  13       Q    And I take it you did not review the
12:06:56  14   Complaint that was filed by Plaintiff in this case?
12:07:00  15       A    I did not.
12:07:04  16       Q    How did you become aware of this
12:07:06  17   litigation, in general?
12:07:11  18       A    When one of the individuals from our
12:07:13  19   Office of Legal Affairs reached out to me to discuss
12:07:17  20   the possibility of participating in a deposition.
12:07:21  21       Q    Okay.  Before that, you were unaware?
12:07:25  22       A    That's correct, I don't remember learning
12:07:26  23   about a lawsuit.
12:07:34  24       Q    Okay.  Can you just -- just a general
12:07:37  25   question, can you describe to me generally the
```

### Page 12

```
12:07:39   1   policies and procedures for obtaining a Ph.D. from
12:07:47   2   OSU.
12:07:48   3       A    Yes.  So our graduate school handbook
12:07:52   4   lays out the minimum qualifications necessary for a
12:07:56   5   student at the University to receive a Ph.D. degree.
12:08:00   6   And it's the foundational requirements.  So a
12:08:05   7   program -- an individual academic program could not
12:08:10   8   lessen those requirements, but they can add
12:08:13   9   additional requirements to those based upon their
12:08:15  10   own academic or professional needs.
12:08:17  11            So for general, a student would need to
12:08:23  12   complete 80 hours of graduate coursework, and then
12:08:32  13   at least 50 of those, 5-0, must be beyond the
12:08:37  14   Master's degree.  The student must maintain a GPA of
12:08:45  15   3.0 or higher in graduate credit work.  The student
12:08:53  16   must enroll in three graduate credit hours in each
12:08:57  17   semester that they complete a candidacy exam, a
12:09:04  18   final oral exam or graduate.
12:09:05  19            The student must complete satisfactorily
12:09:07  20   a candidacy exam.  They must complete a final oral
12:09:16  21   exam.  They must complete a dissertation.  They must
12:09:20  22   adhere to all relevant application or graduation
12:09:25  23   deadlines, and then complete any specific program
12:09:30  24   requirements that they may add for their Ph.D.
12:09:36  25   programs.
```

Page 13

```
12:09:37   1        Q   Okay.  Are there specific program
12:09:40   2    requirements for the mechanical and aerospace
12:09:44   3    engineering department Ph.D. programs?
12:09:47   4        A   Yes.  So I looked in their 15-16
12:09:53   5    handbook, and besides the requirements that I just
12:09:56   6    listed, they have specific requirements for
12:10:00   7    enrollment in certain levels of classes.  They
12:10:03   8    require participation each semester in a seminar.
12:10:07   9    And the program also has a qualifying examination,
12:10:13  10    which is something that the grad school does not
12:10:18  11    require, but programs are permitted to have.
12:10:26  12        Q   Is there a requirement that the students
12:10:27  13    in the mechanical and aerospace engineering
12:10:32  14    department take a particular number of credits per
12:10:36  15    semester?
12:10:43  16        A   I don't recall seeing that in the
12:10:44  17    handbook, the program handbook.  But the grad school
12:10:50  18    handbook does require enrollment in a certain number
12:10:53  19    of credit hours per semester to maintain full-time
12:10:58  20    status.
12:10:59  21        Q   Okay.  Is there any prohibition upon a
12:11:02  22    student taking classes outside the Ph.D. program
12:11:09  23    that are of interest to them?
12:11:10  24        A   Not according to the graduate school
12:11:13  25    handbook.
```

Page 14

```
12:11:14   1        Q   Okay.  Are there any other prohibitions,
12:11:16   2    other than those deriving from the graduate school
12:11:19   3    handbook?
12:11:23   4        A   I can't speak to all of the different
12:11:25   5    programs that may have specific requirements.  I
12:11:29   6    think that some may and some may not.
12:11:32   7        Q   Okay.  Do you know if Ph.D. students at
12:11:45   8    OSU frequently take recreational classes outside of
12:11:52   9    their discipline or field of study, such as dance or
12:11:57  10    guitar lessons or things like that?
12:12:00  11        A   I can't speak to students in general.  I
12:12:03  12    believe that some may choose to take those if they
12:12:06  13    have the ability to do so.  I know that often
12:12:10  14    students don't have that flexibility because they
12:12:13  15    may already be taking courses for their major.  And
12:12:18  16    then if they're a GTA, they may have a high teaching
12:12:23  17    load, so they may not have the ability, but some
12:12:27  18    may.
12:12:27  19        Q   Okay.  With respect to the mechanical and
12:12:29  20    aerospace engineering department, how long does it
12:12:36  21    usually take a Ph.D. student to complete their
12:12:41  22    program?
12:12:46  23        A   I think it may vary depending upon the
12:12:48  24    individual student.  I saw in their handbook that
12:12:51  25    they have specific requirements when the candidacy
```

Page 15

