IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>Defendants. | Case No: 2:19-CV-1976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>JURY TRIAL DEMANDED |

**NOTICE OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP'S
ATTORNEYS' CHARGING LIEN**

The undersigned, Andrew J. Horowitz, Esq., on behalf of Obermayer Rebmann Maxwell & Hippel LLP, hereby declares, and gives notice of a first priority attorneys' charging lien on any settlement or judgment obtained by the efforts of members of my law firm on behalf of Plaintiff, in this matter. *See, Cohen v. Goldberger, et al* (1923), 109 Ohio St. 22.

Respectfully submitted,

Dated: April 24, 2023

*/s/Andrew J. Horowitz, Esq.*
Andrew J. Horowitz, Esq. (101753)
andrew.horowitz@obermayer.com
OBERMAYER REBMANN
MAXWELL & HIPPEL, LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
412-566-1500
412-281-1530 (f)

1