## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>                Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Plaintiff's Notice of Filing Deposition Transcript** |

Plaintiff Meng Huang hereby gives notice, by and through counsel, to the Court and all counsel of the filing of all deposition transcript and all exhibits of the following individual:

**Marcello Canova, taken April 21, 2023**

                                        Respectfully submitted,

                                        */s/ Gregory Gipson*
                                        Peter Pattakos (0082884)
                                        Gregory Gipson (0089340)
                                        THE PATTAKOS LAW FIRM LLC
                                        101 Ghent Rd., Fairlawn, OH 44333
                                        P: 330.836.8533/F: 330.836.8536
                                        peter@pattakoslaw.com

                                        *Attorneys for Plaintiff Meng Huang*

### Certificate of Service

The foregoing document was filed on April 27, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

                                        */s/ Gregory Gipson*
                                        *Attorney for Plaintiff*