Message

**From:** Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G]
**Sent:** 12/7/2017 1:00:08 PM
**To:** Canova, Marcello [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67a98f9e061442e8be5b0017f306d0a1-canova.1 Ma]
**Subject:** Re: Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201

We are on the same page.
Our standards of quality are the same.
You cannot be more disappointed than I am.
Be tough.

---

**From:** Marcello Canova <canova.1@osu.edu>
**Date:** Thursday, December 7, 2017 at 7:30 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** Re: Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201

Giorgio,

I did already read these. Quite honestly, i found them disappointing. I need to talk to you before tomorrow, just to make sure we are on the same page...

M.


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: "Rizzoni, Giorgio" <rizzoni.1@osu.edu>
Date: 12/7/17 7:27 AM (GMT-05:00)
To: "Canova, Marcello" <canova.1@osu.edu>
Subject: FW: Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201

Marcello:
Please kindly take the time to review the dissertation proposal document, as well as the written exam <u>question and answer</u> in advance of tomorrow's exam.
There will not be a presentation.
This student has been a challenge, especially this semester. I have only seen her twice between September and now. Not for lack of trying, or availability, on my part. I have two other students going through candidacy this semester and I have met with them more than once a week for the entire semester.
I would like this exam to be a real exam. The outcome will be whatever it needs to be.
Thank you.
Giorgio

---

**From:** "Huang, Meng" <huang.2044@buckeyemail.osu.edu>
**Date:** Friday, December 1, 2017 at 4:22 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Yann Guezennec <guezennec.1@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>, VISHNUBABA SUNDARESAN <sundaresan.19@osu.edu>, Marcello Canova

Confidential Pursuant to Protective Order

<canova.1@osu.edu>

**Subject:** Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201

Dear professors,

Thank you all very much for your committment to serve as committee memeber for my candidacy exam. Please find my dissertation proposal and written exam as attached. Looking forward to meeting you next Friday, Dec. 8th, 1:00- 3:00 p.m. in room 210 at CAR. Have a nice weekend!

Regards,

Meng Huang

Confidential Pursuant to Protective Order

OSU_009788