Message

| | |
|---|---|
| **From:** | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
| **Sent:** | 12/11/2017 5:37:47 PM |
| **To:** | SUNDARESAN, Vishnu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8e0e099089de44a989f50d4f367b7466-sundaresan.]; Guezennec, Yann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0536ef436a2143fb95985a74fe25294c-guezennec.1] |
| **CC:** | Canova, Marcello [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67a98f9e061442e8be5b0017f306d0a1-canova.1 Ma]; Kim, Jung Hyun [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ee87afddeea4b55bd45e9749435484b-kim.6776 Ju] |
| **Subject:** | Re: Meng Huang candidacy exam |

Thanks.

---

**From:** VISHNUBABA SUNDARESAN <sundaresan.19@osu.edu>
**Date:** Monday, December 11, 2017 at 12:13 PM
**To:** Yann Guezennec <guezennec.1@osu.edu>
**Cc:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Marcello Canova <canova.1@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>
**Subject:** Re: Meng Huang candidacy exam

Hi Giorgio,
I just posted my grades for the candidacy exam as 'unsatisfactory' on gradforms.osu.edu.

Vishnu

Vishnu Baba Sundaresan, Ph.D.,
Department of Mechanical and Aerospace Engineering
The Ohio State University
(614) 247-6367
www.integratedsystemslab.org

Sent from my iPad

On Dec 11, 2017, at 12:03 PM, Yann Guezennec <guezennec.1@osu.edu> wrote:

> Confirmed. I'll take care of it right away
>
> On Mon, Dec 11, 2017 at 11:44 AM, Rizzoni, Giorgio <rizzoni.1@osu.edu> wrote:
>
>> All:
>>
>> Janeen and I just met with Meng.
>>
>> Janeen is taking it from here.
>>
>> I spoke to Janeen at length before Meng came (she was late), and we concur that it does not make sense to give her a second chance, so I will vote to not allow a second exam.
>>
>> Thank you

Giorgio

--

THE OHIO STATE UNIVERSITY

**Yann Guezennec**
Emeritus Professor
Department of Mechanical and Aerospace Engineering

Columbus, OH 43212
614-975-0840 Mobile
guezennec.1@osu.edu

Confidential Pursuant to Protective Order

OSU_010372