Message

**From:** Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G]
**Sent:** 12/11/2017 4:48:05 PM
**To:** Canova, Marcello [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67a98f9e061442e8be5b0017f306d0a1-canova.1 Ma]; SUNDARESAN, Vishnu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8e0e099089de44a989f50d4f367b7466-sundaresan.]; Kim, Jung Hyun [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ee87afddeea4b55bd45e9749435484b-kim.6776 Ju]
**CC:** Guezennec, Yann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0536ef436a2143fb95985a74fe25294c-guezennec.1]
**Subject:** Re: Meng Huang candidacy exam

And check the correct "second chance" box.

---

**From:** Marcello Canova <canova.1@osu.edu>
**Date:** Monday, December 11, 2017 at 11:47 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>, VISHNUBABA SUNDARESAN <sundaresan.19@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>
**Cc:** Yann Guezennec <guezennec.1@osu.edu>
**Subject:** Re: Meng Huang candidacy exam

Dear Giorgio,
Thank you. I will finalize my vote as "unsatisfactory" on Gradforms.

Marcello

Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: "Rizzoni, Giorgio" <rizzoni.1@osu.edu>
Date: 12/11/17 11:44 AM (GMT-05:00)
To: "Canova, Marcello" <canova.1@osu.edu>, "SUNDARESAN, Vishnu" <sundaresan.19@osu.edu>, "Kim, Jung Hyun" <kim.6776@osu.edu>
Cc: "Guezennec, Yann" <guezennec.1@osu.edu>
Subject: Meng Huang candidacy exam

All:
Janeen and I just met with Meng.
Janeen is taking it from here.
I spoke to Janeen at length before Meng came (she was late), and we concur that it does not make sense to give her a second chance, so I will vote to not allow a second exam.
Thank you
Giorgio

Confidential Pursuant to Protective Order

OSU_010536