

# Transcript of Marcello Canova, Ph.D.

**Date:** April 21, 2023
**Case:** Huang -v- Ohio State University and Rizzoni

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**1**

```
1              UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF OHIO
3                   EASTERN DIVISION
4    ----------------------  x
5    MENG HUANG,            :  CASE NO:
6          Plaintiff,       :  2:19-cv-1976
7    v.                     :
8    THE OHIO STATE         :  Judge James L. Graham
9    UNIVERSITY and GIORGIO :  Magistrate Judge
10   RIZZONI,               :  Chelsey M. Vascura
11         Defendants.      :
12   ----------------------  x
13
14
15
16
17     Video Deposition of MARCELLO CANOVA, PH.D.
18              COLUMBUS, OHIO
19            Friday, April 21, 2023
20                 4:05 p.m.
21
22   Job No.:   489342
23   Pages:     1 - 102
24   Reporter:  Debra A. Dibble, RDR, CRR, CRC
25             Notary Public
```

**2**

```
1        Video deposition of MARCELLO CANOVA,
2    PH.D., held remotely:
3
4             PLUNKETT COONEY
5             716 Mt. Airyshire, Suite 150
6             COLUMBUS, OHIO
7
8
9
10       Pursuant to Notice, before Debra A. Dibble,
11   Registered Diplomate Reporter, Certified Realtime
12   Reporter, and Notary Public.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1    REMOTE APPEARANCES:
2
3    ON BEHALF OF PLAINTIFF, MENG HAUNG:
4         PETER PATTAKOS, ESQUIRE
5         PATTAKOS LAW FIRM LLC
6         101 Ghent Road
7         Fairlawn, Ohio 44333
8         (330) 836-8533
9         info@pattakoslaw.com
10
11   ON BEHALF OF DEFENDANTS, OHIO STATE UNIVERSITY and
12   GIORGIO RIZZONI:  (Present with witness)
13         CHRISTINA L. CORL, ESQUIRE
14         PLUNKETT COONEY
15         716 MT. AIRYSHIRE
16         SUITE 150
17         COLUMBUS, OHIO 43235
18         (614) 629-3018
19         ccorl@plunkettcooney.com
20
21   ALSO PRESENT:
22         Nache Buie, Videographer
23         Michelle Mejia, Document Tech
24         Meng Huang
25                --oOo--
```

**4**

```
1                   INDEX
2
3    PROCEEDINGS                              6
4
5      EXAMINATION OF MARCELLO CANOVA, PH.D.:
6
7         BY MS. CORL                         7
8         BY MR. PATTAKOS                    17
9
10   CERTIFICATE OF REPORTER                 102
11
12
13          LITIGATION SUPPORT INDEX        PAGE
14   Certified Question                      29
15
16
17
18
19
20
21
22
23
24
25
```

## Page 5

```
                DEPOSITION EXHIBITS

NUMBER          DESCRIPTION              PAGE

Exhibit 1    E-mail(s), Subj: Re:         58
             Candidacy Exam Dissertation
             Proposal and Written Exam -
             Meng Huang_20171201,
             OSU_009787-009788

Exhibit 2    E-mail(s), Subj: Re: Meng    71
             Huang candidacy exam,
             OSU_010371-010372

Exhibit 3    E-mail(s), Subj: Re: Meng    72
             Huang candidacy exam,
             OSU_010536

Exhibit 4    E-mail(s), Subj: RE: Meng,   83
             OSU_009795-009797

Exhibit 5    Stockar_PhdDissertation.pdf  91
             (2.15 MB)
```

## Page 6

------------

### P R O C E E D I N G S

April 21, 2023, 4:05 p.m. EDT

------------

THE VIDEOGRAPHER: Here begins media No. 1 in the videotaped deposition of Marcello Canova, Ph.D. in the matter of Haung versus Ohio State University and Rizzoni, in the United States for the Southern District of Ohio, Eastern Division, Case No. 2:19-cv-1976-JLG-CMV.

Today's date is April 21st, 2023, and the time on the video monitor is 4:07 p.m.

The videographer today is Nache Buie, representing Planet Depos. This video deposition is taking place remotely. Appearances will be noted on the stenographic record.

The court reporter today is Debbie Dibble, also representing Planet Depos, And will the reporter please swear in the witness.

------------

MARCELLO CANOVA, PH.D.,
    having been duly sworn,
    testified as follows:
* * *
* * *

## Page 7

------------

### EXAMINATION

------------

BY MS. CORL:

Q Please state your full name for the record.

A My full name is Marcello Canova.

Q And, Dr. Canova, who is your current employer?

A My current employer is the Ohio State University, and specifically the Department of Mechanical and Aerospace Engineering.

Q Okay. How long have you been with the University?

A I have started as a faculty in 2011, so this is my current appointment. And then prior to that, I was hired at the Center For Automotive Research, which is also under the Ohio State University, starting in 2004.

Q Okay. So tell the jury about some of the -- about your educational background and how you got to where you are today at the College of Engineering.

A Yes. I'm a Ph.D. in mechanical engineering from an Italian university, and my

## Page 8

background is in mathematical modeling and control of vehicle propulsion systems. My current research activities, actually since the last -- for the last ten years I have been working on lithium ion batteries and energy storage systems for electrification of transportation.

Q And do you know Dr. Giorgio Rizzoni?

A I do know Dr. Giorgio Rizzoni.

Q And how do you know him?

A So I met Dr. Giorgio Rizzoni for the first time in 2004. He recruited me when I was a Ph.D. student, and he offered me to spend an exchange period at the Ohio State University when I was on a study abroad program.

When I graduated with the Ph.D. in '06, Dr. Rizzoni offered me a position of staff researcher at the Center For Automotive Research. And then since 2011, I became a faculty in the Department of Mechanical and Aerospace Engineering, and since then Professor Rizzoni and I are professional colleagues.

Q Okay. So since 2011, has Dr. Rizzoni supervised you or have any supervisory authority of you of any -- over you of any kind?

A No. We are effectively peers. I directly

9

1   report, as Dr. Rizzoni, to the department chair of
2   our department at the University.
3       Q  So you do not report to Dr. Rizzoni?
4       A  I do not report to Dr. Rizzoni.
5       Q  Okay.  Do you know Meng Huang?
6       A  I do.
7       Q  How do you know her?
8       A  She was a Ph.D. student at Ohio State at
9   the Center for Automotive Research between 2015,
10  approximately, to 2018.
11      Q  Did there come a point in time when you
12  were asked to sit on Ms. Huang's Ph.D. candidacy
13  committee?
14      A  Yes.
15      Q  And who asked you to do that?
16      A  Her advisor, Professor Rizzoni.
17      Q  Explain to the jury, you know, what a
18  Ph.D. candidacy exam is and the mechanics around
19  that.
20      A  Yes.  So the candidacy exam in the Ph.D.
21  program is an exam that happens more or less at
22  the middle of the way of a Ph.D., and it's an exam
23  that tests the knowledge of fundamental research
24  skills and knowledge of fundamentals in the
25  disciplines of mechanical engineering, but with a

10

1   focus on a research proposal that the candidate,
2   the Ph.D. candidate, that's the student at that
3   point, has to prepare and has to present to the
4   exam committee that is composed by a number of
5   Ohio State University faculty.
6       And then the student has to withstand an
7   oral examination of approximately two hours, where
8   the candidate needs to prove the viability of the
9   proposed research and also solid knowledge and
10  understanding of the fundamentals and the
11  background and the theories and the methods that
12  will allow the candidate to conduct and complete
13  the research.
14      Q  How many committee members were on
15  Ms. Huang's candidacy committee?
16      A  Five.
17      Q  Now, at any time prior to the candidacy
18  exam, did Dr. Rizzoni speak to you about
19  Ms. Huang?
20      A  Yes.
21      Q  What did he tell you?
22      A  So, because we are colleagues and we have
23  offices around pretty close, it is quite frequent
24  that Dr. Rizzoni and I communicate.  We're also
25  colleagues in a project, and so we have a pretty

11

1   frequent communication.
2       So Dr. Rizzoni expressed multiple times
3   the frustration with this particular student
4   because of her lack of responsiveness to e-mails,
5   to requests.  She would not attend meetings that
6   were scheduled.  She would not come prepared to
7   those meetings.
8       And also he was frustrated because he was
9   repeatedly trying to provide her mentorship and
10  guidance to help her through the Ph.D. program,
11  but she would not listen to him and just be
12  defiant of his suggestions.
13      Q  At any time prior to Ms. Huang's Ph.D.
14  examination, did you and Dr. Rizzoni discuss
15  failing her in the exam?
16      A  Never.
17      Q  At any time prior to the examination, did
18  Dr. Rizzoni tell you what to say during the exam?
19      A  No.
20      Q  At any time prior to the examination did
21  Dr. Rizzoni talk to you about how you should react
22  to Ms. Huang?
23      A  No.
24      Q  At any time prior to the examination did
25  you discuss with anyone failing Ms. Huang on her

12

1   exam?
2       A  No.
3       Q  So do you remember when the exam was?
4       A  I -- yeah.  Dates are a little blurry but
5   I believe it was between November and December of
6   2017, I think.
7       Q  Okay.  If you would, Dr. Canova, please
8   describe what happened in Ms. Huang's Ph.D.
9   candidacy exam.
10      A  Okay.  So at the moment of the exam, the
11  committee had already read the written proposal
12  that Ms. Huang prepared and shared with the
13  committee.  And we had a number of questions with
14  the proposal that we brought into the exam, as it
15  is actually common practice during our candidacy
16  examination.
17      And so I started the exam by asking the
18  first question, which was on a fairly basic
19  subject that deals with the topic of the proposal
20  which was degradation and aging of lithium ion
21  battery for electric vehicle.
22      The candidate began answering the question
23  in a way that was incorrect.  And at some point
24  during that answer I pointed to the candidate that
25  that answer might not have been the correct one.

**13**

1  And the answer that I received was fairly
2  confrontational. I was actually -- I was actually
3  confronted by her and she was telling that, no,
4  this is the way this should be. And so that
5  created a very uncomfortable and awkward situation
6  right at the beginning.
7      Q  And then how did the rest of the
8  examination go after that?
9      A  So yeah, the exam was fairly unusual in
10  terms of experience because the candidate appeared
11  at times defensive, at times confrontational, at
12  times dismissive of the questions that were being
13  asked, not just by me but also the other committee
14  members.
15      It was -- as I mentioned, it was a fairly
16  awkward and, again, uncomfortable experience for
17  me and the other committee members. Where it was
18  clear, even after, you know, the first few
19  questions, that the candidate was not
20  collaborating with the exam process, but was, you
21  know, just treating the exam with, you know, a
22  fairly dismissive attitude and she was not, in our
23  opinion, mindful of the importance of this exam.
24      Q  And then what happened at the conclusion
25  of the examination?

**14**

1      A  So the exam lasted for about two hours, or
2  maybe 1 hour and 45 minutes. At the end of which
3  we requested the candidate to leave the room and
4  then, at closed doors, we had a conversation among
5  the committee members on what was the outcome of
6  that exam and overall experience.
7      Q  Okay. And what did you decide was your
8  professional opinion about whether Ms. Huang
9  passed or failed the exam?
10      A  My -- so based on joint evaluation of the
11  written component of the proposal and the conduct
12  of the candidate during the oral part of the exam,
13  my professional opinion was that the candidate was
14  not much sure enough to pass the qualifying exam,
15  and so my suggestion would have been a failing
16  exam, a failed exam.
17      Q  Okay. And during the discussion after the
18  exam, was there ever a time that Dr. Rizzoni
19  stated an opinion that Ms. Huang should be failed?
20      A  No, Dr. Rizzoni did not express any
21  opinion on whether Ms. Huang should have failed
22  the exam.
23      MS. CORL:  Okay. I don't have anymore
24  questions. Thank you.
25      MR. PATTAKOS:  Hello.

**15**

1      THE WITNESS:  Hello.
2      MR. PATTAKOS:  Thanks, Mr. Canova. Just
3  give me one moment off the record, please.
4      THE WITNESS:  Yeah.
5      THE VIDEOGRAPHER:  We're going off the
6  record and the time is 4:19 p.m.
7      (Recess taken, 4:19 p.m. to 4:23 p.m. EDT)
8      THE VIDEOGRAPHER:  We are going back on
9  the record and the time is 4:23 p.m.
10      MS. CORL:  For the record, this is
11  Christina Corl, counsel for Dr. Rizzoni. While we
12  were off the record, Counsel for plaintiff
13  identified four exhibits that he intends to use in
14  this deposition. There evidently is some issue
15  about whether these exhibits were actually
16  identified as trial exhibits as required by the
17  Court's pretrial order. Plaintiffs' counsel can
18  do whatever he wants with them. I'm only noting
19  an objection on the record that if these exhibits
20  have not been previously identified as required by
21  the Court's orders in the pretrial order as trial
22  exhibits, I'm going to object to their use with
23  this witness. But because of the circumstances,
24  obviously plaintiff's counsel can proceed as he
25  chooses.

**16**

1      MR. PATTAKOS:  In response to that, I will
2  note for the record that a pretrial order on
3  exhibits is not controlling when an opposing party
4  asks questions from their own witnesses that
5  implicates the relevance of documents that have
6  been produced in this litigation. I believe that
7  all four of these exhibits have already been
8  identified. To the extent they have not, these
9  documents are documents that are in Ohio State's
10  own production. Dr. Rizzoni has been examined on
11  them. They're clearly relevant. There's no
12  surprise here. So that would be our response.
13      Secondarily, I would note that we are
14  accommodating the defendant by proceeding with
15  Dr. Canova's deposition today to -- for his
16  convenience and apparently for the convenience of
17  the defendant. This is a courtesy. And I would
18  certainly ask that we not be punished for that
19  courtesy as well.
20      With that, I'm ready to begin.
21      The witness is sworn in?
22      * * *
23      * * *
24      * * *
25      * * *

17

1          ------------
2               EXAMINATION
3          ------------
4    BY MR. PATTAKOS:
5      Q  Sir, you understand that you are still
6    under oath, Dr. Canova?
7      A  I do.
8      Q  Okay.  Thank you.
9         Good afternoon.
10     A  Good afternoon.
11     Q  My name is Peter Pattakos.  I represent
12   the plaintiff Meng Huang in this lawsuit.  You
13   understand that, correct?
14     A  I do.
15     Q  And this is the first time your deposition
16   has been taken?
17     A  Yes.
18     Q  Have you ever testified under oath before?
19     A  No.
20     Q  This is the first time?
21     A  Yes.
22     Q  Okay.  So you do understand that you are
23   testifying under penalty of perjury; correct?
24     A  I do.
25     Q  Thank you.

18

1         Dr. Canova, why is it that you are not
2    available for the trial in this matter that is set
3    to begin on May 1st?
4         MS. CORL:  Object to relevance.
5         You can answer.
6      A  I'm going on a honeymoon trip starting
7    tomorrow for two weeks.
8    BY MR. PATTAKOS:
9      Q  Congratulations.
10     A  Thank you.
11     Q  I trust you are leaving the country?
12     A  I am.
13     Q  Okay.  Dr. Canova, how long have you been
14   working at Ohio State?
15     A  Since 2004, so almost 19 years.
16     Q  And what was your position when you began
17   working at Ohio State?
18     A  I was a visiting scholar.  It's a research
19   staff position.
20     Q  How did it come to be that you attended
21   Ohio State University as a -- strike that.
22        How did it come about that you became a
23   visiting scholar at Ohio State University?
24     A  Yeah, as I mentioned, Dr. Rizzoni
25   recruited me as an exchange student for a study

19

1    abroad period at the Ohio State University.  That
2    was -- I started in May of 2004 and I believe I
3    left in July or August of 2005.
4      Q  Okay.  And -- so your 19 years working for
5    Ohio State has not been continuous?
6      A  There has been a very brief period that I
7    was in my University of Parma because, when I came
8    to Ohio State, as I mentioned, I was a visiting
9    scholar, and -- which is a position that is
10   typically created for students of a university
11   abroad, that decide to spend a trainship period at
12   an American University.  So I was still affiliated
13   with the University of Parma; and I finished my
14   Ph.D. and then I came back to Ohio State on a
15   different research position.
16     Q  And when did you come back to Ohio State?
17     A  It was about March or April of '06.
18     Q  And what was your position when you came
19   back to Ohio State?
20     A  So I was a postdoctoral researcher.
21     Q  Where?
22     A  At the Center of Automotive Research,
23   which is at Ohio State.
24     Q  And your employment with the University
25   has been at the Center For Automotive Research

20

1    ever since then; correct?
2      A  No.  I was employed by the Center from, I
3    said, '04 to 2010.  And then in 2011, I became a
4    faculty in the mechanical engineering.  So I
5    changed -- I'm still under the Ohio State
6    University, but my employment, my position and my
7    chain of reporting has changed.
8      Q  So you do not work for the Center For
9    Automotive Research anymore?
10     A  I'm affiliated with the Center as a
11   faculty, but my employment is under the Department
12   of Mechanical Engineering.
13     Q  And just to be clear, the Center For
14   Automotive Research is within the school of
15   mechanical engineering; correct?
16     A  No.  So the Center For Automotive Research
17   is a horizontal organization that is under the
18   College of Engineering.
19        Now, the department, as the mechanical --
20   the Department of Mechanical Aerospace Engineering
21   is also managed under the college, but the two
22   entities are separated from each other.  So even
23   though the two entities are both reporting to the
24   college, the Center and the Department don't have
25   a mutual relationship.  Or at least they don't

21

1  have like a -- yeah, they don't have any
2  dependence.
3      Q  Thank you.
4      So how did it come about that Dr. Rizzoni
5  recruited you?
6      **A  We met at a conference in Italy two -- one**
7  **year prior, 2003.  And I was presenting a work at**
8  **the conference and Dr. Rizzoni was in the**
9  **audience.  I remember my adviser introduced me to**
10 **Dr. Rizzoni and, you know, we exchanged questions**
11 **and answers and discussion, and we built a**
12 **relationship from there.**
13     Q  So you were born in Italy; correct?
14     **A  Correct.**
15     Q  Sir, what is your salary at the Ohio State
16 University?
17     **A  Currently?**
18     MS. CORL:  Object to relevance.  You can
19 answer.
20     **A  Yeah, sorry.**
21     **Currently?**
22 **BY MR. PATTAKOS:**
23     Q  Yes.
24     **A  Okay.  As a faculty, it's about $120,000 a**
25 **year.**

22

1      Q  Is there any other income that you make?
2      **A  Yes.**
3      Q  And where is that from?
4      **A  So there are --**
5      MS. CORL:  Same objection to relevance.
6      You can go ahead.
7      **A  Yes.  So there are -- faculty can earn**
8  **additional income by performing additional duties.**
9  **For example, serving in University committees or**
10 **departmental administrative committees, they can**
11 **earn supplemental compensation.  We earn**
12 **supplemental compensation if we are, for example,**
13 **teaching continuing education courses, and we**
14 **are -- we could also have the ability to pay a**
15 **supplement to our summer stipend by charging a**
16 **research project.**
17 **BY MR. PATTAKOS:**
18     Q  Dr. Canova, what's -- how much
19 compensation from the Ohio State University did
20 you earn in the last year, whether it was a salary
21 or other compensation?
22     **A  That's about 104 -- 150, 160K.**
23     Q  Okay.  And it's true that your wife is
24 also employed at the Ohio State University in the
25 same school that you are?

23

1      MS. CORL:  Object to relevance.
2      You can answer.
3      **A  It is true.**
4  **BY MR. PATTAKOS:**
5      Q  Okay.  And what is her salary?
6      **A  Her salary --**
7      MS. CORL:  Same objection.
8      **A  Sorry.**
9      **Her salary is about $98,000 per year, give**
10 **or take.**
11     Q  And does she earn supplemental
12 compensation as well or would have the opportunity
13 to do that?
14     MS. CORL:  Same objection.
15     Go ahead.
16     **A  She does not.**
17 **BY MR. PATTAKOS:**
18     Q  Do you -- you mentioned the University of
19 Parma.  And that is in Italy?
20     **A  Yes.**
21     Q  We have a Parma here in Ohio, too.
22     **A  I know.  It's right off in Cleveland.**
23 **I've been there.**
24     Q  My parents lived there right before I was
25 born, so...

24

1      Are you still affiliated with the
2  University of Parma in any way?
3      **A  Besides in a professional connections, no,**
4  **I do not have any form of affiliation.**
5      Q  Okay.  Dr. Rizzoni has described you under
6  oath as a very close professional colleague and
7  also a close friend.  Is it safe to assume that
8  you would agree with that?
9      **A  The relationship is mutual.**
10     Q  Okay.  He said you had a special kinship.
11 Do you agree with that?
12     **A  Yes, I do agree with that.**
13     Q  It's fair to say, Dr. Canova, that you are
14 one of Rizzoni's protégés?
15     MS. CORL:  Object to the form of the
16 question.
17     You can answer if you know what he means
18 by protégé.
19     **A  I personally feel --**
20     MR. PATTAKOS:  Please don't coach the
21 witness.  Please stop coaching the witness.  The
22 judge would never let you do that at trial.  I'm
23 going to ask you to not do that here.  Thank you.
24     You can state your objection and -- you
25 can state that you object.  You can explain your

**25**

1  objections later. Please stop coaching the
2  witness. Thank you.
3  BY MR. PATTAKOS:
4      Q  You know what a protégé is, correct,
5  Dr. Canova?
6      **A  Yes.**
7      Q  Would you say it's a fair description of
8  your relationship with Dr. Rizzoni that he would
9  consider you one of his protégés?
10     **A  I would say it is not.**
11     Q  Why would you say that?
12     **A  Because Giorgio has been mentoring many of**
13  **my colleagues. And I have the strong feeling that**
14  **even though it was absolutely friendly and very,**
15  **very nice human being to all of us, he is always**
16  **been able to maintain a sufficient separation**
17  **between professional and personal relationships.**
18     Q  Okay.
19     **A  In other words, we've been friends, we had**
20  **many dinners together, but we also had plenty of**
21  **disagreements on a professional setting.**
22     Q  Sure. Okay.
23         But you would certainly agree that
24  Dr. Rizzoni has been very influential to the
25  success of your career; correct?

**26**

1      **A  He gave me an opportunity to become a**
2  **researcher in the United States, but I feel I made**
3  **my own way.**
4      Q  I don't mean to suggest otherwise, sir.
5          You know that Rizzoni has said that he
6  expects you to take over his position as -- at the
7  top of the Center For Automotive Research?
8      **A  That has been the ongoing joke of the**
9  **office. It's because everybody assume -- because**
10 **people assumes that, it doesn't necessarily mean**
11 **that is true. I -- effectively, he has never said**
12 **that to me or anyone else. It's just what people**
13 **assume, I guess.**
14     Q  Well, I'm -- if someone in this lawsuit
15  were to testify that he has in fact said that to
16  them, do you have any reason to believe that it's
17  not true?
18     **A  No.**
19     Q  Okay.
20     **A  In my adage, he just has never said that**
21 **to me.**
22     Q  Okay. You said that people assume this.
23  How do you know that people assume this?
24     **A  It's, you know, from jokes in the office.**
25 **You know, sometimes having casual conversation.**

**27**

1      Yeah, just...
2      Q  Okay. Dr. Canova, have you reviewed the
3  complaint in this lawsuit?
4      **A  I have not.**
5      Q  Have you reviewed any documents relating
6  to this lawsuit?
7      **A  No.**
8      Q  Are you familiar with the basic
9  allegations of this lawsuit?
10     **A  Vaguely.**
11     Q  Vaguely. What is it that you understand
12  this lawsuit to be about?
13     **A  I think there is -- there is -- it's about**
14  **the sexual harassment and like a power -- a**
15  **relation -- power relationship.**
16     Q  Have you spent time preparing with any
17  attorneys for this deposition today?
18     **A  Yes.**
19     Q  And what are the names of those attorneys?
20     **A  Christina Corl.**
21     Q  Have you prepared with any other attorneys
22  about this case?
23     **A  No.**
24     Q  Is there anyone in the room there with you
25  where you are sitting?

