**Message**

**From:** Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G]
**Sent:** 12/11/2017 7:47:10 PM
**To:** Sands, Janeen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=517086f3557c4da8b0c170c70fcc0012-sands.3 Jan]
**Subject:** Re: Meng
**Attachments:** image001.png; image002.png; image003.png

Many thanks...

---

**From:** Janeen Sands <sands.3@osu.edu>
**Date:** Monday, December 11, 2017 at 2:46 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** RE: Meng

Will do.

I did give Tim Watson at the Grad School a 'heads up.'

THE OHIO STATE UNIVERSITY

Janeen

---

**From:** Rizzoni, Giorgio
**Sent:** Monday, December 11, 2017 2:44 PM
**To:** Sands, Janeen <sands.3@osu.edu>
**Subject:** Re: Meng

Janeen,
Please do inform him when you can.
I did communicate this issue to him once a few months ago, so he is aware.
You saw the same message.
Thank you!
Giorgio

---

**From:** Janeen Sands <sands.3@osu.edu>
**Date:** Monday, December 11, 2017 at 1:34 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** RE: Meng

Giorgio,

Did you let Jeffrey know of the situation or do you want me to inform him?

THE OHIO STATE UNIVERSITY

Janeen

**From:** Rizzoni, Giorgio
**Sent:** Monday, December 11, 2017 9:11 AM
**To:** Sands, Janeen <sands.3@osu.edu>
**Subject:** Re: Meng

Thanks Janeen – see you at 11.
Giorgio

**From:** Janeen Sands <sands.3@osu.edu>
**Date:** Monday, December 11, 2017 at 8:43 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** RE: Meng

Giorgio,

Yes, I can join you for the meeting!

I am saddened to read this report. I thought that given her recent uptick of involvement perhaps she had turned the corner…

I can drive over to CAR (after riding my bike for 7 months, I bought a parking pass for December). I will plan to be there about 11:00am.

At some point, I would like you to inform Jeffrey about the situation.

 THE OHIO STATE UNIVERSITY

Janeen

**From:** Rizzoni, Giorgio
**Sent:** Sunday, December 10, 2017 7:23 AM
**To:** Sands, Janeen <sands.3@osu.edu>
**Cc:** Rizzoni, Giorgio <rizzoni.1@osu.edu>
**Subject:** Meng

Janeen:

Is there any chance you could meet with Meng and me on Monday at 11:15 at CAR?
We could work it out so that someone comes to pick you up at Scott Lab at 11, to minimize your inconvenience, and drop you off after the meeting, which I expect to end at noon if not earlier.

The exam did not go well at all. Meng was unprepared and argumentative, and the committee determined that she is really not qualified, and that her attitude is not consistent with the expectations we place on PhD students. My assessment is that she has done next to nothing of relevance to her dissertation research for the past year. This semester she met with me twice. Once in early September, when we reviewed her dissertation proposal first draft, and

on which I gave comments and suggestions (it was a decent first draft) and once just before Thanksgiving.  She did not even make some basic revisions to the proposal that I suggested three months ago.

To give you a comparison, ▆▆▆▆▆▆▆ who passed ▆▆ candidacy exam last Wednesday, met with me every week, and often more than once a week during the semester.  Same with ▆▆▆▆▆▆▆▆ who takes ▆▆ exam next Thursday.

The question the committee is now facing is whether to give her a second chance or not.  As a committee, we unanimously determined that this was a "fail", but we have not yet entered the final evaluation.  Before selecting the option to not allow a second chance, Meng needs to understand what that means.

If you cannot make it, I will ask Maryn Weimer to be with me during the meeting.
I am sorry to report such bad news, and thank you for all your support.

Giorgio