# Jury Trial Day 1
# Monday, May 1, 2023
# before Judge James L. Graham

Meng Huang,
Plaintiff,
v.

The Ohio State University and
Giorgio Rizzoni,
Defendants.

Case Number 2:19-cv-1976
Judge Graham

For Plaintiff: Peter Pattakos, Gregory Gipson
For Defendant: Christina Louise Corl, Morgan Linn, Brandon Lester
Court Reporter: Allison Kimmell
Courtroom Deputy: Denise Shane

| | |
|---|---|
| 9:07 a.m. | Court meets with counsel before potentials jurors are brought into court. |
| 9:15 a.m. | Voir Dire |
| 11:30 a.m. | Lunch |
| 12:30 p.m. | Court meets with counsel. |
| 1:02 p.m. | Court in session |
| 1:20 p.m. | Opening statement by Mr. Pattakos |
| 1:42 p.m. | Opening statement by Ms. Corl |
| 2:06 p.m. | Direct of Meng Hueng, Exhibit #4, admitted, Exhibit #5, admitted, Exhibit #6, not admitted, Exhibit #7, Exhibit #116, only page 5, admitted, Exhibit #13, admitted, Exhibit 14, admitted, Exhibit 11, admitted. |
| 5:00 p.m. | Court adjourned |