## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>        Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Plaintiff's Third Amended Exhibit List** |

Plaintiff Meng Huang hereby gives notice, by and through counsel, to the Court and all counsel of the filing of the following Third Amended Exhibit List, in update to the list filed on April 30, 2023 (DOCID 191). Plaintiff has added Exhibits 130 through 140.

### Appendix C: Plaintiff's Exhibits

Exhibit 1:     Huang 01409-01410, Emails between Defendant and Plaintiff December 3, 2013

Exhibit 2      OSU_006986-6988, Emails between Defendant and REDACTED graduate student, December 16-26, 2013

Exhibit 3:     OSU 6946 [corrected from 6846], Email from Defendant to Wei Zhang January 13, 2014

Exhibit 4:     OSU_007962-7969, Emails between Plaintiff and Defendant, December 3, 2013-March 8, 2014

Exhibit 5:     HUANG 000633-000636, Emails between Defendant and Plaintiff, March 24, 2014

Exhibit 6:     M. Huang Emails and Texts 0001-0003, Communications between Defendant and Plaintiff, March 24, 2014-December 8, 2014

Exhibit 7:     OSU_000066, Letter from Defendant to Plaintiff April 4, 2014

Exhibit 8:     OSU 8900 Email from Defendant to [Redacted] April 19, 2015

Exhibit 9:     OSU_007079-007083, Emails between Defendant and Bob Sadinski, April 24, 2014-April 27, 2014

Exhibit 10:    OSU 7353, Email from Defendant to Plaintiff, September 28, 2014

Exhibit 11:    OSU_006961-6962, Emails between Defendant and Plaintiff, November 21, 2014-November 25, 2014

Exhibit 12:    OSU 6985, Email from Defendant to [Redacted] December 20, 2014

Exhibit 13:    OSU 6742-6745, Emails Between Defendant and Huang December 13, 2014

Exhibit 14:    OSU_006719-6720, emails between Defendant and Plaintiff, December 21, 2014-December 27, 2014

Exhibit 15:    OSU 9264-9265, Emails between Defendant and [redacted] February 26, 2015

Exhibit 16:    OSU 9172-9178, Emails between Defendant and Canova March 16, 2015

Exhibit 17:    OSU 8725-8727, Emails between Defendant, Plaintiff, and [redacted] May 26, 2015

Exhibit 18:    OSU 8590, Email from Defendant to Plaintiff June 2, 2015

Exhibit 19:    OSU 8451-8453, Emails between Defendant and Plaintiff, June 12, 2015

Exhibit 20:    HUANG 00692, Email from Defendant to Plaintiff June 13, 2015

Exhibit 21:    HUANG00000139, Email from Defendant to D Anderson, October 6, 2015

Exhibit 22:    OSU 9305-9306, Emails between Defendant and [redacted] December 19, 2015

Exhibit 23:    OSU 9208, Email from Defendant to Plaintiff, December 27, 2015

Exhibit 24:    OSU_000239-261, OSU Sexual Misconduct, 1.15, August 23, 2016

Exhibit 25:    OSU 15421-15424, Emails from Defendant to Lori Herman (of Ford) September 21, 2016

Exhibit 26:    OSU 15401-15403, emails in Defendant's Exhibit M, September 21, 2016

Exhibit 28:    OSU 15363, [corrected from 15406-409], Email from Defendant to Plaintiff and [Redacted] September 23, 2016

Exhibit 29:    OSU 8699, Email from Defendant to Anderson October 6, 2016

Exhibit 30:    OSU 18146-18147, Emails between Jennifer Humphrey, Defendant, and zynplus, November 22, 2016

Exhibit 31:     OSU 002139, Email from Defendant to Plaintiff December 20, 2016

Exhibit 32:     OSU 5444 Email from Defendant to Plaintiff February 19, 2017

Exhibit 33:     FORD000603-606, Ford University Project Progress Report, March 17, 2017

Exhibit 34:     OSU_12191-12194, Emails regarding Plaintiff's stipend and Ford internship,
                August 1, 2017

