**Jury Trial Day 2**
**Tuesday, May 2, 2023**
**before Judge James L. Graham**

Meng Huang,
Plaintiff,

v.                                                          Case Number 2:19-cv-1976
                                                            Judge Graham

The Ohio State University and
Giorgio Rizzoni,
Defendants.

For Plaintiff: Peter Pattakos, Gregory Gipson
For Defendant: Christina Louise Corl, Morgan Linn, Brandon Lester
Court Reporter: Allison Kimmell
Courtroom Deputy: Denise Shane

9:24 am Continued direct of plaintiff by Mr. Pattakos, Exhibit 130, admitted,
Exhibit 131, Exhibit 132, Exhibit 116 (page 16), Exhibit 138, admitted, Exhibit
32, admitted,

11:45 am Cross of plaintiff by Ms. Coral, Exhibit C, admitted.
12:10 pm Lunch
1:10 pm Continued cross of Plaintiff by Ms. Coral, Exhibit A, Exhibit B, page 2,
Exhibit F, admitted, Exhibit K, Exhibit J, admitted, Exhibit L, Exhibit I.
3:22 pm Redirect of Plaintiff by Mr. Pattakos. Exhibit J Ex 135
3:53 pm Cross-Examination of Dr. Rizzoni by Mr. Pattakos, Exhibit 113, Exhibit
4, Exhibit 5.
5:00 pm Court adjourned.