# Jury Trial Day 3
# Wednesday, May 3, 2023
# before Judge James L. Graham

Meng Huang,
Plaintiff,

v.

The Ohio State University and
Giorgio Rizzoni,
Defendants.

Case Number 2:19-cv-1976
Judge Graham

For Plaintiff: Peter Pattakos, Gregory Gipson
For Defendant: Christina Louise Corl, Morgan Linn, Brandon Lester
Court Reporter: Allison Kimmell
Courtroom Deputy: Denise Shane

9:05 am Continued cross-examination of Dr. Rizzoni by Mr. Pattakos, Exhibit 5, admitted, Exhibit 130, admitted, Exhibit 11, admitted, Exhibit 112, Exhibit 126, Exhibit 32, admitted, Exhibit 94, 11: 35 Lunch, 12:40 Judge meets with counsel, 1:10 pm Deposition testimony of Dyce Anderson, 1:15 pm Defense calls Adithya Jayakumar, 1:30 pm Cross- examination of Jayakumar by Mr. Pattakos, 1:37 pm Defense calls David Cooke, 1:48 pm cross-examination of Cooke by Mr. Pattakos, 2:00 pm Redirect of Cooke by Ms. Corl, 2:04 pm Re-cross of Cooke by Pattakos. 2:28 pm Direct of Rizzoni by Ms. Corl, Exhibit N, 2:50 pm Cross-examination of Rizzoni by Pattakos; 3:05 pm Rebuttal testimony of Huang by Rizzoni, 3:15 pm Jurors released for the day, 3:58 pm, Court meets with counsel. 5:32 pm Court adjourned.