# Jury Trial Day 4
# Thursday, May 4, 2023
# before Judge James L. Graham

Meng Huang,
Plaintiff,

v.

The Ohio State University and
Giorgio Rizzoni,
Defendants.

Case Number 2:19-cv-1976
Judge Graham

For Plaintiff: Peter Pattakos, Gregory Gipson
For Defendant: Christina Louise Corl, Morgan Linn, Brandon Lester
Court Reporter: Allison Kimmell
Courtroom Deputy: Denise Shane

9:18 am Court meets with counsel. 9:59 am closing argument by Mr. Pattakos, 10:34 am closing argument by Ms. Corl, 10:59 am rebuttal by Mr. Pattakos, 11:04 am court gives jury instructions. 11:55 jury retires to deliberate.
4:30 pm - Verdict for Defendant.