Message

| | |
|---|---|
| **From:** | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP {FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G} |
| **Sent:** | 3/8/2014 12:46:21 PM |
| **To:** | Meng Huang [meng.huang89@yahoo.com] |
| **Subject:** | Re: 2014 Fall PhD Candidacy Inquiry--Meng Huang |

Dear Meng,
I am finalizing my plans.  I am not completely sure of where I will stay, but I have set aside Saturday afternoon and evening, March 29th, to meet you.
On Sunday morning I am leaving Shanghai by train at 9:30 from Shanghai City Station.
Please reserve the afternoon and evening on March 29th – we can meet to talk about your future research and then I would like to invite you to dinner.
We can make final plans when I know where I will stay.
Best,
GR

---

**From:** Meng Huang <meng.huang89@yahoo.com>
**Reply-To:** Meng Huang <meng.huang89@yahoo.com>
**Date:** Monday, March 3, 2014 at 7:55 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** Re: 2014 Fall PhD Candidacy Inquiry--Meng Huang

Dear Prof. Rizzoni,

Thank you so much for your efforts! It will be my great honor to have you as my advisor. I'm looking forward to meeting you in Shanghai ;-)

All the best!

Meng Huang

On Tuesday, March 4, 2014 7:10 AM, Giorgio Rizzoni <rizzoni.1@osu.edu> wrote:
Dear Meng,
You will be admitted into our PhD program, and I will serve as your advisor.
You should receive more information from OSU soon.
We will meet in Shanghai soon.
Cheers
GR

**Giorgio Rizzoni**
The Ford Motor Company Chair in Electromechanical Systems
Director and Senior Fellow, Center for Automotive Research
Professor, Department of Mechanical and Aerospace Engineering
Professor, Department of Electrical and Computer Engineering
Room 100A, 930 Kinnear Road, Columbus, OH 43212
Office: (614) 688-3856 – Mobile: (614) 570 1149 – Fax: (614) 688-4111
rizzoni.1@osu.edu
http://car.osu.edu
http://www.facebook.com/OSUCenterforAutomotiveResearch
http://www.youtube.com/user/OSUAutoResearch

Assistant: **Liz Factor**



EXHIBIT
4

Confidential Pursuant to Protective Order

Many thanks and happy Christmas ^_^

Meng

---

发件人: Rizzoni, Giorgio <rizzoni.1@osu.edu>
发送时间: 2014年12月21日 5:55
收件人: Huang, Meng; ; Ahmed, Qadeer; Aksun Guvenc, Bilin; Busch, Greg T.; Cantemir, Codrin; Benjamin; Tulpule, Punit J.; Postalakis, Amanda
主题: schedules

**Students,**
Please kindly fill out your course schedules using the attached form.
I filled it out with my teaching schedule to show what I have in mind.
If you are a TA, please put in things like recitation and office hours.
Many thanks
GR

**Research Managers,**
Please ask visiting scholars who are working with us to do the same IF they plan to follow some courses.

Thank you
GR

Confidential Pursuant to Protective Order

OSU_006720

| | |
|---|---|
| **Subject:** | Re: Your Admission to The Ohio State University |
| **From:** | Giorgio Rizzoni (rizzoni.1@osu.edu) |
| **o:** | meng.huang89@yahoo.com; |
| **Date:** | Monday, March 24, 2014 6:43 AM |

Dear Meng,

My plans for Shanghai are now complete.

I am sorry that you have to travel so far to come see me – I understand where Pudong is.

Here is my schedule, prepared by my colleague at SJTU:

**Thursday, Mar 27th**
Pick up from PVG (Please send us your flight arrival info)
Dinner at SJTU (David Hung)
Overnight stay at SJTU guest hotel (Eva to arrange)

**Friday, Mar 28th**
Breakfast at guest hotel
9:40 am          David Hung to pick up from guest hotel
10:00 to 11:30 am    Seminar (Prognosis of battery pack systems)
11:30 am to 1:00 pm        Lunch
1:00 pm to 2:00 pm Lab Tour
2:00 pm to 3:00 pm Discussion with Prof Min Xu
3:00 pm to 5:00 pm Open
5:00 pm to 6:00 pm Break
6:00 pm          Dinner (Prof Xu and others)
Overnight stay at SJTU guest hotel (Eva to arrange)

**Saturday, Mar 29th**
Check out from SJTU guest hotel

On Saturday, when I leave SJTU, I will go to a hotel near Shanghai city center:
**Ascott Huai Hai Road Shanghai**
282 Huai Hai Road Central,
Huangpu District
200021 Shanghai
+86 (0)21 23298888
enquiry.shanghai@the-ascott.com

My recommendation is that we meet at the Ascott Hotel in the early afternoon, for example at 2pm, so we can spend some time together.

I will bring you material to review and will explain what it will be like to be a PhD student at OSU. I am sure that we can find a comfortable place in the hotel to work in peace and quiet.

On Saturday evening I will meet with two representative from the OSU China Gateway: the Director, Phoebe (Chao) You, and her Assistant, Ruth (Zhaojia) Lu. I have invited them for dinner, and I would like you to come to dinner as well. OSU has an office in Shanghai, and they will be able to provide you with support and information in the months leading to your arrival in Columbus. Here is information on the OSU Gateway.

**Phoebe You**
Director – China Gateway
Office of International Affairs
12/F Platinum, 233 Tai Cang Road,
Shanghai 200020, P.R.China



EXHIBIT
5



**Center for Automotive Research**

930 Kinnear Rd.
Columbus, OH 43212

Phone (614) 292-5990
Fax (614) 688-4111
http://car.osu.edu

April 4, 2014

Re: Meng Huang Graduate Research Associate

Dear Meng:

I am pleased to offer you the position of Graduate Research Associate at the Ohio State University Center for Automotive Research for the Fall 2014 semester. This appointment provides a monthly stipend of $1,900.00 and full-tuition and fee authorization covering all instructional and general fees, including nonresident fees, and the technology (learning) fee. In recognition of your excellent academic record and of you experience, I will augment your Graduate Research Associate stipend by the amount of 10% using discretionary funds under my control.

You may indicate acceptance of this offer by signing below and returning a signed copy of this letter to me and to Nick Breckenridge at breckenridge.17@osu.edu at your earliest convenience. Please feel free to e-mail me if you have any questions about the department, the university, or the terms of this offer.

Sincerely,

Giorgio Rizzoni, Ph.D.
The Ford Motor Company Chair in Electromechanical Systems
Director and Senior Fellow, Center for Automotive Research
Professor, Department of Mechanical and Aerospace Engineering
Professor, Department of Electrical and Computer Engineering
Adjunct Professor, Department of Design

**I acknowledge receipt of this letter, and I accept the offered position of Graduate Research Associate with the Ohio State University.**

Signature _____  Date _____



EXHIBIT

7

Confidential Pursuant to Protective

Message

| From: | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
|---|---|
| Sent: | 11/25/2014 10:40:05 AM |
| To: | Huang, Meng [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=627c78885d5849ffb93a985bc1c6b4f2-huang.2044] |
| Subject: | Re: 答复: Ford URP Funding |

Can we see each other on Friday?

---

**From:** <Huang>, Meng <huang.2044@buckeyemail.osu.edu>
**Date:** Monday, November 24, 2014 at 11:03 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** 答复: Ford URP Funding

Dear Prof. Rizzoni,

Thanks a lot for your e-mail. Hopefully the URP can be formally approved soon : )

I was dealing with the leasing issue for our department with roommates yesterday and wasn't able to come to CAR on Sunday afternoon... Please accept my sincere apology for that.

Best regards.

Meng

---

**发件人:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**发送时间:** 2014年11月23日 20:03
**收件人:** Huang, Meng
**主题:** FW: Ford URP Funding

Meng:
It looks as if your research direction is becoming increasingly clear.
Do you have any time this afternoon?
I'll be at home until early afternoon, and at CAR after 2pm.
GR

---

**From:** Dyche Anderson <rander34@ford.com>
**Date:** Friday, November 21, 2014 at 9:02 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Andrea Cordoba Arenas <cordoba-arenas.1@osu.edu>
**Cc:** "Lin, Xinfan (X.)" <xlin14@ford.com>
**Subject:** Ford URP Funding

Giorgio, Andrea,

Good news! I have been informed from the powers that be that our URP proposal "Aging modeling, state of health assessment and life prediction of electric vehicle battery packs" has been provisionally approved. In this case, "provisionally" means that Ford intends to fund the project, but cannot commit until our 2015 budget is approved. I have been told that the formal approval is planned for early 2015.

I'm looking forward on working with you on this project.



