**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Meng Huang,** **Case No: 2:19-cv-1976**

Plaintiff, Judge Graham

v.

**Giorgio Rizzoni,**

Defendant.

INTERROGATORIES

**1.** Do you find by a preponderance of the evidence that Defendant engaged in a pattern of non-consensual, sexual touching of Plaintiff during the time frame of March 2014 to Fall semester 2017?

__ Yes ✓ No

If you answered Yes, proceed to Interrogatory Number 2. If you answered No, skip Interrogatory Number 2 and proceed to Interrogatory Number 3.

**2.** Do you find by a preponderance of the evidence that Defendant was acting under color of state law when he engaged in in a pattern of non-consensual, sexual touching of Plaintiff during the time frame of March 2014 to Fall semester 2017?

__ Yes __ No

If you answered Yes, skip the remaining Interrogatories, sign the signature page for the Special Interrogatories and sign the Verdict Form for Plaintiff. If you answered No, proceed to Interrogatory Number 3.

**3.** Do you find by a preponderance of the evidence that Defendant committed one or more discrete instances of non-consensual, sexual touching of Plaintiff?

__ Yes ✓ No

If you answered Yes to Interrogatory Number 3, proceed to Interrogatory Number 4. If you answered No, sign the signature page for the Special Interrogatories and sign the Verdict Form for Defendant.

**4.** Select below the incidents of non-consensual, sexual touching that you find took place (select all that apply). For each incident which you find took place, also indicate whether Defendant was acting under color of state law.

__ March 29, 2014 meeting and meal in Shanghai, China

- acting under color of state law: __ Yes __ No

__ September 7, 2014 car ride and meeting at Dr. Rizzoni's office at CAR

- acting under color of state law: __ Yes __ No

__ January 21-22, 2015 trip to Ford in Dearborn, Michigan

- acting under color of state law: __ Yes __ No

__ April 27-28, 2015 trip to Ford in Dearborn, Michigan

- acting under color of state law: __ Yes __ No

__ September 18, 2015 meal at Bravo Cucina restaurant in Columbus

- acting under color of state law: __ Yes __ No

__ January 24, 2016 meeting at Dr. Rizzoni's office at CAR

- acting under color of state law: __ Yes __ No

__ February 5, 2017 meeting at Dr. Rizzoni's office at CAR

- acting under color of state law: __ Yes __ No

__ February 19, 2017 meeting at Dr. Rizzoni's home

- acting under color of state law: __ Yes __ No

__ February 22, 2017 meeting at Dr. Rizzoni's office at CAR

- acting under color of state law: __ Yes __ No

__ July 20, 2017 social event in Detroit

- acting under color of state law: __ Yes __ No

__ August 22, 2017 meeting at Dr. Rizzoni's office at CAR

- acting under color of state law: __ Yes __ No

__ car rides in Columbus

- acting under color of state law: __ Yes __ No

__ other meetings at Dr. Rizzoni's office or a conference room at CAR

- acting under color of state law: __ Yes __ No

If you selected one or more incidents above and also answered Yes to acting under color of state law for any of those incidents, sign the signature page for the Special Interrogatories and sign the Verdict Form for Plaintiff. If you selected one or more incidents above but answered No to acting under color of state law for each incident, or if you selected none of the incidents above, sign the signature page for the Special Interrogatories and sign the Verdict Form for Defendant.

All jurors sign below.



05-04-23
DATE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Meng Huang,**

Plaintiff,

v.

**Giorgio Rizzoni,**

Defendant.

**Case No: 2:19-cv-1976**

Judge Graham

VERDICT FORM FOR DEFENDANT

On Plaintiff's claim under Section 1983 that Defendant violated her rights under the Due Process Clause of the United States Constitution by engaging in non-consensual, sexual touching of Plaintiff under color of law, **we find in favor of Defendant Giorgio Rizzoni**.

All jurors sign below. Notify the Court Security Officer that you have completed your deliberations.



05-04-23
DATE