AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio, Eastern Div ▼

| | |
|---|---|
| Meng Huang | ) |
| v. | ) |
| The Ohio State University et al | ) Case No.: 2:19 cv 1976 |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    05/08/2023    against    Plaintiff   ,
                                                                                                                       Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing .................................. | 14,318.67 |
| Fees for witnesses *(itemize on page two)* ............................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ......................... | |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ...................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ...................................... | |
| TOTAL | $ 14,318.67 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:    /s/ Christina L. Corl

Name of Attorney: Christina L. Corl

For:    Defendant Giorgio Rizzoni      Date:    05/08/2023
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*      *Deputy Clerk*      *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE



**Planet Depos**
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339797 | 8/11/2020 | 304295 |
| Job Date | Case No. | |
| 6/25/2020 | 2:19-CV-01976-JLG-CMV | |
| Case Name | | |
| Huang -v- OSU/ Rizzoni | | |
| Payment Terms | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Kristi M. Hoge | 337.00 Pages | 1,179.50 |
| Exhibits | 248.00 Pages | 99.20 |
| Processing Fee | | 40.00 |
| **TOTAL DUE >>>** | | **$1,318.70** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 339797 |
| Invoice Date | : | 8/11/2020 |
| **Total Due** | : | **$1,318.70** |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | | |
|---|---|---|
| Job No. | : | 304295 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:19-CV-01976-JLG-CMV |
| Case Name | : | Huang -v- OSU/ Rizzoni |

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6324 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/02/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/02/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-325 | Huang vs OSU | JT Parish |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/27/2020 | Certified Transcript of Giorgio Rizzoni, Ph.D., Volume II, total pages @ non-expedited rate | 159 | 3.10 | 492.90 |
| 10/27/2020 | Rough Draft of transcript of Giorgio Rizzoni, Ph.D., total pages | 145 | 1.75 | 253.75 |
| 10/27/2020 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 435 | 0.75 | 326.25 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

BALANCE DUE **$1,072.90** ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH  43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6343 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/09/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/09/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio  43215 | Columbus, Ohio  43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-322 | Huang vs OSU | Diane Schad |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/26/2020 | Certified Transcript of Giorgio Rizzoni, Ph.D., Volume II, total pages @ non-expedited rate | 212 | 3.10 | 657.20 |
| 10/26/2020 | Rough Draft of transcript of Giorgio Rizzoni, Ph.D., total pages | 204 | 1.75 | 357.00 |

PLEASE NOTE OUR EIN # 47-5312905.  PLEASE make note of this in your records and apply to all payments

**BALANCE DUE**

**$1,014.20**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting.  We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6354 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/12/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/12/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-343 | Huang vs OSU | Caryl Blevins |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/05/2020 | Original Transcript of Jonathan Parry, total pages @ non-expedited rate | 262 | 3.10 | 812.20 |
| 11/05/2020 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 198 | 0.75 | 148.50 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

**BALANCE DUE**  **$960.70**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

# INVOICE



Planet Depos
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 371109 | 12/10/2020 | 328349 |
| Job Date | Case No. | |
| 11/10/2020 | 2:19-CV-01976-JLG-CMV | |

| Case Name |
|---|
| Huang -v- Ohio State University and Rizzoni |

| Payment Terms |
|---|
| Due upon receipt |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dyche Anderson | | 156.00 Pages | 475.80 |
| Exhibits | | 53.00 Pages | 21.20 |
| Processing Fee | | | 40.00 |
| | | TOTAL DUE >>> | $537.00 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 371109 |
| Invoice Date | : | 12/10/2020 |
| Total Due | : | $537.00 |

Remit To: Planet Depos, LLC
P.O. BOX 69136
Baltimore, MD 21264-9136

| | | |
|---|---|---|
| Job No. | : | 328349 |
| BU ID | : | 38-PIT-R |
| Case No. | : | 2:19-CV-01976-JLG-CMV |
| Case Name | : | Huang -v- Ohio State University and Rizzoni |

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

**BILL TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

**SHIP TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

**INVOICE #** 6437
**DATE** 12/28/2020
**DUE DATE** 12/28/2020
**TERMS** Due on receipt

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-382 | Huang vs OSU | JT Parish |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/10/2020 | Certified Transcript of Maryn Weimer, total pages @ regular rate | 194 | 3.10 | 601.40 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

**BALANCE DUE** $601.40 ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372804 | 12/31/2020 | 335706 |
| Job Date | Case No. | |
| 12/3/2020 | 2:19-CV-01976-JLG-CMV | |
| Case Name | | |
| Huang -v- Ohio State University and Rizzoni | | |
| Payment Terms | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Kellie Brennan | 211.00 Pages | 643.55 |
| Exhibits | 309.00 Pages | 123.60 |
| Processing Fee | | 40.00 |
| | TOTAL DUE >>> | $807.15 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.    : 372804
Invoice Date   : 12/31/2020
Total Due      : $807.15

Job No.    : 335706
BU ID      : 38-PIT-R
Case No.   : 2:19-CV-01976-JLG-CMV
Case Name  : Huang -v- Ohio State University and Rizzoni

Remit To: Planet Depos, LLC
P.O. BOX 69136
Baltimore, MD 21264-9136

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 380834 | 2/8/2021 | 345476 |
| **Job Date** | | **Case No.** |
| 1/15/2021 | | 2:19-CV-01976-JLG-CMV |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Brant Thomas | 47.00 | Pages | 143.35 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Jim Giuliani | 35.00 | Pages | 106.75 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Megan Lawther | 36.00 | Pages | 109.80 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Matt Page | 53.00 | Pages | 161.65 |
| Exhibits | 295.00 | Pages | 118.00 |
| Processing Fee | 1.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$679.55** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289              Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.     : 380834
Invoice Date    : 2/8/2021
**Total Due**   : **$679.55**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 345476
BU ID        : 38-PIT-R
Case No.     : 2:19-CV-01976-JLG-CMV
Case Name    : Huang -v- Ohio State University and Rizzoni

