AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern  District of  Ohio

| | |
|---|---|
| Meng Huang,<br>*Plaintiff*<br>v.<br>The Ohio State University,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:19-CV-1976<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:**   Judgment for defendant Ohio State University pursuant to Nov. 18, 2022 Opinion and Order (doc. 143).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  05/17/2023

*CLERK OF COURT*

s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*