IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Notice of Appeal** |

　　　　Plaintiff Meng Huang hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgments entered in this case on May 5, 2023 (Doc #: 207) and May 17, 2023 (Doc #: 210), and all orders that merge into these judgments, including the orders dated February 3, 2020 (Doc #: 38), July 26, 2022 (Doc #: 139), November 4, 2022 (Doc #: 143), April 7, 2023 (Doc #: 176), April 21, 2023 (Doc #: 183) and April 27, 2023 (Doc #: 188).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Peter Pattakos*
　　　　　　　　　　　　　　　　　　　　Peter Pattakos (0082884)
　　　　　　　　　　　　　　　　　　　　Gregory Gipson (0089340)
　　　　　　　　　　　　　　　　　　　　Zoran Balac (0100501)
　　　	　　　　　　　　　　　　　　　　THE PATTAKOS LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　　101 Ghent Rd., Fairlawn, OH 44333
　　　　　　　　　　　　　　　　　　　　P: 330.836.8533/F: 330.836.8536
　　　　　　　　　　　　　　　　　　　　peter@pattakoslaw.com
　　　　　　　　　　　　　　　　　　　　ggipson@pattakoslaw.com
　　　　　　　　　　　　　　　　　　　　zbalac@pattakoslaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Meng Huang*

**Certificate of Service**

The foregoing document was filed on May 30, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Peter Pattakos*
*Attorney for Plaintiff*
