# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 31, 2023

Ms. Christina L. Corl
Plunkett Cooney
716 Mt. Airyshire Boulevard, Suite 150
Columbus, OH 43235

Mr. Peter Pattakos
Pattakos Law
101 Ghent Road
Fairlawn, OH 44333

                Re:  Case No. 23-3469, *Meng Huang v. OSU, et al*
                     Originating Case No. : 2:19-cv-01976

Dear Counsel,

   This appeal has been docketed as case number **23-3469** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 14, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

                      Appearance of Counsel
Appellee:    Disclosure of Corporate Affiliations
                      Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                            Sincerely yours,

                                            s/Leon T. Korotko
                                            Case Manager
                                            Direct Dial No. 513-564-7069

cc:  Mr. Zoran Balac
     Mr. Gregory Barret Gipson

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3469

MENG HUANG

      Plaintiff - Appellant

v.

OHIO STATE UNIVERSITY; GEORGE RIZZONI

      Defendants - Appellees