IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>        Plaintiff,<br><br>vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>        Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Reply in Support of Plaintiff's Motion to Stay Taxation of Costs Pending Appeal** |

    In their brief in opposition (ECF #: 214) to Plaintiff's motion to stay taxation of costs pending her appeal (ECF #: 212), Defendants correctly acknowledge that "a district court may exercise discretion to dispense with the bond requirement under Rule 62(D)," including when the appellant's ability to pay the judgment is "so plain that the cost of the bond would be a waste of money." PAGEID #: 7754.

    Here, Plaintiff's trial testimony established, and there is no dispute, that she is a gainfully employed engineer in California with a PhD from Ohio State's world class program in mechanical and aerospace engineering. There is no question as to her ability to pay the relatively modest sum of costs at issue here. Additionally, her notice of appeal of the judgments at issue was timely filed, and her appeal is currently pending and expected to proceed without delay. Thus, Plaintiff respectfully requests that this Court stay taxation of costs pending her appeal to preserve the status quo until her appeal can be decided upon, which will result in no prejudice to the Defendants.

Respectfully submitted,

*/s/ Peter Pattakos*
Peter Pattakos (0082884)
Gregory Gipson (0089340)
Zoran Balac (0100501)
THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, OH 44333
P: 330.836.8533/F: 330.836.8536
peter@pattakoslaw.com

*Attorneys for Plaintiff Meng Huang*

## Certificate of Service

The foregoing document was filed on June 2, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Peter Pattakos*
*Attorney for Plaintiff Meng Huang*