AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Meng Huang | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:19-cv-01976-JLG-CMV |
| Ohio State University, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Meng Huang                                                                                                                              .

Date:   06/14/2023

*Attorney's signature*

Andrew J. Horowitz
*Printed name and bar number*

Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA  15219
*Address*

andrew.horowitz@obermayer.com
*E-mail address*

(412) 566-1500
*Telephone number*

(412) 281-1530
*FAX number*