IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>        Defendants. | Case No. 2:19-cv-01976<br><br>Hon. Judge James L. Graham<br>Mag. Judge Chelsey M. Vascura<br><br>**Motion to Withdraw as Counsel** |

    Attorneys Peter Pattakos, Gregory Gipson, and Zoran Balac hereby move to withdraw as counsel for Plaintiff to Local Rule 83.4(b) and Ohio Rules of Professional Conduct 1.16(b)(1) and (b)(9).

    As grounds, the undersigned attorneys state that their representation agreement with the Plaintiff has terminated, and Plaintiff has since retained attorney Andrew Horowitz—who entered his appearance for Plaintiff in this case on June 14, 2023 (ECF #: 222)—to represent her interests in this case. Furthermore, Plaintiff is on notice that her representation agreement with the undersigned has been terminated, Plaintiff has been served with motion by email and by U.S. Priority Mail, and all counsel in this matter, including Mr. Horowitz, will be served with this motion by operation of this Court's electronic filing system. Thus, the undersigned have complied with Local Rule 83.4's requirements for withdrawal, which is permitted here under Ohio Rule of Professional Conduct 1.16(b)(1) and (b)(9), with leave of this Court.

    WHEREFORE, Attorneys Peter Pattakos, Gregory Gipson, and Zoran Balac hereby request leave of this Court to formally withdraw as counsel for the Plaintiff.

Respectfully submitted,

*/s/ Peter Pattakos*
Peter Pattakos (0082884)
Gregory Gipson (0089340)
Zoran Balac (0100501)
THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, OH 44333
P: 330.836.8533/F: 330.836.8536
peter@pattakoslaw.com

*Attorneys for Plaintiff Meng Huang*

## Certificate of Service

The foregoing document was sent to the Plaintiff by email and U.S. Priority Mail to her last known email address (menghuang891@gmail.com) and mailing address (2325 Molino, Irvine CA 92618-4822), and was filed on June 28, 2023, using the Court's e-filing system, which will serve copies on counsel for all parties, including Plaintiff's attorney Mr. Horowitz.

*/s/ Peter Pattakos*
*Attorney for Plaintiff Meng Huang*