## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MENG HUANG,**

        **Plaintiff,**

    **v.**                        **Civil Action 2:19-cv-1976**
                                       **Judge James L. Graham**
                                       **Magistrate Judge Chelsey M. Vascura**

**OHIO STATE UNIVERSITY,** *et al.*,

        **Defendants.**

## ORDER

This matter is before the Court upon the motion of attorneys Peter Pattakos, Gregory Gipson, and Zoran Balac to withdraw from representing Plaintiff Meng Huang. ("Motion to Withdraw," ECF No. 224). Counsel's Motion indicates that they served Ms. Huang with a copy of ths Motion on June 28, 2023. (*Id*.) Ms. Huang did not respond to the Motion to Withdraw. For good cause shown, the Motion to Withdraw (ECF No. 224) is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to **TERMINATE** attorneys Peter Pattakos, Gregory Gipson, and Zoran Balac as counsel for Plaintiff Meng Huang.

**IT IS SO ORDERED.**

                                           /s/ *Chelsey M. Vascura*
                                           CHELSEY M. VASCURA
                                           UNITED STATES MAGISTRATE JUDGE