**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 19, 2024

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 23-3469, *Meng Huang v. OSU, et al*
Originating Case No. 2:19-cv-01976

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Antoinette Macon, Case Manager

cc: Ms. Alexandra Zoe Brodsky
 Ms. Christina L. Corl
 Mr. Bruce Carl Fox
 Mr. Jeffrey Charles Gerish
 Mr. Andrew Jack Horowitz
 Mr. Hugh Terence McKeegan

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 23-3469

_____

Filed: September 19, 2024

MENG HUANG

    Plaintiff - Appellant

v.

OHIO STATE UNIVERSITY; GIORGIO RIZZONI

    Defendants - Appellees

<u>MANDATE</u>

  Pursuant to the court's disposition that was filed 08/28/2024 the mandate for this case hereby issues today.

 COSTS:  None