IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Meng Huang,

    Plaintiff,

v.

The Ohio State University and Giorgio Rizzoni,

    Defendants.

Case No: 2:19-cv-1976

Judge Graham

Magistrate Judge Vascura

ORDER OF RECUSAL

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: September 30, 2024