IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MENG HUANG

                              **NOTICE**

    vs.                      Case No. 2:20-cv-1976
                              CHIEF JUDGE
                              SARAH D. MORRISON

**OHIO STATE UNIVERSITY ET AL.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:    United States District Court        **Chief Judge Morrison's Chambers**
            Joseph P. Kinneary U.S. Courthouse      **IN PERSON**
            85 Marconi Boulevard                **October 23, 2024 @ 1:30 p.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Status Conference**

                                                SARAH D. MORRISON
                                                UNITED STATES DISTRICT JUDGE

DATE:   October 9, 2024

                                                   _s/ Maria Rossi Cook_
                                                   (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF