# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Judge Sarah D. Morrison |
| v. | JURY TRIAL DEMANDED |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | JOINT MOTION TO CONTINUE STATUS CONFERENCE |
| Defendants. | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Meng Huang ("Plaintiff") and Defendants The Ohio State University and Giorgio Rizzoni ("Defendants"), by and through their undersigned counsel of record, state as follows:

1. On October 9, 2024, the Court entered notice of a status conference scheduled for October 23, 2024, at 1:30 p.m. before The Honorable Sarah D. Morrison [Dkt. No. 231];

2. Plaintiff's lead counsel will be in a scheduled jury trial in the Northern District of California before The Honorable Susan van Keulen during the week of October 21, 2024, through October 25, 2024. *See Stern v. Vectra AI, Inc.*, No. 5:23-cv-01522-SVK (N.D. Cal. 2023);

3. Defendants' counsel will be in pre-scheduled depositions from 8 a.m. to 5 p.m. the day of the status conference in this matter;

4. The Parties conferred and agreed that, pending Court approval, the status conference in this matter could be continued to a mutually agreeable date;

WHEREFORE, the Parties jointly move to continue the status conference in this case to a mutually convenient date.

1

4877-0804-7086 v1

                                        Respectfully submitted,

Dated: October 10, 2024         */s/ Andrew J. Horowitz, Esq.*
                                        Bruce C. Fox, Esq. (pro hac vice pending)
                                        bruce.fox@obermayer.com
                                        Andrew J. Horowitz, Esq. (OH ID No. 101753)
                                        andrew.horowitz@obermayer.com
                                        OBERMAYER REBMANN
                                        MAXWELL & HIPPEL LLP
                                        525 William Penn Place, Suite 1710
                                        Pittsburgh, PA 15219
                                        Phone: (412) 566-1500
                                        Fax: (412) 281-1530

                                        *Counsel for Plaintiff Meng Huang*


Date:   October 10, 2024        *s/s Christina Corl, Esq.*
                                        Christina Corl, Esq. (No. 0067869)
                                        PLUNKETT COONEY
                                        716 Mt. Airyshire, Suite 150
                                        Columbus, Ohio 43235
                                        Telephone: (614) 629-3018
                                        Fax: (614) 629-3019
                                        ccorl@plunkettcooney.com

                                        *Counsel for Defendants, The Ohio State University and Giorgio Rizzoni*

4877-0804-7086 v1

4

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Andrew J. Horowitz, Esq.*

4877-0804-7086 v1