3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Judge Sarah D. Morrison |
| v. | JURY TRIAL DEMANDED |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | [PROPOSED] ORDER |
| Defendants. | |

**[PROPOSED] ORDER**

The Court hereby orders that the Status Conference in this matter shall be continued from October 23, 2024, at 1:30 p.m. to _____ _____, 2024 at _____ a.m./p.m.


Date: _____          _____
                                                                 Hon. Sarah D. Morrison, Chief District Judge