## UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio

| | | |
|---|---|---|
| Meng Huang | : | Case No. 2:19–cv–01976–SDM–CMV |
| | : | |
| Plaintiff(s), | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| Obermayer Rebmann Maxwell & Hippel LLPOhio State University, et al. | : | |
| | : | |
| Defendant(s). | : | |

## **NOTICE OF DEFICIENCY**

As of October 11, 2024, the Court's docket reflects the filing of a **Motion for Leave to Appear Pro Hac Vice – #232** in the above case.

S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear pro hac vice and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission... in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The filing is deficient for the following reason(s):

> **Admission Fee.** The admission fee has not been remitted. The fee can be paid by mailing in the payment, hand–delivered or through CM/ECF, using the event **Pay Fees via Pay.Gov**.

Please satisfy the above referenced deficiency(ies) **within 14 days**.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221

Clerks_Office@ohsd.uscourts.gov

October 11, 2024

**Richard W. Nagel**
**Clerk of Court**

<u>s/ Melissa Ann Saddler</u>
Deputy Clerk