UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MENG HUANG,

        Plaintiff,      :

   v.                                      Case No. 2:19-cv-1976
                                          Chief Judge Sarah D. Morrison
THE OHIO STATE                  Magistrate Judge Chelsey M.
UNIVERSITY, *et al.*,             Vascura

                                     :

        Defendants.

## ORDER

This matter is before the Court following a status conference held on November 26, 2024. At this juncture, the Court **ORDERS** the parties as follows:

    1.    <u>Trifurcation</u>: The Court orders the parties to brief the issue of how the trial in this case will proceed. In particular, the parties should focus their discussions on the appropriateness of trifurcating the trial into three separate phases: (1) factual and legal findings on Ms. Huang's employment status; (2) liability and compensatory damages; and (3) punitive damages. Both parties shall file their respective briefs on or before **December 13, 2024**. No responses or reply briefs will be permitted except upon the request of the Court.

    2.    <u>Experts</u>: Based on the concerns raised by counsel at the status conference, the Court orders Ms. Huang to submit a notice, motion, or other similar filing that details any and all outstanding issues relating to expert witnesses. Ms. Huang's submission shall be filed on or before **December 13, 2024**. Defendants

may file a response on or before **January 3, 2025**. No reply briefs will be permitted except upon the request of the Court.

    3.    <u>Trial Dates</u>: Prior to the status conference, the parties provided the Court with potential trial dates in 2025: June 16, June 23, and July 7. Although Ms. Huang initially agreed to these dates, her counsel notified the Court at the status conference that July 7 would no longer be feasible due to a conflict involving a separate federal jury trial in the Northern District of California. As such, the Court orders the parties to jointly submit two (2) new potential dates in August or September 2025. On or before **December 13, 2024**, the parties shall send one email containing the new dates to the Court's law clerk, Katie Berger, at Katherine_Berger@ohsd.uscourts.gov.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**