**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| | Hon. Mag. Judge Chelsey M. Vascura |
| v. | |
| | JURY TRIAL DEMANDED |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | |
| Defendants. | |

**PROPOSED ORDER GRANTING**
**MOTION FOR LEAVE TO SUPPLEMENT EXPERT DISCLOSURES**

Upon consideration of Plaintiff's motion for leave to supplement expert disclosures and any response thereto, it is hereby Ordered, this       day of                , 202_, that the motion is Granted:

1. Plaintiff may file an expert disclosure for Dr. Roy Lubit, pursuant to Rule 26(e)(2), on or by January 31, 2025.

2. The deposition, if any, of Dr. Lubit, will take place by March 15, 2025.

3. Plaintiff has leave to file a sur-reply in opposition to Defendants' motion in limine to preclude testimony of Plaintiff's Expert Lauren Rikleen on or by January 15, 2025.

SO ORDERED.

_____
THE HONORABLE SARAH D. MORRISON, C.J.

6