# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Meng Huang, | : | |
| Plaintiff, | : | Case No. 2:19-cv-1976 |
| v. | : | Judge: Sarah D. Morrison |
| The Ohio State University and Giorgio Rizzoni, | : | Magistrate Judge: Chelsey M. Vascura |
| Defendants. | : | |

## MEDIATION REPORT OF PARTIES

Pursuant to this Court's Order of December 19, 2024 (ECF#242) on February 28, 2025, the parties conducted a private mediation with Attorney Thomas D'Antonio of the law firm of Hodgson Russ in Rochester, NY.  Following the formal mediation, the parties, through Mr. D'Antonio, continued to discuss potential settlement. Unfortunately, the parties have reached in an impasse and a settlement was not achieved.

Respectfully submitted,

/s/ Andrew J. Horowitz
Andrew J. Horowitz, Esq. (0101753)
Bruce C. Fox (*pro hac vice*)
Obermayer, Rebmann, Maxwell, Hippell, LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Tel: 412.566.1500
Fax: 412.281.1530
Bruce.Fox@obermayer.com
Andrew.Horowitz@obermayer.com
*Counsel for Plaintiff Meng Huang*

60517642.125577.83339

/s/ Christina L. Corl
Christina L. Corl (0067869)
Plunkett Cooney
716 Mt. Airyshire Blvd., Suite 150
Columbus, OH 43235
Tel: (614) 629.3018
Fax: (243)901.4040
CCorl@plunkettcooney.com
*Attorney for Defendants*

**60517642.125577.83339**