**Exhibit B**

```
1            IN THE UNITED STATES DISTRICT COURT FOR

2        THE SOUTHERN DISTRICT OF OHIO - EASTERN DISTRICT

3        - - - - - - - - - - - x

4    MENG HUANG,                  :

5            Plaintiff,           :

6    v.                           :    Case No.:

7    THE OHIO STATE               :    2:19-cv-1976

8    UNIVERSITY and               :

9    GIORGIO RIZZONI,             :

10           Defendants.          :

11   - - - - - - - - - - - x

12               DEPOSITION OF LAUREN RIKLEEN

13               Conducted Virtually

14               Friday, March 12th, 2021

15                  9:02 a.m. EST

16

17

18

19

20

21

22

23   Job No.: 356168

24   Pages: 1 - 104

25   Reported By: Megan Kurwitz
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    6

```
 1              P R O C E E D I N G S
 2          THE REPORTER:  Do you solemnly swear or
 3    affirm under the penalties of perjury that the
 4    testimony you shall give will be the truth, the
 5    whole truth, and nothing but the truth?
 6          THE WITNESS:  Yes, I do.
 7                  EXAMINATION
 8    BY MS. CORL:
 9      Q  Ms. Rikleen, good morning.  My name is
10    Christina Corl.  We met before we went on the
11    record this morning.  I represent the defendants
12    in this case, the Ohio State University and Dr.
13    Giorgio Rizzoni.
14          Now, I know you have not worked as an
15    expert witness before, but have you ever been
16    deposed before?
17      A  I have not.
18      Q  Okay.  Well, this is exciting.  So let me
19    give you -- I know you're an attorney, and you may
20    already know this, but for purposes of the record,
21    let me give you some ground rules.  As you can
22    see, Megan is here taking down everything both of
23    us say.  So it's important, even though we're on
24    video, that you speak your answers out loud as
25    opposed to nodding your head or shaking your head
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    11

1       Q   Okay.  So tell me -- now, I know you're a

2   licensed attorney; is that correct?

3       A   Yes.

4       Q   Are you licensed anywhere except

5   Massachusetts?

6       A   No.

7       Q   Okay.  And so tell me -- I want to know a

8   little bit about -- are you currently actively

9   practicing law?

10      A   No.

11      Q   When is the last time you actively

12  practiced law?

13      A   I left my law firm at the end of 2010.

14      Q   Okay.  And while -- and so when did you

15  start practicing?  Do you remember the year?

16      A   I graduated law school in '79.

17      Q   Okay.  Did you start practicing the same

18  year or about then?

19      A   I had -- I had -- I worked for about a

20  year and a half for an organization providing

21  judicial education in Massachusetts.  And after

22  that, I went to the Environmental Protection

23  Agency and began practicing law at that point in

24  time.

25      Q   Okay.  So if I say roughly you practiced

1    law for roughly 30 years; is that about right?

2        A   Yeah.   Yes.

3        Q   Okay.   And tell me what your practice

4    focused on when you were a practicing attorney.

5        A   Environmental law, and I also served as a

6    mediator.

7        Q   During your time as a practicing attorney,

8    did you ever prosecute any civil cases that

9    alleged sexual harassment or gender

10   discrimination?

11       A   No.

12       Q   During the time that you practiced law,

13   did you defend any civil cases that involved

14   allegations of sexual harassment or gender

15   discrimination?

16       A   No.

17       Q   Since you stopped practicing law, have you

18   been involved in any respect in any civil

19   litigation involving issue -- other than this

20   case, right? -- have you been involved in any

21   respect in any civil cases involving allegations

22   of sexual harassment or gender discrimination?

23       A   So if I could just clarify your questions

24   to the extent that you are -- you're focusing

25   specifically on litigation, the answer is no.   To

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                          14

1    already covered that topic.  So I'm talking about

2    what involvement you had during your law practice

3    with any sort of cases or incidents or anything

4    involving sexual harassment.

5        A   So I would divide it into a couple of

6    different categories.  One is while I was

7    practicing law, I wrote my first book in which I

8    was analyzing institutional impediments to women

9    succeeding in the -- you know, in the legal

10   profession -- professional services.  And in the

11   context of writing that book, I did research in a

12   variety of these issues and interviewed hundreds

13   of women around the country in which a part of

14   those conversations were about their experiences

15   with workplace misconduct and harassment and some

16   of the issues that were raised -- that are raised

17   in this case as well as in my last book.

