# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br>   Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br>   Defendants. | Case No: 2:19-cv-1976<br><br>Chief Judge Sarah D. Morrison<br><br>Magistrate Judge: Chelsey M. Vascura |

## NOTICE OF SERVICE/FILING OF DEFENDANTS' PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS

  Pursuant to this Court's Scheduling Order, this Notice is to confirm that counsel for Defendants proposed joint jury instructions and verdict forms to counsel for Plaintiff on July 7 and July 9, 2025. Counsel for Plaintiff has not responded in any fashion to the proposal from Defendants. As such, the Defendants filed and served on Plaintiff's counsel this 15th day of July, 2025, Defendants' separate proposed jury instructions and verdict forms.

            Respectfully submitted,

            PLUNKETT COONEY

            By: /s/ Christina L. Corl
            Christina L. Corl (0067869)
            *Attorney for Defendants*
            716 Mt. Airyshire Blvd., Suite 100
            Columbus, OH 43235
            (614) 629.3018
            ccorl@plunkettcooney.com
            *Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this **15th day of July, 2025**, I filed the foregoing document with the Clerk of Court via the Court's electronic filing system.  A copy has also been served by this office on **July 15, 2025** upon all counsel of record.

      /s/ Christina L. Corl
Christina L. Corl  (0067869)

Open.25577.83339.30313919-1