# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| | Hon. Mag. Judge Chelsey M. Vascura |
| v. | |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | **DEPOSITION DESIGNATIONS FOR DYCHE ANDERSON PURSUANT TO 26(a)(3)(A)(ii)** |
| Defendants. | |

## DEPOSITION DESIGNATIONS FOR DYCHE ANDERSON PURSUANT TO 26(a)(3)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and this Court's Order Setting Jury Trial Date and Final Pre-Trial Conference (Dkt. No. 242), Plaintiff, Meng Huang ("Plaintiff") submits the following deposition designations for Dyche Anderson attached hereto as Exhibit A.

| Plaintiff's Designations | Defendants' Grounds for Objection |
|---|---|
| 8:3-13 | |
| 8:25; 9:1-25; 10:1-25 | |
| 11:1-11, 13-25; 12:1-12, 16-24 | |
| 13:2-6 | |
| 13:13-25; 14:1-9 | |
| 14:25; 15:1-21 | |
| 15:24-25; 16:1-25; 17:1-25; 18:1-9 | |
| 18:16-25; 19:1 | |
| 19:4-14 | |
| 21:6-25; 22:1-25; 23:1-25; 24:1-25; 25:1-20 | |
| 26:7-15 | |
| 26:20-25; 27:1-7, 10-25; 28:1-19, 22-25; 29:1-14 | |
| 31:21-25; 32:1-22 | |

1

4915-4648-2261 v1

| | |
|---|---|
| 33:1-25; 34:1-25; 35:1-25; 36:1-25 | |
| 37:1-25 | |
| 38:1-25; 39:1-14 | |
| 39:17-25; 40:1-25; 41:1-25 | |
| 42:7-10, 21-25 | |
| 43:1-25; 44:1-6 | |
| 44:9-25; 45:1-25; 46:1 | |
| 46:7-25; 47:1-25; 48:1-25; 49:1-23 | |
| 51:3-25; 52:1-12, 15-22, 25; 53:1-25 | |
| 54:21-25; 55:1-11 | |
| 55:12-13, 18-25; 56:1-25; 57:1-5 | |
| 57:9-25; 58:1-3 | |
| 59:6-7, 17-25; 60:1-25; 61:1-4 | |
| 61:8-9, 14-18, 24-25; 62:1-20 | |
| 63:16-25; 64:1-8 | |
| 68:24-25; 65:1-25 | |
| 66:3-25; 67:1-12 | |
| 67:24-25; 68:1-25; 69:1-22 | |
| 70:1-25 | |
| 71:1-25; 72:1-12 | |
| 72:18-25; 73:1-8, 10-11, 13-19, 24-25; 74:1-6 | |
| 75:4-23 | |
| 76:5-10, 12 | |
| 77:5-7, 20-25; 78:1-19 | |
| 78:22-25; 79:1-9 | |
| 79:19-25; 80:1-18 | |
| 80:19-20; 81:4-25; 82:1-2 | |
| 82:14-15, 24-25; 83:1-25; 84:1-17, 20-25; 85:1-25; 86:1-25; 87:1-9 | |
| 87:24-25; 88:1-25; 89:1-14, 21-25; 90:1-21 | |
| 91:11-25; 92:1 | |
| 92:9-14, 17-25; 93:1-13 | |
| 96:5-18 | |
| 97:5-25; 98:1-9 | |
| 98:18-21, 24-25; 99:1-13, 16-19, 21-25; 100:1-25; 101:1-25; 102:1 | |
| 103:4-25; 104:1-25; 105:1-16 | |
| 105:21-25; 106:1-16 | |

4915-4648-2261 v1

| | |
|---|---|
| 106:23-25; 107:1-4 | |
| 107:16-25; 108:1-9, 18-25 | |
| 109:1-25; 110:1-3, 6-7, 10-17 | |
| 111:3-25 | |
| 112:5-6, 21-25; 113:1-22 | |

                Respectfully submitted,

                /s/ *Bruce C. Fox*_____
                Bruce C. Fox (*pro hac vice*)
                bruce.fox@obermayer.com
                Andrew J. Horowitz (OH ID No. 0101753)
                Andrew.horowitz@obermayer.com
                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                525 William Penn Place, Suite 1710
                Pittsburgh, PA 15219
                Tel: (412) 566-1500
                Fax: (412) 281-1530

4915-4648-2261 v1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/  *Bruce C. Fox*

4915-4648-2261 v1