# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MENG HUANG,**

        **Plaintiff,**         :

  v.                                   **Case No. 2:19-cv-1976**
                                              **Chief Judge Sarah D. Morrison**
**OHIO STATE UNIVERSITY,**                 **Magistrate Judge Chelsey M.**
*et al.*,                                     :          **Vascura**

        **Defendants.**

## ORDER

On December 19, 2024, the Court issued a Trial Scheduling Order, which (among other things) instructed the parties to file their motions in limine and joint proposed jury instructions by July 8, 2025. (ECF No. 242.) Specifically, as to the jury instructions, the parties were told:

> On July 8, 2025, the parties shall jointly file on ECF one set of agreed-upon proposed case-specific jury instructions, verdict forms, and interrogatories. Objections and authority for same shall be clearly marked and provided. The objecting party shall provide an alternative instruction in the same document. The joint instructions, joint verdict forms, and joint interrogatories shall also be emailed in one document in Microsoft Word format to Trina_Edwards@ohsd.uscourts.gov by this deadline.

(*Id.*, PAGEID # 8597.) Subsequently, the Court granted the parties' request for a 1-week extension to submit their pretrial motions and joint jury instructions. (ECF No. 247.)

Despite having nearly seven months to collaborate on joint jury instructions, yesterday, the parties filed separate proposed jury instructions. This is

unacceptable. Accordingly, Plaintiff's Proposed Jury Instructions (ECF No. 257) and Defendants' Proposed Jury Instructions (ECF Nos. 254, 255) are hereby **STRICKEN**. The parties are **ORDERED** to file <u>joint</u> proposed jury instructions consistent with the Trial Scheduling Order by the close of business tomorrow, **July 17, 2025**.

In preparing for the upcoming pretrial conferences and trial, counsel are **ORDERED** to work together where possible, prioritizing professionalism and compliance with the Court's orders and Local Rules above all else. Counsel are hereby **WARNED** that failure to comply with the Court's orders and Local Rules may subject them to sanctions.

    IT IS SO ORDERED.

    /s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**