**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MENG HUANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE OHIO STATE UNIVERSITY<br>and GIORGIO RIZZONI,<br><br>　　　　Defendants. | Case No: 2:19-CV-1976<br><br>Hon. Chief Judge Sarah D. Morrison<br>Hon. Mag. Judge Chelsey M. Vascura<br><br>**PLAINTIFF'S EXHIBIT LIST** |

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 1. | Meng Huang, An Influential Professor? A Powerful Dictator? The Ford Chair at OSU? Another Harvey Weinstein!!!<br>Report (Dec. 2017- Jan. 2018)<br>OSU_001799-001840 |
| 2. | Counseling & Consultation Service Note for Meng Huang<br>Diagnostic Evaluation – Psychiatry<br>(Nov. 21, 2018)<br>Huang000285-000580 |
| 3. | Emails: Rizzoni and Huang (Sept. 21, 2016)<br>Subject: update<br>OSU_015401-015403 |
| 4. | Emails: Rizzoni and Huang (Dec. 26, 2015; Dec. 27, 2015)<br>Subject: meet tomorrow?<br>OSU_009208 |
| 5. | Emails: Herman, Huang (Cc: Rizzoni) (Sept. 11, 2016; Sept. 20, 2016; Sept. 21, 2016)<br>Subject: RE: Visa sponsored jobs in Ford – Meng Huang<br>OSU_015421-015424 |
| 6. | Emails: Rizzoni, Anderson (Nov. 15, 2017; Nov. 16, 2017)<br>Subject: Re: Meng<br>FORD000299-000302; OSU_012409-012410 |
| 7. | Emails 2016 and 2017 between Huang and Rizzoni<br>OSU_002113-002114, 002116-002155 |
| 8. | Emails: Rizzoni and Huang (Dec. 3, 2016)<br>About trip back to China for winter break |

1

|     | |
| --- | --- |
|     | OSU_002115 |
| 9.  | Emails between Rizzoni and Huang (Nov. 17, 2017) <br> Subj: Committee member <br> OSU_01191 |
| 10. | Emails: Huang, Rizzoni, Guezennec, Kim, Sundaresan, and Canova <br> (Dec. 1, 2017; Dec. 7, 2017) <br> Subject: Re: Candidacy Exam Dissertation Proposal and Written Exam – Meng Huang_20171201 <br> OSU_009787-009788; OSU_009677-009678 |
| 11. | Emails: Anderson and Huang (Dec. 12, 2017) <br> Subject: Our talk yesterday <br> FORD000336-000337 |
| 12. | Email: Anderson and sexualharassment@osu.edu <br> (Dec. 12, 2017) <br> Subject: Potential Sexual Harassment <br> FORD000043-000047 |
| 13. | Picture: Meng Huang, Giorgio Rizzoni, and Phoebe (Chao) You – first meet up with Rizzoni and Huang in March 2014 |
| 14. | Picture: Rizzoni's office <br> Huang001404; <br> Huang001406-001408 |
| 15. | Pictures: Rizzoni Home (Living room, office, kitchen area, and espresso machine) <br> No Bates |
| 16. | Picture: Rizzoni – Dedication Plaque for 20th anniversary as the center's director (Oct. 4, 2019) |
| 17. | Picture: Ascott Huai Hai Road Shanghai, Xintiandi – hotel where Rizzoni and Huang met. |
| 18. | The Ohio State University <br> Sexual Misconduct, 1.15 <br> Issued: Oct. 1, 1980 <br> Revised: August 23, 2016 <br> Office of Human Resources <br> OSU_000239-000261 |
| 19. | The Ohio State University <br> Sexual Misconduct Policy Training <br> Office of Human Resources <br> Wexner Medical Center Human Resources <br> Office of University Compliance and Integrity <br> OSU_000433-000490 |
| 20. | The Ohio State University <br> I'm a mandatory report . . . now what? <br> Kellie Brennan, JD – Compliance Director and Title IX/Clery Coordinator <br> Office of University Compliance and Integrity <br> OSU_000336-000355 |

