IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OHIO STATE UNIVERSITY<br>and GIORGIO RIZZONI,<br><br>    Defendants. | Case No: 2:19-CV-1976<br><br>Hon. Chief Judge Sarah D. Morrison<br>Hon. Mag. Judge Chelsey M. Vascura<br><br>**DEFENDANTS' EXHIBIT LIST** |

# **DEFENDANTS' EXHIBIT LIST**

A:  The video of Dr. Rizzoni's home taken pursuant to court order and produced during discovery.

B:  Photographs taken by Plaintiff of Dr. Rizzoni's office pursuant to court order.

C:  Plaintiff's email communication to Dr. Rizzoni of May 3, 2014; Huang_001216-17.

D:  All emails regarding feedback of the PhD committee on Plaintiff's failed PhD examination, Exhibit H to Defendant's Motion for Summary Judgment; OSU_15356-58; OSU_15350-51; OSU_15382; December 10, 2017 email from Dr. Guezennec to Dr. Rizzoni.

E:  All of OSU's internal policies regarding sexual harassment and notices of resources for students; Exhibit M to Defendant's Motion for Summary Judgment; OSU_00239 to 254.

F:  All text messages between Plaintiff and Dr. Rizzoni; OSU_00001 to 000034.

G:  Plaintiff's written complaint to OSU; OSU_00673 to 00715.

1

2

H: Dr. Rizzoni's response to Plaintiff's written complaint to OSU: OSU_06143 to 06212.

I: Plaintiff's rebuttal to Dr. Rizzoni's response:  OSU_01976 to 02086.

J: Plaintiff email to prospective student; Huang_0661.

K: Emails with Plaintiff and Janine Sands; OSU_18596 to 18597.

L: Plaintiff's psychological counseling/medical records; Huang_00285 to 00632 and Dr. Lubit records pending outcome of motion in limine.

M : Email communications; OSU_015401 to 015403; OSU_003316.

N : Email communication; OSU_05692.

O: All student appointments of Plaintiff at OSU; OSU_20146 to OSU_20194.

P: Plaintiff's student transcript at OSU.