IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| v. | Hon. Mag. Judge Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | JURY TRIAL DEMANDED |
| Defendants. | |

## STATUS REPORT REGARDING PLAINTIFF'S VISA

This status report is provided by Plaintiff to comply with the Court's Order of July 18, 2025. As previously explained at the July 18, 2025 status conference, Ms. Huang has applied for a B1/B2 visa to travel to the United States for trial in this case. According to the official government portal, her visa is listed as "approved pending final review for issue." Based on this, we do not foresee any difficulty regarding her visa. Plaintiff will, however, file an additional status report when her visa is issued

Respectfully Submitted,

Dated: August 1, 2025

/s/ Andrew J. Horowitz
Bruce C. Fox, Esq. (*pro hac vice*)
Andrew J. Horowitz, Esq. (OH ID No. 0101753)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Phone:	(412) 566-1500
Fax:	(412) 281-1530
bruce.fox@obermayer.com
andrew.horowitz@obermayer.com

1

4932-5020-8601 v1

*Counsel for Plaintiff Meng Huang*

4932-5020-8601 v1

**CERTIFICATE OF SERVICE**

  The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                   */s/ Andrew J. Horowitz, Esq.*