IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>  Plaintiff,<br><br> v.<br><br>THE OHIO STATE UNIVERSITY<br>and GIORGIO RIZZONI,<br><br>  Defendants. | Case No: 2:19-CV-1976<br><br>Hon. Chief Judge Sarah D. Morrison<br>Hon. Mag. Judge Chelsey M. Vascura<br><br>**MOTION FOR LEAVE TO FILE<br>AMENDED EXHIBIT LIST** |

### MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST

Plaintiff, Meng Huang, through her undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, respectfully submits this Motion for Leave to file an amended exhibit list in the above-captioned case, and states as follows:

1. Pursuant to this Court's Order Setting Jury Trial Date and Final Pre-Trial Conference (Dkt. No. 242), the Parties filed a Joint Pretrial Statement on July 22, 2025, which attached both Plaintiff's and Defendants' Exhibit Lists. (Dkt. No. 266; 266-1; 266-2).

2. Within seven days of filing the Joint Pretrial Statement and exhibit lists, Defendants notified Plaintiff of minor clerical errors with Bates numbering as well as additional questions regarding the exhibits referenced in Plaintiff's Exhibit List. (Dkt. No. 266-1). Plaintiff promptly addressed and corrected any issues with Defendants. *See* Exhibit A attached.

3. Also within seven days of filing the Joint Pretrial Statement, Plaintiff identified eleven additional documents[1] that she inadvertently omitted from her exhibit list.

4. Defendants consent to filing an amended exhibit list only as to correcting Bates numbers and other administrative adjustments. However, Defendants object to the eleven additional exhibits. *See* Exhibit B attached.

5. Further delay with filing this Motion resulted from the Parties' efforts to meet and confer on this issue.

6. An amended exhibit list reflecting clerical corrections and eleven additional exhibits is reasonable and will not unduly delay this action. Moreover, a corrected list containing the additional exhibits aims to avoid confusion and ensure fairness and efficiency in trying this matter.

7. Defendants would not be unfairly prejudiced by filing an amended exhibit list, as the Parties began communicating about these issues over a month before the trial is set to begin and over two weeks in advance of the Final Pretrial Conference. *Cf. Fulkerson v. Yaskawa Am., Inc.*, No. 3:13-cv-130, 2014 U.S. Dist. LEXIS 146634, at *5-6 (S.D. Ohio Oct. 14, 2014) (sustaining in part and overruling in part Plaintiff's Second Motion for Leave to file an amended exhibit list in an employment case where the Court permitted Plaintiff to add a voicemail and photographs taken during her employment to the exhibit list but denied photographs taken after Plaintiff's termination as prejudicial); *Corp. Comm'n Servs. of Dayton, LLC v. MCI Comm'ns Servs., Inc.*, No. 3:08-cv-046, 2010 U.S.

---

[1] The eleven additional exhibits are not newly discovered and consist of Ms. Huang's OSU pay stubs and tax returns from 2014-2019, 2020 TAE pay summary and pay stubs, an article regarding the Department of Education's Office of Civil Rights four-year investigation into OSU's Title IX compliance, the United States Department of Education Q&A on Campus Sexual Misconduct report, and an Independent Investigation of Sexual Abuse Committed by Dr. Richard Strauss at The Ohio State University report.

4915-5072-1885 v1

Dist. LEXIS 149050, at *4-6 (S.D. Ohio Apr. 9, 2010) (overruling a Motion for Leave to amend an exhibit list where the additional exhibits evidenced settlement discussions in violation of Fed. R. Evid. 408); *Stryker Corp. v. Ridgeway*, No. 1:13-cv-1066, 2016 U.S. Dist. LEXIS 204735, at *6-7 (W.D. Mich. Feb. 17, 2016) (denying in part and granting in part Plaintiff's Motion for Leave to amend the trial exhibit list, noting that the motion came just six days before trial).

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Leave to file an amended exhibit list.

                                          Respectfully submitted,

Dated: August 14, 2025                     /s/ *Andrew J. Horowitz, Esq.*

                                          Andrew J. Horowitz, Esq. (OH ID No. 0101753)
                                          Bruce C. Fox, Esq. (*pro hac vice*)
                                          OBERMAYER REBMANN
                                          MAXWELL & HIPPEL LLP
                                          525 William Penn Place, Suite 1710
                                          Pittsburgh, PA 15219
                                          Phone:     (412) 566-1500
                                          Fax:       (412) 281-1530
                                          bruce.fox@obermayer.com
                                          andrew.horowitz@obermayer.com

                                          *Counsel for Plaintiff Meng Huang*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

>                             */s/ Andrew J. Horowitz, Esq.*