# Exhibit A

**Moran, Salena**

| | |
|---|---|
| **From:** | Moran, Salena |
| **Sent:** | Thursday, July 24, 2025 3:36 PM |
| **To:** | Fox, Bruce; CCorl@plunkettcooney.com; Horowitz, Andrew |
| **Subject:** | RE: Huang v. OSU |

## Large File Send
Sent Files

Powered by **mimecast**

**You shared files with**
**bruce.fox@obermayer.com** **CCorl@plunkettcooney.com** **Andrew.Horowitz@obermayer.com**.

File(s):

**#32 FINAL_CAR_AnnualReport_2019.pdf**

**#17 Ascott Hotel Pictures.zip**

**#25 Rizzoni Distinguished Lecture Series Video w Transcript and Timestamps.pdf**

**#31 Rizzoni CV - Jan. 2024.pdf**

**#41 Nov. 1, 2016 Email - Thinking of you in France.pdf**

**#114 Dec. 13, 14, 2017 Emails Rizzoni, Bons.pdf**

Christina,

We've reviewed your prior email to address the highlighted exhibits. These inadvertent administrative discrepancies were the result of newer content that we recently acquired and are producing to Defendants in this email (e.g., the 2025 YouTube video of Rizzoni's lecture and the Ascott hotel pictures), bates number errors associated with exhibits pulled from Plaintiff's Trial 1 exhibit list, and the unintentional omission of bates numbers in certain entries (which have been completed below).

We've organized the chart of the flagged exhibits and our responses here:

| Exh. No. | Highlight | Response |
|---|---|---|
| #13 | Green | Huang001450 is the correct bates number. The version in our file has the bates number in miniscule font upside down in the upper lefthand corner, so it was hard to see when preparing the list. |
| #15 | Green | This should have been on a joint list, as required in the Court's Order (Dkt. No. 242) and as Salena indicated in a prior email. So, this is unnecessary overlap. Nonetheless, it is also Defendant's Exhibit A. |
| #16 | Green | Huang 001405 is the correct bates number. Again, the bates number was difficult to spot. |
| #17 | Yellow | These are pictures of the Ascott Hotel where Ms. Huang first met Rizzoni. Plaintiff is producing these photos to Defendants in the attached .zip file. |
| #25 | Yellow | This exhibit is a lecture that Rizzoni recently gave at NC State. Plaintiff is producing the video link and transcript to Defendants in a document attached to this email. |
| #31 | Yellow | This exhibit is Rizzoni's updated CV as of January 2024 and is also available on OSU's website. Plaintiff is producing the updated CV in an attachment to this email. |

| #32 | Yellow | This exhibit is OSU's annual report from 2019. Plaintiff included this exhibit in the Trial 1 exhibit list (previously identified as Exhibit 108). This should have been flagged or resolved in advance of the first trial if Defendants did not have this exhibit. Regardless, we've attached it here. The document does not contain bates numbering. |
| --- | --- | --- |
| #36 | Green | This exhibit should have the bates number OSU_006946. (For reference, it was also listed as Exhibit 3 on the Trial 1 exhibit list). |
| #41 | Yellow | This exhibit should be identified as OSU_020022. Please find the email attached. |
| #67 | Yellow | The bates number listed, Huang00000139, matched the bates number on the physical document located in the Trial 1 exhibit binder. However, the same bates number in our electronic file contains a different document. It is uncertain why the hard copy exhibit from Trial 1 had the incorrect number. This should be Huang000735/OSU_08699. |
| #96 | Green | Same issue as #67 where the bates number listed matched the physical document from the Trial 1 exhibit binder, but the same bates number did not match the document in our electronic file. This should be Huang001013/ OSU_018550. |
| #114 | Yellow | This exhibit should have the bates number OSU_15695-15698. |
| #126 | Green | This exhibit should have the bates number OSU_6414. |

Sincerely,

Salena



**Salena Moran, Esq.**
Associate

**Obermayer Rebmann Maxwell & Hippel LLP**
William Penn Place
525 William Penn Place   Suite 1710
Pittsburgh, PA 15219
412.209.1350 tel   215.665 3165 fax
salena.moran@obermayer.com   www.obermayer.com

  

**From:** Fox, Bruce <bruce.fox@obermayer.com>
**Sent:** Thursday, July 24, 2025 10:20 AM
**To:** Corl, Christina <CCorl@plunkettcooney.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Moran, Salena <salena.moran@obermayer.com>
**Subject:** RE: Huang v. OSU

Christina,

We will review this and get back to you.

Bruce



**Bruce C. Fox**

**Obermayer Rebmann Maxwell & Hippel LLP**
525 William Penn Place | Suite 1710
Pittsburgh, PA 15219
412.288.2462 tel · 412 281.1530 fax
bruce.fox@obermayer.com  www.obermayer.com

  

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Thursday, July 24, 2025 10:17 AM
**To:** Fox, Bruce <bruce.fox@obermayer.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Moran, Salena <salena.moran@obermayer.com>
**Subject:** Huang v. OSU

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Counsel, we located almost all of Plaintiff's exhibits. We had to guess on a couple of them because Plaintiff either didn't list a bates-number or the number listed did not match the exhibit description. See attached color-coded document.

Our "guesses" about what we think Plaintiff is referencing are in green. If an exhibit is in yellow, we do not have it in our materials.

We guessed on exhibits 13, 15, 16, 36, and 126. I believe the bates-numbers I listed in green are correct.

The bates-number listed for Ex 67 does not match the exhibit description. Do you mean Huang 000735 or OSU_008699?

The Huang bates-number listed for Ex 96 does not match the exhibit description. Do you mean Huang 001013? The second bates-number (OSU_018550) listed for 96 is correct.

We do not have exhibits 17, 25, 31, 32, 41, or 114

Please advise. Thanks.



**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018    C 614.309.9212

bio | office | vcard | web

3

