# Exhibit B

**Moran, Salena**

| | |
|---|---|
| **From:** | Corl, Christina <CCorl@plunkettcooney.com> |
| **Sent:** | Wednesday, July 30, 2025 6:14 AM |
| **To:** | Fox, Bruce |
| **Cc:** | Moran, Salena; Horowitz, Andrew |
| **Subject:** | Re: Huang v. OSU |

Okey dokey.

Sent from my iPhone

Christina L. Corl
Plunkett Cooney
Direct dial: 614-629-3018
Cell: 614-309-9212

On Jul 29, 2025, at 5:26 PM, Fox, Bruce <bruce.fox@obermayer.com> wrote:

**[EXTERNAL]**

Christina,
Respectfully, the pretrial order and exhibit list was filed seven days ago, not several weeks ago. We'll include the provision you suggest that allows Defendants to assert any objections.
I'll send the additional exhibits under separate cover, and suggest we meet and confer on them if you are resistant to their inclusion in an amended exhibit list.

Thanks, Bruce

<image001.jpg>

<image002.jpg>

<image003.jpg>

<image004.jpg>

**Bruce C. Fox**

Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place | Suite 1710
Pittsburgh, PA 15219
412.288.2462 tel | 412.281.1530 fax
bruce.fox@obermayer.com  www.obermayer.com

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Tuesday, July 29, 2025 2:16 PM

1

**To:** Moran, Salena <salena.moran@obermayer.com>
**Cc:** Horowitz, Andrew <Andrew.Horowitz@obermayer.com>; Fox, Bruce <bruce.fox@obermayer.com>
**Subject:** Re: Huang v. OSU

Counsel, we object to you adding any additional exhibit at this late date. The date for the plaintiffs to identify their exhibits was the date that the final pre-trial order was due several weeks ago.

If you are going to attempt to file an amended pre-trial order that adds exhibits you will need to allow the provision for defendants to object. If you are simply going to correct misidentified exhibit numbers, then we will consent.

Please advise.

Sent from my iPhone

Christina L. Corl
Plunkett Cooney
Direct dial: 614-629-3018
Cell: 614-309-9212


> On Jul 29, 2025, at 1:09 PM, Moran, Salena <salena.moran@obermayer.com> wrote:
>
> **[EXTERNAL]**
>
> Christina,
>
> I've attached Amended Exhibit C – Plaintiff's Exhibit List with track changes. We edited Exhibit 41 to omit commentary and supplemented the entry with the proper bates number for that email.
> Further, we omitted Exhibit 89, as it was an exact duplicate of Exhibit 92, and we supplemented the list with Exhibits 134-143.
>
> We can coordinate with Ms. Edwards on how the Court would like us to proceed with filing the amended exhibit list to ensure that everything is correct for trial.
>
> Thank You,
>
> Salena

2

&lt;image003.jpg&gt;
&lt;image004.jpg&gt;

&lt;image005.jpg&gt;

&lt;image006.jpg&gt;

Salena Moran, Esq.
Associate

Obermayer Rebmann Maxwell & Hippel LLP
William Penn Place
525 William Penn Place ¦ Suite 1710
Pittsburgh, PA 15219
412.209.1350 tel ¦ 215.665.3165 fax
salena.moran@obermayer.com  www.obermayer.com

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Monday, July 28, 2025 9:13 AM
**To:** Fox, Bruce <bruce.fox@obermayer.com>
**Cc:** Moran, Salena <salena.moran@obermayer.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>
**Subject:** RE: Huang v. OSU

Counsel, in reviewing the Plaintiff's exhibits which you sent last week, many of the emails have commentary written on them by the Plaintiff related to her lawsuit. As an example: exhibit 41. This is not appropriate and we are seeking your agreement to use clean copies of exhibits/emails at trial and your commitment to remove the Plaintiff's commentary from the documents. Please advise.

