IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>      Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>      Defendants. | Case No: 2:19-cv-1976<br><br>Chief Judge Sarah D. Morrison<br><br>Magistrate Judge: Chelsey M. Vascura |

**NOTICE OF FILING TRIAL DEPOSITION EXCERPT OBJECTION LOG FOR PLAINTIFF'S WITNESS DYCHE ANDERSON**

      Defendant gives notice that the parties have resolved some of the objections to the deposition excerpts identified by Plaintiff regarding witness Dyche Anderson. The unresolved objections are detailed in the attached Objection Log, along with Plaintiff's responses to the objections.

      Respectfully submitted,

      /s/ Christina L. Corl
      Christina L. Corl  (0067869)
      Plunkett Cooney
      716 Mt. Airyshire Blvd., Suite 150
      Columbus, OH 43235
      Tel: (614) 629-3018
      Fax: (248) 901.4040
      Email: CCorl@plunkettcooney.com
      *Attorney for Defendants*

61141861.1|25577.83339(Huang)

## **CERTIFICATE OF SERVICE**

Please take notice that counsel for Defendants hereby certifies that on **August 18, 2025**, the foregoing document, NOTICE OF FILING TRIAL DEPOSITION EXCERPT OBJECTION LOG FOR PLAINTIFF'S WITNESS DYCHE ANDERSON, was electronically filed/transmitted with the Clerk's Office using its electronic filing system, which will notify all parties of record via electronic mail.

/s/ Christina L. Corl
Christina L. Corl  (0067869)
Plunkett Cooney
