# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

MENG HUANG

    Plaintiff,

Case No.: 2:19-CV-1976-SDM-CMV

-vs-

OHIO STATE UNIVERSITY, ET AL.

    Defendant,

District Judge    Sarah D. Morrison
Magistrate Judge    Chelsey M. Vascura

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Andrew J. Horowitz__, trial
(Name of Trial Attorney)

attorney for __Plaintiff Meng Huang__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Salena E. Moran__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Plaintiff Meng Huang__.
(Name of Party)

Movant represents that __Salena E. Moran__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Pennsylvania__ as attested by the accompanying certificate from that
(Name of State)

court and that __Salena E. Moran__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

\_\_Salena E. Moran\_\_'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone \_\_412-566-1500\_\_   Business fax \_\_412-281-1530\_\_

Business address \_\_Obermayer Rebmann Maxwell & Hippel LLP\_\_

525 William Penn Place, Suite 1710
Pittsburgh, PA  15219

Business e-mail address \_\_salena.moran@obermayer.com\_\_

_(signature)_
(Signature of Trial Attorney)

(Address) 525 William Penn Place, Suite 1710
Pittsburgh, PA  15219
(City, State, Zip Code)
412-566-1500
(Telephone Number)

Trial Attorney for Plaintiff Meng Huang
(Name of Party)

**(Please attach required Certificate of Service)**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Salena Moran, Esq.*

**DATE OF ADMISSION**

*January 2, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 18, 2025

Nicole Traini
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2025, I caused the foregoing Motion for Admission Pro Hac Vice of Bruce C. Fox to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to all parties of interest participating in the CM/ECF system.

Andrew J. Horowitz
Ohio ID 101753
Counsel for Plaintiff Meng Huang

4914-2983-7407 v1-8/14/25