**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MENG HUANG,**

  **Plaintiff,**  :

 v.    Case No. 2:19-cv-1976
  Chief Judge Sarah D. Morrison
**THE OHIO STATE**   Magistrate Judge Chelsey M.
**UNIVERSITY,** *et al.***,**   Vascura
  :

  **Defendants.**

**ORDER**

This matter is before the Court on Defendants' Notice of Filing Objection Log for Plaintiff's Witness Dyche Anderson. (Obj., ECF No. 270.) The Court rules as follows:

- *Defendants' Objection, page 61, line 5* – **SUSTAINED**.

- *Defendants' Objection, page 61, line 10* – **SUSTAINED**.

- *Defendants' Objection, page 76, line 11* – S**USTAINED**.

**IT IS SO ORDERED.**

       /s/ Sarah D. Morrison
       **SARAH D. MORRISON, CHIEF JUDGE
       UNITED STATES DISTRICT COURT**