# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>      Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI,<br><br>      Defendants. | Case No: 2:19-cv-1976<br><br>Chief Judge Sarah D. Morrison<br><br>Magistrate Judge: Chelsey M. Vascura |

## NOTICE OF FILING DE BENE ESSE TRIAL TESTIMONY OF DR. YANN GUEZENNEC AND OBJECTION LOG

    Now come Defendants, by and counsel, and hereby submit to the Court the de bene esse trial testimony of witness Dr. Yann Guezennec along with the Objection Log for the Court's ruling.

    Respectfully submitted,

/s/ Christina L. Corl
Christina L. Corl  (0067869)
Plunkett Cooney
716 Mt. Airyshire Blvd., Suite 150
Columbus, OH 43235
Tel: (614) 629-3018
Fax: (248) 901.4040
Email: CCorl@plunkettcooney.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **August 28, 2025**, the foregoing document, NOTICE OF FILING DE BENE ESSE TRIAL TESTIMONY OF DR. YANN GUEZENNEC AND OBJECTION LOG, was filed with the Court.  A copy of this Notice will be distributed by the Court's ECF System.

/s/ Christina L. Corl
Christina L. Corl  (0067869)
Plunkett Cooney