

# Transcript of Dr. Yann Guezennec

**Date:** August 26, 2025
**Case:** Huang -v- The Ohio State University, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1      IN THE UNITED STATES DISTRICT COURT FOR THE

2              SOUTHERN DISTRICT OF OHIO

3                  EASTERN DIVISION

4   MENG HUANG,

5              Plaintiff,

6   v.

7   THE OHIO STATE UNIVERSITY and GIORGIA RIZZONI,

8              Defendants.

9   _____

10

11  Case No.:  2:19-CV-1976

12

13

14

15          DEPOSITION OF DR. YANN GUEZENNEC

16          Tuesday, August 26, 2025

17                  11:06 a.m.

18              Conducted Virtually

19

20

21

22

23  Job:  597479

24  Pages:  1 - 75

25  Transcribed by:  Pamela A. Flutie

1      Deposition of Dr. Yann Guezennec was

2  conducted virtually.

3

4

5

6

7

8      Pursuant to Notice/Pursuant to agreement,

9  before Kieran Morrison, Notary Public in and for

10 the State of Utah.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF THE DEFENDANTS, THE OHIO STATE

 3   UNIVERSITY AND GIORGIO RIZZONI:

 4        CHRISTINA L. CORL, ESQUIRE

 5        PLUNKETT COONEY, P.C. (COLUMBUS)

 6        716 Mt. Airyshire Blvd., Suite 150

 7        Columbus, OH 43235

 8        (614) 629-3000

 9

10   ON BEHALF OF THE PLAINTIFF, MENG HUANG:

11        BRUCE FOX, ESQUIRE

12        OBERMAYER REBMANN MAXWELL & HIPPEL LLP

13        525 William Penn Place, Suite 1710

14        Pittsburgh, PA 15219-2502

15        (412) 288-2462

16

17

18

19

20

21

22

23

24

25
```

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    4

```
 1                C O N T E N T S

 2   EXAMINATION OF DR. YANN GUEZENNEC      PAGE

 3        By Christina L. Corl, Esquire      7, 70

 4        By Bruce Fox, Esquire            25, 70

 5

 6

 7                E X H I B I T S

 8           (Attached to transcript)

 9   DEPOSITION EXHIBIT                    PAGE

10   Defendant Exhibit D01                  21

11   Plaintiff Exhibit 92                   32

12   Plaintiff Exhibit 10                   37

13   Plaintiff Exhibit 108                  44

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              P R O C E E D I N G S
2              VIDEOGRAPHER:  Here begins Media
3    Number 1 in the videotaped deposition of Dr.
4    Yann Guezennec in the matter of Meng Huang v
5    Ohio State University and Giorgia Rizzoni in the
6    United States District Court for the Southern
7    District of Ohio, Eastern Division Case Number
8    2:19-cv-1976.  Today's date is August 26, 2025.
9    The time on the video monitor is 11:06 Eastern.
10   The remote videographer today is Maddie Reif
11   representing Planet Depos.
12              All parties of this video deposition
13   are attending remotely.
14              Would counsel please voice identify
15   themselves and state whom they represent.
16              MR. FOX:  Yes, Bruce Fox, on behalf
17   of Guezennec.
18              MS. CORL:  And Christina Corl on
19   behalf of the defendants.
20              VIDEOGRAPHER:  Thank you very much.
21              The court reporter today is Kieran
22   Morrison representing Planet Depos.  The witness
23   will now be sworn.
24              COURT REPORTER:  Thank you.  Just a
25   brief read-on from me.  I am a notary authorized
```

1    to administer oaths, and this deposition will be

2    recorded by electronic means.  All parties

3    understand and agree that any certified

4    transcript produced from the recording of this

5    proceeding is intended for all uses permitted

6    under applicable procedural and evidentiary

7    rules and laws and shall constitute written

8    stipulation.

9          The parties stipulate to the use and

10   certification of this testimony consistent with

11   applicable law of such.

12         Hearing no objection, I will now swear

13   in the witness.

14         Doctor, if you will please raise your

15   right hand.  Do you solemnly swear or affirm

16   under the penalties of perjury that the

17   testimony you shall give will be the truth, the

18   whole truth, and nothing but the truth?

19         THE WITNESS:  I do.

20         COURT REPORTER:  Thank you.

21         You may proceed, Counsel.

22         MS. CORL:  Thank you.

23         Whereupon,

24              YANN GUEZENNEC,

25   being first duly sworn or affirmed to testify to

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                7

1   the truth, the whole truth, and nothing but the

2   truth, was examined and testified as follows:

3       EXAMINATION BY COUNSEL FOR THE PLAINTIFF

4   BY MS. CORL:

5       Q.   Good morning, Doctor.  My name is

6   Christina Corl, as you know, and I represent The

7   Ohio State University and Dr. Giorgio Rizzoni.

8   Would you please state your full name for the

9   record?

10      A.   My name is Yann Guezennec.

11      Q.   And are you currently employed?

12      A.   No.  I'm -- I've been retired and I'm

13  really enjoying it.

14      Q.   And you retired from The Ohio State

15  University, right?

16      A.   Yes.

17      Q.   When was that?

18      A.   I got my degree -- undergraduate

19  degree in France and then I got my PhD in the

20  United States in Chicago at the Institute of

21  Technology in December '85, and I started at The

22  Ohio State University in mechanical engineering

23  in January '16.  Then I proceeded to my career

24  for 35-plus years.  And I first retired in

25  December '16.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    8

1          And after that, I reemployed part time
2   with the university, helping the Department of
3   Mechanical Engineering for teaching some
4   classes. And I started that in the fall of '17,
5   and also helping with some research project at
6   the Center for Automotive Research with Dr.
7   Rizzoni, and that was also in July, August 17.
8   And then finally, in December '21, I completely
9   retired from the university.  I have no link
10  whatsoever with the university and happy to be
11  so.
12      Q.   Doctor, during your time at Ohio
13  State, were you supervised in any fashion by Dr.
14  Rizzoni?
15      A.   No, I was not, because technically, as
16  a faculty member, you're employed by your
17  respective academic unit, the Department of
18  Mechanical and Aerospace Engineering, and I
19  reported in the department chair, even when I
20  was rehired, I was the same thing.
21          And then my relationship with Dr.
22  Rizzoni at the Center for Automotive Research
23  was on the side from the supervisory.  The
24  Center for Automotive Research is an
25  interdisciplinary research center that involves

1   many, many faculty to participate in research

2   activities and advising of students and securing

3   some funding.  But outside of that, there's no

4   formal relationship of a supervisor supervising.

5        Q.   Okay.  And do you know the plaintiff

6   in this case, Meng Huang?

7        A.   Yes, I've heard about it.  I testified

8   the first time and participated in the exam that

9   led to this.

10       Q.   Okay. How  did you -- how did you

11  first meet her or hear of her?

12       A.   This was actually rather strange

13  because she never introduced herself to me, and

14  when she asked me, actually, I think, I believe

15  it was in September 17th, to participate in a

16  general exam, I would have expected that she

17  would have contacted me before just out of

18  courtesy and to discuss what she intended to do

19  for a PhD, etcetera.

20            Furthermore, it turns out that for a

21  PhD, she intended to use a data set that I had

22  actually spent many years collecting and so

23  forth.  So, I was very surprised of a lack of

24  curiosity that she intended to pursue a PhD on

25  something I hadn't actually materially

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    10

1    participated in creating the data.

2            MR. FOX:  I moved to strike as non-

3    responsive.  The professor is going far beyond

4    the questions that are asked of him.

5        Q.   Dr. Guezennec, please try to just

6    limit your answers to the questions I asked.

7    So, let me go back and talk about that again.

8            So did I hear you that the first time

9    you ever had contact with Ms. Huang, Dr. Huang,

10   was when she asked you to be on her PhD

11   committee?  Did I hear that correctly?

12       A.   Yeah, it's a qualifying exam.

13       Q.   Okay.

14       A.   Which is the first step.

15       Q.   And you were surprised that you had

16   not heard from her before that for what reason?

17       A.   For the reason as stated earlier.

18   It's an area of expertise.  I've done a lot of

19   research for over 20 years.  And so, I would

20   expect both out of courtesy and interest on the

21   part of the student that she would have come and

22   talked to me.  All I got is an E-mail from her.

23       Q.   And is that something that you see

24   happening frequently, that if there is a

25   researcher on faculty that is looking at a

1    particular area, students who are interested in

2    that area would reach out to the faculty member

3    to discuss the research?

4          A.    It is extremely rare that that

5    happens.  As a matter of fact, it never happens.

6    So I was very surprised by that.

7          Q.    You were surprised that she did not

8    contact you?

9          A.    That's correct.

10         Q.    Okay, okay.  And tell me about your

11   participation on -- and let me tell you why I'm

12   asking now.  I understand you did not vote.

13   You're not a voting member.  Am I correct?

14         A.    This was correct because I had retired

15   the previous December and automatically, well,

16   quasi-automatically, you're supposed to get the

17   emeritus status.  That took actually a long time

18   to get through all the paperwork at OSU.  So,

19   because my emeritus status was not completely

20   finalized, I could not participate.  I would be

21   participating in the exam, but I would not be a

22   voting member.

23         Q.    Okay.  Explain to the jury what a PhD

24   candidacy committee is, and then sort of the

25   general format for the examination.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                        12

1        A.    The general exam -- examination is

2   something that is required by graduate school

3   across the university in all departments, and

4   it's a required step that effectively allows the

5   committee to judge the suitability of the

6   candidate to pursue a PhD.  And it's assessing

7   that she has the right background from a

8   technical standpoint, and also that what she

9   proposes to do for her dissertation will be

10  suitable.

11       Q.    Okay.  And then what is the -- well,

12  let me ask you this question.  How many PhD

13  candidacy committees have you been involved in

14  over your career?

15       A.    A very large number.  I participated

16  probably in at least 12 or 15 for my own

17  students as the advisor, and probably over 40 or

18  50 or 60 others on committees that I've been

19  invited to over the years.

20       Q.    And in your experience, what is the

21  general format for conducting the candidacy

22  examination?

23       A.    The format is in some sense left to

24  the discretion of the committee member, but it

25  is very clear that the intent of the exam has to

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    13

1   be to judge the suitability of a student to

2   pursue a PhD.  So, there could be some -- very

3   often there may be some written questions to

4   judge the -- proposed by one of the committee

5   members to judge the technical background

6   knowledge that is required for what she intends

7   to do.

8          And second, at a minimum, also in all

9   departments, she has to present a document, a

10  15-page document that effectively proposes what

11  she's going to be doing for PhD dissertation.

12      Q.   Okay.  At any time prior to Dr.

13  Huang's PhD candidacy exam, did you and Dr.

14  Rizzoni ever discuss failing her?

15      A.   No, never.  By the way, having been

16  involved in many exams over the years, both as

17  an advisor and also as a participant in a

18  committee, this is really the nightmare scenario

19  to have a student not passing the general exam.

20  This is not the intent.

21          That means if it does happen, that

22  means truly the student is not ready to take the

23  next step.  But this is never the intent on

24  anybody's part to fail the student.  We start --

25          MR. FOX:  Move to strike -- move to

1    strike as non-responsive.  Professor, will you

2    try to respond to the questions proposed to you.

3              MS. CORL:  Please don't instruct my

4    witness.

5              THE WITNESS:  I did --

6         Q.   Dr. Guezennec, can you tell me why

7    it's an unusual situation and why no one ever

8    wants to fail a PhD candidate?

9         A.   It's an unusual situation because

10   usually the advisor does not put forth a student

11   -- agree to put a student forth for the general

12   exam until it feels the candidate is ready for

13   that.  So, really by the time has been kind of

14   moving forward towards a general exam, that

15   means the advisor has been satisfied to that

16   point, and so therefore, it should be successful

17   unless something really bad happens.

18        Q.   And how does it reflect on the PhD

19   advisor if their candidate fails the

20   examination?

21        A.   For that very same reason I just

22   stated, that means that the candidate -- the

23   advisor did not judge this -- misjudged that the

24   student was ready.  But sometimes the student is

25   of course pushing to try to graduate a little

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    15

1    faster and therefore would say, can I take my

2    general exam right now?  And so, the advisor

3    typically would advise the student, so maybe you

4    should wait a little bit longer and meet your

5    committee members to figure out whether it's the

6    proper thing at this juncture.

7         Q.   Okay.  At any time prior to Dr.

8    Huang's examination, did Dr. Rizzoni tell you

9    what to say in the examination?

10        A.   Absolutely not.

11        Q.   At any time prior to the examination,

12   did Dr. Rizzoni tell you how you should react to

13   Dr. Huang?

14        A.   No, no, that was never mentioned.

15        Q.   Okay.  So, in advance of the

16   examination, you were copied on some E-mails

17   with Dr. Rizzoni and the rest of the committee.

18   Do you remember that back in December of 2017?

19        A.   Yes, I do.

20        Q.   Okay.  And, in fact, in an E-mail

21   exchange with Dr. Rizzoni, Dr. Rizzoni tells you

22   that Dr. Huang has been a challenging student

23   and the committee should make the exam a "real

24   exam."  Do you remember that E-mail?

25        A.   I do.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                              16

1        Q.   Okay.  And you responded that, "It's
2   important to send the right message."  Do you
3   remember responding in that fashion to Dr.
4   Rizzoni?
5        A.   Yes.
6        Q.   And what did you mean by that?
7             MR. FOX:  Object to the form.
8        A.   Well, the general exam is always a
9   serious matter.  So, that piece of advice of
10  making it a real exam is what we tell to all our
11  students that take the general exam.  This is no
12  walk in the park, so to speak.  This is a
13  serious exam to judge your suitability for a
14  PhD.
15       Q.   Okay.  Did you believe that Dr.
16  Rizzoni was sending you some sort of coded
17  message in that E-mail?
18       A.   Absolutely not.
19       Q.   Okay.  At any time prior to the
20  examination, did you discuss with anyone failing
21  Dr. Huang in the exam?
22       A.   Never.
23       Q.   Would you break the law for Dr.
24  Rizzoni?
25       A.   Absolutely not.

1    Q.    Would you lie for Dr. Rizzoni?

2    A.    Absolutely not.

3    Q.    Okay.  Describe to the jury, please,

4  what actually happened in the PhD examination

5  with Dr. Huang.

6    A.    The exam was very strange compared to,

7  again, many of the exams I had witnessed over

8  the many, many years, decades, in a sense that

9  the student was very aggressive, confrontational

10 to a lot of the questions from all the people

11 who were participating in the committee.  And

12 this was did not want to take advice, did not

13 want to take any suggestion.

14       One of the things maybe I do have to

15 explain is that the purpose of the general exam

16 is actually if the student is mature enough and

17 ready to engage in a PhD.  It's an opportunity

18 actually to present your ideas for what you're

19 going to do for your PhD to a broader set of

20 faculty members.

21       And so, very often the general exam

22 turns very quickly into a feedback session for

23 the, you know, answering on the part of the

24 student, but also suggestion for improving the

25 potential research and so forth.  That never

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    18

1    happened.

2        Q.    Okay.  Do you remember any specific

3    questions or answers that happened during the

4    exam?

5        A.    Well, yes, I do.  And again, because I

6    was familiar with the data set she was intended

7    to use for her PhD dissertation, and I asked him

8    [sic] some specific, more directed questions.

9    When I had taken that batteries, that battery

10   data set, it was for there's two factors that

11   contribute to generically to the aging of

12   battery.  It's -- and you have a decrease in

13   capacity, which she intended based on a proposal

14   to address.

15           And the other thing is the increase in

16   resistance, which is translated itself in a

17   decrease of power you can extract on the

18   battery.  She was totally unaware of that when

19   asked a specific question, which was really

20   absolutely flabbergasting to me.  If anybody

21   that even an undergraduate has read anything

22   about batteries should know that.

23       Q.    Okay.  And so then how -- about how

24   long did the exam last?  Do you remember?

25       A.    Yes.  I mean, by mandate, the exam is

1   two hours.  And typically the student is

2   introduced by the advisor, gives a little bit of

3   a background about where the student has been

4   taking some of the courses, and then it's --

5   it's sort of a -- the time is shared among all

6   the faculty members that are sitting around the

7   committee.

8           And then the -- at the conclusion, the

9   -- the advisor, typically when the exam is

10  finished, asks the candidate to leave the room

11  and to get feedback from the committee on what

12  had happened.

13      Q.   Okay.  What happened at the conclusion

14  of this examination?

15      A.   This was extremely strange.  And

16  again, I had never witnessed that in my life.

17  Everyone around the room was absolutely stunned

18  because we all had a different impression of it.

19  But clearly we all felt like what, what just

20  happened?  I mean, this is not a candidate that

21  was -- that was ready to defend a general exam.

22      Q.   Did Dr. Huang seem to you to be

23  intimidated in any fashion by Dr. Rizzoni?

24      A.   I don't think so at all.

25      Q.   Did she seem to be intimidated by any

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    20

1    of you?

2         A.    No.  But she was -- no, I don't think

3    she was.  I don't think she was listening really

4    to what all the committee members were asking or

5    prodding in different direction and so forth and

6    making suggestions.  She was, again, very

7    confrontational through the entire exam.

8         Q.    Okay.  And then do you remember what

9    was -- what was decided by the committee with

10   respect to her passing or failing the exam?

11        A.    Well, what -- what was decided when

12   the -- the candidate left the room and we all

13   looked at each other and we actually -- we were

14   -- the first impression is -- was, I don't think

15   we can make a -- we can make a judgment because

16   if we -- nobody was satisfied around the room at

17   a performance during the exam, and you don't

18   want on the -- on the -- you don't want to make

19   a decision on the spur of the moment that's

20   going to affect the life of the -- of the

21   student.

22        So, since we all felt rather

23   negatively about it, we actually agreed

24   collectively to -- to exchange our more detailed

25   impression by E-mail across all the committee

1    member and delay the decision until the

2    following day.

3        Q.   Okay.  And did you -- did you E-mail

4    your impressions about the exam?

5        A.   Yes, yes.

6        Q.   Okay.

7            MS. CORL:  Tech, can we pull up

8    exhibit -- Defendant's Exhibit D, please.

9            REMOTE TECH:  Stand by.

10       Q.   Dr. Guezennec, is this the E-mail that

11   you sent on December 10, 2017 to the rest of the

12   committee regarding feedback on Dr. Huang's

13   candidacy exam?

14       A.   That is correct.

15       Q.   Okay.  And did anyone tell you what to

16   put in this document?

17       A.   Absolutely not.

18       Q.   Who decided what to write in this

19   document?

20       A.   There was every -- every member of the

21   committee -- I mean, for -- this specific E-

22   mail, which was my contribution, it was -- it

23   was strictly me, and I did that in the privacy

24   of my own home with no pressure from anyone.

25           And I think the, the other string of

1   E-mails from all the committee members were --

2   had been shared and it was in the same line as

3   mine.

4          MS. CORL:  And the defendants move for

5   the admission of this exhibit, but that will be

6   ruled on by the court.

7      Q.   Doctor --

8          MS. CORL:  And you can take the

9   exhibit down.  Thanks.

10     Q.   Doctor, are you aware that -- because

11  we know you're not a voting member -- but are

12  you aware that the committee determined and Dr.

13  Rizzoni agreed that Dr. Huang could not retake

14  this candidacy exam?  Were you aware of that?

15     A.   Yes.

16     Q.   And do you agree with that decision?

17     A.   Yes.  As a matter of fact, when the --

18  when the -- the exam form is turned in where

19  everybody's signature is being put on the -- on

20  the line on the, the first thing is, was the

21  exam satisfactory and all the committee members,

22  including the non-voting member like me.  And

23  then the following question, should the

24  examination not be successful, which we decided

25  collectively that it was not successful.  The

1    next question is should the candidate be allowed

2    to take the exam again -- over again?  And we --

3    I think we all agree that this was not -- that

4    this -- the candidate had not demonstrated the

5    capability and the thoroughness that you expect

6    from a PhD candidate.  So, we all agreed that

7    this was not a good idea.

8        Q.   Okay.  Well, and even in -- in a, you

9    know, it's one thing to fail the exam, right, if

10   you're not prepared, for instance.  But not

11   allowing somebody to retake it, that's a pretty

12   serious consequence, right?

13       A.   Yes, it is.

14       Q.   And why -- oh, I'm sorry  Why -- tell

15   me -- tell us why you reached that conclusion

16   with respect to Dr. Huang.

17       A.   I think we've reached that conclusion,

18   well-knowing and aware of the -- the -- the

19   really bad thing that will happen because you

20   essentially get kicked out of the PhD program

21   when that happens, okay?  So, that's why it's a

22   decision that's very rarely taken, if ever,

23   okay.

24            Personally, I've only seen two,

25   including Dr. Huang in my entire career because

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    24

1    it's a very serious decision.  And can you

2    restate your question?

3       Q.   Sure.  Tell us why that was an

4    appropriate finding in this case, not being able

5    to retake the exam, in your opinion.

6       A.   Lack -- lack of maturity for

7    completing a PhD program and lack of curiosity

8    that you expect at that level, and the inability

9    to connect some of the basics of the underlying

10   science to what you intended to do for a PhD.

11          So, we didn't feel it was just a

12   matter of going back for another three months

13   and polishing up the thing and clarifying your

14   ideas.  This was she demonstrated, as far as I'm

15   concerned, the inability to complete a PhD.

16      Q.   And you're aware that Dr. Huang

17   alleges that Dr. Rizzoni was sexually harassing

18   her, aren't you?

19      A.   No, I was absolutely unaware until

20   after the -- when she protested and then filed a

21   complaint.

22      Q.   Okay.  So, during your interactions

23   with her and Dr. Rizzoni, did you witness

24   anything that would lead you to believe that

25   anything inappropriate was going on?

1      A.    Absolutely not.  I mean, I've

2   witnessed Dr. Rizzoni over 30 years interacting

3   with many students and equally female and male,

4   and I have never heard Dr. Rizzoni making a off-

5   collar joke.  This is not something I have seen.

6           MR. FOX:  Object.  I move to exclude

7   as non-responsive.

8      Q.    Thank you.  Thank you, doctor.  I

9   don't have any more questions.

10          MR. FOX:  I want to take a short break

11  and attempt to get the video.  Let me resume in

12  15 minutes.

13          MS. CORL:  All right.

14          VIDEOGRAPHER:  All right.  We are

15  going off the record at 11:31.

16  [Off the record at 11:31 a.m.]

17  [On the record at 11:46 a.m.]

18          VIDEOGRAPHER:  We are back on the

19  record at 11:46.

20      EXAMINATION BY COUNSEL FOR DEFENDANT

21  BY MR. FOX:

22      Q.    Professor Guezennec, I have a few

23  questions for you.  First of all, what did you

24  do to prepare for this deposition?

25      A.    Just re-read all my notes and since

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    26

1    the original exam was in '17, so it's been a

2    while.  I had to refresh my mind since I'm

3    retired.

4         Q.    And did you have any discussions with

5    Professor Rizzoni in advance of this deposition?

6         A.    The only discussion over the phone was

7    actually -- I was surprised I hadn't heard from

8    him that the case was reopened because of the

9    appeal that had failed.  So, that was just a

10   clarification with him, but no discussion of the

11   deposition.

12        Q.    What -- what did he tell you during

13   the phone call with him?

14        A.    Just informing me that they had lost

15   on appeal and there would be a new trial and

16   that's all.

17        Q.    Had you've spoken with him previously

18   about the litigation?

19        A.    Yes, I have.

20        Q.    Tell me about those discussions.

21        A.    Well, Professor Rizzoni was a very

22   good colleague of mine for many, many years, 35

23   years, and we happen also to be friends.  And

24   so, when the litigation was going on, obviously,

25   I kept aware of what was going on, what he

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                              27

