Guezennec Deposition – Objections

| Lines objected to during deposition | Plaintiff's Grounds for Objection | Defendant's Response to Plaintiff's Objections |
|---|---|---|
| 9:10-10:1 | Objection at 10:2-4 – Objection and Move to Strike non-responsive narrative by witness | The witness was responding to how he met or heard of Plaintiff. |
| 13:12-24 | Objection at 13:25-14:2 – Objection and Move to Strike non-responsive narrative by witness | No objection to striking lines 21-24 in the response only. |
| 16:6 | Objection at 16:7 – Objection to form of question | The question is proper. It asks what a witness means by a prior response. |
| 24:22-25:5 | Objection at 25:6-7 – Objection and Move to Strike as non-responsive to question | The witness was providing an explanation of his answer on line 1. |
| **Lines objected to during deposition** | **Defendants' Grounds for Objection** | **Plaintiff's Response to Defendant's Objections** |
| 27:17-19 | Objection at 27:21-22 - Mischaracterizes his testimony | Objection is improper coaching of witness. Question fairly characterizes prior testimony at 26:4-27:8 and witness went on to change/clarify testimony after coaching through this objection. |
| 28:10 | Objection at 28:11 – Argumentative and harassing the witness | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B).<br><br>Question is: "You're changing your testimony?" Question was in response to changing testimony as the examination proceeded. *Compare* 26:12-16; 27:23-28:9. This is neither argumentative nor harassing, it is a proper question in response to an apparent change in testimony. Witness went on to change/clarify testimony. |

| 28:21 | Objection at 28:22 - Asked and answered | Witness' testimony was changing as he went along. *Compare* 26:12-16; 27:23-28:9. Question was necessary to get a straight answer. |
|---|---|---|
| 33:12-15 | Objection at 33:16-17 - Beyond the scope of direct based upon FRE 611. If Plaintiff is "calling the witness on direct," the questioning cannot be in the form of cross. This witness is not on Plaintiff's witness list. | Improper objection. Plaintiff is entitled to call witness in case in chief and is therefore not bound in a deposition for use at trial by scope of direct. The witness is listed in the pretrial statement. ECF # 266 IV(D)(2)(j). That each party may call the other's witnesses is underlined by the language that, even if the party listing does not call the witness, the party "will have [the witness] available at trial." ECF # 266 IV(D)(2). Plaintiff is entitled to examine witnesses as on cross when they are identified with an adverse party. Fed. R. E. 611(c)(2). |
| 35:8-9 | Objection at 35:10-11 - Asked and answered | Objection is improper coaching of witness. Question was necessary as result of changing testimony by witness regarding prior acquaintance with Plaintiff. *Compare* 9:10-19; 34:9-18; 34:19-35:7; 35:8-13; 35:15-21. |
| 35:25-36:1 | Objection at 36:2 – Assumes facts not in evidence and argumentative. The witness did not testify that it was "necessary" to have a non-voting member on the committee. | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B). Question is "Why was it necessary to have a non-voting member on the |

2

|  |  | committee?" Question was in response to witness' testimony that he was placed on the committee as a non-voting member. This is a reasonable question: why would it be necessary to have a non-voting member? Witness then testified that it was not necessary. |
|---|---|---|
| 37:4-5 | Objection at 37:6-7 - Mischaracterizes his testimony | Question consistent with prior testimony. *See* 36:21-24. Witness subsequently changed/clarified testimony. *See* 37:18-22. |
| 37:13-14 | Objection at 37:16-17 – Mischaracterizes his testimony | Question consistent with prior testimony. *See* 36:21-24. Witness subsequently changed/clarified testimony. *See* 37:18-22 |
| 41:16-19 | Objection at 41:20 – Assumes facts not in evidence and argumentative, ie. . "meet privately one-on-one with no one else around." | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B). <br><br> Question asks about witness' conversations with party opponent, which he was qualified to answer and did answer. Not plausibly argumentative, asked if witness had discussions, which witness denied. Facts will be in evidence through the testimony of Plaintiff. |
| 42:8-12 | Objection at 42:13-14 – Calls for speculation | Question based on witness' personal experience as a professor and having previously administered Ph.D. exams and does not call for speculation. |
| 42:18-19 | Objection at 42:20 – Calls for speculation | Question based on witness' personal experience as a professor and having |

| | | |
|---|---|---|
| | | previously administered Ph.D. exams and does not call for speculation. |
| 46:15-17 | Objection at 46:18-21 – FERPA violation for naming a student | Question was rephrased and witness did not name the student, not even an arguable violation of FERPA by the witness occurred. Further, nothing in FERPA prevents private litigants from asking questions of witnesses in a civil action. *See* 20 U.S.C. §1232g. |
| 49:7-8 | Objection at 49:9-10 – Document speaks for itself | Asks the witness' understanding of a statement made in a document. |
| 49:13-16 | Objection at 49:17-18 – assumes facts not in evidence an argumentative | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B).<br><br>Asks for the witness' understanding. Not plausibly argumentative and does not assume facts. |
| 50:23-24 | Objection at 50:25 – This objection is withdrawn. | |
| 51:5-8 | Objection at 51:9-10 - Argumentative | Question asks about the witness' understanding of a threat made by Defendant in an exhibit. There is nothing argumentative about this question. Leading questions are permitted for "a witness identified with an adverse party." Fed. R. E. 611(c)(2). |
| 51:13-14 | Objection at 51:15-16 – Argumentative | Question asks about the witness' understanding of a threat made by Defendant in an exhibit. There is nothing argumentative about this question. Leading questions are permitted for "a witness |

