# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

MENG HUANG,

    Plaintiff,

v.

GIORGIO RIZZONI,

    Defendant.

Case No: 2:19-cv-1976

Chief Judge Sarah D. Morrison

Magistrate Judge: Chelsey M. Vascura

## **DEFENDANTS' PROPOSED AREAS OF QUESTIONING FOR VOIR DIRE**

NOW COME Defendants, by and through counsel, and for their Proposed Voir Dire in this matter, hereby requests the following:

1. Are you familiar with any of the law firms or the attorneys who will present this case, or are any of you familiar with any of the witnesses who may be called to give testimony?

<u>Df attorney</u>: Christina Corl

<u>Potential witnesses</u>: Giorgio Rizzoni, Meng Huang, Dyche Anderson, Maryn Weimer, Matt Page, Ruochen Yang, David Cooke, Adithya Jayakumar, Janeen Sands, Jennifer Humphrey, Li Tang, Mrinal Kumar, Marcello Canova, Vishnu Sandaresan, Yann Guezennec, Jung Hyun Kim, Tong Zhao, Christopher Beechy, Deepika Rangwani, Sarah Phillip, Sheila Westendorf.

2. Have you or a close family member ever worked in the area of human resources or employment law?

3. Have you ever owned your own business?

4. Have you ever been wrongfully accused of a crime?

5. Have you ever been wrongfully accused of sexual harassment or sexual misconduct?

6. Do you have any experience in the area of false reporting of crimes?

7. Do you have any experience involving the false reporting of sexual harassment or assault?

8. Have you, or a close friend or relative, ever had any experience involving The Ohio State University, which could influence your decision in this case?

9. Have any of you heard or read anything about The Ohio State University or its officials, which would, in any way, interfere with your ability to be objective and impartial concerning the evidence of this case?

10. Have you, or a close friend or relative, ever filed a lawsuit or any other claim alleging harassment or discrimination?

11. Have you, or a close friend or relative, ever been subject to any action which you considered to be discriminatory or unfair in the context of employment?

12. Has anything in your life experience impacted your views on sexual harassment or assault?

13. Has the MeToo movement influenced the way you think about sexual harassment or assault?

14. Is your default or initial reaction when hearing sexual assault allegations to believe the victim?  If so, will you be able to properly weigh the facts in this case and apply the law to those facts?

15. Do you belong to any organizations designed to raise awareness of sexual harassment or sexual assault?

16. Will you require the Plaintiff to prove this case according to every requirement of the law with which the court instructs you?

17. In considering this case, will you be able to put aside any feelings of sympathy you may have for Plaintiff's personal situation and decide this case solely on the basis of the evidence and the law as the Court will instruct it to you?

18. If you are convinced that Plaintiff has failed to prove this case, will you have a difficult time returning a verdict for the Defendant and against the Plaintiff?

19. Will you withhold any judgments or opinions about this case until both the Plaintiff and Dr. Rizzoni have presented their cases? In other words, will you avoid making a decision on this case until you hear all of the evidence, not just the evidence presented by Plaintiff, who goes first during trial?

20. Will you agree to follow the law as it is explained to you by the Court even if you do not agree with it?

21. Have you heard or seen any media or social media coverage of this matter?

**Dave Yost**
**Ohio Attorney General**

/s/ Christina L. Corl
CHRISTINA L. CORL (0067869)
Plunkett Cooney
716 Mt. Airyshire, Suite 150
Columbus, Ohio 43235
Telephone: (614) 629-3018
Facsimile: (614) 629-3019
Email: ccorl@plunkettcooney.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Please take notice that counsel hereby certifies that the foregoing document was electronically filed/transmitted with the Clerk's Office using its electronic filing system on this August 29, 2025, which will notify all parties of record via electronic mail.

/s/ Christina L. Corl
Christina L. Corl

Open.25577.83339.30896988-1