IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>    Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY<br>and GIORGIO RIZZONI,<br><br>    Defendants. | Case No: 2:19-CV-1976<br><br>Hon. Chief Judge Sarah D. Morrison<br>Hon. Mag. Judge Chelsey M. Vascura<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S PROPOSED VOIR DIRE FOR THE COURT**

Pursuant to the Pretrial Order (Dkt. No. 242), Plaintiff submits the following questions and general areas of inquiry to the Court to include in its *voir dire* examination.[1]

I. **Group Questions**

1. Have any of you, a close friend or family member ever been employed, trained or had any experience in any of the following areas? If yes, please tell us about the experience.

   a. Law

   b. Engineering

   c. Community college, college, or university employment

   d. Research at a University

   e. Human Resources

---

[1] Given the sensitive nature of this case, Plaintiff respectfully requests that the Court permit jurors who are uncomfortable responding in front of the panel be permitted to speak to the Court and counsel privately.

2. Have any of you, your family or close friends studied at, been employed at, done business with or had any affiliation with Ohio State University?

    a. If yes, please tell us about that experience, including the specifics such as dates, department and nature of the affiliation, and whether it was a positive experience.

3. How many of you have a positive opinion of Ohio State University?

    a. How did you come to form a positive opinion of Ohio State University?

    b. Do you think your positive opinion of Ohio State University would mean they are starting off a little bit ahead of Ms. Huang in this case, if you were to serve as a juror?

    c. How many of you are OSU fans?

4. How many of you have held management positions?

    a. How many employees were you responsible for supervising?

    b. Did any employee ever file a grievance or make a complaint against you?

        i. Did you feel the grievance or complaint was unfair or fair?

        ii. Were you satisfied with the outcome of the situation?

5. Have you, a close friend or family member attended graduate school, that is an advanced program beyond the bachelor's degree?

    a. If yes, please describe the program attended.

    b. Did you or they obtain a graduate degree? If yes, what degree was obtained?

6. How many of you have had the responsibility for hiring, firing or disciplining other employees?

    a. Have you had to reprimand or fire an employee? If YES, how many times?

    b. Did anyone ever file a grievance or complaint against you because of it?

        i. What happened and were you satisfied with the resolution of the situation?

7. Have any of you, a close friend or family member, ever been accused of retaliating against another employee?

    a. Was a formal complaint made or grievance filed about it?

    b. Were you satisfied with the outcome of the situation?

8. Have any of you, a close friend or family member, ever felt someone sexually harassed or sexually assaulted you or them?

    a. Did you or they make a formal complaint about it?

    b. Were you satisfied with the outcome of the situation?

9. Have any of you, a close friend or family member, ever been accused of sexual harassment or sexual assault?

    a. Was a formal complaint made or grievance filed about it?

    b. Were you satisfied with the outcome of the situation?

10. Has anyone seen, read or heard anything about this case prior to today?

    a. What was the source of information about the case?

    b. What did you read or hear? {*Do at bench*}

        i. What if anything do you remember about the facts or allegations in this case? {*Do at bench*}

    c. Have you formed any opinions about this case? If YES, what opinions have you formed? {*Do at bench*}

**II. Individual Questions**

11. I would like to ask each of you to tell us more about what you do for your job and what you find most challenging or interesting about it.

12. Do you know of any other matter which you believe should be called to the court's attention as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law? This is the time for you to give us any additional information we may have failed to ask about, which you think may bear on your ability to serve as a juror and to fairly and impartially weigh the evidence.

Respectfully submitted,

Dated: August 29, 2025

/s/ Andrew J. Horowitz_____
Andrew J. Horowitz, Esq. (OH ID No. 0101753)
Bruce C. Fox, Esq. (*pro hac vice*)
Salena E. Moran, Esq. (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Phone: (412) 566-1500
Fax:     (412) 281-1530
andrew.horowitz@obermayer.com
bruce.fox@obermayer.com
salena.moran@obermayer.com

*Counsel for Plaintiff Meng Huang*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Andrew J. Horowitz, Esq.*
