UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, <br> Plaintiff, | : |
| v. | Case No. 2:19-cv-01976 <br> Chief Judge Sarah D. Morrison |
| OHIO STATE UNIVERSITY, *et al.*, <br> Defendants. | : |

**Defendants' Objections to Plaintiff's Demonstrative Evidence –Rizzoni Office Sketch**

Now come Defendants, by and through counsel and for their objections to Plaintiff's demonstrative exhibit titled "Rizzoni Office Sketch" (attached here) state as follows:

The Sixth Circuit permits the use of demonstrative exhibits that summarize evidence as an aid to the jury as long such a summary is "accompanied by a limiting instruction which informs the jury of the summary's purpose and that it does not constitute evidence." *U.S. v. Bakke,* 942 F.2d 977, 985-986 (6th Cir.1991). The trial Court, however, may rule such a summary inadmissible if it is "too conclusory or inaccurate." *See, e.g., United States v. Paulino,* 935 F.2d 739, 753 (6th Cir.1991)(overruled in part for other reasons); *In re National Prescription Opiate Litigation,* 2021 WL 4341317, * 8 (N.D. Ohio Sept. 23, 2021)(Demonstrative exhibits will be excluded if they are inaccurate).

In that regard, Defendants object to the demonstrative evidence of "Rizzoni Office Sketch," because it is inaccurate in the following ways:

1. The drawing itself is not to scale and is misleading. In fact, Plaintiff admits in the document that the drawing is not accurate (Demonstrative document Pg. 3, paragraph 1). The front office/Dr. Rizzoni's office area is overestimated by a factor

61217331.1

of 4.  Because the proportions are totally wrong, all of the interior layout is totally inaccurate and not to scale.   Further, Plaintiff has identified as trial exhibits actual photographs of Dr. Rizzoni's office so there is no reason to try to mock up a drawing of it.

2. Plaintiff goes on to state in the comments about the drawing that she is "not entirely sure" about many of the items in the drawing, admitting that it is not accurate.  Id., paragraphs 2 and 4.

3. Plaintiff's exhibit states that "parking spots by the FE are designated to GR (Giorgio Rizzoni) and [Dr.] Canova."  (Pg. 2, paragraph 13).  That is inaccurate.  There are no designated parking spots for any particular individual.  There are various types of parking permits outside the gate: WA, WB, WC.

4. There is no "sofa" in Dr. Rizzoni's office as claimed in the comment section. (Pg. 2, paragraph 2).

**Dave Yost**
**Ohio Attorney General**

/s/ Christina L. Corl
CHRISTINA L. CORL (0067869)
Plunkett Cooney
716 Mt. Airyshire, Suite 100
Columbus, Ohio 43235
Telephone: (614) 629-3018
Facsimile: (614) 629-3019
Email: ccorl@plunkettcooney.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Please take notice that counsel hereby certifies that the foregoing document was electronically filed/transmitted with the Clerk's Office using its electronic filing system on this September 3, 2025, which will notify all parties of record via electronic mail.

/s/ Christina L. Corl

61217331.1



1. CAR add: 930 Kinnear Rd, Columbus, OH, 43212
2. Kinnear Rd has one lane for each direction (blue arrow)
3. Front entrance (FE – red arrow) faces Kinnear Rd
4. Rear entrance (RE – yellow arrow) is in the back of the CAR building, where students and staff park
5. The Side entrance (SE – purple arrow) is on the right-hand side of the building, after the Gate
6. The yellow rectangle indicates the area on the second floor where most graduate students' assigned cubicles are
7. GR's designated parking spot (red dash square) is right next to the FE, outside the small window in the first photo in exhibit 14
8. The red and pink squares indicate the locations of GR's and Marylin Weimer's office (associate director at CAR)
9. The green rectangle indicates the location of the front desk area right outside the door of GR's office
10. The three space areas (red, pink and green) are all within the same black square space and share walls and window, and one door (in orange) from hallway when entering from FE
11. That small black bar sits on the joint boarder of the red and green rectangle is the window that is missed in the third photo in exhibit 14, the yellow double-side arrow indicates the door of GR's office to the front desk area.
12. The two short yellow bars facing Kinnear road indicate the smaller and larger windows in GR's office show in the first photo of exhibit 14, the relatively longer yellow bar indicate the larger window where the red paper cut was pasted on.
13. The a few parking spots by the FE are designated to GR, Canova. Most students and staff who drive typically park behind the CAR building and enter through RE or SE. Students who do not drive and come to CAR on foot or by shuttles may enter from the FE, walk through the hallway (in black arrow) and come to their second-floor cubicles (yellow rectangle) by a flash of stairs.

