

1. CAR add: 930 Kinnear Rd, Columbus, OH, 43212
2. Kinnear Rd has one lane for each direction (blue arrow)
3. Front entrance (FE – red arrow) faces Kinnear Rd
4. Rear entrance (RE – yellow arrow) is in the back of the CAR building, where students and staff park
5. The Side entrance (SE – purple arrow) is on the right-hand side of the building, after the Gate
6. The yellow rectangle indicates the area on the second floor where most graduate students' assigned cubicles are
7. GR's designated parking spot (red dash square) is right next to the FE, outside the small window in the first photo in exhibit 14
8. The red and pink squares indicate the locations of GR's and Marylin Weimer's office (associate director at CAR)
9. The green rectangle indicates the location of the front desk area right outside the door of GR's office
10. The three space areas (red, pink and green) are all within the same black square space and share walls and window, and one door (in orange) from hallway when entering from FE
11. That small black bar sits on the joint boarder of the red and green rectangle is the window that is missed in the third photo in exhibit 14, the yellow double-side arrow indicates the door of GR's office to the front desk area.
12. The two short yellow bars facing Kinnear road indicate the smaller and larger windows in GR's office show in the first photo of exhibit 14, the relatively longer yellow bar indicate the larger window where the red paper cut was pasted on.
13. The a few parking spots by the FE are designated to GR, Canova. Most students and staff who drive typically park behind the CAR building and enter through RE or SE. Students who do not drive and come to CAR on foot or by shuttles may enter from the FE, walk through the hallway (in black arrow) and come to their second-floor cubicles (yellow rectangle) by a flash of stairs.



1. This drawing indicates the general location and size of GR's office and stuff inside and are not 100% precisely in proportion to their actual measurements
2. There is likely to be (not entirely sure) a similar single-piece sofa in the right lower corner of the office near window 2 (in the dash-circle), not captured by the photos in exhibit 14.
3. The coffee machine next to window 3 is only one piece of stuff at that location. There is likely to be a small freezer beneath the coffee machine, which stores GR's coffee beans.
4. I am not entirely sure about the opening direction of the door of GR's office, whether it is inwards or outwards.