IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| v. | Hon. Mag. Judge Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | JURY TRIAL DEMANDED |
| Defendants. | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

Defendants' opposition ignores Paragraph D(3) of the Joint Final Pre-Trial Statement filed by the Parties on July 22, 2025 (Dkt. 266). Paragraph D(3) states:

> 3. In the event other witnesses are to be called at trial, a statement of their names and addresses and the general subject matter of their testimony will be served upon opposing counsel and filed with the Court at least five (5) days prior to trial.

(Dkt. 266, at p. 13). Plaintiff filed her supplemental witness list pursuant to this Paragraph on September 3, 2025, five days before the start of the September 8, 2025 trial. Defendants do not allege any facts that would suggest non-compliance with any provision of Paragraph D(3).

Notably absent from Paragraph D(3) is any requirement that good cause (or any explanation for the need to supplement the witness list) be shown to file a supplemental exhibit list pursuant to this Paragraph. The authority relied upon by Defendants is therefore inapposite.

Finally, while Plaintiff is not required to show absence of prejudice to Defendants, it should be noted that Kristi Hoge, the sole witness identified in Plaintiff's supplemental witness list, was deposed in discovery and therefore Defendants cannot claim unfair surprise.

Respectfully Submitted,

1

4908-7003-4534 v1

Dated: September 3, 2025

        */s/ Andrew J. Horowitz*
        Bruce C. Fox, Esq. (*pro hac vice*)
        Andrew J. Horowitz, Esq. (OH ID No. 0101753)
        OBERMAYER REBMANN
        MAXWELL & HIPPEL LLP
        525 William Penn Place, Suite 1710
        Pittsburgh, PA 15219
        Phone: (412) 566-1500
        Fax:    (412) 281-1530
        bruce.fox@obermayer.com
        andrew.horowitz@obermayer.com

        *Counsel for Plaintiff Meng Huang*

4908-7003-4534 v1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/ Andrew J. Horowitz, Esq.