# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MENG HUANG,<br><br>      Plaintiff,<br><br>vs.<br><br>OHIO STATE UNIVERSITY, *et al.*,<br><br>      Defendants. | Case No. 2:19-cv-01976<br><br>Judge Sarah D. Morrison<br><br>**Notice of The Pattakos Law Firm LLC's Attorneys' Charging Lien** |

Peter Pattakos, the undersigned attorney, on behalf of The Pattakos Law Firm LLC, hereby declares and gives notice of a first priority attorneys' charging lien on any settlement or judgment obtained by the Plaintiffs in this matter. *See, e.g., Cohen v. Goldberger*, 109 Ohio St. 22, 141 N.E. 656 (1923), Paragraphs 1–2 of the Syllabus ("1. The right of an attorney to payment of fees earned in the prosecution of litigation to judgment, though usually denominated a lien, rests on the equity of such attorney to be paid out of the judgment by him obtained, and is upheld on the theory that his services and skill created the fund. 2. Such claim, together with costs and other expenses of procuring the judgment, has priority over those of general creditors of the plaintiff … ."). *See also* Doc. #: 186, PAGEID #: 7289, Notice of Obermayer Rebmann Maxwell & Hippel LLP's Attorney's Charging Lien.

Respectfully submitted,

*/s/ Peter Pattakos*
Peter Pattakos (0082884)
    *peter@pattakoslaw.com*
Gregory Gipson (0089340)
    *ggipson@pattakoslaw.com*
Zoran Balac (0100501)
    *zbalac@pattakoslaw.com*

THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn OH 44333

P: 330.836.8533 | F: 330.836.8536

*Former attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on September 4, 2025, the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Peter Pattakos*
Peter Pattakos (0082884)