# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

MENG HUANG,

        Plaintiff,    :

  v.                                    Case No. 2:19-cv-1976
                                          Chief Judge Sarah D. Morrison
                                          Magistrate Judge Chelsey M.
OHIO STATE UNIVERSITY,              Vascura
*et al.*                                           :

        Defendants.

## ORDER

The Court held a final pretrial conference on August 29, 2025. (ECF No. 279.) This Order memorializes the Court's resolution during the Conference of Dr. Huang's Motion for Leave to File an Amended Exhibit List. (Mot., ECF No. 268.) Dr. Huang did not provide any of her proposed additional exhibits to the Court in her Motion.

In her Motion, Dr. Huang asked the Court to allow her to amend her exhibit list by correcting several clerical errors in the numbering and adding eleven new exhibits. (*Id.*, PAGEID # 9135.) The Court granted her Motion to the extent that she seeks to correct clerical errors.

Defendants withdrew their objections to the addition of Dr. Huang's financial records as exhibits and the Court granted her Motion to that extent.

After discussion on the record, the Court denied Dr. Huang's request to add the Dr. Strauss Report as an exhibit.

In response to the Court's questions at the Conference, Dr. Huang's counsel did not identify any other documents that she wanted to add to her exhibit list. However, after the Conference, Defendants informed the Court that Dr. Huang may also be seeking to add as exhibits a Department of Education Office of Civil Rights' four-year investigation into OSU's Title IX compliance and/or the Department of Education's Q&A on Campus Sexual Misconduct report. Dr. Huang's Motion is denied to the extent that she seeks to add these additional materials as exhibits.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**