UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MENG HUANG,

        Plaintiff,

   v.

THE OHIO STATE
UNIVERSITY, *et al.*,

        Defendants.

:

Case No. 2:19-cv-1976
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

:

:

## ORDER

This matter is before the Court on Defendants' Objections to Plaintiff's Demonstrative Evidence Opening Statement PowerPoint (ECF No. 281). Plaintiff has responded. (ECF Nos. 286.) The Court rules as follows:

- *Defendants' Objection to slide 2* – **OVERRULED**.

- *Defendants' Objection to slide 9* – **OVERRULED**.

- *Defendants' Objection to slide 10* – **OVERRULED**.

- *Defendants' Objection to slide 11 and "subsequent slides"* – **OVERRULED**.

- *Defendants' Objection to slide 12* – **OVERRULED**.

- *Defendants' Objection to slide 27* – **SUSTAINED**.

- *Defendants' Objection to slide 51* – **OVERRULED**.

- *Defendants' Objection to slides 56, 57* – **WITHDRAWN BY PLAINTIFF**.

- *Defendants' Objection to slide 90* – **SUSTAINED**.

- *Defendants' Objection to slides 59-72* – To the extent that the slides reflect what Plaintiff's trial testimony will be as to her medical

symptoms and that she sought medical treatment, the objection is **OVERRULED**. Similarly, to the extent that the slides reflect the expected trial testimony of Dr. Huang's medical providers, the objection is **OVERRULED**. Notwithstanding this ruling, the objection is specifically **SUSTAINED** as to Slides 65 through 72, and is **SUSTAINED** to the extent that the remaining slides reflect statements from non-testifying providers and/or the medical records from such providers.

- *Defendants' Objection to slide 84* – **OVERRULED**.

- *Defendants' Objection to slide 85* – **OVERRULED**.

- *Defendants' Objection to slide 86* – **OVERRULED**.

- *Defendants' Objection to slides 87-89* – Because Plaintiff withdraws these slides, the Objection is **DENIED as moot**.

- *Defendants' Objection to slide 90* – **SUSTAINED**.

- *Defendants' Objection to slides 95-100* – Because Plaintiff withdraws these slides, the Objection is **DENIED as moot**.

- *Defendants' Objection to slides 101-104* – **SUSTAINED**.

- *Defendants' Objection to slide 105* – **OVERRULED**.

- *Defendants' Objection to slide 106* – Because Plaintiff withdraws these slides, the Objection is **DENIED as moot**.

- *Defendants' Objection to slides 110-111, 119* – **OVERRULED**.

- *Defendants' Objection to slides 117-118* – **OVERRULED**.

- *Defendants' Objection to slides 121-122*– **SUSTAINED**.

- *Defendants' Objection to slides 128 (84, 91, and 92)* – Because Plaintiff withdraws the objected to graphic image of a man and proposes another graphic image, the Objection is **DENIED as moot.**

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**