# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MENG HUANG,

    Plaintiff,    :

  v.

                            Case No. 2:19-cv-1976
                            Chief Judge Sarah D. Morrison
OHIO STATE UNIVERSITY,     Magistrate Judge Chelsey M.
*et al.*                            Vascura
                          :

    Defendants.

## ORDER

At the Final Pretrial Conference, Defendants' counsel provided a redlined draft to the Court's Preliminary Jury Instructions seeking to add an instruction on the *Faragher/Ellerth* affirmative defense for the quid pro quo sexual harassment claim and narrow the scope of the retaliation claim. Defendants' proposed redlines are **DENIED**.

    **IT IS SO ORDERED**.

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON, CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**