IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| v. | Hon. Mag. Judge Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | JURY TRIAL DEMANDED |
| Defendants. | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM INTRODUCING IMPROPER CHARACTER EVIDENCE**

It is hereby ORDERED, this _____ day of September, 2025, upon consideration of Plaintiff's motion in limine to preclude Defendants from introducing improper character evidence and any response thereto, that the Motion is GRANTED. Defendants are precluded from introducing the following testimony or evidence:

1. Testimony of specific acts to attack the Plaintiff's character for truthfulness, by Defendants' witnesses on direct examination;

2. Testimony by any witness regarding Plaintiff's alleged negative interactions with Professor Mrinal Kumar.

SO ORDERED:

_____
HON. SARAH D. MORRISON, C. J.

1

4909-6158-2695 v1