IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| v. | Hon. Mag. Judge Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF FILING DE BENE ESSE TRIAL TESTIMONY OF DR. VISHNU-BABA SUNDARESAN AND OBJECTION LOG

Now comes Plaintiff, by and through her undersigned counsel, and hereby submits to the Court the de bene esse trial testimony of witness Dr. Vishnu-Baba Sundaresan along with the objection log for the Court's ruling.

Respectfully Submitted,

Dated: September 8, 2025

/s/ Andrew J. Horowitz
Bruce C. Fox, Esq. (*pro hac vice*)
Andrew J. Horowitz, Esq. (OH ID No. 0101753)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Phone: (412) 566-1500
Fax:    (412) 281-1530
bruce.fox@obermayer.com
andrew.horowitz@obermayer.com

*Counsel for Plaintiff Meng Huang*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that all counsel of record are served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Andrew J. Horowitz, Esq.*

4904-1339-8886 v1

1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

MENG HUANG,           )
                        )
        Plaintiff,   )
                        )
v                  ) Case No. 2:19-cv-1976
                        )
THE OHIO STATE       )
UNIVERSITY and       )
GEORGIO RIZZONI,     )
                        )
        Defendants.  )

REMOTE VIDEOTAPED DEPOSITION OF

DR. VISHNU-BABA SUNDARESAN

September 5, 2025

Job No. 597878

Pages 1 - 52

Stenographically Reported by:

Susan S. Klinger, RMR-CRR, CSR

2

1

2

3

4                                        September 5, 2025

5

6

7        REMOTE VIDEOTAPED DEPOSITION OF DR. VISHNU-BABA

8    SUNDARESAN  produced as a witness at the instance

9    of the Defendants, and duly sworn, was taken in

10   the above-styled and numbered cause on the 5th of

11   September, 2025, from 10:38 to 11:51, before Susan

12   S. Klinger, RMR-CRR, CSR in and for the States of

13   Texas and California, reported by stenographic

14   method, pursuant to the Federal Rules of Civil

15   Procedure and the provisions stated on the record

16   or attached hereto.

17

18

19

20

21

22

23

24

25

3

1          A P P E A R A N C E S

2

3   ON BEHALF OF THE PLAINTIFF:

4       Bruce Fox, Esquire

5       Salena Moran, Esquire

6       OBERMAYER REBMANN MAXWELL & HIPPEL LLP

7       525 William Penn Place, Suite 1710

8       Pittsburgh, Pennsylvania  15219-2502

9       412.288.2462

10

11  ON BEHALF OF THE DEFENDANTS:

12      Christina L. Corl, Esquire

13      PLUNKETT COONEY, P.C. (COLUMBUS)

14      716 Mt. Airyshire Boulevard, Suite 150

15      Columbus, Ohio  43235

16      614.629.3000

17

18  Also Present:

19      Morgan Linn - The Ohio State

20      Cole Kirkendall, videographer

21      Jose Gonzalez, remote tech

22

23

24

25

4

1                     I N D E X

2

3    WITNESS                                    PAGE

4    DR. VISHNU-BABA SUNDARESAN

5    EXAMINATION BY MS. CORL                      6

6    EXAMINATION BY MR. FOX                      20

7

8

9                  E X H I B I T S

10   No.            Description

11   Exhibit D    Email, OSU_015356              14

12   Exhibit 102 Email, OSU_012747              10

13   Exhibit 108 Email, OSU_003009              18

14   Exhibit 109 Email, OSU_010371              46

15   Exhibit 110 Email, OSU_010536              43

16

17

18

19

20

21

22

23

24

25

5

1                P R O C E E D I N G S

2          VIDEOGRAPHER:  Here begins Media Number 1

3     in the videotaped deposition of Dr. Vishnu

4     Sundaresan in the matter of Huang v. The Ohio

5     State University and Rizzoni in the United States

6     District Court for the Southern District of Ohio,

7     Eastern division, Case Number

8     2:19-cv-01976-JLG-CMV.

9          Today's date is September 5th, 2025 and

10     the time on the video monitor is 10:38 a.m.

11     Eastern Time.  The remote videographer today is

12     Cole Kirkendall representing Planet Depos, and all

13     parties of this video deposition are attending

14     remotely.

15          Would counsel please voice-identify

16     themselves and state whom they represent?

17          MR. FOX:  Sure.  This is Bruce Fox.  I

18     represent the plaintiff, Ms. Huang.  With me is my

19     colleague Salena Moran.

20          MS. CORL:  Christina Corl for the

21     defendants.

22          VIDEOGRAPHER:  And the court reporter

23     today is Susan Klinger representing Planet Depos.

24     Would the reporter please swear in the

25     witness?

6

1          VISHNU-BABA SUNDARESAN, Ph.D.,

2    having been first duly sworn testified as follows:

3                    EXAMINATION

4         MS. CORL:  Are we ready?

5         COURT REPORTER:  Yes, please go ahead.

6     Q   Doctor, please state your full name?

7     A   My full name is Vishnu-Baba Sundaresan.

8     Q   And will you tell the jury about your

9    prior employment at The Ohio State University,

10   please?

11    A   I was a faculty at The Ohio State

12   University from September 2012 until May 2022.  I

13   was a faculty in the mechanical and aerospace

14   engineering running a research group on my own.

15    Q   So you haven't -- when did you leave the

16   University?

17    A   I left the University to serve the

18   government in September 2020, and then I departed

19   the university's payroll to become a Fed, a Govie

20   in May of 2022.

21    Q   And what are you doing now?

22    A   I am in a tech start-up.

23    Q   Okay.

24    A   In national security.

25    Q   All right.  Do you know Dr. Georgio

7

1   Rizzoni?

2       A   I knew him as a colleague at Ohio State.

3       Q   And when you -- so you were both employed

4   at the University at the same time?

5       A   Right.

6       Q   And what -- what was your level of

7   interaction with Dr. Rizzoni when you were both

8   faculty members?

9       A   Just like any other colleague.  It's a

10  very big department, so we did run into each other

11  in staff meetings.  That is the level of

12  interaction I had with him.

13      Q   Okay.  Did you report to Dr. Rizzoni or

14  did he supervise you in any way when you were a

15  faculty member?

16      A   No.

17      Q   Have you had any communication with -- at

18  all with Dr. Rizzoni since you left the

19  University?

20      A   No.

21      Q   Have you and Dr. Rizzoni ever spoken about

22  this lawsuit or about your testimony?

23      A   No.

24      Q   Did you ever consider yourself and Dr.

25  Rizzoni to be friends outside of work?

8

1      A   We were just colleagues in the department.

2  We were not meeting outside of work.

3      Q   Did you have any social interaction with

4  him of any kind?

5      A   No.

6      Q   Did you ever travel with him?

7      A   No.

8      Q   Did you ever meet his family?

9      A   No.

10     Q   Okay.  Do you know the plaintiff in this

11  case, Meng Huang?

12     A   I knew of that candidate as a Ph.D.

13  candidate in the department when the candidacy

14  exam came up.

15     Q   Okay.  Prior to the Ph.D. candidacy exam,

16  do you remember having any contact with Meng

17  Huang?

18     A   No.

19     Q   Okay.  At any time prior to the Ph.D.

20  candidacy exam, did Dr. Rizzoni ever complain to

21  you about Ms. Huang?

22     A   No.

23     Q   At any time prior to the Ph.D. candidacy

24  exam, did Dr. Rizzoni ever talk to you about her

25  progress in the Ph.D. program?

9

1    A  Not that I recall.

2    Q  Okay.  Can you explain to the jury what a

3  Ph.D. candidacy committee is and the general

4  format for an examination?

5    A  Right.  So can I couch this answer with a

6  broader progression of a Ph.D. thesis?  Whenever a

7  student is admitted into the University for a

8  Ph.D. program, they will have to first go through

9  what is called a qualifier exam, it is a written

10  exam.

11      The second step is a candidacy exam where

12  they will have to propose a thesis topic and then

13  justify how they are going to go towards a thesis

14  topic.  And if that is successful, then they end

15  up defending this is the work that they have done

16  as their final dissertation defense.  So this is

17  the second what do you call exam in the course of

18  events.

19    Q  Okay.  And you were on the Ph.D. candidacy

20  committee for Dr. Huang, right?

21    A  Yes.

22    Q  Okay.  At any time prior to the candidacy

23  committee examination, did you and Dr. Rizzoni

24  ever discuss failing Ms. Huang?

25    A  No.

10

1    Q   Okay.  At any time prior to the Ph.D.
2 examination, did Dr. Rizzoni ever tell you what to
3 say during the exam?
4    A   No.
5    Q   At any time prior to the Ph.D. exam, did
6 Dr. Rizzoni tell you how you should react to
7 Ms. Huang?
8    A   No.  Such things are just not appropriate
9 and none of that happened.  If it happened, I
10 would have it taken up to the appropriate
11 authority.
12      MS. CORL:  Okay.  Tech, I would like you
13 to pull up Plaintiff's Exhibit 102, please.
14      REMOTE TECHNICIAN:  Yes, please stand by.
15      (Exhibit 102 marked.)
16      REMOTE TECHNICIAN:  Counsel, I'm actually
17 seeing two files that say 102.
18      MS. CORL:  So this should be -- well,
19 plaintiff probably put it in too is my guess.  It
20 is an email dated November 20, 2017 from Dr.
21 Rizzoni to the witness.
22      REMOTE TECH:  And what was the date again
23 I'm sorry?
24      MS. CORL:  November 20, 2017.
25      REMOTE TECHNICIAN:  I have it right here,

11

1    stand by.

2        MS. CORL:  Okay.

3        MR. FOX:  For the record, is this Exhibit

4    102?

5        MS. CORL:  Yes, this is your Exhibit 102.

6        MR. FOX:  Thank you.

7    Q  Okay.  Dr. Sundaresan, can you see that

8    email on the screen?

9    A  Yes, I do.

10   Q  And that is an email like I just

11   described.  It is Plaintiff's Exhibit 102.  It is

12   dated November 20, 2017 from Dr. Rizzoni to you.

13        Did I read that properly and correctly?

14   A  Yes.

15   Q  Do you remember receiving this email?

16   A  Based on what you show me, I have received

17   this email.  Since I have left the University a

18   long time ago, I don't have -- I don't have access

19   to any of these things.  And since it was so long

20   ago, I don't remember exactly all the things that

21   happened.  But based on what you have shown me,

22   yes, it seems like he asked me, which is very

23   typical.  Either the candidate or the professor

24   would reach out and say can you serve on a

25   committee and this is what it is.

12

1     MR. FOX:  Could I just ask that the
2  witness speak a little more slowly.  I'm having
3  some difficulty following.
4     A  Right.  So --
5     Q  You don't -- no, you don't need to repeat
6  your answer, just going forward just be a little
7  bit slower.
8     A  Will do.
9     Q  So Dr. Sundaresan, other than what is in
10 this email, do you have any knowledge of the facts
11 and circumstances that led to you being asked to
12 be on this committee?
13    A  No, I do not.
14    Q  Okay.  Do you have any recollection of
15 discussing the exam itself with Dr. Rizzoni before
16 the exam?
17    A  No, I don't recall any conversation or
18 anything about the exam.
19    Q  Okay.  Now, I know you already talked --
20 and we can take this exhibit down.
21    I know you already testified that you had
22 never had any sort of discussion with Dr. Rizzoni
23 prior to the exam about failing Ms. Huang.
24    My next question though is at any time
25 prior to the exam, did you discuss with anyone

13

1    failing Ms. Huang in this Ph.D. candidacy exam?

2        A  No, I -- no, it is atypical for anybody to

3    discuss prior to an exam, so I don't -- I don't

4    recall discussing anything.

5        Q  Okay.  And if someone had come to you

6    prior to the exam and suggested a certain outcome,

7    what would you have done?

8        A  That is inappropriate.  Like I mentioned,

9    you know, a few answers ago I would have taken it

10   to the higher ups.

