United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-                                                  Case No. 2:19-cv-1976

Ohio State University et al.

COURTROOM MINUTES
Jury Trial Day 1

| U.S. District Judge Sarah D. Morrison | | Date:  9/8/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

At 9:00 a.m. the Court began Voir Dire.
Preliminary Instructions by the Court.
Opening Statements by Plaintiff counsel Bruce Fox.
Opening Statements by Christina Corl for Defendant.
Fox called Meng Huang to the stand. Witness Huang sworn and testified to Exhibits 34, 13, 39, 6, 40, 8,  49, 4 17, 133, and 45.
Court adjourned at 5:00 p.m.
Proceedings will reconvene on 9/9/2025 at 9:00 a.m. Plaintiff counsel will continue with testimony of plaintiff/witness Huang.

/