```
12:12:54   1    exam must be taken in relation to the qualifying
12:12:58   2    examination.  And the grad school has a requirement
12:13:01   3    that a Ph.D. must be completed within five years of
12:13:06   4    achieving candidacy.
12:13:08   5            So I think typically at the University,
12:13:12   6    students obtain a Ph.D. anywhere between four or
12:13:16   7    seven years, four to seven years, that's the
12:13:19   8    average.
12:13:19   9        Q   Okay.  Let me ask you, can you describe
12:13:26  10    for me what the candidacy exam represents.  Just
12:13:30  11    walk me through that.
12:13:32  12        A   Sure.  So, again, every program is a
12:13:38  13    little bit different in the way they structure that
12:13:41  14    candidacy examination.  But typically it is to
12:13:44  15    demonstrate mastery of the content or subject matter
12:13:49  16    for that program.
12:13:50  17            In some programs, it may be a compilation
12:13:57  18    of papers.  In some, it may be discussing future or
12:14:03  19    potential research for the dissertation.  It just
12:14:07  20    depends on that program.  But candidacy exams do
12:14:10  21    consist of two parts, a written exam and an oral
12:14:13  22    examination.
12:14:22  23        Q   Okay.  Are you generally familiar with
12:14:26  24    policies governing whether or not a student who
12:14:29  25    fails an initial candidacy exam can retake it?
```

Page 16

```
12:14:40   1        A   I do know that our general handbook does
12:14:44   2    discuss a supplemental candidacy exam, or a second
12:14:49   3    attempt at a candidacy exam, if necessary.
12:14:52   4        Q   Okay.  So is it correct that students are
12:14:53   5    given the opportunity to retake the candidacy exam
12:14:53   6    if they failed it the first time?
12:14:57   7        A   That's correct, students can be given an
12:15:01   8    opportunity to do that.
12:15:03   9        Q   What is the rationale for that policy?
12:15:09  10        A   I think that the genesis -- and this is a
12:15:12  11    policy that predates me.  But I think that it's to
12:15:15  12    offer flexibility for students that for whatever
12:15:19  13    reason may not have had an opportunity to do as well
12:15:23  14    as possible on the examination.
12:15:24  15            Sometimes students may pass the written
12:15:31  16    examination but not pass the oral examination.  So
12:15:33  17    the committee may decide that, maybe this wasn't a
12:15:37  18    good day or they weren't prepared, so they'll give
12:15:40  19    them an opportunity to do it again.
12:15:45  20        Q   Are you aware of any circumstances where
12:15:46  21    a student in any Ph.D. program at OSU has been
12:15:52  22    denied the opportunity to retake the candidacy exam
12:15:55  23    after failing it the first time?
12:16:02  24        A   I can't think of any specific examples
12:16:05  25    off the top of my head.
```

Page 17

```
12:16:06  1       Q   Okay.  And you're certainly not aware of
12:16:10  2   any specific examples in the mechanical and
12:16:13  3   aerospace engineering program, correct?
12:16:19  4       A   Not that I can think of.
12:16:22  5       Q   Okay.  Were you aware -- are you aware
12:16:25  6   that in this case, Ms. Huang was denied the
12:16:29  7   opportunity to retake her candidacy exam?  Are you
12:16:40  8   aware of that is my question?
12:16:43  9           MS. CORL:  Objection.  That's not true.
12:16:44 10   She did retake her candidacy exam, so it assumes
12:16:49 11   facts not in evidence.  You can answer.
12:16:53 12       Q   Let me restate the question, then.
12:16:56 13           Or you aware or were you aware at any
12:16:58 14   time that Ms. Huang's Ph.D. advisor, Professor
12:17:05 15   Rizzoni, after he failed her on her initial exam, he
12:17:09 16   told her she could not take it again?
12:17:12 17           MS. CORL:  Objection.  Again, assumes
12:17:17 18   facts not in evidence.  That's not true, but you can
12:17:22 19   answer.
12:17:23 20       A   Not that I recall.
12:17:23 21       Q   Okay.  So what I'd like to do is have you
12:17:34 22   take a look at Exhibit 182.
12:17:44 23           MR. FOX:  If the technician could put
12:17:46 24   that up, please.
12:17:49 25           AV TECHNICIAN:  Please stand by.
```

Page 18