**28**

1      **A  Yes, there is the attorney.**
2      Q  Okay. Who is in there in the room with
3  you?
4      **A  Is just me and Christina.**
5      Q  Okay. How many times have you spoken with
6  Christina about this case?
7      **A  Including today, three times.**
8      Q  You spoke with her today? And when were
9  the other two times that you've spoken with
10  Christina about this case?
11     **A  Last -- the first time I spoke with**
12  **Christina was last Friday, and then I spoke with**
13  **her briefly on the phone yesterday.**
14     Q  Okay. How long did you speak with her
15  last Friday?
16     **A  For about 40, 45 minutes.**
17     Q  And how long did you speak with her on the
18  phone yesterday?
19     **A  15 minutes, tops.**
20     Q  And how long have you spoken with her
21  today about this deposition?
22     **A  I was here at 3:20. So for about 40**
23  **minutes. Sorry.**
24     Q  And what have you and Christina talked
25  about?

Page 29

1      MS. CORL:  Objection.  That's
2  attorney-client privilege and work product and
3  he's not answering that.
4      MR. PATTAKOS:  How is that attorney-client
5  privilege?
6      MS. CORL:  This is a current employee of
7  the University, and my prep of trial witnesses is
8  attorney-client privileged and work product.  He
9  is not answering that question.
10     MR. PATTAKOS:  Wow.
11 BY MR. PATTAKOS:
12     Q  Dr. Canova, do you feel like you needed to
13 spend two hours preparing with Christina to tell
14 the truth about this case?
15     A  No.
16     Q  Dr. Canova, I noticed you just looking to
17 your right.  Were you looking at Christina just
18 then?
19     A  No.
20     Q  Who were you looking at?
21     A  No, I was just looking at a chair here.
22     Q  Where is Christina at?
23     A  I apologize, I'm -- as I mentioned, this
24 is the first time that I do it, so I'm not really
25 sure what to do.

Page 30

1      Q  All you've got to do is tell the truth.
2      A  Yes.  Which I am.
3      Q  Where is Christina in the room with you
4  right now?
5      A  She's sitting here on the side of the
6  table.
7      Q  Point to the side of the table that
8  Christina is sitting on.
9      (Witness points to his left.)
10 BY MR. PATTAKOS:
11     Q  Okay.  Interesting.
12     So you've spoken with Christina for, you
13 said 45 minutes, 40 minutes, plus 15 minutes.
14 Let's call that about an hour and 40 minutes.  How
15 is it that you only have a vague understanding of
16 what that case is about if you had spent an hour
17 and 40 minutes talking with the lead attorney in
18 the case for the defendant about the case?
19     Are you struggling to --
20     A  I spoke about -- I -- I spoke about the
21 exam itself and, you know, what was my role with
22 Dr. Rizzoni, but I did not speak about the, you
23 know, what is the nature of this -- of the
24 lawsuit, at least in details, sufficiently for me
25 to understand the full context.

Page 31

1      MS. CORL:  Can we take a quick break?  I'm
2  sorry, I've got something going --
3      Can we go off the record for just one --
4      MR. PATTAKOS:  I'm not going to go off the
5  record right now.  We can take a break in a
6  minute.  I want to ask right now --
7      MS. CORL:  You can leave him on the video.
8  Leave him on the video.  I'm leaving the room.  I
9  have an emergency I have to take care of.  You can
10 leave him on the video, you can leave the audio
11 on.  I have something I have to talk to my staff
12 about.
13     MR. PATTAKOS:  I want to ask a question
14 right now, and then you can leave the room,
15 Christina.
16 BY MR. PATTAKOS:
17     Q  Dr. Canova, I just saw someone walk across
18 the room in front of the camera from your left --
19 I'm sorry, from your right to your left.  Who was
20 that?
21     A  I don't know.
22     MS. CORL:  It was me.  The only person in
23 the room is me.
24     MR. PATTAKOS:  Okay.  So it's true that
25 Christina was sitting on your right and not on

Page 32

1  your left.  Wow.
2      Okay.  You can take a break.  We can go
3  off the record.
4      MS. CORL:  Okay.
5      THE VIDEOGRAPHER:  Please stand by.  We're
6  going off the record and the time is 4:44 p.m.
7      (Recess taken, 4:44 p.m. to 4:48 p.m. EDT)
8      THE VIDEOGRAPHER:  Everyone please stand
9  by.  Thank you.
10     We are going back on the record and the
11 time is 4:48 p.m.
12 BY MR. PATTAKOS:
13     Q  Okay.  I just -- let's reset the question
14 that was pending when your attorney interrupted
15 the deposition.
16     Dr. Canova, I just want to understand how
17 it is that you've spent an hour and 40 minutes or
18 so talking about this case and your testimony with
19 Christina Corl, the lead attorney for Dr. Rizzoni
20 and the Ohio State University in this case, yet
21 you claim to only have a vague understanding of
22 what this lawsuit is about.  How could that be?
23     MS. CORL:  Objection, asked and answered.
24     You can you answer again.
25     A  Okay.  We discussed what -- we discussed

---

**33**

1  what happened during the exam. Basically what --
2      MS. CORL: You can't tell him what we
3  discussed.
4      THE WITNESS: Oh, I'm sorry.
5      MS. CORL: That's work product.
6      THE WITNESS: Okay.
7      MS. CORL: His question is why do you need
8  to talk to me and you don't know about the -- what
9  is in the complaint.
10     MR. PATTAKOS: No. Do you know what?
11  I'll restate the question.
12  BY MR. PATTAKOS:
13     Q Dr. Canova, are you struggling to
14  understand what this case is about? Are you
15  having a hard time understanding it?
16     A I mean, a little bit.
17     Q Okay. Why?
18     A I mean, I don't know the full extent of
19  the case. I -- you know, I just know that he was
20  connected with a conflicting relationship between
21  the mentor and the mentee, and my involvement in
22  the exam.
23     Q Dr. Canova, you are certainly aware that
24  my client, Meng Huang, has publicly accused
25  Dr. Rizzoni of extremely serious misconduct;

---

**34**

1  correct?
2      A Yes.
3      Q Okay. And this is extremely serious
4  personal misconduct that is also extremely serious
5  academic misconduct; correct?
6      A Yes.
7      Q Okay. Specifically you understand that my
8  client has alleged that Rizzoni has sexually
9  abused her over the course of years and then
10  failed her out of the Ph.D. program in retaliation
11  for her refusing his advances and threatening to
12  expose him. Do you understand that?
13     A That part I do understand. I've heard.
14     Q Okay. And you've known this for a long
15  time; isn't that true, sir?
16     A Yes. I've known these things. The story
17  went out.
18     Q You saw Meng's accusations, the lengthy
19  document that she published about these
20  allegations when they first surfaced; correct?
21     A I believe I did. I honestly have to say
22  that I don't remember it. It's been a long time
23  ago, and personally a fairly traumatic experience.
24     Q For you?
25     A Yes.

---

**35**

1      Q Why was it a traumatic experience?
2      A Because the exam was something that has
3  never happened in my entire career. It was very
4  uncomfortable and, you know, it still make me
5  uncomfortable talking about it.
6      Q Why is that, sir? Why was it unlike any
7  exam in your career?
8      A Because it was not -- because of the way
9  the questions and the answers were given, the fact
10  that the candidate was very confrontational, very
11  dismissive, and not behaving appropriately.
12  Normally these exams are very, very civil and very
13  good and productive and constructive conversation.
14  It was none of that, and that sort of unsettled
15  me.
16     Q I certainly understand that, sir. Why --
17  we can get to that. I want to talk about that,
18  but I want to get some background first.
19     Dr. Canova, has your relationship with
20  Dr. Rizzoni changed as a result of these
21  accusations?
22     A Maybe a little.
23     Q And why is that?
24     A Well, I mean, I think that if it was -- if
25  the experience was traumatic for me and I was only

---

**36**

1  marginally involved, I can imagine how difficult
2  it was for him. And, you know, for a period of
3  time he was put on administrative leave and he
4  couldn't talk to anybody. So, you know,
5  communications -- you know, he -- our, you know,
6  communications are still there, but I think it's
7  still fairly hurt as a person by what happened to
8  him.
9      Q Do you believe he's a victim?
10     A I do.
11     Q Well, you understand, Dr. Canova, that
12  your credibility is also implicated by the
13  plaintiffs' accusations in this case; correct?
14     A Yeah, I do understand that.
15     Q Uh-huh, okay. And you consider yourself a
16  victim, too, in some respects; correct?
17     A No. I mean, why should I be?
18     Q Well, why do you believe Rizzoni is?
19     A Because I've been working with him for so
20  many years and I've never seen any person, present
21  or past students of him ever complaining or ever
22  even, you know, speaking bad things about him. He
23  has an immaculate record at the University. He's
24  a well-renowned and well-regarded by students, by
25  colleagues, so this, you know, episode has kind of

---

**37**

1 shocked me a little.
2 Q Dr. Canova, the fact is that you do not
3 know for a fact whether the allegations of sexual
4 harassment are true or not; correct?
5 MS. CORL: Object to relevance. You can
6 answer.
7 A Would you mind repeating?
8 MR. PATTAKOS: Please read the question
9 back to the witness.
10 (Whereupon, the following portion of the
11 record was read.)
12 QUESTION: Dr. Canova, the fact is that you
13 do not know for a fact whether the allegations of
14 sexual harassment are true or not; correct?
15 (End of readback.)
16 A I -- yeah, I don't know that as a fact. I
17 cannot possibly know.
18 BY MR. PATTAKOS:
19 Q But you have your own belief, you have a
20 hypothesis as to whether they are true or not;
21 correct?
22 A I do.
23 Q You have formed a belief?
24 A Yes.
25 Q Okay. And you agree, Dr. Canova, that if

**38**

1 you believe the accusations were true, that would
2 cause you serious concern; correct?
3 A Yes.
4 Q If you had reason to believe that these
5 allegations were true, you would certainly feel
6 some responsibility to ensure that the University,
7 where you are employed, did something to address
8 that misconduct; correct?
9 MS. CORL: Object to relevancy.
10 You can answer.
11 A I would not feel, I would have to report
12 it to the University as an employee.
13 BY MR. PATTAKOS:
14 Q Okay.
15 A And I would also -- yes, I would also
16 feel, yes.
17 Q You would also feel why?
18 A Because it's a complete inappropriate
19 behavior and it's an abuse situation.
20 And, you know, my -- as a University
21 employee and my personal belief, I cannot -- you
22 know, I don't feel like I should let that happen.
23 Q And you believe personally that my client
24 is lying about Rizzoni touching her?
25 A I do believe it, yes.

**39**

1 Q And why do you believe that? What is the
2 basis for that belief?
3 MS. CORL: Object to relevance.
4 You can answer.
5 A The basis for my belief is the, you know,
6 20 years of professional and personal connection
7 with Dr. Rizzoni and the colleagues of the Center
8 For Automotive Research.
9 BY MR. PATTAKOS:
10 Q Just in a general sense.
11 A I mean, it's not general, it's pretty
12 rooted in the fact that our collaboration is very
13 strong.
14 I know many of his current and present
15 students. We have projects together, and so I --
16 on a day-to-day basis, I interact not just with
17 Professor Rizzoni, but I've interacted with almost
18 all of his students since I was at the center, and
19 I know them very well also on a personal basis,
20 even now in the professional life. So I would say
21 my beliefs are pretty rooted.
22 Q In your day-to-day experience with
23 Dr. Rizzoni and your belief in his character.
24 A Yes, but not just that, as I mentioned.
25 Q The fact that you have not seen any

**40**

1 evidence that he has done this with any of his
2 other students.
3 A Correct.
4 Q Okay. Dr. Canova, how much interaction do
5 you have with all of Dr. Rizzoni's students?
6 A So quite frequent and, you know, depends
7 on the -- depends on the person. With some of
8 them, I have worked pretty closely together. With
9 others, I have personal friendships. But yeah, I
10 can say it's a fairly significant number. In the
11 tens and more.
12 Q What was the last thing you just said?
13 I'm sorry, I simply didn't understand.
14 A Oh, I'm sorry. I was saying in the order
15 of ten of tens of former and current students.
16 Q How about a percentage, sir. What
17 percentage of Rizzoni's students would you say
18 you've had extensive personal interaction with?
19 A I mean, he has advised probably 100
20 students. I know quite well probably 20 --
21 Q Okay.
22 A -- also, yeah.
23 Q Okay. Did you ever do anything to
24 consider or investigate whether Dr. Rizzoni would
25 specifically prey on female Chinese immigrants due

**41**

1  to cultural reasons?
2      MS. CORL:  Object to relevance.
3      You can --
4  BY MR. PATTAKOS:
5      Q  Have you ever considered that, Dr. Canova?
6      **A  Yeah.  I mean, when the story happened, I**
7  **did consider that.**
8      Q  And what have you done to rule that
9  possibility out?
10     **A  I spoke with current students that**
11 **Dr. Rizzoni has and some of the former students at**
12 **the center.**
13     Q  And do you think they're going to be
14 truthful with you about something that is so
15 difficult to report?
16     **A  I have the feeling that there is no reason**
17 **why they shouldn't be.  We have -- no, we have no,**
18 **you know, employer/employee relationship, so I'm**
19 **not in a position of power over them, and, you**
20 **know, for -- actually, if we go back in time, many**
21 **of the former students of Dr. Rizzoni are actual**
22 **students who were with me when I was also student.**
23 **So we are kind of the same age and same, you know,**
24 **professional relation -- levels.**
25     Q  Dr. Canova, are you denying that a

**42**

1  professor at a University has a power differential
2  over a student?
3      **A  No, no, I'm not denying that.**
4      Q  Okay.  Are you denying that Dr. Rizzoni
5  has significant power over his students?
6      MS. CORL:  Object to relevance.
7      You can answer.
8      **A  Okay.  Am I not deny -- okay.  So**
9  **generally speaking, faculty have some form of**
10 **power over students, yes.  So that could -- that**
11 **could apply also to this case, to Professor**
12 **Rizzoni with his students.**
13 BY MR. PATTAKOS:
14     Q  So the issue really isn't your power over
15 these students of Rizzoni's.  The issue is
16 Rizzoni's power over them; correct?
17     **A  Correct.**
18     Q  Okay.  And you certainly understand that
19 if a student fails out of school or is deemed to
20 have failed out of school, that they are very
21 likely to lose their visa if they are here on a
22 student visa; correct?
23     **A  That is correct.**
24     Q  Dr. Canova, when a student goes up for a
25 Ph.D. in mechanical engineering, they have already

**43**

1  received substantial training; correct?
2      **A  Correct.**
3      Q  Even when a student enters the Ph.D.
4  program under Dr. Rizzoni, they have already
5  received substantial training; correct?
6      **A  So students entering the Ph.D. program**
7  **must have at least a bachelor or a master's degree**
8  **from an accredited university; and there is an**
9  **admission process where, you know, we evaluate the**
10 **training and the background of the student to see**
11 **if she or he is suited for the program.**
12     Q  And it's a highly competitive process,
13 isn't it, sir?
14     **A  It's competitive process, yes.**
15     Q  You are re -- this program is recruiting
16 students from all over the globe; correct?
17     **A  Correct.**
18     Q  Sir, you described the purpose of the
19 candidacy exam in the Ph.D. program as -- and I'm
20 going to quote you:  Testing the knowledge of
21 fundamental research skills and fundamentals in
22 the discipline of mechanical engineering.
23     Correct?
24     **A  Correct.**
25     Q  Okay.  And also testing the research that

**44**

1  the student has to prepare for their dissertation;
2  correct?
3      **A  Correct.**
4      Q  Basically to confirm that the student is
5  on the right track; correct?
6      **A  Very well said.**
7      Q  And there is still substantial work to be
8  done at the time of the Ph.D. candidacy exam;
9  correct?
10     **A  Yes.**
11     Q  And that is to finish the project;
12 correct?
13     **A  Yes.  Because the candidate's exam is a**
14 **discussion of a proposal.  So it's not a**
15 **discussion of -- special discussion of what has**
16 **already been done, but the bulk of the discussion**
17 **is on the continuation of that work that should**
18 **happen in the following period between the time**
19 **when the candidacy exam is passed and the time**
20 **where the defense exam is scheduled.**
21     Q  Dr. Canova, you said that Ms. Huang's exam
22 was unlike anything in your career.
23     **A  Yes.**
24     Q  How many times in your experience have
25 students failed this candidacy examination?

45

1    A  One.
2    Q  And is that my client?
3    A  That is your client.
4    Q  Dr. Canova, did it trouble you that
5  Ms. Huang passed that same candidacy exam that you
6  failed her for only three months later under the
7  supervision of another one of your colleagues at
8  Ohio State?
9    A  No, it did not.
10    Q  Why?
11    A  I found it awkward, but it did not
12  generate any -- any troubling feeling.
13    Q  Why was it awkward?
14    A  It is possible that a student who fails a
15  qualifying exam or arrives at a point in the
16  Ph.D., then the student is not successful or is
17  not --
18        Okay.  The Ph.D. program is a working
19  relationship between a student and a mentor.  And
20  at any point of the program that relationship
21  might not go well, so it is possible that a
22  student who is not doing well with a professor
23  could find another advisor and do well with the
24  other advisor.
25    Q  Hmm.  Well, if that's the case,

46

1  Dr. Canova, then why was the decision -- that was
2  apparently supported by you -- to not even allow
3  Meng a second chance to take the exam?
4    A  So that decision was --
5    Q  Let me strike that.  Let me strike that,
6  sir.
7        Why was the decision not to at least give
8  her a chance to form a working relationship with
9  another mentor?  Why -- did anyone even consider
10  that?
11    A  I mean, I cannot speak for the other
12  committee members, but in my case, my decision was
13  based not just on the fact that the candidate
14  failed the exam but in the general attitude that
15  the candidate had towards the advisor and their
16  committee.
17    Q  Ahh.  Okay.  Hmm.
18        Well, if that's the case, Dr. Canova --
19  well, strike that.
20        So you didn't fail Ms. Huang because of
21  her technical abilities or research abilities, you
22  failed her because she had a bad attitude?
23    A  No, it was because of her lack of
24  technical abilities, her lack of comprehension of
25  the subject matter, her lack of preparedness for

47

1  the exam, and because of the attitude.
2    Q  Oh, okay.  But you just said that
3  sometimes it's just a student could just do better
4  with another advisor.
5    A  Yeah, I said that.
6    Q  And Meng did do better with another
7  advisor.  Within months after having to go through
8  the stress of reporting the sexual abuse, she was
9  able to find another advisor in your program, a
10  Ph.D. who teaches at the same school you teach at,
11  through whom she demonstrated the requisite
12  skills, abilities, attitude, if that counts, to
13  get this done.  So doesn't that show that you were
14  faulty in your assessment that she didn't deserve
15  a second chance?
16    A  I cannot comment on that.  I can only say
17  that, based on my professional experience, the
18  candidate, as I mentioned earlier, was unprepared,
19  had poor performance like the exam of her own.  So
20  I just gave what was my honest professional
21  opinion.
22    Q  Hmmm.  You're familiar with Dr. Kumar;
23  correct?
24    A  I am.
25    Q  You don't question Dr. Kumar's integrity

48

1  or credentials, do you?
2    A  I do not.
3    Q  Just pardon me.
4    A  Yes.
5        MS. CORL:  Are you doing okay?  Do you
6  need a break?
7        THE WITNESS:  I'm a little thirsty; but if
8  you don't mind, I can just grab a bottle of water
9  here.
10        MR. PATTAKOS:  That's fine.  Go ahead.
11        Let's stay on the record.
12        THE WITNESS:  Yes.  Thank you.
13  BY MR. PATTAKOS:
14    Q  Dr. Canova, I will ask you the same
15  questions about Dr. Cao, Dr. Co, and Dr. Dai.
16    A  Okay.
17    Q  You're familiar with all of those doctors
18  that are on the faculty in your school; correct?
19    A  Yes.
20    Q  And you do not question their integrity or
21  credentials either, do you, sir?
22    A  I do not.
23    Q  Okay.  Did you ever investigate or do
24  anything to follow up on how or why Ms. Huang
25  ended up passing that candidacy exam three months

**49**

1  later?

2    A  No.

3    Q  Did you know that Ms. Huang had a very

4  successful relationship with the team at Ford?

5      MS. CORL:  Object to relevance.

6      You can answer.

7    A  I knew that she did one or maybe two

8  internships at Ford.  I don't know what specific

9  relationship she had with them or with -- who she

10  was affiliated with.

11  BY MR. PATTAKOS:

12    Q  Did anybody ever tell you, Dr. Canova,

13  that during Ms. Huang's summer internship at Ford

14  in 2017, which ended a few months before you

15  failed her on the candidacy exam, that the Ford

16  team said that her research project for that

17  summer was so excellent that she was asked to

18  present it to upper management?  Did you ever find

19  out about that?

20      MS. CORL:  Object to relevance.

21      You can answer.

22    A  No, I don't remember.

23  BY MR. PATTAKOS:

24    Q  Rizzoni never told you that?

25    A  No, he did not.

**50**

1    Q  If that happened with one of your

2  students, you would be very proud, wouldn't you,

3  sir?

4    A  Yes.

5    Q  It would make your heart sing, wouldn't

6  it?

7    A  I cannot deny that.

8    Q  I would hope you wouldn't.  Thank you.

9      Did you know that even after -- do you

10  know that the Ford team became aware of the

11  allegations against Rizzoni?

12      MS. CORL:  Object to relevance.

13      You can answer.

14    A  I do not.

15  BY MR. PATTAKOS:

16    Q  You have no idea about that?

17    A  I have no idea about that.

18    Q  Did you know that after Ms. Huang

19  graduated with her Ph.D. from your program that

20  she was offered employment at Ford?

21      MS. CORL:  Object to relevancy.

22      You can answer.

23    A  I honestly don't remember.

24  BY MR. PATTAKOS:

25    Q  Does that bother you?

**51**

1    A  No.  Why --

2      Sorry.  No.

3    Q  Okay.  Dr. Canova, it would make sense

4  that Ms. Huang would be defensive and awkward

5  during her candidacy exam if she had been sexually

6  abused by Rizzoni in the manner that she was,

7  wouldn't it?

8      MS. CORL:  Objection, calls for

9  speculation.

10      You can answer.

11    A  I -- I mean, I'm -- I'm not in a position

12  to know this answer.  I'm not an expert in

13  psychology.

14      MR. PATTAKOS:  Christina, that's more

15  coaching and I'm going to object again.  Please

16  stop doing that.

17      MS. CORL:  I have to state the basis for

18  my objection.

19      MR. PATTAKOS:  No, you don't.

20      MS. CORL:  One word.

21      MR. PATTAKOS:  No.  Not --

22      MS. CORL:  Yes, I do.

23      MR. PATTAKOS:  Not here, you don't.  You

24  wouldn't be allowed to do that in the courtroom,

25  and you know it.

**52**

1      Anyway.

2  BY MR. PATTAKOS:

3    Q  Dr. Canova, how do you explain on one

4  hand -- the contrast between on one hand your

5  assessment that Meng so lacked in the attitude and

6  abilities to even pass her candidacy exam and even

7  get a second chance with another faculty advisor

8  or otherwise, with, on the other hand, the fact

9  that she immediately passed that candidacy exam as

10  soon as she was permitted to retake it, completed

11  her dissertation, received her Ph.D., and was

12  offered full-time employment with the same Ford

13  team that you and Dr. Rizzoni worked so closely

14  with?