Exhibit 35:     OSU 10688-10690, Emails from Defendant to Janeen Sands and Jeffrey Bons
                August 11, 2017

Exhibit 36:     OSU 18618-18619, Emails between Dyche Anderson and Defendant, August
                    16, 2017

Exhibit 37:     FORD000010-21, Ford Intern Evaluation Guide, August 18, 2017

Exhibit 38:     OSU 11052, Emails from Plaintiff to candidacy exam committee     September 14,
                2017

Exhibit 39:     OSU 10607, Emails between Defendant and Plaintiff, September 17, 2017

Exhibit 40:     FORD000521-522, Emails between Anderson and Defendant, October 4, 2017

Exhibit 41:     Huang 00000415, email from Defendant to Plaintiff and Anderson, October 4,
                2017

Exhibit 42:     OSU 9816, Emails between Defendant and Anderson, October 21, 2017

Exhibit 43:     OSU 018602-604, email from Plaintiff to Anderson and Defendant and attached
                document with comments on Dissertation proposal, November 1, 2017

Exhibit 44:     OSU 12409-12410, Emails between Defendant and Anderson, November 16,
                2017

Exhibit 45:     OSU 1191, Huang email to Defendant, November 17, 2017

Exhibit 46:     OSU 9601, Emails between Defendant and Kabat, November 20, 2017

Exhibit 47:     ~~OSU 9604 Email from Defendant to Janeen Sands November 20, 2017~~ [Removed
                as duplicative]

Exhibit 48:     OSU 12935, Email between Janeen Sands and Defendant, November 21, 2017

Exhibit 49:     FORD000511, Emails between Anderson and Plaintiff, December 6, 2017

Exhibit 50:     OSU 9677-9678, Email between Defendant and Guezennec, December 7, 2017

Exhibit 51:    OSU 11537-11538, Email between Defendant and Kim, December 7, 2017

Exhibit 52:    OSU 3009 Email from Defendant to Jung Jyun Kim, Marcello Canova, Vishnu Sundaresan, and Yann Guezennec December 10, 2017

Exhibit 53:    OSU 15348-15349, Emails between Defendant, Canova, and Sundaresan, December 11, 2017

Exhibit 54:    OSU 10425-10427, Emails between Defendant and Ford, December 11, 2017

Exhibit 55:    FORD000336-337, email between Anderson and Plaintiff, December 12, 2017

Exhibit 56:    FORD000043-47, Email from Anderson to sexualharassment@osu.edu, December 12, 2017

Exhibit 57:    OSU 6222-6223, Email from Martin Smith to Jonathan Parry and Heather Miller December 12, 2017

Exhibit 58:    OSU 2907-2921, [corrected from 2907-2918] Huang report to Pieriano, December 13, 2017

Exhibit 59:    OSU 1273-74, Emails between OSU HR Dept., December 14, 2017

Exhibit 61:    OSU 15695-15698, Emails between Bons and Defendant, December 14, 2017

Exhibit 62:    OSU 1162-1163, Emails between Plaintiff and Parry, December 15, 2017

Exhibit 63:    OSU 4598-4599, Emails between Parry, Hoge, and Kellie Brennan, December 15, 2017

Exhibit 64:    OSU 9896, Emails between Buchheit and Defendant, December 15, 2017

Exhibit 65:    OSU 15425, Email from Defendant to Buchheit, December 19, 2017

Exhibit 67:    OSU 1408-1410, Emails between Plaintiff and Parry, December 19, 2017

Exhibit 68:    OSU 1711-1712 Emails between Broshious, Parry, and Plaintiff, December 19, 2017

Exhibit 70:    OSU 1893-1896 Emails between Plaintiff and OSU faculty and staff, December 20-22, 2017

Exhibit 71:    OSU 1720-21 Huang police report December 22, 2017

Exhibit 72:    OSU 1421-1422 Email from Tong Zhao to Maryn Weimer, forwarded to Martin Smith, December 22, 2017