EXHIBIT
11

Confidential Pursuant to Protective Order

OSU_006961

Regards,
Dyche Anderson
Technical Expert, Battery Controls
Advanced Battery Controls R&A
Ford Motor Company
Phone: 313-32-32893

Confidential Pursuant to Protective
Order

Message

| From: | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
|---|---|
| ʹent: | 12/13/2014 9:46:55 PM |
| ʹo: | |
| CC: | |
| Subject: | Re: Account |

Very kind.
Thank you!
G

From:
Date: Saturday, December 13, 2014 at 4:29 PM
To: "Huang, Meng" <huang.2044@buckeyemail.osu.edu>
Cc: Giorgio Rizzoni <rizzoni.1@osu.edu>,

Subject: Re: Account

Hi Meng,

upgraded you to an admin so you can install software and make changes. I just activated matlab with the newest ʹcence. The licence is valid for any version of matlab. The machine currently has R2013a installed but if you need a later version we just need to download the update, the licence will still work for the newer version. Let me know if you need assistance with that.

On Fri, Dec 12, 2014 at 1:05 PM, Huang, Meng <huang.2044@buckeyemail.osu.edu> wrote:

Hi

Hope all is well : )

I went to Bullet office yesterday and the computer looks nice thanks to your support. There is another issue with the account. I was denied with the access towards MATLAB due to lack of the license. And when I tried to install some other softwares, a warning window appears requiring the administrative authority to continue. The account shows in this warning window is "lightning" you mentioned earlier, even after ▮▮▮ helped me enter the password, it still kept popping up every time I want to proceed with the install or open MATLAB. Is there any way in your opinion that we can figure this out? Please feel free to let me know if there is any action needed from my side to solve this problem so that we can start on project next week.

EXHIBIT
13

Confidential Pursuant to Protective

Thank you very much for your time and I am sincerely sorry for the extra workload caused.

Meng

**发件人:** ███████████████████

**发送时间:** 2014年12月10日 2:48

**收件人:** Rizzoni, Giorgio

**抄送:** ███████ Huang, Meng

**主题:** Re: Meng Huang

Giorgio and Meng,

I think we have things figured out. ████████████ ormer desk is completed cleaned out and cleared off for you to start using anytime. It is the desk in the corner of our room by the closet. His former computer is actually a pretty powerful workstation, but was due for a software reformat. We were able to get that done and there is a completely fresh install of windows and most of the basic software we use including matlab, though you might want to confirm it is the version you want.

I am absolutely fine with making that computer available for your use, as long as our team members can still have access to it when not in use, especially evenings and weekends. I have already created a separate user account for you where you can set your own password and keep your files. The password is currently 12345, feel free to change it. There is a user account for '█████████ which is our student user account that our undergrads will use on our workdays.

There should not be a conflict for computer time or desk space at all for now. As we move into the summer and our busy racing season (June - August) we may have to switch out computers or revisit this, but for the next 6-7 months I don't see an issue.

See you soon.

On Mon, Dec 8, 2014 at 2:11 PM, Rizzoni, Giorgio <rizzoni.1@osu.edu> wrote:
████████

We will work out all of the details.
We can make everything work for everyone, I am sure.

Meng:
I saw your other message.
Come early on Thursday – by 4pm, and we can talk to █████ then.
\GR

:om ████████████████████████████

Date: Monday, December 8, 2014 at 1:04 PM

To: Giorgio Rizzoni <rizzoni.1@osu.edu<mailto:rizzoni.1@osu.edu>>

Confidential Pursuant to Protective

Cc: ███████████████████████████ , "Huang, Meng"
<huang.2044@buckeyemail.osu.edu<mailto:huang.2044@buckeyemail.osu.edu>>
Subject: Re: Meng Huang

Hi Meng,

We can certainly find you a desk, and we can talk about computers. We will need to know more about what
you require and how long you will need it. Can you stop by our office some time tomorrow afternoon and we
will have a desk for you by then.  My phone number is ███████████ I"m not in the office.


Giorgio,

We had planned 2 desks for visiting scholars, but could squeeze 3 in for some time, as we move towards
summer this could be tight but for now it would be ok. For our planning purposes could you give us a rough
idea of whe███████████████████and Meng will be with us?


Thanks.




On Mon, Dec 8, 2014 at 6:07 AM, Rizzoni, Giorgio <rizzoni.1@osu.edu<mailto:rizzoni.1@osu.edu>> wrote:
████████████
Could you please assign a desk and a workstation to Meng in your office?
She will be doing a lot of work with me on battery related topics (new project with Ford), and I would like her
to be close to me.
Hopefully she can use one of your computers.
Thanks!
G



--
████████████████████████████████████

The Ohio State University

Venturi / Buckeye Bullet Racing - The Worlds Fastest Electric Vehicles

Team Leader
www.buckeyebullet.com<http://www.buckeyebullet.com/>

--



The Ohio State University

Venturi / Buckeye Bullet Racing - The Worlds Fastest Electric Vehicles
Team Leader
www.buckeyebullet.com

--



The Ohio State University

Venturi / Buckeye Bullet Racing - The Worlds Fastest Electric Vehicles
Team Leader
www.buckeyebullet.com

Confidential Pursuant to Protective

Message

| | |
|---|---|
| **From:** | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
| **Sent:** | 12/27/2014 6:34:51 PM |
| **To:** | Huang, Meng [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=627c78885d5849ffb93a985bc1c6b4f2-huang.2044] |
| **Subject:** | Re: 答复: Class Schedule SP15 |

Ok, I will then see you at 2pm for a meeting related to battery research in my office, and probably earlier, say around noon, to talk bout your courses etc.

**From:** <Huang>, Meng <huang.2044@buckeyemail.osu.edu>
**Date:** Saturday, December 27, 2014 at 1:32 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** 答复: Class Schedule SP15

Sure, I will be at CAR on Monday : )
Happy weekend!

Meng

**发件人:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**发送时间:** 2014年12月27日 21:58
**收件人:** Huang, Meng
**主题:** Re: Class Schedule SP15

Meng,
Thanks for the update.
Perhaps we can meet on Monday?
GR

**From:** "Huang, Meng" <huang.2044@buckeyemail.osu.edu>
**Date:** Tuesday, December 23, 2014 at 5:46 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Cc:** ████████████████████████████
**Subject:** Class Schedule SP15

Dear Prof. Rizzoni,

Please find the attached course schedule of SP 15. I double checked the ME dept. credit requirements about the MS-PhD degree (also attached with screenshot), and as it notes "As long as the primary requirements are met, any remaining courses needed to meet the required 15 hours for the MS-PhD program may be 5000-level courses." My understanding of the "primary requirements" is the 9 credits for the ME 6000+ courses, therefore I think the ME5339 I have taken this semester should also count for the remaining part of 6 credits : )

I did a brief summary based on the requirement and the part I have completed, and designed for the coming semesters. As both of these two courses (ECE6750 Linear System Theory and ME6507 Intermediate Numerical Methods) count for the Math requirement, there could be different designs based on the classifications for the future potential courses. Besides your diagnostics class in the coming fall, there will be only one course needed by the end of the Sp15 to meet the min requirement of the degree.

EXHIBIT
14

Confidential Pursuant to Protective Order

OSU_006719

**Parry, Jonathan**

| | |
|---|---|
| n: | Huang, Meng <huang.2044@buckeyemail.osu.edu> |
| **Sent:** | Friday, December 15, 2017 2:19 AM |
| **To:** | Parry, Jonathan |
| **Subject:** | Fw: thank you! |

FYI.

**From:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Sent:** Sunday, February 19, 2017 7:34 PM
**To:** Huang, Meng
**Cc:** Rizzoni, Giorgio
**Subject:** thank you!

Meng,
Thanks again for the very thoughtful and kind gift! I enjoyed some of the excellent fruit at the end of dinner. Italians, like the Chinese, end their meals with fruit...
I am glad that you made progress, and that you are on the right track. Let's think carefully about the webex on Wednesday. Please send me a proposed outline tomorrow, and try to send me a draft presentation by Tuesday night. Everything you and I have discussed the last couple of times is perfectly good for Ford. Certainly the three-column description. Also, be prepared to show some samples of data from the cycling that would correspond to the "re away", "charge" and "transient" conditions we have discussed.
Cheers,
G



1

Distance between CAR, Ms. Huang's house and Giorgio Rizzoni's house





Then on July 29th, 2017, I received the U.S. Department of Energy GATE Fellowship offer from Dr. Rizzoni, which states, "I am making a firm commitment to supporting you for the duration of your studies" and "I will add a supplement to your monthly stipend in the amount of 10%", just like he claimed in the previous GRA offer.