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

**BILL TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

**SHIP TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

**INVOICE #** 6511
**DATE** 02/18/2021
**DUE DATE** 02/18/2021
**TERMS** Due on receipt

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 21-009 | Huang vs OSU | Susan Gee |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/14/2021 | Original Transcript of Kristi Hoge, total pages @ regular rate | 129 | 3.10 | 399.90 |
| 01/14/2021 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 127 | 0.75 | 95.25 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

**BALANCE DUE**

**$495.15**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384278 | 2/23/2021 | 349254 |
| **Job Date** | **Case No.** | |
| 1/29/2021 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:
    Adithya Jayakumar      196.00 Pages      597.80
    Exhibits      5.00 Pages      2.00
    Processing Fee      1.00      40.00

**TOTAL DUE >>>      $639.80**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.    : 384278
Invoice Date    : 2/23/2021
**Total Due**    : **$639.80**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 69136**
         **Baltimore, MD 21264-9136**

Job No.    : 349254
BU ID    : 38-PIT-R
Case No.    : 2:19-CV-01976-JLG-CMV
Case Name    : Huang -v- Ohio State University and Rizzoni

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6523 |
| Plunkett Cooney | Plunkett Cooney | DATE 02/25/2021 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 02/25/2021 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 21-065 | Huang vs OSU | Laura Thornsberry |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/23/2021 | Certified Transcript of Giorgio Rizzon, Ph.D., total pages @ non-expedited rate | 120 | 3.10 | 372.00 |
| 02/23/2021 | Exhibits to Giorgio Rizzoni, Ph.D., and Kristi Hoge, scanned to PDF and emailed, total pages @ .75 per page | 107 | 0.75 | 80.25 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

**BALANCE DUE**      **$452.25** ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com



# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384823 | 3/4/2021 | 345920 |
| **Job Date** | **Case No.** | |
| 1/27/2021 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Meng Huang | | 2,020.95 |
| Attendance | 8.00 | 520.00 |
| Evening Attendance | 3.50 | 332.50 |
| Exhibits | 204.00 Pages | 81.60 |
| Processing Fee | 1.00 | 40.00 |
| **TOTAL DUE >>>** | | **$2,995.05** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.   : 384823
Invoice Date  : 3/4/2021
**Total Due**   : **$2,995.05**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.     : 345920
BU ID       : 21-OOT-R
Case No.    : 2:19-CV-01976-JLG-CMV
Case Name   : Huang -v- Ohio State University and Rizzoni

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389328 | 3/4/2021 | 345922 |
| Job Date | Case No. | |
| 1/27/2021 | 2:19-CV-01976-JLG-CMV | |

| Case Name |
|---|
| Huang -v- Ohio State University and Rizzoni |

| Payment Terms |
|---|
| Due upon receipt |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

VIDEOCONFERENCING SERVICES:
  Meng Huang - MVC                                                                                    0.00
    Mobile Videoconference - 2 Hour Minimum                        1.00                             295.00
    Mobile Videoconference - Subsequent Hour(s)                    6.50  Hours                      643.50
    Mobile Videoconference - Subsequent Hour - After Hour          3.50  Hours                      525.00
                                       **TOTAL DUE  >>>**                                       **$1,463.50**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289           Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.   : 389328
Invoice Date  : 3/4/2021
**Total Due**   : **$1,463.50**

Remit To: **Planet Depos, LLC**
         **P.O. BOX 69136**
         **Baltimore, MD 21264-9136**

Job No.     : 345922
BU ID       : 28-MVC
Case No.    : 2:19-CV-01976-JLG-CMV
Case Name   : Huang -v- Ohio State University and Rizzoni



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 388832 | 3/10/2021 | 350214 |
| Job Date | Case No. | |
| 2/25/2021 | 2:19-CV-01976-JLG-CMV | |
| Case Name | | |
| Huang -v- Ohio State University and Rizzoni | | |
| Payment Terms | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | | |
|---|---|---|---|---|
| Vishwanath Subramaniam | | 97.00 | Pages | 295.85 |
| Exhibits | | 43.00 | Pages | 17.20 |
| Processing Fee | | 1.00 | | 40.00 |
| | TOTAL DUE >>> | | | $353.05 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289           Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.    : 388832
Invoice Date   : 3/10/2021
**Total Due**  : **$353.05**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.     : 350214
BU ID       : 38-PIT-R
Case No.    : 2:19-CV-01976-JLG-CMV
Case Name   : Huang -v- Ohio State University and Rizzoni



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 394560 | 4/6/2021 | 357175 |
| Job Date | Case No. ||
| 3/12/2021 | 2:19-CV-01976-JLG-CMV ||
| Case Name |||
| Huang -v- Ohio State University and Rizzoni |||
| Payment Terms |||
| Due upon receipt |||

Christina L. Cori, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Lauren Rikleen | 133.00 | Pages | 663.67 |
| Attendance | 3.00 | | 195.00 |
| Exhibits | 74.00 | Pages | 29.60 |
| Processing Fee | 1.00 | | 40.00 |
| | TOTAL DUE  >>> | | $928.27 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289           Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Cori, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.    : 394560
Invoice Date  : 4/6/2021
**Total Due**    : **$928.27**

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.      : 357175
BU ID        : 21-OOT-R
Case No.   : 2:19-CV-01976-JLG-CMV
Case Name : Huang -v- Ohio State University and Rizzoni