18           I also, as the only -- only one of two

19   women partners in my law firm and the -- only the

20   woman partner who was a mother, was heavily

21   involved in issues in my firm for a number of

22   years as they came up, including ultimately

23   creating a -- a leadership committee comprised of

24   senior lawyers in our firm, myself included, to

25   specifically address issues around women's

Transcript of Lauren Rikleen
Conducted on March 12, 2021                              17

1    clear.
2         Have you ever -- well, have you ever had
3    any formal training of any kind about how to act
4    as an investigator for claims of sexual
5    harassment?  And let's start with in the
6    workplace.
7         A  No.
8         Q  Okay.  Have you ever had any formal
9    training of any kind regarding how to act as an
10   investigator to investigate claims of sexual
11   harassment in -- on a college campus?
12        A  No.
13        Q  Have you ever acted as an investigator to
14   investigate claims of sexual harassment in the
15   workplace?
16        A  So I just wanted to clarify again, I'm not
17   including in my answers, because of the narrow
18   focus of your question, 20 years of researching,
19   writing, speaking about, and interviewing people
20   on this topic around the world, literally.  So --
21   but to the extent it is a very narrowly framed
22   question about participating in a formal
23   investigative process, then the answer would be
24   no.
25        Q  Well, actual -- so that actually doesn't

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                      18

1    really answer my question.  It answers my next

2    question.  My question was:  Have you ever served

3    as the investigator, not participated, served as

4    the investigator for a claim of sexual harassment

5    in the workplace?

6        A   No.

7        Q   Okay.  Have you ever served as the

8    investigator for purposes of investigating a claim

9    of sexual harassment on a college campus?

10       A   No.

11       Q   Okay.  Have you ever had any formal

12   education or training on how to assess the

13   credibility of witnesses who are being interviewed

14   in the course of an investigation into sexual

15   harassment?

16       A   Well, that's a narrowly -- very narrowly

17   focused question.  So the answer to that very

18   narrowly focused question would be no.

19       Q   Okay.  Have you ever had any formal

20   education or training on how to adjudicate claims

21   of sexual harassment on college campuses pursuant

22   to the requirements of Title IX?

23       A   If you are asking -- when you say the word

24   "formally," to the extent you're talking about a

25   specific course or program, then my answer is no.

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                19

1    But I keep going back to -- to the extent we're

2    talking about all of the other work and research

3    and writing I have done, it's, you know, a much

4    for -- a much broader picture.  But no to the very

5    specific question about a course on Title IX.

6        Q  Right.  No.  I -- look.  I know you've

7    conducted research, right?  I get it.  Research is

8    one thing, right?  Actual experience adjudicating

9    claims is something very different, in my opinion.

10   So that's why I'm asking you these questions.

11           So you haven't had any training.  Have you

12   ever participated -- personally participated in

13   the adjudication of a claim of sexual misconduct

14   on any college campus pursuant to the dictates of

15   Title IX?

16       A  No.

17       Q  So your only involvement with any

18   allegations of sexual misconduct -- and correct me

19   if I'm wrong -- is really as a researcher, right?

20   You interview women.  You've written some books

21   about various issues involving gender disparity

22   and sexual harassment, but you've never been

23   personally involved in adjudicating any claims of

24   sexual harassment?

25       A  Well, I --I wouldn't characterize the

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                20

1   introductory part of your -- of your question the

2   way that you did.  I -- I view myself as far more

3   than a researcher, although I think the research

4   that I do is critical and broad and expansive.

5   But I would certainly say that the last book that

6   I wrote, The Shield of Silence, looking at how

7   power perpetuates a culture of harassment is

8   directly related to these issues.  It wasn't a

9   side issue; it was the issue in which I reviewed

10  just, you know, major peer-reviewed work around

11  the world, work that's in the most prestigious

12  journals.  The book itself was published by the

13  American Bar Association, which is a very

14  difficult publisher to break into.  So I -- I

15  would not say that that was just research effort.

16  So I just want to clarify the beginning part.  But

17  the formality -- and that is not what I do.  I am

18  not a formal investigator.  I'm not a formal

19  adjudicator in the way that you're asking those

20  questions.