| | |
|---|---|
| 21. | Article: Stephanie Stockar, *Model-Order Reduction for Nonlinear Distributed Paramete Systems with Application to Internal Combustion Engine Modeling and Simulation* (2013) <br> - Committee: Guezennec (Advisor); Canova (Advisor); Rizzoni (Committee Member); Conlisk (Committee Member) |
| 22. | Article: Sarah Bowman, *OSU Professor Who Directs Buckeye Bullet Project Lives Life in the Fast Lane*, The Columbus Dispatch (Mar. 2, 2013, 11:47 a.m.). |
| 23. | Article: Ctr. Auto. Res., *Rizzoni Celebrates Platinum Anniversary as Center for Automotive Research Director* (Oct. 7, 2019) |
| 24. | Article: The Ohio State Univ., *Rizzoni Recognized with Distinguished Faculty Award* (Apr. 21, 2025). |
| 25. | YouTube Video and Transcript: NC State MAE, 2025 Carl F. Zorowski Distinguished Lecture – Giorgio Rizzoni (2025) |
| 26. | Defendant Rizzoni's Responses to Huang's First Set of Interrogatories and Requests for Production of Documents <br> June 9, 2020 |
| 27. | Defendant Ohio State University's Responses to Huang's First Set of Interrogatories and Requests for Production of Documents <br> June 8, 2020 |
| 28. | Declaration of Quansheng Zhang <br> Sept. 17, 2020 |
| 29. | Declaration of Ruochen Yang <br> Aug. 24, 2020 |
| 30. | Ford University Project Progress Report (v19) <br> Project Title: Aging modeling, state of health assessment and life prediction of electric vehicle battery packs <br> Faculty PI: Giorgio Rizzoni <br> Report date: March 29, 2019 <br> Total Project Budget: $40,000/year <br> FORD000607-000610 |
| 31. | Giorgio Rizzoni Curriculum Vitae <br> Center for Automotive Research <br> (January 2024) <br> No Bates |
| 32. | OSU Annual Report 2019 <br> No Bates |
| 33. | Emails between Huang and Rizzoni (Dec. 3, 2013) <br> Subj: Re: 2014 Fall PhD Candidacy Inquiry – Meng Huang <br> Huang 001409-001410 |
| 34. | Emails: Huang and Rizzoni (Dec. 3, 2013; Dec. 4, 2013; Dec. 5, 2013; Dec. 6, 2013; Feb. 24, 2014; Feb. 24, 2014; Feb. 25, 2014; Mar. 3, 2014; Mar. 4, 2014; Mar. 8, 2014) <br> Subject: Re: 2014 Fall PhD Candidacy Inquiry – Meng Huang <br> OSU_007962-007969; Huang 000650-000652 |

| | |
|---|---|
| 35. | Emails: w/ Rizzoni (Dec. 16, 2013; Dec. 17, 2013; Dec. 18, 2013; Dec. 24, 2013; Dec. 26, 2013)<br>Subject: Re: ME 8372<br>OSU_006986-006988 |
| 36. | Emails: Wei Zhang and Rizzoni (Jan. 13, 14, 2014)<br>Subj: about Yueyun |
| 37. | Emails: Huang, Rizzoni, You (Mar. 10, 2014; Mar. 22, 2014; Mar. 23, 2014; Mar. 24, 2014)<br>Subject: Re: You Admission to The Ohio State University<br>Huang 000633-000636 |
| 38. | Emails: Rizzoni and Huang (Mar. 24, 2014; Mar. 29, 2014; Dec. 8, 2014)<br>Subject: Re: Your Admission to The Ohio State University<br>RIZZONI 45 |
| 39. | Letter to Meng Huang from Rizzoni<br>Subj: Re: Meng Huang Graduate Research Associate<br>(Apr. 4, 2014)<br>OSU_000066 |
| 40. | Emails: Rizzoni and Huang (Apr. 6, 2014; May 3, 2014; May 4, 2014) Re: GRA offer<br>Huang001216-1217 |
| 41. | Email from GR to Meng, stating "Thinking about you in Paris." |
| 42. | Emails: ME 3360 to group; Sadinski, Rizzoni (Cc: Srinivasan) (Apr. 24, 2014; Apr. 25, 2014; Apr. 26, 2014; Apr. 27, 2014)<br>Subject: FW: NE3360 Rizzoni/Srinavasan Final<br>OSU_007079-007083 |
| 43. | Emails: Grad School Petitions and Huang<br>(Sept. 25, 2014)<br>Subject: Course Petition – Additional Information<br>Huang 000639-000640 |
| 44. | Email from Rizzoni to Huang (Sept. 28, 2014)<br>Subj.: Tomorrow<br>OSU_007353 |
| 45. | Emails: Anderson, Rizzoni, Arenas (Cc: Lin)<br>(Nov. 21, 2014; Nov. 23, 2014; Nov. 24, 2014; Nov. 25, 2014)<br>Subject: Ford URP Funding<br>OSU_006961-006962; Huang 000646-000647 |
| 46. | Emails: Huang, Rizzoni (Dec. 7, 2014)<br>Subject: Planning and Proposal<br>Huang 000653-000654 |
| 47. | Emails from Rizzoni (Dec. 8, 2014; Dec. 10, 2014; Dec. 13, 2014)<br>Subj.: Re: Meng Huang<br>OSU_006742-006745 |
| 48. | Email: Rizzoni (Dec. 20, 2014)<br>Subject: ME 3360<br>OSU_006985 |