&lt;image007.jpg&gt;

### Christina L. Corl

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018   C 614.309.9212

bio | office | vcard | web

&lt;image008.jpg&gt;

**From:** Corl, Christina
**Sent:** Thursday, July 24, 2025 6:21 PM
**To:** Bruce Fox <bruce.fox@obermayer.com>
**Cc:** Salena Moran <salena.moran@obermayer.com>; Andrew Horowitz <Andrew.Horowitz@obermayer.com>
**Subject:** Re: Huang v. OSU

On Monday, I will draft up a proposed email to the court law clerk telling her that we have had some issues with inaccurate exhibit identification, and ask what the court would prefer for us to correct it. I'll send the email to you for approval before I send it on to the court. That way we'll be doing whatever the court requests for correction. Sound good?

3

Sent from my iPhone

Christina L. Corl
Plunkett Cooney
Direct dial: 614-629-3018
Cell: 614-309-9212

> On Jul 24, 2025, at 6:16 PM, Fox, Bruce <bruce.fox@obermayer.com> wrote:
>
> [EXTERNAL]
>
> Hi Christina,
>
> Some thoughts on how to handle this:
>
> 1. Can we stipulate to an amended joint final pretrial statement? The Court Order says exhibit lists are not to be filed separately, so we could file the entire pretrial statement with the amended exhibit list attachment.
> 2. We could also file Plaintiff's amended exhibit list as an errata or supplement and link it to the joint final pretrial statement rather than file the whole thing, as the corrections were only to our exhibit list. Not sure if this is considered a "separately filed" exhibit list, which the Order prohibits, but if it's linked to the pretrial statement, then it might be ok.
>
> Also, we just discovered we need to add OSU pay stubs and related financial documentation to the exhibits, which we are presently working on compiling.
>
> The member of our team working on supplementing discovery responses (Andrew Horowitz) is presently on vacation until late next week. I'll keep you apprized as to our progress.
>
> Bruce
>
> <image001.jpg>
> <image002.jpg>
>
> <image003.jpg>
>
> <image004.jpg>
>
> Bruce C. Fox
>
> Obermayer Rebmann Maxwell & Hippel LLP
> 525 William Penn Place | Suite 1710
> Pittsburgh, PA 15219
> 412.288.2462 tel   412.281.1530 fax
> bruce.fox@obermayer.com   www.obermayer.com

4

**From:** Corl, Christina <CCorl@plunkettcooney.com>
**Sent:** Thursday, July 24, 2025 3:47 PM
**To:** Moran, Salena <salena.moran@obermayer.com>
**Cc:** Fox, Bruce <bruce.fox@obermayer.com>; Horowitz, Andrew <Andrew.Horowitz@obermayer.com>
**Subject:** Re: Huang v. OSU

Thanks all. Thoughts about correcting the incorrect Bates numbers in our joint final pretrial order? That is the document the court is going to use to try this case.

Also, I am asking again that plaintiff supplement her discovery responses with respect to damages, including lost wage damages.

Sent from my iPhone

Christina L. Corl
Plunkett Cooney
Direct dial: 614-629-3018
Cell: 614-309-9212

> On Jul 24, 2025, at 3:36 PM, Moran, Salena <salena.moran@obermayer.com> wrote:
>
> **[EXTERNAL]**
>
> I'm using Mimecast to share large files with you. Please see the attached instructions.
>
> I'm using Mimecast to share large files with you. Please see the attached instructions.
>
> Christina,
>
> We've reviewed your prior email to address the highlighted exhibits. These inadvertent administrative discrepancies were the result of newer content that we recently acquired and are producing to Defendants in this email (*e.g.*, the 2025 YouTube video of Rizzoni's lecture and the Ascott hotel pictures), bates number errors associated with exhibits pulled from Plaintiff's Trial 1 exhibit list, and

5

the unintentional omission of bates numbers in
certain entries (which have been completed below).

We've organized the chart of the flagged exhibits and
our responses here:

| Exh. No. | Highlight | Response |
|---|---|---|
| #13 | Green | Huang001450 is the correct bates number. The version in ou number in miniscule font upside down in the upper lefthand see when preparing the list. |
| #15 | Green | This should have been on a joint list, as required in the Court and as Salena indicated in a prior email. So, this is unnecess Nonetheless, it is also Defendant's Exhibit A. |
| #16 | Green | Huang 001405 is the correct bates number. Again, the bates spot. |
| #17 | Yellow | These are pictures of the Ascott Hotel where Ms. Huang first producing these photos to Defendants in the attached .zip fi |
| #25 | Yellow | This exhibit is a lecture that Rizzoni recently gave at NC State the video link and transcript to Defendants in a document at |
| #31 | Yellow | This exhibit is Rizzoni's updated CV as of January 2024 and is website. Plaintiff is producing the updated CV in an attachm |
| #32 | Yellow | This exhibit is OSU's annual report from 2019. Plaintiff incluc Trial 1 exhibit list (previously identified as Exhibit 108). This s or resolved in advance of the first trial if Defendants did not h Regardless, we've attached it here. The document does not numbering. |
| #36 | Green | This exhibit should have the bates number OSU_006946. (Fo listed as Exhibit 3 on the Trial 1 exhibit list). |
| #41 | Yellow | This exhibit should be identified as OSU_020022. Please find |
| #67 | Yellow | The bates number listed, Huang00000139, matched the bate physical document located in the Trial 1 exhibit binder. How number in our electronic file contains a different document. hard copy exhibit from Trial 1 had the incorrect number. This Huang000735/OSU_08699. |
| #96 | Green | Same issue as #67 where the bates number listed matched t from the Trial 1 exhibit binder, but the same bates number di document in our electronic file. This should be Huang00101: |
| #114 | Yellow | This exhibit should have the bates number OSU_15695-1569 |
| #126 | Green | This exhibit should have the bates number OSU_6414. |

Sincerely,

Salena

<image001.jpg>      Salena Moran, Esq.
<image002.jpg>      Associate

<image004.jpg>      Obermayer Rebmann Maxwell & Hippel LLP
                    William Penn Place
                    525 William Penn Place  Suite 1710
                    Pittsburgh, PA 15219

6

&lt;image005.jpg&gt;

412.209.1350 tel | 215.665.3165 fax
salena.moran@obermayer.com | www.obermayer.com

**From:** Fox, Bruce &lt;bruce.fox@obermayer.com&gt;
**Sent:** Thursday, July 24, 2025 10:20 AM
**To:** Corl, Christina &lt;CCorl@plunkettcooney.com&gt;; Horowitz, Andrew &lt;Andrew.Horowitz@obermayer.com&gt;; Moran, Salena &lt;salena.moran@obermayer.com&gt;
**Subject:** RE: Huang v. OSU

Christina,

We will review this and get back to you.

Bruce

&lt;image006.jpg&gt;
&lt;image002.jpg&gt;

&lt;image004.jpg&gt;

&lt;image005.jpg&gt;

Bruce C. Fox

Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place | Suite 1710
Pittsburgh, PA 15219
412.288.2462 tel | 412.281.1530 fax
bruce.fox@obermayer.com   www.obermayer.com

**From:** Corl, Christina &lt;CCorl@plunkettcooney.com&gt;
**Sent:** Thursday, July 24, 2025 10:17 AM
**To:** Fox, Bruce &lt;bruce.fox@obermayer.com&gt;; Horowitz, Andrew &lt;Andrew.Horowitz@obermayer.com&gt;; Moran, Salena &lt;salena.moran@obermayer.com&gt;
**Subject:** Huang v. OSU

**WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Counsel, we located almost all of Plaintiff's exhibits. We had to guess on a couple of them because Plaintiff either didn't list a bates-number or the number listed did not match the

7

exhibit description. See attached color-coded document.

Our "guesses" about what we think Plaintiff is referencing are in green. If an exhibit is in yellow, we do not have it in our materials.

We guessed on exhibits 13, 15, 16, 36, and 126. I believe the bates-numbers I listed in green are correct.

The bates-number listed for Ex 67 does not match the exhibit description. Do you mean Huang 000735 or OSU_008699?

The Huang bates-number listed for Ex 96 does not match the exhibit description. Do you mean Huang 001013? The second bates-number (OSU_018550) listed for 96 is correct.

We do not have exhibits 17, 25, 31, 32, 41, or 114

Please advise. Thanks.

&lt;image007.jpg&gt;

**Christina L. Corl**

Plunkett Cooney
Attorneys & Counselors at Law
T 614.629.3018   C 614.309.9212

bio | office | vcard | web

&lt;image008.jpg&gt;

&lt;Mimecast Large File Send Instructions&gt;

&lt;Amended Exhibit C - Plaintiff's Exhibit List.docx&gt;

8