```
1    shared with me, that's all.
2         Q.   Okay.  So, he kept you updated during
3    the course of the litigation as to what was
4    going on because you were close friends.  Is
5    that correct?
6         A.   Yeah, and colleagues, and I had
7    participated in the exam.  So yes, just for
8    information.
9         Q.   And you consider yourself still to be
10   a close friend of Professor Rizzoni.  Fair
11   enough?
12        A.   Actually, well, yes, we are friends,
13   but I haven't really seen him in probably the
14   better part of a year.  Since I'm retired, I
15   really have not kept my contact at the
16   university very much with anyone.
17        Q.   But you've spoken on the phone with
18   him on several occasions about the litigation,
19   about the appeal, about this deposition.
20        A.   The appeal --
21             MS. CORL:  Objection, mischaracterizes
22   his testimony.  Go ahead.
23        Q.   You discussed with him the outcome of
24   the appellate decision in this case.  You said
25   that a couple of moments ago.  Did I mishear
```

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    28

1    you?

2         A.   No.  I was unaware of the appeal and

3    what happened on the appeal until I received the

4    letter from Ms. Corl, because I was unaware of

5    anything that had happened besides -- beyond my

6    original deposition for the first trial.

7         Q.   And you spoke with Professor Rizzoni

8    about the appeal, correct?

9         A.   No.

10        Q.   You're changing your testimony?

11             MS. CORL:  Objection.

12        A.   No, I did not discuss it.  I was

13   unaware of the appeal.  I was unaware of the

14   decision of the appeal.  And I just became aware

15   about 10 days ago about the retrial.

16        Q.   When did you last speak with Professor

17   Rizzoni?

18        A.   Probably in the past week and a half,

19   I mean, shortly after I received that letter

20   saying that the case was being reopened.

21        Q.   What did you discuss with him?

22             MS. CORL:  Objection, asked and

23   answered.  Go ahead.

24        A.   I didn't discuss anything.  He just

25   informed me that the appeal had been lost and

1    that it was going for retrial.  That's all he

2    said.  We didn't discuss the case at all.

3         Q.   And what did you say in response?

4         A.   That I was surprised to hear just from

5    the attorney about this going on and he had not

6    given me a phone call to keep me abreast of

7    anything.

8         Q.   Okay.  And you said you prepared for

9    this deposition by reviewing your notes because

10   the events in question occurred 8 years ago.  Is

11   that right?

12        A.   Yes, I believe so.  Yeah.

13        Q.   What notes did you review?

14        A.   My personal notes from the exam, the

15   E-mails that were exchanged, and so forth.  Of

16   course, I kept a big folder with everything that

17   I had done or said or written back then.

18        Q.   Can you describe for me what your

19   personal notes consist of.

20        A.   The E-mail that was shared earlier,

21   which is the discussion of the exam itself and

22   how we felt about it.  And then also, I looked

23   at the original notes I had given right after

24   she filed or she made the -- Dr. Huang made a

25   complaint.  It went all the way to the

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    30

1    university academic affair, and then, of course,

2    they immediately asked for everyone that

3    participated in the exam what had been going on.

4    And so, this was limited to this, which was

5    pretty much the same documents as what was

6    shared with that long E-mail.

7         Q.   But you took personal handwritten

8    notes.  Is that correct?

9         A.   I don't have any more handwritten

10   notes because everything that I had documented,

11   everything at the time it happened and in the

12   month leading to the first trial, yeah, I mean,

13   everything was in writing.  I had copies of all

14   the E-mails I had either been copied on or that

15   I had written myself.

16        Q.   Okay.  Did you have handwritten notes

17   of any conversations?

18        A.   No.

19        Q.   Now, you've known Professor Rizzoni

20   for how many years?

21        A.   I joined in January '86, and I believe

22   he joined the department probably about three or

23   four -- four years later.  I don't remember

24   exactly.  So, maybe '89, 90.

25        Q.   Okay.  And describe to me your

1    professional relationship since '89 through '90.

2    Were you close colleagues?

3        A.   We were close colleagues, yeah.  We

4    happened to -- my career -- technical career

5    evolved quite a bit in the early years and I

6    ended up working in an area that was very

7    similar to him, and there was also the start of

8    the Center for Automotive Research, and I was

9    very involved with him in the original center.

10   It started just with a few people, a few faculty

11   members that were doing research in that field.

12   That's how our relationship started.

13       Q.   Okay.  Would you have dinner with him

14   from time to time?

15       A.   Yes, yes.

16       Q.   Would -- would you socialize with your

17   spouses together?

18       A.   Yes.

19       Q.   When did he first discuss with you,

20   Huang?

21       A.   Again, it was the suggestion that she

22   was going to -- she had decided to take out a

23   candidacy exam, and that's -- he notified me,

24   just like it's standard practice for any

25   committee member.  You are asked to participate/

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    32

1    You can always ask not to participate and
2    refuse.  But I accepted my case since it was an
3    area of expertise close to mine.
4         Q.   Okay.
5              MR. FOX:  I'd like the court report to
6    put up the exhibit that we identified as Number
7    1.  But for purposes of this deposition, it's
8    Plaintiff's Exhibit Number 92.
9              REMOTE TECH:  Stand by.  Counsel, how
10   would you like that marked?
11             MR. FOX:  As Plaintiff's Exhibit
12   Number 92.
13             REMOTE TECH:  Stand by.
14        Q.   This appears to be an E-mail exchange
15   between yourself and Professor Rizzoni.
16        A.   Correct.  I recognize that.
17        Q.   And if we could look at the second E-
18   mail on the page.
19             MR. FOX:  If we could zoom in on that
20   a little bit, Ms. Court Reporter.
21        Q.   It states in a message from you to
22   Professor Rizzoni, Giorgio -- did you call him
23   Giorgio, by the way?
24        A.   Yes, yes.
25        Q.   As we discussed verbally, I agreed to

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    33

1  participate.  Looking forward to it.  What
2  exactly did you discuss with him verbally about
3  Ms. Huang?
4      A.   Nothing about Ms. Huang.  There was
5  just -- we, Professor Rizzoni and myself, we
6  interacted virtually on a daily basis for all
7  kinds of other projects and so forth.  So, it
8  was very often, you know, beyond the formal E-
9  mail response.  I confirmed in this that I
10  verbally, that I had agreed to present.  I was -
11  -
12      Q.   I think you've -- I think answered the
13  question.  You said you spoke with him virtually
14  on a daily basis.  What kinds of things would
15  you discuss with him on a daily basis?
16          MS. CORL:  Objection, beyond the scope
17  of direct.  You can answer.
18          THE WITNESS:  Can I answer?
19          MS. CORL:  Yes.
20      A.   Well, we had -- the thing about the
21  Interdisciplinary Research Center is we put our
22  resources together, various faculty member,
23  researcher, postdoc, et cetera, to have joint
24  projects and joint funding and students and so
25  forth.  And so, there's always something that we

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    34

1    have to talk about of an ongoing nature with

2    respect to any of the students or advisees or

3    colleagues and research project proposal and

4    things of that nature.

5         Q.   Okay.  And you don't recall discussing

6    with him Ms. Huang at any point prior to the

7    date of this E-mail?

8         A.   No.

9         Q.   Do you think that you might have

10   discussed her with him at some point, even

11   though you don't remember what was said?

12        A.   No, I don't believe so.  And, as a

13   matter of fact, I can tell you that virtually,

14   not virtually, every week at the Center for

15   Research, we gather all the graduate students

16   and all the faculty that are participating for

17   an informal meeting, and I don't recall at that

18   time ever seeing Dr. Huang.

19        Q.   Well, in fact, she did meet with you

20   well before the candidacy exam.  Do you not

21   remember that?

22        A.   I -- I don't recall.

23        Q.   You don't deny that she met with you

24   well before the candidacy exam?

25             MS. CORL:  Object to the form of the

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    35

1    question.  You can answer.

2        A.   I -- I do not recall for a fact, and

3    the -- I don't remember what the tenor of that

4    conversation would be.  Maybe it was just to

5    inform me that I was going to be on a general

6    exam.  But there was no technical exchange of

7    any sort.

8        Q.   Nevertheless, you did meet her well

9    before this exam.  Do you not recall that?

10           MS. CORL:  Objection, asked and

11   answered.  You can answer again.

12       A.   I believe I met her once, but I don't

13   remember the nature of the conversation.

14       Q.   Now, why are you saying now you

15   believe you met her once?

16       A.   Again, I did not know Ms. Huang.  It's

17   not someone I encountered.  There are some

18   students that I've seen -- I would see around

19   the hallway, not every day, but several times a

20   week, and I was unaware of Ms. Huang before they

21   asked for the qualifying exam.

22       Q.   Now, you were a non-voting member of

23   this committee.  Is that right?

24       A.   Yes.

25       Q.   Why was it necessary to have a non-

1    voting member on the committee?

2          MS. CORL:  Objection.  Go ahead.

3      Q.   Do you know?

4      A.   It can always happen.  I can tell you

5    from experience that I have had -- we have had

6    people from industry, students that have been

7    doing projects that are sponsored by industry,

8    and so, they participate in the committee, but

9    they cannot vote because they're not faculty

10   members.  So, this is not rare.

11     Q.   Have you ever been asked to be a non-

12   voting member of a committee other than in this

13   case by Professor Rizzoni?

14     A.   No, the non-voting aspect, I was

15   intending -- it was intended for me to be a full

16   member of the committee voting.  There was just

17   this technical question with my emeritus that

18   had not formally been approved completely by the

19   university because of the time frame that was a

20   little too short after I formally retired.

21          So, that's why at the last minute, I

22   was asked to be just only participating in a

23   committee, but not be a voting member, the

24   intention.

25     Q.   Is it correct, though, you never

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    37

1    served as a non-voting member of the committee

2    prior to this committee?

3         A.   That is correct.

4         Q.   And, as you said, you were called in

5    at the last minute to participate?

6              MS. CORL:  Objection, mischaracterizes

7    his testimony.  You can answer.

8         A.   It surfaced right before the exam that

9    we were checking with the graduate school and we

10   were asked to do status and whether I could

11   actually participate as a -- participate fully

12   in the committee.

13        Q.   Do you know why you were called in at

14   the last minute, not before that?

15        A.   No.  I was not called --

16             MS. CORL:  Objection, mischaracterizes

17   his testimony.  You can answer.

18        A.   The -- my intent was to become a full

19   member of the committee back in September, and

20   it's only at the last minute we discovered there

21   was a little technicality that would not allow

22   me to be actually a voting member.

23        Q.   Oh, I see.  And is it correct that you

24   understood that Ms. Huang had satisfied the

25   written part of the exam by writing a 15-page

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    38

1    dissertation proposal?

2          A.   Yes.

3          Q.   And I'd like to direct your attention,

4    if I could, back to Plaintiff's Exhibit Number

5    92.

6               MR. FOX:  And if I could ask the court

7    reporter to zoom in on the next to the last

8    paragraph, the bottom of the page, if we can

9    make the whole page visible to the witness.

10         Q.   It states there, my requirements

11   consistent with MAE Department guidelines are

12   that Meng will satisfy the written part of the

13   GE by writing a 15-page dissertation proposal.

14   Do you see that?

15         A.   Yes.

16         Q.   And that's, in fact, what she did,

17   correct?

18         A.   Yes.

19         Q.   And she did satisfy that portion of

20   the exam, correct?

21         A.   That -- that is a requirement of our

22   department, yes.

23         Q.   And what are the MAE Department

24   guidelines referred to in that E-mail?

25         A.   The guidelines is -- that is you have

```
1    to -- you have to write this 15-page document
2    describing what you're going to do for your
3    research.  Now, in addition to this, the
4    guidelines say if one of the faculty members
5    wants to test the student with a written
6    question in advance of the exam on technical
7    background material, which I think one of the
8    committee member did, I did not.
9         Q.   Okay.  I'd like to turn to what we
10   identified to the court reporter as Exhibit
11   Number 2, but which will be identified at this
12   deposition as Plaintiff's Exhibit Number 10.
13             REMOTE TECH:  Stand by.
14             MR. FOX:  If you could put that up
15   please.
16        Q.   Okay.  Is this an E-mail exchange
17   between yourself and Professor Rizzoni?
18        A.   Yes, correct.
19        Q.   Okay.  And I'd like to, if we could,
20   look at the E-mail near the bottom of the page
21   beginning with Yann.
22             MR. FOX:  If we could expand that a
23   little bit.  No, I'm sorry, you have to -- you
24   passed it up.  Keep going.  There we go, where
25   it says Yann.  If we could highlight that
```

1   paragraph.  I just want to make sure it's

2   visible for the witness.

3       A.   No, I can see it.  Thank you.

4       Q.   Okay.  This is an E-mail from Giorgio

5   to you saying, please kindly take the time to

6   review the dissertation proposal document as

7   well as the written exam question and answer in

8   advance of tomorrow's exam.  Then it says there

9   will not be a presentation.  What did you

10  understand that to mean?

11      A.   The lack of presentation is -- was

12  something that had been changed in the

13  guidelines for exam because previous PhD

14  candidates had abused the privilege and spent

15  most of the exam that's supposed to be an

16  examination with a long presentation.  And so,

17  as a result of this, the department said no more

18  presentations for the general exam.  You stand

19  on your own.  So, this was just a recap of the

20  policies of the department.

21      Q.   So, this exam was a question and

22  answer session purely with no presentation by

23  the examinee, correct?

24      A.   Yes.

25      Q.   Then, Giorgio Rizzoni states further,