4

| | | |
|---|---|---|
| | | identified with an adverse party." Fed. R. E. 611(c)(2). |
| 53:6-9 | Objection at 53:12-14 – Beyond the scope of direct based upon FRE 611 and irrelevant. If Plaintiff is "calling the witness on direct," the questioning cannot be in the form of cross. This witness is not on Plaintiff's witness list. | Improper objection. Plaintiff is entitled to call witness in case in chief and is therefore not bound in a deposition for use at trial by scope of direct.<br><br>The witness is listed in the pretrial statement. ECF # 266 IV(D)(2)(j). That each party may call the other's witnesses is underlined by the language that, even if the party listing does not call the witness, the party "will have [the witness] available at trial." ECF # 266 IV(D)(2).<br><br>Plaintiff is entitled to examine witnesses as on cross when they are identified with an adverse party. Fed. R. E. 611(c)(2).<br><br>Relevant to the position of the witness with OSU at the time of the events testified to. |
| 54:15-17 | Objection at 54:18-19 – Beyond the scope of direct based upon FRE 611. If Plaintiff is "calling the witness on direct," the questioning cannot be in the form of cross. This witness is not on Plaintiff's witness list. | Improper objection. Plaintiff is entitled to call witness in case in chief and is therefore not bound in a deposition for use at trial by scope of direct.<br><br>The witness is listed in the pretrial statement. ECF # 266 IV(D)(2)(j). That each party may call the other's witnesses is underlined by the language that, even if the party listing does not call the witness, the party "will have [the witness] available at trial." ECF # 266 IV(D)(2). |

| | | |
|---|---|---|
| | | Plaintiff is entitled to examine witnesses as on cross when they are identified with an adverse party. Fed. R. E. 611(c)(2). |
| 54:24-55:2 | Objection at 55:3-4 – Relevance | Question and answer are relevant to witness' credibility and motives for testimony. "Attacks on a witness' credibility are always relevant." *United States v. Lang*, 717 Fed.App'x 523, 539 (6th Cir. 2017). |
| 55:11-14 | Objection at 55:15 – Relevance, this information makes no element of Plaintiff's claims any more or less likely to have occurred. | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B).<br><br>Question and answer are relevant to witness' credibility and motives for testimony. "Attacks on a witness' credibility are always relevant." *United States v. Lang*, 717 Fed.App'x 523, 539 (6th Cir. 2017). |
| 61:4-5 | Objection at 61:6-7 – Asked and answered and argumentative | Question is: "What specifically did she say to you that you remember being combative?" Unclear how this could be argumentative. Was a follow up to prior statement by witness that Plaintiff was "combative" without giving any specifics. *See* 60:13-61:3. Admittedly the question had been previously asked (60:13-17), but had not been answered. |
| 63:4-7 | Objection at 63:8-10 – Asked and answered, argumentative, calls for speculation | Question is: "Did Professor Rizzoni express his displeasure that [Plaintiff] was taking other courses that might distract her from |

6

| | | |
|---|---|---|
| | | having to meet with him alone together?" Unclear how this could be argumentative. Had not been asked prior, previous questioning regarded Plaintiff's academic record. *See* 62:10-63:3. Does not call for speculation, instead asks what Defendant Rizzoni said or otherwise expressed to witness. |
| 63:20-22 | Objection at 63:23 – this objection is withdrawn | |
| 64:11-14 | Objection at 64:15 – Assumes facts not in evidence. The evidence demonstrates that Plaintiff took whatever classes she wanted no matter what Dr. Rizzoni said | Defendants did not state a basis for this objection during the deposition for use at trial and a basis for the objection is not clear from the context. *See* Fed. R. E. 103(a)(1)(B).<br><br>Question does not regard Plaintiff's actions, but instead Defendant Rizzoni's actions and attitudes. Even if it is correct that Plaintiff "took whatever classes she wanted no matter what Dr. Rizzoni said," that would not be conclusive as to his approval or opposition to Plaintiff doing so. |
| 64:18-22 | Objection at 64:23-24 – Assumes facts not in evidence. The question is stated as a fact, but it is a false premise. | Asks for witness' knowledge and awareness of facts, does not assume facts. |
| 66:1-3 | Objection at 66:4-5 – Beyond the scope of direct based upon FRE 611. If Plaintiff is "calling the witness on direct," the questioning cannot be in the form of cross. This witness is not on Plaintiff's witness list. | Improper objection. Plaintiff is entitled to call witness in case in chief and is therefore not bound in a deposition for use at trial by scope of direct.<br><br>The witness is listed in the pretrial statement. ECF # 266 IV(D)(2)(j). That each party may call the other's witnesses is underlined by the language |

7

|  |  | that, even if the party listing does not call the witness, the party "will have [the witness] available at trial." ECF # 266 IV(D)(2).<br><br>Plaintiff is entitled to examine witnesses as on cross when they are identified with an adverse party. Fed. R. E. 611(c)(2). |
|---|---|---|
| 66:16-19 | Objection at 66:20 – this objection is withdrawn |  |
| 68:1-2 | Objection at 68:3 – this objection is withdrawn |  |
| 68:8-9 | Objection at 68:10 – this objection is withdrawn |  |
| 68:12 | Objection at 68:13 – this objection is withdrawn |  |
| 68:22 | Objection at 68:24 – this objection is withdrawn |  |