11       Q  Okay.  You would have reported it?

12       A  Yeah, to the grad school and to the

13   department chair or the grad studies committee.

14       Q  Okay.  So -- so you ended up serving on

15   the Ph.D. candidacy committee, right?

16       A  Uh-huh.

17       Q  Yes?

18       A  Yes.

19       Q  Okay.  Can you describe what happened

20   during the exam, please?

21       A  I have very poor recollection of the

22   actual exam itself, but the student didn't perform

23   well is my understanding, and my observation as

24   well.

25           And typically a thesis can be done

14

1   multiple ways.  You set out with a hypothesis,

2   especially if it is a very unique topic that has

3   got a lot of technical risks involved.  And from

4   the very little recollection I have of the exam,

5   this thesis was not presented as a

6   hypothesis-based research.  It was just something

7   doing something and observing an outcome.  And

8   that is the only recollection I have of the exam.

9           And that the exam -- oral exam did not go

10  well.

11          MS. CORL:  Let's pull up -- tech, if you

12  would be so kind, pull up Defendants' Exhibit D.

13          REMOTE TECHNICIAN:  Please stand by.

14          (Exhibit D marked.)

15  Q  And could you -- could you identify just

16  the first page of this document, doctor, and tell

17  us what it is?

18  A  This is just the email that it appears

19  that got sent to Dr. Rizzoni and the committee

20  members on the exam.

21  Q  Okay.  Can we scroll down to the next

22  page, please?  And what is this?  This was

23  attached to your email.  Is that what you were

24  referring to?

25  A  Right.  So this is typically, you know,

1    what I do on exams for all of my Ph.D. students,

2    the ones I serve on.  I take down the questions.

3    It is especially important for the candidacy exam

4    that you ask questions of the candidate on what is

5    being done.

6          And based on the answers, you understand

7    how well prepared they are to do the topic that is

8    proposed.  And by -- from looking at this now,

9    after whenever I wrote it a long time ago, it

10   appears that what I just said about the

11   hypothesis-based research is true.  That was not

12   presented as a hypothesis-based research.  There

13   were a lot of assumptions that apparently did not

14   -- were not very clear as what I understand from

15   what I had written then.

16         And that there are a few things the

17   student answered and some the committee members

18   had answered.

19         If you scroll down maybe I will be able to

20   tell you more.  So yeah, it turns out that at some

21   point, you know, I ran out of time in asking my

22   questions, so I jotted down the rest of the

23   questions that had to be addressed in the

24   candidacy document or the proposal for appropriate

25   improvements.

16

1      Is there another page to this, I believe,

2  or I'm not sure.

3      Q  Yeah, there is one more, yes.

4      A  So, yeah, and it says that -- yes.  So it

5  also turns out from reading this that there was no

6  peer-reviewed journal paper written at the time.

7  So for a candidacy proposal for you to propose

8  something it should have been accepted in the

9  community, so that is also another recommendation

10  that has been made.

11      And in the conclusion there are two things

12  that I've put down here.  One is to say that the

13  contributions from this potential proposal in the

14  thesis, should be explained better for the impact.

15  And lastly but not the least, I have made an

16  observation here the student is indeed

17  intellectually capable, but when feedback was

18  given during the exam, should have been received

19  and -- and incorporated into the exam.  That is

20  all I can suggest from reading this.

21      Again, like I said, it is so long ago, and

22  this is the only recollection that I can jot down

23  or I can talk about the document.

24      Q  So these are your observations from the

25  candidacy exam of Dr. Huang, correct?

17

1    A   That's right.

2    Q   Did anyone tell you what to write?

3    A   No, these were contemporaneous notes as

4    the exam was happening so...

5    Q   Whose impressions are these?

6    A   These are my impressions, my observations

7    from the exam, because I type it while I'm asking

8    the questions.

9        MS. CORL:  You can take that exhibit down.

10   Q   In your estimation, did Ms. Huang pass or

11   fail the examination?

12   A   The oral exam and the written

13   documentation was not a successful proposal.  So

14   satisfactory or unsatisfactory, more than pass or

15   fail I don't know how to say that better.  Some

16   adjustments had to be made for that proposal to be

17   sound.

18       It is just like writing a grant proposal

19   to a government agency.  You outline your criteria

20   and they evaluate it.  And the evaluation of this

21   particular documentation and the oral exam

22   required a little bit more to be done, and those

23   were the recommendations that came out from that

24   review.

25   Q   Okay.  Were you aware that the committee

18

1   determined that Ms. Huang could not retake the

2   exam?

3       A   I do not know how that came about, because

4   it has been a while.  And -- and I frankly don't

5   know, I don't remember.

6           MS. CORL:  Okay.  Can we pull up

7   Plaintiff's Exhibit 108, please?

8           (Exhibit 108 marked.)

9           REMOTE TECHNICIAN:  Please stand by.

10      Q   Doctor, this is Plaintiff's Exhibit 108,

11  an email from Dr. Rizzoni to the committee dated

12  December 10, 2017.

13          Do you remember receiving this?

14      A   I don't recall.  This is -- yeah, I don't

15  recall this particular email.

16      Q   Okay.  About halfway -- about halfway down

17  there is a phrase that says, what you will see in

18  the attached document is that we need to make a

19  unanimous decision as to whether Meng is allowed

20  to repeat the exam.  If we decide that she is not

21  allowed, she will be barred from being a graduate

22  student in any program at OSU, so this is the

23  death sentence.

24          Do you see where I read that from?

25      A   Yes, I'm -- I'm tracking it now.

19

1    Q   Okay.  Do you know what death sentence --

2    what did that comment mean to you?

3    A   This -- I don't think this email even

4    registered in my head to be honest.  So I do not

5    know what Georgio means by that, Dr. Rizzoni means

6    by that.  And he is saying that he's going to talk

7    to the student with the feedback.  I really don't

8    know what he meant here, but it is -- I didn't

9    write it, so I don't know.

10   Q   You don't have any recall of the follow-up

11   after the candidacy exam?

12   A   We would have done one of two things.  One

13   is to do a paper form for the exam performance, an

14   online form.  I don't, again, recall what Ohio

15   State was doing at that time.  They switched to

16   electronic at some point.  It would have either

17   been an online grade that is signed or a paper

18   form grade.  I, again, don't recall exactly what

19   happened.

20   Q   Do you have any recollection of ever

21   responding to this email about a death sentence?

22   A   No, I don't even recall this email, so

23   this is -- I'm seeing this now.

24        MS. CORL:  Okay.  You can take that down.

25   Q   Dr. Sundaresan, would you lie for Dr.

20

1   Rizzoni?

2       A  No, I would not.

3       Q  Would you break the law for Dr. Rizzoni?

4       A  No.

5       Q  I don't have anymore questions.  Thank you

6   very much for your time this morning.

7       A  Thank you.

8           MR. FOX:  Let me take five minutes to

9   review my notes and then we will start.

10          MS. CORL:  Okay.

11          MR. FOX:  Thank you.

12          VIDEOGRAPHER:  And this is the

13  videographer.  Do we want to go off the record?

14          MS. CORL:  Yes, we better.

15          MR. FOX:  That is fine.

16          VIDEOGRAPHER:  We are going off the record

17  at 10:57 a.m. Eastern Time.

18          (Recess, 10:57 to 11:04 a.m.)

19          VIDEOGRAPHER:  We are back on the record

20  at 11:04 a.m. Eastern.

21                  EXAMINATION

22  BY MR. FOX:

23      Q  Good morning, professor.  Could I have

24  your name again, so I'm sure I have the

25  pronunciation correct?

21

1    A   Yes, it is Vishnu-Baba Sundaresan.   You

2   can call me Vishnu if it is easier.

3    Q   Thank you.   When did you join OSU?

4    A   Fall of 2012, I think.

5    Q   What was your position then?

6    A   I was an assistant professor.

7    Q   Did -- in the interview process did you

8   interview with Professor Rizzoni?

9    A   Probably.   I met with a lot of faculty.

10  Because of my research, he would have been one of

11  the people, but I don't exactly recall if he was

12  on the panel or not.

13   Q   Did he support your recruitment?

14   A   Did -- could you repeat the question,

15  please?

16   Q   Did he support your recruitment to OSU?

17   A   I wouldn't know, because I -- as a faculty

18  candidate, I wouldn't know who was supporting me

19  or not.

20   Q   And when you became assistant professor,

21  where did you work, what part of the campus?

22   A   I was in the department in the main

23  building, if that is your question, main campus.

24  Right next to The Shoe.

25   Q   Did you work out of the Scott lab?

1    A  Yes, that is correct.  Scott lab is the

2    place, yeah.

3    Q  And what was your relationship with the

4    Center for Automotive Research that was run by

5    Rizzoni?

6    A  I did not have any research projects that

7    were sponsored under his center.  I was with

8    another automotive research center called SBC.  I

9    was affiliated with -- I was an independent

10   faculty.  So I didn't report to any senior

11   professor or professor, but I was affiliated more

12   with another center called SBC rather than the

13   center that, you know, was off campus, which is

14   where Rizzoni was.

15   Q  Did you maintain a collaboration with the

16   Center for Automotive Research and Professor

17   Rizzoni?

18   A  No.

19   Q  What would you communicate with him about

20   typically?

21   A  Course matters, because I -- we all come

22   into the same system -- system dynamics and

23   controls area.  It could have been mostly

24   work-related.  That is all I can recall.  Again,

25   it is again my very poor recollection of how the

23

1    department was even structured.

2        Q   Were you promoted from assistant

3    professor?

4        A   Pardon me?

5        Q   Were you promoted from the position of

6    assistant professor?

7        A   Yes, I was.

8        Q   When was that?

9        A   So I was promoted, I believe, in June of

10   2018, which means I would have put in all of my

11   dossier and other things at least a year and some

12   months before that, so to answer your question

13   June of 2018.

14       Q   So Professor Rizzoni supported your

15   promotion, did he not?

16       A   That, again, is blinded to the candidate

17   that is going through the process.  I wouldn't

18   know.

19       Q   Do you think you would have been promoted

20   if he would have opposed your promotion?

21       A   Again, I don't know the internal dynamics,

22   because I was never on the P&T, the promotion and

23   tenure committee.

24       Q   That is pretty unlikely, isn't it,

25   Professor?

24

1      MS. CORL:  Objection, calls for
2  speculation.
3      Q  You can answer.
4      MS. CORL:  You can answer.
5      A  I don't know.
6      Q  Did you serve on any other candidacy
7  committees with Professor Rizzoni?
8      A  I don't recall, but I may have, I may not
9  have.  I don't remember exactly.
10     Q  Do you remember the number you may have
11  served with him?
12     MS. CORL:  Objection, calls for
13  speculation.
14     A  I don't remember.
15     Q  Did you sit on any other -- let me ask you
16  this.  How many candidacy committees did you sit
17  on over the course of your career at OSU?
18     A  Again, I don't remember exactly.  I do
19  know the number of Ph.D. students that I
20  graduated, again, between 8 and 10 or something
21  like that, but it wouldn't have been much more
22  than that.  Again, I don't know the exact number
23  as an answer to your question.
24     Q  Did you sit on any candidacy committees
25  where the candidate was failed by the committee?

25

1    A   Not that I recall.

2    Q   That would be highly unusual, would it

3    not?

4         MS. CORL:   Objection, calls for

5    speculation.  Go ahead.

6    A   Ohio State is a big university, so maybe

7    there would have been situations in the

8    University.  I do not know, I can't answer that

9    question.

10   Q   But you have never heard of such a

11   situation during your entire career there since

12   2012; isn't that correct?

13   A   I don't have visibility to the entire

14   department leave alone the University or the

15   college.

16   Q   You said you had a criticism of

17   Ms. Huang's hypothesis-based writing; is that

18   correct?

19   A   Well, from what I see in the notes, it was

20   not presented as a hypothesis-based research is

21   what I've observed at that time.

22   Q   You have no independent recollection of

23   that, do you?

24   A   The notes are my recollection of what

25   happened.  I don't have any documentation now.