```
12:17:49  1           (Exhibit 182 was marked for
12:17:49  2   identification.)
12:17:49  3   BY MR. FOX:
12:18:08  4       Q   From the first page of the document,
12:18:09  5   Mr. Page, can you identify what this document
12:18:13  6   appears to be.
12:18:15  7       A   Yes.  This appears to be the Mechanical
12:18:17  8   Engineering and Aeronautical and Astronautical
12:18:21  9   Engineering Graduate Programs Handbook, the
12:18:25 10   2015-2016 edition.
12:18:31 11       Q   Okay.  Is this one of the documents you
12:18:34 12   reviewed in preparation for this deposition today?
12:18:36 13       A   Yes, it is.
12:18:37 14       Q   If we could turn to page 18, please,
12:18:45 15   which is OSU_214.  I'd like you to turn your
12:18:53 16   attention to the provision of the document entitled
12:19:00 17   V.4 Candidacy Examination.
12:19:04 18           Do you see that?
12:19:06 19       A   I do.
12:19:13 20       Q   Does that set forth an explanation of the
12:19:21 21   candidacy examination process?
12:19:27 22       A   It appears to from the program
12:19:29 23   perspective.
12:19:32 24       Q   Okay.  Does it indicate that students in
12:19:40 25   the Ph.D. program are permitted to take the
```

Page 19

```
12:19:46  1   candidacy examination twice if they fail the first
12:19:50  2   time?
12:19:53  3           MS. CORL:  Objection.  This document
12:19:54  4   speaks for itself.  You can answer.
12:20:01  5       A   I'm sorry, would you repeat the question.
12:20:04  6       Q   Yeah.  Is it your understanding of this
12:20:06  7   policy, that it requires the University to allow
12:20:11  8   students who fail their exam the first time to be
12:20:15  9   given a second chance?
12:20:20 10           MS. CORL:  Same objection.  You can
12:20:21 11   answer.
12:20:22 12       A   It does talk about students are not
12:20:24 13   permitted to take it more than twice, then the
12:20:50 14   timing -- yeah, so it looks like the timing and that
12:20:52 15   they are not permitted to take it more than twice.
12:20:55 16       Q   Okay.  And then the next paragraph is
12:21:01 17   entitled Candidacy Examination/Doctoral Committee.
12:21:06 18           MR. FOX:  If we could scroll down just a
12:21:09 19   little bit, Ms. Technician, so we can see the whole
12:21:15 20   paragraph.  Okay.  Thank you.
12:21:26 21       Q   Just take a look at this paragraph.  I
12:21:28 22   won't read it to you, but I'll ask you what it
12:21:31 23   refers to.
12:21:42 24       A   This section is specifically referencing
12:21:43 25   the composition of the committee for the
```

Page 20

```
12:21:49  1   examination.
12:21:49  2       Q   Okay.  And it describes the policy for
12:21:55  3   the selection process for members of the candidacy
12:22:00  4   examination committee, correct?
12:22:02  5       A   Correct.
12:22:15  6       Q   If you could turn, then, to the next
12:22:17  7   paragraph, paragraph 6, which is entitled Changing
12:22:23  8   the Members of your Candidacy Examination Committee.
12:22:32  9           Without reading that paragraph, what is
12:22:34 10   the purpose of paragraph 6?
12:22:41 11       A   This paragraph references how a potential
12:22:44 12   change to the committee may occur.
12:22:51 13       Q   Okay.  And then paragraph 7, the next
12:22:56 14   paragraph, is entitled Adding External (Non-OSU
12:22:58 15   Faculty Members) to your Doctoral Committee.
12:23:03 16           Do you see that?
12:23:04 17       A   I do.
12:23:08 18       Q   Does that identify the policies governing
12:23:11 19   how a non-OSU faculty member can be added to a
12:23:17 20   doctoral committee?
12:23:18 21       A   It does.
12:23:18 22       Q   Okay.  And then there are further
12:23:37 23   provisions in here, in this document addressing
12:23:40 24   second-time candidacy examinations, is that correct?
12:23:47 25           MS. CORL:  Objection.  Do you want him to
```

Page 21

```
12:23:49  1   review this whole document, or do you want to direct
12:23:51  2   him to what you're talking about?
12:23:54  3           MR. FOX:  Yeah, I can do that counsel.
12:23:57  4       Q   Let's go to paragraph V.10, for example,
12:24:00  5   entitled --
12:24:02  6           MR. FOX:  If you can scroll down a little
12:24:04  7   bit.
12:24:04  8       Q   -- oral Portion of the Candidacy
12:24:07  9   Examination.  If we could look at numbered paragraph
12:24:19 10   1, which reads -- do you see that?  The written
12:24:23 11   portion of the candidacy examination, which
12:24:25 12   necessarily includes the dissertation proposal, must
12:24:29 13   be graded by the dissertation committee.  For
12:24:33 14   second-time candidacy examinations, the dissertation
12:24:36 15   proposal must be graded by the dissertation
12:24:39 16   committee before being sent to the graduate faculty
12:24:40 17   representative.
12:24:43 18           Do you see that provision referring to
12:24:45 19   second-time candidacy examinations?
12:24:47 20       A   Yes, I see that provision.
12:24:56 21       Q   Let me ask you generally:  In the process
12:25:01 22   leading up to the candidacy exam, who generally
12:25:04 23   decides when it's appropriate for the student to
12:25:08 24   take the candidacy exam?
12:25:14 25       A   I think it depends a little bit upon each
```

Page 22