15      MS. CORL:  Objection --

16  BY MR. PATTAKOS:

17    Q  How do you explain that contrast?

18    A  I cannot possibly explain that.

19    Q  Dr. Canova, do you know that Ms. Huang's

20  candidacy exam that she passed was the identical

21  subject that she presented to you and Dr. Rizzoni

22  and that first committee on?

23    A  I do not --

24      MS. CORL:  Same objection.

25    A  I do not.

53

BY MR. PATTAKOS:

Q Do you -- would you deny that? Do you have any reason to deny that?

A I'm sorry, I don't understand the question.

Q Well, I'm asking if you don't know or if you just -- if you believe it's false?

A And the question, if I -- may you restate your question to see if I understood?

Q How about this, let me restate the question. So I'll strike the previous question.

A Okay.

Q Dr. Canova, do you -- would you -- do you have reason to disagree with the proposition that Meng's Ph.D. candidacy exam was on the very same subject the second time when she passed it as it was the first time when your committee failed her?

A I don't know that the exam -- that the candidacy proposal was the same between the first time that she took the exam and the second time because I was not involved in any way, shape, or form with the second exam. So I can't answer the question unless I speculate.

Q And you did nothing to look into it?

A No.

54

Q Okay.

A There is some degree of confidentiality of these proposals. They are visible only to the committee. So because I was not part of the second committee, I did not have any access to the proposal or I don't have any knowledge of the exam.

Q Dr. Canova, you were Meng's instructor in two classes in the Ph.D. program; correct?

A I do remember one, but you probably have better information than me.

Q Okay. Which one do you remember?

A The -- she took a battery course with me, the OSU label is ME7383.

Q And ME7383 is Electrochemical Energy Conversion and Storage Systems For Automotive Applications; correct?

A Yes.

Q And you awarded Meng with an A in that class; correct?

A Yes.

Q How do you know that?

A The class had six or seven homework assignments. I graded every single one of them, and Meng did very well in my course, mm-hmm.

55

Q You also taught Meng in ME5339. Do you recall?

A That's the course I do not recall. Thank you for reminding me.

Q Okay. But now you remember that you did teach her in that class; correct?

A I -- yeah, yeah. I teach that course every year.

Q And that is Simulation Techniques For Dynamic Systems; correct?

A Correct.

Q Okay. And Meng -- you also awarded Meng an A in that class as well; correct?

A That I don't remember.

Q Okay. But you have no reason sitting here today to doubt that?

A I do not have any reason to doubt that.

Q Okay. For ME7383 -- correct me if I'm wrong -- (Reading:) This graduate course targets graduate engineering students or professionals who would like to receive a comprehensive and general exposure to the field of the electrochemical energy conversion and storage systems; correct?

A That is correct.

Q Okay. (Reading:) Particular relevance is

56

given to energy storage systems for electrified vehicles based on lithium ion technology, covering cell materials and fundamental properties, testing procedures for performance characterization, modeling and simulation, pack design, system integration, control, diagnostics, and safety; correct?

A Correct.

Q As for ME5339, that is a course that: Develops competence in the modeling of dynamical systems and in the use of dynamic systems simulations software for conducting system analysis and control design; correct, sir?

A Yes.

Q Okay. And this course is to: Integrate knowledge from multiple disciplines (statics and dynamics, thermo-fluid sciences, numerical methods, optimization, linear systems and control theory) to develop a comprehensive methodology for model development verification, implementation, calibration, verification, and application; correct?

A Correct.

Q Dr. Canova, you became romantically involved with your current wife when you were her

57

1 professor at Ohio State and she was your student;
2 correct?
3     MS. CORL: Object to relevance.
4     **A That is not correct.**
5 **BY MR. PATTAKOS:**
6     Q But she was your student; correct?
7     **A Never.**
8     Q You were her advisor?
9     **A Nope.**
10     Q No? But she was a student at the school?
11     **A She was a student at the school.**
12     Q While you were a professor.
13     **A While I was a professor.**
14     Q And your romantic relationship began while
15 she was a student and while you were a professor;
16 correct?
17     **A No.**
18     Q No?
19     **A That is not correct.**
20     Q What do you say in response to people who
21 say that?
22     **A Our romantic relationship began in 2008,**
23 **when she was a visiting scholar from the Swiss**
24 **Federation Institute of Technology. That was the**
25 **same way she came -- as I came to Ohio State four**

58

1 **years prior. I was a postdoctoral researcher at**
2 **the Center. So I was not a faculty and she was**
3 **not a student of Ohio State.**
4     Q So your relationship pre-dated.
5     **A Yes.**
6     Q Okay. I understand. Thank you.
7     **A Absolutely.**
8     Q I wish you two the best. I hope you have
9 a great honeymoon.
10     Let's take five -- let's take five
11 minutes. I think I'm done, I just need a
12 five-minute break to confirm.
13     THE VIDEOGRAPHER: Great. Please stand
14 by. I'll take us off the record. We're going off
15 the record and the time is 5:25 p.m.
16     (Recess taken, 5:25 p.m. to 5:32 p.m. EDT)
17     THE VIDEOGRAPHER: We are going back on
18 the record and the time is 5:32 p.m.
19 BY MR. PATTAKOS:
20     Q Okay. I realized that I had not gone
21 through these documents yet. I will get through
22 them as quickly as we can.
23     Let's show Exhibit 1 to the witness,
24 please.
25     (Canova Deposition Exhibit 1 marked.)

59

1     MR. PATTAKOS: Is that going to come up on
2 screen, or --
3     THE WITNESS: I don't see anything.
4     TRIAL TECHNICIAN: Yes, it is. Just give
5 me one moment.
6     MR. PATTAKOS: Okay. Yeah, take your
7 time.
8     TRIAL TECHNICIAN: Can everyone see my
9 screen?
10     MS. CORL: Yep. I can. Can you see it
11 okay?
12     THE WITNESS: Yeah.
13     TRIAL TECHNICIAN: Please let me know if
14 you'd like me to zoom in or zoom out.
15 BY MR. PATTAKOS:
16     Q Dr. Canova, have you seen this document
17 before?
18     **A Yes.**
19     Q When have you seen this document?
20     **A I believe it was when -- I am trying to --**
21 **I'm sorry, I'm trying to reconstruct from the**
22 **context.**
23     **I believe that was after I received the**
24 **candidacy proposal and before we had scheduled the**
25 **oral exam.**

60

1     **Yeah, yeah.**
2     Q Okay. Well, you testified that you never
3 spoke with Rizzoni about how the exam should come
4 out. That's what -- that was your testimony when
5 Christina was asking you questions. Do you
6 remember that?
7     **A She said, and I responded no, the question**
8 **did at any point in time Professor Rizzoni ask me**
9 **to fail the candidate, I believe.**
10     Q Yeah. And you said that Rizzoni never
11 expressed any opinion about that. And you also
12 said that Rizzoni -- that you and Rizzoni never
13 talked about how the exam should come out.
14     Are you changing your testimony now?
15     **A No. I under -- I intended that should**
16 **come out is equal to fail or pass.**
17     Q Okay. Well, let's go through this
18 document. And what we see at the bottom of the
19 page is -- the bottom of the first page here is an
20 e-mail from Meng dated December 1st, 2017. Do you
21 see that? And she's e-mailing Rizzoni, you, and
22 the rest of the committee; correct?
23     **A Yeah, I --**
24     MS. CORL: Can you make that bigger? We
25 can't see it.

**61**

1  THE WITNESS: And scroll down.
2  MS. CORL: And go down. There you go.
3  THE WITNESS: Thank you. Yeah.
4  BY MR. PATTAKOS:
5  Q And if you scroll down to the second page,
6  you can see it's an e-mail from Meng.
7  Go ahead and go to the second page. And
8  it says: Dear professors, Thank you all very much
9  for your commitment to serve as committee members
10  for my candidacy exam. Please find my
11  dissertation proposal and written exam as
12  attached. Looking forward to meeting you next
13  Friday, etc. Correct?
14  A Yes.
15  Q And then if we scroll up to the next
16  e-mail --
17  You received that e-mail from Meng;
18  correct?
19  A I did.
20  Q And then we see Rizzoni responds to that
21  e-mail; correct?
22  A May I read?
23  Q Yes. Rizzoni is e-mailing you on top of
24  Meng's e-mail in response to Meng's e-mail;
25  correct?

**62**

1  A Yes.
2  Q And that is on December 7th at 7:27 a.m.,
3  about six days after Meng sent you the e-mail;
4  correct?
5  A That's correct, yes.
6  Q And Rizzoni says -- I'm sorry, I have
7  not -- we haven't cleared this up.
8  Is that Mar-chell-oe or Mar-sell-oe?
9  A Oh, yeah. Yeah, no problem. It's
10  Mar-chell-oe.
11  Q Okay, great.
12  Marcello, please kindly take the time to
13  review the dissertation proposal document as well
14  as the written exam question and answer in advance
15  of tomorrow's exam.
16  Am I reading that correctly?
17  A Yes.
18  Q Why is question and answer underlined
19  there, do you know?
20  A Yes, I do remember.
21  The exam contained two attachment. I
22  think the e-mail below may be -- or maybe not.
23  There is one or two attachments to that. One was
24  the proposal and one was a written exam where
25  there was a list of questions and answers.

**63**

1  So Giorgio prepared the questions. He
2  provided the questions to the student, and the
3  student answered those question on a document,
4  then both documents were attached.
5  At least that's what should be, hopefully.
6  Q Okay. Well, what's the next line, "there
7  will not be a presentation." Why would he need to
8  qualify that? What does he mean by that?
9  A So the standard -- the procedure for a
10  candidacy exam is such that the candidate is --
11  the questioning -- or the -- sorry, the
12  questions -- is not a trial. The questions start
13  right at the beginning of the exam. And I'll tell
14  you, this job takes about two hours.
15  In some circumstances, as a courtesy to
16  the candidate, the candidate is -- has -- I mean,
17  the candidate might prepare a very short
18  presentation, probably five minutes. That
19  might or may not be given to the committee with
20  just the purpose of refreshing the memory of the
21  committee members on what the exam is about.
22  Q And that courtesy was not extended to Meng
23  here.
24  A No.
25  Q Why not?

**64**

1  A The process -- the procedure as per the
2  graduate school is that there should -- the
3  examinee does not have any presentation.
4  Q Hmm, okay.
5  Rizzoni proceeds to say: This student has
6  been a challenge, especially this semester. I
7  have only seen her twice between September and
8  now, not for lack of trying or availability on my
9  part. I have two other students going through
10  candidacy this semester and I have met with them
11  more than once a week for the entire semester.
12  Am I reading that correctly?
13  A Yes.
14  Q You would agree, Dr. Canova, that you meet
15  with some of your students more than you meet with
16  other students depending on the particular
17  student; correct?
18  A Correct.
19  Q Okay. Some students need more meetings
20  than other students; correct?
21  A Right.
22  Q Okay. Rizzoni goes on to say: I would
23  like this exam to be a real exam.
24  Do you see that?
25  A Yes.

65

1    Q  What does that mean?
2        MS. CORL:  Objection.
3        You can answer.
4    A  Yeah.  I will have to speculate in this
5  case, that he wanted the exam to be conducted in a
6  rigorous manner, and in a -- in a -- pretty
7  thoroughly.
8  BY MR. PATTAKOS:
9    Q  Well -- but that doesn't make sense, does
10 it?  Because you are -- you are a Ph.D. professor
11 at the Ohio State University, Mechanical
12 Engineering and Aerospace Engineering School.
13 Everything you do is in a rigorous manner and
14 thorough.  Isn't that true, sir?
15   A  It is true.
16   Q  So can you come up with some other
17 speculation about what he meant by that?
18       MS. CORL:  Objection.
19   A  Yeah, I don't know how to answer.
20 BY MR. PATTAKOS:
21   Q  Okay.  How about "the outcome will be
22 whatever it needs to be."  What does that mean?
23   A  Yeah.
24       MS. CORL:  Same objection.
25   A  Mm-hmm.  That I also found odd.

66

1  BY MR. PATTAKOS:
2    Q  Mm-hmm.  Okay.
3    A  So may I clarify one point?
4    Q  Sure.
5    A  Sorry.  So, let's see.  Yeah, the entire
6  exam, you know, was not ordinary situation,
7  because, again, as I mentioned earlier, on the
8  surprising level of unpreparation of the
9  candidate, I feel like Giorgio was compelled to
10 write those statements in the message, I guess.
11   Q  Hmm.  Okay.
12       Okay.  Let's move onto the e-mail of --
13 let's move above this e-mail.
14       You write back to Rizzoni that same day;
15 correct?
16   A  Yes.
17   Q  Okay.  And you say:  Giorgio, I did
18 already read these.  Quite honestly I found them
19 disappointing.  I need to talk to you before
20 tomorrow just to make sure we are on the same
21 page.
22       Am I reading that correctly?
23   A  You are.
24   Q  Okay.  Did you end up talking with
25 Rizzoni?

67

1    A  I did not.
2    Q  Hmm.  You remember that specifically?
3    A  There is -- he said that pretty clearly on
4  his statement, "we are on the same page," which I
5  interpreted as we don't need to talk.
6    Q  We have -- and that was at 1 o'clock p.m.,
7  about five hours later?
8    A  Yes.
9    Q  Hmm.  So how did Rizzoni know you were on
10 the same page?
11       MS. CORL:  Objection.
12   A  He couldn't -- I -- I don't know.  I'm not
13 him.
14 BY MR. PATTAKOS:
15   Q  Hmm.  Well, you said, "I need to talk to
16 you to make sure we are on the same page."
17       And Rizzoni seemingly disregards that as
18 if he knows what page you're on.
19   A  In this, says the same page, it was sort
20 of a polite way or my personal way at the time to
21 express concern that what I received from
22 Ms. Huang was actually not, you know, what we
23 expected in terms of the level of preparedness for
24 this exam, and I was really worried that she was
25 not prepared to do the qualifying exam.  That's my

68

1  clumsy way of stating that in an e-mail which, six
2  years later, I would probably have phrased in a
3  different way.
4    Q  Hmm.  So Rizzoni was able to infer all of
5  that from you saying that you found her responses
6  disappointing and that he needs to talk to you
7  tomorrow -- before tomorrow -- or that you need to
8  talk to him before tomorrow.
9        MS. CORL:  Objection.
10       You can answer.
11       MR. PATTAKOS:  I'll withdraw it.
12 BY MR. PATTAKOS:
13   Q  So why did you need to make sure you were
14 on the same page with Rizzoni?  What did you want
15 to make sure you were on the same page about?
16   A  I was worried that with the written exam
17 that Ms. Huang presented to the committee, she
18 would have almost certainly failed the oral.
19   Q  Mm-hmm.  Why didn't you --
20   A  And --
21   Q  Oh, go on.
22   A  Please, go ahead.
23   Q  Complete your answer, sir.  Please.
24   A  Yeah, I was worried that she was going to
25 fail.  I was genuinely worried that she was going

69

1  to fail.
2      Q  Huh.
3      A  It was not my intention to fail, but I was
4  worried --
5          You know, as a professor, as you've
6  stated, I've had Ms. Huang in two classes and she
7  did very well in both.  So you may imagine my
8  surprise when I saw that proposal come and that --
9  and that exam coming from her, and I was worried
10 that with this level of the content, she was going
11 to fail the exam.
12     Q  Mm-hmm.  That's troubling, isn't it?
13     A  It is troubling.
14     Q  Okay, Dr. Canova, so what did you do to
15 address those concerns?
16     A  I wrote that e-mail.
17     Q  And then what?
18     A  And then Giorgio responded, and I believe
19 that the next interaction I had with him was
20 during the exam.
21     Q  Okay.  Well, do you have any regrets about
22 that?
23     A  About what?
24     Q  About the way you proceeded here with your
25 worries.

70

1      A  Well, if I could come back, I would
2  have -- I would have never allowed that exam to
3  happen.
4      Q  Dr. Canova, if you were worried that Meng
5  was going to fail the exam, you could have told
6  her that; correct?  And the exam could have been
7  postponed; correct?
8      A  The exam could have been postponed, yes.
9      Q  Did you ever talk to Rizzoni about that
10 possibility before you went ahead and proceeded
11 with that exam?
12     A  No, we didn't talk.
13     Q  Did you talk with anybody about the
14 possibility of postponing this exam to address
15 your worries?
16     A  I honestly do not remember.
17     Q  Rizzoni responds and tells you:  Be tough;
18 right?
19     A  Yes.
20     Q  What did that mean to you?
21     A  May I --
22         MS. CORL:  Objection.
23         Go ahead.
24     A  May I -- it would be my interpretation is
25 to proceed with the exam.

71

1  BY MR. PATTAKOS:
2      Q  And you didn't question that?
3      A  I mean, I was not certainly happy to walk
4  into that room and do the exam.
5      Q  But you did it anyway?
6      A  Yes.  That's what I was supposed to do.
7  That was my job.
8      Q  Okay.  Let's go on to Exhibit 2.
9          MS. CORL:  Can you make that bigger?
10         There you go.
11     (Canova Deposition Exhibit 2 marked.)
12         MR. PATTAKOS:  Why don't you scroll all
13 the way to the bottom.
14         Oh, I see.  That's it.  Okay.  That is the
15 bottom.  Thank you.
16     [Document review.]
17 BY MR. PATTAKOS:
18     Q  This is an e-mail from Rizzoni at the
19 bottom that says:  All.  Janeen and I just met
20 with Meng.  Janeen is taking it from here.  I
21 spoke to Janeen at length before Meng came and we
22 concur that it does not make sense to give her a
23 second chance, so I will vote to not allow a
24 second exam.
25     Am I reading that correctly?

72

1      A  Yes.
2      Q  Did you receive that e-mail?
3      A  Yes, I think so.
4      Q  Okay.
5      A  Yeah, I think so.  Yes, I did.
6      Q  Okay.  Let's -- this Exhibit 2 is
7  superfluous.  Strike it.  I'm going to mark a new
8  Exhibit 2.  This is my fault.
9          Actually, let's just mark Exhibit 3.  This
10 is -- this can be Exhibit 3.  This was
11 duplicative.
12         Let's go ahead and look at Exhibit 3,
13 because it's the same e-mail and then you actually
14 respond to it.
15     (Canova Deposition Exhibit 3 marked.)
16 BY MR. PATTAKOS:
17     Q  Okay.  Does that refresh your
18 recollection?
19     A  Yes.  Thank you.
20     Q  And you said:  Dear Giorgio, Thank you.  I
21 will finalize my vote as unsatisfactory on grad
22 forms.
23     A  Yes.
24     Q  And Rizzoni responds on December -- and
25 you sent this e-mail on December 11th?  All three

73

1  of these e-mails are on December 11th; correct?
2      A Yes.
3      Q And you respond -- Rizzoni responded to
4  your e-mail: And check the correct second chance
5  box.
6      A Okay.
7      Q Am I reading that correctly?
8      A Yes.
9      Q And do you remember what you responded
10  after that?
11      A I believe I went ahead and I finalized the
12  vote as unsatisfactory.
13      Q But you didn't have the option to check
14  the second chance box; correct?
15      A I did have the option to check the second
16  chance box.
17      Q So you were part of the decision to not
18  check -- you were part of the decision to not
19  allow her the second chance?
20      A Yes.
21      Q But ultimately that was Rizzoni's
22  decision, was it not, sir?
23      A Yes, it was. The process was -- the
24  process was really out of the normal,
25  unfortunately, at that point, mm-hmm.

74

1      Q How many conversations did you have with
2  Dr. Rizzoni or any of the committee members about
3  whether to allow Meng a second chance to pass this
4  exam?
5      A I believe that conversation happened, I
6  remember, after the exam finished.
7      Q How many conversations did you have about
8  it?
9      A It was one.
10      Q One?
11      And that was with you and all of the
12  committee members including Rizzoni?
13      A Yes.
14      Q How long was that conversation?
15      A I -- I do not remember, I'm sorry.
16      It was probably the 15, 20 minutes maybe.
17  Again, I'm not sure.
18      Q Okay. And in 15 to 20 minutes, you all
19  agreed that you weren't going to give Meng a
20  second chance?
21      A So I remember that during the conversation
22  we were kind of shocked of the way the exam went,
23  and we expressed that. And again, this is a very
24  unusual circumstance, because I've personally
25  never failed a student who does the candidacy

75

1  exam. And so it was kind of a new experience for
2  all of us, and so we honestly didn't really know
3  what to do.
4      During the conversation, Professor Rizzoni
5  asked us to provide a written statement to each of
6  us that documented what was our personal feedback
7  on the exam.
8      And then he mentioned that, on the
9  following week, I believe it was that Monday, he
10  would have had a meeting with the advisee and
11  Ms. Janeen Sands to discuss whether to -- whether
12  the exam -- at that point we -- I provided a
13  failing evaluation. And he would have discussed
14  the case with Janeen, who at the time was the
15  graduate program administrator in our department.
16      MR. PATTAKOS: I'm sorry, I will ask for
17  the exhibit to be taken down.
18      Thank you.
19  BY MR. PATTAKOS:
20      Q Dr. Canova, the fact that this was such a
21  unique situation, to have a student fail the Ph.D.
22  candidacy exam, wouldn't it follow that it would
23  be all the more appropriate to offer a second
24  chance?
25      A I don't have any -- I mean, in gen -- I

76

1  don't have an opinion on this. It -- again, my
2  response would be it depends on the candidate. It
3  depends on the student. I mean, it's on a
4  case-by-case basis.
5      Q But you admitted yourself, Dr. Canova,
6  that sometimes under a different advisor a student
7  can do much better; correct?
8      A I did.
9      Q Okay. And all else equal, it is the
10  general policy to give a second chance; correct?
11      A There is no such general policy. It's a
12  discussion of the committee.
13      Q Okay. Well, you would agree that when a
14  student comes all the way from the other side of
15  the world, comes on a visa, has distinguished
16  themselves with their studies so much that they
17  get into this program, and they then complete
18  enough of the program, including by getting As in
19  your courses, and get to the point where they're
20  ready to proceed with their dissertation, that
21  there is a lot of work invested at that point and
22  a lot of capital invested at that point; correct?
23      A Of course. There is also -- it's also
24  very -- there is also very big emotional component
25  to that, because the student and advisor have

77

1 already worked for a good part of three years, and
2 so there is a lot of effort invested on both ends,
3 both the faculty and the student into this
4 relationship.
5    Q So what would be a good reason to not
6 press pause to see if this situation could be
7 salvaged as opposed to simply cutting the cord
8 after a 15-minute meeting?
9    MS. CORL: Objection.
10    You can answer.
11    A So it was not just after a 15-minute
12 meeting where -- let's not forget that there was
13 an hour and 45 minutes of exam prior to that, plus
14 the committee reading the written reports of
15 Ms. Huang.
16 BY MR. PATTAKOS:
17    Q Mm-hmm.
18    A So it was two hours of exam at least, plus
19 all of the time that each of us spent reading that
20 report.
21    Q Mm-hmm.
22    A But during that -- just to your question,
23 during those 15 to 20 minutes, I honestly remember
24 that it was a shocking moment for everybody.
25 Nobody -- you know, for the first minute or two

78

1 nobody really knew what to say or what to do
2 because, as I mentioned, nobody really faced the
3 situation where a student presented themselves
4 into this exam in a way that was unprepared and
5 unprofessional.
6    We never honestly had to face a situation
7 like this.
8    Q Mm-hmm. And nobody seemed to consider
9 whether it was worth stopping to give some time to
10 consider whether there was something going on in
11 the student's personal life that would have led to
12 a bad day or a bad performance on this initial
13 exam?
14    A That's a very good question.
15    You know, the -- I -- from the way that
16 the exam unfolded, you know, clearly we knew that
17 there was something that was not happening
18 properly. But it was the conduct of the candidate
19 that surprised everybody, because it was -- it
20 was, again, confrontational. It was -- she was
21 dismissive, and she was not interested in
22 responding to the question of the committee.
23    So personally, I did not think that there
24 was another component rather than the attitude of
25 the candidate and the unpreparedness that led to