Exhibit 73:     OSU 3324 Emails between Parry, Hoge, and Davis, December 22, 2017

Exhibit 74:     OSU 1008-1016 Emails between Anderson and Parry, December 28, 2017

Exhibit 75      OSU 3272 Email from Jayakumar to Humphrey, Jan 4, 2018

Exhibit 76:     OSU_001799-1840 "Another Harvey Weinstein" document, January 5, 2018

Exhibit 77:     OSU 1607 [formerly including 1608-1650, those pages removed as duplicative of Ex. 76] Emails between OSU HR Dept. forwarding and discussing Huang account, January 5, 2018

Exhibit 78:     OSU 944-945 Email from Horujko to Schaffer, January 5, 2018

Exhibit 79:     OSU 4857 Email from Hoge to Huang, January 5, 2018

Exhibit 80:     OSU 1406-1407, Email from Huang to Broshious, January 5, 2018

Exhibit 81:     OSU 1170-1173 Emails between Huang and Parry, January 5, 2018

Exhibit 82:     OSU 672 Email from Parry to Defendant January 10, 2018

Exhibit 83:     OSU 1058-1061, Email from Valerie Hendrickson to Jonathan Parry January 10, 2018

Exhibit 84:     OSU 2903, Email from Kellie Brennan to Hoge and Parry, January 10, 2018

Exhibit 85:     OSU 904-905, Emails between Martin Smith and Parry, January 12, 2018

Exhibit 86:     OSU 6129-6137, Defendant's "Chronology of Events re. Ms. Huang's allegations" January 13, 2018

Exhibit 87:     OSU 1165-1169, Emails between Defendant and Parry, January 19, 2018

Exhibit 88:     FORD000229-230, emails between Plaintiff to Anderson, Anderson to Lori Herman, February 2, 2018

Exhibit 89:     FORD0000231-232, Emails from Plaintiff to Anderson, February 2 and 6, 2018

Exhibit 90:     FORD000249-251, Emails between Plaintiff and Anderson re Herman email, February 12, 2018

Exhibit 91:     OSU 2109-2112 , Email from Klingshirn to Pearsol-Christie February 14, 2018

Exhibit 92:     OSU 1174, Emails between Defendant and Parry, March 1, 2018

Exhibit 93:     OSU 1740-1741, Summary sheet of investigation

Exhibit 94:   OSU 6119-6120, Email from Defendant to David Williams, Dorota Grejner-Brzezinska, and Rudolph Buchheit March 21, 2018

Exhibit 95:   OSU_004169-004206, OSU Case Report of Investigation, March 29, 2018

Exhibit 96:   OSU 3610-3647, Parry case report, March 29, 2018

Exhibit 97:   OSU 3664-3666, Parry emails, March 29, 2018

Exhibit 98:   OSU 3667-4052, OSU Investigation with Appendices, March 29, 2018

Exhibit 99:   OSU 001847-1850, Parry emails with Defendant; and with Hoge, March 29, 2018

Exhibit 100:  OSU 6218-6221, Letter from Defendant to Martin Smith April 2, 2018

Exhibit 101:  OSU 6475, Defendant Letter to Vishnu Subramaniam April 24, 2018

Exhibit 102:  OSU 6417, Defendant April 27, 2018 Skype Appointment Reminder with Phoebe You April 25, 2018

Exhibit 103:  OSU 6474, Defendant Email to David Williams and Martin Smith April 25, 2018

Exhibit 104:  OSU 6414, Email from Defendant to Phoebe You April 27, 2018

Exhibit 105:  FORD000501-502, emails between Ted Miller and Anderson, May 9, 2018

Exhibit 106:  FORD000607-610, Ford University Project Progress Report, March 29, 2019

Exhibit 107:  Huang 001413, Dedication to Defendant of CAR space, October 4, 2019

Exhibit 108:  OSU 2019 Annual Report

Exhibit 109:  Defendant Responses to Interrogatories and RPD, June 9, 2020

Exhibit 110:  Declaration of Ruochen Yang, August 24, 2020

Exhibit 111:  OSU 000433-490, OSU Sexual Misconduct Policy Training slides

Exhibit 112:  Unnumbered, Google maps of Defendant's and Plaintiff's homes and relative distances from each other and CAR

Exhibit 113:  DOCID 114-38 Curriculum Vitae of Defendant

Exhibit 114:  Huang 001404-1406, photos of Defendant's office

Exhibit 115:  OSU 2113–2155, Collection of Communications between Plaintiff and Defendant (Parry Dep. Ex. 96).