 **THE OHIO STATE UNIVERSITY**

Center for Automotive Research

College of Engineering
930 Kinnear Road
Columbus, OH 43212
614-292-5990 Phone
614-688-4111 Fax
car.osu.edu

Ms. Meng Huang
B3-618, 501 Lichuan Road,
Pudong New District,
201200,Shanghai,P.R.China

July 29th, 2014

Dear Ms. Huang

It was a pleasure to meet you in person in Shanghai last March, and I am very pleased that you have accepted the offer extended to you last April. At that time, I committed to supporting you as a Graduate Research Associate for the duration of your PhD studies. With this letter, I am pleased to inform you that you have been selected to be funded as a United States Department of Energy (US-DOE) *Graduate Automotive Technology Education* (GATE) Graduate Fellow for the first two years of your studies (with the same stipend and benefits outlined in your original offer letter). This is a prestigious appointment – the US-DOE has recognized seven universities in the USA as *GATE Centers of Excellence*, Ohio State being one. Once your Fellow appointment ends, the remainder of your studies will be funded by research programs funded either by government agencies, such as the US-DOE or the National Science Foundation, or by one of our many industry partners. I expect that the duration of your PhD studies will be three to four years. In summary, I am making a firm commitment to supporting you for the duration of your studies. Further, in addition to guaranteeing funding for the duration of your studies, I will add a supplement to your monthly stipend in the amount of 10%.

During the first year, and thanks to the Fellowship, you will have the opportunity to take courses and to prepare for the Ph.D. Qualifying Exam. You will not have any specific research assignments, but you will participate in the meeting of my electrochemical energy storage systems research group to become familiar with our research. The topic in which I will engage you is:

*Modeling, characterization and management of battery state of health and life, using electrochemical, thermodynamic and dynamic system modeling approaches to model mechanisms of aging in electrochemical batteries. As part of this work, you will have access to the facilities of our electrochemical energy storage laboratory and of its staff, who will support you in conducting battery characterization and aging experiments in support of your research. Attached to this letter you will find a brief presentation that describes the activities of our research center in this area.*

You will work within a group, have regular meetings with the group and with me, as well as individual meetings with me. Alex Bartlett, a senior PhD student conducting research in related areas, will be your student mentor upon your arrival. In time, I expect you to become a leader in your research field, and to take on the responsibility to serve as a mentor to younger students.

With my very best wishes,

*Giorgio Rizzoni*

Giorgio Rizzoni
The Ford Motor Company Chair in Electromechanical Systems
Director and Senior Fellow, Center for Automotive Research
Professor, Department of Mechanical and Aerospace Engineering
Professor, Department of Electrical and Computer Engineering
Room 100A, 930 Kinnear Road, Columbus, OH 43212
Office: (614) 688-3856 – Mobile: (614) 570 1149 – Fax: (614) 688-4111

5

PI# **JOINT EXHIBIT** 116~p.5

HUANG 000005

JOINT
EXHIBIT
116-P.16



 

(paper-cut on the window of Dr. Rizzoni's office at CAR, photos taken from outside)

Message

| | |
|---|---|
| **From:** | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
| **Sent:** | 2/13/2017 1:20:54 PM |
| **To:** | Weimer, Maryn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=daa7a9f08bd24d5fbb88c6714060238b-weimer.104]; Humphrey, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dc279e0386d04053b2bfa70b51cedc9a-humphrey.11] |
| **Subject:** | Re: post-op update |

Here is the Monday morning update.
The knee is up and down. Tends to swell up later in the day, and while I can manage the pain on Tylenol, it's not exactly dreamland...
But I can move around easily, without crutches. I use them for the stairs.

Maryn:
My PT appt is at 12:15. My plan is to see ▇ at my house at 11 to go over her dissertation and at noon she would drive me to the Jameson Crane on Ackermann. Where I should be done at 1:30. Here is an idea. When I know I am done with PT I could call you and if you don't mind coming to get me (5 minutes from CAR), then we can talk. Depending on how I feel, I could come to CAR for a bit, or you could drive me home (where I have all the pillows in the strategic places) and we can talk there.
I just sent ▇ a text, and am waiting for a reply, but I did suggest this option to her yesterday and I am sure she will be glad to drive me.

**From:** Maryn Weimer <weimer.104@osu.edu>
**Date:** Monday, February 13, 2017 at 7:47 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Jen Humphrey <humphrey.113@osu.edu>
**Subject:** RE: post-op update

Wonderful news!!!!! I am around all day and my calendar is actually weirdly open so if you need anything give me a shout. Playing catch up today ☺

Giorgio – I want to send you my initial brain dump of a strategic plan – more just a skeleton. We can talk more soon
Have a great Monday!!!

**From:** Rizzoni, Giorgio
**Sent:** Saturday, February 11, 2017 9:55 AM
**To:** Humphrey, Jennifer <humphrey.113@osu.edu>; Weimer, Maryn <weimer.104@osu.edu>
**Subject:** post-op update

**EXHIBIT 126**

Jan and Maryn:
While the recovery is going well, I can see that it will be mighty hard for me to move for some time. I ordered a jet pack, but it won't be delivered for some time...
I am trying to schedule the first PT appt., but that is proving to be difficult. Should hear something today. Those appts will be at Jameson Crane on Ackerman.
Here are my thoughts: I will not go anywhere Monday or Tuesday. Wednesday I am coming in for the Teradata mtg., and I will have to go to the dentist later that day. We will learn a lot on Wednesday about what it's like for me to try to function. And Thursday and Friday I will have to be in for the Cummins mtgs and go to Bilin's seminar.
I am thinking that I may need a wheelchair to move around the office. I wonder what we could do to borrow-rent one. the reason for the wheelchair is that I cannot imagine sitting in a regular chair – walking is not so bad, but sitting without the leg propped up seems difficult right now.

Any thoughts you might have are welcome.

Your pain-free-while-medicated friend...

G

**Subject:** Re: Your Admission to the Ohio State University

**From:** Georgia Pozzoni (zzini@yahoo.edu)

**To:** menghuang88@yahoo.com

**Date:** Monday, March 24, 2014 8:43 AM

Dear Minu,

My plans for Shanghai are now complete.

I am sorry that you have to travel so far to reach me the 24 and instead where Beijing is.

Here is my schedule, prepared by my colleague at SJTU.

**Thursday, Mar 27th**
Pick up from PVG (Please send us your flight arrival info)
Dinner at SJTU (David Hung)
Overnight stay at SJTU guest hotel (Eva to arrange)

**Friday, Mar 28th**
Breakfast at guest hotel
9:40 am        David Hung to pick up from guest hotel
10:00 to 11:30 am    Seminar (Prognoses of battery pack systems)
11:30 am to 1:00 pm        Lunch
1:00 pm to 2:00 pm Lab Tour
2:00 pm to 3:00 pm Discussion with Prof Min Xu
3:00 pm to 5:00 pm Open
5:00 pm to 6:00 pm Break
6:00 pm        Dinner (Prof Xu, and others)
Overnight stay at SJTU guest hotel (Eva to arrange)

**Saturday, Mar 29th**
Check out from SJTU guest hotel

On Saturday, when I leave SJTU, I will go to a hotel near Shanghai city center.

**Ascott Huai Hai Road Shanghai**
282 Huaihai Road Central
Huangpu District
200021 Shanghai
+86 21 2 3 5555
+86 (21) 2 3 6666 fax
asb.res.shanghai@the-ascott.com

My recommendation is that we meet at the Ascott Hotel in the early afternoon, for example at 2pm, so we can spend some time together

I will bring you material to review and will explain what it will be like to be a PhD student at OSU. I am sure that we can find a comfortable place in the hotel to work in peace and quiet

On Saturday evening I will meet with two representatives from the OSU China Gateway, the Director Phoebe at have You, and her Assistant, Ruibe Zhang Joi Lee. I have invited them for dinner, and I would like you to come to dinner as well. OSU has an office in Shanghai, and they will be able to provide you with support and information in the months leading to your arrival at Columbus. Here is information on the OSU Gateway.

Phoebe You
Director - China Gateway
Office of International Affairs
641 Platinum 233 Tai Cang Road
Shanghai 200020, PR China
+86 (21) 2 5675 6666 Phone +86 (21) 2 5675 7666 fax
you.4@osu.edu  https://oia.osu.edu/world.html

On Sunday morning I will travel to Hefei and will explain the details where we see each other, and on Wednesday, April 2, I will return from Hefei to Shanghai City Station by train and will then take a taxi to Pudong PVG airport to return to Columbus.

Thank you for taking the time to come meet me as well as the Gateway staff. I look forward to meeting you in person!
GR



EXHIBIT
130

**Subject:** Thank you!

**From:** Rizzoni, Giorgio (rizzoni.1@osu.edu)

**To:** meng.huang89@yahoo.com; tang.437@osu.edu

**Date:** Saturday, March 29, 2014 6:58 PM

Dear Meng,

It was truly a pleasure to new meet you in person. Thank you for the wonderful conversation yesterday evening. You are a very impressive young lady and I know you will do well at OSU.