21      Q  Okay.  Well -- - and I ask those questions

22  because you've issued a very lengthy report with

23  all of your opinions about how the Ohio State

24  University did not properly conduct this

25  investigation, and you've never conducted an

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    21

```
 1    investigation in your entire life, right?
 2       A  My report -- my analysis was not to -- it
 3    was an analysis looking at a bunch of data points,
 4    that is, "What Happened?"  And what happened to
 5    Meng along the way that may, you know, again,
 6    with -- with an expert, I assume the facts are the
 7    facts.  I'm not an adjudicator of facts.  I have
 8    to assume a certain set of facts is presented.
 9    And then I analyze why the silence?  What was the
10    power imbalance here?  What were the privileged
11    issues?  What were the issues that were missed?
12    It doesn't take being trained as a formal
13    investigator, after 30-plus years of practicing
14    law and being, you know -- writing four books and
15    hundreds of articles to actually understand and be
16    able to analyze a set of information against
17    decades of research and draw some conclusions
18    about that.
19       Q  Okay.  All right.
20          We'll get to your report; I promise.  So
21    have you ever in your lifetime ever drafted an
22    investigation report for purposes of summarizing a
23    sexual harassment investigation?
24       A  No.
25       Q  Have you ever drafted any kind of
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    22

1    investigation report for any issue?

2        A  I -- can you just clarify what you mean?

3        Q  Sure.  Let's focus on the workplace.  Have

4    you ever drafted a report following an

5    investigation that was conducted regarding

6    anything in the workplace?

7        A  Again, back to this topic -- no.  No.

8        Q  Okay.  Do you have any formal training at

9    all about how to write an investigation report?

10       A  Formal training meaning did I take a

11   course on that?  I did not.

12       Q  And you don't have any experience in that

13   area, either, because you've never written an

14   investigation report; is that correct?

15       A  I have not written an investigative

16   report.  I have analyzed many.  I've written about

17   them.  I -- and having had numerous roles in

18   college environments, I've had opportunities to --

19   as a visiting scholar, as a college trustee to be

20   involved in these issues in different ways in a

21   college environment; but, no, I did not have a

22   formal role.  That's not what I do.

23       Q  Have you ever had any formal training

24   about methods by which to interview victims of

25   sexual violence?

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    23