| | |
|---|---|
| 49. | Emails: Rizzoni and Huang et al. (Dec. 21, 2014; Dec. 23, 2014; Dec. 27, 2014; Dec. 27, 2014)<br>Subject: Re: Class Schedule SP15<br>OSU_006719-006720 |
| 50. | Emails from Rizzoni (Feb. 23, 2015; Feb. 24, 2015; Feb. 26, 2015)<br>Subj: New main title of the technical report on [redacted]<br>OSU_009264-009265 |
| 51. | Emails from Rizzoni to Canova, Guvenc, Midlam-Mohler (Mar. 5, 2015; Mar. 15, 2015; Mar. 16, 2015)<br>Subj: coordinating graduate student recruitment<br>OSU_009172-009178 |
| 52. | Email from Rizzoni to [redacted] (April 19, 2015)<br>Subj: candidacy exam schedules<br>OSU008900 |
| 53. | Emails: Rizzoni (Apr. 25, 2015)<br>Subj. Re: Meeting with Jeff Doering on OSU Ford Day<br>OSU_009040 |
| 54. | Emails: Rizzoni and Huang (May 7, 2015)<br>Subject: Saturday<br>Huang 000665 |
| 55. | Emails: Rizzoni, Chen, Li, Lin, Pan, Humphrey, You (May 6, 2015; May 7, 2015; May 8, 2015; May 10, 2015; May 11, 2015; )<br>Subject: Visit to Hefei<br>OSU_019504-019507 |
| 56. | Emails: Rizzoni and Ohlemacher<br>(May 9, 2015; May 11, 2015)<br>Subject: Re: change of desks<br>Huang 000666 |
| 57. | Emails: Huang and Rizzoni<br>(May 25, 2015)<br>Subject: FW: Invitation to review APEN-D-15-02403<br>Huang 000676-000678 |
| 58. | Emails: Rizzoni and You (May 24, 2015; May 25, 2015; May 26, 2015)<br>Subject: More information on Ohio State<br>OSU_008725-008727 |
| 59. | Emails: Rizzoni and Huang (May 25, 2015)<br>Subject: FW: Invitation to review APEN-D-15-02403<br>OSU_008736-008737 |
| 60. | Emails: Rizzoni and Huang<br>(June 11, 2015; June 12, 2015)<br>Subject: Ford URP Webex review<br>Huang 000689-000691 |
| 61. | Email: Rizzoni and Huang<br>(June 13, 2015)<br>Subject: meet on Sunday<br>Huang 000692 |