```
 1   This student has been a challenge, especially
 2   this semester.  I've only seen her twice between
 3   September and now, not for lack of trying or
 4   availability on my part.  I have two other
 5   students going through Kennedy this semester,
 6   and I've met with them more than once a week for
 7   the entire semester.
 8           Is this the first time you heard this
 9   complaint from Professor Rizzoni that Ms. Huang
10   wasn't spending enough time with him to meet
11   privately?
12       A.   Yes.
13       Q.   Did he talk about that further with
14   you after this E-mail was sent?
15       A.   No.
16       Q.   Did he ever tell you -- did you ever
17   discuss with him the reasons why Ms. Huang was
18   reluctant to meet with him privately one-on-one
19   with nobody else around?
20           MS. CORL:  Objection.
21       A.   Absolutely not.
22       Q.   Then he said, I would like this exam
23   to be a real exam.  The outcome will be whatever
24   it needs to be.  Why -- why do you understand he
25   said that to you, I would like this exam to be a
```

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    42

1    real exam?

2         A.   This is a general advice that an

3    advisor would give to his advisee.  An advisor

4    would mention to all the committee members to

5    remind them of their responsibility.  This is --

6    there's nothing to read into it.  This is --

7    this is standard.

8         Q.   Given your level of experience as a

9    professor and your level of experience in

10   administering these exams, do you think it was

11   really necessary for him to tell you it was

12   going to be a real exam?

13        MS. CORL:  Objection, calls for

14   speculation.  You can answer.

15        A.   Yeah.  It's always a real exam that I

16   don't know any cases that participated in where

17   it was never a real exam.

18        Q.   My question to you is, why was it

19   necessary for him to say that?

20        MS. CORL:  Same objection.

21        A.   Courtesy.

22        Q.   A courtesy, okay.  And the outcome

23   will be whatever it needs to be.  What did you

24   understand that to mean?

25        A.   It's always the case.  I mean, this is

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    43

1    not special to Dr. Huang.  This is any PhD going

2    through this step.  It's a very important step,

3    and he was just reminding this is a very

4    important step.

5        Q.   Did you not understand that by saying

6    that the outcome will be whatever it needs to

7    be, that he was suggesting that you not pass her

8    on the exam?

9        A.   No, I never read into that.

10       Q.   You never read it that way?

11       A.   No.

12       Q.   You reviewed Ms. Huang's written

13   dissertation proposal, correct?

14       A.   That's correct.

15       Q.   And she was passed on that basis,

16   correct?

17       A.   Well --

18       Q.   Let me restate the question.  As

19   Professor Rizzoni indicated, the committee was

20   satisfied with the written part of her exam.

21       A.   Yes, in the sense that the obligation

22   of fulfilling that requirement had been met.

23       Q.   Okay.

24       A.   What happens during the exam is

25   questioning them on the document that was

1    provided.

2         Q.    Okay.  I'd like to turn to what was

3    supplied to the court reporter as Exhibit 3, but

4    which we will mark at this deposition as

5    Plaintiff's Exhibit 108.

6              REMOTE TECH:  Stand by.

7         Q.    I'd first like to ask you, before I

8    ask you about this exhibit, a question about

9    your discussion with the other committee members

10   immediately after Ms. Huang made her

11   presentation.  I believe you testified earlier

12   that the committee members did discuss her

13   examination immediately after she left the room.

14   Is that correct?

15        A.    Yes.

16        Q.    Was that a usual practice to adhere

17   to?

18        A.    It is.  It is the stand practice, the

19   only practice, yes.

20        Q.    And I'd like you to tell me what you

21   recall Dr. Rizzoni saying during that

22   conversation.

23        A.    He stayed out of that conversation.

24              MS. CORL:  Did you hear him?

25              MR. FOX:  No, I'm looking at the

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                              45

1    transcript.  Okay, I see.

2         Q.   Well, did he leave the room?

3         A.   No.  He was in the room.

4         Q.   And he said nothing?

5         A.   I do not -- he probably said

6    something, but I don't recall the details.  He

7    was getting -- he was polling the feeling of all

8    the committee members.

9         Q.   Did he not discuss whether or not Ms.

10   Huang should be permitted the ability to take

11   the exam again?

12        A.   Yes.  And he also felt at that time

13   that she should not be allowed.

14        Q.   Okay.  And did he make himself very

15   clear in that regard?

16        A.   Yes, I think all the -- all the people

17   on the committee said so.

18        Q.   And what did he say as to why she

19   should not be allowed to take the exam for the

20   second time?

21        A.   I do not recall the details of what he

22   may have said.

23        Q.   Okay.  Well, this was a highly unusual

24   situation, was it not, to deny a PhD student the

25   opportunity to retake their exam?

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                              46

1      A.   Well, it's not -- it's not rare.  It's

2  within the rules, and it is, in fact, the form

3  that's printed by university gives you that

4  option.  So, this is standard.  If the

5  examination is not considered immediately

6  satisfactory, the committee then must decide

7  whether the student should be allowed or not

8  allowed to retake it.

9      Q.   Well, I thought you testified earlier

10  it was a very rare occasion to deny a student

11  the opportunity to retake the exam.  In fact, it

12  only happened to you on one other occasion.

13  Isn't that what you said earlier?

14      A.   Yes, that's correct.

15      Q.   What was the -- who was the other

16  student?  What was that other occasion, as best

17  as you can recall?

18           MS. CORL:  Objection.  Do not name the

19  student.  That's a FERPA violation.  If you can

20  recall the circumstances, that's fine, but you

21  cannot name the student, Dr. Guezennec.

22      Q.   I'll agree to that -- to that

23  objection.  If you could identify the

24  circumstances, if you could tell me, if you

25  recall the name of the student, you don't have

1    to tell me who they are.

2         A.   The -- I will not mention the name of

3    the student because, again, this is against the

4    privacy of the students.  But yes, I had one

5    student that did not -- that also failed on the

6    general exam, and the committee unanimously

7    decided not to let the student retake the exam.

8         Q.   Was Professor Rizzoni on that

9    committee?

10        A.   No.

11        Q.   What was the basis for refusing the

12   student the ability to retake the exam?

13        A.   Lack of understanding, lack of

14   maturity, lack of background knowledge of the

15   topic, and the inability of the student to

16   articulate a proposal and defend the proposal,

17   what he intended to do for PhD dissertation.

18        Q.   Okay.  I'd like to look at exhibit --

19   Plaintiff's Exhibit 108.

20             MS. CORL:  Is that different than what

21   you have pulled up?

22             MR. FOX:  No, it's the same document.

23        Q.   And I'd like to focus on -- this is an

24   E-mail from Giorgio Rizzoni to yourself and the

25   other committee members, correct?

1      A.    Yes.

2      Q.    And it states in the E-mail, I would

3   like to ask Marcello and Yann to do the same

4   today if possible.  By the same today, he means

5   provide a written evaluation, correct?

6      A.    Yes.

7      Q.    And he said, I'd like to report it to

8   Janeen, who was keenly aware of the situation

9   first thing Monday morning.  Who was Janeen?

10     A.    Janeen was the graduate program

11  representative, a staff member inside the

12  department.

13     Q.    Okay.  And do you know why Professor

14  Rizzoni made her keenly aware of the situation?

15     A.    No, I do not know.

16     Q.    It further states in the document,

17  What you will see in the attached document is

18  that we need to make a unanimous decision as to

19  whether Meng is allowed to repeat the exam.  If

20  we decide she's not allowed, she'll be barred

21  from being a graduate student in any program at

22  OSU.  So, this is the "death sentence."  The

23  death sentence is in quotations.

24     A.    Yeah, yeah.

25     Q.    Do you recall discussing this death

1    sentence with him verbally?

2         A.    No.

3         Q.    Do you know why he called it a death

4    sentence?

5         A.    But I was aware of what it meant,

6    yeah.

7         Q.    What did you understand him to mean by

8    a death sentence?

9              MS. CORL:  Objection.  This

10   document speaks for itself.  You can answer.

11        A.    You get kicked out of getting a PhD

12   degree at Ohio State.

13        Q.    And in Ms. Huang's case, not only

14   would she be kicked out of the program and be

15   deprived of her PhD, but she'd effectively be

16   deported back to China, correct?

17             MS. CORL:  Objection.  You can answer

18   if you know.

19        A.    I have no awareness of what her visa

20   status was.

21        Q.    Did you understand she was there on a

22   student visa?

23        A.    Probably, since she was of Chinese

24   origin.  I assumed she was, but I didn't know

25   exactly.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    50

1      Q.   Did you not discuss with the other
2   committee members the potential consequences
3   that would befall her of having a death sentence
4   written for her or issued for her?
5      A.   No.  I mean, we're all aware what it
6   means, okay, that they should get kicked out of
7   the PhD program.  I can tell you that I've seen
8   some students that get a consolation master's.
9      Q.   Was any consideration given to
10  providing her a consolation master's?
11     A.   There was no discussion of it.  This
12  is something that gets brokered after the fact.
13     Q.   That's a fairly routine alternative,
14  is it not?
15     A.   I don't know how routine it is.  I
16  have no statistic on it.  I know a couple of
17  students I've participated in that were given
18  similar choices.
19     Q.   Why did the committee not offer that,
20  at least, as a consolation?  Do you know?
21     A.   This is not -- this is not something
22  for the committee to offer.
23     Q.   That would be something for Professor
24  Rizzoni to offer, would it not?
25          MS. CORL:  Objection.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    51

1          A.    Not necessarily.  That's really

2    something that maybe gets decided after the

3    fact, but yeah.  This is not something for the

4    committee to discuss.

5          Q.    Okay.  And Professor Rizzoni's

6    position was he wanted her out of there.  He

7    wasn't going to give her any alternative, like a

8    master's degree.  Isn't that right?

9               MS. CORL:  Objection, argumentative.

10   You can answer.

11         A.    I do not know the fact.  I do not know

12   that for a fact.

13         Q.    He wanted to pull the plug, like he

14   says in the E-mail.  Isn't that right?

15              MS. CORL:  Same -- same objection.

16   You can answer.

17         A.    Yeah.  I mean, I do not know what to

18   say beyond this.

19         Q.    Okay.  Let's take a look at what has

20   been previously marked as Defendant's Exhibit D,

21   I believe.

22              REMOTE TECH:  Stand by.

23              MR. FOX:  If we could just scroll

24   through this briefly, so the witness has an

25   opportunity to review the document, just to see

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    52

1    what it is.

2         A.   Yes.

3         Q.   Okay.  Can you identify the document,

4    Professor?

5         A.   Yes, yes.  I did write this,

6    absolutely.

7         Q.   So, these are your notes?

8         A.   Yes.

9         Q.   Did you write this at the request of

10   Dr. Rizzoni, as we discussed earlier?

11        A.   Absolutely not.

12        Q.   Well, he asked you in an E-mail, did

13   he not, to supply feedback?

14        A.   The reason it happened is because when

15   the general exam happened, all the committee

16   members were so stunned that we didn't feel --

17   normally, the decision is taken right there and

18   then within 10 minutes, okay?  But we were all

19   shocked, so to speak.  So, we decided to,

20   instead of taking the decision on the spot, that

21   we will all go and think about it and write an

22   E-mail with our in-depth evaluation of what

23   happened during the exam.  So, that's this E-

24   mail.

25        Q.   Okay.  This is something Professor

1   Rizzoni asked you to do, isn't that right?

2       A.   No, that's what the committee

3   collectively decided to do because we didn't

4   want to take a life-changing decision on a basis

5   of a 10-minute discussion.

6       Q.   Now, is it correct that you were semi-

7   retired due to health issues at the time that

8   you sat as a non-voting member of this

9   committee?

10      A.   The health issue had nothing to do

11  with this.

12          MS. CORL:  Objection, objection.

13  Beyond the scope of direct and irrelevant.  You

14  can answer.

15          MR. FOX:  Beyond the scope is not

16  appropriate objection for purposes of this

17  deposition, which is going to be used at trial.

18      Q.   Please answer the question.

19      A.   My health issues go back a long way.

20  I've had muscular -- MS, for 35 years and

21  counting, so for most of my career, and that has

22  never impacted my health -- impacted my ability

23  to do the job.

24      Q.   I was just asking if you were semi-

25  retired.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                           54

1          A.    I was semi-retired.  I had retired and

2    I re-employed shortly on a part-time basis with

3    the Department of Mechanical Engineering to

4    teach a few classes with a number of

5    researchers, including Dr. Rizzoni at the Center

6    for Automotive Research, to help on some

7    projects.

8          Q.    But during the entire time that Ms.

9    Huang was in the program at OSU, you never

10   taught any classes.  Isn't that correct?

11         A.    No.  I was teaching some classes

12   during that time.  I never had her in a class.

13         Q.    Okay.  What classes were you teaching?

14         A.    Mostly undergraduate classes.

15         Q.    Now, did Professor Rizzoni issue a

16   trophy to you to award your commitment to the

17   university?

18              MS. CORL:  Objection.  Beyond the

19   scope of direct.  You can answer.

20         A.    I have received many -- many awards

21   over the years, not specifically from Professor

22   Rizzoni, actually from the College of

23   Engineering.

24         Q.    Is there a picture of you and him

25   published on the CAR website showing the two of

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    55

```
1    you with acknowledgement that you'd have

2    received a trophy of some kind?

3              MS. CORL:  Objection, relevance.  You

4    can answer.

5         A.   Okay.  Can you -- can you give me -- I

6    don't -- I will answer the question, but I need

7    to plug in my PC.  Give me one second.

8         Q.   Sure.

9         A.   Okay, I'm back in line.  Can you

10   restate the question, please.

11        Q.   Yeah.  Do you recall posing for a

12   photo with Professor Rizzoni that was published

13   on the CAR website, the subject of which was

14   you're being awarded a trophy of some kind?

15             MS. CORL:  Objection.  You can answer.

16        A.   That was probably right at the end of

17   my active duty before I first retired from the

18   university, and again, it was for contribution

19   to the greater mission of the center.

20        Q.   I wanted to look at some of your

21   comments contained in this exhibit.

22             MR. FOX:  If we could turn to the

23   second page of the exhibit, we could scroll -- I

24   don't think that's the second page if you're on

25   exhibit D.
```

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                          56

1           REMOTE TECH:  Counsel, this is the
2     second page and then it ends here.
3           MR. FOX:  Okay.
4        Q.   Yeah.  Yeah, I'd like to look at your
5     first comment in here if we could go back to the
6     first page.  It says, I was very surprised that
7     Meng Huang did not reference or acknowledge
8     earlier works done at CAR describing the MS
9     thesis of Adhyarth Varia on the same topic and
10    with the same data.  That work, while using a
11    very different methodology, non-electrochemical
12    model, also came down to comparing the OCV or
13    better its estimate under the dynamic conditions
14    to estimate the battery capacity at each cycle,
15    et cetera, et cetera.
16           I'm not going to read the whole thing,
17    and I don't want to get into the weeds here with
18    you as to what you're talking about from a
19    technical perspective, but is it not correct
20    that as you acknowledged here, the work done by
21    this other student used a very different
22    methodology?
23        A.   Methodology, but the same -- the same
24    intent on the same data set.
25        Q.   How was -- how was the methodology

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    57

1    different?

2        A.    From a technical standpoint, again,

3    Ms. Huang was using an electrochemical model and

4    the other MS students used a very different

5    approach.

6        Q.    They used a physics-based model,

7    correct?

8        A.    Yes.

9        Q.    Which was entirely different from the

10   electrochemical model that Ms. Huang was using,

11   correct?

12       A.    Yes.

13       Q.    And is it not correct, no PhD

14   dissertation or research paper can or should

15   need to exalt all references, particularly

16   references to models that are not fundamentally

17   the same?

18       A.    I think you expect from a PhD

19   candidate to be fully aware, particularly within

20   their own group of work that's been done on a

21   similar type of data.

22       Q.    Well, many students, in fact, hundreds

23   of students over the years, had worked with

24   similar data at the Center for Automotive

25   Research.  Isn't that correct?

1      A.    I've had a number of students that

2   work on, yes, on that data set, yes.

3      Q.    And you wouldn't expect Ms. Huang to

4   be familiar with the work of all those other

5   students, even though they were in a very

6   different methodology, the physics-based model

7   when she was working on electrochemical model,

8   would you?

9      A.    Yeah, mine was not physical model.  It

10  was a signal processing approach.

11     Q.    I'm sorry, physics-based model.

12     A.    No.  Well, yes, okay.  That's a matter

13  of terminology, but it was not an

14  electrochemical model.

15     Q.    Okay.  Now, you further complained

16  about her in the next comment, correct?  What

17  was that complaint about?

18          MS. CORL:  Bruce, what -- are you

19  talking about the same paragraph in the next

20  sentence?  Are you talking about the next

21  paragraph?

22          MR. FOX:  I'm sorry.  Yeah, I'm sorry,

23  let me make it clear.

24     Q.    The second comment, Furthermore, the

25  prior work was able to jointly estimate two

1    aging factors.

2         A.    Yes.

3         Q.    Loss of capacity, etcetera, etcetera.

4    And you said the second parameter was something

5    she dismissed summarily, correct?

6         A.    Yes.

7         Q.    And then you said in the parenthetical

8    statement, Perhaps rightly so for the PHEV case,

9    but not for charge-sustaining hybrids, something

10   when specifically questioned she had no

11   awareness of.

12        A.    Yeah.  That demonstrated there was an

13   answer to some question I had asked, and she

14   showed a complete unawareness of those factors,

15   which I would expect from a somewhat aspiring to

16   PhD.  This is not my knowledge, internal

17   knowledge. this is broad, general, battery

18   knowledge.

19        Q.    Well, you don't recall exactly what

20   her answer was, do you?

21        A.    Yeah, she was unaware of the effect on

22   the growth of internal resistance as part of an

23   aging factor.

24        Q.    You understood that the second fact,

25   second parameter, the internal resistance, was

1   not even a focus of her research work, and

2   therefore not analyzed by her.

3        Q.   Again, she demonstrated a lack of

4   general awareness of battery stuff.  That's not

5   specific to our work. T his is much broader, and

6   the fact she actually did not know shocked me.

7        Q.   But you don't remember exactly what

8   she said, do you?

9        A.   Yeah.  I asked her if the -- if the

10  internal resistance growth was something that

11  she kept to herself, and she answered that she

12  didn't know why she would do that.

13       Q.   Did she say anything that you recall?

14  You said she was, I forget how you described her

15  tone, but did you recall anything she said

16  specifically that seemed unprofessional or

17  inappropriate or combative?

18       A.   Combative, yeah.  Every question she

19  took as opposed to -- for most students in a

20  general examination, the question is an

21  opportunity to grow for the student, to get some

22  feedback and some ideas and suggestions from the

23  committee member.  So, instead of -- it's a

24  learning -- the exam, yes, it's an exam, but at

25  the same time, it's a growth experience for the

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                61

1    PhD candidate, and the fact she was uninterested

2    of seeing outside of our narrow vision was very

3    surprising.

4        Q.   What specifically did she say that you

5    remember being combative?

6            MS. CORL:  Objection, asked and

7    answered, argumentative.

8        Q.   If you don't remember, you don't

9    remember.

10       A.   No, I do not remember specifically,

11   but it was the attitude just not to one

12   question, which I cannot recall precisely, but

13   the many questions I felt she was very

14   defensive.  Not what you expect from a PhD

15   candidate that shows a maturity to handle this

16   important step.

17       Q.   Okay.  Let's scroll to the next part

18   of the document, please.  What genuine

19   contributions did you expect that she should

20   have presented that she did not present?

21       A.   The document -- the 15-page document,

22   which was a research proposal of what she was

23   intending to do for PhD dissertation, was not

24   convincing enough that she -- that it was

25   addressing needed areas of research, and she was

1    sufficiently aware of the existing work in the

2    area.

3        Q.    She passed the written portion of the

4    exam.  I thought we already established that,

5    did we not?

6        A.    The written exam -- the technical

7    questions were asked by the professor.  I did

8    not ask any technical question in writing.  It

9    was just a proposal.

10       Q.    When you met with Professor Rizzoni

11   and the others after she left the room, did he

12   discuss with you her academic record?

13       A.    Yes, I think it was discussed.  I

14   believe --  I seem to recall that it was at the

15   beginning of the exam before he shared a record,

16   which is pretty standard for the advisor when

17   introducing the candidate to the committee to

18   share the record.

19       Q.    Did he share with you his criticisms

20   of her academic record?

21       A.    No, he did not.  There was something

22   that surprised me, that there was a lot of

23   classes that did not seem to be -- typically, I

24   see the program of study of many students and

25   it's really most of it is concentrated in the

1    area of interest on a technical level, but they

2    were saying they had nothing to do with

3    engineering.

4        Q.   Did Professor Rizzoni express his

5    displeasure that she was taking other courses

6    that might distract her from having to meet with

7    him alone together?

8            MS. CORL:  Objection, asked and

9    answered, argumentative, calls for speculation.

10   You can answer.

11       A.   At this pre-qualifying exam stage, you

12   expect most students to take primarily classes

13   that are really in the areas of technical

14   specialization that that benefit our intended

15   work.  Can you take any class you want or if you

16   have the agreement of your advisor?  Yeah, but

17   it's very strange to see classes that have

18   nothing to do with engineering being thrown in

19   the mix.

20       Q.   Did you understand Professor Rizzoni

21   controlled her schedule and the courses that she

22   could take?

23           MS. CORL:  Objection.  You can answer.

24       A.   It's standard that every semester or

25   every quarter, you meet with your advisees and

1    say, well, you know, what classes are you going

2    to take, and should you take this, should you

3    take this.  So, it's a give and take, many

4    suggestions from the advisor and the classes you

5    must take.

6              So, it's very, again, it's very

7    surprising.  Now, the advisor is not going to

8    object to classes outside of an area of

9    specialization, but as long as it doesn't

10   distract from the work she's intending to do.

11       Q.   Did you understand that Professor

12   Rizzoni rejected or approved her taking various

13   classes outside the strict area of concentration

14   that she was in with mechanical engineering?

15             MS. CORL:  Objection.  You can answer.

16       A.   I cannot comment on that.  I do not

17   know.

18       Q.   I'd like to return to the structure of

19   the committee.  Were you aware that originally

20   it was intended that Dyche Anderson be permitted

21   to participate as a voting member of the

22   committee?

23             MS. CORL:  Objection, assumes facts

24   not in evidence.  You can answer.

25       A.   No, and it would have been refused as

1    a voting member of the committee because he was

2    not an Ohio State employee faculty.

3        Q.   Were you aware of any discussion of

4    Dyche Anderson participating in any capacity,

5    whether as a voting member or non-voting member

6    on the committee?

7        A.   It was mentioned.

8        Q.   Who mentioned it and what was said?

9        A.   I think it probably came from

10   Professor Rizzoni.

11       Q.   Do you know why Professor Rizzoni

12   decided not to have him on the final committee

13   as a voting or non-voting member?

14       A.   No, I think she had -- from what I'm

15   aware of, Ms. Huang had done some internship or

16   stay at Ford and worked with Doug Anderson.  So,

17   very often students that participate in research

18   projects that involve an industrial component do

19   want to have some participation if only as

20   observers of the thesis.

21       Q.   And you said Doug Anderson.  His name

22   was actually Dyche Anderson?

23       A.   Oh, Dyche Anderson.  Yeah, I don't

24   know him personally.  I mean, I know of the

25   name, but yeah.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    66

1       Q.   What's your knowledge of Professor
2  Rizzoni's relationship with other members of the
3  committee?
4            MS. CORL:  Objection, beyond the scope
5  of direct.  You can answer.
6       A.   We -- the majority of the people
7  participate in this center for research on a
8  voluntary basis.  So, clearly we all have a past
9  with each other.  We have written proposals
10  together.  We have co-advised possibly some
11  students together and so forth.  So, it's pretty
12  common to have pretty deep relationships
13  sometimes going back many years with some of the
14  faculty -- the candidates -- I'm sorry, the
15  committee members.
16       Q.   And Professor Rizzoni had deep
17  relationships going back many years not only
18  with you, but with Professor Marcello Canova,
19  correct?
20            MS. CORL:  Objection.
21       Q.   Marcello.
22       A.   Yeah.
23       Q.   Did you also have a close relationship
24  with Professor Marcello Canova?
25       A.   Yes.

1      Q.   Describe it for me.  Going back how
2  many years?
3      A.   He came as a visiting scholar from
4  Italy and spent a few years at our center, I
5  think, in a postdoc capability.  And after he
6  got his PhD in Italy, I -- we tried to attract
7  him back again as a postdoc, and because he was
8  working in areas close to a lot of the things we
9  were doing, we wanted him to become a faculty
10 member, if it's possible, at least postulate for
11 being a faculty member in mechanical
12 engineering, which he did.
13          I was instrumental in putting a
14 recommendation for him to be hired as a faculty
15 member.  After that, beyond that point, it's at
16 the discretion of the department to decide it's
17 a suitable faculty member.  There's many people
18 involved in that decision.
19     Q.   When you say we wanted him as a
20 faculty member, do you mean to include in the we
21 yourself and Professor Rizzoni?
22     A.   Professor Rizzoni, myself, and many of
23 the other colleagues in mechanical engineering
24 he had interacted with during his prior
25 experience at Ohio State.

1      Q.   After he was hired, did you have a

2   close ongoing relationship with him?

3           MS. CORL:  Objection.

4      A.   We had a number of projects together,

5   and we co-advised some students for both

6   master's and undergraduate thesis, master's

7   degrees, and for some PhD dissertation as well.

8      Q.   Would you socialize with him too and

9   have dinner with the spouses?

10          MS. CORL:  Objection.

11     A.   No.

12     Q.   You never had dinner with him?

13          MS. CORL:  Objection.

14     A.   Outside of a university session dinner

15  that we have every year.  We have an advisory

16  board member from industry, and we gather

17  everyone within the center to have some

18  discussion.  So I've had dinners with him in

19  that context.  But I can't say that he was a

20  close friend that we were having dinner on a

21  regular basis at all.

22     Q.   Like Professor Rizzoni?

23     A.   No.

24          MS. CORL:  Objection.

25     A.   That was much deeper.

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                        69

1        Q.    Did you ever -- returning to your

2    relationship with Professor Rizzoni, did you

3    ever travel with him?

4        A.    Yes.  We went to conferences, sponsors

5    in industry, and yes.

6        Q.    You went all over the world with him?

7        A.    I've gone to Germany with him a number

8    of times.  I've gone to Switzerland.  I've gone

9    to Italy.  Yes.  So, but never to the Far East.

10       Q.    Let me take a moment to review my

11   notes.  I may be done, if we could take a short

12   break.

13           MS. CORL:  How long do you want?

14           MR. FOX:  Five minutes.

15           MS. CORL:  All righty.

16           VIDEOGRAPHER:  All right.  We are

17   going off the record at 12:44.

18   [Off the record at 12:44 p.m.]

19   [On the record at 12:47 p.m.]

20           VIDEOGRAPHER:  We are back on the

21   record at 12:47.

22   BY MR. FOX:

23       Q.    Thank you, Professor.  I have no

24   further questions.

25       A.    Thank you very much.