26

1    Q  You have said a couple of times you don't

2  remember what happened during the session with

3  her; isn't that correct?

4    A  The notes are the only guide for me as to

5  what I noted down during the exam.

6    Q  In having reviewed the notes, you don't

7  independently remember what is stated in the

8  notes, correct?

9    A  Those notes are my independent notes.

10  That is what I said earlier.

11    Q  And you don't have any independent

12  recollection of what you stated in the notes,

13  correct?

14    A  I don't know.  I don't know -- I don't

15  understand the question to be honest.

16    Q  Let me move on.  In fact, you don't recall

17  anything that anyone said during the examination;

18  is that your testimony?

19    A  In the notes I've written down what

20  happened during the exam.  The notes that I have

21  taken, that is the only recollection I have of the

22  exam.

23    Q  Do you remember anything that Ms. Huang

24  said in her presentation to the committee?

25        MS. CORL:  Objection, asked and answered.

27

1    You can answer again.

2        A   I've answered the question just now, but

3    whatever I have recollection of is my independent

4    summary of the exam that was presented in the

5    documentation.

6        Q   Well, you claim she did so poorly.  I want

7    to know what you observed that you thought was off

8    base or incorrect or supportive of the notion that

9    she shouldn't even be given a second chance to

10   take the exam?

11       MS. CORL:  Objection, asked and answered.

12   You can answer again.

13       A   So like I had mentioned earlier, in a

14   hypothesis -- in a proposal -- in a candidacy

15   proposal when you are pursuing a new line of

16   research, you will have to propose that question

17   that you are trying to establish as a hypothesis.

18       In this case, I believe it was on battery

19   aging based on the documentation that I have now

20   -- that I saw just now.

21       So you have to establish what the

22   hypothesis is, use the assumptions that go around

23   that hypothesis to design experiments and then

24   either prove or disprove the hypothesis.

25       So to do the proposal, you will have to

28

1    structure that in such a way that it can be

2    verifiable.  And I had observed it was not

3    verifiable, it was not easy to verify if the

4    outcomes are going to be a very clear

5    demonstration of the topic.

6         So again, I just mentioned that in short,

7    but that is the answer that I can give you right

8    now based on my recollection of the document that

9    I have seen.

10   Q   There were two steps to the exam, the

11   written proposal and the actual exam itself,

12   correct?

13   A   Uh-huh.

14   Q   And Professor Rizzoni, in fact, approved

15   the written proposal, the hypothesis that

16   Ms. Huang had made prior to the meeting convening,

17   did he not?

18   A   I don't know if that is the process for

19   the exam.  But again, I will have to look at the

20   grad school guidebook or whatever that is.

21        It doesn't matter if Rizzoni approves it

22   or not.  It is my independent assessment that this

23   is very vague and unclear to follow, to see if the

24   outcome of the impact would be measurable for this

25   particular candidacy proposal.

29

1    Q  Do you think it would have been fair if

2    Rizzoni had already approved the proposal in

3    advance of the examination for you to blindside

4    the candidate during the examination saying that,

5    no, you didn't think that the proposal was right,

6    there was something wrong with it?

7         MS. CORL:  Object to form of question.

8    Q  How is that fair?

9         MS. CORL:  You can answer.

10   A  I don't understand the question.  Could

11   you please repeat it?

12   Q  Let me ask you this:  You understood that

13   Professor Rizzoni was very experienced in his

14   field and in the subject matter that was discussed

15   during the candidacy exam, correct?

16   A  Yes.

17   Q  He typically had success with his Ph.D.

18   students, did he not?

19   A  I wouldn't know that.  I was so far away

20   from him.

21   Q  He had never failed one before this, had

22   he?

23        MS. CORL:  Objection, calls for

24   speculation, lack of foundation.

25   A  I wouldn't know.  I wouldn't know.

30

1    Q   Would you agree with me that it is rather

2   odd that he would put forward a student whose

3   written proposal was allegedly unsuccessful as you

4   are now contending at this deposition?

5         MS. CORL:  Object, form, foundation.  You

6   can answer.

7    A   So one important thing to remember here,

8   Mr. Fox, is this:  The candidacy exam committee,

9   the members of the committee give their assessment

10  of the exam.  It doesn't matter if the advisor

11  approves it or okays it or not, we provide our

12  perspective, our feedback to strengthen the

13  proposal.

14        So that is the nature of the candidacy

15  feedback, exam feedback that we give.  And that is

16  exactly what you saw, that these were all the

17  weaknesses that were observed and those are all

18  the things that I would like to be fixed for that

19  to become a successful candidate.

20        (Phone interruption.)

21   Q   Your primary attack upon her during the

22  candidacy exam was that you didn't like her

23  hypothesis that Professor Rizzoni, her Ph.D.

24  advisor, had already approved before the meeting

25  with her and the other members of the candidacy

31

1    exam; is that not correct?

2         MS. CORL:  Objection to form of the

3    question, argumentative, asked and answered and

4    calls for speculation.  You can answer.

5         A  I don't have anything additional to add to

6    -- as my answer to your question.

7         Q  Did you discuss with Rizzoni at any point

8    the fact that he had already approved her written

9    proposal, her hypothesis in advance of the

10   meeting?

11        A  Could you please repeat that?  I'm trying

12   to follow your --

13        Q  Have you ever discussed with Professor

14   Rizzoni whether or not he had approved her

15   hypothesis in advance of the meeting?

16        A  Well --

17        MS. CORL:  Objection, asked and answered.

18   You can answer again.

19        Q  Yes or no?

20        A  You are making an assumption that all

21   candidacy exams are already approved by the

22   advisor before it comes to the committee, but I

23   would say that it is not.  The candidacy committee

24   gives their comments, which is why the candidacy

25   exam -- but again, that is -- that is -- that is

32

1    -- I don't think I want to say anything more.  It

2    is -- I don't know.

3        Q  Are you disputing that Professor Rizzoni,

4    in fact, expressly approved her proposal in

5    advance of this committee meeting with her?

6            MS. CORL:  Objection, asked and answered.

7        A  I don't have anything else to say,

8    counselor.

9        Q  You have nothing else to say.

10           Let me ask you this:  You were late for

11    the committee meeting, weren't you?

12       A  I don't recall.

13       Q  You walked in late with Professor Canova

14    leaning towards him and whispering into his ear;

15    isn't that right?

16           MS. CORL:  Object to relevance.

17       A  I don't remember.

18       Q  Do you remember that?

19       A  I don't recall that.

20       Q  Do you remember that after you walked in

21    that Ms. Huang tried to hand over to you a

22    printout of her candidacy exam proposal that had

23    been approved by Rizzoni and you stopped her and

24    you waved your arm and said no in a very rude

25    manner?

33

1       MS. CORL:  Object to relevance and

2  argumentative.

3       A  I don't know.  I use electronic

4  documentation for everything.  I don't use papers.

5       Q  Do you deny that you started off the

6  meeting by treating her in such a fashion?

7       MS. CORL:  Object to form of the question

8  and argumentative.  You can answer.

9       A  I don't know.  I don't remember, I don't

10  know.  I wouldn't do that, but yeah.

11       Q  You are telling me you don't recall any of

12  the harsh criticisms that you leveled at her

13  during the exam?

14       MS. CORL:  Object to form of question,

15  argumentative.  You can answer.

16       A  It is an exam, so I don't -- I don't

17  recall.  I don't know.  I don't know what to say.

18       Q  Do you deny -- are you denying that you

19  repeatedly, like, laughed at her at portions of

20  her presentation during the course of the meeting?

21       MS. CORL:  Objection, argumentative.  You

22  can answer.

23       A  I don't want to answer that question.  I

24  mean, it is -- I don't think I laughed at her.  I

25  wouldn't laugh at a student during an exam to

34

1    begin with.

2       Q  You are not -- you are not denying that

3    because you say you don't recall anything that was

4    said during the meeting, right?

5       A  No.

6          MS. CORL:  Objection, asked and answered,

7    mischaracterizes his testimony.  You can answer.

8       A  I said I would not laugh at any student

9    during an exam is what I said.

10      Q  Are you denying that you laughed at her,

11   is that your testimony?

12         MS. CORL:  Objection, argumentative and

13   asked and answered.  Go ahead.

14      A  I -- I don't think I need to answer the

15   question, because I've just told you that I do not

16   -- would not laugh at a student.  It is my

17   principle not to laugh at a student in an exam.

18      Q  Do you recall anything that anyone else

19   said during the exam?

20      A  Other than the notes, I don't recall

21   anything else that was said during the exam.

22      Q  You were shown Exhibit 102 a few moments

23   ago in which Professor Rizzoni reached out to you

24   to serve on the candidacy exam.  Do you recall

25   that?

35

1      A   Yes, the one that was just shown, yes.

2      Q   He asked you if you could serve on the

3   exam and said, thanks, Georgio, correct?

4      A   Could you pull up that document, please?

5      Q   Certainly, if we could pull it up?

6      A   Yes.  This was the document that was shown

7   earlier, yes.

8      Q   Are you telling me that you had no

9   discussion with Rizzoni about the exam prior to

10  the exam?

11     A   I don't recall.  He asked me via email.  I

12  probably responded or I -- I said yes to him.

13  That is all I recall, because I ended up serving

14  on the committee.

15     Q   You don't recall having any discussion

16  with him in advance?

17     A   I don't recall any discussions that I had

18  with Rizzoni about this exam or -- yeah, I

19  don't -- no, I don't recall.  There was nothing

20  out of the ordinary about how this -- how I ended

21  up on the candidacy exam.

22     Q   Okay.  I'm not asking you that question.

23  I'm asking you if you recall having a discussion

24  with him about how he wanted the exam to come out?

25     A   No, I did not.  I already answered that

36

1    question, counselor.

2        Q   Was Professor Rizzoni pretty good at

3    communicating his views or his intentions on any

4    given subject to you?

5            MS. CORL:  Object to relevance.  You can

6    answer.

7        A   Professor Rizzoni is Rizzoni, I don't know

8    what else to say.  I don't have --

9        Q   I want to turn to the death sentence

10   pronouncement.  Let's return to Exhibit 108.

11           If we could expand the document a little

12   bit so we can focus on the language in the middle

13   of the paragraph.  If you could expand it a little

14   bit more, please.

15           In the middle of the paragraph Professor

16   Rizzoni said to you and the other committee

17   members, what you will see in the attached

18   documents is that we need to make a unanimous

19   decision as to whether Meng is allowed to repeat

20   the exam.  If we decide she is not allowed, she

21   will be barred from being a graduate student at

22   any program at OSU, so this is the death sentence.

23           Do you recall ever communicating with

24   anyone else at -- any other professors for any

25   other candidacy exam where the advisor for the

1    student talked about giving that student a death

2    sentence at the exam?

3          MS. CORL:  Object to relevance.  You can

4    answer.

5       A  So when the exam did not go well, my -- my

6    assumption, to be very honest is this:  That

7    Rizzoni had already got a bunch of people in the

8    graduate program involved, and so he wrote a note.

9    I don't think I saw this email, I don't believe or

10   I don't know if I even responded to such an email.

11   And because he was involving the appropriate

12   authorities in the department, I didn't react or I

13   didn't say anything, because he was taking it up

14   with the right set of people is what I understood.

15          But again, to be -- to be -- to answer

16   your question, I don't recall this email or acting

17   on it.

18      Q  Well, now you are saying you don't recall

19   seeing this email; is that your testimony?

20      A  That is exactly what I said earlier, too.

21      Q  And is it your testimony you don't recall

22   discussing with Professor Rizzoni a death sentence

23   for Ms. Huang?

24          MS. CORL:  Objection, asked and answered

25   and argumentative.