```
12:25:17  1   individual program.  But in general, it would be the
12:25:21  2   student's advisor and the graduate studies committee
12:25:27  3   of the program.
12:25:29  4       Q   Okay.  What are the prerequisites to
12:25:32  5   making that determination, that the student is ready
12:25:36  6   for the candidacy exam?
12:25:38  7       A   Again, I think it depends on the program.
12:25:41  8   But typically it would be a conversation with the
12:25:47  9   student, a review of the student's academic progress
12:25:51 10   up to that point, the completion of requirements for
12:25:55 11   the graduate school and the program.  Those are
12:26:01 12   typically the main metrics I would say.
12:26:05 13       Q   Okay.  Now, is the written portion of the
12:26:14 14   candidacy exam graded by the dissertation committee?
12:26:26 15       A   When you say the dissertation committee,
12:26:30 16   are you referring to the candidacy committee?
12:26:34 17       Q   Actually, there are two committees,
12:26:36 18   correct, the dissertation committee and the
12:26:40 19   candidacy committee?
12:26:41 20       A   It depends.  So in some programs, it may
12:26:44 21   be the same, and in some programs, it may be a
12:26:48 22   different composition.
12:26:51 23       Q   What is the case in the mechanical and
12:26:55 24   aerospace engineering department?
12:27:03 25       A   I believe that this handbook does
```

Page 23

```
12:27:05  1   specifically reference that, that it's the same
12:27:08  2   committee membership.
12:27:10  3       Q   Okay.  So let me just ask you, then, in
12:27:16  4   this way:  Do the members of the candidacy exam
12:27:20  5   committee grade the candidates' dissertation
12:27:34  6   proposal?
12:27:34  7       A   Would you clarify the dissertation
12:27:36  8   proposal.  Are you saying the candidacy examination
12:27:39  9   or --
12:27:40 10       Q   Do the candidates provide proposals as to
12:27:47 11   what they'll present in their candidacy exam?
12:27:53 12       A   I think it depends on the program itself
12:27:55 13   and what the requirements are.
12:28:00 14       Q   Okay.  Do you know if it's required by
12:28:10 15   the mechanical and aerospace engineering department?
12:28:22 16       A   I don't recall reading that specifically
12:28:28 17   in this handbook.
12:28:31 18       Q   Okay.  Well, let me ask you this:  What
12:28:44 19   constitutes the written portion of the candidacy
12:28:46 20   exam?
12:28:51 21       A   It varies depending upon the program.
12:28:54 22   Some programs will maybe have a preset selection of
12:28:57 23   questions or topics to provide to the student.  Some
12:29:02 24   programs may just work with the student to determine
12:29:05 25   the nature or the content of the written
```

Page 24

```
12:29:08  1   examination.  It would be dependent upon their own
12:29:12  2   policies and practices I think.
12:29:19  3       Q   If we could turn to paragraph 1, which is
12:29:22  4   up on the page.  It reads:  The written portion of
12:29:26  5   the candidacy exam, which necessarily includes the
12:29:30  6   dissertation proposal, must be graded by the
12:29:35  7   dissertation committee.
12:29:37  8           Do you see that?
12:29:40  9       A   Yes.
12:29:40 10       Q   Does that identify the policy in place of
12:29:45 11   the mechanical engineering department -- I'm sorry,
12:29:48 12   the mechanical and aerospace engineering department?
12:29:56 13       A   Are you asking in terms of the
12:29:58 14   composition of the candidacy exam?
12:30:00 15       Q   Yes.
12:30:06 16       A   It does state that it includes a
12:30:08 17   dissertation proposal.
12:30:11 18       Q   And that dissertation proposal is graded
12:30:15 19   by the dissertation committee, correct?
12:30:19 20       A   That's what that sentence says, yes.
12:30:21 21       Q   And then it says:  For second-time
12:30:22 22   candidacy examinations, the dissertation proposal
12:30:27 23   must be graded by the dissertation committee before
12:30:30 24   being sent to the graduate faculty representative,
12:30:34 25   correct?
```

Page 25