79

1 this exam.
2    Q To such an extent that it was not even
3 worth considering whether there were personal
4 problems?
5    A Things have changed a lot more since then.
6 Now we're getting a lot more training in, you
7 know, understanding potential situations, and
8 we're definitely a bit more aware because of this
9 case. That makes you a lot more aware of the
10 situation.
11    But when we did that exam, nobody had any
12 slightest thought that the reason the candidate
13 behaved the way she did was because of the, you
14 know, alleged inappropriate relationship. Because
15 again, going back to what I said earlier,
16 everybody knew Professor Rizzoni, his records with
17 students, his, you know, professional liaison and
18 the way he's liked by peers and his students.
19    Q Dr. Canova --
20    A There's no reason for us to believe it.
21    Q Dr. Canova, at that point, those
22 allegations hadn't even surfaced, had they?
23    A No. They --
24    Q So -- so --
25    A -- surfaced after --

80

1    Q Yes. So take the accusations off the
2 table, sir. For all you knew, she was struggling
3 for some other reason. A relative might have
4 died. She could be abused by her boyfriend or
5 anyone else. Right?
6    Did you ever stop to consider that? That
7 she was struggling with some serious personal
8 problem that was impacting her performance,
9 whether it was Rizzoni or not? It could have been
10 any of a number of things; right?
11    A We did not stop the exam to ask
12 specifically that question, but we did ask -- we
13 did -- we did try to give the candidate many, many
14 chances to respond correctly to the questions.
15    Just like you're doing today with me,
16 you're being very helpful in rephrasing your
17 questions so that I can understand and, you know,
18 we can move forward. That's sort of the same
19 conduct that we tried to do with the exam.
20    You know, most of the -- the 99.9% of the
21 candidacy exams, the committees try to help the
22 students in filling gaps in their knowledge and
23 their understanding of the problem, and it's a
24 back-and-forth conversation. This time we --
25 there was no connection and no responsiveness from

81

1 the student to the suggestions of the questions
2 and the corrections of the committee.
3    Q  Okay.  Was the candidacy exam recorded?
4    A  No.
5    Q  Why not?
6    A  The University does not require it, and we
7 typically do not record it.
8    Q  Hmm.  Okay.  The one good thing about this
9 deposition is it's recorded.
10    A  Maybe we should do it.
11    Q  Mm-hmm.  Well, okay.  Dr. Canova, so I --
12 I guess, you know, you had testified before that
13 you were struggling to understand how a student
14 could come this far, including by performing so
15 well in your classes, and then have this meltdown
16 at the -- or this alleged meltdown during this
17 candidacy exam.  Am I understanding that you all
18 concluded immediately within your 15-minute
19 conversation after this two-hour candidacy exam
20 that this student had such irredeemable character
21 flaws that she was just unsalvageable and it
22 wasn't even worth considering?
23    A  No, it wasn't like that.  As far as I knew
24 and the committee knew, that Dr. Rizzoni was
25 struggling with this candidate.  As I mentioned

82

1 earlier in my deposition, he was mentioning to
2 colleagues then that she was defiant of his
3 advice, she was not showing up at meetings, and
4 that in his experience he had never had to deal
5 with such a difficult case.
6      Then we made our -- one of our own -- our
7 evaluation, independent, based on what the student
8 provided to us, so that e-mail was the student
9 directly e-mailing to us, not through
10 Professor Rizzoni.
11      So -- and then you could see, you know, in
12 that exhibit that I was concerned already that the
13 student was not prepared enough for the exam.
14      Then we go into the exam and it was a
15 pretty shocking moment for everyone.  And then
16 there was the 15 minutes.
17      So it was not just based on those
18 15 minutes.  It was a very long build-up that
19 terminated with those 15 minutes.
20    Q  Well, I heard you say that before, but I
21 guess what I'm asking is what happened, you know,
22 after the exam itself happened.  And I'm asking
23 about the process of deliberating as to whether
24 she was going to get a second chance or simply be
25 essentially expelled from the program.

83

1    A  Yes, I heard your question, and to be --
2 again, the -- the way the exam finished was not
3 the way the exam should finish in a normal
4 candidacy exam.  The policy that we have at the
5 University are that each committee member
6 expresses an individual evaluation, independent
7 evaluation on the candidate.  We didn't -- we were
8 not supposed to discuss together, but we ended up
9 discussing.  We ended up writing our report, which
10 we usually don't do, and then we ended up sending
11 that report to Dr. Rizzoni and making a deferred
12 decision on what was going to be the outcome of
13 the exam.  That whole procedure was unusual
14 because the exam itself was unusual.
15    Q  And no one thought to suggest that maybe
16 Meng should get a second chance with a different
17 advisor.
18      MS. CORL:  Objection, asked and answered.
19      You can answer again.
20    A  No.
21      MR. PATTAKOS:  Okay.  Let's take a look at
22 the last exhibit, Exhibit 4.
23      (Canova Deposition Exhibit 4 marked.)
24 BY MR. PATTAKOS:
25    Q  And let me ask you first --

84

1      MR. PATTAKOS:  Actually, sorry, take that
2 down, please.  I'm sorry.
3      My apologies.
4 BY MR. PATTAKOS:
5    Q  Dr. Canova, who is Janeen Sands?  What are
6 her credentials?
7    A  So she was the graduate studies
8 coordinator in the Department of Mechanical
9 Aerospace and Engineering.  So in the
10 administration.  She's a staff position, and her
11 duties are to report to the department chair and
12 the graduate studies committee on also all methods
13 that have to do with student registration and all
14 of the clerical and administrative aspects that
15 are involved in the master's and Ph.D. programs.
16      Sorry, the program coordinator also
17 records and suggests often options to faculty
18 regarding scheduling the exams, regarding courses,
19 and so on.  So she's pretty supportive and helpful
20 for all questions related to the administrative
21 side of graduate programs.
22    Q  Is she a Ph.D.?
23    A  No.
24    Q  Is she an engineer?
25    A  No.

85

1    Q  Okay.  So she's not qualified to evaluate
2  Meng's candidacy exam, is she?
3    **A  She is not qualified to evaluate but she**
4  **is familiar with the University rules and the**
5  **policies regarding the conduct of an exam.**
6    Q  I understand.  Okay.
7    **A  So it's not technical.  Yeah, sorry.**
8  **Thank you.**
9    Q  Okay.  Thank you.  Let's go back to
10  Exhibit 4.
11     I'm losing my sunlight here, so excuse me.
12     MS. CORL:  Can you make that a little bit
13  bigger?
14  BY MR. PATTAKOS:
15    Q  Okay.  And this is the one I want to see.
16  This -- this is an e-mail from Dr. Rizzoni to
17  Janeen Sands dated December 10, 2017.  And I want
18  to look at the second paragraph where Rizzoni
19  writes --
20     And, sir, this was just the day after the
21  exam; correct?
22    **A  Yes.**
23    Q  Okay.
24    **A  No, two days.**
25    Q  Two days.  So the exam happened on Friday,

86

1  December 8th; correct?
2    **A  I believe so.**
3    Q  Okay.  So this is two days after the exam.
4  And Rizzoni says:  The exam --
5     This is the second paragraph of his e-mail
6  to Janeen.
7     The exam did not go well at all.  Meng was
8  unprepared and argumentative, and the committee
9  determined that she is really not qualified and
10  that her attitude is not consistent with the
11  expectations we place on Ph.D. students.  My
12  assessment is that she has done next to nothing of
13  relevance to her dissertation research for the
14  past year.
15     Am I reading that correctly?
16    **A  You are.**
17    Q  Okay.  Was that your assessment as well?
18    **A  The second paragraph?  What you read?**
19    Q  In particular, was it your assessment that
20  Meng has done --
21    **A  Yes.**
22    Q  -- next to nothing of relevance to her
23  dissertation research for the past year?
24    **A  Yes, I did agree with that statement.**
25    Q  Does it make sense to you, Dr. Canova,

87

1    that a student could do next to nothing of
2  relevance to such dissertation research and yet
3  pass a -- for a full year, and then pass a Ph.D.
4  candidacy exam three months later on the same
5  research?
6    **A  To me, personally doesn't make much sense.**
7    Q  It doesn't, does it?
8    **A  Speculating, everything is possible.**
9    Q  Does it make sense to you, Dr. Canova --
10  well, would it surprise you that Meng's research
11  that she did at Ford that summer of 2017
12  substantially overlapped with her Ph.D. candidacy
13  exam and eventual dissertation that was approved?
14     MS. CORL:  Object to relevance.
15     You can answer.
16    **A  So I did not know anything of the research**
17  **she did with Ford, because that is Ford**
18  **confidential, so I don't have that privilege of**
19  **understanding.**
20  **BY MR. PATTAKOS:**
21    Q  Mm-hmm.
22    **A  My -- you know, my negative evaluation is**
23  **based solely on what I saw and, you know, what I**
24  **saw was unsatisfactory.**
25     (Clarification by reporter.)

88

1    **A  I apologize for my accent.**
2  **BY MR. PATTAKOS:**
3    Q  No need to apologize to me for that.  My
4  father had a very thick accent as well.
5     Okay.  We can move on.
6     Dr. Canova, you know Dyche Anderson;
7  correct?
8    **A  Yes.**
9    Q  And you work closely with him, correct?
10    **A  Not close to him personally, but we know**
11  **each other professionally.**
12    Q  And you've worked with him over the years;
13  correct?
14    **A  Not directly, but I did have indirect**
15  **collaborations.**
16    Q  Does it surprise you that Dyche Anderson,
17  at his deposition, sung Meng's praises and
18  effusively the work that she did as well as her
19  work ethic and her attitude?
20     MS. CORL:  Object to relevance.
21     You can answer.
22    **A  Honestly, I don't -- it would not surprise**
23  **me.  It is very possible that, you know, for Dyche**
24  **Anderson's standards, she worked to his**
25  **satisfaction.  I -- but again, it's a conjecture.**

89

1  I'm sorry.
2  BY MR. PATTAKOS:
3      Q  Well, do you think Dyche has low
4  standards?
5      MS. CORL:  Object to relevancy.
6      You can answer.
7      A  I do not.
8  BY MR. PATTAKOS:
9      Q  And the work that Dyche Anderson does with
10 Ph.Ds like Meng is not simple, easy work, is it,
11 sir?
12     A  Sorry, would you mind repeating the
13 question?
14     Q  The work that Dyche Anderson does with
15 Ph.D. candidates like Meng is not simple, easy
16 work, is it?
17     MS. CORL:  Object to relevance.
18     You can answer.
19     A  As I said, not knowing the details of the
20 work, I don't feel confident that I can express an
21 opinion.
22     MR. PATTAKOS:  I believe that -- okay.
23 BY MR. PATTAKOS:
24     Q  Dr. Canova, I'm looking at a document
25 called Model-Order Reduction For Nonlinear

90

1  Distributed Parameter Systems With Application to
2  Internal Combustion Engine Modeling and
3  Simulation.
4      Does that title ring a bell for you?
5      A  It is familiar.  It's one of my research
6  areas.
7      Q  That was Stephanie Stockar's dissertation;
8  correct?
9      A  Yes.
10     Q  And this is published online at OhioLINK;
11 right?
12     A  I believe so.
13     Q  And it says here on OhioLINK that there's
14 a committee --
15     A  Yes.
16     Q  -- listed here.
17     And on that committee is Yann Guezennec,
18 and you, Marcello Canova, as advisors; correct?
19     A  Correct.
20     No, I'm sorry, that is not correct.  I was
21 not the advisor.  Yann Guezennec was the advisor.
22     Q  You are listed as an adviser on OhioLINK.
23 We can -- I will go ahead and print the exhibit.
24     MS. CORL:  Objection, relevance.
25     MR. PATTAKOS:  Well, it certainly goes

91

1  to -- certainly goes to bias and impeachment at
2  this point, so...
3      MS. CORL:  Same objections.
4      MR. PATTAKOS:  Mm-hmm.
5      Christina, I will e-mail this to you.
6  I'll e-mail you the link.  I just need to run to
7  my printer.  I'll be right back.
8      (Off the record.)
9      MR. PATTAKOS:  Okay.  I need access to the
10 exhibit upload doohickey.
11     I need to upload a new exhibit, please.
12     TRIAL TECHNICIAN:  No worries.  The link I
13 put in the chat should still be available.
14     MR. PATTAKOS:  Oh, thank you, thank you.
15 I need to open that chat back up.  Thank you,
16 thank you.
17     I've honestly never done this before, with
18 such a good system.  We usually just use e-mail
19 and confirm with the court reporter, so this is
20 terrific.
21     I think that will work.  Boom.
22     This will be Exhibit 5.
23     (Canova Deposition Exhibit 5 marked.)
24     MS. CORL:  Object to the exhibit.
25     You can go.

92

1      MR. PATTAKOS:  It says it has been
2  uploaded.
3      TRIAL TECHNICIAN:  Okay.  I have that
4  here.  Just give me one moment, please.
5      Would you like me to put that up?
6      MR. PATTAKOS:  Please.  Yes.
7      MS. CORL:  We need it a little bit bigger.
8      MR. PATTAKOS:  Yeah, we need it a lot
9  bigger.
10     For the record, I pulled this document
11 from the following web link:
12 https://etd.ohiolink.edu/apexprod/rws_olink/r/1501
13 /10?clear=10&p10_accession_num=osu1372847649.
14     Dr. Canova, can I just --
15     Yeah, go ahead.
16     MS. CORL:  Note our objection to this
17 exhibit.
18     MR. PATTAKOS:  Yep.  It's noted.
19 BY MR. PATTAKOS:
20     Q  So, Dr. Canova, this, you would agree, is
21 at least what OhioLINK represents to be a summary
22 of your wife Stephanie Stockar's dissertation
23 paper; correct?
24     A  The abstract that is displayed at this
25 moment?

**93**

1    Q  Mm-hmm.

2    **A  Yes.**

3    Q  Okay.  Are you familiar with OhioLINK?

4    **A  Yes.**

5    Q  What is OhioLINK?

6    **A  OhioLINK is repository that is controlled**

7    **by the graduate school where all of the teachers**

8    **and dissertations of all OSU to be uploaded to**

9    **satisfy the administrative requirements that lead**

10   **to the passing of the final exam and the release**

11   **of the certificate.**

12   Q  So this is a government website; correct?

13   **A  It is.**

14   Q  Yeah, I see that it's -- there's an

15   Ohio.gov stamp on the upper right corner of this

16   website, but it does not appear on the printout.

17   So my apologies there.

18       But it does -- the governor's name is at

19   the bottom of page 3, Mike DeWine, I will note.

20       Do you see that?

21   **A  I never knew that.  Okay.**

22   Q  So you have no reason to believe that

23   OhioLINK would falsify records, do you, sir?

24   **A  I do not know that.**

25   Q  Okay.

**94**

1        MS. CORL:  Can you make that bigger so we

2    can see -- we can't see this.

3        MR. PATTAKOS:  I e-mailed it to you, too,

4    Christina, and you can pull it right up on the

5    internet.  You can Google Stockar and Canova --

6        MS. CORL:  I'm sitting in a trial

7    deposition right now and I'm not going to pull up

8    anything, but go ahead.

9        MR. PATTAKOS:  Mm-hmm.

10   BY MR. PATTAKOS:

11   Q  I really -- the question pending is

12   whether Dr. Canova has any reason to believe that

13   OhioLINK would falsify documents.

14   **A  I cannot -- I cannot answer the question.**

15   **What you pointed in my opinion is a clerical**

16   **mistake.**

17   Q  Okay.  That's fine.  And that's your

18   opinion, or that's what you believe.  That's fine.

19   But it does -- do you see where it --

20   **A  Sorry, that is not what I believe, that is**

21   **what I know, because I was not the Ph.D. advisor**

22   **of Dr. Stephanie Stockar.**

23   Q  Okay.

24   **A  There are other documents in our**

25   **departments where we write who the advisor of**

**95**

1    **record is and the advisor of record is Yann**

2    **Guezennec.**

3        **So I'm as surprised as you are to see**

4    **this.**

5    Q  Okay.  And let's talk about what we're

6    seeing here that's so surprising.  Can we go down

7    to the second page, please?

8        Right there.  And do you see where it says

9    committee?  It says Marcello Canova listed as

10   advisor; correct?

11   **A  Yes.**

12   Q  And that's -- it's just not true that you

13   were the advisor; correct?

14   **A  I know that I was not the advisor.**

15   Q  Okay.  But you were on the committee?

16   **A  I was on the committee.**

17   Q  Did you disclose your romantic

18   relationship with Ms. -- with Dr. Stockar before

19   you were approved to serve on this committee?

20   **A  I absolutely did.**

21   Q  You did?  And that cleared conflicts of

22   interest?

23   **A  Not in this specific case.**

24   Q  Why not?

25   **A  Because I don't know if -- I do not have a**

**96**

1    **financial interest or any other form of interest**

2    **in serving as a committee member for Ph.D. exam.**

3    **I'm not the advisor of record.  I am not the**

4    **principal investigator that's paid for the funding**

5    **of the graduate student.  And there is another**

6    **reason that is purely academic.**

7        **You know, when you read the title, you**

8    **asked me if I'm familiar and I told you that this**

9    **is -- might read familiar because it's my research**

10   **area.  Unfortunately in science there are not many**

11   **professors who are confident and familiar with a**

12   **specific field of research, and that's why I was**

13   **asked to serve as the committee member of**

14   **Stephanie Stockar's exam.**

15   Q  Even despite the romantic relationship?

16   **A  I did disclose the romantic relationship**

17   **to the advisor and to our programs, and the**

18   **advisor and the graduate programs decided that**

19   **there was not a conflict of interest and they**

20   **allowed me to take part of the exam.**

21   Q  Who exactly did you disclose this to?

22   **A  So I disclosed it to --**

23   Q  -- besides Mr. --

24       Sorry, go ahead.

25       I understand that you disclosed it to Yann

97

1  Guezennec. Who else, what other persons did you
2  disclose this to?
3      MS. CORL: Object to this whole line of
4  questioning for relevance, but go ahead.
5    **A I did disclose it to all of the committee**
6  **members, so to Giorgio Rizzoni and to Terrence**
7  **Conlisk.**
8  **BY MR. PATTAKOS:**
9    Q Anyone else?
10   **A It's 2013. I don't remember, but**
11  **definitely, at that time, our colleagues and**
12  **coworkers knew about that.**
13   Q Okay. Let's go back up to the top of this
14  document.
15      Model-Order Reduction For Nonlinear --
16      I just want to see the title. Thank you.
17  Model -- there it is.
18      So again, the title is Model-Order
19  Reduction For Nonlinear Distributed Parameter
20  Systems With Application to Internal Combustion
21  Engine Modeling and Simulation.
22   **A Yes.**
23   Q And you are one of the few people in the
24  world that could understand this?
25   **A No, I don't have the presumption to say**

98

1  **that, but I am one of the few people at the Ohio**
2  **State who can serve in the committee.**
3   Q Is that typical for dissertations?
4   **A What is typical for dissertations? Sorry.**
5   Q For only a few professors there to be able
6  to effectively serve on the committee?
7   **A Generally, for evaluating the quality of**
8  **Ph.D. students, you need to have faculty or**
9  **experts with that area of research. And there are**
10  **not many faculty in the department that are no**
11  **knowledgeable or expert or experience with a**
12  **specific research area.**
13   Q Okay.
14   **A I'm sure it's the same in your field.**
15   Q Well, I'll tell you, our field is more of
16  an art than a science, I say. And more of a
17  practice. But it's very interesting. I would
18  enjoy -- I would probably enjoy debating that with
19  you.
20   **A I would love to.**
21   Q I appreciate that. I think I just need
22  one more short break and then I hope that we're
23  done at this point. Thank you. Just give me one
24  more short break.
25      MR. PATTAKOS: Sorry, thanks.

99

1      THE VIDEOGRAPHER: Please stand by. We're
2  going off the record at 6:34 p.m.
3      (Recess taken, 6:34 p.m. to 6:40 p.m. EDT)
4      THE VIDEOGRAPHER: We're going back on the
5  record and the time is 6:41 p.m.
6  BY MR. PATTAKOS:
7   Q Dr. Canova, have you ever gone back and
8  looked at your phone records in connection with
9  this lawsuit?
10   **A My phone records?**
11   Q Mm-hmm.
12   **A Are you asking now? Are you asking during**
13  **the exam? after the exam?**
14   Q I'm asking have you -- in connection with
15  this lawsuit, have you ever went back to look at
16  your phone records relating to this lawsuit at all
17  about the events in question?
18   **A I don't remember.**
19   Q You don't remember? Have you ever gone
20  back to obtain your phone records, records of
21  incoming calls or outgoing calls to either look at
22  yourself or provide to anyone in this litigation?
23   **A No.**
24   Q Hmm. Okay.
25      MR. PATTAKOS: I have no further questions

100

1  subject to any questions by defense counsel.
2      MS. CORL: I've got no questions. Let's
3  finish up what we need to do with the court
4  reporter.
5      THE VIDEOGRAPHER: I'll take us off the
6  record, first, so please stand by.
7      Here ends today's deposition of Marcello
8  Canova, Ph.D. We're going off the record at
9  6:42 p.m.
10      (Time noted: 4:48 p.m. EDT)
11      --o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24
25

101

1       ACKNOWLEDGMENT OF DEPONENT
2           I, MARCELLO CANOVA, PH.D., do hereby
3    acknowledge that I have read and examined the
4    foregoing testimony, and the same is a true,
5    correct and complete transcription of the
6    testimony given by me and any corrections appear
7    on the attached Errata sheet signed by me.
8
9
10   _____  _____
11    (DATE)            (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

102

1       CERTIFICATE OF REPORTER
2           I, Debra A. Dibble, hereby certify that
3    the witness in the foregoing deposition was by me
4    duly sworn to tell the truth, the whole truth, and
5    nothing but the truth in the within-entitled cause;
6           That said deposition was taken in
7    shorthand by me, a disinterested person, at the
8    time and place therein stated, and that the
9    testimony of the said witness was thereafter
10   reduced to typewriting, by computer, under my
11   direction and supervision;
12          That before completion of the deposition,
13   review of the transcript [ ] was [x] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17          I further certify that I am not of counsel
18   or attorney for either or any of the parties to
19   the said deposition, nor in any way interested in
20   the event of this cause, and that I am not related
21   to any of the parties thereto.
22       Dated: 2-23-2023
23

24   Debra A. Dibble, RDR, CRR, CRC, Notary Public
25

**A**

**abilities**
46:21, 46:24,
47:12, 52:6
**ability**
22:14
**able**
25:16, 47:9,
68:4, 98:5
**about**
7:20, 7:21,
10:18, 11:21,
14:1, 14:8,
15:15, 18:22,
19:17, 21:4,
21:24, 22:22,
23:9, 27:12,
27:13, 27:22,
28:6, 28:10,
28:16, 28:22,
28:25, 29:14,
30:14, 30:16,
30:18, 30:20,
30:22, 31:12,
32:18, 32:22,
33:8, 33:14,
34:19, 35:5,
35:17, 36:22,
38:24, 40:16,
41:14, 48:15,
49:19, 50:16,
50:17, 53:10,
60:3, 60:11,
60:13, 62:3,
63:14, 63:21,
65:17, 65:21,
67:7, 68:15,
69:21, 69:23,
69:24, 70:9,
70:13, 74:2,
74:7, 81:8,
82:23, 95:5,
97:12, 99:17
**above**
66:13
**abroad**
8:14, 19:1,