Exhibit 116:   Huang 00001-00086, "Another Harvey Weinstein" document, incorporating appendices and communications

Exhibit 117:   Huang 000087-000198, Plaintiff rebuttal to Defendant's account of events (with incorporated emails, text messages, and other materials)

Exhibit 118:   Huang 000285-000580, Plaintiff's medical records

Exhibit 119:   Plaintiff's medical records from treatment with Roy Lubit, MD

Exhibit 120:   FORD000035-36, Anderson emails with Plaintiff, August 2019

Exhibit 121:   FORD000034, Anderson email to Plaintiff, January 9, 2020

Exhibit 122:   OSU 9787-9788, Emails between Defendant and Canova, December 1-7, 2017 [Canova Depo Ex. 1]

Exhibit 123   OSU 10371-10372, Emails between Defendant and Canova, December 11, 2017 [Canova Depo. Ex. 2]

Exhibit 124   OSU 10536, Emails between Defendant and Canova, December 11, 2017 [Canova Depo. Ex. 3]

Exhibit 125   OSU 9795-9797, Emails between Defendant and Janeen Sands, December 11, 2017 [Canova Depo. Ex. 4]

Exhibit 126   OSU 10562-63, Email thread between Defendant, Weimer, and Humphrey, February 13-14, 2017 [Rizzoni Depo Ex. 69]

Exhibit 127   OSU 10491, Defendant calendar entry, February 19-25, 2017 [Rizzoni Depo. Ex. 70]

Exhibit 128   OSU 10429 Emails between Defendant and Phoebe You [Rizzoni Depo. Ex. 71]

Exhibit 129   04/24/2023 Email from attorney Christina Corl confirming that witness Marcello Canova offered falsified testimony under oath and related correspondence between counsel

Exhibit 130   001-003, Mar. 24, 2014 Email thread between Defendant and Plaintiff

Exhibit 131   OSU2130-2138, text messages between Defendant and Plaintiff

Exhibit 132   HUANG 81, Emails between Defendant and Plaintiff, Dec. 20, 2015

Exhibit 133   HUANG 72, Emails between Defendant and Plaintiff, May 18-20, 2015

Exhibit 134   HUANG 73, Emails between Defendant and Plaintiff, May 25, 2015

Exhibit 135     OSU 2113, Emails from Defendant to Plaintiff, Jan. 14 and Jan. 31, 2016

Exhibit 136     OSU 2126, Emails from Defendant to Plaintiff and Jennifer Humphrey, Feb 5, 2016 and Mar. 20, 2016

Exhibit 137     OSU 2115, Emails between Defendant and Plaintiff, Dec. 3, 2016

Exhibit 138     HUANG 18, Text messages between Plaintiff and Valerie Hendrickson

Exhibit 139     OSU 2141, Emails between Defendant and Jung Hyun Kim, Sept. 14, 2017

Exhibit 140     OSU 2114, Email from Defendant to Plaintiff, Sept. 9, 2016

Exhibit 141     unnumbered, OSU website pages

Respectfully submitted,

*/s/ Gregory Gipson*
Peter Pattakos (0082884)
Gregory Gipson (0089340)
THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, OH 44333
P: 330.836.8533/F: 330.836.8536
peter@pattakoslaw.com

*Attorneys for Plaintiff Meng Huang*

**Certificate of Service**

The foregoing document was filed on May 2, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Gregory Gipson*
*Attorney for Plaintiff*