Please allow me to introduce you to Tung Li who has been studying with me for a couple o years now. I a like you. I a very special person and is ready to help you with any questions related to Columbus. I hope you can become friends at a distance, before you meet in person.

Li, Meng Huang on the left, Chao You director of OSU China gateway on the right

Best,
Giorgio

## Attachments

- photo.JPG (1.92MB)
- ATT00001.txt (123B)



(From left to right: Meng Huang, Dr. Rizzoni, Phoebe (Chao) You, Mar. 29ᵗʰ 2014, Shanghai)

## Re: Planning and Proposal

Rizzoni, Giorgio <rizzoni.1@osu.edu>

Meng
I do not know if you have seen the PACE lab – we have excellent computational facilities at CAR
I do not think that you need any babysitting – the reason I gave you a desk in the room where Jiyu and Li are is because it is the only space I thought of that was close to my office. I had not thought about the Bullet office. Good idea  I will set that up for you today.
I like your thought process
You can plan to come this afternoon and set up office there.
Thanks
GR



Thanks for your well-wishes! Did you have any luck calling the Younkin counseling number?

Hi, sorry for not getting back to you in time. I haven't got time to make the call yet. Couldn't fall asleep last night.

Hi, Val, how r u doing today? Got time to talk for a sec? Girl's talk

Hey meng! I'm actually pretty sick right now, mostly spending my time unconscious. Is this a textable conversation?

I'm so sorry to hear that! I thought that maybe you are

Hey meng! I'm actually pretty sick right now, mostly spending my time unconscious. Is this a textable conversation?

I'm so sorry to hear that! I thought that maybe you are getting better since your last Facebook post. Poor girl Have you been to the doctor or take some pills? Don't worry about me, we can talk after you feel better. Prayers for you

Sorry I never got back with you, Meng. Do you still need whatever you needed last weekend?

Hey lady! How are you holding up?

EXHIBIT
138

HUANG 000018







2/14/2018                                                                                      Print

| **Subject:** | Re: GRA offer |
| **From:** | Rizzoni, Giorgio (rizzoni.1@osu.edu) |
| **To:** | meng.huang89@yahoo.com; breckenridge.17@osu.edu; |
| **Date:** | Sunday, May 4, 2014 6:10 AM |

Dear Meng:

Good timing.  I was beginning to wonder what had happened to you.

No worries.  Please complete the admissions procedures as soon as possible and make plans to arrive well in advance of the start of classes.

Have you planned a date? My recommendation is that you arrive no later than August 1, so you have time to adjust.

Li Tang will help, if needed.

Best,

GR

**From:** Meng Huang <meng.huang89@yahoo.com>
**Reply-To:** Meng Huang <meng.huang89@yahoo.com>
**Date:** Saturday, May 3, 2014 at 10:28 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** Re: GRA offer

Dear Prof. Rizzoni,

How is your day today? I am so sorry that I didn't reply earlier... I have been on a training session in our plant outside Shanghai the day after we met. In fact, I should have left on that Friday, yet I postponed it so that we could have that meeting which was such a pleasant and enjoyable experience! Thank you so much for your generous offer, it is my great honor to be granted this chance to work with you.

USB of Laptops in the plant are blocked for outside mails. Given the confidentiality of this offer letter, I prefer to have it printed and scanned after I come home back at Shanghai in a couple of days. I will also take care of the OSU online application system to make sure that every requirement is met. Thanks a lot for your understanding.

Please feel free to contact me for any concern you have and looking forward to your short reply : )

Best regards!

Meng Huang

On Sunday, April 6, 2014 7:55 AM, "Rizzoni, Giorgio" <rizzoni.1@osu.edu> wrote:

Dear Meng,

It is my great pleasure to offer you a GRA position.

Please sign the attached letter and return to me and Nick Breckenridge.

Best wishes

GR



DEFENDANT'S EXHIBIT

https://mail.yahoo.com/#6238936286

EXHIBIT
C

1/2

Huang 001216

**Giorgio Rizzoni**
The Ford Motor Company Chair in Electromechanical Systems
Director and Senior Fellow, Center for Automotive Research
Professor, Department of Mechanical and Aerospace Engineering
Professor, Department of Electrical and Computer Engineering
Room 100A, 930 Kinnear Road, Columbus, OH 43212
Office: (614) 688-3856 – Mobile: (614) 570 1149 – Fax (614) 688-4111
rizzoni.1@osu.edu
http://car.osu.edu
http://www.facebook.com/OSUCenterforAutomotiveResearch
http://www.youtube.com/user/OSUAutoResearch

Assistant: **Liz Factor**
Office: (614) 292-5990
e-mail: factor.9@osu.edu

Huang 001217

Best regards

Meng Huang

--------------------------------------------------------------------------------------------------------------
---------------
On Monday, March 10, 2014 8:41 PM, Office of Graduate and Professional Admissions <gradadmissions@osu.edu> wrote:
Dear Meng Huang:

We are pleased to inform you the Graduate Studies Committee recommended you for
admission to the MECHENG-PH program at The Ohio State University Graduate School
for Autumn 2014.  However, before Ohio State can finalize your admission, we
must have clear evidence sufficient funding will be available to support you
while you live and study in the United States.

Generally, the following documents are required along with a photocopy of your
passport - include copies for  dependents (spouse and/or children who will accompany
you to Ohio State):

- Completed & signed Affidavit of Financial Support form (Complete and submit
the attached Affidavit)
- A bank statement with a balance sufficient to cover the estimated expenses
for you and your dependents (Find your program's Estimated Expenses on the attached
list)

Visit the Application Status section of your Applicant Center at http://appstatus.osu.edu
to know exactly what you need to submit or revise, and when it is due.  The items
will be reviewed by us after the status shows "Completed" in the list of required
items.  After the required items have been reviewed and if found sufficient we
will issue your visa authorization.  If you receive this email again, your recently
submitted documents were not sufficient.  See your Applicant Center for details.
Failure to submit the required items by the due date may result in cancelation
of your application by your program.

For more information about financial documents go to the Financial Documents
section of our FAQs at http://admissions.osu.edu/grad/faqs/.

Always include your OSU ID and your full name when sending documents or communicating
with The Ohio State University.

To expedite processing, please either:
    Fax your documents to 614-247-1886 OR
    Scan and attach your documents to an email and send to gradadmissions@osu.edu.

If you must send your documents via postal mail, send to:
    The Ohio State University
    Office of Graduate and Professional Admissions
    Attn:  Financial Review
    281 W Lane Ave
    Columbus OH 43210

If you receive funding from OSU that does not cover the estimated expenses for
you and your dependents, you will need to submit personal documentation showing
funding to cover the remaining amount.  If you receive no funding from OSU you

Messages - +16142866025                                                           +16145701149, rizzoni.1@osu.edu

Text message
10/28/15 1:10:54 PM EDT

+16142866025

**Professor, are u at conference this afternoon? Which session? Thx!
Meng**

10/28/15 1:48:10 PM EDT

Meng, at the moment I am in a meeting of the executive committee of
the division. I need to give a report. I hope to be done by 3.30. At 4 I
speak in the automotive industry special session. I'll try to find you in the
battery session at 3:30.

10/28/15 2:13:10 PM EDT

+16142866025

**Take it easy, i am at battery and energy storage session this afternoon.
See u later.**

10/28/15 2:13:33 PM EDT

See you later.

10/28/15 4:34:28 PM EDT

+16142866025

**Great presentation, i am to transfer to the energy session if it's ok with
u?**

10/28/15 4:49:28 PM EDT

Of course! Thanks for coming.

10/28/15 4:53:39 PM EDT

See you at he student industry reception at 6

10/28/15 5:04:02 PM EDT

+16142866025

**Sure, see u** 😊

10/29/15 11:20:34 AM EDT

There are special tables for networking with industry at lunch. See if you
can sit at my table. Or, conversely, go to one of the networking tables
and save me a seat.



EXHIBIT
F

OSU_000001

10/29/15 11:26:45 AM EDT

I am chairing a session and will not be out of here till 12 at the earliest.

10/29/15 11:39:01 AM EDT

+16142866025

Sure, which session are u hosting? I am helping at the registration.

10/29/15 11:41:28 AM EDT

Session WA-7. There will be a set of "networking" table in the lunch hall, which is right by registration.

10/29/15 11:47:54 AM EDT

+16142866025

Great! I can come to you( if u want )when u r done hosting the session.

10/29/15 11:48:18 AM EDT

Probably better if I come your way.