```
 1        A   No.
 2        Q   Have you ever sat in on an adjudication
 3   hearing for claims of sexual misconduct on a
 4   college campus?
 5        A   No.
 6        Q   Have you ever interviewed for any of your
 7   research any sexual harassment investigators,
 8   either investigators in the workplace or on
 9   college campuses?
10        A   I have -- in the course of the work I do,
11   I have spoken to people who are in that role.   I
12   don't know when you asked "interviewed," but I
13   speak to people who have numerous relationships to
14   these issues quite frequently and over a period of
15   years.
16        Q   Well, have you ever interviewed any of
17   these investigators about the proper method by
18   which to conduct an investigation into sexual
19   misconduct?
20        A   No.
21        Q   Okay.  Can you tell me what the United
22   States Supreme Court's definition is of sexual
23   harassment pursuant to Title VII?  Let's start
24   with that first.
25        A   Off the top of my head, in specific
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                              24

```
 1    detail, no.
 2       Q  Okay.  How about the -- and I have two
 3    questions about Title IX.  At the time that the
 4    investigation was going on in this case in 2017
 5    and 2018 related to Ms. Huang, can you tell me
 6    what the United States Department of Education's
 7    definition of sexual harassment was for purposes
 8    of the application of Title IX?
 9       A  I would not purport to try to recite
10    anybody's definition of sexual harassment by
11    memory.
12       Q  Okay.  How about, can you tell me what the
13    United States Department of Education's current
14    definition of sexual harassment is for purposes of
15    application of Title IX?
16       A  Same answer.
17       Q  Have you ever at any time in your career
18    drafted any policies or procedures to outline the
19    manner in which sexual harassment or sexual
20    misconduct investigations should be completed?
21       A  No.
22       Q  Okay.  Did you -- in this case, did you
23    review the Ohio State University's sexual
24    harassment policies and procedures?
25       A  I -- I did not review their procedures.  I
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021

25

1   -- it was -- I reviewed the information that Ohio

2   State thought was important enough to include

3   within the report of what they included in their

4   analysis.  But I did not go outside the pages of

5   that report into Ohio State's process or

6   procedures.  That was not what I was -- that was

7   not within the bounds of my expertise in doing

8   this report.  I never purported that that was it.

9        Q  No.  No.  I -- yeah.

10       A  So it's a clearly different analysis.  I'm

11   not the investigator.

12       Q  I know.  I'm not accusing you of anything.

13   I just need to know these questions because --

14       A  Sure.

15       Q  -- listen.  I have deposed a million

16   experts, and I can tell you that without

17   exception, experts come up with opinions that

18   aren't actually in their pages.  Okay.  So I need

19   to figure out what you looked at and what you have

20   opinions about because I don't want, at the trial,

21   for you to sit up on the stand and say, "Oh, yeah.

22   And also Ohio State's policies aren't good."

23   Right?

24       A  Sure.

25       Q  So I'm not accusing you of anything.

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    32

1    respectful work environments that is normative.

2    That's what I focus on.

3        Q   Okay.  Can you tell me what the legal

4    responsibility is of an employer who receives a

5    report of sexual harassment from an employee?

6        A   I'm not sure what you mean, "the legal

7    responsibility."  Do you mean --

8        Q   This is a --

9        A   -- the (indiscernible) own policies

10   or ....

11           (Simultaneous conversation.)

12       Q   You're -- well, this is a lawsuit, right?

13   So we're talking about legal responsibilities.  My

14   question is:  Can you tell me what the legal

15   responsibility is of an employer who receives a

16   report of sexual harassment from an employee?

17       A   So I am not -- I would not answer that

18   question just off the top of my head because I

19   don't purport to be providing legal advice to

20   employers about what to do when a claim is made.

21   That is not my expertise.  My expertise is on what

22   they should do.  What -- how do you create a --

23   how do you go even beyond what the law requires to

24   ensure you have a workplace where people feel safe

25   and where they feel respected.  My job is not --

Transcript of Lauren Rikleen
Conducted on March 12, 2021                              33

1    my -- my role is not to give legal advice.  I
2    absolutely do not give legal advice in any way on
3    this topic.
4         Q  Okay.  So you can't tell me what the legal
5    responsibility is of an employer to take action
6    following a report of sexual harassment from an
7    employee; is that correct?
8         A  I -- that -- I don't think that's a -- is
9    that a correct -- I'm not even sure how to answer
10   your question.  I'm saying I would not -- first of
11   all, I am sure that the answer would vary
12   depending on, to some extent, what state you're
13   in, what the requirements are within the setting,
14   and I don't -- I'm not sure where you're going
15   with that question, but I'm not comfortable
16   answering it just off the top of my head.
17        Q  Okay.  Well, how about federal law?  Under
18   federal law, under Title VII, if an employer gets
19   a report of sexual harassment, what is it required
20   to do?
21        A  You're going to have to --
22        Q  If you don't know, you --
23        MR. FOX:  Objection.  Objection.  You're
24   asking for a legal --
25        THE WITNESS:  Right.

Transcript of Lauren Rikleen
Conducted on March 12, 2021

38

1    numbered.  It's page 1 of the report.  What is --

2    I talk there also about her -- her silence and the

3    reason for her silence.  I would include that as

4    part of my opinion.

5        Q   Okay.

6        A   So I would say my opinion is really

7    comprised of what's in the introduction and the

8    conclusion.

9        Q   Okay.  So -- but I -- lot of words, right?

10           MS. CORL:  So actually we can take our

11    break now.  We can come back to this when we --

12    after we take our break.

13           MR. FOX:  Thank you.

14           (Whereupon, a recess was taken.)

15    BY MS. CORL:

16        Q   Okay.  So before we went off the record --

17    I want to make sure I have -- as I explained

18    earlier, the reasons I'm doing this, I want to

19    make sure I have properly described all of your

20    opinions.  Okay.

21           So one of your opinions has to do with the

22    reasons that Ms. Huang stayed silent and did not

23    report her sexual harassment; is that correct?

24        A   Yes.

25        Q   Okay.  The other portion of your opinion

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    39

1    is that the university's investigation into Ms.

2    Huang's claims discounted or entirely ignored

3    information provided by Ms. Huang and diminished

4    her experiences by only partially addressing

5    claims that they did address.

6          Is that another one of your opinions?

7          A   Yes.

8          Q   And then I understand that the last one of

9    your opinions is as follows:  The investigators

10   ignored the considerable available information

11   demonstrating that sexual harassment involves a

12   power dynamic that is perpetuated when those in

13   positions of power and privilege are protected by

14   deeply entrenched institutional dynamics that fail

15   to hold perpetrators accountable and leave victims

16   too fearful of retribution to report the

17   misconduct, research that is directly applicable

18   to how Ms. Huang describes her own experiences; is

19   that correct?

20         A   Yes.  Correct.

21         Q   Do you have any -- do you have any other

22   opinions related to this case?

23         A   So if you are reading into the record my

24   opinion, I would just, again, go back to the first

25   page and broaden perhaps what you had read about

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                          40

```
1    her remaining silent and include that, the second

2    sentence of the second paragraph in its entirety

3    to just -- to be more comprehensive.