| | |
|---|---|
| 62. | Emails: Humphrey, Rizzoni, Emerling, Yurkovich (Cc: Duffy, Henley, Orr, Ohlemacher, car) (Aug. 15, 2015; Aug. 16, 2015)<br>Subject: Would you assist: CAR Tour for ECOSM – Sunday, August 23<br>OSU_009505-009507 |
| 63. | Emails: Rizzoni and Huang<br>(Aug. 22, 2015)<br>Subj: FW: Gary Smyth travel plans ECOSM<br>Huang 000711 |
| 64. | Emails: Rizzoni and Huang<br>(Sept. 7, 2015)<br>Subj: Ford URP_150908_V1<br>Huang000718-000719 |
| 65. | Emails: Rizzoni and Huang<br>(Sept. 8, 2015)<br>Subj: Re: Reduced Order Model in State Space<br>Huang000722-000724 |
| 66. | Emails: Rizzoni and Huang<br>(Sept. 17, 2015)<br>Subject: tomorrow…<br>Huang000730 |
| 67. | Emails: Rizzoni, Anderson, Marcicki (Cc: Herman)<br>(Oct. 6, 2015)<br>Subject: Meng Huang<br>Huang00000139 |
| 68. | Emails: Rizzoni and Huang<br>(Oct. 8, 2015)<br>Subject: sunday mtg<br>Huang000738 |
| 69. | Emails: Rizzoni and Huang<br>(Oct. 11, 2015)<br>Subject: Re: mtg delayed<br>Huang000739 |
| 70. | Emails: Rizzoni and Huang<br>(Oct. 23, 2015)<br>Subject: see you Sunday at 2<br>Huang000741 |
| 71. | Emails: Rizzoni, Huang, Ahmned, Herman<br>(Nov. 6, 2015)<br>Subject: schedule for Ford Nov. 11 visit as it stands now<br>Huang000742 |
| 72. | Emails: Rizzoni and Huang<br>(Nov. 17, 2015)<br>Subject: E-Chem Cell Model + Thermal Model<br>Huang000748-000751 |
| 73. | Emails: Rizzoni, Huang et al. (Dec. 19, 2015; Dec. 20, 2015)<br>Subject: Re: Holiday season – quick poll |

6

|     | |
| --- | --- |
|     | OSU_009305 |
| 74. | Emails: Rizzoni and Grad School Graduate Faculty Representative (Cc: Humphrey) (Mar. 7, 2016; Mar. 20, 2016)<br>Subject: calendar issues<br>OSU_015383 |
| 75. | Emails: Huang and Herman (Cc: Rizzoni) (Mar. 24, 2016)<br>Subject: Re: 2016 Summer Arrangement_OSU_CAR_MengHuang<br>OSU_015397-015398 |
| 76. | Rizzoni's Autumn 2016 Research Meetings Schedules<br>OSU_011230-011231 |
| 77. | Email: Rizzoni and Huang et al. (Sept. 23, 2016)<br>Subject: A little help<br>OSU_015363 |
| 78. | Emails between Rizzoni, You, Humphrey, Pan, and Liu (Oct. 12, 13,14, 31 2015; Nov. 3, 4, 5, 22, 2015)<br>Subj: The invitation from HFUT<br>OSU_018146-018147 |
| 79. | Emails: Rizzoni and Huang (Dec. 3, 2016; Dec. 10, 2016; Dec. 11, 2016)<br>Subject: FW: Thank you for agreeing to review<br>OSU_015406-015409 |
| 80. | Email from Rizzoni to Huang (Dec. 20, 2016)<br>Subj: Ford internship<br>Attachment: Candidacy_Exam_Final_092414<br>OSU_002139 |
| 81. | Emails: Rizzoni, Humphrey, Weimer (Feb. 11, 2017; Feb. 13, 2017)<br>Subject: post-op update<br>OSU_010562-010563 |
| 82. | Rizzoni Meeting Schedule (Feb. 19, 2017-Feb. 25, 2017)<br>OSU_010491 |
| 83. | Emails: Rizzoni, You, Humphrey(Feb. 22, 2017)<br>Subject: Re: Dinner<br>OSU_010429 |
| 84. | Emails: ENG MAE HR and Rizzoni (May 25, 2017; June 12, 2017; July 19, 2017; July 25, 2017; Aug. 1, 2017)<br>Subject: Fall appointments<br>OSU_012191-012194 |
| 85. | Email: Rizzoni and Alfani (Cc: Kabat) (June 26, 2017)<br>Subject: Meng Huang<br>OSU_011661 |
| 86. | Emails: Rizzoni and Huang (Cc: Anderson, Beeney) (July 26, 2017; Aug. 5, 2017; Aug. 7, 2017)<br>Subject: following up on my visit to Dearborn<br>OSU_018568-018569 |
| 87. | Emails: Rizzoni, Bonds, and Sands (Aug. 11, 2017; Aug. 14, 2017)<br>Subject: Re: Meng Huang<br>OSU_010688-010690 |