```
1              EXAMINATION BY COUNSEL FOR DEFENDANT
2    BY MS. CORL:
3         Q.   Doctor, I just have one final
4    question.  Did anything that Dr. Rizzoni did,
5    said, provided to you, influence your decision
6    regarding the outcome of the candidacy exam for
7    Dr. Huang?
8         A.   Absolutely not.
9         Q.   Thank you.
10             EXAMINATION BY COUNSEL FOR PLAINTIFF
11   BY MR. FOX:
12        Q.   Just to follow up, so your personal
13   relationship with him extending back three
14   decades, and all your travels together around
15   the world, and all the professional associations
16   you'd had with him, didn't influence your
17   decision-making process in any way?  Is that
18   your testimony?
19        A.   Yes, that is my testimony.
20        Q.   I have no further questions.
21             MS. CORL:  Let him finish his answer.
22   Doctor, go ahead and finish your answer.  He's
23   not allowed to cut you off.
24        A.   The PhD examination -- the candidate's
25   exam is a very serious step, and every faculty
```

1    member that has been involved in this personally
2    knows how serious it is.  So, the decision is
3    taken in the best of our abilities, independent
4    of any other pressures.
5         Q.   I have no further questions.
6              MS. CORL:  Thank you, Doctor.  We
7    appreciate your time.
8              VIDEOGRAPHER:  All right.  This marks
9    the end of the videotaped deposition of Dr. Yann
10   Guezennec.  We are going off the record at
11   12:49.
12             THE WITNESS:  Now, I can catch my
13   plane.
14             MS. CORL:  Yes.
15             VIDEOGRAPHER:  You have orders already
16   for taking counsel, Mr. Fox.
17             MS. CORL:  You can go ahead, Dr.
18   Guezennec.  You can go ahead.  Thank you.
19             THE WITNESS:  All right, very good.
20   Thank you.
21             VIDEOGRAPHER:  Mr. Fox, can we get
22   your transcript and/or video orders, please?
23             MR. FOX:  Yes, we're going to want
24   both.
25             VIDEOGRAPHER:  Standard turnaround?

1                MR. FOX:  What would that be?

2                VIDEOGRAPHER:  Two weeks, ten business

3        days.

4                MR. FOX:  No, we're going not need it

5        before that.

6                MS. CORL:  I asked for -- I asked for

7        the transcript within -- as soon as possible,

8        and what I'll do is I'm going to pull out

9        because we're going to have to submit the

10       objections to the court.  So, I'll pull out.

11       I'll do just like we did for the last video

12       deposition.  I'll prepare an objection log and

13       I'll send it to you so we can get those

14       objections decided so we can edit the video.

15               MR. FOX:  Okay.  So we will need the

16       video a little bit sooner.  How soon do you

17       think you can get it to us?

18               VIDEOGRAPHER:  So, we can put in any

19       day up to ASAP.

20               MR. FOX:  Christina, you're ordering

21       it ASAP?

22               MS. CORL:  No, no, not the video.  I

23       don't care about the video.  I just need the

24       transcript so we can get the objection log to

25       the court.  So, I did not expedite the video,

1    just the transcript.  No, I want the video.  I

2    just don't need an expedite.  We already talked

3    about this.

4            VIDEOGRAPHER:  Yeah, you asked for one

5    week, which is a rush.

6            MS. CORL:  Well, I understand, but I

7    don't need it like tomorrow like I'm asking for

8    the deposition transcript.

9            VIDEOGRAPHER:  Yes, that's correct.

10   She asked for a one-week rush, which is five

11   days.  Do you want me to put you down for the

12   same?

13           MR. FOX:  Yes.

14           COURT REPORTER:  And then did you want

15   same for transcript as well, just rushed as soon

16   as possible?

17           MR. FOX:  Yes.

18           COURT REPORTER:  Okay.

19   [Whereupon the deposition was concluded.]

20   [Off the record at 12:51 p.m.]

21

22

23

24

25

```
 1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

 2          I, Kieran Morrison, the officer before whom

 3      the foregoing proceedings were taken, do hereby

 4      certify that any witness(es) in the foregoing

 5      proceedings were recorded by me and thereafter

 6      reduced to typewriting by a qualified

 7      transcriptionist; that said digital audio

 8      recording of said proceedings are a true and

 9      accurate record to the best of my knowledge,

10      skills, and ability; and that I am neither

11      counsel for, related to, nor employed by any of

12      the parties to this case and have no interest,

13      financial or otherwise, in its outcome.

14

15

16      _____

17      KIERAN MORRISON,

18      NOTARY PUBLIC FOR THE STATE OF UTAH

19

20

21

22

23

24

25
```

```
1              CERTIFICATE OF TRANSCRIBER

2

3         I, Pamela A. Flutie, do hereby certify

4    that this transcript was prepared from the

5    digital audio recording of the foregoing

6    proceeding; that said transcript is a true and

7    accurate record of the proceedings to the best

8    of my knowledge, skills, and ability; and that I

9    am neither counsel for, related to, nor employed

10   by and of the parties to this case and have no

11   interest, financial or otherwise, in its

12   outcome.