38

1      A  So should I answer?  This is, I believe,
2  Christina --
3          MS. CORL:  Answer again.
4      A  Could you please review the dates for me?
5  This is the 10th of December.
6      Q  December 10th, 2017.
7      A  This is before or after the exam?
8      Q  This is --
9      A  This appears that it is after the exam
10  so --
11      Q  Obviously after the exam.
12      A  So I had already given my feedback, so
13  that is the only feedback I would give on the exam
14  in addition to saying whether the candidacy
15  proposal was satisfactory or unsatisfactory.
16      Q  And you don't recall any discussion with
17  him after you received this email about giving her
18  a death sentence?
19          MS. CORL:  Objection, you are now
20  harassing the witness, argumentative and asked and
21  answered.
22          MR. FOX:  It hasn't been answered.
23          MS. CORL:  It has been answered.  Answer
24  it again, Dr. Sundaresan.
25          MR. FOX:  The objection is irrelevant, I

39

1    don't understand.  It is a central issue in the

2    case.

3        A   I don't recall having a conversation with

4    Rizzoni after this email besides, you know, the

5    grade that we were required to post for the

6    student.  It would say so in the very last --

7        Q   Do you recall having any discussions with

8    any -- any of the other committee members other

9    than Rizzoni --

10       A   No.

11       Q   -- about giving her a death sentence --

12   let me complete my question -- about giving her a

13   death sentence, was that something you discussed?

14       A   No, I did not.

15       Q   Was it a death sentence?

16       A   Pardon me?

17       Q   Was it a death sentence?

18       A   That is between the student -- I really

19   don't know what that even means.  And I don't know

20   what Georgio meant here.  And my job is to give

21   feedback on the committees on the -- as a

22   committee member for the weakness in the proposal

23   that can be addressed to make it stronger toward a

24   successful candidacy proposal.

25       Q   Did you or did you not sign-off on the

40

1    decision to preclude her from taking the exam --

2    from retaking it, did you or did you not?

3        A   I don't think I made that decision,

4    because it is not my decision to make to the best

5    of my knowledge at least.  Again, counselor, it

6    has been so long ago for me I do not know what

7    part of the process as a committee member I'm

8    allowed to do or say.

9            I only -- I believe, to the best of my

10   recollection, depending upon the number of

11   candidacy exams for my own students I only, as a

12   committee member, would have been allowed to say

13   for satisfactory or unsatisfactory.  That is again

14   from a long time ago serving in Ohio State, so

15   that is all I know.

16       Q   Whose decision was it to make then, if it

17   wasn't your decision as a committee member to

18   preclude her from retaking the exam?

19       A   It should have been the advisors, but

20   again, you will have to go back to the grad school

21   handbook.

22       Q   And the grad school handbook permits the

23   student to be given a second chance at taking the

24   exam if they have a bad day or if something goes

25   wrong; isn't that right?

41

1      A   Probably, that is for the advisor and the

2   student and the grad school or the grad program

3   committee to decide.  So you see Janeen's name

4   here.  She is at that point, I believe, was the

5   grad -- I forget what her title was, but yeah.

6      Q   She was an HR person; isn't that right?

7      A   Who was, Janeen?

8      Q   You were just referring to Janeen Sands?

9      A   Yes, Janeen is the -- I forget what her

10  title is.  I don't think it is HR.  She is the

11  grad program something.  I don't recall her title,

12  counselor, sorry.

13     Q   Do you recall discussing with her the

14  death sentence?

15     A   Pardon me, do I?

16     Q   Yes.

17     A   No, I did not talk to Janeen.

18     Q   Do you recall discussing with anyone

19  pulling the plug, as Rizzoni put it in this email?

20     A   No, I did not.

21     Q   Were you aware that before Rizzoni decided

22  to pull the plug he had sexually harassed

23  Ms. Huang for three and a half years?

24         MS. CORL:  Objection, assumes facts not in

25  evidence and argumentative.

42

1    A   I do not know anything about that,

2   counselor.

3    Q   You know nothing -- have you not heard

4   anything about that?

5    A   No, I didn't hear nor did I know about any

6   of that.

7    Q   Well, you, in fact, gave an affidavit in

8   this case that was filed in this lawsuit that you

9   signed, did you not?

10   A   The affidavit that I gave, yes, I had

11   signed it.

12   Q   So you were aware of the allegations of

13   this lawsuit, were you not?

14   A   That was -- that was after the thing came

15   up after all of this is my understanding.  I did

16   not know any of this prior to the exam or all of

17   this happening.

18   Q   Okay.  So now your testimony is you know

19   about it, but you didn't know about it at the

20   time?

21       MS. CORL:  Objection, argumentive.

22   Objection, argumentative, you can answer.

23   Q   You can answer.

24   A   When all of this happened, I believe, in

25   2018, January, the department and the college had

43

1    to be involved, which is public knowledge.  So

2    yes, we knew about it.

3        Q   I would like to turn to Exhibit 110.

4            (Exhibit 110 marked.)

5            REMOTE TECHNICIAN:  Please stand by.  How

6    would you like this marked?

7        Q   Let's mark this Exhibit 110.  If we could

8    expand the document a little bit so we can read

9    the bottom entry.

10           So this is an email exchange between

11   Professor Rizzoni and the other committee members

12   including yourself, correct?

13       A   Uh-huh.

14       Q   And he states that at the bottom of the

15   page, All, Janeen and I just met with Meng.

16   Janeen is taking it from here.  I spoke to Janeen

17   at length before Meng came.  She was late and we

18   concur that it does not make sense to give her a

19   second chance, so I will vote to not allow a

20   second exam.

21           Do you see that?

22       A   Yes, I see that.

23       Q   And then if we could go up further

24   Marcello Canova responds, thank you, I will

25   finalize my vote as unsatisfactory on the

44

1    Gradforms, saying that to dear Georgio.  And then

2    if we look at the top of the page, Professor

3    Rizzoni responds, and check the correct second

4    chance box.

5         Do you see that?

6    A  I see that.

7    Q  What does that second chance box refer to?

8         MS. CORL:  Objection, calls for

9    speculation.

10   A  That is the ability of the candidate to

11   take the exam again.  And like I said, it is not

12   the committee members' decision.  And that is all

13   I can recall or recollect based on the Gradforms

14   or the grad school policy that I knew of during my

15   time at Ohio State.

16   Q  You, in fact, followed his instruction to

17   check the correct, correct in his mind, second

18   chance box, did you not?

19   A  I don't recall, I don't remember.  And

20   like I said, it is not the committee members'

21   decision or the vote here.  It is only

22   satisfactory or unsatisfactory for the committee

23   members.  I recall this because of the number of

24   Ph.D. students that have graduated.

25   Q  Is it your testimony you don't -- you

45

1   don't recall whether or not you followed his

2   instructions to check the correct second chance

3   box?

4       A   I did not follow Georgio's instructions.

5   I followed the committee members' responsibilities

6   to grade the exam.

7       Q   Did you or did you not check the second

8   chance box in a way which precluded Ms. Huang from

9   retaking the exam?

10          MS. CORL:  Objection, argumentative and

11  asked and answered.

12      A   I don't have anything else to add on that,

13  counselor.

14      Q   It was a yes or no question, professor.

15  Did you or did you not do what he said and check

16  the correct second chance box?

17          MS. CORL:  Objection, argumentative,

18  harassing and asked and answered.  You can answer

19  again.

20          MR. FOX:  The objections are wildly

21  inappropriate, I guess we will take that up with

22  the Court.

23      Q   Can you please answer my question?

24          MS. CORL:  Same objection, go ahead.

25      A   If you -- if you have the documentation

46

1    right, just check the second chance box, I can at

2    least tell you what happened.  I don't recall if

3    it was my vote to do the second chance.

4        Q   Okay.  We will take a short break and we

5    will do that.

6            VIDEOGRAPHER:  If we are going off the

7    record --

8            MR. FOX:  Let's go off the record.

9            VIDEOGRAPHER:  I will read us off then.

10   We are going off the record at 11:35 a.m. Eastern

11   Time.

12           (Recess, 11:35 to 11:44 a.m.)

13           VIDEOGRAPHER:  We are back on the record

14   at 11:44 a.m.

15       Q   Professor, I would like to show you what

16   has been marked as Exhibit 109.

17           (Exhibit 109 marked.)

18           REMOTE TECHNICIAN:  Please stand by.

19       Q   If we could look at the -- if we could

20   scroll to the bottom of the page, please.

21           This is, again, an email communication

22   between members of the committee and Professor

23   Rizzoni, correct?

24       A   Uh-huh.

25       Q   And --

47

1    A   Yes.

2    Q   At the bottom of the page there is the

3    language we just saw in the earlier exhibit where

4    it is indicated that it does not make sense to

5    give her a second chance so I will vote to not

6    allow a second exam.

7         That is Professor Rizzoni, right?

8    A   That is correct.

9    Q   If we scroll up, we can see your response

10   and can you read to me your response?

11   A   Hi Georgio, I just posted my grades for

12   the candidacy exam as unsatisfactory on

13   gradforms.osu.edu.

14   Q   That was in response to his email saying

15   not to allow a second exam, correct?

16   A   No, counselor, that understanding is

17   incorrect.  This is only to the grade for the

18   exam.  The second chance is a separate thing.

19   Q   Okay.  Well, you are responding to his

20   email talking about not allowing a second exam,

21   are you not?

22        MS. CORL:  Objection, this document speaks

23   for itself and you are mischaracterizing it.  You

24   can answer.

25   A   Like Christina Corl just mentioned, my

48

1      response to this email was to only the grade that

2      I had assigned to the exam.  I have not said

3      anything about the second chance.  Like I said, it

4      is not the committee members' decision is my

5      recollection or my understanding of the grad

6      school policy from a long time ago.

7           Q   Well, do you think if you would have

8      checked the wrong box as far as Professor Rizzoni

9      was concerned to allow her to retake the exam, do

10     you think that that would have happened?

11          A   Could you please repeat that question for

12     me, because I'm not understanding your question.

13          Q   If you had checked the box that Rizzoni

14     did not want you to select that allowed her to

15     retake the exam, would she have been allowed to

16     retake it?

17          MS. CORL:  Objection, mischaracterizes his

18     testimony.  You can answer.

19          A   I'm not following the question, because it

20     is -- it doesn't make sense to me, counselor.

21          Q   You're not answering the question.  Well,

22     let me state it again.

23          There were two boxes that you could have

24     checked, one to allow her to retake the exam, one

25     not to allow her to retake the exam, correct?

49

1      MS. CORL:  Objection, mischaracterizes his

2  testimony and assumes facts not in evidence.  You

3  can answer.

4      A   As a committee member, I can only vote

5  satisfactory or unsatisfactory.  The second chance

6  that you were talking about is a completely

7  different thing that the committee members do not

8  vote on.  They are two separate things.

9      Q   So it is your contention you never voted

10 on whether she should have a second chance?

11     A   I don't think I expressed my opinion on

12 that, because at that point in time when you saw

13 this email earlier, Rizzoni had already taken it

14 up to the appropriate authorities in the

15 department, and yes, had a conversation with them.

16 So I did my role as a committee member on the

17 exam.

18     Q   And your testimony today is you are

19 telling this jury that you don't recall whether or

20 not you checked one box or the other?

21     MS. CORL:  Objection, mischaracterizes his

22 testimony.  You can answer.

23     A   They are two different things.  Again, I

24 voted unsatisfactory just for the exam consistent

25 with the report, the notes that I had given

50

1   earlier.  Second chance is not, again, I'm

2   repeating it, to the best of my recollection, not

3   the committee members' choice.

4        Q   Let's go to a different subject area.

5            You indicated in response to questions

6   from Ms. Corl that it would have been not

7   appropriate to have discussions with Professor

8   Rizzoni about whether or not to pass Ms. Huang at

9   the exam before the presentation occurred.  Do you

10  recall that testimony?

11       A   Yes.

12       Q   And you said if that happened, you would

13  have to bring it up to the appropriate

14  authorities.  Do you remember that testimony?

15       A   Yes.

16       Q   What authorities would you bring it up to?

17       A   It would have been the department chair or

18  the grad program chair.

19       Q   And why would that be necessary?

20       A   Because it is not appropriate.

21       Q   Why is it not appropriate?

22       A   It is not following the -- not following

23  the -- what do you call the -- the

24  responsibilities as a committee member on a

25  candidacy exam.