```
12:30:36  1       A   Yes, that's what it says.
12:30:40  2       Q   Okay.  Is the dissertation proposal alone
12:30:57  3   sufficient to fulfill the written requirements of
12:31:01  4   the candidacy exam?  Again, we're talking about MAE.
12:31:09  5       A   I can't speak to that.  I think that that
12:31:12  6   would be a program determination.
12:31:20  7       Q   Okay.  Do you have any sense of the
12:31:33  8   degree to which Ph.D. students failed their first
12:31:40  9   MAE exam?
12:31:46 10       A   Are you asking in terms of percentages
12:31:48 11   or --
12:31:49 12       Q   Sure.
12:31:52 13       A   I don't know the answer to that question.
12:31:55 14       Q   Or any other metric other than
12:31:58 15   percentages?
12:32:01 16       A   No, I don't know any specific numbers
12:32:08 17   unfortunately.
12:32:08 18       Q   Okay.  But it's not -- you would agree
12:32:11 19   it's not uncommon for Ph.D. students to fail their
12:32:16 20   initial candidacy exam?
12:32:18 21       A   That's correct, there are students that
12:32:20 22   do not successfully complete their candidacy exams.
12:32:28 23       Q   Okay.  Just some questions about the
12:32:29 24   candidacy examination committee.  How many committee
12:32:33 25   members usually participate in the candidacy exam?
```

Page 26

```
12:32:41  1       A   Our grad school handbook requires four.
12:32:45  2       Q   Who determines the composition of the
12:32:51  3   candidacy committee?
12:32:52  4       A   I think, again, it depends upon the
12:32:55  5   individual program.  But it's typically the
12:32:58  6   student's advisor and the graduate studies committee
12:33:06  7   working in conjunction with the student.
12:33:10  8       Q   Okay.  Is the expectation that the
12:33:15  9   student will be given -- will be able to participate
12:33:20 10   in the process of selecting their candidacy exam
12:33:23 11   members in a meaningful way?
12:33:30 12       A   When you say expectation, are you
12:33:32 13   referring to the graduate school or the program?
12:33:35 14       Q   The expectation of the graduate school
12:33:39 15   program, and the expectation of all parties involved
12:33:44 16   in the process?
12:33:47 17       A   Yeah, I believe that the hope would be
12:33:51 18   that it would be a collective conversation and
12:33:55 19   agreement, that all members would be able to agree
12:33:59 20   on the composition of the committee that they think
12:34:01 21   would be best moving forward based upon the
12:34:05 22   student's knowledge, the topic of their research,
12:34:09 23   those sorts of things.
12:34:13 24       Q   Okay.  Once candidacy committee members
12:34:19 25   are selected, who can change the committee members,
```

Page 27

```
12:34:27  1   or does that even typically happen?
12:34:33  2       A   I think that it does on occasion, a
12:34:35  3   committee may change.  Sometimes faculty members
12:34:39  4   leave the University.  Sometimes maybe a committee
12:34:46  5   has identified someone that maybe has additional
12:34:50  6   knowledge or experience that may be helpful, so it
12:34:53  7   does occur.
12:34:54  8       Q   Okay.  In the case of the department of
12:34:58  9   mechanical and aerospace engineering, how many
12:35:05 10   candidacy exam committee members should be from that
12:35:11 11   department?
12:35:17 12       A   I don't recall the exact number, but it
12:35:19 13   may be within this document.
12:35:26 14       Q   Do you recall whether it requires half of
12:35:28 15   them to be members of the department, at least half?
12:35:36 16       A   I don't recall, but it may be in this
12:35:37 17   document.
12:35:46 18           MS. CORL:  We're happy to have the
12:35:48 19   witness review the document so he can --
12:35:52 20       Q   Yeah, why don't you take a moment --
12:35:54 21   you've reviewed the document, that's a good idea
12:35:58 22   actually.  You're familiar with it presumably.  Can
12:35:59 23   you identify that in there.
12:36:04 24           MS. CORL:  Take your time, Matt, and just
12:36:06 25   look and see if you can find anything on the topic
```

Page 28