19:11
**absolutely**
25:14, 58:7,
95:20
**abstract**
92:24
**abuse**
38:19, 47:8
**abused**
34:9, 51:6,
80:4
**academic**
34:5, 96:6
**accent**
88:1, 88:4
**access**
54:5, 91:9
**accommodating**
16:14
**accredited**
43:8
**accusations**
34:18, 35:21,
36:13, 38:1,
80:1
**accused**
33:24
**acknowledge**
101:3
**acknowledgment**
101:1
**across**
31:17
**activities**
8:3
**actual**
41:21
**actually**
8:3, 12:15,
13:2, 15:15,
41:20, 67:22,
72:9, 72:13,
84:1
**adage**
26:20
**additional**
22:8
**address**
38:7, 69:15,

70:14
**administration**
84:10
**administrative**
22:10, 36:3,
84:14, 84:20,
93:9
**administrator**
75:15
**admission**
43:9
**admitted**
76:5
**advance**
62:14
**advances**
34:11
**advice**
82:3
**advised**
40:19
**advisee**
75:10
**adviser**
21:9, 90:22
**advisor**
9:16, 45:23,
45:24, 46:15,
47:4, 47:7,
47:9, 52:7,
57:8, 76:6,
76:25, 83:17,
90:21, 94:21,
94:25, 95:1,
95:10, 95:13,
95:14, 96:3,
96:17, 96:18
**advisors**
90:18
**aerospace**
7:12, 8:19,
20:20, 65:12,
84:9
**affiliated**
19:12, 20:10,
24:1, 49:10
**affiliation**
24:4

**after**
13:8, 13:18,
14:17, 47:7,
50:9, 50:18,
59:23, 62:3,
73:10, 74:6,
77:8, 77:11,
79:25, 81:19,
82:22, 85:20,
86:3, 99:13
**afternoon**
17:9, 17:10
**again**
13:16, 32:24,
51:15, 66:7,
74:17, 74:23,
76:1, 78:20,
79:15, 83:2,
83:19, 88:25,
97:18
**against**
50:11
**age**
41:23
**aging**
12:20
**ago**
34:23
**agree**
24:8, 24:11,
24:12, 25:23,
37:25, 64:14,
76:13, 86:24,
92:20
**agreed**
74:19
**ahead**
22:6, 23:15,
48:10, 61:7,
68:22, 70:10,
70:23, 72:12,
73:11, 90:23,
92:15, 94:8,
96:24, 97:4
**ahh**
46:17
**airyshire**
2:5, 3:15

**all**
16:7, 25:15, 30:1, 39:18, 40:5, 43:16, 48:17, 61:8, 68:4, 71:12, 71:19, 72:25, 74:11, 74:18, 75:2, 75:23, 76:9, 76:14, 77:19, 80:2, 81:17, 84:12, 84:13, 84:20, 86:7, 93:7, 93:8, 97:5, 99:16

**allegations**
27:9, 34:20, 37:3, 37:13, 38:5, 50:11, 79:22

**alleged**
34:8, 79:14, 81:16

**allow**
10:12, 46:2, 71:23, 73:19, 74:3

**allowed**
51:24, 70:2, 96:20, 102:16

**almost**
18:15, 39:17, 68:18

**already**
12:11, 16:7, 42:25, 43:4, 44:16, 66:18, 77:1, 82:12

**also**
3:21, 6:18, 7:18, 10:9, 10:24, 11:8, 13:13, 20:21, 22:14, 22:24, 24:7, 25:20, 34:4, 36:12, 38:15, 38:17,

39:19, 40:22, 41:22, 42:11, 43:25, 55:1, 55:12, 60:11, 65:25, 76:23, 76:24, 84:12, 84:16

**always**
25:15

**american**
19:12

**among**
14:4

**analysis**
56:13

**anderson**
88:6, 88:16, 89:9, 89:14

**anderson's**
88:24

**another**
45:7, 45:23, 46:9, 47:4, 47:6, 47:9, 52:7, 78:24, 96:5

**answer**
12:24, 12:25, 13:1, 18:5, 21:19, 23:2, 24:17, 32:24, 37:6, 38:10, 39:4, 42:7, 49:6, 49:21, 50:13, 50:22, 51:10, 51:12, 53:22, 62:14, 62:18, 65:3, 65:19, 68:10, 68:23, 77:10, 83:19, 87:15, 88:21, 89:6, 89:18, 94:14

**answered**
32:23, 63:3, 83:18

**answering**
12:22, 29:3,

29:9

**answers**
21:11, 35:9, 62:25

**any**
8:23, 8:24, 10:17, 11:13, 11:17, 11:20, 11:24, 14:20, 21:1, 22:1, 24:2, 24:4, 26:16, 27:5, 27:16, 27:21, 35:6, 36:20, 39:25, 40:1, 45:12, 45:20, 53:3, 53:21, 54:5, 54:6, 55:17, 60:8, 60:11, 64:3, 69:21, 74:2, 75:25, 79:11, 80:10, 94:12, 96:1, 100:1, 101:6, 102:14, 102:18, 102:19, 102:21

**anybody**
36:4, 49:12, 70:13

**anymore**
14:23, 20:9

**anyone**
11:25, 26:12, 27:24, 46:9, 80:5, 97:9, 99:22

**anything**
40:23, 44:22, 48:24, 59:3, 87:16, 94:8

**anyway**
52:1, 71:5

**apexprod**
92:12

**apologies**
84:3, 93:17

**apologize**
29:23, 88:1,

88:3

**apparently**
16:16, 46:2

**appear**
93:16, 101:6

**appearances**
3:1, 6:15

**appeared**
13:10

**appended**
102:16

**application**
56:21, 90:1, 97:20

**applications**
54:17

**apply**
42:11

**appointment**
7:16

**appreciate**
98:21

**appropriate**
75:23

**appropriately**
35:11

**approved**
87:13, 95:19

**approximately**
9:10, 10:7

**april**
1:19, 6:3, 6:11, 19:17

**area**
96:10, 98:9, 98:12

**areas**
90:6

**argumentative**
86:8

**around**
9:18, 10:23

**arrives**
45:15

**art**
98:16

**asked**
9:12, 9:15,

13:13, 32:23,
49:17, 75:5,
83:18, 96:8,
96:13
**asking**
12:17, 53:6,
60:5, 82:21,
82:22, 99:12,
99:14
**asks**
16:4
**aspects**
84:14
**assessment**
47:14, 52:5,
86:12, 86:17,
86:19
**assignments**
54:24
**assume**
24:7, 26:9,
26:13, 26:22,
26:23
**assumes**
26:10
**attached**
61:12, 63:4,
101:7
**attachment**
62:21
**attachments**
62:23
**attend**
11:5
**attended**
18:20
**attitude**
13:22, 46:14,
46:22, 47:1,
47:12, 52:5,
78:24, 86:10,
88:19
**attorney**
28:1, 30:17,
32:14, 32:19,
102:18
**attorney-client**
29:2, 29:4,

29:8
**attorneys**
27:17, 27:19,
27:21
**audience**
21:9
**audio**
31:10
**august**
19:3
**authority**
8:23
**automotive**
7:17, 8:17,
9:9, 19:22,
19:25, 20:9,
20:14, 20:16,
26:7, 39:8,
54:16
**availability**
64:8
**available**
18:2, 91:13
**awarded**
54:19, 55:12
**aware**
33:23, 50:10,
79:8, 79:9
**awkward**
13:5, 13:16,
45:11, 45:13,
51:4

---
**B**
**bachelor**
43:7
**back**
15:8, 19:14,
19:16, 19:19,
32:10, 37:9,
41:20, 58:17,
66:14, 70:1,
79:15, 85:9,
91:7, 91:15,
97:13, 99:4,
99:7, 99:15,
99:20
**back-and-forth**
80:24

**background**
7:21, 8:1,
10:11, 35:18,
43:10
**bad**
36:22, 46:22,
78:12
**based**
14:10, 46:13,
47:17, 56:2,
82:7, 82:17,
87:23
**basic**
12:18, 27:8
**basically**
33:1, 44:4
**basis**
39:2, 39:5,
39:16, 39:19,
51:17, 76:4
**batteries**
8:5
**battery**
12:21, 54:13
**became**
8:18, 18:22,
20:3, 50:10,
56:24
**because**
10:22, 11:4,
11:8, 13:10,
15:23, 19:7,
25:12, 26:9,
35:2, 35:8,
36:19, 38:18,
44:13, 46:20,
46:22, 46:23,
47:1, 53:21,
54:4, 65:10,
66:7, 72:13,
74:24, 76:25,
78:2, 78:19,
79:8, 79:13,
79:14, 83:14,
87:17, 94:21,
95:25, 96:9
**become**
26:1

**been**
6:22, 7:13,
8:4, 12:25,
14:15, 15:20,
16:6, 16:7,
16:10, 17:16,
18:13, 19:5,
19:6, 19:25,
23:23, 25:12,
25:16, 25:19,
25:24, 26:8,
34:22, 36:19,
44:16, 51:5,
64:6, 70:6,
70:8, 80:9, 92:1
**before**
2:10, 17:18,
23:24, 28:21,
49:14, 59:17,
59:24, 66:19,
68:7, 68:8,
70:10, 71:21,
81:12, 82:20,
91:17, 95:18,
102:12
**began**
12:22, 18:16,
57:14, 57:22
**begin**
16:20, 18:3
**beginning**
13:6, 63:13
**begins**
6:5
**behalf**
3:3, 3:11
**behaved**
79:13
**behaving**
35:11
**behavior**
38:19
**being**
13:12, 25:15,
80:16
**belief**
37:19, 37:23,
38:21, 39:2,

39:5, 39:23

**beliefs**
39:21

**believe**
12:5, 16:6,
19:2, 26:16,
34:21, 36:9,
36:18, 38:1,
38:4, 38:23,
38:25, 39:1,
53:7, 59:20,
59:23, 60:9,
69:18, 73:11,
74:5, 75:9,
79:20, 86:2,
89:22, 90:12,
93:22, 94:12,
94:18, 94:20

**bell**
90:4

**below**
62:22

**besides**
24:3, 96:23

**best**
58:8

**better**
47:3, 47:6,
54:11, 76:7

**between**
9:9, 12:5,
25:17, 33:20,
44:18, 45:19,
52:4, 53:19,
64:7

**bias**
91:1

**big**
76:24

**bigger**
60:24, 71:9,
85:13, 92:7,
92:9, 94:1

**bit**
33:16, 79:8,
85:12, 92:7

**blurry**
12:4

**boom**
91:21

**born**
21:13, 23:25

**both**
20:23, 63:4,
69:7, 77:2, 77:3

**bother**
50:25

**bottle**
48:8

**bottom**
60:18, 60:19,
71:13, 71:15,
71:19, 93:19

**box**
73:5, 73:14,
73:16

**boyfriend**
80:4

**break**
31:1, 31:5,
32:2, 48:6,
58:12, 98:22,
98:24

**brief**
19:6

**briefly**
28:13

**brought**
12:14

**buie**
3:22, 6:13

**build-up**
82:18

**built**
21:11

**bulk**
44:16

---
**C**
---

**calibration**
56:21

**call**
30:14

**called**
89:25

**calls**
51:8, 99:21

**came**
19:7, 19:14,
19:18, 57:25,
71:21

**camera**
31:18

**can't**
33:2, 53:22,
60:25, 94:2

**candidacy**
5:4, 5:9, 5:12,
9:12, 9:18,
9:20, 10:15,
10:17, 12:9,
12:15, 43:19,
44:8, 44:19,
44:25, 45:5,
48:25, 49:15,
51:5, 52:6,
52:9, 52:20,
53:15, 53:19,
59:24, 61:10,
63:10, 64:10,
74:25, 75:22,
80:21, 81:3,
81:17, 81:19,
83:4, 85:2,
87:4, 87:12

**candidate**
10:1, 10:2,
10:8, 10:12,
12:22, 12:24,
13:10, 13:19,
14:3, 14:12,
14:13, 35:10,
46:13, 46:15,
47:18, 60:9,
63:10, 63:16,
63:17, 66:9,
76:2, 78:18,
78:25, 79:12,
80:13, 81:25,
83:7

**candidate's**
44:13

**candidates**
89:15

**cannot**
37:17, 38:21,

46:11, 47:16,
50:7, 52:18,
94:14

**canova**
1:17, 2:1, 4:5,
6:6, 6:21, 7:7,
7:8, 12:7, 15:2,
17:6, 18:1,
18:13, 22:18,
24:13, 25:5,
27:2, 29:12,
29:16, 31:17,
32:16, 33:13,
33:23, 35:19,
36:11, 37:2,
37:12, 37:25,
40:4, 41:5,
41:25, 42:24,
44:21, 45:4,
46:1, 46:18,
48:14, 49:12,
51:3, 52:3,
52:19, 53:13,
54:8, 56:24,
58:25, 59:16,
64:14, 69:14,
70:4, 71:11,
72:15, 75:20,
76:5, 79:19,
79:21, 81:11,
83:23, 84:5,
86:25, 87:9,
88:6, 89:24,
90:18, 91:23,
92:14, 92:20,
94:5, 94:12,
95:9, 99:7,
100:8, 101:2

**canova's**
16:15

**cao**
48:15

**capital**
76:22

**care**
31:9

**career**
25:25, 35:3,

35:7, 44:22

**case**
1:6, 6:10,
27:22, 28:6,
28:10, 29:14,
30:16, 30:18,
32:18, 32:20,
33:14, 33:19,
36:13, 42:11,
45:25, 46:12,
46:18, 65:5,
75:14, 79:9,
82:5, 95:23

**case-by-case**
76:4

**casual**
26:25

**cause**
38:2, 102:5,
102:20

**ccorl@plunkettco-oney**
3:19

**cell**
56:3

**center**
7:17, 8:17,
9:9, 19:22,
19:25, 20:2,
20:8, 20:10,
20:13, 20:16,
20:24, 26:7,
39:7, 39:18,
41:12, 58:2

**certainly**
16:18, 25:23,
33:23, 35:16,
38:5, 42:18,
68:18, 71:3,
90:25, 91:1

**certificate**
4:10, 93:11,
102:1

**certified**
2:11, 4:14

**certify**
102:2, 102:17

**chain**
20:7

**chair**
9:1, 29:21,
84:11

**challenge**
64:6

**chance**
46:3, 46:8,
47:15, 52:7,
71:23, 73:4,
73:14, 73:16,
73:19, 74:3,
74:20, 75:24,
76:10, 82:24,
83:16

**chances**
80:14

**changed**
20:5, 20:7,
35:20, 79:5

**changes**
102:14

**changing**
60:14

**character**
39:23, 81:20

**characterization**
56:4

**charging**
22:15

**chat**
91:13, 91:15

**check**
73:4, 73:13,
73:15, 73:18

**chelsey**
1:11

**chinese**
40:25

**chooses**
15:25

**christina**
3:13, 15:11,
27:20, 28:4,
28:6, 28:10,
28:12, 28:24,
29:13, 29:17,
29:22, 30:3,
30:8, 30:12,

**chair**
31:15, 31:25,
32:19, 51:14,
60:5, 91:5, 94:4

**circumstance**
74:24

**circumstances**
15:23, 63:15

**civil**
35:12

**claim**
32:21

**clarification**
87:25

**clarify**
66:3

**class**
54:20, 54:23,
55:6, 55:13

**classes**
54:9, 69:6,
81:15

**clear**
13:18, 20:13

**clear=&p_accessi-on_num=osu**
92:13

**cleared**
62:7, 95:21

**clearly**
16:11, 67:3,
78:16

**clerical**
84:14, 94:15

**cleveland**
23:22

**client**
33:24, 34:8,
38:23, 45:2,
45:3

**close**
10:23, 24:6,
24:7, 88:10

**closed**
14:4

**closely**
40:8, 52:13,
88:9

**clumsy**
68:1

**coach**
24:20

**coaching**
24:21, 25:1,
51:15

**collaborating**
13:20

**collaboration**
39:12

**collaborations**
88:15

**colleague**
24:6

**colleagues**
8:21, 10:22,
10:25, 25:13,
36:25, 39:7,
45:7, 82:2,
97:11

**college**
7:22, 20:18,
20:21, 20:24

**columbus**
1:18, 2:6, 3:17

**com**
3:9, 3:19

**combustion**
90:2, 97:20

**come**
9:11, 11:6,
18:20, 18:22,
19:16, 21:4,
59:1, 60:3,
60:13, 60:16,
65:16, 69:8,
70:1, 81:14

**comes**
76:14, 76:15

**coming**
69:9

**comment**
47:16

**commitment**
61:9

**committee**
9:13, 10:4,
10:14, 10:15,
12:11, 12:13,

13:13, 13:17,
14:5, 46:12,
46:16, 52:22,
53:17, 54:4,
54:5, 60:22,
61:9, 63:19,
63:21, 68:17,
74:2, 74:12,
76:12, 77:14,
78:22, 81:2,
81:24, 83:5,
84:12, 86:8,
90:14, 90:17,
95:9, 95:15,
95:16, 95:19,
96:2, 96:13,
97:5, 98:2, 98:6
**committees**
22:9, 22:10,
80:21
**common**
12:15
**communicate**
10:24
**communication**
11:1
**communications**
36:5, 36:6
**compelled**
66:9
**compensation**
22:11, 22:12,
22:19, 22:21,
23:12
**competence**
56:10
**competitive**
43:12, 43:14
**complaining**
36:21
**complaint**
27:3, 33:9
**complete**
10:12, 38:18,
68:23, 76:17,
101:5
**completed**
52:10

**completion**
102:12
**component**
14:11, 76:24,
78:24
**composed**
10:4
**comprehension**
46:24
**comprehensive**
55:21, 56:19
**computer**
102:10
**concern**
38:2, 67:21
**concerned**
82:12
**concerns**
69:15
**concluded**
81:18
**conclusion**
13:24
**concur**
71:22
**conduct**
10:12, 14:11,
78:18, 80:19,
85:5
**conducted**
65:5
**conducting**
56:12
**conference**
21:6, 21:8
**confident**
89:20, 96:11
**confidential**
87:18
**confidentiality**
54:2
**confirm**
44:4, 58:12,
91:19
**conflict**
96:19
**conflicting**
33:20

**conflicts**
95:21
**confrontational**
13:2, 13:11,
35:10, 78:20
**confronted**
13:3
**congratulations**
18:9
**conjecture**
88:25
**conlisk**
97:7
**connected**
33:20
**connection**
39:6, 80:25,
99:8, 99:14
**connections**
24:3
**consider**
25:9, 36:15,
40:24, 41:7,
46:9, 78:8,
78:10, 80:6
**considered**
41:5
**considering**
79:3, 81:22
**consistent**
86:10
**constructive**
35:13
**contained**
62:21
**content**
69:10
**context**
30:25, 59:22
**continuation**
44:17
**continuing**
22:13
**continuous**
19:5
**contrast**
52:4, 52:17
**control**
8:1, 56:6,

56:13, 56:18
**controlled**
93:6
**controlling**
16:3
**convenience**
16:16
**conversation**
14:4, 26:25,
35:13, 74:5,
74:14, 74:21,
75:4, 80:24,
81:19
**conversations**
74:1, 74:7
**conversion**
54:16, 55:23
**cooney**
2:4, 3:14
**coordinator**
84:8, 84:16
**cord**
77:7
**corl**
3:13, 4:7, 7:4,
14:23, 15:10,
15:11, 18:4,
21:18, 22:5,
23:1, 23:7,
23:14, 24:15,
27:20, 29:1,
29:6, 31:1,
31:7, 31:22,
32:4, 32:19,
32:23, 33:2,
33:5, 33:7,
37:5, 38:9,
39:3, 41:2,
42:6, 48:5,
49:5, 49:20,
50:12, 50:21,
51:8, 51:17,
51:20, 51:22,
52:15, 52:24,
57:3, 59:10,
60:24, 61:2,
65:2, 65:18,
65:24, 67:11,

68:9, 70:22,
71:9, 77:9,
83:18, 85:12,
87:14, 88:20,
89:5, 89:17,
90:24, 91:3,
91:24, 92:7,
92:16, 94:1,
94:6, 97:3,
100:2
**corner**
93:15
**correct**
12:25, 17:13,
17:23, 20:1,
20:15, 21:13,
21:14, 25:4,
25:25, 34:1,
34:5, 34:20,
36:13, 36:16,
37:4, 37:14,
37:21, 38:2,
38:8, 40:3,
42:16, 42:17,
42:22, 42:23,
43:1, 43:2,
43:5, 43:16,
43:17, 43:23,
43:24, 44:2,
44:3, 44:5,
44:9, 44:12,
47:23, 48:18,
54:9, 54:17,
54:20, 55:6,
55:10, 55:11,
55:13, 55:18,
55:23, 55:24,
56:7, 56:8,
56:13, 56:22,
56:23, 57:2,
57:4, 57:6,
57:16, 57:19,
60:22, 61:13,
61:18, 61:21,
61:25, 62:4,
62:5, 64:17,
64:18, 64:20,
66:15, 70:6,

70:7, 73:1,
73:4, 73:14,
76:7, 76:10,
76:22, 85:21,
86:1, 88:7,
88:9, 88:13,
90:8, 90:18,
90:19, 90:20,
92:23, 93:12,
95:10, 95:13,
101:5
**corrections**
81:2, 101:6
**correctly**
62:16, 64:12,
66:22, 71:25,
73:7, 80:14,
86:15
**could**
22:14, 32:22,
42:10, 42:11,
45:23, 47:3,
70:1, 70:5,
70:6, 70:8,
77:6, 80:4,
80:9, 81:14,
82:11, 87:1,
97:24
**couldn't**
36:4, 67:12
**counsel**
15:11, 15:12,
15:17, 15:24,
100:1, 102:17
**country**
18:11
**counts**
47:12
**course**
34:9, 54:13,
54:25, 55:3,
55:7, 55:19,
56:9, 56:15,
76:23
**courses**
22:13, 76:19,
84:18
**court**
1:1, 6:17,

91:19, 100:3
**court's**
15:17, 15:21
**courtesy**
16:17, 16:19,
63:15, 63:22
**courtroom**
51:24
**covering**
56:2
**coworkers**
97:12
**crc**
1:24, 102:27
**created**
13:5, 19:10
**credentials**
48:1, 48:21,
84:6
**credibility**
36:12
**crr**
1:24, 102:27
**cultural**
41:1
**current**
7:8, 7:10,
7:16, 8:2, 29:6,
39:14, 40:15,
41:10, 56:25
**currently**
21:17, 21:21
**cutting**
77:7

| D |
| --- |

**dai**
48:15
**date**
6:11, 101:11
**dated**
60:20, 85:17,
102:22
**dates**
12:4
**day**
66:14, 78:12,
85:20

**day-to-day**
39:16, 39:22
**days**
62:3, 85:24,
85:25, 86:3
**deal**
82:4
**deals**
12:19
**dear**
61:8, 72:20
**debating**
98:18
**debbie**
6:17
**debra**
1:24, 2:10,
102:2, 102:27
**december**
12:5, 60:20,
62:2, 72:24,
72:25, 73:1,
85:17, 86:1
**decide**
14:7, 19:11
**decided**
96:18
**decision**
46:1, 46:4,
46:7, 46:12,
73:17, 73:18,
73:22, 83:12
**deemed**
42:19
**defendant**
16:14, 16:17,
30:18
**defendants**
1:12, 3:11
**defense**
44:20, 100:1
**defensive**
13:11, 51:4
**deferred**
83:11
**defiant**
11:12, 82:2
**definitely**
79:8, 97:11

degradation
12:20
degree
43:7, 54:2
deliberating
82:23
demonstrated
47:11
deny
42:8, 50:7,
53:2, 53:3
denying
41:25, 42:3,
42:4
department
7:11, 8:19,
9:1, 9:2, 20:11,
20:19, 20:20,
20:24, 75:15,
84:8, 84:11,
98:10
departmental
22:10
departments
94:25
dependence
21:2
depending
64:16
depends
40:6, 40:7,
76:2, 76:3
deponent
101:1, 102:15
depos
6:14, 6:18
deposition
1:17, 2:1, 5:1,
6:6, 6:14,
15:14, 16:15,
17:15, 27:17,
28:21, 32:15,
58:25, 71:11,
72:15, 81:9,
82:1, 83:23,
88:17, 91:23,
94:7, 100:7,
102:3, 102:6,