10/29/15 11:48:30 AM EDT

I have to come that way

10/29/15 11:48:50 AM EDT

+16142866025

Ok, see u then.

10/29/15 12:10:40 PM EDT

Don't see you at reg desk. I am at the table at the far left corner

10/29/15 12:11:14 PM EDT

+16142866025

Coming

10/29/15 1:45:17 PM EDT

+16142866025

Are u at Diagnosis and Detection session?

10/29/15 1:46:09 PM EDT

That session is at 4pm. I am in the automotive session. TM-6

OSU_000002

10/29/15 2:10:49 PM EDT

+16142866025
I am outside

10/30/15 4:23:25 PM EDT

We out out of prof Selamet's lab

10/31/15 5:29:02 PM EDT

I'll come pick you up around 1 tomorrow. Ok?

10/31/15 5:30:04 PM EDT

+16142866025
Sure, thanks.

11/1/15 11:35:34 AM EST

I will pick you up at 12:45 if that is ok.

11/1/15 11:37:59 AM EST

+16142866025
I can come to CAR on my own today. Thank you for the offer. See u at 1 pm? Or later?

11/1/15 11:39:04 AM EST

1 is perfectly fine. Maybe even 12:45. I'll be there.

11/1/15 11:44:34 AM EST

+16142866025
Ok

11/1/15 12:49:04 PM EST

Ready when you are.

11/8/15 8:35:48 AM EST

Meng. I will see you at 3:30 today. Ok?

OSU_000003

Messages - +16142866025

+16145701149, rizzoni.1@osu.edu

11/8/15 9:13:06 AM EST

+16142866025



11/10/15 1:20:25 PM EST

Can you please send me Xinfan's cell number? Thanks. G

11/10/15 2:11:39 PM EST

+16142866025

Xinfan Lin 7342741877.
Sorry that I muted my phone from class and forget to turn it back.

11/10/15 2:12:03 PM EST

No problem. Thanks!

11/10/15 8:00:01 PM EST

+16142866025

Professor, I hope u have recovered from the allergy. I have talked to
Xinfan and he is fine with WebEx tomorrow. I will focus on the HW
tomorrow after the WebEx and won't be able to join u to Dearborn
unfortunately. Have a safe trip and enjoy the project kick off.

11/10/15 8:04:11 PM EST

I am well, thank you. We will talk tomorrow, have you prepared a brief
presentation for tomorrow?

11/10/15 8:06:20 PM EST

+16142866025

No, I have just submitted a hw for probability class today and working
myself crazy with fault diagnosis hw right now. I told Xinfan i will be
listening to the discussion.

11/12/15 10:03:23 AM EST

+16142866025

Thanks for your email. We will see u at CAR 2:45pm today.

OSU_000004

Messages - +16142866025

+16145701149, rizzoni.1@osu.edu

11/12/15 10:03:47 AM EST

Ok.

11/12/15 10:12:41 AM EST

Are you on campus? I have unexpected free time in Scott Lab between 10.15 and 11.

11/12/15 10:14:45 AM EST

+16142866025

I am heading to class right now, it ends by 11:20 am

11/12/15 10:14:51 AM EST

+16142866025

I am heading to class right now, it ends by 11:20 am

11/12/15 3:40:11 PM EST

+16142866025

I can stay at CAR by 5 pm today if u want and will be able to talk before that. Might be easier than talk on the phone. Thanks!

11/12/15 3:54:35 PM EST

I have a teleconference at 4 and have to leave at 5 sharp. Sorry

11/12/15 3:55:17 PM EST

+16142866025

No problem.😉

11/26/15 11:15:26 AM EST

+16142866025

Happy Thanksgiving🎸🎉

11/26/15 11:16:23 AM EST

Thank you!! I trust you will enjoy the holiday as well!

11/26/15 11:20:17 AM EST

+16142866025

Ha, hopefully... Thanks anyway😉

OSU_000005

Messages - +16142866025                                        +16145701149, rizzoni.1@osu.edu

11/27/15 2:27:26 PM EST

Are you available on Sunday? I could pick you up on my way in. Thanks. G

11/27/15 2:28:34 PM EST

+16142866025

**Yes, thanks.**

11/29/15 11:01:39 AM EST

I'll be coming from German Village. I'll text you about 15 minutes before I arrive. My plan is to be at your place at 12:45.

11/29/15 12:06:10 PM EST

+16142866025

**I can come to CAR before that, u can come to CAR directly. Thanks.**

11/29/15 12:09:05 PM EST

Ok, see you at 1

12/2/15 11:54:29 AM EST

Please come 15 minutes early to our mtg. Thanks. G

12/6/15 2:46:43 PM EST

+16142866025

**Are u available for Fault diagnosis project discussion this afternoon? I still believe some definition need to be modified. Thx!**

12/6/15 3:20:12 PM EST

Not this afternoon, but I have time before class tomorrow.

12/6/15 3:22:57 PM EST

+16142866025

**It will probably take more than the 15 mins class break. Unable to continue w/o redefine the state space model...**

12/6/15 3:32:27 PM EST

It's not that bad. If you had come to class and had seen me when Kaveh did last week you would have your answer already. Sorry I cannot make time today. I had to record a lecture and I am working on the final exam for me 7384.

OSU_000006

Messages · +16142866025                                    +16145701149, rizzoni.1@osu.edu

12/8/15 2:26:33 PM EST

I am available now  I

12/11/15 8:58:56 AM EST

+16142866025

If you want me to make certain preparation for our mtg with Prof. Guz
next week, just shoot me an email if you have no time to talk. Many
thanks :)

12/11/15 10:45:48 AM EST

No need for specia prep. Just come and listen.

12/19/15 12:00:46 PM EST

I'll be at your door at 1. G

12/19/15 12:02:03 PM EST

+16142866025

You can come to CAR directly, I am here already. Thx!

12/19/15 12:06:18 PM EST

Super. See you at 1.

12/19/15 12:06:49 PM EST

+16142866025

See u

1/11/16 2:01:42 PM EST

+16142866025

I am on my way to CAR, may run a few minutes late depending on
traffic. I am sorry and see you soon.

OSU_000007

Messages - +16142866025

+16145701149, rizzoni.1@osu.edu

1/17/16 3:13:14 PM EST

+16142866025



1/17/16 4:03:18 PM EST

Meng, I enjoyed the conversation today. Keep it up. G

1/17/16 4:04:17 PM EST

+16142866025



1/27/16 2:59:19 PM EST

+16142866025

Prof. Rizzoni, I have a quick question: how can we push for the recovery of the crashed drive that contains all the LG cell data? Hopefully they will be ready by the time validation needs to be done. No feedback till now. Thx!
Meng

1/27/16 4:18:29 PM EST

Actually, things are moving. I'll keep checking

1/27/16 4:19:12 PM EST

+16142866025

Great, thx!

OSU_000008

2/2/16 5:11:44 PM EST

+16142866025
**Will you have a few minutes**

2/2/16 5:12:17 PM EST

+16142866025
**after the seminar today for a few questions? Thanks!**

2/2/16 5:16:36 PM EST

Yes

2/2/16 5:16:43 PM EST

In my office now

2/2/16 5:16:59 PM EST

+16142866025
**Ok**

2/10/16 4:02:35 PM EST

+16142866025
**Still space in seminar room?**

2/10/16 4:02:51 PM EST

Yes.

2/10/16 4:03:02 PM EST

It's tight but you should be here.

2/10/16 4:04:41 PM EST

+16142866025
**Coming**

2/11/16 10:04:24 AM EST

Battery modeling mtg in 198

2/11/16 10:07:18 AM EST

+16142866025
**Coming, got a quiz today, sorry for the delay**

OSU_000009

Messages - +16142866025                                                    +16145701149, rizzoni.1@osu.edu

2/11/16 7:39:35 PM EST

Tomorrow evening I will return from Ford with 80 Gb of battery data from Andrea.

2/11/16 8:46:56 PM EST

+16142866025

Prima! Pls bring a safe drive this time! God bless us, Amen \(^o^) /

2/11/16 9:01:46 PM EST



2/14/16 1:03:21 PM EST

I am in my office

2/18/16 4:49:47 PM EST

Ready now if you are.

2/18/16 4:50:18 PM EST

+16142866025

Sure

3/6/16 1:13:22 PM EST

I am guessing 4. I'll send you an update to confirm. Thanks. G

3/6/16 1:32:38 PM EST

+16142866025

I'm afraid I won't be able to meet this afternoon. I am feeling sick and very exhausted today and I am not at CAR right now. I will upload the simulation results for MPM to the box shortly. Sorry for the inconvenience, it's just not my day today...