4        Q   Okay.  And that relates back to your first

5    opinion about why Ms. Huang remained silent; is

6    that correct?

7        A   Yes.

8        Q   And tell me again the second -- second

9    sentence of the second paragraph.  Is that what

10   you said?  On the first page?

11       A   You -- you were correct that the first

12   part -- yes.  The second sentence of the second

13   paragraph on the first page.

14       Q   Okay.

15       A   And you -- you addressed correctly a piece

16   of that.  I just would suggest if you were reading

17   into the record the entire opinion, you would want

18   to have that full sentence, which is long but,

19   nonetheless, contains all of the information.

20       Q   Oh, that's right.  That second sentence is

21   an entire paragraph, right?

22       A   Hey, come on, now.

23       Q   Okay.  I want to make sure I have it in

24   the record.  Okay.  So far --

25       A   I'm sensitive to those things; but, yes.
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    41

```
1    Here it was necessary.
2        Q  What I'm about to read into the record
3    relates back to your first opinion about the
4    reasons Ms. Huang remained silent; is that
5    correct?
6        A  Yes.
7        Q  Okay.  And as part of that opinion, this
8    is what you have said:  I was asked to -- oh, no.
9    "My opinion is that Ms. Huang remained silent
10   because she was aware of the significant power
11   differential that existed between her and OSU
12   Professor Giorgio Rizzoni that her fear of
13   retaliation was confirmed to be accurate by
14   Professor Rizzoni's response to her increased
15   resistance and that her fears were further
16   confirmed by the reaction of both Professor
17   Rizzoni and OSU to her allegations where Ms.
18   Huang's credibility was discounted and her
19   experiences were diminished throughout the
20   investigative process;" is that correct?
21       A  Yes.
22       Q  I'm giving you one more opportunity.  Any
23   other opinions that you have about this case that
24   we have not already discussed?
25       A  I --
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                42

```
 1        Q   And I'm going to go through your report.
 2   I'm going to go through your report.
 3        A   Okay.  I mean, I guess the only -- those
 4   are the conclusory opinions for sure.  I certainly
 5   express opinions throughout the report as we go,
 6   but those were the conclusions, yes.
 7        Q   Okay.  So those are the --
 8        A   I'm saying that I didn't -- sorry.  I --
 9   there are other opinions that I express as to
10   specific incidents in that analysis.
11        Q   But those three areas that we've read into
12   the record are really the overarching opinions; is
13   that correct?
14        A   Yes.
15        Q   Okay.  So let's talk about Ms. Huang
16   remaining silent.  When did you interview Ms.
17   Huang about the reasons that she remained silent?
18        A   I did not interview Ms. Huang about her
19   reasons for remaining silent.
20        Q   Okay.  So she has never told you the
21   reasons she remained silent; is that correct?
22        A   I have read in detail her deposition as
23   well as the two substantial reports that she has
24   provided about her experiences and her fears.  I
25   treated those as data points and applied that
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                   43

```
 1    against a significant body of research, including

 2    my own book, as well as research subsequent to

 3    that book.

 4         Q   Okay.   Okay.

 5             So let's go back, then.   I want to stay on

 6    this first opinion about why she remained silent

 7    and go back to that first page of your report.

 8    "My opinion is that Ms. Huang remained silent

 9    because she was aware of the significant power

10    differential that existed between her and OSU

11    Professor Rizzoni."

12             Did I read that correctly?

13         A   Yes.

14         Q   What evidence do you have to support that

15    opinion?

16         A   As I just said, I -- how -- how she felt

17    is expressed in detail in her two lengthy reports

18    as well as the -- her deposition, and her behavior

19    was entirely consistent with a very extensive body

20    of research and analysis.

21         Q   About what?

22         A   About power differentials, fear of

23    retaliation, and how that impacts on why victims

24    remain silent.

25         Q   Okay.   Can you tell me what authority that
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                              44