| | |
|---|---|
| 88. | Emails: Anderson and Rizzoni (Aug. 16, 2017)<br>Subject: Re: URP<br>OSU_018618-018619 |
| 89. | Emails: Huang, Herman, Rizzoni (Aug. 17, 2017; Aug. 18, 2017)<br>Subject: Thank you!<br>OSU_011518 |
| 90. | Ford University Project Progress Report (v17)<br>Project Title: Aging modeling, state of health assessment and life prediction of electric vehicle battery packs)<br>(Mar. 17, 2017)<br>Faculty PI: Giorgio Rizzoni<br>Total Project Budget: $40,000/year<br>FORD000603-000606 |
| 91. | Ford Motor Company<br>Intern/Co-Op Performance Evaluation Guide for Meng Huang<br>(June 6, 2017-August 18, 2017)<br>FORD000010-000021 |
| 92. | Emails: Huang, Herman, Rizzoni (Aug. 17, 2017; Aug. 18, 2017)<br>Subject: Thank you!<br>OSU_011518 |
| 93. | Emails: Guezennec and Rizzoni (Cc: Zhang, Kim)<br>(Sept. 14, 2017)<br>Subject: Re: candidacy exam for Meng Huang<br>OSU_011052 |
| 94. | Emails: Rizzoni and Huang<br>(Sept. 17, 2017; Sept. 19, 2017)<br>Subject: Candidacy Exam Proposal Draft V1_Meng Huang<br>OSU_010607 |
| 95. | Emails: Huang and Rizzoni<br>(Sept. 29, 2017; Oct. 2, 2017; Oct. 3, 2017)<br>Subject: meeting this weekend<br>OSU_015703-015704 |
| 96. | Email: Rizzoni and Huang (Cc: Anderson and Beeney)<br>(Oct. 4, 2017)<br>Subject: Ford Webex today<br>Huang00000415; OSU_018550 |
| 97. | Email from Rizzoni to Andreson (Oct. 4, 2017)<br>Subj: webex today?<br>FORD000521-000522 |
| 98. | Email: Rizzoni and Huang (Cc: Anderson; Beeney)<br>(Oct. 18, 2017)<br>Subject: Webex today<br>OSU_018601 |
| 99. | Email: Rizzoni and Anderson<br>(Oct. 21, 2017)<br>Subject: Re: Meng |

8

| | |
|---|---|
| | OSU_009816 |
| 100. | Emails: Anderson and Huang (Cc: Rizzoni) (Oct. 24, 2017; Nov. 1, 2017) Subject: Re: Comments on Dissertation Proposal Attachments: Comments on Dissertation Proposal-review-MengHuang.pdf OSU_018602-018605; OSU_018523-018524 |
| 101. | Emails: Rizzoni and Anderson (Cc: Sands) (Nov. 12, 2017; Nov. 14, 2017) Subject: RE: Candidacy Exam update OSU_018610-018611 |
| 102. | Email: Rizzoni and Anderson (Nov. 17, 2017) Subject: Meeting today OSU_009802 |
| 103. | Email: Rizzoni and Sundaresan (Nov. 20, 2017) Subject: a quick favor if possible . . . quick reply required. OSU_12747 |
| 104. | Emails between Rizzoni and Kabat (Nov. 20, 2017) Subj: HR question OSU_009601 |
| 105. | Emails from Rizzoni to Sands (Nov. 20, 21, 2017) Subj: Let me know… OSU_012935 |
| 106. | Emails between Rizzoni, Herman, Holowinsky, Pauline, Weimer (Dec. 2, 11 2017) Subj: Quantum Computing Questionnaire OSU_010425-010427 |
| 107. | Emails: Anderson and Huang (Dec. 6, 2017) Subject: Upcoming candidacy exam FORD000511 |
| 108. | Emails: Rizzoni, Sands (Dec. 10, 2017) Subject: Meng OSU_009796-009797 |
| 109. | Email from Rizzoni (Dec. 10, 2017) Subj: Meng Huang candidacy exam OSU_003009 |
| 110. | Emails: Guezennec, Sandaresan, Rizzoni, Canova, and Kim (Dec. 11, 2017) Subject: Re: Meng Huang candidacy exam OSU_010371-010372 |
| 111. | Emails: Rizzoni, Canova, Sundaresan, Kim (Cc: Guezennec) (Dec. 11, 2017) Subject: Meng Huang candidacy exam OSU_010536 |
| 112. | Emails: Rizzoni, Kabat, Riedel, and Shane (Cc: Weimer) (Dec. 12, 2017) Subj: Meng Huang OSU_000859-000860 |