13

14   Pamela A. Flutie

15

16   Pamela A. Flutie

17

18

19

20

21

22

23

24

25
```

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

76

**A**

**abilities**
71:3
**ability**
45:10, 47:12,
53:22, 74:10,
75:8
**able**
24:4, 58:25
**about**
9:7, 10:7,
11:10, 18:22,
18:23, 19:3,
20:23, 21:4,
26:18, 26:20,
27:18, 27:19,
28:8, 28:15,
29:5, 29:22,
30:22, 33:2,
33:4, 33:20,
34:1, 41:13,
44:8, 52:21,
56:18, 58:16,
58:17, 58:19,
58:20, 72:23,
73:3
**abreast**
29:6
**absolutely**
15:10, 16:18,
16:25, 17:2,
18:20, 19:17,
21:17, 24:19,
25:1, 41:21,
52:6, 52:11,
70:8
**abused**
40:14
**academic**
8:17, 30:1,
62:12, 62:20
**accepted**
32:2
**accurate**
74:9, 75:7
**acknowledge**
56:7

**acknowledged**
56:20
**acknowledgement**
55:1
**across**
12:3, 20:25
**active**
55:17
**activities**
9:2
**actually**
9:12, 9:14,
9:22, 9:25,
11:17, 17:4,
17:16, 17:18,
20:13, 20:23,
26:7, 27:12,
37:11, 37:22,
54:22, 60:6,
65:22
**addition**
39:3
**address**
18:14
**addressing**
61:25
**adhere**
44:16
**adhyarth**
56:9
**administer**
6:1
**administering**
42:10
**admission**
22:5
**advance**
15:15, 26:5,
39:6, 40:8
**advice**
16:9, 17:12,
42:2
**advise**
15:3
**advisee**
42:3
**advisees**
34:2, 63:25

**advising**
9:2
**advisor**
12:17, 13:17,
14:10, 14:15,
14:19, 14:23,
15:2, 19:2,
19:9, 42:3,
62:16, 63:16,
64:4, 64:7
**advisory**
68:15
**aerospace**
8:18
**affair**
30:1
**affect**
20:20
**affirm**
6:15
**affirmed**
6:25
**after**
8:1, 24:20,
28:19, 29:23,
36:20, 41:14,
44:10, 44:13,
50:12, 51:2,
62:11, 67:5,
67:15, 68:1
**again**
10:7, 17:7,
18:5, 19:16,
20:6, 23:2,
31:21, 35:11,
35:16, 45:11,
47:3, 55:18,
57:2, 60:3,
64:6, 67:7
**against**
47:3
**aggressive**
17:9
**aging**
18:11, 59:1,
59:23
**ago**
27:25, 28:15,

29:10
**agree**
6:3, 14:11,
22:16, 23:3,
46:22
**agreed**
20:23, 22:13,
23:6, 32:25,
33:10
**agreement**
2:8, 63:16
**ahead**
27:22, 28:23,
36:2, 70:22,
71:17, 71:18
**airyshire**
3:6
**all**
5:12, 6:2, 6:5,
10:22, 11:18,
12:3, 13:8,
16:10, 17:10,
19:5, 19:18,
19:19, 19:24,
20:4, 20:12,
20:22, 20:25,
22:1, 22:21,
23:3, 23:6,
25:13, 25:14,
25:23, 25:25,
26:16, 27:1,
29:1, 29:2,
29:25, 30:13,
33:6, 34:15,
34:16, 42:4,
45:7, 45:16,
50:5, 52:15,
52:18, 52:21,
57:15, 58:4,
66:8, 68:21,
69:6, 69:15,
69:16, 70:14,
70:15, 71:8,
71:19
**alleges**
24:17
**allow**
37:21

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

77

allowed
23:1, 45:13,
45:19, 46:7,
46:8, 48:19,
48:20, 70:23
allowing
23:11
allows
12:4
alone
63:7
already
62:4, 71:15,
73:2
also
8:5, 8:7, 12:8,
13:8, 13:17,
17:24, 26:23,
29:22, 31:7,
45:12, 47:5,
56:12, 66:23
alternative
50:13, 51:7
always
16:8, 32:1,
33:25, 36:4,
42:15, 42:25
among
19:5
analyzed
60:2
anderson
64:20, 65:4,
65:16, 65:21,
65:22, 65:23
another
24:12
answer
33:17, 33:18,
35:1, 35:11,
37:7, 37:17,
40:7, 40:22,
42:14, 49:10,
49:17, 51:10,
51:16, 53:14,
53:18, 54:19,
55:4, 55:6,
55:15, 59:13,

59:20, 63:10,
63:23, 64:15,
64:24, 66:5,
70:21, 70:22
answered
28:23, 33:12,
35:11, 60:11,
61:7, 63:9
answering
17:23
answers
10:6, 18:3
any
6:3, 8:13,
13:12, 15:7,
15:11, 16:19,
17:13, 18:2,
19:23, 19:25,
25:9, 26:4,
30:9, 30:17,
31:24, 34:2,
34:6, 35:7,
42:16, 43:1,
48:21, 50:9,
51:7, 54:10,
62:8, 63:15,
65:3, 65:4,
70:17, 71:4,
72:18, 74:4,
74:11
anybody
18:20
anybody's
13:24
anyone
16:20, 21:15,
21:24, 27:16
anything
18:21, 24:24,
24:25, 28:5,
28:24, 29:7,
60:13, 60:15,
70:4
appeal
26:9, 26:15,
27:19, 27:20,
28:2, 28:3,
28:8, 28:13,

28:14, 28:25
appears
32:14
appellate
27:24
applicable
6:6, 6:11
appreciate
71:7
approach
57:5, 58:10
appropriate
24:4, 53:16
approved
36:18, 64:12
area
10:18, 11:1,
11:2, 31:6,
32:3, 62:2,
63:1, 64:8,
64:13
areas
61:25, 63:13,
67:8
aren't
24:18
argumentative
51:9, 61:7,
63:9
around
19:6, 19:17,
20:16, 35:18,
41:19, 70:14
articulate
47:16
asap
72:19, 72:21
asked
9:14, 10:4,
10:6, 10:10,
18:7, 18:19,
28:22, 30:2,
31:25, 35:10,
35:21, 36:11,
36:22, 37:10,
52:12, 53:1,
59:13, 60:9,
61:6, 62:7,

63:8, 72:6,
73:4, 73:10
asking
11:12, 20:4,
53:24, 73:7
asks
19:10
aspect
36:14
aspiring
59:15
assessing
12:6
associations
70:15
assumed
49:24
assumes
64:23
attached
4:8, 48:17
attempt
25:11
attending
5:13
attention
38:3
attitude
61:11
attorney
29:5
attract
67:6
audio
74:7, 75:5
august
1:16, 5:8, 8:7
authorized
5:25
automatically
11:15
automotive
8:6, 8:22,
8:24, 31:8,
54:6, 57:24
availability
41:4
award
54:16

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

78

**awarded**
55:14
**awards**
54:20
**aware**
22:10, 22:12,
22:14, 23:18,
24:16, 26:25,
28:14, 48:8,
48:14, 49:5,
50:5, 57:19,
62:1, 64:19,
65:3, 65:15
**awareness**
49:19, 59:11,
60:4

**B**

**back**
10:7, 15:18,
24:12, 25:18,
29:17, 37:19,
38:4, 49:16,
53:19, 55:9,
56:5, 66:13,
66:17, 67:1,
67:7, 69:20,
70:13
**background**
12:7, 13:5,
19:3, 39:7,
47:14
**bad**
14:17, 23:19
**barred**
48:20
**based**
18:13
**basics**
24:9
**basis**
33:6, 33:14,
33:15, 43:15,
47:11, 53:4,
54:2, 66:8,
68:21
**batteries**
18:9, 18:22

**battery**
18:9, 18:12,
18:18, 56:14,
59:17, 60:4
**became**
28:14
**because**
8:15, 9:13,
11:14, 11:19,
14:9, 18:5,
19:18, 20:15,
22:10, 23:19,
23:25, 26:8,
27:4, 28:4,
29:9, 30:10,
36:9, 36:19,
40:13, 47:3,
52:14, 53:3,
65:1, 67:7, 72:9
**become**
37:18, 67:9
**been**
7:12, 12:13,
12:18, 13:15,
14:13, 14:15,
15:22, 19:3,
22:2, 26:1,
28:25, 30:3,
30:14, 36:6,
36:11, 36:18,
40:12, 41:1,
43:22, 51:20,
57:20, 64:25,
71:1
**befall**
50:3
**before**
2:9, 9:17,
10:16, 34:20,
34:24, 35:9,
35:20, 37:8,
37:14, 44:7,
55:17, 62:15,
72:5, 74:2
**beginning**
39:21, 62:15
**begins**
5:2

**behalf**
3:2, 3:10,
5:16, 5:19
**being**
6:25, 22:19,
24:4, 28:20,
48:21, 55:14,
61:5, 63:18,
67:11
**believe**
9:14, 16:15,
24:24, 29:12,
30:21, 34:12,
35:12, 35:15,
44:11, 51:21,
62:14
**benefit**
63:14
**besides**
28:5
**best**
46:16, 71:3,
74:9, 75:7
**better**
27:14, 56:13
**between**
32:15, 39:17,
41:2
**beyond**
10:3, 28:5,
33:8, 33:16,
51:18, 53:13,
53:15, 54:18,
66:4, 67:15
**big**
29:16
**bit**
15:4, 19:2,
31:5, 32:20,
39:23, 72:16
**blvd**
3:6
**board**
68:16
**both**
10:20, 13:16,
68:5, 71:24
**bottom**
38:8, 39:20

**break**
16:23, 25:10,
69:12
**brief**
5:25
**briefly**
51:24
**broad**
59:17
**broader**
17:19, 60:5
**brokered**
50:12
**bruce**
3:11, 4:4,
5:16, 58:18
**business**
72:2

**C**

**call**
26:13, 29:6,
32:22
**called**
37:4, 37:13,
37:15, 49:3
**calls**
42:13, 63:9
**came**
56:12, 65:9,
67:3
**can't**
68:19
**candidacy**
11:24, 12:13,
12:21, 13:13,
21:13, 22:14,
31:23, 34:20,
34:24, 70:6
**candidate**
12:6, 14:8,
14:12, 14:19,
14:22, 19:10,
19:20, 20:12,
23:1, 23:4,
23:6, 57:19,
61:1, 61:15,
62:17

candidate's
70:24
candidates
40:14, 66:14
cannot
36:9, 46:21,
61:12, 64:16
canova
66:18, 66:24
capability
23:5, 67:5
capacity
18:13, 56:14,
59:3, 65:4
car
54:25, 55:13,
56:8
care
72:23
career
7:23, 12:14,
23:25, 31:4,
53:21
case
1:11, 5:7, 9:6,
24:4, 26:8,
27:24, 28:20,
29:2, 32:2,
36:13, 42:25,
49:13, 59:8,
74:12, 75:10
cases
42:16
catch
71:12
center
8:6, 8:22,
8:24, 8:25,
31:8, 31:9,
33:21, 34:14,
54:5, 55:19,
57:24, 66:7,
67:4, 68:17
certificate
74:1, 75:1
certification
6:10
certified
6:3

certify
74:4, 75:3
cetera
33:23, 56:15
chair
8:19
challenge
41:1
challenging
15:22
changed
40:12
changing
28:10
charge-sustaining
59:9
checking
37:9
chicago
7:20
china
49:16
chinese
49:23
choices
50:18
christina
3:4, 4:3, 5:18,
7:6, 72:20
circumstances
46:20, 46:24
clarification
26:10
clarifying
24:13
class
54:12, 63:15
classes
8:4, 54:4,
54:10, 54:11,
54:13, 54:14,
62:23, 63:12,
63:17, 64:1,
64:4, 64:8,
64:13
clear
12:25, 45:15,
58:23

clearly
19:19, 66:8
close
27:4, 27:10,
31:2, 31:3,
32:3, 66:23,
67:8, 68:2,
68:20
co-advised
66:10, 68:5
coded
16:16
collar
25:5
colleague
26:22
colleagues
27:6, 31:2,
31:3, 34:3,
67:23
collecting
9:22
collectively
20:24, 22:25,
53:3
college
54:22
columbus
3:5, 3:7
combative
60:17, 60:18,
61:5
come
10:21
comment
56:5, 58:16,
58:24, 64:16
comments
55:21
commitment
54:16
committee
10:11, 11:24,
12:5, 12:24,
13:4, 13:18,
15:5, 15:17,
15:23, 17:11,
19:7, 19:11,

20:4, 20:9,
20:25, 21:12,
21:21, 22:1,
22:12, 22:21,
31:25, 35:23,
36:1, 36:8,
36:12, 36:16,
36:23, 37:1,
37:2, 37:12,
37:19, 39:8,
42:4, 43:19,
44:9, 44:12,
45:8, 45:17,
46:6, 47:6,
47:9, 47:25,
50:2, 50:19,
50:22, 51:4,
52:15, 53:2,
53:9, 60:23,
62:17, 64:19,
64:22, 65:1,
65:6, 65:12,
66:3, 66:15
committees
12:13, 12:18
common
66:12
compared
17:6
comparing
56:12
complained
58:15
complaint
24:21, 29:25,
41:9, 58:17
complete
24:15, 59:14
completely
8:8, 11:19,
36:18
completing
24:7
component
65:18
concentrated
62:25
concentration
64:13

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

80

concerned
24:15
concluded
73:19
conclusion
19:8, 19:13,
23:15, 23:17
conditions
56:13
conducted
1:18, 2:2
conducting
12:21
conferences
69:4
confirmed
33:9
confrontational
17:9, 20:7
connect
24:9
consequence
23:12
consequences
50:2
consider
27:9
consideration
50:9
considered
46:5
consist
29:19
consistent
6:10, 38:11
consolation
50:8, 50:10,
50:20
constitute
6:7
contact
10:9, 11:8,
27:15
contacted
9:17
contained
55:21
context
68:19

contribute
18:11
contribution
21:22, 55:18
contributions
61:19
controlled
63:21
conversation
35:4, 35:13,
44:22, 44:23
conversations
30:17
convincing
61:24
cooney
3:5
copied
15:16, 30:14
copies
30:13
corl
3:4, 4:3, 5:18,
6:22, 7:4, 7:6,
14:3, 21:7,
22:4, 22:8,
25:13, 27:21,
28:4, 28:11,
28:22, 33:16,
33:19, 34:25,
35:10, 36:2,
37:6, 37:16,
41:20, 42:13,
42:20, 44:24,
46:18, 47:20,
49:9, 49:17,
50:25, 51:9,
51:15, 53:12,
54:18, 55:3,
55:15, 58:18,
61:6, 63:8,
63:23, 64:15,
64:23, 66:4,
66:20, 68:3,
68:10, 68:13,
68:24, 69:13,
69:15, 70:2,
70:21, 71:6,

71:14, 71:17,
72:6, 72:22,
73:6
correct
11:9, 11:13,
11:14, 21:14,
27:5, 28:8,
30:8, 32:16,
36:25, 37:3,
37:23, 38:17,
38:20, 39:18,
40:23, 43:13,
43:14, 43:16,
44:14, 46:14,
47:25, 48:5,
49:16, 53:6,
54:10, 56:19,
57:7, 57:11,
57:13, 57:25,
58:16, 59:5,
66:19, 73:9
correctly
10:11
could
11:20, 13:2,
22:13, 32:17,
32:19, 37:10,
38:4, 38:6,
39:14, 39:19,
39:22, 39:25,
46:23, 46:24,
51:23, 55:22,
55:23, 56:5,
63:22, 69:11
counsel
5:14, 6:21,
7:3, 25:20,
32:9, 56:1,
70:1, 70:10,
71:16, 74:11,
75:9
counting
53:21
couple
27:25, 50:16
course
14:25, 27:3,
29:16, 30:1

courses
19:4, 63:5,
63:21
court
1:1, 5:6, 5:21,
5:24, 6:20,
22:6, 32:5,
32:20, 38:6,
39:10, 44:3,
72:10, 72:25,
73:14, 73:18,
74:1
courtesy
9:18, 10:20,
42:21, 42:22
creating
10:1
criticisms
62:19
curiosity
9:24, 24:7
currently
7:11
cut
70:23
cycle
56:14

**D**

daily
33:6, 33:14,
33:15
data
9:21, 10:1,
18:6, 18:10,
56:10, 56:24,
57:21, 57:24,
58:2
date
5:8, 34:7
day
21:2, 35:19,
72:19
days
28:15, 72:3,
73:11
death
48:22, 48:23,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    81

48:25, 49:3,
49:8, 50:3
**decades**
17:8, 70:14
**december**
7:21, 7:25,
8:8, 11:15,
15:18, 21:11
**decide**
46:6, 48:20,
67:16
**decided**
20:9, 20:11,
21:18, 22:24,
31:22, 47:7,
51:2, 52:19,
53:3, 65:12,
72:14
**decision**
20:19, 21:1,
22:16, 23:22,
24:1, 27:24,
28:14, 48:18,
52:17, 52:20,
53:4, 67:18,
70:5, 71:2
**decision-making**
70:17
**decrease**
18:12, 18:17
**deep**
66:12, 66:16
**deeper**
68:25
**defend**
19:21, 47:16
**defendant**
4:10, 25:20,
70:1
**defendant's**
21:8, 51:20
**defendants**
1:8, 3:2, 5:19,
22:4
**defensive**
61:14
**degree**
7:18, 7:19,

49:12, 51:8
**degrees**
68:7
**delay**
21:1
**demonstrated**
23:4, 24:14,
59:12, 60:3
**deny**
34:23, 45:24,
46:10
**department**
8:2, 8:17,
8:19, 30:22,
38:11, 38:22,
38:23, 40:17,
40:20, 48:12,
54:3, 67:16
**departments**
12:3, 13:9
**deported**
49:16
**depos**
5:11, 5:22
**deposition**
1:15, 2:1, 4:9,
5:3, 5:12, 6:1,
25:24, 26:5,
26:11, 27:19,
28:6, 29:9,
32:7, 39:12,
44:4, 53:17,
71:9, 72:12,
73:8, 73:19
**deprived**
49:15
**describe**
17:3, 29:18,
30:25, 67:1
**described**
60:14
**describing**
39:2, 56:8
**detailed**
20:24
**details**
45:6, 45:21
**determined**
22:12

**different**
19:18, 20:5,
47:20, 56:11,
56:21, 57:1,
57:4, 57:9, 58:6
**digital**
74:7, 75:5
**dinner**
31:13, 68:9,
68:12, 68:14,
68:20
**dinners**
68:18
**direct**
33:17, 38:3,
53:13, 54:19,
66:5
**directed**
18:8
**direction**
20:5
**discovered**
37:20
**discretion**
12:24, 67:16
**discuss**
9:18, 11:3,
13:14, 16:20,
28:12, 28:21,
28:24, 29:2,
31:19, 33:2,
33:15, 41:17,
44:12, 45:9,
50:1, 51:4,
62:12
**discussed**
27:23, 32:25,
34:10, 52:10,
62:13
**discussing**
34:5, 48:25
**discussion**
26:6, 26:10,
29:21, 44:9,
50:11, 53:5,
65:3, 68:18
**discussions**
26:4, 26:20

**dismissed**
59:5
**displeasure**
63:5
**dissertation**
12:9, 13:11,
18:7, 38:1,
38:13, 40:6,
43:13, 47:17,
57:14, 61:23,
68:7
**distract**
63:6, 64:10
**district**
1:1, 1:2, 5:6,
5:7
**division**
1:3, 5:7
**doctor**
6:14, 7:5,
8:12, 22:7,
22:10, 25:8,
70:3, 70:22,
71:6
**document**
13:9, 13:10,
21:16, 21:19,
39:1, 40:6,
43:25, 47:22,
48:16, 48:17,
49:10, 51:25,
52:3, 61:18,
61:21
**documented**
30:10
**documents**
30:5
**doing**
13:11, 31:11,
36:7, 67:9
**done**
10:18, 29:17,
56:8, 56:20,
57:20, 65:15,
69:11
**doug**
65:16, 65:21
**down**
22:9, 56:12,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

73:11
**dr**
1:15, 2:1, 4:2,
5:3, 7:7, 8:6,
8:13, 8:21,
10:5, 10:9,
13:12, 13:13,
14:6, 15:7,
15:8, 15:12,
15:13, 15:17,
15:21, 15:22,
16:3, 16:15,
16:21, 16:23,
17:1, 17:5,
19:22, 19:23,
21:10, 21:12,
22:12, 22:13,
23:16, 23:25,
24:16, 24:17,
24:23, 25:2,
25:4, 29:24,
34:18, 43:1,
44:21, 46:21,
52:10, 54:5,
70:4, 70:7,
71:9, 71:17
**due**
53:7
**duly**
6:25
**during**
8:12, 18:3,
20:17, 24:22,
26:12, 27:2,
43:24, 44:21,
52:23, 54:8,
54:12, 67:24
**duty**
55:17
**dyche**
64:20, 65:4,
65:22, 65:23
**dynamic**
56:13

**E**

**e**
21:21, 32:17,

33:8, 52:23
**e-mail**
10:22, 15:20,
15:24, 16:17,
20:25, 21:3,
21:10, 29:20,
30:6, 32:14,
34:7, 38:24,
39:16, 39:20,
40:4, 41:14,
47:24, 48:2,
51:14, 52:12,
52:22
**e-mails**
15:16, 22:1,
29:15, 30:14
**each**
20:13, 56:14,
66:9
**earlier**
10:17, 29:20,
44:11, 46:9,
46:13, 52:10,
56:8
**early**
31:5
**east**
69:9
**eastern**
1:3, 5:7, 5:9
**edit**
72:14
**effect**
59:21
**effectively**
12:4, 13:10,
49:15
**either**
30:14
**electrochemical**
57:3, 57:10,
58:7, 58:14
**electronic**
6:2
**else**
41:19
**emeritus**
11:17, 11:19,

36:17
**employed**
7:11, 8:16,
74:11, 75:9
**employee**
65:2
**encountered**
35:17
**end**
55:16, 71:9
**ended**
31:6
**ends**
56:2
**engage**
17:17
**engineering**
7:22, 8:3,
8:18, 54:3,
54:23, 63:3,
63:18, 64:14,
67:12, 67:23
**enjoying**
7:13
**enough**
17:16, 27:11,
41:10, 61:24
**entire**
20:7, 23:25,
41:7, 54:8
**entirely**
57:9
**equally**
25:3
**especially**
41:1
**esquire**
3:4, 3:11, 4:3,
4:4
**essentially**
23:20
**established**
62:4
**estimate**
56:13, 56:14,
58:25
**et**
33:23, 56:15

**etcetera**
9:19, 59:3
**evaluation**
48:5, 52:22
**even**
8:19, 18:21,
23:8, 34:10,
58:5, 60:1
**events**
29:10
**ever**
10:9, 13:14,
14:7, 23:22,
34:18, 36:11,
41:16, 69:1,
69:3
**every**
21:20, 34:14,
35:19, 60:18,
63:24, 63:25,
68:15, 70:25
**everybody's**
22:19
**everyone**
19:17, 30:2,
68:17
**everything**
29:16, 30:10,
30:11, 30:13
**evidence**
64:24
**evidentiary**
6:6
**evolved**
31:5
**exactly**
30:24, 33:2,
49:25, 59:19,
60:7
**exalt**
57:15
**exam**
9:8, 9:16,
10:12, 11:21,
12:1, 12:25,
13:13, 13:19,
14:12, 14:14,
15:2, 15:23,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

83

15:24, 16:8,
16:10, 16:11,
16:13, 16:21,
17:6, 17:15,
17:21, 18:4,
18:24, 18:25,
19:9, 19:21,
20:7, 20:10,
20:17, 21:4,
21:13, 22:14,
22:18, 22:21,
23:2, 23:9,
24:5, 26:1,
27:7, 29:14,
29:21, 30:3,
31:23, 34:20,
34:24, 35:6,
35:9, 35:21,
37:8, 37:25,
38:20, 39:6,
40:7, 40:8,
40:13, 40:15,
40:18, 40:21,
41:22, 41:23,
41:25, 42:1,
42:12, 42:15,
42:17, 43:8,
43:20, 43:24,
45:11, 45:19,
45:25, 46:11,
47:6, 47:7,
47:12, 48:19,
52:15, 52:23,
60:24, 62:4,
62:6, 62:15,
63:11, 70:6,
70:25
**examination**
4:2, 7:3,