51

1      Q   And there is no question in your mind that

2    that would be inappropriate behavior, correct?

3      A   Yes.  Any faculty member asking a

4    committee member to do so is inappropriate.

5          MR. FOX:  I have no further questions.

6          MS. CORL:  Nothing else from me.  Thank

7    you, Dr. Sundaresan.

8          VIDEOGRAPHER:  Okay.  I will read us off

9    for the final time.  This concludes the videotaped

10   deposition of Dr. Vishnu Sundaresan.  We were

11   going off the record at 11:51 a.m.

12         (Deposition adjourned at 11:51 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

52

1                  CERTIFICATE OF SHORTHAND REPORTER

2

3          I, Susan S. Klinger, the officer before

4   whom the foregoing deposition was taken, do hereby

5   certify that the foregoing transcript is a true

6   and correct record of the testimony given; that

7   said testimony was taken by me stenographically

8   and thereafter reduced to typewriting under my

9   direction; that reading and signing was not

10  discussed; and that I am neither counsel for,

11  related to, nor employed by any of the parties to

12  this case and have no interest, financial or

13  otherwise in its outcome.

14         IN WITNESS WHEREOF, I have herunto set my

15  hand on the 6th of September, 2025.

16

17

18         _____

19              Susan S. Klinger, RMR-CRR, CSR

20              Texas CSR 6531, Exp:  10/31/27

21              California CSR 14487, Exp: 11/30/25

22

23

24

25

**A**

**a.m** 5:10 20:17
20:18,20 46:10
46:12,14 51:11
51:12
**ability** 44:10
**able** 15:19
**above-styled**
2:10
**accepted** 16:8
**access** 11:18
**acting** 37:16
**actual** 13:22
28:11
**add** 31:5 45:12
**addition** 38:14
**additional** 31:5
**addressed** 15:23
39:23
**adjourned** 51:12
**adjustments**
17:16
**admitted** 9:7
**advance** 29:3
31:9,15 32:5
35:16
**advisor** 30:10,24
31:22 36:25
41:1
**advisors** 40:19
**aerospace** 6:13
**affidavit** 42:7,10
**affiliated** 22:9,11
**agency** 17:19
**aging** 27:19
**ago** 11:18,20 13:9
15:9 16:21
34:23 40:6,14
48:6
**agree** 30:1
**ahead** 6:5 25:5
34:13 45:24
**Airyshire** 3:14
**allegations** 42:12
**allegedly** 30:3
**allow** 43:19 47:6
47:15 48:9,24
48:25
**allowed** 18:19,21

36:19,20 40:8
40:12 48:14,15
**allowing** 47:20
**answer** 9:5 12:6
23:12 24:3,4,23
25:8 27:1,12
28:7 29:9 30:6
31:4,6,18 33:8
33:15,22,23
34:7,14 36:6
37:4,15 38:1,3
38:23 42:22,23
45:18,23 47:24
48:18 49:3,22
**answered** 15:17
15:18 26:25
27:2,11 31:3,17
32:6 34:6,13
35:25 37:24
38:21,22,23
45:11,18
**answering** 48:21
**answers** 13:9
15:6
**anybody** 13:2
**anymore** 20:5
**apparently** 15:13
**appears** 14:18
15:10 38:9
**appropriate** 10:8
10:10 15:24
37:11 49:14
50:7,13,20,21
**approved** 28:14
29:2 30:24 31:8
31:14,21 32:4
32:23
**approves** 28:21
30:11
**area** 22:23 50:4
**argumentative**
31:3 33:2,8,15
33:21 34:12
37:25 38:20
41:25 42:22
45:10,17
**argumentative**
42:21
**arm** 32:24

**asked** 11:22
12:11 26:25
27:11 31:3,17
35:2,11 37:24
38:20 45:11,18
**asking** 15:21
17:7 35:22,23
51:3
**assessment** 28:22
30:9
**assigned** 48:2
**assistant** 21:6,20
23:2,6
**assumes** 41:24
49:2
**assumption**
31:20 37:6
**assumptions**
15:13 27:22
**attached** 2:16
14:23 18:18
36:17
**attack** 30:21
**attending** 5:13
**atypical** 13:2
**authorities** 37:12
49:14 50:14,16
**authority** 10:11
**automotive** 22:4
22:8,16
**aware** 17:25
41:21 42:12

**B**

**B** 4:9
**back** 20:19 40:20
46:13
**bad** 40:24
**barred** 18:21
36:21
**base** 27:8
**based** 11:16,21
15:6 27:19 28:8
44:13
**battery** 27:18
**begins** 5:2
**BEHALF** 3:3,11
**behavior** 51:2
**believe** 16:1 23:9

27:18 37:9 38:1
40:9 41:4 42:24
**best** 40:4,9 50:2
**better** 16:14
17:15 20:14
**big** 7:10 25:6
**bit** 12:7 17:22
36:12,14 43:8
**blinded** 23:16
**blindside** 29:3
**bottom** 43:9,14
46:20 47:2
**Boulevard** 3:14
**box** 44:4,7,18
45:3,8,16 46:1
48:8,13 49:20
**boxes** 48:23
**break** 20:3 46:4
**bring** 50:13,16
**broader** 9:6
**Bruce** 3:4 5:17
**building** 21:23
**bunch** 37:7

**C**

**C** 3:1 5:1
**California** 2:13
52:21
**call** 9:17 21:2
50:23
**called** 9:9 22:8,12
**calls** 24:1,12 25:4
29:23 31:4 44:8
**campus** 21:21,23
22:13
**candidacy** 8:13
8:15,20,23 9:3
9:11,19,22 13:1
13:15 15:3,24
16:7,25 19:11
24:6,16,24
27:14 28:25
29:15 30:8,14
30:22,25 31:21
31:23,24 32:22
34:24 35:21
36:25 38:14
39:24 40:11
47:12 50:25
**candidate** 8:12

8:13 11:23 15:4
21:18 23:16
24:25 29:4
30:19 44:10
**Canova** 32:13
43:24
**capable** 16:17
**career** 24:17
25:11
**case** 1:6 5:7 8:11
27:18 39:2 42:8
52:12
**cause** 2:10
**center** 22:4,7,8
22:12,13,16
**central** 39:1
**certain** 13:6
**Certainly** 35:5
**CERTIFICATE**
52:1
**certify** 52:5
**chair** 13:13 50:17
50:18
**chance** 27:9
40:23 43:19
44:4,7,18 45:2
45:8,16 46:1,3
47:5,18 48:3
49:5,10 50:1
**check** 44:3,17
45:2,7,15 46:1
**checked** 48:8,13
48:24 49:20
**choice** 50:3
**Christina** 3:12
5:20 38:2 47:25
**circumstances**
12:11
**Civil** 2:14
**claim** 27:6
**clear** 15:14 28:4
**Cole** 3:20 5:12
**collaboration**
22:15
**colleague** 5:19
7:2,9
**colleagues** 8:1
**college** 25:15
42:25

**Columbus** 3:13
3:15
**come** 13:5 22:21
35:24
**comes** 31:22
**comment** 19:2
**comments** 31:24
**committee** 9:3,20
9:23 11:25
12:12 13:13,15
14:19 15:17
17:25 18:11
23:23 24:25
26:24 30:8,9
31:22,23 32:5
32:11 35:14
36:16 39:8,22
40:7,12,17 41:3
43:11 44:12,20
44:22 45:5
46:22 48:4 49:4
49:7,16 50:3,24
51:4
**committees** 24:7
24:16,24 39:21
**communicate**
22:19
**communicating**
36:3,23
**communication**
7:17 46:21
**community** 16:9
**complain** 8:20
**complete** 39:12
**completely** 49:6
**concerned** 48:9
**concludes** 51:9
**conclusion** 16:11
**concur** 43:18
**consider** 7:24
**consistent** 49:24
**contact** 8:16
**contemporane...**
17:3
**contending** 30:4
**contention** 49:9
**contributions**
16:13
**controls** 22:23

**convening** 28:16
**conversation**
12:17 39:3
49:15
**COONEY** 3:13
**Corl** 3:12 4:5
5:20,20 6:4
10:12,18,24
11:2,5 14:11
17:9 18:6 19:24
20:10,14 24:1,4
24:12 25:4
26:25 27:11
29:7,9,23 30:5
31:2,17 32:6,16
33:1,7,14,21
34:6,12 36:5
37:3,24 38:3,19
38:23 41:24
42:21 44:8
45:10,17,24
47:22,25 48:17
49:1,21 50:6
51:6
**correct** 16:25
20:25 22:1
25:12,18 26:3,8
26:13 28:12
29:15 31:1 35:3
43:12 44:3,17
44:17 45:2,16
46:23 47:8,15
48:25 51:2 52:6
**correctly** 11:13
**couch** 9:5
**counsel** 5:15
10:16 52:10
**counselor** 32:8
36:1 40:5 41:12
42:2 45:13
47:16 48:20
**couple** 26:1
**course** 9:17 22:21
24:17 33:20
**court** 1:1 5:6,22
6:5 45:22
**criteria** 17:19
**criticism** 25:16
**criticisms** 33:12

**CSR** 1:24 2:12
52:19,20,21

_____

**D**

**D** 4:1,11 5:1
14:12,14
**date** 5:9 10:22
**dated** 10:20
11:12 18:11
**dates** 38:4
**day** 40:24
**dear** 44:1
**death** 18:23 19:1
19:21 36:9,22
37:1,22 38:18
39:11,13,15,17
41:14
**December** 18:12
38:5,6
**decide** 18:20
36:20 41:3
**decided** 41:21
**decision** 18:19
36:19 40:1,3,4
40:16,17 44:12
44:21 48:4
**defendants** 1:9
2:9 3:11 5:21
**Defendants'**
14:12
**defending** 9:15
**defense** 9:16
**demonstration**
28:5
**deny** 33:5,18
**denying** 33:18
34:2,10
**departed** 6:18
**department** 7:10
8:1,13 13:13
21:22 23:1
25:14 37:12
42:25 49:15
50:17
**depending** 40:10
**Depos** 5:12,23
**deposition** 1:11
2:7 5:3,13 30:4
51:10,12 52:4
**describe** 13:19

**described** 11:11
**Description** 4:10
**design** 27:23
**determined** 18:1
**different** 49:7,23
50:4
**difficulty** 12:3
**direction** 52:9
**discuss** 9:24
12:25 13:3 31:7
**discussed** 29:14
31:13 39:13
52:10
**discussing** 12:15
13:4 37:22
41:13,18
**discussion** 12:22
35:9,15,23
38:16
**discussions** 35:17
39:7 50:7
**disprove** 27:24
**disputing** 32:3
**dissertation** 9:16
**District** 1:1,2 5:6
5:6
**division** 1:3 5:7
**doctor** 6:6 14:16
18:10
**document** 14:16
15:24 16:23
18:18 28:8 35:4
35:6 36:11 43:8
47:22
**documentation**
17:13,21 25:25
27:5,19 33:4
45:25
**documents** 36:18
**doing** 6:21 14:7
19:15
**dossier** 23:11
**Dr** 1:12 2:7 4:4
5:3 6:25 7:7,13
7:18,21,24 8:20
8:24 9:20,23
10:2,6,20 11:7
11:12 12:9,15
12:22 14:19