```
12:36:09  1   he's asking.
12:36:39  2       A   Yeah, so section VI.5, it does state at
12:36:42  3   least half of the members of the candidacy
12:36:45  4   examination committee should be from the department
12:36:47  5   of mechanical and aerospace engineering.
12:36:49  6       Q   I'm sorry, what page is that?
12:36:55  7       A   It is -- sorry, just one moment.  Page
12:36:58  8   27, VI.5.
12:37:02  9       Q   Okay.  Thank you.  If we could look on
12:37:20 10   the same page under the heading candidacy
12:37:24 11   examination, I just want to direct your attention to
12:37:40 12   the first portion of that, which states:  The
12:37:42 13   candidacy examination is a single examination
12:37:45 14   consisting of a written portion and an oral portion.
12:37:48 15   The objective of this examination is to test the
12:37:51 16   student's knowledge of the field and related areas
12:37:55 17   of study, capacity to undertaken independent
12:37:59 18   research and ability to think and express ideas
12:38:03 19   clearly.
12:38:07 20           Does that correctly -- does that
12:38:09 21   correctly state the policy of the University as to
12:38:14 22   the intention of the candidacy examination?
12:38:17 23           MS. CORL:  Can we please get on the
12:38:19 24   screen whatever you're reading from.
12:38:24 25           MR. FOX:  Oh, I thought we had it up.
```

```
                                              Page 29
12:38:25   1    I'm sorry.  Let's go to the very top of the page,
12:38:29   2    27.  Let me reread it, then, just for the benefit of
12:38:41   3    the witness.
12:38:42   4       Q    The candidacy examination is a single
12:38:42   5    examination consisting of a written portion and an
12:38:42   6    oral portion.  The objective of this examination is
12:38:42   7    to test the student's knowledge of the field and
12:38:42   8    related areas of study, capacity to undertaken
12:38:42   9    independent research and ability to think and
12:38:42  10    express ideas clearly.
12:39:01  11             Does that, based upon your understanding,
12:39:07  12    recite the policy of the University as to the
12:39:11  13    purpose of the candidacy examination?
12:39:23  14             MS. CORL:  I'm going to object to the
12:39:24  15    form of the question.  You can answer it.
12:39:30  16       A    So I believe that some of the things that
12:39:32  17    are referenced here do speak in general to the
12:39:36  18    expectation of the purpose of a candidacy
12:39:39  19    examination.
12:39:42  20       Q    Okay.  And then that paragraph concludes
12:39:45  21    with the statement:  In addition, no student is
12:39:50  22    permitted to take the candidacy examination more
12:39:52  23    than twice, correct?
12:39:56  24       A    Correct.
12:39:58  25       Q    So does that further confirm your
```

```
                                              Page 30
12:40:00   1    understanding that the student who fails his exam
12:40:04   2    the first time is permitted to take it a second
12:40:06   3    time?
12:40:09   4             MS. CORL:  Objection.  Assumes facts not
12:40:14   5    in evidence and mischaracterizes his testimony.
12:40:16   6       A    That sentence doesn't specifically state
12:40:18   7    it, state it that way.  But it does say that a
12:40:23   8    student is permitted -- is not permitted to take it
12:40:26   9    more than twice.
12:40:30  10       Q    Okay.  So is it, therefore, your
12:40:33  11    understanding that a student is permitted to retake
12:40:35  12    the exam after failing it the first time, is given
12:40:40  13    the opportunity to take it the second time, but
12:40:43  14    cannot take it more than two times?
12:40:45  15             MS. CORL:  You can answer.  Same
12:40:47  16    objection.  That's not what this says, and it
12:40:50  17    misstates this witness' testimony.
12:40:52  18             MR. FOX:  I'm asking for this witness'
12:40:54  19    understanding of the policy.
12:40:55  20       Q    Is that the policy --
12:40:57  21             MS. CORL:  You can answer.
12:40:58  22       Q    -- Mr. Page, as you understand it?
12:41:01  23             MS. CORL:  You've asked him this multiple
12:41:03  24    times.  Same objection.
12:41:06  25       A    Yes, this doesn't specifically state that
```

```
                                              Page 31
12:41:08   1    students are permitted two attempts.  But it says
12:41:12   2    that no student is permitted to take it more than
12:41:15   3    twice.
12:41:16   4       Q    Okay.  Based upon your experience and
12:41:18   5    your position with the University, is it your
12:41:21   6    understanding that the students are permitted to
12:41:23   7    retake the exam after the first attempt if they fail
12:41:26   8    the first time?
12:41:30   9       A    Yes, our graduate school handbook does
12:41:33  10    state that students are permitted to have a second
12:41:35  11    attempt.
12:41:40  12       Q    Okay.  Do you have any knowledge of how
12:41:53  13    many students at the MAE department may have failed
12:42:00  14    the candidacy exam in the past?
12:42:09  15       A    I do not.
12:42:23  16       Q    Just bear with me a moment.  So is it
12:42:49  17    correct what you just said, that if a professor
12:42:55  18    attempted to prohibit a student from taking the exam
12:43:00  19    after failing it the first time, that would be a
12:43:02  20    violation of University policy, correct?
12:43:07  21             MS. CORL:  Same objection.  You can
12:43:08  22    answer.  Objection, mischaracterizes testimony, and
12:43:12  23    there is no such University policy.  You can answer.
12:43:16  24       A    The grad school handbook does speak to
12:43:22  25    second attempts, but I don't believe that it
```