102:12, 102:19
describe
12:8
described
24:5, 43:18
description
5:2, 25:7
deserve
47:14
design
56:5, 56:13
despite
96:15
details
30:24, 89:19
determined
86:9
develop
56:19
development
56:20
develops
56:10
dewine
93:19
diagnostics
56:6
dibble
1:24, 2:10,
6:17, 102:2,
102:27
died
80:4
different
19:15, 68:3,
76:6, 83:16
differential
42:1
difficult
36:1, 41:15,
82:5
dinners
25:20
diplomate
2:11
direction
102:11
directly
8:25, 82:9,

88:14
disagree
53:14
disagreements
25:21
disappointing
66:19, 68:6
discipline
43:22
disciplines
9:25, 56:16
disclose
95:17, 96:16,
96:21, 97:2,
97:5
disclosed
96:22, 96:25
discuss
11:14, 11:25,
75:11, 83:8
discussed
32:25, 33:3,
75:13
discussing
83:9
discussion
14:17, 21:11,
44:14, 44:15,
44:16, 76:12
disinterested
102:7
dismissive
13:12, 13:22,
35:11, 78:21
displayed
92:24
disregards
67:17
dissertation
5:4, 44:1,
52:11, 61:11,
62:13, 76:20,
86:13, 86:23,
87:2, 87:13,
90:7, 92:22
dissertations
93:8, 98:3,
98:4

distinguished
76:15
distributed
90:1, 97:19
district
1:1, 1:2, 6:9
division
1:3, 6:9
doctors
48:17
document
3:23, 34:19,
59:16, 59:19,
60:18, 62:13,
63:3, 71:16,
89:24, 92:10,
97:14
documented
75:6
documents
16:5, 16:9,
27:5, 58:21,
63:4, 94:13,
94:24
doing
45:22, 48:5,
51:16, 80:15
done
40:1, 41:8,
44:8, 44:16,
47:13, 58:11,
86:12, 86:20,
91:17, 98:23
doohickey
91:10
doors
14:4
doubt
55:16, 55:17
down
61:1, 61:2,
61:5, 75:17,
84:2, 95:6
due
40:25
duly
6:22, 102:4
duplicative
72:11

during
11:18, 12:15,
12:24, 14:12,
14:17, 33:1,
49:13, 51:5,
69:20, 74:21,
75:4, 77:22,
77:23, 81:16,
99:12, 102:15
duties
22:8, 84:11
dyche
88:6, 88:16,
88:23, 89:3,
89:9, 89:14
dynamic
55:10, 56:11
dynamical
56:10
dynamics
56:17

**E**

e-mail
60:20, 61:6,
61:16, 61:17,
61:21, 61:24,
62:3, 62:22,
66:12, 66:13,
68:1, 69:16,
71:18, 72:2,
72:13, 72:25,
73:4, 82:8,
85:16, 86:5,
91:5, 91:6,
91:18
e-mail(s
5:3, 5:8, 5:11,
5:14
e-mailed
94:3
e-mailing
60:21, 61:23,
82:9
e-mails
11:4, 73:1
each
20:22, 75:5,

77:19, 83:5,
88:11
earlier
47:18, 66:7,
79:15, 82:1
earn
22:7, 22:11,
22:20, 23:11
eastern
1:3, 6:9
easy
89:10, 89:15
edt
6:3, 15:7,
32:7, 58:16,
99:3, 100:10
edu
92:12
education
22:13
educational
7:21
effectively
8:25, 26:11,
98:6
effort
77:2
effusively
88:18
either
48:21, 99:21,
102:18
electric
12:21
electrification
8:6
electrified
56:1
electrochemical
54:15, 55:22
else
26:12, 76:9,
80:5, 97:1, 97:9
emergency
31:9
emotional
76:24
employed
20:2, 22:24,

38:7
employee
29:6, 38:12,
38:21, 41:18
employer
7:9, 7:10,
41:18
employment
19:24, 20:6,
20:11, 50:20,
52:12
end
14:2, 37:15,
66:24
ended
48:25, 49:14,
83:8, 83:9,
83:10
ends
77:2, 100:7
energy
8:5, 54:15,
55:23, 56:1
engine
90:2, 97:21
engineer
84:24
engineering
7:12, 7:23,
7:25, 8:20,
9:25, 20:4,
20:12, 20:15,
20:18, 20:20,
42:25, 43:22,
55:20, 65:12,
84:9
enjoy
98:18
enough
14:14, 76:18,
82:13
ensure
38:6
entering
43:6
enters
43:3
entire
35:3, 64:11,

66:5
entities
20:22, 20:23
episode
36:25
equal
60:16, 76:9
errata
101:7
especially
64:6
esquire
3:4, 3:13
essentially
82:25
etc
61:13
etd
92:12
ethic
88:19
evaluate
43:9, 85:1,
85:3
evaluating
98:7
evaluation
14:10, 75:13,
82:7, 83:6,
83:7, 87:22
even
13:18, 20:22,
25:14, 36:22,
39:20, 43:3,
46:2, 46:9,
50:9, 52:6,
79:2, 79:22,
81:22, 96:15
event
102:20
events
99:17
eventual
87:13
ever
14:18, 17:18,
20:1, 36:21,
40:23, 41:5,

48:23, 49:12,
49:18, 70:9,
80:6, 99:7,
99:15, 99:19
**every**
54:24, 55:8
**everybody**
26:9, 77:24,
78:19, 79:16
**everyone**
32:8, 59:8,
82:15
**everything**
65:13, 87:8
**evidence**
40:1
**evidently**
15:14
**exactly**
96:21
**examination**
4:5, 7:2, 10:7,
11:14, 11:17,
11:20, 11:24,
12:16, 13:8,
13:25, 17:2,
44:25
**examined**
16:10, 101:3
**examinee**
64:3
**example**
22:9, 22:12
**exams**
35:12, 80:21,
84:18
**excellent**
49:17
**exchange**
8:12, 18:25
**exchanged**
21:10
**excuse**
85:11
**exhibit**
5:3, 5:8, 5:11,
5:14, 5:16,
58:23, 58:25,

71:8, 71:11,
72:6, 72:8,
72:9, 72:10,
72:12, 72:15,
75:17, 82:12,
83:22, 83:23,
85:10, 90:23,
91:10, 91:11,
91:22, 91:23,
91:24, 92:17
**exhibits**
5:1, 15:13,
15:15, 15:16,
15:19, 15:22,
16:3, 16:7
**expectations**
86:11
**expected**
67:23
**expects**
26:6
**expelled**
82:25
**experience**
13:10, 13:16,
14:6, 34:23,
35:1, 35:25,
39:22, 44:24,
47:17, 75:1,
82:4, 98:11
**expert**
51:12, 98:11
**experts**
98:9
**explain**
9:17, 24:25,
52:3, 52:17,
52:18
**expose**
34:12
**exposure**
55:22
**express**
14:20, 67:21,
89:20
**expressed**
11:2, 60:11,
74:23

**expresses**
83:6
**extended**
63:22
**extensive**
40:18
**extent**
16:8, 33:18,
79:2
**extremely**
33:25, 34:3,
34:4

**F**

**face**
78:6
**faced**
78:2
**fact**
26:15, 35:9,
37:2, 37:3,
37:12, 37:13,
37:16, 39:12,
39:25, 46:13,
52:8, 75:20
**faculty**
7:15, 8:18,
10:5, 20:4,
20:11, 21:24,
22:7, 42:9,
48:18, 52:7,
58:2, 77:3,
84:17, 98:8,
98:10
**fail**
46:20, 60:9,
60:16, 68:25,
69:1, 69:3,
69:11, 70:5,
75:21
**failed**
14:9, 14:16,
14:19, 14:21,
34:10, 42:20,
44:25, 45:6,
46:14, 46:22,
49:15, 53:17,
68:18, 74:25

**failing**
11:15, 11:25,
14:15, 75:13
**fails**
42:19, 45:14
**fair**
24:13, 25:7
**fairlawn**
3:7
**fairly**
12:18, 13:1,
13:9, 13:15,
13:22, 34:23,
36:7, 40:10
**false**
53:7
**falsify**
93:23, 94:13
**familiar**
27:8, 47:22,
48:17, 85:4,
90:5, 93:3,
96:8, 96:9,
96:11
**far**
81:14, 81:23
**father**
88:4
**fault**
72:8
**faulty**
47:14
**federation**
57:24
**feedback**
75:6
**feel**
24:19, 26:2,
29:12, 38:5,
38:11, 38:16,
38:17, 38:22,
66:9, 89:20
**feeling**
25:13, 41:16,
45:12
**female**
40:25
**few**
13:18, 49:14,

97:23, 98:1,
98:5
**field**
55:22, 96:12,
98:14, 98:15
**filling**
80:22
**final**
93:10
**finalize**
72:21
**finalized**
73:11
**financial**
96:1
**find**
45:23, 47:9,
49:18, 61:10
**fine**
48:10, 94:17,
94:18
**finish**
44:11, 83:3,
100:3
**finished**
19:13, 74:6,
83:2
**firm**
3:5
**first**
8:10, 12:18,
13:18, 17:15,
17:20, 28:11,
29:24, 34:20,
35:18, 52:22,
53:17, 53:19,
60:19, 77:25,
83:25, 100:6
**five**
10:16, 58:10,
63:18, 67:7
**five-minute**
58:12
**flaws**
81:21
**focus**
10:1
**follow**
48:24, 75:22

**following**
37:10, 44:18,
75:9, 92:11
**follows**
6:23
**ford**
49:4, 49:8,
49:13, 49:15,
50:10, 50:20,
52:12, 87:11,
87:17
**foregoing**
101:4, 102:3
**forget**
77:12
**form**
24:4, 24:15,
42:9, 46:8,
53:22, 96:1
**formed**
37:23
**former**
40:15, 41:11,
41:21
**forms**
72:22
**forward**
61:12, 80:18
**found**
45:11, 65:25,
66:18, 68:5
**four**
15:13, 16:7,
57:25
**frequent**
10:23, 11:1,
40:6
**friday**
1:19, 28:12,
28:15, 61:13,
85:25
**friend**
24:7
**friendly**
25:14
**friends**
25:19
**friendships**
40:9

**front**
31:18
**frustrated**
11:8
**frustration**
11:3
**full**
7:5, 7:7,
30:25, 33:18,
87:3
**full-time**
52:12
**fundamental**
9:23, 43:21,
56:3
**fundamentals**
9:24, 10:10,
43:21
**funding**
96:4
**further**
99:25, 102:17

**G**

**gaps**
80:22
**gave**
26:1, 47:20
**gen**
75:25
**general**
39:10, 39:11,
46:14, 55:21,
76:10, 76:11
**generally**
42:9, 98:7
**generate**
45:12
**genuinely**
68:25
**getting**
76:18, 79:6
**ghent**
3:6
**giorgio**
1:10, 3:12,
8:7, 8:8, 8:10,
25:12, 63:1,

66:9, 66:17,
69:18, 72:20,
97:6
**give**
15:3, 23:9,
46:7, 59:4,
71:22, 74:19,
76:10, 78:9,
80:13, 92:4,
98:23
**given**
35:9, 56:1,
63:19, 101:6
**globe**
43:16
**go**
13:8, 22:6,
23:15, 31:3,
31:4, 32:2,
41:20, 45:21,
47:7, 48:10,
60:17, 61:2,
61:7, 68:21,
68:22, 70:23,
71:8, 71:10,
72:12, 82:14,
85:9, 86:7,
90:23, 91:25,
92:15, 94:8,
95:6, 96:24,
97:4, 97:13
**goes**
42:24, 64:22,
90:25, 91:1
**going**
15:5, 15:8,
15:22, 18:6,
24:23, 31:2,
31:4, 32:6,
32:10, 41:13,
43:20, 51:15,
58:14, 58:17,
59:1, 64:9,
68:24, 68:25,
69:10, 70:5,
72:7, 74:19,
78:10, 79:15,
82:24, 83:12,

**94:7, 99:2,**
**99:4, 100:8**
**gone**
58:20, 99:7,
99:19
**good**
17:9, 17:10,
35:13, 77:1,
77:5, 78:14,
81:8, 91:18
**google**
94:5
**gov**
93:15
**government**
93:12
**governor's**
93:18
**grab**
48:8
**grad**
72:21
**graded**
54:24
**graduate**
55:19, 55:20,
64:2, 75:15,
84:7, 84:12,
84:21, 93:7,
96:5, 96:18
**graduated**
8:15, 50:19
**graham**
1:9
**great**
58:9, 58:13,
62:11
**guess**
26:13, 66:10,
81:12, 82:21
**guezennec**
90:17, 90:21,
95:2, 97:1
**guidance**
11:10

**H**

**hand**
52:4, 52:8

**happen**
38:22, 44:18,
70:3
**happened**
12:8, 13:24,
33:1, 35:3,
36:7, 41:6,
50:1, 74:5,
82:21, 82:22,
85:25
**happening**
78:17
**happens**
9:21
**happy**
71:3
**harassment**
27:14, 37:4,
37:14
**hard**
33:15
**haung**
3:3, 6:7
**heard**
34:13, 82:20,
83:1
**heart**
50:5
**held**
2:2
**hello**
14:25, 15:1
**help**
11:10, 80:21
**helpful**
80:16, 84:19
**here**
6:5, 16:12,
23:21, 24:23,
28:22, 29:21,
30:5, 42:21,
48:9, 51:23,
55:15, 60:19,
63:23, 69:24,
71:20, 85:11,
90:13, 90:16,
92:4, 95:6,
100:7

**hereby**
101:2, 102:2
**hereto**
102:16
**highly**
43:12
**hired**
7:17
**hmm**
45:25, 46:17,
64:4, 66:11,
67:2, 67:9,
67:15, 68:4,
81:8, 99:24
**hmmm**
47:22
**homework**
54:23
**honest**
47:20
**honestly**
34:21, 50:23,
66:18, 70:16,
75:2, 77:23,
78:6, 88:22,
91:17
**honeymoon**
18:6, 58:9
**hope**
50:8, 58:8,
98:22
**hopefully**
63:5
**horizontal**
20:17
**hour**
14:2, 30:14,
30:16, 32:17,
77:13
**hours**
10:7, 14:1,
29:13, 63:14,
67:7, 77:18
**https**
92:12
**huang**
1:6, 3:24, 5:6,
5:9, 5:12, 9:5,

**10:19, 11:22,**
**11:25, 12:12,**
**14:8, 14:19,**
**14:21, 17:12,**
**33:24, 45:5,**
**46:20, 48:24,**
**49:3, 50:18,**
**51:4, 67:22,**
**68:17, 69:6,**
**77:15**
**huang's**
9:12, 10:15,
11:13, 12:8,
44:21, 49:13,
52:19
**huh**
69:2
**human**
25:15
**hurt**
36:7
**hypothesis**
37:20

**I**

**idea**
50:16, 50:17
**identical**
52:20
**identified**
15:13, 15:16,
15:20, 16:8
**imagine**
36:1, 69:7
**immaculate**
36:23
**immediately**
52:9, 81:18
**immigrants**
40:25
**impacting**
80:8
**impeachment**
91:1
**implementation**
56:20
**implicated**
36:12

implicates
16:5
importance
13:23
inappropriate
38:18, 79:14
including
28:7, 74:12,
76:18, 81:14
income
22:1, 22:8
incoming
99:21
incorrect
12:23
independent
82:7, 83:6
index
4:1, 4:13
indirect
88:14
individual
83:6
infer
68:4
influential
25:24
info@pattakoslaw
3:9
information
54:11
initial
78:12
institute
57:24
instructor
54:8
integrate
56:15
integration
56:6
integrity
47:25, 48:20
intended
60:15
intends
15:13
intention
69:3

interact
39:16
interacted
39:17
interaction
40:4, 40:18,
69:19
interest
95:22, 96:1,
96:19
interested
78:21, 102:19
interesting
30:11, 98:17
internal
90:2, 97:20
internet
94:5
internship
49:13
internships
49:8
interpretation
70:24
interpreted
67:5
interrupted
32:14
introduced
21:9
invested
76:21, 76:22,
77:2
investigate
40:24, 48:23
investigator
96:4
involved
36:1, 53:21,
56:25, 84:15
involvement
33:21
ion
8:5, 12:20,
56:2
irredeemable
81:20
issue
15:14, 42:14,

42:15
italian
7:25
italy
21:6, 21:13,
23:19
itself
30:21, 82:22,
83:14

**J**

james
1:9
janeen
71:19, 71:20,
71:21, 75:11,
75:14, 84:5,
85:17, 86:6
job
1:22, 63:14,
71:7
joint
14:10
joke
26:8
jokes
26:24
judge
1:9, 1:10,
24:22
july
19:3
jury
7:20, 9:17

**K**

kind
8:24, 36:25,
41:23, 74:22,
75:1
kindly
62:12
kinship
24:10
knew
49:7, 78:1,
78:16, 79:16,
80:2, 81:23,

81:24, 93:21,
97:12
know
8:7, 8:8, 8:9,
9:5, 9:7, 9:17,
13:18, 13:21,
21:10, 23:22,
24:17, 25:4,
26:5, 26:23,
26:24, 26:25,
30:21, 30:23,
31:21, 33:8,
33:10, 33:18,
33:19, 35:4,
36:2, 36:4,
36:5, 36:22,
36:25, 37:3,
37:13, 37:16,
37:17, 38:20,
38:22, 39:5,
39:14, 39:19,
40:6, 40:20,
41:18, 41:20,
41:23, 43:9,
49:3, 49:8,
50:9, 50:10,
50:18, 51:12,
51:25, 52:19,
53:6, 53:18,
54:22, 59:13,
62:19, 65:19,
66:6, 67:9,
67:12, 67:22,
69:5, 75:2,
77:25, 78:15,
78:16, 79:7,
79:14, 79:17,
80:17, 80:20,
81:12, 82:11,
82:21, 87:16,
87:22, 87:23,
88:6, 88:10,
88:23, 93:24,
94:21, 95:14,
95:25, 96:7
knowing
89:19
knowledge
9:23, 9:24,

10:9, 43:20,
54:6, 56:16,
80:22
**knowledgeable**
98:11
**known**
34:14, 34:16
**knows**
67:18
**kumar**
47:22
**kumar's**
47:25

**L**

**label**
54:14
**lack**
11:4, 46:23,
46:24, 46:25,
64:8
**lacked**
52:5
**last**
8:3, 8:4,
22:20, 28:11,
28:12, 28:15,
40:12, 83:22
**lasted**
14:1
**later**
25:1, 45:6,
49:1, 67:7,
68:2, 87:4
**law**
3:5
**lawsuit**
17:12, 26:14,
27:3, 27:6,
27:9, 27:12,
30:24, 32:22,
99:9, 99:15,
99:16
**lead**
30:17, 32:19,
93:9
**least**
20:25, 30:24,

43:7, 46:7,
63:5, 77:18,
92:21
**leave**
14:3, 31:7,
31:8, 31:10,
31:14, 36:3
**leaving**
18:11, 31:8
**led**
78:11, 78:25
**left**
19:3, 30:9,
31:18, 31:19,
32:1
**length**
71:21
**lengthy**
34:18
**less**
9:21
**let's**
30:14, 32:13,
48:11, 58:10,
58:23, 60:17,
66:5, 66:12,
66:13, 71:8,
72:6, 72:9,
72:12, 77:12,
83:21, 85:9,
95:5, 97:13,
100:2
**level**
66:8, 67:23,
69:10
**levels**
41:24
**liaison**
79:17
**life**
39:20, 78:11
**liked**
79:18
**likely**
42:21
**line**
63:6, 97:3
**linear**
56:18

**link**
91:6, 91:12,
92:11
**list**
62:25
**listed**
90:16, 90:22,
95:9
**listen**
11:11
**lithium**
8:5, 12:20,
56:2
**litigation**
4:13, 16:6,
99:22
**little**
12:4, 33:16,
35:22, 37:1,
48:7, 85:12,
92:7
**lived**
23:24
**llc**
3:5
**long**
7:13, 18:13,
28:14, 28:17,
28:20, 34:14,
34:22, 74:14,
82:18
**look**
53:24, 72:12,
83:21, 85:18,
99:15, 99:21
**looked**
99:8
**looking**
29:16, 29:17,
29:20, 29:21,
61:12, 89:24
**lose**
42:21
**losing**
85:11
**lot**
76:21, 76:22,
77:2, 79:5,

79:6, 79:9, 92:8
**love**
98:20
**low**
89:3
**lying**
38:24

**M**

**made**
26:2, 82:6,
102:14
**magistrate**
1:10
**maintain**
25:16
**make**
22:1, 35:4,
50:5, 51:3,
60:24, 65:9,
66:20, 67:16,
68:13, 68:15,
71:9, 71:22,
85:12, 86:25,
87:6, 87:9, 94:1
**makes**
79:9
**making**
83:11
**managed**
20:21
**management**
49:18
**manner**
51:6, 65:6,
65:13
**many**
10:14, 25:12,
25:20, 28:5,
36:20, 39:14,
41:20, 44:24,
74:1, 74:7,
80:13, 96:10,
98:10
**mar-chell-oe**
62:8, 62:10
**mar-sell-oe**
62:8

marcello
1:17, 2:1, 4:5,
6:6, 6:21, 7:7,
62:12, 90:18,
95:9, 100:7,
101:2
march
19:17
marginally
36:1
mark
72:7, 72:9
marked
58:25, 71:11,
72:15, 83:23,
91:23
master's
43:7, 84:15
materials
56:3
mathematical
8:1
matter
6:7, 18:2,
46:25
maybe
14:2, 35:22,
49:7, 62:22,
74:16, 81:10,
83:15
mb
5:17
mean
26:4, 26:10,
33:16, 33:18,
35:24, 36:17,
39:11, 40:19,
41:6, 46:11,
51:11, 63:8,
63:16, 65:1,
65:22, 70:20,
71:3, 75:25,
76:3
means
24:17
meant
65:17
mechanical
7:12, 7:24,

8:19, 9:25,
20:4, 20:12,
20:15, 20:19,
20:20, 42:25,
43:22, 65:11,
84:8
mechanics
9:18
media
6:5
meet
64:14, 64:15
meeting
61:12, 75:10,
77:8, 77:12
meetings
11:5, 11:7,
64:19, 82:3
mejia
3:23
meltdown
81:15, 81:16
member
83:5, 96:2,
96:13
members
10:14, 13:14,
13:17, 14:5,
46:12, 61:9,
63:21, 74:2,
74:12, 97:6
memory
63:20
meng
1:6, 3:3, 3:24,
5:6, 5:8, 5:11,
5:14, 9:5,
17:12, 33:24,
46:3, 47:6,
52:5, 54:19,
54:25, 55:1,
55:12, 60:20,
61:6, 61:17,
62:3, 63:22,
70:4, 71:20,
71:21, 74:3,
74:19, 83:16,
86:7, 86:20,