3/6/16 1:34:09 PM EST

Sorry you are not well. Please send me a summary of the Ford webex when you feel better and i hope to see you this week. Best, G

OSU_000010

3/6/16 1:34:48 PM EST

+16142866025

**Sure**

3/8/16 2:13:35 PM EST

Meng, since it looks as if you are not able to come today, please come at 1 sharp tomorrow, so we have 30 minutes to catch up. Thanks! G

3/8/16 5:12:32 PM EST

+16142866025

**Yes, Sir.**

3/10/16 10:03:34 AM EST

Will you miss the battery modeling meeting again?

3/29/16 12:04:03 PM EDT

Just spoke to Lori Herman. She was confused by your message, but we cleared everything up. She is looking for housing for you. Next time we speak with Dyche we will settle on dates. G

3/29/16 5:26:39 PM EDT

+16142866025

**Hopefully it will work out. Thanks a lot for taking care of this. Meng**

4/3/16 11:59:19 AM EDT

Meng: I can see you around 2:30 today. Hope it works for you. G

4/3/16 12:08:53 PM EDT

+16142866025

**Actually I cannot make it today. I am sorry but I hardly have the strength to lift up my head now. Have trouble falling asleep all night. I am done with flow chart and will upload with other results to box soon. Don't worry about Wednesday. Thanks!**

4/3/16 12:11:34 PM EDT

Well, I am trying. FYI, I came back from LA on a red eye flight, so it's not as if my night was very normal. You are supposed to be young and strong. I am the old guy...

4/3/16 12:17:07 PM EDT

+16142866025

Get some rest please. I had enough  torture from the shitty apartment.
Not my fault having trouble sleeping. I did suffer a lot.

4/7/16 10:27:55 AM EDT

Meng, we are talking about your research at the battery mfg. Punit will
tell you what we discussed.

4/7/16 10:44:25 AM EDT

+16142866025

Ok, I will talk with him later. Sorry I was not there, feeling sick and need
an appointment at health center.

4/24/16 1:17:26 PM EDT

Are you close to car? Can I come pick you up? I have other
appointments this afternoon and if we don't start soon we won't have
much time. Thanks. G

4/24/16 1:19:56 PM EDT

+16142866025

On my way, 5 minutes

iMessage
5/5/16 12:06:42 PM EDT

+16142866025

Can u pls text me the detailed address of Ford, the location that I am
gonna be for working? Thx!

5/7/16 3:12:09 PM EDT

Will you make it to car by 4pm? Thanks. G

5/7/16 3:12:36 PM EDT

I can give you a ride afterwards if you want. I'll be going home as soon
as we are finished.

5/7/16 3:12:42 PM EDT

+16142866025

Upstairs right now

OSU_000012

5/7/16 3:13:26 PM EDT

+16142866025

Let me know when I should come into your office.

5/7/16 3:13:53 PM EDT

Ok. Great ! I'll send text when ready.

5/12/16 3:40:01 PM EDT

Can you come to my office to meet Dr Kim?

5/14/16 3:22:17 PM EDT

Can we meet at 2pm tomorrow? Thanks. G

5/14/16 3:22:53 PM EDT

+16142866025

Ok

5/14/16 6:07:01 PM EDT

I need to speak to a student from Honda at 2. I'll see you at 2:15. Thanks. G

5/14/16 6:23:22 PM EDT

+16142866025

Ok

5/15/16 6:11:24 PM EDT

+16142866025

Prof. Rizzoni, I am sorry that I forgot to mention I do not have the pdf flyer for the Sweden Battery course. Will you please put it in our box so I can use it for dividing the sections? Thanks!
Meng

5/15/16 7:01:46 PM EDT

Sure. Will send ASAP.

OSU_000013

5/15/16 7:10:42 PM EDT

+16142866025

Thx! David just replied to my text about the 2016 Ford Focus SE. Unfortunately he won't be at CAR this coming week but he did texted me the info of dealer in Michigan where his son bought his Ford Fusion. I will call the dealer tomorrow for a quote as they close on Sundays. Just a thought: besides David, who else in your mind may help with a good offer for a Ford Focus? I was just hoping to get this topic done soon. Thx!
Meng

5/15/16 7:11:17 PM EDT

I'll connect with Lori tomorrow.

5/15/16 7:15:30 PM EDT

+16142866025

Cool~ Just let me know how things work out. Have a great evening :P

5/17/16 10:34:05 AM EDT

Meng, please see me any time today. Other than 12-2 and 3:30-4:30 I should be findable. I have some updates for you on the battery course. Thanks. G

5/17/16 11:20:04 AM EDT

+16142866025

Can we talk tomorrow after the Rebecca please? I am running simulation at Scott lab today and cannot really leave as the computer logs off automatically in 30 minutes without being attended.

5/17/16 11:20:16 AM EDT

+16142866025

After the Quebec

5/17/16 11:20:29 AM EDT

+16142866025

Webex

5/17/16 11:38:34 AM EDT

Ok. But I have no time after the webex. You should not be doing your simulations in Scott but here at CAR. We will see what we can do.

OSU_000014

5/17/16 12:06:09 PM EDT

+16142866025

I have only one computer at CAR but Scott has many that I can use at the same time, especially for the time consuming simulations.

5/17/16 12:06:46 PM EDT

We have a 72 cpu cluster at car.

5/20/16 2:19:03 PM EDT

Lori is sending you info on Ford X plan. You can use it at any dealer.

5/21/16 12:31:02 PM EDT

In my office.

5/21/16 12:38:56 PM EDT

+16142866025

Coming

5/24/16 8:05:56 PM EDT

+16142866025

Can I have Lori 's Mobil number please? Thanks

5/24/16 6:09:09 PM EDT

Let me know if it worked.

5/28/16 1:29:59 PM EDT

Are you still in town?

5/28/16 2:34:02 PM EDT

+16142866025

Yes.

5/28/16 2:34:39 PM EDT

Ok. I will leave the optimization book on your desk. I stopped by car today. Leaving for Korea tomorrow.

OSU_000015

Messages - +16142866025                                    +16145701149, rizzoni.1@osu.edu

5/28/16 2:36:53 PM EDT

+16142866025
**Thanks, have fun in Korea!**

5/28/16 2:51:02 PM EDT

Thank you!

6/8/16 4:12:08 PM EDT

I hope that all is well and you have settled in Dearborn. When you have a chance, please give me an estimate of your additional costs for the stay in Dearborn. Thanks. G

6/8/16 7:24:02 PM EDT

+16142866025
**Will do, thanks!**

6/8/16 7:24:19 PM EDT

Everything ok?

6/8/16 7:25:10 PM EDT

+16142866025
**I think so**

6/12/16 3:26:12 PM EDT

Guten abend von Stuttgart. I would be grateful if you could send me a weekly update on your activities at Ford. I am curious about what is happening there. Thanks! G

6/12/16 11:20:44 PM EDT

+16142866025
**I can update you next week. Will be in Columbus this week for my license and vaccination. Don't worry and let me take care of the project. I will ask for your permission when deciding the direction of how it goes. Schönen Tag noch! 😎**
**Ich muss mich ausruhen 💤😴**

6/13/16 8:56:55 AM EDT

Ok, good luck with license and everything. I am happy to see you be responsible for the project! That's the whole idea :). Just drop me a note every now and then. Schuss  G

OSU_000016

Messages – +16142866025

+16145701149, rizzoni.1@osu.edu

6/17/16 4:29:25 PM EDT

+16142866025

Guten Tag! Sorry for the interruption but I may need a little advice from you for an emergency if possible.

6/17/16 4:30:05 PM EDT

+16142866025



6/17/16 4:32:23 PM EDT

+16142866025

Accidentally hurt my rear right wheel on the curb during right turn. Tire got sliced for a layer. Is there anyone from CAR I can consult with or should I go to the dealer directly given the lease? Thanks!

OSU_000017

Messages - +16142866025                                         +16145701149, rizzoni.1@osu.edu



6/17/16 4:33:08 PM EDT

+16142866025



6/17/16 4:37:21 PM EDT

> It does not look serious. I have done the same thing in the past. Have someone at car take a look at it. See if Darrin Orr is around. Or David Cooke. I think you are ok.

6/17/16 4:38:53 PM EDT

+16142866025

Terrible raining night...

7/25/16 12:56:58 PM EDT

+16142866025

Prof. Rizzoni, hope all is well:) Do you have 10 minutes anytime soon this afternoon that I can steal to discuss over the phone about the results I sent out last Friday? So that we can move on? Thanks!

7/25/16 1:05:43 PM EDT

> Sorry, but today is not very good. I'll try to find an opening tomorrow morning.

7/25/16 1:07:43 PM EDT

+16142866025

Ok, just let me know once you've decided. Thanks😎

OSU_000018

Messages - +16142866025                                          +16145701149, rizzoni.1@osu.edu

7/25/16 1:09:03 PM EDT

Just looked at my calendar. First opening I have is 3pm tomorrow.