```
 1    is?  Can you cite to the bodies of research to
 2    which you refer?
 3         A   In the --
 4         Q   Besides your own book.  Besides your own
 5    book.
 6         A   Well, in the appendix, I cited to a number
 7    of studies that I -- that I -- that I cited to in
 8    the -- in the report itself, and I have reviewed
 9    over the years, in the work that I do, the
10    training and the writing collectively that I do
11    perhaps many hundreds, if not thousands, of
12    studies on this topic.  This is a particular area
13    of focus and expertise of mine that I spend a lot
14    of time thinking about and writing about and
15    interviewing people about.
16         Q   Well, my only question is:  Can you tell
17    me, as you sit here today, any -- cite to any of
18    the research you've relied on?
19         A   I cannot, off the top of my head, name for
20    you authors and studies.  I could, however, open
21    cabinets behind me of stuffed drawers and files of
22    hundreds of studies that I have read over the
23    years --
24         Q   Okay.
25         A   -- and continue to read in my work.
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                45

```
 1      Q  Okay.  And that power differential, you
 2   see that in all kinds of places, right?  Bosses,
 3   subordinates, professors, students, presidents,
 4   vice-presidents.  I mean, you see that everywhere,
 5   right?
 6      A  Power differentials exist in numerous ways
 7   in a workplace.
 8      Q  This isn't just an Ohio State University
 9   issue, is it?
10      A  No.
11         MR. FOX:  Objection to form.
12      Q  Well, the power differential between a
13   professor and a student is just -- it is what it
14   is.  It's not something that's unique to the Ohio
15   State University, is it?
16      A  The power differential between a professor
17   and a student is an area so fraught with potential
18   for harassment of this nature -- of the nature
19   that we're talking about, that there are many
20   studies and publications that have been written on
21   that topic.  It is certainly not unique to Ohio
22   State but is a long recognized major problem
23   within higher education.
24      Q  And what makes you think Ohio State
25   doesn't recognize that very issue?
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    46

```
 1        A   I did not say that one way or the other.
 2        Q   Okay.  So, then, that's my question:  Do
 3   you have any reason to believe that Ohio State
 4   didn't recognize that there's an imbalance of
 5   power between professors and students?
 6        A   I have read as -- by -- I mean, I have --
 7   certainly in terms of media articles and other
 8   reports that I have read about Ohio State's
 9   particular experience with sexual abuse and sexual
10   harassment is -- would not lead me to draw a
11   conclusion that Ohio State has solved its
12   problems.
13        Q   That's not my question.
14        A   Well, I'm not --
15        Q   My question was:  What leads you to
16   believe that Ohio State didn't realize or
17   appreciate that these -- this power differential
18   exists?
19        MR. FOX:  Objection.  Ohio State the
20   institution or the administration?  Who are you --
21   who are you referring to as "Ohio State"?
22        MS. CORL:  The institution.  Isn't that
23   who you're talking about?
24        MR. FOX:  So what's -- what's the
25   question?  Does the institution recognize a power
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                                47

1    differential?
2          MS. CORL:  No.  My question is:  What
3    evidence does this witness have that Ohio State
4    didn't recognize with respect to Ms. Huang or any
5    other sexual harassment case between a professor
6    and student, that there's a --
7          MR. FOX:  Was it with respect to Ms.
8    Huang, or is it a broader question?  If it's a
9    broader question, I'm going to object.
10   BY MS. CORL:
11        Q  Can you answer my question?
12        A  Do you want to go -- I was waiting to make
13   sure you were both done.  So -- I'm sorry.  Do you
14   mind repeating the question or have her read it
15   back.
16        Q  Sure.
17        A  Either way.
18        Q  No.  I can -- well, let's just stick with
19   this case.
20          What information do you have that would
21   lead you to believe, if you do, that Ohio State
22   didn't recognize that there was a power
23   differential between Dr. Rizzoni and Ms. Huang?
24        A  What I can respond to is that you have a
25   PhD student that is alleged to have experienced

Transcript of Lauren Rikleen
Conducted on March 12, 2021                    48

1   years of harassment that she describes as

2   humiliating and shameful to her and that she did

3   not feel that the -- there was anywhere to turn in

4   the institution to support her.  That's all I can

5   say by way of an answer to that.  I cannot

6   speak --

7        Q  Well --

8        A  -- to the entire institution.

9        Q  Well -- and you read the depositions of

10  the investigators in which they freely acknowledge

11  that they understood that there was a power

12  differential.

13       Do you remember reading that testimony?

14       A  Yeah, I do.

15       Q  Okay.  And you didn't read the policies of

16  Ohio State, but the policies of Ohio State with

17  respect to sexual misconduct fully acknowledges

18  that there exists a power differential that is

19  recognized by the policies and procedures.