9

| | |
|---|---|
| 113. | Emails between Cumpston and Smith (Cc: Subramaniam) (Dec. 12, 2017)<br>Subj: PhD Student Reported Issue<br>OSU006222-006223 |
| 114. | Emails between Rizzzoni and Bons (Cc: Sands) (Dec. 13, 14, 2017)<br>Subj: information request |
| 115. | Emails between Huang and Bons (Cc: Subramaniam, Homolak) (Dec. 19, 20, 21, 22, 2017)<br>Subj: Candidacy Exam chances<br>OSU_001893-001896 |
| 116. | Emails from Huang to Davis (Dec. 22, 2017)<br>Subj: Your Satisfactory Academic Progress (SAP) status is "eligible; approaching maximum time frame"<br>OSU_003324 |
| 117. | Emails between Jayakumar, Humphrey, Weimer, Canova (Jan. 4, 5 2018)<br>Subj: Meng called Valerie tonight<br>OSU_003272 |
| 118. | Emails: Horujko, Shaffer (Cc: Griffiths)<br>Subj: Huang, Meng contact 1-5-18<br>OSU_000944-000945 |
| 119. | Emails between Huang and Broshious (Cc: Subramaniam, Cumpston, Davis, Engbersen, Kyle, Irwin, and Ako-Adounvo (Jan. 5, 2018)<br>Subj.: medical care<br>OS_001406-001407 |
| 120. | Emails between Rose, Rosenfeld (Jan. 10, 2018)<br>Subj: Meng Huang<br>OSU_002903 |
| 121. | Emails between Parry and Smith (Jan. 10, 11, 2018)<br>Subj: GR students<br>OSU_000904-000905 |
| 122. | Emails: Huang and Anderson (Feb. 2, 2018; Feb. 6, 2018)<br>Subject: Ford OSU URP IP issue<br>FORD000231-000232 |
| 123. | Emails: Anderson and Herman (Cc: Bartlett) (Feb. 2, 2018)<br>Subject: RE: Ford OSU IRP IP issue<br>FORD000229-000230 |
| 124. | Emails: Huang and Herman (Cc: Miller, Anderson, Bartlett, Marcicki, Beeney, Basmadjian) (Feb. 6, 2018; Feb. 7, 2018; Feb. 12, 2018)<br>Subject: RE: IP Issue on Single Particle Model of Lithium-ion Battery Cell<br>FORD000249-000251 |
| 125. | Rizzoni Skype Appointment with Phoebe You<br>(Apr. 27, 2018)<br>OSU_006417 |
| 126. | Email from Rizzoni to Phoebe You (Apr. 27, 2018)<br>Subj: confidential<br>Attachments: HR letter.pdf |

10

| 127. | Emails: Layden and Huang (May 8, 2018; May 9, 2018) Re: Resume_MengHuang<br>FORD000501-000502 |
|---|---|
| 128. | Emails between Huang and Anderson (Aug. 15, 2019)<br>Subj: Ford is looking for a battery controls research engineer<br>FORD000035-000036 |
| 129. | Emails between Anderson and Huang (Jan. 9, 2020)<br>Subj: Your status<br>FORD000034 |
| 130. | August 28, 2019 Letter from Denise Deschenes, MD, MS and Chiaothong Yong, Psyd |
| 131. | OSU Counseling & Consultation Service Notes |
| 132. | OSU Student Health Service Records |
| 133. | Ohio Health ER Records |

11