11:25, 12:1,
12:22, 14:20,
15:8, 15:9,
15:11, 15:16,
16:20, 17:4,
19:14, 22:24,
25:20, 40:16,
44:13, 46:5,
60:20, 70:1,

70:10, 70:24
**examined**
7:2
**examinee**
40:23
**exams**
13:16, 17:7,
42:10
**exchange**
15:21, 20:24,
32:14, 35:6,
39:16
**exchanged**
29:15
**exclude**
25:6
**exhibit**
4:9, 4:10,
4:11, 4:12,
4:13, 21:8,
22:5, 22:9,
32:6, 32:8,
32:11, 38:4,
39:10, 39:12,
44:3, 44:5,
44:8, 47:18,
47:19, 51:20,
55:21, 55:23,
55:25
**existing**
62:1
**expand**
39:22
**expect**
10:20, 23:5,
24:8, 57:18,
58:3, 59:15,
61:14, 61:19,
63:12
**expected**
9:16
**expedite**
72:25, 73:2
**experience**
12:20, 36:5,
42:8, 42:9,
60:25, 67:25
**expertise**
10:18, 32:3

**explain**
11:23, 17:15
**express**
63:4
**extending**
70:13
**extract**
18:17
**extremely**
11:4, 19:15

**F**

**fact**
11:5, 15:20,
22:17, 34:13,
34:19, 35:2,
38:16, 46:2,
46:11, 50:12,
51:3, 51:11,
51:12, 57:22,
59:24, 60:6,
61:1
**factor**
59:23
**factors**
18:10, 59:1,
59:14
**facts**
64:23
**faculty**
8:16, 9:1,
10:25, 11:2,
17:20, 19:6,
31:10, 33:22,
34:16, 36:9,
39:4, 65:2,
66:14, 67:9,
67:11, 67:14,
67:17, 67:20,
70:25
**fail**
13:24, 14:8,
23:9
**failed**
26:9, 47:5
**failing**
13:14, 16:20,
20:10

**fails**
14:19
**fair**
27:10
**fairly**
50:13
**fall**
8:4
**familiar**
18:6, 58:4
**far**
10:3, 24:14,
69:9
**fashion**
8:13, 16:3,
19:23
**faster**
15:1
**feedback**
17:22, 19:11,
21:12, 52:13,
60:22
**feel**
24:11, 52:16
**feeling**
45:7
**feels**
14:12
**felt**
19:19, 20:22,
29:22, 45:12,
61:13
**female**
25:3
**ferpa**
46:19
**few**
25:22, 31:10,
54:4, 67:4
**field**
31:11
**figure**
15:5
**filed**
24:20, 29:24
**final**
65:12, 70:3
**finalized**
11:20

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

84

| | | | |
|---|---|---|---|
| **finally** | **formal** | **full** | 47:24 |
| 8:8 | 9:4, 33:8 | 7:8, 36:15, | **give** |
| **financial** | **formally** | 37:18 | 6:17, 42:3, |
| 74:13, 75:11 | 36:18, 36:20 | **fully** | 51:7, 55:5, |
| **finding** | **format** | 37:11, 57:19 | 55:7, 64:3 |
| 24:4 | 11:25, 12:21, | **fundamentally** | **given** |
| **fine** | 12:23 | 57:16 | 29:6, 29:23, |
| 46:20 | **forth** | **funding** | 42:8, 50:9, |
| **finish** | 9:23, 14:10, | 9:3, 33:24 | 50:17 |
| 70:21, 70:22 | 14:11, 17:25, | **further** | **gives** |
| **finished** | 20:5, 29:15, | 40:25, 41:13, | 19:2, 46:3 |
| 19:10 | 33:7, 33:25, | 48:16, 58:15, | **go** |
| **first** | 66:11 | 69:24, 70:20, | 10:7, 27:22, |
| 6:25, 7:24, | **forward** | 71:5 | 28:23, 36:2, |
| 9:8, 9:11, 10:8, | 14:14, 33:1 | **furthermore** | 39:24, 52:21, |
| 10:14, 20:14, | **four** | 9:20, 58:24 | 53:19, 56:5, |
| 22:20, 25:23, | 30:23 | **G** | 70:22, 71:17, |
| 28:6, 30:12, | **fox** | **gather** | 71:18 |
| 31:19, 41:8, | 3:11, 4:4, | 34:15, 68:16 | **going** |
| 44:7, 48:9, | 5:16, 10:2, | **ge** | 10:3, 13:11, |
| 55:17, 56:5, | 13:25, 16:7, | 38:13 | 17:19, 20:20, |
| 56:6 | 25:6, 25:10, | **general** | 24:12, 24:25, |
| **five** | 25:21, 32:5, | 9:16, 11:25, | 25:15, 26:24, |
| 69:14, 73:10 | 32:11, 32:19, | 12:1, 12:21, | 26:25, 27:4, |
| **flabbergasting** | 38:6, 39:14, | 13:19, 14:11, | 29:1, 29:5, |
| 18:20 | 39:22, 44:25, | 14:14, 15:2, | 30:3, 31:22, |
| **flutie** | 47:22, 51:23, | 16:8, 16:11, | 35:5, 39:2, |
| 1:25, 75:3, | 53:15, 55:22, | 17:15, 17:21, | 39:24, 41:5, |
| 75:16 | 56:3, 58:22, | 19:21, 35:5, | 42:12, 43:1, |
| **focus** | 69:14, 69:22, | 40:18, 42:2, | 51:7, 53:17, |
| 47:23, 60:1 | 70:11, 71:16, | 47:6, 52:15, | 56:16, 64:1, |
| **folder** | 71:21, 71:23, | 59:17, 60:4, | 64:7, 66:13, |
| 29:16 | 72:1, 72:4, | 60:20 | 66:17, 67:1, |
| **follow** | 72:15, 72:20, | **generically** | 69:17, 71:10, |
| 70:12 | 73:13, 73:17 | 18:11 | 71:23, 72:4, |
| **following** | **frame** | **genuine** | 72:8, 72:9 |
| 21:2, 22:23 | 36:19 | 61:18 | **gone** |
| **follows** | **france** | **germany** | 69:7, 69:8 |
| 7:2 | 7:19 | 69:7 | **good** |
| **ford** | **frequently** | **getting** | 7:5, 23:7, |
| 65:16 | 10:24 | 45:7, 49:11 | 26:22, 71:19 |
| **foregoing** | **friend** | **giorgia** | **graduate** |
| 74:3, 74:4, | 27:10, 68:20 | 1:7, 5:5 | 12:2, 14:25, |
| 75:5 | **friends** | **giorgio** | 34:15, 37:9, |
| **forget** | 26:23, 27:4, | 3:3, 7:7, | 48:10, 48:21 |
| 60:14 | 27:12 | 32:22, 32:23, | **greater** |
| **form** | **fulfilling** | 40:4, 40:25, | 55:19 |
| 16:7, 22:18, | 43:22 | | **group** |
| | | | 57:20 |

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                 85

| | | | |
|---|---|---|---|
| **grow** | **health** | 34:18, 35:16, | 47:15 |
| 60:21 | 53:7, 53:10, | 35:20, 37:24, | **inappropriate** |
| **growth** | 53:19, 53:22 | 41:9, 41:17, | 24:25, 60:17 |
| 59:22, 60:10, | **hear** | 43:1, 44:10, | **include** |
| 60:25 | 9:11, 10:8, | 45:10, 54:9, | 67:20 |
| **guezennec** | 10:11, 29:4, | 56:7, 57:3, | **including** |
| 1:15, 2:1, 4:2, | 44:24 | 57:10, 58:3, | 22:22, 23:25, |
| 5:4, 5:17, 6:24, | **heard** | 65:15, 70:7 | 54:5 |
| 7:10, 10:5, | 9:7, 10:16, | **huang's** | **increase** |
| 14:6, 21:10, | 25:4, 26:7, 41:8 | 13:13, 15:8, | 18:15 |
| 25:22, 46:21, | **hearing** | 21:12, 43:12, | **independent** |
| 71:10, 71:18 | 6:12 | 49:13 | 71:3 |
| **guidelines** | **help** | **hundreds** | **indicated** |
| 38:11, 38:24, | 54:6 | 57:22 | 43:19 |
| 38:25, 39:4, | **helping** | **hybrids** | **industrial** |
| 40:13 | 8:2, 8:5 | 59:9 | 65:18 |
| **H** | **here** | **I** | **industry** |
| **half** | 5:2, 56:2, | **idea** | 36:6, 36:7, |
| 28:18 | 56:5, 56:17, | 23:7 | 68:16, 69:5 |
| **hallway** | 56:20 | **ideas** | **influence** |
| 35:19 | **hereby** | 17:18, 24:14, | 70:5, 70:16 |
| **hand** | 74:3, 75:3 | 60:22 | **inform** |
| 6:15 | **herself** | **identified** | 35:5 |
| **handle** | 9:13, 60:11 | 32:6, 39:10, | **informal** |
| 61:15 | **highlight** | 39:11 | 34:17 |
| **handwritten** | 39:25 | **identify** | **information** |
| 30:7, 30:9, | **highly** | 5:14, 46:23, | 27:8 |
| 30:16 | 45:23 | 52:3 | **informed** |
| **happen** | **himself** | **immediately** | 28:25 |
| 13:21, 23:19, | 45:14 | 30:2, 44:10, | **informing** |
| 26:23, 36:4 | **hippel** | 44:13, 46:5 | 26:14 |
| **happened** | 3:12 | **impacted** | **inside** |
| 17:4, 18:1, | **hired** | 53:22 | 48:11 |
| 18:3, 19:12, | 67:14, 68:1 | **important** | **instance** |
| 19:13, 19:20, | **home** | 16:2, 43:2, | 23:10 |
| 28:3, 28:5, | 21:24 | 43:4, 61:16 | **instead** |
| 30:11, 31:4, | **hours** | **impression** | 52:20, 60:23 |
| 46:12, 52:14, | 19:1 | 19:18, 20:14, | **institute** |
| 52:15, 52:23 | **huang** | 20:25 | 7:20 |
| **happening** | 1:4, 3:10, 5:4, | **impressions** | **instruct** |
| 10:24 | 9:6, 10:9, | 21:4 | 14:3 |
| **happens** | 15:13, 15:22, | **improving** | **instrumental** |
| 11:5, 14:17, | 16:21, 17:5, | 17:24 | 67:13 |
| 23:21, 43:24 | 19:22, 22:13, | **in-depth** | **intended** |
| **happy** | 23:16, 23:25, | 52:22 | 6:5, 9:18, |
| 8:10 | 24:16, 29:24, | **inability** | 9:21, 9:24, |
| **harassing** | 31:20, 33:3, | 24:8, 24:15, | 18:6, 18:13, |
| 24:17 | 33:4, 34:6, | | 24:10, 36:15, |

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    86

47:17, 63:14,
64:20
**intending**
36:15, 61:23,
64:10
**intends**
13:6
**intent**
12:25, 13:20,
13:23, 37:18,
56:24
**intention**
36:24
**interacted**
33:6, 67:24
**interacting**
25:2
**interactions**
24:22
**interdisciplinary**
8:25, 33:21
**interest**
10:20, 63:1,
74:12, 75:11
**interested**
11:1
**internal**
59:16, 59:22,
59:25, 60:10
**internship**
65:15
**intimidated**
19:23, 19:25
**introduced**
9:13, 19:2
**introducing**
62:17
**invited**
12:19
**involve**
65:18
**involved**
12:13, 13:16,
31:9, 67:18,
71:1
**involves**
8:25
**irrelevant**
53:13

**issue**
53:10, 54:15
**issued**
50:4
**issues**
53:7, 53:19
**italy**
67:4, 67:6,
69:9
**itself**
18:16, 29:21,
49:10

**J**

**janeen**
48:8, 48:9,
48:10
**january**
7:23, 30:21
**job**
1:23, 53:23
**joined**
30:21, 30:22
**joint**
33:23, 33:24
**jointly**
58:25
**joke**
25:5
**judge**
12:5, 13:1,
13:4, 13:5,
14:23, 16:13
**judgment**
20:15
**july**
8:7
**juncture**
15:6
**jury**
11:23, 17:3

**K**

**keenly**
48:8, 48:14
**keep**
29:6, 39:24
**kennedy**
41:5

**kept**
26:25, 27:2,
27:15, 29:16,
60:11
**kicked**
23:20, 49:11,
49:14, 50:6
**kieran**
2:9, 5:21,
74:2, 74:17
**kind**
14:13, 55:2,
55:14
**kindly**
40:5
**kinds**
33:7, 33:14
**know**
7:6, 9:5,
17:23, 18:22,
22:11, 23:9,
33:8, 35:16,
36:3, 37:13,
42:16, 48:13,
48:15, 49:3,
49:18, 49:24,
50:15, 50:16,
50:20, 51:11,
51:17, 60:6,
60:12, 64:1,
64:17, 65:11,
65:24
**knowledge**
13:6, 47:14,
59:16, 59:17,
59:18, 66:1,
74:9, 75:8
**known**
30:19
**knows**
71:2

**L**

**lack**
9:23, 24:6,
24:7, 40:11,
41:3, 47:13,
47:14, 60:3

**large**
12:15
**last**
18:24, 28:16,
36:21, 37:5,
37:14, 37:20,
38:7, 72:11
**later**
30:23
**law**
6:11, 16:23
**laws**
6:7
**lead**
24:24
**leading**
30:12
**learning**
60:24
**least**
12:16, 50:20,
67:10
**leave**
19:10, 45:2
**led**
9:9
**left**
12:23, 20:12,
44:13, 62:11
**let's**
51:19, 61:17
**letter**
28:4, 28:19
**level**
24:8, 42:8,
42:9, 63:1
**lie**
17:1
**life**
19:16, 20:20
**life-changing**
53:4
**limit**
10:6
**limited**
30:4
**line**
22:2, 22:20,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    87

55:9
**link**
8:9
**listening**
20:3
**litigation**
26:18, 26:24,
27:3, 27:18
**little**
14:25, 15:4,
19:2, 32:20,
36:20, 37:21,
39:23, 72:16
**llp**
3:12
**log**
72:12, 72:24
**long**
11:17, 18:24,
30:6, 40:16,
53:19, 64:9,
69:13
**longer**
15:4
**look**
32:17, 39:20,
47:18, 51:19,
55:20, 56:4
**looked**
20:13, 29:22
**looking**
10:25, 33:1,
44:25
**loss**
59:3
**lost**
26:14, 28:25
**lot**
10:18, 17:10,
62:22, 67:8

**M**

**maddie**
5:10
**made**
29:24, 44:10,
48:14
**mae**
38:11, 38:23

**mail**
21:22, 32:18,
33:9, 52:24
**majority**
66:6
**make**
15:23, 20:15,
20:18, 38:9,
40:1, 45:14,
48:18, 58:23
**making**
16:10, 20:6,
25:4
**male**
25:3
**mandate**
18:25
**many**
9:1, 9:22,
12:12, 13:16,
17:7, 17:8,
25:3, 26:22,
30:20, 54:20,
57:22, 61:13,
62:24, 64:3,
66:13, 66:17,
67:2, 67:17,
67:22
**marcello**
48:3, 66:18,
66:21, 66:24
**mark**
44:4
**marked**
32:10, 51:20
**marks**
71:8
**master's**
50:8, 50:10,
51:8, 68:6
**material**
39:7
**materially**
9:25
**matter**
5:4, 11:5,
16:9, 22:17,
24:12, 34:13,

58:12
**mature**
17:16
**maturity**
24:6, 47:14,
61:15
**maxwell**
3:12
**maybe**
15:3, 17:14,
30:24, 35:4,
51:2
**mean**
16:6, 18:25,
19:20, 21:21,
25:1, 28:19,
30:12, 40:10,
42:24, 42:25,
49:7, 50:5,
51:17, 65:24,
67:20
**means**
6:2, 13:21,
13:22, 14:15,
14:22, 48:4,
50:6
**meant**
49:5
**mechanical**
7:22, 8:3,
8:18, 54:3,
64:14, 67:11,
67:23
**media**
5:2
**meet**
9:11, 15:4,
34:19, 35:8,
41:10, 41:18,
63:6, 63:25
**meeting**
34:17
**member**
8:16, 11:2,
11:13, 11:22,
12:24, 21:1,
21:20, 22:11,
22:22, 31:25,

33:22, 35:22,
36:1, 36:12,
36:16, 36:23,
37:1, 37:19,
37:22, 39:8,
48:11, 53:8,
60:23, 64:21,
65:1, 65:5,
65:13, 67:10,
67:11, 67:15,
67:17, 67:20,
68:16, 71:1
**members**
13:5, 15:5,
17:20, 19:6,
20:4, 22:1,
22:21, 31:11,
36:10, 39:4,
42:4, 44:9,
44:12, 45:8,
47:25, 50:2,
52:16, 66:2,
66:15
**meng**
1:4, 3:10, 5:4,
9:6, 38:12,
48:19, 56:7
**mention**
42:4, 47:2
**mentioned**
15:14, 65:7,
65:8
**message**
16:2, 16:17,
32:21
**met**
34:23, 35:12,
35:15, 41:6,
43:22, 62:10
**methodology**
56:11, 56:22,
56:23, 56:25,
58:6
**might**
34:9, 63:6
**mind**
26:2
**mine**
22:3, 26:22,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

88

32:3, 58:9
**minimum**
13:8
**minute**
36:21, 37:5,
37:14, 37:20,
53:5
**minutes**
25:12, 52:18,
69:14
**mischaracterizes**
27:21, 37:6,
37:16
**mishear**
27:25
**misjudged**
14:23
**mission**
55:19
**mix**
63:19
**model**
56:12, 57:3,
57:6, 57:10,
58:6, 58:7,
58:9, 58:11,
58:14
**models**
57:16
**moment**
20:19, 69:10
**moments**
27:25
**monday**
48:9
**monitor**
5:9
**month**
30:12
**months**
24:12
**more**
18:8, 20:24,
25:9, 30:9,
40:17, 41:6
**morning**
7:5, 48:9
**morrison**
2:9, 5:22,

74:2, 74:17
**most**
40:15, 53:21,
60:19, 62:25,
63:12
**mostly**
54:14
**move**
13:25, 22:4,
25:6
**moved**
10:2
**moving**
14:14
**mt**
3:6
**much**
5:20, 27:16,
30:5, 60:5,
68:25, 69:25
**muscular**
53:20
**must**
46:6, 64:5
**myself**
30:15, 33:5,
67:22

**N**

**name**
7:5, 7:8, 7:10,
46:18, 46:21,
46:25, 47:2,
65:21, 65:25
**narrow**
61:2
**nature**
34:1, 34:4,
35:13
**near**
39:20
**necessarily**
51:1
**necessary**
35:25, 42:11,
42:19
**need**
48:18, 55:6,

57:15, 72:4,
72:15, 72:23,
73:2, 73:7
**needed**
61:25
**needs**
41:24, 42:23,
43:6
**negatively**
20:23
**neither**
74:10, 75:9
**never**
9:13, 11:5,
13:15, 13:23,
15:14, 16:22,
17:25, 19:16,
25:4, 36:25,
42:17, 43:9,
43:10, 53:22,
54:9, 54:12,
68:12, 69:9
**nevertheless**
35:8
**new**
26:15
**next**
13:23, 23:1,
38:7, 58:16,
58:19, 58:20,
61:17
**nightmare**
13:18
**nobody**
20:16, 41:19
**non**
10:2, 35:25,
36:11
**non-electrochemi-
cal**
56:11
**non-responsive**
14:1, 25:7
**non-voting**
22:22, 35:22,
36:14, 37:1,
53:8, 65:5,
65:13

**normally**
52:17
**notary**
2:9, 5:25,
74:1, 74:18
**notes**
25:25, 29:9,
29:13, 29:14,
29:19, 29:23,
30:8, 30:10,
30:16, 52:7,
69:11
**nothing**
6:18, 7:1,
33:4, 42:6,
45:4, 53:10,
63:2, 63:18
**notice**
2:8
**notified**
31:23
**number**
5:3, 5:7,
12:15, 32:6,
32:8, 32:12,
38:4, 39:11,
39:12, 54:4,
58:1, 68:4, 69:7

**O**

**oaths**
6:1
**obermayer**
3:12
**object**
16:7, 25:6,
34:25, 64:8
**objection**
6:12, 27:21,
28:11, 28:22,
33:16, 35:10,
36:2, 37:6,
37:16, 41:20,
42:13, 42:20,
46:18, 46:23,
49:9, 49:17,
50:25, 51:9,
51:15, 53:12,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                    89

53:16, 54:18,
55:3, 55:15,
61:6, 63:8,
63:23, 64:15,
64:23, 66:4,
66:20, 68:3,
68:10, 68:13,
68:24, 72:12,
72:24
**objections**
72:10, 72:14
**obligation**
43:21
**observers**
65:20
**obviously**
26:24
**occasion**
46:10, 46:12,
46:16
**occasions**
27:18
**occurred**
29:10
**ocv**
56:12
**offer**
50:19, 50:22,
50:24
**officer**
74:2
**often**
13:3, 17:21,
33:8, 65:17
**oh**
3:7, 23:14,
37:23, 65:23
**ohio**
1:2, 1:7, 3:2,
5:5, 5:7, 7:7,
7:14, 7:22,
8:12, 49:12,
65:2, 67:25
**okay**
9:5, 9:10,
10:13, 11:10,
11:23, 12:11,
13:12, 15:7,

15:15, 15:20,
16:1, 16:15,
16:19, 17:3,
18:2, 18:23,
19:13, 20:8,
21:3, 21:6,
21:15, 23:8,
23:21, 23:23,
24:22, 27:2,
29:8, 30:16,
30:25, 31:13,
32:4, 34:5,
39:9, 39:16,
39:19, 40:4,
42:22, 43:23,
44:2, 45:1,
45:14, 45:23,
47:18, 48:13,
50:6, 51:5,
51:19, 52:3,
52:18, 52:25,
54:13, 55:5,
55:9, 56:3,
58:12, 58:15,
61:17, 72:15,
73:18
**once**
35:12, 35:15,
41:6
**one**
13:4, 14:7,
17:14, 23:9,
39:4, 39:7,
46:12, 47:4,
55:7, 61:11,
70:3, 73:4
**one-on-one**
41:18
**one-week**
73:10
**ongoing**
34:1, 68:2
**only**
23:24, 26:6,
36:22, 37:20,
41:2, 44:19,
46:12, 49:13,
65:19, 66:17

**opinion**
24:5
**opportunity**
17:17, 45:25,
46:11, 51:25,
60:21
**opposed**
60:19
**option**
46:4
**ordering**
72:20
**orders**
71:15, 71:22
**origin**
49:24
**original**
26:1, 28:6,
29:23, 31:9
**originally**
64:19
**osu**
11:18, 48:22,
54:9
**other**
18:15, 20:13,
21:25, 33:7,
36:12, 41:4,
44:9, 46:12,
46:15, 46:16,
47:25, 50:1,
56:21, 57:4,
58:4, 63:5,
66:2, 66:9,
67:23, 71:4
**others**
12:18, 62:11
**otherwise**
74:13, 75:11
**out**
9:17, 9:20,
10:20, 11:2,
15:5, 23:20,
31:22, 44:23,
49:11, 49:14,
50:6, 51:6,
72:8, 72:10
**outcome**
27:23, 41:23,

42:22, 43:6,
70:6, 74:13,
75:12
**outside**
9:3, 61:2,
64:8, 64:13,
68:14
**over**
10:19, 12:14,
12:17, 12:19,
13:16, 17:7,
23:2, 25:2,
26:6, 54:21,
57:23, 69:6
**own**
12:16, 21:24,
40:19, 57:20

---
**P**
---

**pa**
3:14
**page**
4:2, 4:9,
13:10, 32:18,
37:25, 38:8,
38:9, 38:13,
39:1, 39:20,
55:23, 55:24,
56:2, 56:6,
61:21
**pages**
1:24
**pamela**
1:25, 75:3,
75:16
**paper**
57:14
**paperwork**
11:18
**paragraph**
38:8, 40:1,
58:19, 58:21
**parameter**
59:4, 59:25