**16:25** 18:11
19:5,25,25 20:3
38:24 51:7,10
**duly** 2:9 6:2
**dynamics** 22:22
23:21

_____

**E**

**E** 3:1,1 4:1,9 5:1
5:1
**ear** 32:14
**earlier** 26:10
27:13 35:7
37:20 47:3
49:13 50:1
**easier** 21:2
**Eastern** 1:3 5:7
5:11 20:17,20
46:10
**easy** 28:3
**either** 11:23
19:16 27:24
**electronic** 19:16
33:3
**email** 4:11,12,13
4:14,15 10:20
11:8,10,15,17
12:10 14:18,23
18:11,15 19:3
19:21,22 35:11
37:9,10,16,19
38:17 39:4
41:19 43:10
46:21 47:14,20
48:1 49:13
**employed** 7:3
52:11
**employment** 6:9
**ended** 13:14
35:13,20
**engineering** 6:14
**entire** 25:11,13
**entry** 43:9
**especially** 14:2
15:3
**Esquire** 3:4,5,12
**establish** 27:17
27:21
**estimation** 17:10
**evaluate** 17:20

evaluation 17:20
events 9:18
evidence 41:25
  49:2
exact 24:22
exactly 11:20
  19:18 21:11
  24:9,18 30:16
  37:20
exam 8:14,15,20
  8:24 9:9,10,11
  9:17 10:3,5
  12:15,16,18,23
  12:25 13:1,3,6
  13:20,22 14:4,8
  14:9,9,20 15:3
  16:18,19,25
  17:4,7,12,21
  18:2,20 19:11
  19:13 26:5,20
  26:22 27:4,10
  28:10,11,19
  29:15 30:8,10
  30:15,22 31:1
  31:25 32:22
  33:13,16,25
  34:9,17,19,21
  34:24 35:3,9,10
  35:18,21,24
  36:20,25 37:2,5
  38:7,9,11,13
  40:1,18,24
  42:16 43:20
  44:11 45:6,9
  47:6,12,15,18
  47:20 48:2,9,15
  48:24,25 49:17
  49:24 50:9,25
examination 4:5
  4:6 6:3 9:4,23
  10:2 17:11
  20:21 26:17
  29:3,4
exams 15:1 31:21
  40:11
exchange 43:10
exhibit 4:11,12
  4:13,14,15
  10:13,15 11:3,5

11:11 12:20
  14:12,14 17:9
  18:7,8,10 34:22
  36:10 43:3,4,7
  46:16,17 47:3
Exp 52:20,21
expand 36:11,13
  43:8
experienced
  29:13
experiments
  27:23
explain 9:2
explained 16:14
expressed 49:11
expressly 32:4

_____F_____
fact 26:16 28:14
  31:8 32:4 42:7
  44:16
facts 12:10 41:24
  49:2
faculty 6:11,13
  7:8,15 21:9,17
  22:10 51:3
fail 17:11,15
failed 24:25
  29:21
failing 9:24 12:23
  13:1
fair 29:1,8
Fall 21:4
family 8:8
far 29:19 48:8
fashion 33:6
Fed 6:19
Federal 2:14
feedback 16:17
  19:7 30:12,15
  30:15 38:12,13
  39:21
field 29:14
filed 42:8
files 10:17
final 9:16 51:9
finalize 43:25
financial 52:12
fine 20:15
first 6:2 9:8

14:16
five 20:8
fixed 30:18
focus 36:12
follow 28:23
  31:12 45:4
follow-up 19:10
followed 44:16
  45:1,5
following 12:3
  48:19 50:22,22
follows 6:2
foregoing 52:4,5
forget 41:5,9
form 19:13,14,18
  29:7 30:5 31:2
  33:7,14
format 9:4
forward 12:6
  30:2
foundation 29:24
  30:5
Fox 3:4 4:6 5:17
  5:17 11:3,6
  12:1 20:8,11,15
  20:22 30:8
  38:22,25 45:20
  46:8 51:5
frankly 18:4
friends 7:25
full 6:6,7
further 43:23
  51:5

_____G_____
G 5:1
general 9:3
Georgio 1:8 6:25
  19:5 35:3 39:20
  44:1 47:11
Georgio's 45:4
give 28:7 30:9,15
  38:13 39:20
  43:18 47:5
given 16:18 27:9
  36:4 38:12
  40:23 49:25
  52:6
gives 31:24
giving 37:1 38:17

39:11,12
go 6:5 9:8,13
  14:9 20:13 25:5
  27:22 34:13
  37:5 40:20
  43:23 45:24
  46:8 50:4
goes 40:24
going 9:13 12:6
  19:6 20:16
  23:17 28:4 46:6
  46:10 51:11
Gonzalez 3:21
good 20:23 36:2
government 6:18
  17:19
Govie 6:19
grad 13:12,13
  28:20 40:20,22
  41:2,2,5,11
  44:14 48:5
  50:18
grade 19:17,18
  39:5 45:6 47:17
  48:1
grades 47:11
Gradforms 44:1
  44:13
gradforms.osu....
  47:13
graduate 18:21
  36:21 37:8
graduated 24:20
  44:24
grant 17:18
group 6:14
guess 10:19
  45:21
guide 26:4
guidebook 28:20

_____H_____
H 4:9
half 41:23
halfway 18:16,16
hand 32:21 52:15
handbook 40:21
  40:22
happened 10:9,9
  11:21 13:19

19:19 25:25
  26:2,20 42:24
  46:2 48:10
  50:12
happening 17:4
  42:17
harassed 41:22
harassing 38:20
  45:18
harsh 33:12
head 19:4
hear 42:5
heard 25:10 42:3
hereto 2:16
herunto 52:14
Hi 47:11
higher 13:10
highly 25:2
HIPPEL 3:6
honest 19:4
  26:15 37:6
HR 41:6,10
Huang 1:4 5:4,18
  8:11,17,21 9:20
  9:24 10:7 12:23
  13:1 16:25
  17:10 18:1
  26:23 28:16
  32:21 37:23
  41:23 45:8 50:8
Huang's 25:17
hypothesis 14:1
  27:14,17,22,23
  27:24 28:15
  30:23 31:9,15
hypothesis-bas...
  14:6 15:11,12
  25:17,20

_____I_____
identify 14:15
impact 16:14
  28:24
important 15:3
  30:7
impressions 17:5
  17:6
improvements
  15:25
inappropriate

13:8 45:21 51:2
51:4
**including** 43:12
**incorporated**
16:19
**incorrect** 27:8
47:17
**independent** 22:9
25:22 26:9,11
27:3 28:22
**independently**
26:7
**indicated** 47:4
50:5
**instance** 2:8
**instruction** 44:16
**instructions** 45:2
45:4
**intellectually**
16:17
**intentions** 36:3
**interaction** 7:7
7:12 8:3
**interest** 52:12
**internal** 23:21
**interruption**
30:20
**interview** 21:7,8
**involved** 14:3
37:8 43:1
**involving** 37:11
**irrelevant** 38:25
**issue** 39:1

**J**

**Janeen** 41:7,8,9
41:17 43:15,16
43:16
**Janeen's** 41:3
**January** 42:25
**job** 1:21 39:20
**join** 21:3
**Jose** 3:21
**jot** 16:22
**jotted** 15:22
**journal** 16:6
**June** 23:9,13
**jury** 6:8 9:2
49:19
**justify** 9:13

**K**

**kind** 8:4 14:12
**Kirkendall** 3:20
5:12
**Klinger** 1:24 2:12
5:23 52:3,19
**knew** 7:2 8:12
43:2 44:14
**know** 6:25 8:10
12:19,21 13:9
14:25 15:21
17:15 18:3,5
19:1,5,8,9
21:17,18 22:13
23:18,21 24:5
24:19,22 25:8
26:14,14 27:7
28:18 29:19,25
29:25 32:2 33:3
33:9,10,17,17
36:7 37:10 39:4
39:19,19 40:6
40:15 42:1,3,5
42:16,18,19
**knowledge** 12:10
40:5 43:1

**L**

**L** 3:12
**lab** 21:25 22:1
**lack** 29:24
**language** 36:12
47:3
**lastly** 16:15
**late** 32:10,13
43:17
**laugh** 33:25 34:8
34:16,17
**laughed** 33:19,24
34:10
**law** 20:3
**lawsuit** 7:22 42:8
42:13
**leaning** 32:14
**leave** 6:15 25:14
**led** 12:11
**left** 6:17 7:18
11:17
**length** 43:17

**Let's** 14:11 36:10
43:7 46:8 50:4
**level** 7:6,11
**leveled** 33:12
**lie** 19:25
**line** 27:15
**Linn** 3:19
**little** 12:2,6 14:4
17:22 36:11,13
43:8
**LLP** 3:6
**long** 11:18,19
15:9 16:21 40:6
40:14 48:6
**look** 28:19 44:2
46:19
**looking** 15:8
**lot** 14:3 15:13
21:9

**M**

**main** 21:22,23
**maintain** 22:15
**making** 31:20
**manner** 32:25
**Marcello** 43:24
**mark** 43:7
**marked** 10:15
14:14 18:8 43:4
43:6 46:16,17
**matter** 5:4 28:21
29:14 30:10
**matters** 22:21
**MAXWELL** 3:6
**mean** 19:2 33:24
**means** 19:5,5
23:10 39:19
**meant** 19:8 39:20
**measurable**
28:24
**mechanical** 6:13
**Media** 5:2
**meet** 8:8
**meeting** 8:2
28:16 30:24
31:10,15 32:5
32:11 33:6,20
34:4
**meetings** 7:11
**member** 7:15

**Let's** ... 39:22 40:7,12
40:17 49:4,16
50:24 51:3,4
**members** 7:8
14:20 15:17
30:9,25 36:17
39:8 43:11
44:23 46:22
49:7
**members'** 44:12
44:20 45:5 48:4
50:3
**Meng** 1:4 8:11,16
18:19 36:19
43:15,17
**mentioned** 13:8
27:13 28:6
47:25
**met** 21:9 43:15
**method** 2:14
**middle** 36:12,15
**mind** 44:17 51:1
**minutes** 20:8
**mischaracterizes**
34:7 48:17 49:1
49:21
**mischaracteriz...**
47:23
**moments** 34:22
**monitor** 5:10
**months** 23:12
**Moran** 3:5 5:19
**Morgan** 3:19
**morning** 20:6,23
**move** 26:16
**Mt** 3:14
**multiple** 14:1

**N**

**N** 3:1 4:1 5:1
**name** 6:6,7 20:24
41:3
**national** 6:24
**nature** 30:14
**necessary** 50:19
**need** 12:5 18:18
34:14 36:18
**neither** 52:10
**never** 12:22
23:22 25:10

29:21 49:9
**new** 27:15
**note** 37:8
**noted** 26:5
**notes** 17:3 20:9
25:19,24 26:4,6
26:8,9,9,12,19
26:20 34:20
49:25
**notion** 27:8
**November** 10:20
10:24 11:12
**number** 5:2,7
24:10,19,22
40:10 44:23
**numbered** 2:10

**O**

**O** 5:1
**OBERMAYER**
3:6
**Object** 29:7 30:5
32:16 33:1,7,14
36:5 37:3
**objection** 24:1,12
25:4 26:25
27:11 29:23
31:2,17 32:6
33:21 34:6,12
37:24 38:19,25
41:24 42:21,22
44:8 45:10,17
45:24 47:22
48:17 49:1,21
**objections** 45:20
**observation**
13:23 16:16
**observations**
16:24 17:6
**observed** 25:21
27:7 28:2 30:17
**observing** 14:7
**Obviously** 38:11
**occurred** 50:9
**odd** 30:2
**officer** 52:3
**Ohio** 1:2,7 3:15
3:19 5:4,6 6:9
6:11 7:2 19:14
25:6 40:14

44:15
**Okay** 6:23 7:13
8:10,15,19 9:2
9:19,22 10:1,12
11:2,7 12:14,19
13:5,11,14,19
14:21 17:25
18:6,16 19:1,24
20:10 35:22
42:18 46:4
47:19 51:8
**okays** 30:11
**ones** 15:2
**online** 19:14,17
**opinion** 49:11
**opposed** 23:20
**oral** 14:9 17:12
17:21
**ordinary** 35:20
**OSU** 18:22 21:3
21:16 24:17
36:22
**OSU_003009**
4:13
**OSU_010371**
4:14
**OSU_010536**
4:15
**OSU_012747**
4:12
**OSU_015356**
4:11
**outcome** 13:6
14:7 28:24
52:13
**outcomes** 28:4
**outline** 17:19
**outside** 7:25 8:2