```
                                              Page 32
12:43:26   1    references that.
12:43:35   2             MR. FOX:  Why don't we take a short
12:43:36   3    break.  I may be completed with my questioning.  Let
12:43:40   4    me just take a moment and go off the record.
12:43:45   5             VIDEO OPERATOR:  The time is 12:43 p.m.
12:43:47   6    We are now off the record.
12:43:48   7             (Whereupon, there was a recess in the
12:43:48   8    proceedings.)
12:45:47   9             VIDEO OPERATOR:  The time is 12:45 p.m.
12:45:53  10    We are back on the record.
12:45:53  11    BY MR. FOX:
12:45:55  12       Q    Just to follow up to your previous
12:45:58  13    answer.  You testified there's a provision in the
12:46:02  14    graduate student handbook permitting two candidacy
12:46:09  15    exams.  Do you have that handy, that -- you
12:46:12  16    indicated you reviewed that document.  Can you
12:46:14  17    identify the provision in the handbook?
12:46:17  18       A    Yes.  Do you have a copy as well?
12:46:23  19       Q    Yes.
12:46:30  20       A    One moment, please.
12:46:33  21       Q    Sure.
12:47:07  22       A    It is in section 7.6.4.
12:47:13  23       Q    And what page is that?
12:47:17  24       A    Unfortunately it's a web-based version,
12:47:19  25    there is no page number.
```

Page 33

```
12:47:21   1      Q   Okay.
12:47:23   2      A   But it's section 7.6.4.
12:47:31   3      Q   Okay.
12:47:31   4          MR. FOX:  Why don't we just take a moment
12:47:34   5   so we can email that to the technician, just so that
12:47:36   6   we can then verify that.  And then I think that's
12:47:38   7   all I'll have.  If we could just take a moment.
12:47:53   8          VIDEO OPERATOR:  The time is 12:47 p.m.
12:47:55   9   We are off the record.
12:47:56  10          (Whereupon, there was a recess in the
12:47:56  11   proceedings.)
12:51:13  12          VIDEO OPERATOR:  The time is 12:50 p.m.
12:51:15  13   We are back on the record.
12:51:28  14          MR. FOX:  So, if we would -- once we get
12:51:32  15   the screen up, if we could give Mr. Page access to
12:51:36  16   the screen, I would just ask him if he could scroll
12:51:40  17   through to the section that he cited in his
12:51:41  18   testimony, section 7.6.4 I believe it was.
12:51:49  19          AV TECHNICIAN:  Counsel, since you are
12:51:51  20   sharing the screen, you will have to grant the
12:51:53  21   witness permission to control the screen, if that's
12:51:59  22   what you intend to do, which is located at the top.
12:52:03  23          (Exhibit 183 was marked for
12:52:03  24   identification.)
12:52:03  25   BY MR. FOX:
```

Page 34

```
12:52:33   1      Q   Is that the section that you were
12:52:35   2   referring to, Mr. Page, entitled Second Candidacy
12:52:38   3   Exam?
12:52:38   4      A   It is.
12:52:42   5      Q   Could you kindly read it into the record,
12:52:45   6   please.
12:52:45   7      A   Read the section?
12:52:47   8      Q   Yes, if you don't mind.
12:52:54   9      A   So this is section 7.6.4, Second
12:52:57  10   Candidacy Examination.  The nature of the second
12:53:00  11   candidacy examination is determined by the candidacy
12:53:04  12   examination committee.  Normally the second exam
12:53:06  13   will include both a written and an oral portion.  In
12:53:10  14   cases where the student's performance on the first
12:53:13  15   written exam was of such a high caliber that the
12:53:18  16   exam committee does not request any rewrites, then
12:53:22  17   only the oral portion needs to be repeated.
12:53:24  18          The advisor should indicate on the report
12:53:26  19   on candidacy examination, that's a typo, it should
12:53:32  20   be for, from the first attempt that a new written
12:53:35  21   exam will not be required for the second attempt.
12:53:37  22   If any portion of the first written exam was not
12:53:40  23   satisfactory, the exam committee must administer a
12:53:45  24   second written exam.  A second oral exam will always
12:53:48  25   be required.
```

Page 35