89:10, 89:15
meng's
34:18, 53:15,
54:8, 61:24,
85:2, 87:10,
88:17
mentee
33:21
mentioned
13:15, 18:24,
19:8, 23:18,
29:23, 39:24,
47:18, 66:7,
75:8, 78:2,
81:25
mentioning
82:1
mentor
33:21, 45:19,
46:9
mentoring
25:12
mentorship
11:9
message
66:10
met
8:10, 21:6,
64:10, 71:19
methodology
56:19
methods
10:11, 56:18,
84:12
michelle
3:23
middle
9:22
might
12:25, 45:21,
63:17, 63:19,
80:3, 96:9
mike
93:19
mind
37:7, 48:8,
89:12
mindful
13:23

minute
31:6, 77:8,
77:11, 77:25,
81:18
minutes
14:2, 28:16,
28:19, 28:23,
30:13, 30:14,
30:17, 32:17,
58:11, 63:18,
74:16, 74:18,
77:13, 77:23,
82:16, 82:18,
82:19
misconduct
33:25, 34:4,
34:5, 38:8
mistake
94:16
mm-hmm
54:25, 65:25,
66:2, 68:19,
69:12, 73:25,
77:17, 77:21,
78:8, 81:11,
87:21, 91:4,
93:1, 94:9,
99:11
model
56:20, 97:17
model-order
89:25, 97:15,
97:18
modeling
8:1, 56:5,
56:10, 90:2,
97:21
moment
12:10, 15:3,
59:5, 77:24,
82:15, 92:4,
92:25
monday
75:9
monitor
6:12
months
45:6, 47:7,

48:25, 49:14,
87:4
**more**
9:21, 40:11,
51:14, 64:11,
64:15, 64:19,
75:23, 79:5,
79:6, 79:8,
79:9, 98:15,
98:16, 98:22,
98:24
**most**
80:20
**move**
66:12, 66:13,
80:18, 88:5
**mt**
2:5, 3:15
**much**
14:14, 22:18,
40:4, 61:8,
76:7, 76:16,
87:6
**multiple**
11:2, 56:16
**must**
43:7
**mutual**
20:25, 24:9

**N**

**nache**
3:22, 6:13
**name**
7:5, 7:7,
17:11, 93:18
**names**
27:19
**nature**
30:23
**necessarily**
26:10
**need**
33:7, 48:6,
58:11, 63:7,
64:19, 66:19,
67:5, 67:15,
68:7, 68:13,

88:3, 91:6,
91:9, 91:11,
91:15, 92:7,
92:8, 98:8,
98:21, 100:3
**needed**
29:12
**needs**
10:8, 65:22,
68:6
**negative**
87:22
**never**
11:16, 24:22,
26:11, 26:20,
35:3, 36:20,
49:24, 57:7,
60:2, 60:10,
60:12, 70:2,
74:25, 78:6,
82:4, 91:17,
93:21
**new**
72:7, 75:1,
91:11
**next**
61:12, 61:15,
63:6, 69:19,
86:12, 86:22,
87:1
**nice**
25:15
**nobody**
77:25, 78:1,
78:2, 78:8,
79:11
**none**
35:14
**nonlinear**
89:25, 97:15,
97:19
**nope**
57:9
**normal**
73:24, 83:3
**normally**
35:12
**notary**
1:25, 2:12,

102:27
**note**
16:2, 16:13,
92:16, 93:19
**noted**
6:16, 92:18,
100:10
**nothing**
53:24, 86:12,
86:22, 87:1,
102:5
**notice**
2:10
**noticed**
29:16
**noting**
15:18
**november**
12:5
**number**
5:2, 10:4,
12:13, 40:10,
80:10
**numerical**
56:17

**O**

**o'clock**
67:6
**oath**
17:6, 17:18,
24:6
**object**
15:22, 18:4,
21:18, 23:1,
24:15, 24:25,
37:5, 38:9,
39:3, 41:2,
42:6, 49:5,
49:20, 50:12,
50:21, 51:15,
57:3, 87:14,
88:20, 89:5,
89:17, 91:24,
97:3
**objection**
15:19, 22:5,
23:7, 23:14,

24:24, 29:1,
32:23, 51:8,
51:18, 52:15,
52:24, 65:2,
65:18, 65:24,
67:11, 68:9,
70:22, 77:9,
83:18, 90:24,
92:16
**objections**
25:1, 91:3
**obtain**
99:20
**obviously**
15:24
**odd**
65:25
**offer**
75:23
**offered**
8:12, 8:16,
50:20, 52:12
**office**
26:9, 26:24
**offices**
10:23
**often**
84:17
**oh**
33:4, 40:14,
47:2, 62:9,
68:21, 71:14,
91:14
**ohio**
1:2, 1:9, 1:18,
2:6, 3:7, 3:11,
3:17, 6:7, 6:9,
7:10, 7:18,
8:13, 9:8, 10:5,
16:9, 18:14,
18:17, 18:21,
18:23, 19:1,
19:5, 19:8,
19:14, 19:16,
19:19, 19:23,
20:5, 21:15,
22:19, 22:24,
23:21, 32:20,

45:8, 57:1,
57:25, 58:3,
65:11, 93:15,
98:1

**ohiolink**
90:10, 90:13,
90:22, 92:12,
92:21, 93:3,
93:5, 93:6,
93:23, 94:13

**once**
64:11

**one**
12:25, 15:3,
21:6, 24:14,
25:9, 31:3,
45:1, 45:7,
49:7, 50:1,
51:20, 52:3,
52:4, 54:10,
54:12, 54:24,
59:5, 62:23,
62:24, 66:3,
74:9, 74:10,
81:8, 82:6,
83:15, 85:15,
90:5, 92:4,
97:23, 98:1,
98:22, 98:23

**ongoing**
26:8

**online**
90:10

**only**
15:18, 30:15,
31:22, 32:21,
35:25, 45:6,
47:16, 54:3,
64:7, 98:5

**open**
91:15

**opinion**
13:23, 14:8,
14:13, 14:19,
14:21, 47:21,
60:11, 76:1,
89:21, 94:15,
94:18

**opportunity**
23:12, 26:1

**opposed**
77:7

**opposing**
16:3

**optimization**
56:18

**option**
73:13, 73:15

**options**
84:17

**oral**
10:7, 14:12,
59:25, 68:18

**order**
15:17, 15:21,
16:2, 40:14

**orders**
15:21

**ordinary**
66:6

**organization**
20:17

**osu**
5:13, 54:14,
93:8

**osu_**
5:7, 5:10, 5:15

**other**
13:13, 13:17,
20:22, 22:1,
22:21, 25:19,
27:21, 28:9,
40:2, 45:24,
46:11, 52:8,
64:9, 64:16,
64:20, 65:16,
76:14, 80:3,
88:11, 94:24,
96:1, 97:1

**others**
40:9

**otherwise**
26:4, 52:8

**out**
34:10, 34:17,
41:9, 42:19,

42:20, 49:19,
59:14, 60:4,
60:13, 60:16,
73:24

**outcome**
14:5, 65:21,
83:12

**outgoing**
99:21

**over**
8:24, 26:6,
34:9, 41:19,
42:2, 42:5,
42:10, 42:14,
42:16, 43:16,
88:12

**overall**
14:6

**overlapped**
87:12

**own**
16:4, 16:10,
26:3, 37:19,
47:19, 82:6

**P**

**pack**
56:5

**page**
4:13, 5:2,
60:19, 61:5,
61:7, 66:21,
67:4, 67:10,
67:16, 67:18,
67:19, 68:14,
68:15, 93:19,
95:7

**pages**
1:23

**paid**
96:4

**paper**
92:23

**paragraph**
85:18, 86:5,
86:18

**parameter**
90:1, 97:19

**pardon**
48:3

**parents**
23:24

**parma**
19:7, 19:13,
23:19, 23:21,
24:2

**part**
14:12, 34:13,
54:4, 64:9,
73:17, 73:18,
77:1, 96:20

**particular**
11:3, 55:25,
64:16, 86:19

**parties**
102:18, 102:21

**party**
16:3

**pass**
14:14, 52:6,
60:16, 74:3,
87:3

**passed**
14:9, 44:19,
45:5, 52:9,
52:20, 53:16

**passing**
48:25, 93:10

**past**
36:21, 86:14,
86:23

**pattakos**
3:4, 3:5, 4:8,
14:25, 15:2,
16:1, 17:4,
17:11, 18:8,
21:22, 22:17,
23:4, 23:17,
24:20, 25:3,
29:4, 29:10,
29:11, 30:10,
31:4, 31:13,
31:16, 31:24,
32:12, 33:10,
33:12, 37:8,
37:18, 38:13,

39:9, 41:4,
42:13, 48:10,
48:13, 49:11,
49:23, 50:15,
50:24, 51:14,
51:19, 51:21,
51:23, 52:2,
52:16, 53:1,
57:5, 58:19,
59:1, 59:6,
59:15, 61:4,
65:8, 65:20,
66:1, 67:14,
68:11, 68:12,
71:1, 71:12,
71:17, 72:16,
75:16, 75:19,
77:16, 83:21,
83:24, 84:1,
84:4, 85:14,
87:20, 88:2,
89:2, 89:8,
89:22, 89:23,
90:25, 91:4,
91:9, 91:14,
92:1, 92:6,
92:8, 92:18,
92:19, 94:3,
94:9, 94:10,
97:8, 98:25,
99:6, 99:25

**pause**
77:6
**pay**
22:14
**pdf**
5:16
**peers**
8:25, 79:18
**penalty**
17:23
**pending**
32:14, 94:11
**people**
26:10, 26:12,
26:22, 26:23,
57:20, 97:23,
98:1

**percentage**
40:16, 40:17
**performance**
47:19, 56:4,
78:12, 80:8
**performing**
22:8, 81:14
**period**
8:13, 19:1,
19:6, 19:11,
36:2, 44:18,
102:16
**perjury**
17:23
**permitted**
52:10
**person**
31:22, 36:7,
36:20, 40:7,
102:7
**personal**
25:17, 34:4,
38:21, 39:6,
39:19, 40:9,
40:18, 67:20,
75:6, 78:11,
79:3, 80:7
**personally**
24:19, 34:23,
38:23, 74:24,
78:23, 87:6,
88:10
**persons**
97:1
**peter**
3:4, 17:11
**ph**
1:17, 2:2, 4:5,
6:7, 6:21, 7:24,
8:11, 8:15, 9:8,
9:12, 9:18,
9:20, 9:22,
10:2, 11:10,
11:13, 12:8,
19:14, 34:10,
42:25, 43:3,
43:6, 43:19,
44:8, 45:16,

45:18, 47:10,
50:19, 52:11,
53:15, 54:9,
65:10, 75:21,
84:15, 84:22,
86:11, 87:3,
87:12, 89:10,
89:15, 94:21,
96:2, 98:8,
100:8, 101:2
**phone**
28:13, 28:18,
99:8, 99:10,
99:16, 99:20
**phrased**
68:2
**place**
6:15, 86:11,
102:8
**plaintiff**
1:7, 3:3,
15:12, 17:12
**plaintiff's**
15:24
**plaintiffs**
15:17, 36:13
**planet**
6:14, 6:18
**please**
6:19, 7:5,
12:7, 15:3,
24:20, 24:21,
25:1, 32:5,
32:8, 37:8,
51:15, 58:13,
58:24, 59:13,
61:10, 62:12,
68:22, 68:23,
84:2, 91:11,
92:4, 92:6,
95:7, 99:1,
100:6
**plenty**
25:20
**plunkett**
2:4, 3:14
**plus**
30:13, 77:13,

77:18
**point**
9:11, 10:3,
12:23, 30:7,
45:15, 45:20,
60:8, 66:3,
73:25, 75:12,
76:19, 76:21,
76:22, 79:21,
91:2, 98:23
**pointed**
12:24, 94:15
**points**
30:9
**policies**
85:5
**policy**
76:10, 76:11,
83:4
**polite**
67:20
**poor**
47:19
**portion**
37:10
**position**
8:16, 18:16,
18:19, 19:9,
19:15, 19:18,
20:6, 26:6,
41:19, 51:11,
84:10
**possibility**
41:9, 70:10,
70:14
**possible**
45:14, 45:21,
87:8, 88:23
**possibly**
37:17, 52:18
**postdoctoral**
19:20, 58:1
**postponed**
70:7, 70:8
**postponing**
70:14
**potential**
79:7

**power**
27:14, 27:15,
41:19, 42:1,
42:5, 42:10,
42:14, 42:16
**practice**
12:15, 98:17
**praises**
88:17
**pre-dated**
58:4
**prep**
29:7
**prepare**
10:3, 44:1,
63:17
**prepared**
11:6, 12:12,
27:21, 63:1,
67:25, 82:13
**preparedness**
46:25, 67:23
**preparing**
27:16, 29:13
**present**
3:12, 3:21,
10:3, 36:20,
39:14, 49:18
**presentation**
63:7, 63:18,
64:3
**presented**
52:21, 68:17,
78:3
**presenting**
21:7
**press**
77:6
**presumption**
97:25
**pretrial**
15:17, 15:21,
16:2
**pretty**
10:23, 10:25,
39:11, 39:21,
40:8, 65:6,
67:3, 82:15,

84:19
**previous**
53:11
**previously**
15:20
**prey**
40:25
**principal**
96:4
**print**
90:23
**printer**
91:7
**printout**
93:16
**prior**
7:16, 10:17,
11:13, 11:17,
11:20, 11:24,
21:7, 58:1,
77:13
**privilege**
29:2, 29:5,
87:18
**privileged**
29:8
**probably**
40:19, 40:20,
54:10, 63:18,
68:2, 74:16,
98:18
**problem**
62:9, 80:8,
80:23
**problems**
79:4
**procedure**
63:9, 64:1,
83:13
**procedures**
56:4
**proceed**
15:24, 70:25,
76:20
**proceeded**
69:24, 70:10
**proceeding**
16:14

**proceedings**
4:3
**proceeds**
64:5
**process**
13:20, 43:9,
43:12, 43:14,
64:1, 73:23,
73:24, 82:23
**produced**
16:6
**product**
29:2, 29:8,
33:5
**production**
16:10
**productive**
35:13
**professional**
8:21, 14:8,
14:13, 24:3,
24:6, 25:17,
25:21, 39:6,
39:20, 41:24,
47:17, 47:20,
79:17
**professionally**
88:11
**professionals**
55:20
**professor**
8:20, 9:16,
39:17, 42:1,
42:11, 45:22,
57:1, 57:12,
57:13, 57:15,
60:8, 65:10,
69:5, 75:4,
79:16, 82:10
**professors**
61:8, 96:11,
98:5
**program**
8:14, 9:21,
11:10, 34:10,
43:4, 43:6,
43:11, 43:15,
43:19, 45:18,

45:20, 47:9,
50:19, 54:9,
75:15, 76:17,
76:18, 82:25,
84:16
**programs**
84:15, 84:21,
96:17, 96:18
**project**
10:25, 22:16,
44:11, 49:16
**projects**
39:15
**properly**
78:18
**properties**
56:3
**proposal**
5:5, 10:1,
12:11, 12:14,
12:19, 14:11,
44:14, 53:19,
54:6, 59:24,
61:11, 62:13,
62:24, 69:8
**proposals**
54:3
**proposed**
10:9
**proposition**
53:14
**propulsion**
8:2
**protégé**
24:18, 25:4
**protégés**
24:14, 25:9
**proud**
50:2
**prove**
10:8
**provide**
11:9, 75:5,
99:22
**provided**
63:2, 75:12,
82:8, 102:15
**psychology**
51:13

**public**
1:25, 2:12,
102:27
**publicly**
33:24
**published**
34:19, 90:10
**pull**
94:4, 94:7
**pulled**
92:10
**punished**
16:18
**purely**
96:6
**purpose**
43:18, 63:20
**pursuant**
2:10
**put**
36:3, 91:13,
92:5

**Q**

**qualified**
85:1, 85:3,
86:9
**qualify**
63:8
**qualifying**
14:14, 45:15,
67:25
**quality**
98:7
**question**
4:14, 12:18,
12:22, 24:16,
29:9, 31:13,
32:13, 33:7,
33:11, 37:8,
37:12, 47:25,
48:20, 53:5,
53:8, 53:9,
53:11, 53:23,
60:7, 62:14,
62:18, 63:3,
71:2, 77:22,
78:14, 78:22,

80:12, 83:1,
89:13, 94:11,
94:14, 99:17
**questioning**
63:11, 97:4
**questions**
12:13, 13:12,
13:19, 14:24,
16:4, 21:10,
35:9, 48:15,
60:5, 62:25,
63:1, 63:2,
63:12, 80:14,
80:17, 81:1,
84:20, 99:25,
100:1, 100:2
**quick**
31:1
**quickly**
58:22
**quite**
10:23, 40:6,
40:20, 66:18
**quote**
43:20

**R**

**rather**
78:24
**rdr**
1:24, 102:27
**react**
11:21
**read**
12:11, 37:8,
37:11, 61:22,
66:18, 86:18,
96:7, 96:9,
101:3
**readback**
37:15
**reading**
62:16, 64:12,
66:22, 71:25,
73:7, 77:14,
77:19, 86:15
**reading:**
55:19, 55:25

**ready**
16:20, 76:20
**real**
64:23
**realized**
58:20
**really**
29:24, 42:14,
67:24, 73:24,
75:2, 78:1,
78:2, 86:9,
94:11
**realtime**
2:11
**reason**
26:16, 38:4,
41:16, 53:3,
53:14, 55:15,
55:17, 77:5,
79:12, 79:20,
80:3, 93:22,
94:12, 96:6
**reasons**
41:1
**recall**
55:2, 55:3
**receive**
55:21, 72:2
**received**
13:1, 43:1,
43:5, 52:11,
59:23, 61:17,
67:21
**recess**
15:7, 32:7,
58:16, 99:3
**recollection**
72:18
**reconstruct**
59:21
**record**
6:16, 7:6,
15:3, 15:6,
15:9, 15:10,
15:12, 15:19,
16:2, 31:3,
31:5, 32:3,
32:6, 32:10,

36:23, 37:11,
48:11, 58:14,
58:15, 58:18,
81:7, 91:8,
92:10, 95:1,
96:3, 99:2,
99:5, 100:6,
100:8
**recorded**
81:3, 81:9
**records**
79:16, 84:17,
93:23, 99:8,
99:10, 99:16,
99:20
**recruited**
8:11, 18:25,
21:5
**recruiting**
43:15
**reduced**
102:10
**reduction**
89:25, 97:15,
97:19
**refresh**
72:17
**refreshing**
63:20
**refusing**
34:11
**regarding**
84:18, 85:5
**registered**
2:11
**registration**
84:13
**regrets**
69:21
**related**
84:20, 102:20
**relating**
27:5, 99:16
**relation**
27:15, 41:24
**relationship**
20:25, 21:12,
24:9, 25:8,

27:15, 33:20,
35:19, 41:18,
45:19, 45:20,
46:8, 49:4,
49:9, 57:14,
57:22, 58:4,
77:4, 79:14,
95:18, 96:15,
96:16
**relationships**
25:17
**relative**
80:3
**release**
93:10
**relevance**
16:5, 18:4,
21:18, 22:5,
23:1, 37:5,
39:3, 41:2,
42:6, 49:5,
49:20, 50:12,
55:25, 57:3,
86:13, 86:22,
87:2, 87:14,
88:20, 89:17,
90:24, 97:4
**relevancy**
38:9, 50:21,
89:5
**relevant**
16:11
**remember**
12:3, 21:9,
34:22, 49:22,
50:23, 54:10,
54:12, 55:5,
55:14, 60:6,
62:20, 67:2,
70:16, 73:9,
74:6, 74:15,
74:21, 77:23,
97:10, 99:18,
99:19
**reminding**
55:4
**remote**
3:1

**remotely**
2:2, 6:15
**repeatedly**
11:9
**repeating**
37:7, 89:12
**rephrasing**
80:16
**report**
9:1, 9:3, 9:4,
38:11, 41:15,
77:20, 83:9,
83:11, 84:11
**reporter**
1:24, 2:11,
2:12, 4:10,
6:17, 6:19,
87:25, 91:19,
100:4, 102:1,
102:15
**reporting**
20:7, 20:23,
47:8
**reports**
77:14
**repository**
93:6
**represent**
17:11
**representing**
6:14, 6:18
**represents**
92:21
**requested**
14:3, 102:14
**requests**
11:5
**require**
81:6
**required**
15:16, 15:20
**requirements**
93:9
**requisite**
47:11
**research**
7:18, 8:3,
8:17, 9:9, 9:23,

10:1, 10:9,
10:13, 18:18,
19:15, 19:22,
19:25, 20:9,
20:14, 20:16,
22:16, 26:7,
39:8, 43:21,
43:25, 46:21,
49:16, 86:13,
86:23, 87:2,
87:5, 87:10,
87:16, 90:5,
96:9, 96:12,
98:9, 98:12
**researcher**
8:17, 19:20,
26:2, 58:1
**reset**
32:13
**respects**
36:16
**respond**
72:14, 73:3,
80:14
**responded**
60:7, 69:18,
73:3, 73:9
**responding**
78:22
**responds**
61:20, 70:17,
72:24
**response**
16:1, 16:12,
57:20, 61:24,
76:2
**responses**
68:5
**responsibility**
38:6
**responsiveness**
11:4, 80:25
**rest**
13:7, 60:22
**restate**
33:11, 53:8,
53:10
**result**
35:20

**retake**
52:10
**retaliation**
34:10
**review**
62:13, 71:16,
102:13
**reviewed**
27:2, 27:5
**right**
13:6, 23:22,
23:24, 29:17,
30:4, 31:5,
31:6, 31:14,
31:19, 31:25,
44:5, 63:13,
64:21, 70:18,
80:5, 80:10,
90:11, 91:7,
93:15, 94:4,
94:7, 95:8
**rigorous**
65:6, 65:13
**ring**
90:4
**rizzoni**
1:11, 3:12,
6:8, 8:7, 8:8,
8:10, 8:16,
8:20, 8:22, 9:1,
9:3, 9:4, 9:16,
10:18, 10:24,
11:2, 11:14,
11:18, 11:21,
14:18, 14:20,
15:11, 16:10,
18:24, 21:4,
21:8, 21:10,
24:5, 25:8,
25:24, 26:5,
30:22, 32:19,
33:25, 34:8,
35:20, 36:18,
38:24, 39:7,
39:17, 39:23,
40:24, 41:11,
41:21, 42:4,
42:12, 43:4,

49:24, 50:11,
51:6, 52:13,
52:21, 60:3,
60:8, 60:10,
60:12, 60:21,
61:20, 61:23,
62:6, 64:5,
64:22, 66:14,
66:25, 67:9,
67:17, 68:4,
68:14, 70:9,
70:17, 71:18,
72:24, 73:3,
74:2, 74:12,
75:4, 79:16,
80:9, 81:24,
82:10, 83:11,
85:16, 85:18,
86:4, 97:6
**rizzoni's**
24:14, 40:5,
40:17, 42:15,
42:16, 73:21
**road**
3:6
**role**
30:21
**romantic**
57:14, 57:22,
95:17, 96:15,
96:16
**romantically**
56:24
**room**
14:3, 27:24,
28:2, 30:3,
31:8, 31:14,
31:18, 31:23,
71:4
**rooted**
39:12, 39:21
**rule**
41:8
**rules**
85:4
**run**
91:6
**rws_olink**
92:12

---

| S |
| --- |

**safe**
24:7
**safety**
56:6
**said**
20:3, 24:10,
26:5, 26:11,
26:15, 26:20,
26:22, 30:13,
40:12, 44:6,
44:21, 47:2,
47:5, 49:16,
60:7, 60:10,
60:12, 67:3,
67:15, 72:20,
79:15, 89:19,
102:6, 102:9,
102:19
**salary**
21:15, 22:20,
23:5, 23:6, 23:9
**salvaged**
77:7
**same**
22:5, 22:25,
23:7, 23:14,
41:23, 45:5,
47:10, 48:14,
52:12, 52:24,
53:15, 53:19,
57:25, 65:24,
66:14, 66:20,
67:4, 67:10,
67:16, 67:19,
68:14, 68:15,
72:13, 80:18,
87:4, 91:3,
98:14, 101:4
**sands**
75:11, 84:5,
85:17
**satisfaction**
88:25
**satisfy**
93:9
**saw**
31:17, 34:18,