7/25/16 1:09:57 PM EDT

+16142866025

I see. For how long?

7/25/16 1:10:12 PM EDT

I have 30 minutes at 3.

7/25/16 1:10:59 PM EDT

+16142866025

Ok, talk to you then.

7/27/16 1:03:09 PM EDT

I will call in about 7 minutes.

7/27/16 1:03:25 PM EDT

+16142866025

Ok

8/10/16 12:46:29 PM EDT

+16142866025

Dyche is on vacation today. Do you still want to have the 30 minutes prep at 1 pm or prefer to start at the regular 1:30 pm webex directly? I invited Alex to the 1:30 pm webex, not sure if his schedule permits or not. Thanks!

8/10/16 1:33:36 PM EDT

Sorry. I have been teaching a short course to Honda. I am now ready to connect by for some reason I have no internet connection in my office. Give me a few minutes to figure it out.

8/10/16 1:33:52 PM EDT

+16142866025

Ok

OSU_000019

8/10/16 1:39:37 PM EDT

I will call you. I don't have Internet and can't receive files nor use webex. What's the number?

8/10/16 1:40:34 PM EDT

Jim Riedel is helping me.

8/10/16 1:41:25 PM EDT

So he is using my computer right now and I cannot access.

8/10/16 1:47:48 PM EDT

+16142866025

**We may need to look at the plots to decide the next move**

8/10/16 1:47:52 PM EDT

+16142866025

**8886283668**

8/10/16 1:48:21 PM EDT

Please send plots to Jen. I'll use her laptop.

8/10/16 1:48:40 PM EDT

+16142866025

**Ok**

OSU_000020

8/10/16 1:51:05 PM EDT

+16142866025



8/10/16 1:51:27 PM EDT

+16142866025
**Too large to send by email**

8/10/16 1:51:34 PM EDT

+16142866025
**Use box?**

8/10/16 1:53:36 PM EDT

+16142866025
**Uploaded to folder "Meng Huang"**

8/10/16 1:54:04 PM EDT

I am on webex with Jennifer's computer. Box would not work anyway. I don't have Internet.

OSU_000021

Messages – +16142866025                                                    +16145701149, rizzoni.1@osu.edu

8/10/16 1:55:22 PM EDT

+16142866025
**I am calling in**

8/24/16 2:06:57 PM EDT

+16142866025
**On my way**

8/25/16 4:09:36 PM EDT

Are you at CAR? If you are. I have Prof Kim in my office.

8/25/16 4:11:52 PM EDT

+16142866025
**Yes, do you want me to join you?**

8/25/16 4:12:23 PM EDT

If you can, please.

8/25/16 4:17:07 PM EDT

But only if you can do it quickly. I will run out of time at 5.

8/25/16 4:18:29 PM EDT

+16142866025
**Coming**

9/25/16 12:02:09 PM EDT

In my office.

9/25/16 12:02:24 PM EDT

+16142866025
**Cool, coming**

9/27/16 4:35:45 PM EDT

I did not think you would miss Guodong's seminar. Very relevant to your research... I should not be telling you these things.

OSU_000022

Messages - +16142866025                                               +16145701149, rizzoni.1@osu.edu

9/27/16 4:36:24 PM EDT

+16142866025
I am on my way to CAR now

9/27/16 4:37:59 PM EDT

+16142866025
I went to Scott lab for help and solutions. Do you have a few minutes
today so we can settle the decision issue? Thank you!

9/27/16 4:50:31 PM EDT

See you after the seminar for 5 min

9/29/16 3:56:28 PM EDT

+16142866025
I just talked with Dr. Kim for two hours about our project. He offered
some suggestions on next move which I would like to report to you this
Sunday if your schedule permits. Thank you very much for allowing me
to keep the easy class. I should have asked for your permission at first. I
will return the favor towards your generosity with more dedication to
research.

10/2/16 12:21:32 PM EDT

+16142866025
See you at CAR around 1! Thanks!
Meng

10/2/16 12:24:50 PM EDT

See you then.

10/2/16 12:41:46 PM EDT

I might be 5 min late

10/2/16 12:58:05 PM EDT

+16142866025
No problem. I am upstairs.

10/2/16 1:09:37 PM EDT

In my office.

OSU_000023

Messages - +16142866025

+16145701149, rizzoni.1@osu.edu

10/2/16 1:09:55 PM EDT

+16142866025

**Ok**

10/5/16 1:30:34 PM EDT

I'll arrive just in time. Unexpected extra

10/5/16 1:31:53 PM EDT

+16142866025

**Ok**

10/5/16 1:43:10 PM EDT

Please go ahead and start if I am not there at 2. I might be a few minutes late. This was unexpected.

10/16/16 12:05:07 PM EDT

Hope we can meet at 2:30. G

10/16/16 1:06:43 PM EDT

Make that 3:30 please

10/16/16 1:39:21 PM EDT

+16142866025

**I'm sorry I can't make it to CAR today. There is road construction (slurry seal) in our neighborhood and the road to the outside is closed until 8 pm.**

10/16/16 1:39:33 PM EDT

Ok

OSU_000024

Messages - +16142866025

+16145701149, rizzoni.1@osu.edu

10/16/16 1:39:47 PM EDT

+16142866025



10/16/16 1:40:04 PM EDT

It is likely to be a while before I have time. Too bad we missed this weekend.

10/28/16 1:00:25 PM EDT

+16142866025

**Bad timing?**

10/28/16 8:20:05 PM EDT

+16142866025

10/28/16 8:20:33 PM EDT

+16142866025

Great performance😍 God, wish I was the person playing piano by your side😎 So proud of you👍 Not expecting you would say so to me, but will definitely work harder towards that🍃

10/28/16 8:21:06 PM EDT

Thank you Meng. I appreciate your comments!

OSU_000025

Messages - +16142866025                                            +16145701149, rizzoni.1@osu.edu

11/13/16 11:24:49 AM EST

What are your plans today? I can meet you on the earlier side of you wish. Thanks. G

11/13/16 11:44:36 AM EST

+16142866025

Yes, we can start somewhere between 1:00-1:30

11/13/16 11:45:35 AM EST

Let's meet at 1 then. I have lots of other meetings and I don't want to end too late. Thanks! G

11/13/16 11:45:45 AM EST

+16142866025

Sure

11/13/16 12:53:13 PM EST

10 minutes late. Sorry.

11/13/16 12:53:39 PM EST

+16142866025

Ok

11/13/16 1:09:31 PM EST

Ready.

11/13/16 1:09:44 PM EST

+16142866025

Ok

11/19/16 4:28:23 PM EST

What time would be best for you tomorrow? We could meet earlier if that is ok. 11:30 or noon.

11/19/16 4:40:20 PM EST

+16142866025

Noon is fine with me. Does it work for you? Which would you prefer?

OSU_000026

Messages - +16142866025                                              +16145701149, rizzoni.1@osu.edu

11/19/16 4:40:39 PM EST

Noon is good. See you then.

11/19/16 4:41:16 PM EST

+16142866025

**See you.**

11/20/16 11:57:58 AM EST

In my office.

11/20/16 12:02:01 PM EST

+16142866025

**Coming**

11/23/16 9:34:29 AM EST

Let's meet around 2pm

11/23/16 9:35:34 AM EST

+16142866025

**Ok**

11/23/16 12:12:35 PM EST

Make it 2:15. Thanks G

11/27/16 9:25:54 AM EST

I will see you at 2

11/27/16 11:11:57 AM EST

+16142866025

**Prof. Rizzoni, I'm sorry that I can't meet today because I've been feeling sick since last night and need to take today off. Pls don't worry too much about the presentation. Thx.**

11/27/16 11:16:01 AM EST

I am not worried. Feel better!

11/27/16 11:16:13 AM EST

Send me a copy of the presentation, please.

OSU_000027

11/27/16 11:18:30 AM EST

+16142866025

Thank you. Will do on Monday when back at CAR.

12/9/16 2:13:57 PM EST

> Meng, I could come by CAR around 12:30 or 1 tomorrow, to discuss the review of the journal paper, which is technically due today. I am still traveling. But I will eventually be in Columbus tonight. Late. Thanks. G

2/2/17 4:50:58 PM EST

> Meng, have you seen Dyche's messages? He seems to be in a hurry. I have been at car all day every day this week except Monday afternoon, but have not see you. Thanks. GR

2/2/17 7:19:40 PM EST

+16142866025

Hi, prof. Rizzoni😊I came to your office yesterday morning and was told you were in mtg. I am sorry for what happened to your knee (Jen told me) and I hope you will soon recover after surgery. I saw Dyche's email and would like to ask if I can have your permission on taking this offer? If you support this, I will start the application right away (Dyche has kindly emailed us the application procedure as well). Many thanks!