20       Are you aware of that?

21       A  A power -- a power -- recognizing a power

22  differential only matters if there are supports

23  and processes in place that allows victims to feel

24  safe and to feel that that power differential will

25  not be used against them.  The fact that somebody

Transcript of Lauren Rikleen
Conducted on March 12, 2021                              49

1    can intellectually know it exists is not

2    particularly relevant.  What's relevant is what is

3    conveyed to somebody to know that they are in an

4    institution where it is safe, as compared to what

5    might be on the record about that same institution

6    that would give a great deal of pause.

7        Q  Well, you don't know what supports and

8    processes were in place at Ohio State because you

9    didn't review any of that information; isn't that

10   correct?

11       A  I don't -- I did not review the

12   process- -- the policies of Ohio State.  That

13   statement is correct.

14       Q  Okay.  So you don't know what support was

15   in place for Ms. Huang?

16       A  It doesn't matter what I know about what

17   was in place for Ms. Huang.  What matters is what

18   was conveyed to her as a PhD -- as a PhD student,

19   feeling that she was being harassed and what did

20   she feel was available to her.

21       Q  Well, do you have some reason to believe

22   that Ms. Huang didn't know about Ohio State's

23   policies and procedures?

24       A  As I indicated earlier, I am looking at

25   the facts of this case as presented.  I'm not the

Transcript of Lauren Rikleen
Conducted on March 12, 2021                    51

```
1    that she felt fearful and vulnerable and was in
2    danger of being retaliated against by a professor
3    with significant power and prestige over her.
4        Q   Okay.  Those are two -- your question and
5    my -- your answer and my question are missing one
6    another, okay?
7        A   Okay.
8        Q   You're answering what she did, right?  She
9    decided not to report for whatever reason, and you
10   can opine about that later.  That's not my
11   question.  My question is:  Do you have some
12   reason to believe she didn't know she could
13   report?
14       A   I have no opinion about that one way or
15   the other.
16       Q   Okay.  All right.  Okay.
17           I'm reading on in your paragraph.  We just
18   got done talking about the impact of the power
19   differential that resulted in retaliation.  Next
20   we go on to the treatment she received once she
21   reported the behavior, right?
22       A   I'm sorry.  Are you on page 2- --
23       Q   That first -- well, that's actually the --
24   sorry about that.  That was your first sentence.
25   The next part of your opinion on that first page
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                          71

1      A  I only know what is in the report, and the

2   report is what is the -- the relevant document to

3   try to understand how the investigators went about

4   their work.

5      Q  Okay.  Can you cite me to any authority

6   that holds that investigation reports must detail

7   every single bit of minutiae that was included in

8   the investigation?  Do you have any authority for

9   that proposition?

10     A  I would not accept the qualification that

11  we're talking about minutiae with respect to the

12  concerns that I'm raising.  So I can't --

13     Q  Well, so why --

14     A  -- answer that question.

15     Q  Let's just generally go to report writing

16  foundation and basics.  Can you cite me to any

17  authority at all that you relied on to research

18  your conclusions about how to write investigation

19  reports?

20     A  That was not what I was tasked to do, and

21  I --

22     Q  Well, your entire opinion is based upon

23  how this report is written.  You're claiming it's

24  not written properly; yet you don't have a single

25  piece of authority about how it should be written?

Transcript of Lauren Rikleen
Conducted on March 12, 2021                              72

```
 1        A   I'm claiming -- I am not claiming it
 2   wasn't written properly or improperly.  I'm
 3   claiming that based on the analysis provided in
 4   the report, there is a lot missing with respect to
 5   the conclusions and the discussion that we have
 6   already outlined and talked about.  This is --
 7   this is not -- my analysis is not about grading
 8   somebody in report writing.
 9        Q   Well, your opinion is that somehow this
10   university fell below the standard of care because
11   of what is not contained in the report.  And my
12   question to you is --
13            MR. FOX:  Objection to form.
14        Q   -- how do you --
15            MR. FOX:  That's not what she's
16   testifying.
17        Q   How do you know what should be contained
18   in the report?  You've never written an
19   investigative report.
20        A   I've never referenced a standard of care.
21   I referenced my -- my own expertise in this area
22   about the specific issues that I was asked to
23   analyze.
24        Q   Okay.
25        A   I do not --
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    73

1       Q   My question is --

2       A   -- purport to be somebody who is of value

3   of telling people how to write a report.  You can

4   ask me that as many times as you want; the answer

5   won't change.  I am not somebody here to direct

6   somebody or tell them how to write a report.  I

7   wasn't hired to grade their report.  I was hired

8   to analyze facts as presented around specific

9   issues that we discussed that were already read

10  about the conclusions of the report.