**parenthetical**
59:7
**park**
16:12

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

90

**part**
8:1, 10:21,
13:24, 17:23,
27:14, 37:25,
38:12, 41:4,
43:20, 59:22,
61:17
**part-time**
54:2
**participant**
13:17
**participate**
9:1, 9:15,
11:20, 31:25,
32:1, 33:1,
36:8, 37:5,
37:11, 64:21,
65:17, 66:7
**participated**
9:8, 10:1,
12:15, 27:7,
30:3, 42:16,
50:17
**participating**
11:21, 17:11,
34:16, 36:22,
65:4
**participation**
11:11, 65:19
**particular**
11:1
**particularly**
57:15, 57:19
**parties**
5:12, 6:2, 6:9,
74:12, 75:10
**pass**
43:7
**passed**
39:24, 43:15,
62:3
**passing**
13:19, 20:10
**past**
28:18, 66:8
**pc**
55:7
**penalties**
6:16

**penn**
3:13
**people**
17:10, 31:10,
36:6, 45:16,
66:6, 67:17
**performance**
20:17
**perhaps**
59:8
**perjury**
6:16
**permitted**
6:5, 45:10,
64:20
**personal**
29:14, 29:19,
30:7, 70:12
**personally**
23:24, 65:24,
71:1
**perspective**
56:19
**phd**
7:19, 9:19,
9:21, 9:24,
10:10, 11:23,
12:6, 12:12,
13:2, 13:11,
13:13, 14:8,
14:18, 16:14,
17:4, 17:17,
17:19, 18:7,
23:6, 23:20,
24:7, 24:10,
24:15, 40:13,
43:1, 45:24,
47:17, 49:11,
49:15, 50:7,
57:13, 57:18,
59:16, 61:1,
61:14, 61:23,
67:6, 68:7,
70:24
**phev**
59:8
**phone**
26:6, 26:13,

27:17, 29:6
**photo**
55:12
**physical**
58:9
**physics-based**
57:6, 58:6,
58:11
**picture**
54:24
**piece**
16:9
**pittsburgh**
3:14
**place**
3:13
**plaintiff**
1:5, 3:10,
4:11, 4:12,
4:13, 7:3, 9:5,
70:10
**plaintiff's**
32:8, 32:11,
38:4, 39:12,
44:5, 47:19
**plane**
71:13
**planet**
5:11, 5:22
**please**
5:14, 6:14,
7:8, 10:5, 14:3,
17:3, 21:8,
39:15, 40:5,
53:18, 55:10,
61:18, 71:22
**plug**
51:13, 55:7
**plunkett**
3:5
**plus**
7:24
**point**
14:16, 34:6,
34:10, 67:15
**policies**
40:20
**polishing**
24:13

**polling**
45:7
**portion**
38:19, 62:3
**posing**
55:11
**position**
51:6
**possible**
48:4, 67:10,
72:7, 73:16
**possibly**
66:10
**postdoc**
33:23, 67:5,
67:7
**postulate**
67:10
**potential**
17:25, 50:2
**power**
18:17
**practice**
31:24, 44:16,
44:18, 44:19
**pre-qualifying**
63:11
**precisely**
61:12
**prepare**
25:24, 72:12
**prepared**
23:10, 29:8,
75:4
**present**
13:9, 17:18,
33:10, 61:20
**presentation**
40:9, 40:11,
40:16, 40:22,
44:11
**presentations**
40:18
**presented**
61:20
**pressure**
21:24
**pressures**
71:4

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

91

| | | | |
|---|---|---|---|
| **pretty** 23:11, 30:5, 62:16, 66:11, 66:12 | **professional** 31:1, 70:15 | **protested** 24:20 | **question** 12:12, 18:19, 22:23, 23:1, 24:2, 29:10, |
| **previous** 11:15, 40:13 | **professor** 10:3, 14:1, 25:22, 26:5, | **provide** 48:5 | 33:13, 35:1, 36:17, 39:6, |
| **previously** 26:17, 51:20 | 26:21, 27:10, 28:7, 28:16, | **provided** 44:1, 70:5 | 40:7, 40:21, 42:18, 43:18, |
| **primarily** 63:12 | 30:19, 32:15, 32:22, 33:5, | **providing** 50:10 | 44:8, 53:18, 55:6, 55:10, |
| **printed** 46:3 | 36:13, 39:17, 41:9, 42:9, | **public** 2:9, 74:1, | 59:13, 60:18, 60:20, 61:12, |
| **prior** 13:12, 15:7, | 43:19, 47:8, 48:13, 50:23, | 74:18 | 62:8, 70:4 |
| 15:11, 16:19, 34:6, 37:2, | 51:5, 52:4, 52:25, 54:15, | **published** 54:25, 55:12 | **questioned** 59:10 |
| 58:25, 67:24 | 54:21, 55:12, 62:7, 62:10, | **pull** 21:7, 51:13, | **questioning** 43:25 |
| **privacy** 21:23, 47:4 | 63:4, 63:20, 64:11, 65:10, | 72:8, 72:10 | **questions** 10:4, 10:6, |
| **privately** 41:11, 41:18 | 65:11, 66:1, 66:16, 66:18, | **pulled** 47:21 | 13:3, 14:2, 17:10, 18:3, |
| **privilege** 40:14 | 66:24, 67:21, 67:22, 68:22, | **purely** 40:22 | 18:8, 25:9, 25:23, 61:13, |
| **probably** 12:16, 12:17, | 69:2, 69:23 | **purpose** 17:15 | 62:7, 69:24, 70:20, 71:5 |
| 27:13, 28:18, 30:22, 45:5, | **program** 23:20, 24:7, | **purposes** 32:7, 53:16 | **quickly** 17:22 |
| 49:23, 55:16, 65:9 | 48:10, 48:21, 49:14, 50:7, | **pursuant** 2:8 | **quite** 31:5 |
| **procedural** 6:6 | 54:9, 62:24 | **pursue** 9:24, 12:6, | **quotations** 48:23 |
| **proceed** 6:21 | **project** 8:5, 34:3 | 13:2 | |
| **proceeded** 7:23 | **projects** 33:7, 33:24, | **pushing** 14:25 | **R** |
| **proceeding** 6:5, 75:6 | 36:7, 54:7, 65:18, 68:4 | **put** 14:10, 14:11, | **raise** 6:14 |
| **proceedings** 74:3, 74:5, | **proper** 15:6 | 21:16, 22:19, 32:6, 33:21, | **rare** 11:4, 36:10, |
| 74:8, 75:7 | **proposal** 18:13, 34:3, | 39:14, 72:18, 73:11 | 46:1, 46:10 |
| **process** 70:17 | 38:1, 38:13, 40:6, 43:13, | **putting** 67:13 | **rarely** 23:22 |
| **processing** 58:10 | 47:16, 61:22, 62:9 | **Q** | **rather** 9:12, 20:22 |
| **prodding** 20:5 | **proposals** 66:9 | **qualified** 74:6 | **re-employed** 54:2 |
| **produced** 6:4 | **proposed** 13:4, 14:2 | **qualifying** 10:12, 35:21 | **re-read** 25:25 |
| | **proposes** 12:9, 13:10 | **quarter** 63:25 | **reach** 11:2 |
| | | **quasi-automatica-lly** 11:16 | |

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                                   92

**reached**
23:15, 23:17
**react**
15:12
**read**
18:21, 42:6,
43:9, 43:10,
56:16
**read-on**
5:25
**ready**
13:22, 14:12,
14:24, 17:17,
19:21
**real**
15:23, 16:10,
41:23, 42:1,
42:12, 42:15,
42:17
**really**
7:13, 13:18,
14:13, 14:17,
18:19, 20:3,
23:19, 27:13,
27:15, 42:11,
51:1, 62:25,
63:13
**reason**
10:16, 10:17,
14:21, 52:14
**reasons**
41:17
**rebmann**
3:12
**recall**
34:5, 34:17,
34:22, 35:2,
35:9, 44:21,
45:6, 45:21,
46:17, 46:20,
46:25, 48:25,
55:11, 59:19,
60:13, 60:15,
61:12, 62:14
**recap**
40:19
**received**
28:3, 28:19,

54:20, 55:2
**recognize**
32:16
**recommendation**
67:14
**record**
7:9, 25:15,
25:16, 25:17,
25:19, 62:12,
62:15, 62:18,
62:20, 69:17,
69:18, 69:19,
69:21, 71:10,
73:20, 74:9,
75:7
**recorded**
6:2, 74:5
**recording**
6:4, 74:8, 75:5
**reduced**
74:6
**reemployed**
8:1
**reference**
56:7
**references**
57:15, 57:16
**referred**
38:24
**reflect**
14:18
**refresh**
26:2
**refuse**
32:2
**refused**
64:25
**refusing**
47:11
**regard**
45:15
**regarding**
21:12, 70:6
**regular**
68:21
**rehired**
8:20
**reif**
5:10

**rejected**
64:12
**related**
74:11, 75:9
**relationship**
8:21, 9:4,
31:1, 31:12,
66:2, 66:23,
68:2, 69:2,
70:13
**relationships**
66:12, 66:17
**relevance**
55:3
**reluctant**
41:18
**remember**
15:18, 15:24,
16:3, 18:2,
18:24, 20:8,
30:23, 34:11,
34:21, 35:3,
35:13, 60:7,
61:5, 61:8,
61:9, 61:10
**remind**
42:5
**reminding**
43:3
**remote**
5:10, 21:9,
32:9, 32:13,
39:13, 44:6,
51:22, 56:1
**remotely**
5:13
**reopened**
26:8, 28:20
**repeat**
48:19
**report**
32:5, 48:7
**reported**
8:19
**reporter**
5:21, 5:24,
6:20, 32:20,
38:7, 39:10,

44:3, 73:14,
73:18, 74:1
**represent**
5:15, 7:6
**representative**
48:11
**representing**
5:11, 5:22
**request**
52:9
**required**
12:2, 12:4,
13:6
**requirement**
38:21, 43:22
**requirements**
38:10
**research**
8:5, 8:6, 8:22,
8:24, 8:25, 9:1,
10:19, 11:3,
17:25, 31:8,
31:11, 33:21,
34:3, 34:15,
39:3, 54:6,
57:14, 57:25,
60:1, 61:22,
61:25, 65:17,
66:7
**researcher**
10:25, 33:23
**researchers**
54:5
**resistance**
18:16, 59:22,
59:25, 60:10
**resources**
33:22
**respect**
20:10, 23:16,
34:2
**respective**
8:17
**respond**
14:2
**responded**
16:1
**responding**
16:3

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

93

response
29:3, 33:9
responsibility
42:5
responsive
10:3
rest
15:17, 21:11
restate
24:2, 43:18,
55:10
result
40:17
resume
25:11
retake
22:13, 23:11,
24:5, 45:25,
46:8, 46:11,
47:7, 47:12
retired
7:12, 7:14,
7:24, 8:9,
11:14, 26:3,
27:14, 36:20,
53:7, 53:25,
54:1, 55:17
retrial
28:15, 29:1
return
64:18
returning
69:1
review
29:13, 40:6,
51:25, 69:10
reviewed
43:12
reviewing
29:9
right
6:15, 7:15,
12:7, 15:2,
16:2, 23:9,
23:12, 25:13,
25:14, 29:11,
29:23, 35:23,
37:8, 51:8,

51:14, 52:17,
53:1, 55:16,
69:16, 71:8,
71:19
rightly
59:8
righty
69:15
rizzoni
1:7, 3:3, 5:5,
7:7, 8:7, 8:14,
8:22, 13:14,
15:8, 15:12,
15:17, 15:21,
16:4, 16:16,
16:24, 17:1,
19:23, 22:13,
24:17, 24:23,
25:2, 25:4,
26:5, 26:21,
27:10, 28:7,
28:17, 30:19,
32:15, 32:22,
33:5, 36:13,
39:17, 40:25,
41:9, 43:19,
44:21, 47:8,
47:24, 48:14,
50:24, 52:10,
53:1, 54:5,
54:15, 54:22,
55:12, 62:10,
63:4, 63:20,
64:12, 65:10,
65:11, 66:16,
67:21, 67:22,
68:22, 69:2,
70:4
rizzoni's
51:5, 66:2
room
19:10, 19:17,
20:12, 20:16,
44:13, 45:2,
45:3, 62:11
routine
50:13, 50:15
ruled
22:6

rules
6:7, 46:2
rush
73:5, 73:10
rushed
73:15

S
said
27:24, 29:2,
29:8, 29:17,
33:13, 34:11,
37:4, 40:17,
41:22, 41:25,
45:4, 45:5,
45:17, 45:22,
46:13, 48:7,
59:4, 59:7,
60:8, 60:14,
60:15, 65:8,
65:21, 70:5,
74:7, 74:8, 75:6
same
8:20, 14:21,
22:2, 30:5,
42:20, 47:22,
48:3, 48:4,
51:15, 56:9,
56:10, 56:23,
56:24, 57:17,
58:19, 60:25,
73:12, 73:15
sat
53:8
satisfactory
22:21, 46:6
satisfied
14:15, 20:16,
37:24, 43:20
satisfy
38:12, 38:19
say
15:1, 15:9,
29:3, 39:4,
42:19, 45:18,
51:18, 60:13,
61:4, 64:1,
67:19, 68:19

saying
28:20, 35:14,
40:5, 43:5,
44:21, 63:2
says
39:25, 40:8,
51:14, 56:6
scenario
13:18
schedule
63:21
scholar
67:3
school
12:2, 37:9
science
24:10
scope
33:16, 53:13,
53:15, 54:19,
66:4
scroll
51:23, 55:23,
61:17
second
13:8, 32:17,
45:20, 55:7,
55:23, 55:24,
56:2, 58:24,
59:4, 59:24,
59:25
securing
9:2
see
10:23, 35:18,
37:23, 38:14,
40:3, 45:1,
48:17, 51:25,
62:24, 63:17
seeing
34:18, 61:2
seem
19:22, 19:25,
62:14, 62:23
seemed
60:16
seen
23:24, 25:5,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

94

| | | | |
|---|---|---|---|
| 27:13, 35:18,<br>41:2, 50:7 | 27:1, 29:20,<br>30:6, 62:15 | **sitting**<br>19:6 | **sooner**<br>72:16 |
| **semester**<br>41:2, 41:5,<br>41:7, 63:24 | **she'd**<br>49:15 | **situation**<br>14:7, 14:9,<br>45:24, 48:8, | **sorry**<br>23:14, 39:23,<br>58:11, 58:22, |
| **semi**<br>53:6, 53:24 | **she'll**<br>48:20 | 48:14 | 66:14 |
| **semi-retired**<br>54:1 | **shocked**<br>52:19, 60:6 | **skills**<br>74:10, 75:8 | **sort**<br>11:24, 16:16,<br>19:5, 35:7 |
| **send**<br>16:2, 72:13 | **short**<br>25:10, 36:20,<br>69:11 | **socialize**<br>31:16, 68:8 | **southern**<br>1:2, 5:6 |
| **sending**<br>16:16 | **shortly**<br>28:19, 54:2 | **solemnly**<br>6:15 | **speak**<br>16:12, 28:16,<br>52:19 |
| **sense**<br>12:23, 17:8,<br>43:21 | **should**<br>14:16, 15:4,<br>15:12, 15:23, | **some**<br>8:3, 8:5, 9:3,<br>12:23, 13:2, | **speaks**<br>49:10 |
| **sent**<br>21:11, 41:14 | 18:22, 22:23,<br>23:1, 45:10,<br>45:13, 45:19, | 13:3, 15:16,<br>16:16, 18:8,<br>19:4, 24:9, | **special**<br>43:1 |
| **sentence**<br>48:22, 48:23,<br>49:1, 49:4,<br>49:8, 50:3,<br>58:20 | 46:7, 50:6,<br>57:14, 61:19,<br>64:2 | 34:10, 35:17,<br>50:8, 54:6,<br>54:11, 55:2,<br>55:14, 55:20, | **specialization**<br>63:14, 64:9 |
| | **showed**<br>59:14 | 59:13, 60:21,<br>60:22, 65:15, | **specific**<br>18:2, 18:8,<br>18:19, 21:21,<br>60:5 |
| **september**<br>9:15, 37:19,<br>41:3 | **showing**<br>54:25 | 65:19, 66:10,<br>66:13, 68:5,<br>68:7, 68:17 | **specifically**<br>54:21, 59:10, |
| **serious**<br>16:9, 16:13,<br>23:12, 24:1,<br>70:25, 71:2 | **shows**<br>61:15 | **somebody**<br>23:11 | 60:16, 61:4,<br>61:10 |
| | **sic**<br>18:8 | **someone**<br>35:17 | **speculation**<br>42:14, 63:9 |
| **served**<br>37:1 | **side**<br>8:23 | **something**<br>9:25, 10:23, | **spending**<br>41:10 |
| **session**<br>17:22, 40:22,<br>68:14 | **signal**<br>58:10 | 12:2, 14:17,<br>25:5, 33:25,<br>40:12, 45:6, | **spent**<br>9:22, 40:14,<br>67:4 |
| **set**<br>9:21, 17:19,<br>18:6, 18:10,<br>56:24, 58:2 | **signature**<br>22:19 | 50:12, 50:21,<br>50:23, 51:2,<br>51:3, 52:25, | **spoke**<br>28:7, 33:13 |
| | **signature-5tm1q**<br>75:14 | 59:4, 59:9,<br>60:10, 62:21 | **spoken**<br>26:17, 27:17 |
| **several**<br>27:18, 35:19 | **signature-b7fzp**<br>74:15 | **sometimes**<br>14:24, 66:13 | **sponsored**<br>36:7 |
| **sexually**<br>24:17 | **similar**<br>31:7, 50:18,<br>57:21, 57:24 | **somewhat**<br>59:15 | **sponsors**<br>69:4 |
| **shall**<br>6:7, 6:17 | **since**<br>20:22, 25:25, | **soon**<br>72:7, 72:16,<br>73:15 | **spot**<br>52:20 |
| **share**<br>62:18, 62:19 | 26:2, 27:14,<br>31:1, 32:2,<br>49:23 | | **spouses**<br>31:17, 68:9 |
| **shared**<br>19:5, 22:2, | | | **spur**<br>20:19 |

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

**staff**
48:11
**stage**
63:11
**stand**
21:9, 32:9,
32:13, 39:13,
40:18, 44:6,
44:18, 51:22
**standard**
31:24, 42:7,
46:4, 62:16,
63:24, 71:25
**standpoint**
12:8, 57:2
**start**
13:24, 31:7
**started**
7:21, 8:4,
31:10, 31:12
**state**
1:7, 2:10, 3:2,
5:5, 5:15, 7:7,
7:8, 7:14, 7:22,
8:13, 49:12,
65:2, 67:25,
74:18
**stated**
10:17, 14:22
**statement**
59:8
**states**
1:1, 5:6, 7:20,
32:21, 38:10,
40:25, 48:2,
48:16
**statistic**
50:16
**status**
11:17, 11:19,
37:10, 49:20
**stay**
65:16
**stayed**
44:23
**step**
10:14, 12:4,
13:23, 43:2,

43:4, 61:16,
70:25
**still**
27:9
**stipulate**
6:9
**stipulation**
6:8
**strange**
9:12, 17:6,
19:15, 63:17
**strict**
64:13
**strictly**
21:23
**strike**
10:2, 13:25,
14:1
**string**
21:25
**structure**
64:18
**student**
10:21, 13:1,
13:19, 13:22,
13:24, 14:10,
14:11, 14:24,
15:3, 15:22,
17:9, 17:16,
17:24, 19:1,
19:3, 20:21,
39:5, 41:1,
45:24, 46:7,
46:10, 46:16,
46:19, 46:21,
46:25, 47:3,
47:5, 47:7,
47:12, 47:15,
48:21, 49:22,
56:21, 60:21
**students**
9:2, 11:1,
12:17, 16:11,
25:3, 33:24,
34:2, 34:15,
35:18, 36:6,
41:5, 47:4,
50:8, 50:17,

57:4, 57:22,
57:23, 58:1,
58:5, 60:19,
62:24, 63:12,
65:17, 66:11,
68:5
**study**
62:24
**stuff**
60:4
**stunned**
19:17, 52:16
**subject**
55:13
**submit**
72:9
**successful**
14:16, 22:24,
22:25
**sufficiently**
62:1
**suggesting**
43:7
**suggestion**
17:13, 17:24,
31:21
**suggestions**
20:6, 60:22,
64:4
**suitability**
12:5, 13:1,
16:13
**suitable**
12:10, 67:17
**suite**
3:6, 3:13
**summarily**
59:5
**supervised**
8:13
**supervising**
9:4
**supervisor**
9:4
**supervisory**
8:23
**supplied**
44:3

**supply**
52:13
**supposed**
11:16, 40:15
**sure**
24:3, 40:1,
55:8
**surfaced**
37:8
**surprised**
9:23, 10:15,
11:6, 11:7,
26:7, 29:4,
56:6, 62:22
**surprising**
61:3, 64:7
**swear**
6:12, 6:15
**switzerland**
69:8
**sworn**
5:23, 6:25

---

T

**take**
13:22, 15:1,
16:11, 17:12,
17:13, 22:8,
23:2, 25:10,
31:22, 40:5,
45:10, 45:19,
51:19, 53:4,
63:12, 63:15,
63:22, 64:2,
64:3, 64:5,
69:10, 69:11
**taken**
18:9, 23:22,
52:17, 71:3,
74:3
**taking**
19:4, 52:20,
63:5, 64:12,
71:16
**talk**
10:7, 34:1,
41:13
**talked**
10:22, 73:2

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

96

| | | | |
|---|---|---|---|
| **talking** 56:18, 58:19, 58:20 | **testified** 7:2, 9:7, 44:11, 46:9 | 55:24, 57:18, 62:13, 65:9, 65:14, 67:5, 72:17 | **took** 11:17, 30:7, 60:19 |
| **taught** 54:10 | **testify** 6:25 | **thoroughness** 23:5 | **topic** 47:15, 56:9 |
| **teach** 54:4 | **testimony** 6:10, 6:17, | **thought** 46:9, 62:4 | **totally** 18:18 |
| **teaching** 8:3, 54:11, 54:13 | 27:22, 28:10, 37:7, 37:17, 70:18, 70:19 | **three** 24:12, 30:22, 70:13 | **towards** 14:14 |
| **tech** 21:7, 21:9, 32:9, 32:13, 39:13, 44:6, 51:22, 56:1 | **th** 9:15 **thank** 5:20, 5:24, | **through** 11:18, 20:7, 31:1, 41:5, 43:2, 51:24 | **transcribed** 1:25 **transcriber** 75:1 |
| **technical** 12:8, 13:5, 31:4, 35:6, 36:17, 39:6, 56:19, 57:2, 62:6, 62:8, 63:1, 63:13 | 6:20, 6:22, 25:8, 40:3, 69:23, 69:25, 70:9, 71:6, 71:18, 71:20 **thanks** 22:9 | **thrown** 63:18 **time** 5:9, 8:1, 8:12, 9:8, 10:8, 11:17, 13:12, 14:13, 15:7, | **transcript** 4:8, 6:4, 45:1, 71:22, 72:7, 72:24, 73:1, 73:8, 73:15, 75:4, 75:6 **transcriptionist** 74:7 |
| **technicality** 37:21 | **themselves** 5:15 | 15:11, 16:19, 19:5, 30:11, | **translated** 18:16 |
| **technically** 8:15 | **thereafter** 74:5 | 31:14, 34:18, 36:19, 40:5, | **travel** 69:3 |
| **technology** 7:21 | **therefore** 14:16, 15:1, 60:2 | 41:8, 41:10, 45:12, 45:20, 53:7, 54:8, | **travels** 70:14 |