―――――――――
**P**
―――――――――
**P** 3:1,1 5:1
**P&T** 23:22
**P.C** 3:13
**page** 4:3 14:16,22
16:1 43:15 44:2
46:20 47:2
**Pages** 1:22
**panel** 21:12
**paper** 16:6 19:13
19:17

**papers** 33:4
**paragraph** 36:13
36:15
**Pardon** 23:4
39:16 41:15
**part** 21:21 40:7
**particular** 17:21
18:15 28:25
**parties** 5:13
52:11
**pass** 17:10,14
50:8
**payroll** 6:19
**peer-reviewed**
16:6
**Penn** 3:7
**Pennsylvania** 3:8
**people** 21:11
37:7,14
**perform** 13:22
**performance**
19:13
**permits** 40:22
**person** 41:6
**perspective**
30:12
**Ph.D** 6:1 8:12,15
8:19,23,25 9:3
9:6,8,19 10:1,5
13:1,15 15:1
24:19 29:17
30:23 44:24
**Phone** 30:20
**phrase** 18:17
**Pittsburgh** 3:8
**place** 3:7 22:2
**plaintiff** 1:5 3:3
5:18 8:10 10:19
**Plaintiff's** 10:13
11:11 18:7,10
**Planet** 5:12,23
**please** 5:15,24
6:5,6,10 10:13
10:14 13:20
14:13,22 18:7,9
21:15 29:11
31:11 35:4
36:14 38:4 43:5
45:23 46:18,20

48:11
**plug** 41:19,22
**PLUNKETT**
3:13
**point** 15:21 19:16
31:7 41:4 49:12
**policy** 44:14 48:6
**poor** 13:21 22:25
**poorly** 27:6
**portions** 33:19
**position** 21:5
23:5
**post** 39:5
**posted** 47:11
**potential** 16:13
**preclude** 40:1,18
**precluded** 45:8
**prepared** 15:7
**Present** 3:18
**presentation**
26:24 33:20
50:9
**presented** 14:5
15:12 25:20
27:4
**pretty** 23:24 36:2
**primary** 30:21
**principle** 34:17
**printout** 32:22
**prior** 6:9 8:15,19
8:23 9:22 10:1
10:5 12:23,25
13:3,6 28:16
35:9 42:16
**probably** 10:19
21:9 35:12 41:1
**Procedure** 2:15
**process** 21:7
23:17 28:18
40:7
**produced** 2:8
**professor** 11:23
20:23 21:6,8,20
22:11,11,16
23:3,6,14,25
24:7 28:14
29:13 30:23
31:13 32:3,13
34:23 36:2,7,15

37:22 43:11
44:2 45:14
46:15,22 47:7
48:8 50:7
**professors** 36:24
**program** 8:25 9:8
18:22 36:22
37:8 41:2,11
50:18
**progress** 8:25
**progression** 9:6
**projects** 22:6
**promoted** 23:2,5
23:9,19
**promotion** 23:15
23:20,22
**pronouncement**
36:10
**pronunciation**
20:25
**properly** 11:13
**proposal** 15:24
16:7,13 17:13
17:16,18 27:14
27:15,25 28:11
28:15,25 29:2,5
30:3,13 31:9
32:4,22 38:15
39:22,24
**propose** 9:12
16:7 27:16
**proposed** 15:8
**prove** 27:24
**provide** 30:11
**provisions** 2:15
**public** 43:1
**pull** 10:13 14:11
14:12 18:6 35:4
35:5 41:22
**pulling** 41:19
**pursuant** 2:14
**pursuing** 27:15
**put** 10:19 16:12
23:10 30:2
41:19

―――――――――
**Q**
―――――――――
**qualifier** 9:9
**question** 12:24
21:14,23 23:12

24:23 25:9
26:15 27:2,16
29:7,10 31:3,6
33:7,14,23
34:15 35:22
36:1 37:16
39:12 45:14,23
48:11,12,19,21
51:1
**questions** 15:2,4
15:22,23 17:8
20:5 50:5 51:5

―――――――――
**R**
―――――――――
**R** 3:1 5:1
**ran** 15:21
**reach** 11:24
**reached** 34:23
**react** 10:6 37:12
**read** 11:13 18:24
43:8 46:9 47:10
51:8
**reading** 16:5,20
52:9
**ready** 6:4
**really** 19:7 39:18
**REBMANN** 3:6
**recall** 9:1 12:17
13:4 18:14,15
19:10,14,18,22
21:11 22:24
24:8 25:1 26:16
32:12,19 33:11
33:17 34:3,18
34:20,24 35:11
35:13,15,17,19
35:23 36:23
37:16,18,21
38:16 39:3,7
41:11,13,18
44:13,19,23
45:1 46:2 49:19
50:10
**received** 11:16
16:18 38:17
**receiving** 11:15
18:13
**Recess** 20:18
46:12
**recollect** 44:13

recollection
  12:14 13:21
  14:4,8 16:22
  19:20 22:25
  25:22,24 26:12
  26:21 27:3 28:8
  40:10 48:5 50:2
recommendation
  16:9
recommendati...
  17:23
record 2:15 11:3
  20:13,16,19
  46:7,8,10,13
  51:11 52:6
recruitment
  21:13,16
reduced 52:8
refer 44:7
referring 14:24
  41:8
registered 19:4
related 52:11
relationship 22:3
relevance 32:16
  33:1 36:5 37:3
remember 8:16
  11:15,20 18:5
  18:13 24:9,10
  24:14,18 26:2,7
  26:23 30:7
  32:17,18,20
  33:9 44:19
  50:14
remote 1:11 2:7
  3:21 5:11 10:14
  10:16,22,25
  14:13 18:9 43:5
  46:18
remotely 5:14
repeat 12:5 18:20
  21:14 29:11
  31:11 36:19
  48:11
repeatedly 33:19
repeating 50:2
report 7:13 22:10
  49:25
reported 1:23

2:13 13:11
reporter 5:22,24
  6:5 52:1
represent 5:16,18
representing
  5:12,23
required 17:22
  39:5
research 6:14
  14:6 15:11,12
  21:10 22:4,6,8
  22:16 25:20
  27:16
responded 35:12
  37:10
responding 19:21
  47:19
responds 43:24
  44:3
response 47:9,10
  47:14 48:1 50:5
responsibilities
  45:5 50:24
rest 15:22
retake 18:1 48:9
  48:15,16,24,25
retaking 40:2,18
  45:9
return 36:10
review 17:24
  20:9 38:4
reviewed 26:6
right 6:25 7:5 9:5
  9:20 10:25 12:4
  13:15 14:25
  17:1 21:24 28:7
  29:5 32:15 34:4
  37:14 40:25
  41:6 46:1 47:7
risks 14:3
Rizzoni 1:8 5:5
  7:1,7,13,18,21
  7:25 8:20,24
  9:23 10:2,6,21
  11:12 12:15,22
  14:19 18:11
  19:5 20:1,3
  21:8 22:5,14,17
  23:14 24:7

28:14,21 29:2
  29:13 30:23
  31:7,14 32:3,23
  34:23 35:9,18
  36:2,7,7,16
  37:7,22 39:4,9
  41:19,21 43:11
  44:3 46:23 47:7
  48:8,13 49:13
  50:8
RMR-CRR 1:24
  2:12 52:19
role 49:16
rude 32:24
Rules 2:14
run 7:10 22:4
running 6:14
_____
**S**
S 1:24 2:12 3:1
  4:9 5:1 52:3,19
Salena 3:5 5:19
Sands 41:8
satisfactory
  17:14 38:15
  40:13 44:22
  49:5
saw 27:20 30:16
  37:9 47:3 49:12
saying 19:6 29:4
  37:18 38:14
  44:1 47:14
says 16:4 18:17
SBC 22:8,12
school 13:12
  28:20 40:20,22
  41:2 44:14 48:6
Scott 21:25 22:1
screen 11:8
scroll 14:21
  15:19 46:20
  47:9
second 9:11,17
  27:9 40:23
  43:19,20 44:3,7
  44:17 45:2,7,16
  46:1,3 47:5,6
  47:15,18,20
  48:3 49:5,10
  50:1

security 6:24
see 11:7 18:17,24
  25:19 28:23
  36:17 41:3
  43:21,22 44:5,6
  47:9
seeing 10:17
  19:23 37:19
seen 28:9
select 48:14
senior 22:10
sense 43:18 47:4
  48:20
sent 14:19
sentence 18:23
  19:1,21 36:9,22
  37:2,22 38:18
  39:11,13,15,17
  41:14
separate 47:18
  49:8
September 1:13
  2:4,11 5:9 6:12
  6:18 52:15
serve 6:17 11:24
  15:2 24:6 34:24
  35:2
served 24:11
serving 13:14
  35:13 40:14
session 26:2
set 14:1 37:14
  52:14
sexually 41:22
Shoe 21:24
short 28:6 46:4
SHORTHAND
  52:1
show 11:16 46:15
shown 11:21
  34:22 35:1,6
sign-off 39:25
signed 19:17 42:9
  42:11
signing 52:9
sit 24:15,16,24
situation 25:11
situations 25:7
slower 12:7

slowly 12:2
social 8:3
sorry 10:23 41:12
sort 12:22
sound 17:17
Southern 1:2 5:6
speak 12:2
speaks 47:22
speculation 24:2
  24:13 25:5
  29:24 31:4 44:9
spoke 43:16
spoken 7:21
sponsored 22:7
staff 7:11
stand 10:14 11:1
  14:13 18:9 43:5
  46:18
start 20:9
start-up 6:22
started 33:5
state 1:7 3:19 5:5
  5:16 6:6,9,11
  7:2 19:15 25:6
  40:14 44:15
  48:22
stated 2:15 26:7
  26:12
states 1:1 2:12
  5:5 43:14
stenographic
  2:13
stenographically
  1:23 52:7
step 9:11
steps 28:10
stopped 32:23
strengthen 30:12
stronger 39:23
structure 28:1
structured 23:1
student 9:7 13:22
  15:17 16:16
  18:22 19:7 30:2
  33:25 34:8,16
  34:17 36:21
  37:1,1 39:6,18
  40:23 41:2
students 15:1

24:19 29:18
40:11 44:24
**studies** 13:13
**subject** 29:14
36:4 50:4
**success** 29:17
**successful** 9:14
17:13 30:19
39:24
**suggest** 16:20
**suggested** 13:6
**Suite** 3:7,14
**summary** 27:4
**Sundaresan** 1:12
2:8 4:4 5:4 6:1
6:7 11:7 12:9
19:25 21:1
38:24 51:7,10
**supervise** 7:14
**support** 21:13,16
**supported** 23:14
**supporting** 21:18
**supportive** 27:8
**sure** 5:17 16:2
20:24
**Susan** 1:24 2:11
5:23 52:3,19
**swear** 5:24
**switched** 19:15
**sworn** 2:9 6:2
**system** 22:22,22

**T**

**T** 4:9
**take** 12:20 15:2
17:9 19:24 20:8
27:10 44:11
45:21 46:4
**taken** 2:9 10:10
13:9 26:21
49:13 52:4,7
**talk** 8:24 16:23
19:6 41:17
**talked** 12:19 37:1
**talking** 47:20
49:6
**tech** 3:21 6:22
10:12,22 14:11
**technical** 14:3
**TECHNICIAN**

10:14,16,25
14:13 18:9 43:5
46:18
**tell** 6:8 10:2,6
14:16 15:20
17:2 46:2
**telling** 33:11 35:8
49:19
**tenure** 23:23
**testified** 6:2
12:21
**testimony** 7:22
26:18 34:7,11
37:19,21 42:18
44:25 48:18
49:2,18,22
50:10,14 52:6,7
**Texas** 2:13 52:20
**thank** 11:6 20:5,7
20:11 21:3
43:24 51:6
**thanks** 35:3
**thesis** 9:6,12,13
13:25 14:5
16:14
**thing** 30:7 42:14
47:18 49:7
**things** 10:8 11:19
11:20 15:16
16:11 19:12
23:11 30:18
49:8,23
**think** 19:3 21:4
23:19 29:1,5
32:1 33:24
34:14 37:9 40:3
41:10 48:7,10
49:11
**thought** 27:7
**three** 41:23
**time** 5:10,11 7:4
8:19,23 9:22
10:1,5 11:18
12:24 15:9,21
16:6 19:15 20:6
20:17 25:21
40:14 42:20
44:15 46:11
48:6 49:12 51:9