```
12:53:50   1          The candidacy examination committee for a
12:53:52   2   second exam must be the same as the committee for
12:53:56   3   the first attempt, unless a substitution is approved
12:54:00   4   by the graduate school.  The second candidacy
12:54:04   5   examination must be completed no later than one
12:54:06   6   autumn or spring semester or summer term before
12:54:10   7   graduation.  All other rules pertaining to candidacy
12:54:13   8   exams must be followed.
12:54:18   9      Q   And that is the policy governing the
12:54:20  10   second candidacy exam, correct?
12:54:22  11      A   That's correct.  And it follows the two
12:54:26  12   items just above that as well.
12:54:36  13      Q   Okay.
12:54:38  14          MR. FOX:  Can you scroll up.
12:54:45  15      Q   So what numbers are you referring to?
12:54:47  16      A   I'm sorry, if you could go back down.
12:54:50  17   It's still section 7.6.
12:54:53  18      Q   Okay.
12:54:54  19      A   So, in 7.6.1, that references the
12:54:58  20   decision, the committee's decision about the student
12:55:04  21   candidacy examination.  And if it's a unanimous
12:55:08  22   satisfactory, then the student completes the
12:55:11  23   examination.  However, if it's judged
12:55:14  24   unsatisfactory, 7.6.3 talks about the candidacy exam
12:55:21  25   committee must determine whether or not the student
```

Page 36

```
12:55:24   1   will be permitted to give a second candidacy exam.
12:55:27   2   If they do, then that follows into 7.6.4, the nature
12:55:32   3   of the second candidacy exam.
12:55:34   4      Q   I see.  But it's your understanding that
12:55:45   5   the students are almost always permitted to take the
12:55:48   6   candidacy the second time if they fail it the first
12:55:53   7   time?
12:55:54   8          MS. CORL:  Objection.  Mischaracterizes
12:55:56   9   his testimony and calls for speculation.  You can
12:55:59  10   answer.
12:55:59  11      A   If you look at 7.6.3, it states that the
12:56:03  12   candidacy exam committee decides whether a student
12:56:07  13   will be permitted for a second attempt, and then
12:56:10  14   they record that decision.
12:56:14  15      Q   Okay.  Yeah, and my only question is:
12:56:17  16   Isn't it almost always the case that the student is
12:56:21  17   given a chance to take the exam a second time, given
12:56:26  18   a second chance?
12:56:28  19          MS. CORL:  Same objection.
12:56:28  20      A   I can't speak to every situation, but
12:56:31  21   some students are permitted for a second attempt.
12:56:34  22   And there may be circumstances where a student is
12:56:37  23   not based on their performance.
12:56:40  24      Q   Okay.  And are you aware of any
12:56:43  25   circumstances where they were not based upon their
```

Page 37

| Time | # | Text |
|---|---|---|
| 12:56:45 | 1 | performance? |
| 12:56:50 | 2 | A None that I can specifically think of off |
| 12:56:51 | 3 | the top of my head. |
| 12:56:53 | 4 | MR. FOX: Okay. All right. Those are |
| 12:56:54 | 5 | all the questions I have. Thank you very much, |
| 12:56:57 | 6 | Mr. Page. I appreciate you attending and hope you |
| 12:57:01 | 7 | have a nice afternoon. |
| 12:57:03 | 8 | THE WITNESS: Thank you. You too. |
| 12:57:05 | 9 | MS. CORL: He'll read. |
| 12:57:08 | 10 | VIDEO OPERATOR: The time is 12:56 p.m. |
| 12:57:11 | 11 | This marks the end of the deposition of Matt Page. |
| 12:57:14 | 12 | We are going off the record. |
| 12:57:14 | 13 | (Off the record at 12:56 p.m.) |

Page 38

1  ACKNOWLEDGMENT OF DEPONENT
2  I, MATT PAGE, do hereby acknowledge that I
3  have read and examined the foregoing testimony, and
4  the same is a true, correct and complete
5  transcription of the testimony given by me, and any
6  corrections appear on the attached Errata Sheet
7  signed by me.

11  _____    _____
12     (DATE)              (SIGNATURE)

Page 39

1  CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3  I, Pamela L. Beck, the officer before whom the
4  foregoing proceedings were taken, do hereby certify
5  that the foregoing transcript is a true and correct
6  record of the proceedings; that said proceedings
7  were taken by me stenographically, and thereafter
8  reduced to typewriting under my supervision; and
9  that I am neither counsel for, related to, nor
10 employed by any of the parties to this case, and
11 have no interest, financial or otherwise, in its
12 outcome.
13    IN WITNESS WHEREOF, I have hereunto set my hand
14 and affixed my notarial seal this 27th day of
15 January.
16
17
18 My commission expires January 14, 2023.
19
20
21
22
23 _____
24 NOTARY PUBLIC IN AND FOR THE
25 COMMONWEALTH OF PENNSYLVANIA

10 (Pages 37 to 39)