---

69:8, 87:23,
87:24
**say**
11:18, 24:13,
25:7, 25:10,
25:11, 34:21,
39:20, 40:10,
40:17, 47:16,
57:20, 57:21,
64:5, 64:22,
66:17, 78:1,
82:20, 97:25,
98:16
**saying**
40:14, 68:5
**says**
61:8, 62:6,
67:19, 71:19,
86:4, 90:13,
92:1, 95:8, 95:9
**scheduled**
11:6, 44:20,
59:24
**scheduling**
84:18
**scholar**
18:18, 18:23,
19:9, 57:23
**school**
20:14, 22:25,
42:19, 42:20,
47:10, 48:18,
57:10, 57:11,
64:2, 65:12,
93:7
**science**
96:10, 98:16
**sciences**
56:17
**screen**
59:2, 59:9
**scroll**
61:1, 61:5,
61:15, 71:12
**second**
46:3, 47:15,
52:7, 53:16,
53:20, 53:22,

---

54:5, 61:5,
61:7, 71:23,
71:24, 73:4,
73:14, 73:15,
73:19, 74:3,
74:20, 75:23,
76:10, 82:24,
83:16, 85:18,
86:5, 86:18,
95:7
**secondarily**
16:13
**see**
43:10, 53:9,
59:3, 59:8,
59:10, 60:18,
60:21, 60:25,
61:6, 61:20,
64:24, 66:5,
71:14, 77:6,
82:11, 85:15,
93:14, 93:20,
94:2, 94:19,
95:3, 95:8,
97:16
**seeing**
95:6
**seemed**
78:8
**seemingly**
67:17
**seen**
36:20, 39:25,
59:16, 59:19,
64:7
**semester**
64:6, 64:10,
64:11
**sending**
83:10
**sense**
39:10, 51:3,
65:9, 71:22,
86:25, 87:6,
87:9
**sent**
62:3, 72:25
**separated**
20:22

separation
25:16
september
64:7
serious
33:25, 34:3,
34:4, 38:2, 80:7
serve
61:9, 95:19,
96:13, 98:2,
98:6
serving
22:9, 96:2
set
18:2
setting
25:21
seven
54:23
sexual
27:14, 37:3,
37:14, 47:8
sexually
34:8, 51:5
shape
53:21
shared
12:12
sheet
101:7
shocked
37:1, 74:22
shocking
77:24, 82:15
short
63:17, 98:22,
98:24
shorthand
102:7
should
11:21, 13:4,
14:19, 14:21,
36:17, 38:22,
44:17, 60:3,
60:13, 60:15,
63:5, 64:2,
81:10, 83:3,
83:16, 91:13

shouldn't
41:17
show
47:13, 58:23
showing
82:3
side
30:5, 30:7,
76:14, 84:21
signature
101:11
signature-p1kal
102:23
signed
101:7
significant
40:10, 42:5
simple
89:10, 89:15
simply
40:13, 77:7,
82:24
simulation
55:9, 56:5,
90:3, 97:21
simulations
56:12
since
8:3, 8:18,
8:20, 8:22,
18:15, 20:1,
39:18, 79:5
sing
50:5
single
54:24
sir
17:5, 21:15,
26:4, 34:15,
35:6, 35:16,
40:16, 43:13,
43:18, 46:6,
48:21, 50:3,
56:13, 65:14,
68:23, 73:22,
80:2, 85:20,
89:11, 93:23
sit
9:12

sitting
27:25, 30:5,
30:8, 31:25,
55:15, 94:6
situation
13:5, 38:19,
66:6, 75:21,
77:6, 78:3,
78:6, 79:10
situations
79:7
six
54:23, 62:3,
68:1
skills
9:24, 43:21,
47:12
slightest
79:12
software
56:12
solely
87:23
solid
10:9
some
7:20, 12:23,
15:14, 35:18,
36:16, 38:6,
40:7, 41:11,
42:9, 54:2,
63:15, 64:15,
64:19, 65:16,
78:9, 80:3, 80:7
someone
26:14, 31:17
something
31:2, 31:11,
35:2, 38:7,
41:14, 78:10,
78:17
sometimes
26:25, 47:3,
76:6
soon
52:10
sorry
21:20, 23:8,

28:23, 31:2,
31:19, 33:4,
40:13, 40:14,
51:2, 53:4,
59:21, 62:6,
63:11, 66:5,
74:15, 75:16,
84:1, 84:2,
84:16, 85:7,
89:1, 89:12,
90:20, 94:20,
96:24, 98:4,
98:25
sort
35:14, 67:19,
80:18
southern
1:2, 6:9
speak
10:18, 28:14,
28:17, 30:22,
46:11
speaking
36:22, 42:9
special
24:10, 44:15
specific
49:8, 95:23,
96:12, 98:12
specifically
7:11, 34:7,
40:25, 67:2,
80:12
speculate
53:23, 65:4
speculating
87:8
speculation
51:9, 65:17
spend
8:12, 19:11,
29:13
spent
27:16, 30:16,
32:17, 77:19
spoke
28:8, 28:11,
28:12, 30:20,

41:10, 60:3,
71:21
**spoken**
28:5, 28:9,
28:20, 30:12
**st**
6:11
**staff**
8:16, 18:19,
31:11, 84:10
**stamp**
93:15
**stand**
32:5, 32:8,
58:13, 99:1,
100:6
**standard**
63:9
**standards**
88:24, 89:4
**start**
63:12
**started**
7:15, 12:17,
19:2
**starting**
7:19, 18:6
**state**
1:9, 3:11, 6:7,
7:5, 7:10, 7:18,
8:13, 9:8, 10:5,
18:14, 18:17,
18:21, 18:23,
19:1, 19:5,
19:8, 19:14,
19:16, 19:19,
19:23, 20:5,
21:15, 22:19,
22:24, 24:24,
24:25, 32:20,
45:8, 51:17,
57:1, 57:25,
58:3, 65:11,
98:2
**state's**
16:9
**stated**
14:19, 69:6,

102:8
**statement**
67:4, 75:5,
86:24
**statements**
66:10
**states**
1:1, 6:8, 26:2
**statics**
56:16
**stating**
68:1
**stay**
48:11
**stenographic**
6:16
**stephanie**
90:7, 92:22,
94:22, 96:14
**still**
17:5, 19:12,
20:5, 24:1,
35:4, 36:6,
36:7, 44:7,
91:13
**stipend**
22:15
**stockar**
94:5, 94:22,
95:18
**stockar's**
90:7, 92:22,
96:14
**stockar_phddisse-
rtation**
5:16
**stop**
24:21, 25:1,
51:16, 80:6,
80:11
**stopping**
78:9
**storage**
8:5, 54:16,
55:23, 56:1
**story**
34:16, 41:6
**stress**
47:8

**strike**
18:21, 46:5,
46:19, 53:11,
72:7
**strong**
25:13, 39:13
**struggling**
30:19, 33:13,
80:2, 80:7,
81:13, 81:25
**student**
8:12, 9:8,
10:2, 10:6,
11:3, 18:25,
41:22, 42:2,
42:19, 42:22,
42:24, 43:3,
43:10, 44:1,
44:4, 45:14,
45:16, 45:19,
45:22, 47:3,
57:1, 57:6,
57:10, 57:11,
57:15, 58:3,
63:2, 63:3,
64:5, 64:17,
74:25, 75:21,
76:3, 76:6,
76:14, 76:25,
77:3, 78:3,
81:1, 81:13,
81:20, 82:7,
82:8, 82:13,
84:13, 87:1,
96:5
**student's**
78:11
**students**
19:10, 36:21,
36:24, 39:15,
39:18, 40:2,
40:5, 40:15,
40:17, 40:20,
41:10, 41:11,
41:21, 41:22,
42:5, 42:10,
42:12, 42:15,
43:6, 43:16,

44:25, 50:2,
55:20, 64:9,
64:15, 64:16,
64:19, 64:20,
79:17, 79:18,
80:22, 86:11,
98:8
**studies**
76:16, 84:7,
84:12
**study**
8:14, 18:25
**subj**
5:3, 5:8, 5:11,
5:14
**subject**
12:19, 46:25,
52:21, 53:16,
100:1
**substantial**
43:1, 43:5,
44:7
**substantially**
87:12
**success**
25:25
**successful**
45:16, 49:4
**sufficient**
25:16
**sufficiently**
30:24
**suggest**
26:4, 83:15
**suggestion**
14:15
**suggestions**
11:12, 81:1
**suggests**
84:17
**suite**
2:5, 3:16
**suited**
43:11
**summary**
92:21
**summer**
22:15, 49:13,

49:17, 87:11
**sung**
88:17
**sunlight**
85:11
**superfluous**
72:7
**supervised**
8:23
**supervision**
45:7, 102:11
**supervisory**
8:23
**supplement**
22:15
**supplemental**
22:11, 22:12,
23:11
**support**
4:13
**supported**
46:2
**supportive**
84:19
**supposed**
71:6, 83:8
**sure**
14:14, 25:22,
29:25, 66:4,
66:20, 67:16,
68:13, 68:15,
74:17, 98:14
**surfaced**
34:20, 79:22,
79:25
**surprise**
16:12, 69:8,
87:10, 88:16,
88:22
**surprised**
78:19, 95:3
**surprising**
66:8, 95:6
**swear**
6:19
**swiss**
57:23
**sworn**
6:22, 16:21,

102:4
**system**
56:5, 56:12,
91:18
**systems**
8:2, 8:5,
54:16, 55:10,
55:23, 56:1,
56:11, 56:18,
90:1, 97:20

---
**T**
---
**table**
30:6, 30:7,
80:2
**take**
23:10, 26:6,
31:1, 31:5,
31:9, 32:2,
46:3, 58:10,
58:14, 59:6,
62:12, 80:1,
83:21, 84:1,
96:20, 100:5
**taken**
15:7, 17:16,
32:7, 58:16,
75:17, 99:3,
102:6
**takes**
63:14
**taking**
6:15, 71:20
**talk**
11:21, 31:11,
33:8, 35:17,
36:4, 66:19,
67:5, 67:15,
68:6, 68:8,
70:9, 70:12,
70:13, 95:5
**talked**
28:24, 60:13
**talking**
30:17, 32:18,
35:5, 66:24
**targets**
55:19

**taught**
55:1
**teach**
47:10, 55:6,
55:7
**teachers**
93:7
**teaches**
47:10
**teaching**
22:13
**team**
49:4, 49:16,
50:10, 52:13
**tech**
3:23
**technical**
46:21, 46:24,
85:7
**technician**
59:4, 59:8,
59:13, 91:12,
92:3
**techniques**
55:9
**technology**
56:2, 57:24
**tell**
7:20, 10:21,
11:18, 29:13,
30:1, 33:2,
49:12, 63:13,
98:15, 102:4
**telling**
13:3
**tells**
70:17
**ten**
8:4, 40:15
**tens**
40:11, 40:15
**terminated**
82:19
**terms**
13:10, 67:23
**terrence**
97:6
**terrific**
91:20

**testified**
6:23, 17:18,
60:2, 81:12
**testify**
26:15
**testifying**
17:23
**testimony**
32:18, 60:4,
60:14, 101:4,
101:6, 102:9
**testing**
43:20, 43:25,
56:3
**tests**
9:23
**th**
72:25, 73:1
**thank**
14:24, 17:8,
17:25, 18:10,
21:3, 24:23,
25:2, 32:9,
48:12, 50:8,
55:3, 58:6,
61:3, 61:8,
71:15, 72:19,
72:20, 75:18,
85:8, 85:9,
91:14, 91:15,
91:16, 97:16,
98:23
**thanks**
15:2, 98:25
**themselves**
76:16, 78:3
**theories**
10:11
**theory**
56:19
**thereafter**
102:9
**therein**
102:8
**thereto**
102:21
**thermo-fluid**
56:17

thick
88:4
thing
40:12, 81:8
things
34:16, 36:22,
79:5, 80:10
think
12:6, 27:13,
35:24, 36:6,
41:13, 58:11,
62:22, 72:3,
72:5, 78:23,
89:3, 91:21,
98:21
thirsty
48:7
thorough
65:14
thoroughly
65:7
thought
79:12, 83:15
threatening
34:11
three
28:7, 45:6,
48:25, 72:25,
77:1, 87:4
through
11:10, 47:7,
47:11, 58:21,
60:17, 64:9,
82:9
time
6:12, 8:11,
9:11, 10:17,
11:13, 11:17,
11:20, 11:24,
14:18, 15:6,
15:9, 17:15,
17:20, 27:16,
28:11, 29:24,
32:6, 32:11,
33:15, 34:15,
34:22, 36:3,
41:20, 44:8,
44:18, 44:19,

53:16, 53:17,
53:20, 58:15,
58:18, 59:7,
60:8, 62:12,
67:20, 75:14,
77:19, 78:9,
80:24, 97:11,
99:5, 100:10,
102:8
times
11:2, 13:11,
13:12, 28:5,
28:7, 28:9,
44:24
title
90:4, 96:7,
97:16, 97:18
today
6:13, 6:17,
7:22, 16:15,
27:17, 28:7,
28:8, 28:21,
55:16, 80:15
today's
6:11, 100:7
together
25:20, 39:15,
40:8, 83:8
told
49:24, 70:5,
96:8
tomorrow
18:7, 66:20,
68:7, 68:8
tomorrow's
62:15
took
53:20, 54:13
top
26:7, 61:23,
97:13
topic
12:19
tops
28:19
touching
38:24
tough
70:17

towards
46:15
track
44:5
training
43:1, 43:5,
43:10, 79:6
trainship
19:11
transcript
102:13
transcription
101:5
transportation
8:6
traumatic
34:23, 35:1,
35:25
treating
13:21
trial
15:16, 15:21,
18:2, 24:22,
29:7, 59:4,
59:8, 59:13,
63:12, 91:12,
92:3, 94:6
tried
80:19
trip
18:6
trouble
45:4
troubling
45:12, 69:12,
69:13
true
22:23, 23:3,
26:11, 26:17,
31:24, 34:15,
37:4, 37:14,
37:20, 38:1,
38:5, 65:14,
65:15, 95:12,
101:4
trust
18:11
truth
29:14, 30:1,

102:4, 102:5
truthful
41:14
try
80:13, 80:21
trying
11:9, 59:20,
59:21, 64:8
twice
64:7
two
10:7, 14:1,
18:7, 20:21,
20:23, 21:6,
28:9, 29:13,
49:7, 54:9,
58:8, 62:21,
62:23, 63:14,
64:9, 69:6,
77:18, 77:25,
85:24, 85:25,
86:3
two-hour
81:19
typewriting
102:10
typical
98:3, 98:4
typically
19:10, 81:7

**U**

uh-huh
36:15
ultimately
73:21
uncomfortable
13:5, 13:16,
35:4, 35:5
under
7:18, 17:6,
17:18, 17:23,
20:5, 20:11,
20:17, 20:21,
24:5, 43:4,
45:6, 60:15,
76:6, 102:10
underlined
62:18

**understand**
17:5, 17:13,
17:22, 27:11,
30:25, 32:16,
33:14, 34:7,
34:12, 34:13,
35:16, 36:11,
36:14, 40:13,
42:18, 53:4,
58:6, 80:17,
81:13, 85:6,
96:25, 97:24
**understanding**
10:10, 30:15,
32:21, 33:15,
79:7, 80:23,
81:17, 87:19
**understood**
53:9
**unfolded**
78:16
**unfortunately**
73:25, 96:10
**unique**
75:21
**united**
1:1, 6:8, 26:2
**university**
1:10, 3:11,
6:8, 7:11, 7:14,
7:19, 7:25,
8:13, 9:2, 10:5,
18:21, 18:23,
19:1, 19:7,
19:10, 19:12,
19:13, 19:24,
20:6, 21:16,
22:9, 22:19,
22:24, 23:18,
24:2, 29:7,
32:20, 36:23,
38:6, 38:12,
38:20, 42:1,
43:8, 65:11,
81:6, 83:5, 85:4
**unless**
53:23
**unlike**
35:6, 44:22

**unpreparation**
66:8
**unprepared**
47:18, 78:4,
86:8
**unpreparedness**
78:25
**unprofessional**
78:5
**unsalvageable**
81:21
**unsatisfactory**
72:21, 73:12,
87:24
**unsettled**
35:14
**unusual**
13:9, 74:24,
83:13, 83:14
**upload**
91:10, 91:11
**uploaded**
92:2, 93:8
**upper**
49:18, 93:15
**use**
15:13, 15:22,
56:11, 91:18
**usually**
83:10, 91:18

**V**

**vague**
30:15, 32:21
**vaguely**
27:10, 27:11
**vascura**
1:11
**vehicle**
8:2, 12:21
**vehicles**
56:2
**verification**
56:20, 56:21
**versus**
6:7
**viability**
10:8

**victim**
36:9, 36:16
**video**
1:17, 2:1,
6:12, 6:14,
31:7, 31:8,
31:10
**videographer**
3:22, 6:5,
6:13, 15:5,
15:8, 32:5,
32:8, 58:13,
58:17, 99:1,
99:4, 100:5
**videotaped**
6:6
**visa**
42:21, 42:22,
76:15
**visible**
54:3
**visiting**
18:18, 18:23,
19:8, 57:23
**vote**
71:23, 72:21,
73:12

**W**

**walk**
31:17, 71:3
**want**
31:6, 31:13,
32:16, 35:17,
35:18, 68:14,
85:15, 85:17,
97:16
**wanted**
65:5
**wants**
15:18
**water**
48:8
**way**
9:22, 12:23,
13:4, 24:2,
26:3, 35:8,
53:21, 57:25,

67:20, 68:1,
68:3, 69:24,
71:13, 74:22,
76:14, 78:4,
78:15, 79:13,
79:18, 83:2,
83:3, 102:19
**we're**
10:24, 15:5,
32:5, 58:14,
79:6, 79:8,
95:5, 98:22,
99:1, 99:4,
100:8
**we've**
25:19
**web**
92:11
**website**
93:12, 93:16
**week**
64:11, 75:9
**weeks**
18:7
**well-regarded**
36:24
**well-renowned**
36:24
**went**
34:17, 70:10,
73:11, 74:22,
99:15
**weren't**
74:19
**whatever**
15:18, 65:22
**whereupon**
37:10
**whether**
14:8, 14:21,
15:15, 22:20,
37:3, 37:13,
37:20, 40:24,
74:3, 75:11,
78:9, 78:10,
79:3, 80:9,
82:23, 94:12
**whole**
83:13, 97:3,

102:4
**wife**
22:23, 56:25,
92:22
**wish**
58:8
**withdraw**
68:11
**within**
20:14, 47:7,
81:18
**within-entitled**
102:5
**withstand**
10:6
**witness**
3:12, 6:19,
15:1, 15:4,
15:23, 16:21,
24:21, 25:2,
30:9, 33:4,
33:6, 37:9,
48:7, 48:12,
58:23, 59:3,
59:12, 61:1,
61:3, 102:3,
102:9
**witnesses**
16:4, 29:7
**word**
51:20
**words**
25:19
**work**
20:8, 21:7,
29:2, 29:8,
33:5, 44:7,
44:17, 76:21,
88:9, 88:18,
88:19, 89:9,
89:10, 89:14,
89:16, 89:20,
91:21
**worked**
40:8, 52:13,
77:1, 88:12,
88:24
**working**
8:4, 18:14,

18:17, 19:4,
36:19, 45:18,
46:8
**world**
76:15, 97:24
**worried**
67:24, 68:16,
68:24, 68:25,
69:4, 69:9, 70:4
**worries**
69:25, 70:15,
91:12
**worth**
78:9, 79:3,
81:22
**wouldn't**
50:2, 50:5,
50:8, 51:7,
51:24, 75:22
**wow**
29:10, 32:1
**write**
66:10, 66:14,
94:25
**writes**
85:19
**writing**
83:9
**written**
5:5, 12:11,
14:11, 61:11,
62:14, 62:24,
68:16, 75:5,
77:14
**wrong**
55:19
**wrote**
69:16

---
**Y**

**yann**
90:17, 90:21,
95:1, 96:25
**yeah**
12:4, 13:9,
15:4, 18:24,
21:1, 21:20,
27:1, 36:14,

37:16, 40:9,
40:22, 41:6,
47:5, 55:7,
59:6, 59:12,
60:1, 60:10,
60:23, 61:3,
62:9, 65:4,
65:19, 65:23,
66:5, 68:24,
72:5, 85:7,
92:8, 92:15,
93:14
**year**
21:7, 21:25,
22:20, 23:9,
55:8, 86:14,
86:23, 87:3
**years**
8:4, 18:15,
19:4, 34:9,
36:20, 39:6,
58:1, 68:2,
77:1, 88:12
**yep**
59:10, 92:18
**yesterday**
28:13, 28:18
**yourself**
36:15, 76:5,
99:22

---
**Z**

**zoom**
59:14

---
**$**

**$120,000**
21:24
**$98,000**
23:9

---
**0**

**009787**
5:7
**009788**
5:7
**009795**
5:15

**009797**
5:15
**010371**
5:10
**010372**
5:10
**010536**
5:13
**04**
20:3
**05**
1:20, 6:3
**06**
8:15, 19:17
**07**
6:12

---
**1**

**10**
85:17, 92:13
**100**
40:19
**101**
3:6
**102**
1:23, 4:10
**104**
22:22
**11**
72:25, 73:1
**1372847649**
92:13
**15**
28:19, 30:13,
74:16, 74:18,
77:8, 77:11,
77:23, 81:18,
82:16, 82:18,
82:19
**150**
2:5, 3:16,
22:22
**1501**
92:12
**160**
22:22
**17**
4:8

**19**
1:7, 6:10,
15:6, 15:7,
18:15, 19:4
**1976**
1:7, 6:10
**1st**
18:3, 60:20

**2**

**2--20**
102:22
**2.15**
5:17
**20**
28:22, 39:6,
40:20, 74:16,
74:18, 77:23
**2003**
21:7
**2004**
7:19, 8:11,
18:15, 19:2
**2005**
19:3
**2008**
57:22
**2010**
20:3
**2011**
7:15, 8:18,
8:22, 20:3
**2013**
97:10
**2015**
9:9
**2017**
12:6, 49:14,
60:20, 85:17,
87:11
**20171201**
5:6
**2018**
9:10
**2023**
1:19, 6:3,
6:11, 102:22
**21**
1:19, 6:3, 6:11

**23**
15:7, 15:9,
102:22
**25**
58:15, 58:16
**27**
62:2
**29**
4:14
**2:-cv-76**
1:7
**2:-cv-76-jlg-cmv**
6:10

**3**

**3**
28:22
**3018**
3:18
**32**
58:16, 58:18
**330**
3:8
**34**
99:2, 99:3

**4**

**4**
1:20, 6:3,
6:12, 15:6,
15:7, 15:9,
32:6, 32:7,
32:11, 100:10
**40**
28:16, 28:22,
30:13, 30:14,
30:17, 32:17,
99:3
**41**
99:5
**42**
100:9
**43235**
3:17
**44**
32:6, 32:7
**44333**
3:7

**45**
14:2, 28:16,
30:13, 77:13
**48**
32:7, 32:11,
100:10
**489342**
1:22

**5**

**5**
58:15, 58:16,
58:18
**5339**
55:1, 56:9
**58**
5:3

**6**

**6**
99:2, 99:3,
99:5, 100:9
**614**
3:18
**629**
3:18

**7**

**7**
62:2
**71**
5:8
**716**
2:5, 3:15
**72**
5:11
**7383**
54:14, 54:15,
55:18
**7th**
62:2

**8**

**83**
5:14
**836**
3:8
**8533**
3:8

**8th**
86:1

**9**

**91**
5:16
**99.9**
80:20