2/2/17 7:20:22 PM EST

> Super. Go ahead with the application. Hope to see you tomorrow.

2/2/17 7:22:07 PM EST

+16142866025

Great! Thank you so much for your help! See you😊

2/3/17 9:56:47 AM EST

> I will have some time at the end of the day. say 4.

2/3/17 11:38:06 AM EST

+16142866025

Nice! See you then !

2/3/17 4:06:20 PM EST

+16142866025

Please let me know when it's convenient to come to your office. Thanks!

OSU_000028

Messages - +16142866025                                                    +16145701149, rizzoni.1@osu.edu

2/3/17 4:06:45 PM EST

15 minutes!

2/3/17 4:06:50 PM EST

Just come in 15

2/3/17 4:07:02 PM EST

+16142866025
Ok

2/5/17 10:26:35 AM EST

See you at noon

2/5/17 11:00:58 AM EST

+16142866025
See you.

2/9/17 9:49:44 AM EST

Meng, the surgery went well yesterday and I am recovering at home. I will find a way to connect with you this weekend. Please do your best to write up as much as you can. I trust that the webex with Dyche went well. I will not be on email for a couple of days. Pain medication makes me light headed, so please send me updates by text. Thanks. G

2/9/17 11:15:56 AM EST

+16142866025
Glad to hear the good news! Still collecting stuff to help sort out the route of writing. Will send updates when something worth a talk comes up. Take care!

2/9/17 11:17:03 AM EST

Great. Look forward to the next conversation.

2/16/17 3:28:54 PM EST

I am available now for a few minutes.

2/18/17 10:07:14 PM EST

If it's ok, come to my house around noon tomorrow. I'll send you directions in the morning. It's very close to CAR.

OSU_000029

Messages - +16142866025

+16145701149. rizzoni.1@osu.edu

2/18/17 10:15:43 PM EST

+16142866025

**Ok!**

2/19/17 11:28:22 AM EST

Address is 1938 Concord Road. I am sure you can find navigation suggestions. If you need help, just call. Ok if you arrive a little after noon. No hurry on my part. Say maybe 12:15.

2/19/17 11:48:56 AM EST

+16142866025

**Ok**

2/19/17 12:15:50 PM EST

+16142866025

**Should arrive by 12:30. Sorry that I stopped for something. See you soon.**

2/19/17 12:16:55 PM EST

Ok

2/19/17 12:32:55 PM EST

+16142866025

**Arrived, parking by the street ok?**

2/19/17 12:33:12 PM EST

Yes

2/25/17 3:12:56 PM EST

I can meet you at car at noon tomorrow.

2/25/17 9:12:47 PM EST

+16142866025

**Meng is infected. Poor girl got bloodshot eyes look like rabbit's. She has blurred vision and is unable to meet this weekend. She will resume work as soon as she gets better. Thanks.**

2/25/17 9:46:25 PM EST

Sorry to hear this. Get better soon!

OSU_000030

Messages - +16142866025                                    +16145701149, rizzoni.1@osu.edu

3/4/17 6:26:57 PM EST

I will be at car tomorrow afternoon. Let me know if you are available.

3/10/17 2:53:01 PM EST

+16142866025

Prof. Rizzoni, I won't be available to meet this weekend as I have family
coming over this weekend to bring me medicine and to check up on me.
I can come to CAR if you have some time today after 4 pm to discuss.
My thoughts: if you support the SPM, the validation part is standard; we
can focus more on using which section of aging data for parameter
estimation. Many thanks!

3/10/17 2:54:14 PM EST

Can we see each other around 4:15 today, then?

3/10/17 2:56:20 PM EST

+16142866025

Ok, thanks!

3/10/17 4:06:22 PM EST

Ready when you are.

4/8/17 9:01:50 AM EDT

See you tomorrow at 2?

4/8/17 4:15:12 PM EDT

+16142866025

Ok

4/8/17 4:15:54 PM EDT

thanks! see you then.

4/8/17 4:16:24 PM EDT

+16142866025

See you

4/15/17 7:44:03 AM EDT

We can meet tomorrow if you want. I can just get away for an hour
around noon. Let me know if it works for you.

OSU_000031

Messages - +16142866025                                                              +16145701149, rizzoni.1@osu.edu

4/15/17 9:36:19 PM EDT

+16142866025

**Thx for your message! Sorry that I'll be with host family for Easter this Sunday. See you in the coming week! Happy weekend** 🌳

4/15/17 10:08:18 PM EDT

Ok. Enjoy!  See you next week.

4/21/17 6:26:39 PM EDT

See you around 3 tomorrow.

4/21/17 6:33:13 PM EDT

+16142866025

**Ok**

4/22/17 2:55:29 PM EDT

Ready!

4/22/17 2:55:52 PM EDT

+16142866025

**Ok**

5/2/17 8:31:18 AM EDT

+16142866025

**Prof. Rizzoni, I have emailed you the preliminary results on voltage comparison and your feedback at your convenience is appreciated. I have to take a short break back home for a medical examination and should be back soon. Many thanks!**
**Meng**

7/21/17 7:52:31 AM EDT

I just parked in the lot in front of the main lobby entrance of building 1-2. I'll be at the front door. Thanks. G

7/21/17 7:53:15 AM EDT

+16142866025

**Great! Will be downstairs soon!**

OSU_000032

Messages - +16142866025                                                                    +16145701149, rizzoni.1@osu.edu

8/23/17 1:23:23 PM EDT

> I was expecting you at 1. Ready when you are

8/23/17 1:24:48 PM EDT

+16142866025

**On my ways**

9/1/17 5:59:47 PM EDT

> Meng. I am available to meet this weekend, so we can continue to prepare for the candidacy exam. We could meet tomorrow, late morning, or Sunday afternoon. Thanks. GR

9/2/17 12:15:30 PM EDT

+16142866025

**Morning, professor! It's Labor Day weekend so I am out of town. Wish you a happy holiday weekend and see you the coming week!**

9/2/17 12:17:11 PM EDT

> Meng. I wonder when we will prepare for the next teleconference. I have no time on Tuesday or Wednesday. Enjoy being on holiday...

9/9/17 2:09:23 PM EDT

> Shall we meet at 1 tomorrow?

9/9/17 2:23:28 PM EDT

+16142866025

**Ok**

9/14/17 12:45:32 PM EDT

> If you are at car now, please come see me to look for dates. Thanks. G

9/14/17 1:18:42 PM EDT

> Don't worry about my previous message. We can deal with dates on Sunday. If you can, I would like to meet at 12.45 on Sunday, instead of 1. Thanks. G

9/19/17 6:20:46 PM EDT

> Please kindly reply to my email. Thanks. G

Delivered

OSU_000033

Text message
11/21/17 7:33:07 AM EST

We are ok with 8:30, in case you did not see my reply

11/21/17 8:37:27 AM EST

Meng, I had moved another meeting to see you and I only have a half hour...

OSU_000034

# Re: 转发: Meet at Scott?

**Rizzoni, Giorgio <rizzoni.1@osu.edu>**

Sun 4/26/2015 5:28 PM

02. CAR Admin

To:Huang, Meng <huang.2044@buckeyemail.osu.edu>;

**Many thanks!**

**From:** <Huang>, Meng <huang.2044@buckeyemail.osu.edu>
**Date:** Sunday, April 26, 2015 at 4:39 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** 转发: Meet at Scott?

FYI.

**发件人:** Huang, Meng
**发送时间:** 2015年4月27日 4:37
**收件人:** Bagepalli, Malavika Vasishta
**主题:** Meet at Scott?

Hi Malavika,

Hope all has been well with you : )  It's nice to talk to you today (on phone though). I have been told you are a very intelligent student and I am glad you are considering OSU/CAR as one of potential choices for your graduate study. I have similar experiences making this kind of decision, therefore I might be able to share a bit of your thoughts right now.

How about we meet at Scott for a brief talk if time works for you? I will be at Scott both tonight and most of tomorrow. No matter what your final decision is, I will be glad to get to know you and hopefully we can become good friends. Just send me an email or call me (614-286 6025) so that we can arrange this ^_^

Cheers!

Meng Huang



**EXHIBIT J**

Huang 000661

will need to submit personal documents covering the entire estimated expenses.

If we issue your visa authorization using your personal documents and you later receive funding from OSU, we will review your finances again and issue a new visa authorization form showing the OSU funding.

If you have any questions, please feel free to contact our office at 614-292-9444 or gradadmissions@osu.edu.

Thank you.
Graduate Admissions
The Ohio State University