11      Q   Okay.  But your testimony is that there is

12  a whole bunch of very important stuff that's been

13  left out of this report; is that correct?

14      A   All relevant to the issues that I was

15  opining on --

16      Q   Okay.

17      A   -- correct.

18      Q   And my question is:  How do you know what

19  should be or shouldn't be in this report?

20      A   And my answer is that with respect to the

21  issues on which I was opining, key information was

22  missing.

23      Q   But you don't know whether it was

24  considered or not because you don't know what was

25  considered.  You just know what was written,

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                      79

1          MS. CORL:  Yes.

2      Q   Okay.  So I want to know what you know

3  other than reading studies about the prevalence of

4  sexual harassment in higher education.

5      A   I don't understand your question.

6      Q   Okay.  Well, how do you know there is a

7  prevalence of sexual harassment in higher

8  education?

9      A   Well, I know because I read voraciously on

10  this topic, including detailed studies.  I read

11  reports within colleges, their own reports on this

12  issue.  There are numerous data points in the

13  research about this specific issue, including in

14  detail in the Sexual Harassment Task Force from

15  Ohio State University.  This is a long significant

16  problem in higher education, and there are

17  probably thousands of data points out there to

18  support that.

19      Q   Okay.  How does the incidence of sexual

20  harassment in higher education differ from the

21  incidence of sexual harassment in the general

22  population?

23      A   What the -- the major differences are --

24  well, they're differences in kind.  I think when

25  you look at the -- the studies and analysis that

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                            91

```
 1    was in litigation at the time you drafted your
 2    report; is that correct?
 3        A  I'm saying I simply do not recall, yes.
 4    That is all I'm saying.
 5        Q  Okay.  And did that case ever eventually
 6    go to litigation, if you know?
 7        A  I know the case settled.
 8        Q  Do you know who the -- do you remember who
 9    the parties were in that case?
10        A  It was -- no.  The names of the parties I
11    do not recall.
12        Q  Well, for instance, was it a -- was it
13    another higher ed., case?  Was it an employment
14    case?
15        A  It was a workplace sexual harassment case.
16        Q  Okay.  Have you ever before been asked to
17    provide expert testimony in a higher ed., case?
18        A  No.
19        Q  Okay.  Have you been subject to any sort
20    of professional discipline of any kind?
21        A  No.
22        Q  Have you ever been arrested and convicted
23    of a crime?  Don't answer that.  I was just
24    kidding.
25        A  For the record, no.
```

Transcript of Lauren Rikleen
Conducted on March 12, 2021                    93

1        Q   You're -- you're going to submit an hour
2    -- a bill for the hours that you've spent, and
3    you -- and that will be paid independent of the
4    outcome of the case; is that --
5        A   Yes.
6        Q   -- your understanding?
7        A   Yes.
8        Q   Okay.  Other than the attorneys for Ms.
9    Huang, have you spoken to anyone about this case
10   or about your opinions?
11       A   The -- other than people who are part of
12   Bruce Fox's team?
13       Q   Correct.
14       A   I have not.
15       Q   Okay.  Have you ever spoken with anyone
16   currently or formally employed by the Ohio State
17   University about this case?
18       A   No.
19       Q   Have you ever spoken to any other student
20   who claims that she was inappropriately touched by
21   Dr. Rizzoni?
22       A   No.
23       Q   Have you drawn some sort of conclusion
24   about whether Ms. Huang's allegations of sexual
25   misconduct are true or not?

Transcript of Lauren Rikleen
Conducted on March 12, 2021                                    94

1      A  That is not within the purview of what I
2  was asked to do.  That's not an opinion that I
3  have drawn.
4      Q  Okay.  And so also you haven't drawn any
5  conclusions with respect to the credibility of Ms.
6  Huang, correct?
7      A  I -- I have not.  That's not what was in
8  the purview of what I was asked to do.
9      Q  And you've drawn no conclusions about the
10  credibility of Dr. Rizzoni, correct?
11      A  That also is not in the purview of what I
12  was asked to do.
13      Q  And you've drawn no conclusions regarding
14  the credibility of any witnesses that were
15  interviewed for the purpose of the investigation;
16  is that correct?
17      A  I would say that with respect to the
18  information provided in the report and the
19  credibility of the witnesses, that there -- that I
20  certainly have drawn an opinion that there was
21  information missing to be able to properly assess
22  that.
23      Q  Well, that's not my question.  My question
24  is:  Have you made any credibility determinations
25  regarding any of the witnesses who were