| **tell** 11:10, 11:11, 14:6, 15:8, 15:12, 16:10, | **thesis** 56:9, 65:20, 68:6 | 54:12, 60:25, 71:7 **times** 35:19, 69:8 | **trial** 26:15, 28:6, 30:12, 53:17 **tried** 67:6 |
| 21:15, 23:14, 23:15, 24:3, 26:12, 26:20, 34:13, 36:4, 41:16, 42:11, 44:20, 46:24, 47:1, 50:7 | **thing** 8:20, 15:6, 18:15, 22:20, 23:9, 23:19, 24:13, 33:20, 48:9, 56:16 | **today** 5:10, 5:21, 48:4 **today's** 5:8 **together** 31:17, 33:22, | **trophy** 54:16, 55:2, 55:14 **true** 74:8, 75:6 **truly** 13:22 |
| **tells** 15:21 | **things** 17:14, 33:14, 34:4, 67:8 | 63:7, 66:10, 66:11, 68:4, 70:14 | **truth** 6:17, 6:18, 7:1, 7:2 |
| **ten** 72:2 | **think** 9:14, 19:24, | **tomorrow** 73:7 | **try** 10:5, 14:2, |
| **tenor** 35:3 | 20:2, 20:3, 20:14, 21:25, | **tomorrow's** 40:8 | 14:25 **trying** |
| **terminology** 58:13 | 23:3, 23:17, 33:12, 34:9, | **tone** 60:15 | 41:3 **tuesday** |
| **test** 39:5 | 39:7, 42:10, 45:16, 52:21, | | 1:16 |

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

turn
39:9, 44:2,
55:22
turnaround
71:25
turned
22:18
turns
9:20, 17:22
twice
41:2
two
18:10, 19:1,
23:24, 41:4,
54:25, 58:25,
72:2
type
57:21
typewriting
74:6
typically
15:3, 19:1,
19:9, 62:23

**U**

unanimous
48:18
unanimously
47:6
unaware
18:18, 24:19,
28:2, 28:4,
28:13, 35:20,
59:21
unawareness
59:14
under
6:6, 6:16,
56:13
undergraduate
7:18, 18:21,
54:14, 68:6
underlying
24:9
understand
6:3, 11:12,
40:10, 41:24,
42:24, 43:5,

49:7, 49:21,
63:20, 64:11,
73:6
understanding
47:13
understood
37:24, 59:24
uninterested
61:1
unit
8:17
united
1:1, 5:6, 7:20
university
1:7, 3:3, 5:5,
7:7, 7:15, 7:22,
8:2, 8:9, 8:10,
12:3, 27:16,
30:1, 36:19,
46:3, 54:17,
55:18, 68:14
unless
14:17
unprofessional
60:16
until
14:12, 21:1,
24:19, 28:3
unusual
14:7, 14:9,
45:23
updated
27:2
use
6:9, 9:21, 18:7
uses
6:5
using
56:10, 57:3,
57:10
usual
44:16
usually
14:10
utah
2:10, 74:18

**V**

varia
56:9

various
33:22, 64:12
verbally
32:25, 33:2,
33:10, 49:1
video
5:9, 5:12,
25:11, 71:22,
72:11, 72:14,
72:16, 72:22,
72:23, 72:25,
73:1
videographer
5:2, 5:10,
5:20, 25:14,
25:18, 69:16,
69:20, 71:8,
71:15, 71:21,
71:25, 72:2,
72:18, 73:4,
73:9
videotaped
5:3, 71:9
violation
46:19
virtually
1:18, 2:2,
33:6, 33:13,
34:13, 34:14
visa
49:19, 49:22
visible
38:9, 40:2
vision
61:2
visiting
67:3
voice
5:14
voluntary
66:8
vote
11:12, 36:9
voting
11:13, 11:22,
22:11, 36:1,
36:12, 36:16,
36:23, 37:22,

64:21, 65:1,
65:5, 65:13

**W**

wait
15:4
walk
16:12
want
17:12, 17:13,
20:18, 25:10,
40:1, 53:4,
56:17, 63:15,
65:19, 69:13,
71:23, 73:1,
73:11, 73:14
wanted
51:6, 51:13,
55:20, 67:9,
67:19
wants
14:8, 39:5
way
13:15, 29:25,
32:23, 43:10,
53:19, 70:17
we're
50:5, 71:23,
72:4, 72:9
we've
23:17
website
54:25, 55:13
weeds
56:17
week
28:18, 34:14,
35:20, 41:6,
73:5
weeks
72:2
well-knowing
23:18
went
29:25, 69:4,
69:6
whatever
41:23, 42:23,

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025

98

43:6
**whatsoever**
8:10
**whereupon**
6:23, 73:19
**whether**
15:5, 37:10,
45:9, 46:7,
48:19, 65:5
**whole**
6:18, 7:1,
38:9, 56:16
**william**
3:13
**within**
46:2, 52:18,
57:19, 68:17,
72:7
**witness**
5:22, 6:13,
6:19, 14:4,
14:5, 24:23,
33:18, 38:9,
40:2, 51:24,
71:12, 71:19
**witness(es**
74:4
**witnessed**
17:7, 19:16,
25:2
**work**
56:10, 56:20,
57:20, 58:2,
58:4, 58:25,
60:1, 60:5,
62:1, 63:15,
64:10
**worked**
57:23, 65:16
**working**
31:6, 58:7,
67:8
**works**
56:8
**world**
69:6, 70:15
**wouldn't**
58:3

**write**
21:18, 39:1,
52:5, 52:9,
52:21
**writing**
30:13, 37:25,
38:13, 62:8
**written**
6:7, 13:3,
29:17, 30:15,
37:25, 38:12,
39:5, 40:7,
43:12, 43:20,
48:5, 50:4,
62:3, 62:6, 66:9

**Y**

**yann**
1:15, 2:1, 4:2,
5:4, 6:24, 7:10,
39:21, 39:25,
48:3, 71:9
**yeah**
10:12, 27:6,
29:12, 30:12,
31:3, 42:15,
48:24, 49:6,
51:3, 51:17,
55:11, 56:4,
58:9, 58:22,
59:12, 59:21,
60:9, 60:18,
63:16, 65:23,
65:25, 66:22,
73:4
**year**
27:14, 68:15
**years**
7:24, 9:22,
10:19, 12:19,
13:16, 17:8,
25:2, 26:22,
26:23, 29:10,
30:20, 30:23,
31:5, 53:20,
54:21, 57:23,
66:13, 66:17,
67:2, 67:4

**yourself**
27:9, 32:15,
39:17, 47:24,
67:21

**Z**

**zoom**
32:19, 38:7

**0**

**01**
4:10
**06**
1:17, 5:9

**1**

**10**
4:12, 21:11,
28:15, 39:12,
52:18, 53:5
**108**
4:13, 44:5,
47:19
**11**
1:17, 5:9,
25:15, 25:16,
25:17, 25:19
**12**
12:16, 69:17,
69:18, 69:19,
69:21, 71:11,
73:20
**15**
12:16, 13:10,
25:12, 37:25,
38:13, 39:1,
61:21
**150**
3:6
**15219**
3:14
**16**
7:23, 7:25
**17**
8:4, 8:7, 9:15,
26:1
**1710**
3:13

**19**
1:11, 5:8
**1976**
1:11, 5:8

**2**

**20**
10:19
**2017**
15:18, 21:11
**2025**
1:16, 5:8
**21**
4:10, 8:8
**2462**
3:15
**25**
4:4
**2502**
3:14
**26**
1:16, 5:8
**288**
3:15
**2:-cv-76**
1:11, 5:8

**3**

**30**
25:2
**3000**
3:8
**31**
25:15, 25:16
**32**
4:11
**35**
7:24, 26:22,
53:20
**37**
4:12

**4**

**40**
12:17
**412**
3:15
**43235**
3:7

Transcript of Dr. Yann Guezennec
Conducted on August 26, 2025                    99

| | | |
|---|---|---|
| **44** | 32:12, 38:5 | |
| 4:13, 69:17, | | |
| 69:18 | | |
| **46** | | |
| 25:17, 25:19 | | |
| **47** | | |
| 69:19, 69:21 | | |
| **49** | | |
| 71:11 | | |
| **5** | | |
| **50** | | |
| 12:18 | | |
| **51** | | |
| 73:20 | | |
| **525** | | |
| 3:13 | | |
| **597479** | | |
| 1:23 | | |
| **6** | | |
| **60** | | |
| 12:18 | | |
| **614** | | |
| 3:8 | | |
| **629** | | |
| 3:8 | | |
| **7** | | |
| **70** | | |
| 4:3, 4:4 | | |
| **716** | | |
| 3:6 | | |
| **75** | | |
| 1:24 | | |
| **8** | | |
| **85** | | |
| 7:21 | | |
| **86** | | |
| 30:21 | | |
| **89** | | |
| 30:24, 31:1 | | |
| **9** | | |
| **90** | | |
| 30:24, 31:1 | | |
| **92** | | |
| 4:11, 32:8, | | |

**From:** <guezennec.1@gmail.com> on behalf of Yann Guezennec <guezennec.1@osu.edu> **Date:** Sunday, December 10, 2017 at 10:50 PM **To:** Marcello Canova <canova.1@osu.edu> **Cc:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>, VISHNUBABA SUNDARESAN <sundaresan.19@osu.edu> **Subject:** Re: Feedback on M. Huang's Candidacy Exam

All:

I concur with everyone's assessment and the many points that were raised. I would like to add the following:
- I was very surprised that Meng Huang did not reference or acknowledge earlier work done at CAR described in the MS thesis of Adhyarth Varia on the same topic and with the same data. That work, while using a very different methodology (not an electrochemical model) also came down to comparing the OCV (or better, its estimate under dynamic conditions) to estimate the battery capacity at each cycle through the same 'brute force' minimization of an rms error to yield a single parameter, in this case battery capacity (similar to N_Li in her proposal). In that prior work also, a systematic study (with the same conclusions!) as to the appropriate, wide enough, range of SOC to best estimate a single single parameter.

- Furthermore that prior work was able to jointly estimate 2 aging factors (loss of capacity and growth in 'internal resistance').
This second parameter was something she dismissed summarily (perhaps rightly so for the PHEV case, but not for charge-sustaining hybrids...) - Something, when specifically questioned, she had no awareness of.

- As mentioned before by others, Meng was argumentative and dismissive in her behavior throughout the exam, displaying an incredible lack of curiosity for a PhD candidate.

- Most if not all candidacy exam I have witness over 32 years, have been enriching learning experiences for the candidates, with many useful research directions or refinements towards their dissertation emerging as part of the exam, with the candidate being responsive, not defensive...

- Furthermore, her work builds on the work of many others before her, and the area where arguably she could make genuine contributions to the state of the art were not developed or were missed. To that effect, her written exam could have been a perfect segue to articulate her potentially novel contributions with the use of an EKF to achieve her research goal. However, her written exam was a mere regurgitation of things that anyone could have lifted from the internet or a text book on EKF - Nothing



specific to her (potentially) intended use applied to Li-ion batteries was at all mentioned.

- Finally, Meng approached this exam, not with the freshness of a smart, but perhaps a little ' too green' PhD candidate - Her academic record, shared by her Advisor during the deliberations after the exam, revealed that she has been in her PhD program for a significant time, and that she has taken many non-engineering classes, shedding some doubt about her commitment to an engineering PhD. While it is laudable to seek a broader educational experience as a PhD candidate, it is never a substitute for the dedication and thoroughness required to get a PhD in your chosen field.

Considering all these factors, Meng's performance and attitude on the exam lead me to question very seriously the suitably of the candidate to pursue a PhD in Engineering.

Message

| From: | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
|---|---|
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
| Sent: | 9/14/2017 4:39:36 PM |
| To: | Yann Guezennec [guezennec.1@gmail.com] |
| CC: | Zhang, Wei [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=478af99d6be544bcbde36624f64029e4-zhang.491 W]; Kim, Jung Hyun |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ee87afddeea4b55bd45e9749435484b-kim.6776 Ju] |
| Subject: | Re: candidacy exam for Meng Huang |

Thank you!

**From:** Yann Guezennec <guezennec.1@gmail.com>
**Date:** Thursday, September 14, 2017 at 12:19 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Cc:** <zhang.491@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>
**Subject:** Re: candidacy exam for Meng Huang

Giorgio, as we discussed verbally, I agree to participate. Looking forward to it

On Sep 14, 2017 10:42 AM, "Rizzoni, Giorgio" <rizzoni.1@osu.edu> wrote:

Jung Hyun, Yann, Wei:

Meng Huang is ready to schedule the general exam, and I would like to ask you to serve on her General Exam.

Jung Hyun and Yann know the details. I am asking Wei to serve because there are some aspects of her research that might benefit from his expertise. The subject matter is to develop methods to estimate parameter(s) related to battery age using electrochemical models, and to validate the approach using existing experimental data. On the battery side, Jung Hyun and Yann understand the question. On the estimation side, the system is very nonlinear, and I think that it would be good to have Wei in the committee.

My requirements (consistent with MAE department guidelines) are that Meng will satisfy the written part of the GE by writing a 15 page dissertation proposal. That is all I will ask her to do. You are welcome to prepare other written questions if you wish.

We expect that the exam itself will take place in late October/early November, and if you agree, I will ask Meng to work out scheduling details with you.

Thank you!

Giorgio



**Exhibit #**

**Plaintiff's Exhibit 92**

08/26/25 - JD

Message

| | |
|---|---|
| **From:** | Rizzoni, Giorgio [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3D48DEFCE8F04483AB9D26957487301E-RIZZONI.1 G] |
| **Sent:** | 12/7/2017 1:20:12 PM |
| **To:** | Guezennec, Yann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0536ef436a2143fb95985a74fe25294c-guezennec.1] |
| **Subject:** | Re: Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201 |

Yup.
And the message might be terminal this time.

**From:** <guezennec.1@gmail.com> on behalf of Yann Guezennec <guezennec.1@osu.edu>
**Date:** Thursday, December 7, 2017 at 8:08 AM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Subject:** Re: FW: Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201


Thanks for the heads up. We ll make it a real exam. From 1 unfortunate experience, it is very important to send the right message at this juncture....

On Dec 7, 2017 7:26 AM, "Giorgio Rizzoni" <rizzoni.1@osu.edu> wrote:

Yann,

Please kindly take the time to review the dissertation proposal document, as well as the written exam <u>question and answer</u> in advance of tomorrow's exam.

There will not be a presentation.

This student has been a challenge, especially this semester. I have only seen her twice between September and now. Not for lack of trying, or availability, on my part. I have two other students going through candidacy this semester and I have met with them more than once a week for the entire semester.

I would like this exam to be a real exam. The outcome will be whatever it needs to be.

Thank you.

Giorgio




**From:** "Huang, Meng" <huang.2044@buckeyemail.osu.edu>
**Date:** Friday, December 1, 2017 at 4:22 PM
**To:** Giorgio Rizzoni <rizzoni.1@osu.edu>, Yann Guezennec <guezennec.1@osu.edu>, Jung Hyun Kim <kim.6776@osu.edu>, VISHNUBABA SUNDARESAN <sundaresan.19@osu.edu>, Marcello Canova <canova.1@osu.edu>
**Subject:** Candidacy Exam Dissertation Proposal and Written Exam - Meng Huang_20171201



Exhibit #

Plaintiff's Exhibit 10

08/26/25 - JD

Confidential Pursuant to Protective Order

OSU_009677

Dear professors,


Thank you all very much for your committment to serve as committee memeber for my candidacy exam. Please find my dissertation proposal and written exam as attached. Looking forward to meeting you next Friday, Dec. 8th, 1:00- 3:00 p.m. in room 210 at CAR. Have a nice weekend!


Regards,


Meng Huang

Confidential Pursuant to Protective Order

Tuesday, December 19, 2017 at 8:03:32 AM Eastern Standard Time

**Subject:** FW: Meng Huang candidacy exam
**Date:** Sunday, December 10, 2017 at 7:23:44 AM Eastern Standard Time
**From:** Giorgio Rizzoni
**To:** Rizzoni, Giorgio
**Priority:** High
**Attachments:** Oral Portion of the Candidacy Examination.docx

**From:** Giorgio Rizzoni <rizzoni.1@osu.edu>
**Date:** Sunday, December 10, 2017 at 7:13 AM
**To:** Jung Hyun Kim <kim.6776@osu.edu>, Marcello Canova <canova.1@osu.edu>, VISHNUBABA
SUNDARESAN <sundaresan.19@osu.edu>, Yann Guezennec <guezennec.1@osu.edu>
**Subject:** Meng Huang candidacy exam

Jung Hyun, Marcello, Vishnu, Yann (with the understanding that Yann is a non-voting member):
Please find attached the Graduate School rules for the Candidacy Exam.
Jung Hyun and Vishnu have already sent me their written evaluation. I would like to ask Marcello and Yann to
do the same today, if at all possible, as I would like to report to Janeen, who is keenly aware of the situation,
first thing Monday morning. I am meeting with Meng at 11:15 on Monday. I technically do not have any time
on Monday, as I have a Ford visit for a final program review, but the Ford visitors wanted to see CAR West, so I
created a 45-minute opening between 11:15 and 12.
What you will see in the attached document is that we need to make a unanimous decision as to whether
Meng is allowed to repeat the exam. If we decide that she is not allowed, she will be barred from being a
graduate student in any program at OSU, so this is the "death sentence".
I think that this decision should be made after I speak with her (with a witness – I hope that Maryn is
available – I need an independent observer for HR reasons, although perhaps I should ask Janeen. I will try),
so that it is completely clear to Meng what the options and consequences are. We all have developed the
impression that she does not care, but I want to be sure of that before pulling the plug.
Please be available to take a quick look at an email around noon on Monday, and to them enter our decision
in the graduate school form. If you want to talk to me, I am available all afternoon on my cell.
Thank you
Giorgio



**Exhibit #**

**Plaintiff's Exhibit 108**

08/26/25 - JD

Page 1 of 1

Confidential Pursuant to Protective
Order

OSU_003009