**times** 26:1
**title** 41:5,10,11
**today** 5:11,23
49:18
**Today's** 5:9
**told** 34:15
**top** 44:2
**topic** 9:12,14
14:2 15:7 28:5
**tracking** 18:25
**transcript** 52:5
**travel** 8:6
**treating** 33:6
**tried** 32:21
**true** 15:11 52:5
**trying** 27:17
31:11
**turn** 36:9 43:3
**turns** 15:20 16:5
**two** 10:17 16:11
19:12 28:10
48:23 49:8,23
**type** 17:7
**typewriting** 52:8
**typical** 11:23
**typically** 13:25
14:25 22:20
29:17

**U**

**Uh-huh** 13:16
28:13 43:13
46:24
**unanimous** 18:19
36:18
**unclear** 28:23
**understand** 15:6
15:14 26:15
29:10 39:1
**understanding**
13:23 42:15
47:16 48:5,12
**understood**
29:12 37:14
**unique** 14:2
**United** 1:1 5:5
**university** 1:8
5:5 6:9,12,16
6:17 7:4,19 9:7
11:17 25:6,8,14

**university's** 6:19
**unsatisfactory**
17:14 38:15
40:13 43:25
44:22 47:12
49:5,24
**unsuccessful**
30:3
**unusual** 25:2
**ups** 13:10
**use** 27:22 33:3,4

**V**

**v** 1:6 5:4
**vague** 28:23
**verifiable** 28:2,3
**verify** 28:3
**video** 5:10,13
**videographer**
3:20 5:2,11,22
20:12,13,16,19
46:6,9,13 51:8
**videotaped** 1:11
2:7 5:3 51:9
**views** 36:3
**Vishnu** 5:3 21:2
51:10
**Vishnu-Baba**
1:12 2:7 4:4 6:1
6:7 21:1
**visibility** 25:13
**voice-identify**
5:15
**vote** 43:19,25
44:21 46:3 47:5
49:4,8
**voted** 49:9,24

**W**

**walked** 32:13,20
**want** 20:13 27:6
32:1 33:23 36:9
48:14
**wanted** 35:24
**wasn't** 40:17
**waved** 32:24
**way** 7:14 28:1
45:8
**ways** 14:1
**weakness** 39:22

**weaknesses**
30:17
**weren't** 32:11
**WHEREOF**
52:14
**whispering** 32:14
**wildly** 45:20
**William** 3:7
**witness** 2:8 4:3
5:25 10:21 12:2
38:20 52:14
**work** 7:25 8:2
9:15 21:21,25
**work-related**
22:24
**wouldn't** 21:17
21:18 23:17
24:21 29:19,25
29:25 33:10,25
**write** 17:2 19:9
**writing** 17:18
25:17
**written** 9:9 15:15
16:6 17:12
26:19 28:11,15
30:3 31:8
**wrong** 29:6 40:25
48:8
**wrote** 15:9 37:8

**X**

**X** 4:1,9

**Y**

**yeah** 13:12 15:20
16:3,4 18:14
22:2 33:10
35:18 41:5
**year** 23:11
**years** 41:23

**Z**

**0**

**1**

**1** 1:22 5:2
**10** 4:12 18:12
24:20
**10/31/27** 52:20

**10:38** 2:11 5:10
**10:57** 20:17,18
**102** 4:12 10:13,15
  10:17 11:4,5,11
  34:22
**108** 4:13 18:7,8
  18:10 36:10
**109** 4:14 46:16,17
**10th** 38:5,6
**11/30/25** 52:21
**11:04** 20:18,20
**11:35** 46:10,12
**11:44** 46:12,14
**11:51** 2:11 51:11
  51:12
**110** 4:15 43:3,4,7
**14** 4:11
**14487** 52:21
**150** 3:14
**15219-2502** 3:8
**1710** 3:7
**18** 4:13

**2**

**2:19-cv-01976-...**
  5:8
**2:19-cv-1976** 1:6
**20** 4:6 10:20,24
  11:12
**2012** 6:12 21:4
  25:12
**2017** 10:20,24
  11:12 18:12
  38:6
**2018** 23:10,13
  42:25
**2020** 6:18
**2022** 6:12,20
**2025** 1:13 2:4,11
  5:9 52:15

**3**

**4**

**412.288.2462** 3:9
**43** 4:15
**43235** 3:15
**46** 4:14

**5**

**5** 1:13 2:4
**52** 1:22
**525** 3:7
**597878** 1:21
**5th** 2:10 5:9

**6**

**6** 4:5
**614.629.3000**
  3:16
**6531** 52:20
**6th** 52:15

**7**

**716** 3:14

**8**

**8** 24:20

**9**

Sundaresan Deposition – Objections by both parties

| Lines objected to during deposition | Defendants' Grounds for Objection | Plaintiff's Response to Plaintiff's Objection |
|---|---|---|
| 23:24-25 | Objection at 24:1-2 – calls for speculation | Witness is an OSU professor and the questions asks for the witness' understanding of internal OSU politics. This is not speculative, it asks for the witness' knowledge – or lack of it. Witness replies that he does not know. |
| 24:10-11 | Objection at 24:12-13 – calls for speculation | Question asks if the witness remembers the number of Ph.D. candidacy committees witness sat on with Dr, Rizzoni. This is in no way speculative, and instead asks about the witness' personal knowledge. Witness replies the he does not remember. |
| 25:2-3 | Objection at 25:4-5 – calls for speculation | Witness is an OSU professor who testified he sat on multiple Ph.D. committees. Question is whether a particular outcome from a Ph.D. committee would be unusual. This is not speculative, would be within the personal knowledge of a person in this position. |
| 26:23-24 | Objection at 26:25-27:1 – asked and answered | A more specific version of a prior question to clarify what was said before. Prior testimony is confusing, witness cannot state whether he has any recollection of events. See 25:22-26:22. Question is necessary to clarify what, if anything, witness remembers. |
| 27:6-10 | Objection at 27:11-12 – asked and answered | See response to prior objection. |
| 29:1-6 | Objection at 29:7 – form of question | Unclear what in the form of the question is being objected to. Nonetheless, question is |

1

| | | rephrased and counsel for OSU directs witness to answer and does not state an additional objection. |
|---|---|---|
| 29:21-22 | Objection at 29:23-24 – calls for speculation; lack of foundation | Asks for the witness' personal knowledge, which the witness provides: he does not know the answer. |
| 30:1-4 | Objection at 30:5-6 – form; foundation | Unclear what in the form of the objection is objectionable. Foundation is the witness' prior testimony – see 27:13-28:5. |
| 30:21-31:1 | Objection at 31:2-4 – form of the question, asked and answered, argumentative, calls for speculation | Attempts to sum up prior, difficult to follow testimony and asks if it was correct. Neither speculative nor argumentative and necessary to clarify rambling and evasive testimony. Witness refuses to answer. |
| 31:13-15 | Objection at 31:17-18 – asked and answered | Had been asked (31:7-31:12) but not answered. Witness again refuses to answer. Simply speaking after a question is asked is not necessarily an answer to the question, and when the witness fails to answer the question, the interlocutor is entitled to ask again. |
| 32:3-5 | Objection at 32:6 – asked and answered | See response to prior objection. |
| 32:13-15 | Objection at 32:16 - relevance | Asks about the witness' interaction with other committee member. Plaintiff's argument is that the committee outcome was fixed in advance, and the way the committee members interact with each other and Ms. Huang is directly relevant to that. |
| 32:20-25 | Objection at 33:1-2 – relevance; argumentative | See response to prior objection, and unclear in what |

| | | sense this could be considered argumentative. |
|---|---|---|
| 33:5-6 | Objection at 33:7-8 – form of the questions; argumentative | Unclear what in the form of the question is being objected to. Not argumentative. Asks for the witness' recollection. |
| 33:11-13 | Objection at 33:14-15 – form of question; argumentative | See response to prior objection. |
| 33:18-20 | Objection at 33:21-22 – argumentative | Not argumentative. Asks if the prior answer constitutes a denial. Witness eventually clarifies that it is not. |
| 34:2-4 | Objection at 34:6-7 – asked and answered; mischaracterizes his testimony | Was not asked and answered: was asked, but witness replied "I don't want to answer that question." 33:18-23. Correctly characterizes testimony that witness repeatedly claimed to have no recollection of the events to which he was testifying. *See* 25:16-27:5. |
| 34:10-11 | Objection at 34:12-13 – argumentative; asked and answered | Asked, but still not answered. Again, the question is whether the witness denies an event. Witness replies "I don't think I need to answer the question." |
| 36:2-4 | Objection at 36:5-6 - relevance | Asks about the witness' interaction with other committee member. Plaintiff's argument is that the committee outcome was fixed in advance, and the way the committee members interact with each other and Ms. Huang is directly relevant to that. |
| 36:15-37:2 | Objection at 37:3-4 - relevance | Asks about the witness' interaction with other committee member. Plaintiff's argument is that the committee outcome was fixed in advance, and the way the committee members interact with each other and Ms. |

| | | |
|---|---|---|
| | | Huang is directly relevant to that. Additionally asks about how common the "death penalty" is, which is directly relevant as that is what the committee went on to do in this case. |
| 37:21-23 | Objection at 37:24-25 – asked and answered; argumentative | Asks for clarification of rambling and confusing testimony. *See* 36:9-37:20. In fact, it is necessary to ask several more times to come to an answer. |
| 38:16-18 | Objection at 38:19-21 – harassing the witness; asked and answered; argumentative **[discussion continues to 39: 2]** | See response to prior objection. Witness finally answers the question at 39:3-6. |
| 41:21-23 | Objection at 41:24-25 – assumes facts not in evidence; argumentative | The facts referred to here will be testified to at length by Ms. Huang. Asks for the witness' knowledge. Not argumentative. |
| 42:18-20 | Objection at 42:21-22 - argumentative | Non-argumentative, effort to clarify apparently contradictory testimony: witness first testified to being ignorant of the facts of this case (41:21-42:6) but then testified to the contrary when presented with prior sworn statement (42:7-17). |
| 44:7 | Objection at 44:8-9 – calls for speculation | Witness is an OSU professor and question regards familiarity with a document used by OSU professors. This would be expected to be within the personal knowledge of the witness, and it in fact proves to be – 44:7-15. |
| 45:7-9 | Objection at 45:10-11 – argumentative; asked and answered | Question was not answered. *See* 44:16-45:6. Continues to refuse to answer question as coached by OSU counsel.45:12-22. Finally answers at 45:25-46:3. |

4

| 45:14-16 | Objection at 45:17-19 – argumentative; harassing; asked and answered **[discussion continues to 45:24]** | See response to prior objection. |
|---|---|---|
| 47:19-21 | Objection at 47:22-24 – document speaks for itself; mischaracterization | Objection is not a proper objection and instead coaches the witness to mischaracterize the document and question asked. Question regards statement in Rizzoni email. 47:19-21. Response, beginning "Like Christina Corl just mentioned," ignores Rizzoni statement and focuses on other statements. |
| 48:13-16 | Objection at 48:17-18 – mischaracterization | Does not characterize the testimony at all, asks for a straight answer about the witness' understanding of the effects of a particular action the witness took. Witness had already refused to answer. 48:7-12. Went on to continue to refuse to answer. 48:19-25. Finally gives an answer at 49:4-8. |
| 48:23-25 | Objection at 49:1-3 – mischaracterization; assumes facts not in evidence | See response to prior objection. |
| 49:18-20 | Objection at 49:21-22 – mischaracterization | Witness had testified at length that he did not remember the events testified to. Question is necessary to clarify what the witness does and does not remember. |

61236376.1