UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG,<br><br>    Plaintiff,<br><br>  v.<br><br>THE OHIO STATE UNIVERSITY, *et al.*,<br><br>    Defendants. | :<br><br>Case No. 2:19-cv-1976<br>Chief Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura<br><br>: |

## ORDER

This matter is before the Court on Defendants' Notice of Filing *De Bene* Trial Testimony of Dr. Yann Guezennec and Objection Log. (ECF No. 276.) The Court rules as follows:

- *Plaintiff's Objection, page 9, line 10 to page 10, line 1* – **SUSTAINED.**

- *Plaintiff's Objection, page 13, lines 12-24* – Defendants agree to remove page 13, lines 21-24. The Objection is **OVERRULED** as to the remaining lines.

- *Plaintiff's Objection, page 16, line 6* – **OVERRULED**.

- *Plaintiff's Objection, page 24, line 22 to page 25, line 5* – **OVERRULED**.

- *Defendants' Objection, page 27, lines 17-19* – **SUSTAINED**.

- *Defendants' Objection, page 28, line 10* – **OVERRULED**.

- *Defendants' Objection, page 28, line 21* – **OVERRULED**.

- *Defendants' Objection, page 33, lines 12-15* – **OVERRULED**.

1

- *Defendants' Objection, page 35, lines 8-9* – **SUSTAINED**.

- *Defendants' Objection, page 35, line 25 to page 36, line 1* – **OVERRULED**.

- *Defendants' Objection, page 37, lines 4-5* – **OVERRULED**.

- *Defendants' Objection, page 37, lines 13-14* – **OVERRULED**.

- *Defendants' Objection, page 41, lines 16-19* – **SUSTAINED**.

- *Defendants' Objection, page 42, lines 8-12* – **SUSTAINED**.

- *Defendants' Objection, page 42, lines 18-19* – **SUSTAINED**.

- *Defendants' Objection, page 46, lines 15-17* – **SUSTAINED**.

- *Defendants' Objection, page 49, lines 7-8* – **SUSTAINED**.

- *Defendants' Objection, page 49, lines 13-16* – **SUSTAINED**.

- *Defendants' Objection, page 50, lines 23-24* – Defendants' Objection is **WITHDRAWN**.

- *Defendants' Objection, page 51, lines 5-8* – **OVERRULED**.

- *Defendants' Objection, page 51, lines 13-14* – **OVERRULED**.

- *Defendants' Objection, page 53, lines 6-9* – **SUSTAINED**.

- *Defendants' Objection, page 54, lines 15-17* – **OVERRULED**.

- *Defendants' Objection, page 54, lines 24 to page 55, line 2* – **OVERRULED**.

- *Defendants' Objection, page 55, lines 11-14* – **OVERRULED**.

- *Defendants' Objection, page 61, lines 4-5* – **OVERRULED**.

- *Defendants' Objection, page 63, lines 4-7* – **OVERRULED**.

- *Defendants' Objection, page 63, lines 20-22* – Defendants' Objection is **WITHDRAWN**.
- *Defendants' Objection, page 64, lines 11-14* – **SUSTAINED**.
- *Defendants' Objection, page 64, lines 18-22* – **SUSTAINED**.
- *Defendants' Objection, page 66, lines 1-3* – **OVERRULED**.
- *Defendants' Objection, page 66, lines 16-19* – Defendants' Objection is **WITHDRAWN**.
- *Defendants' Objection, page 68, lines 1-2* – Defendants' Objection is **WITHDRAWN**.
- *Defendants' Objection, page 68, lines 8-9* – Defendants' Objection is **WITHDRAWN**.
- *Defendants' Objection, page 68, line 12* – Defendants' Objection is **WITHDRAWN**.
- *Defendants' Objection, page 68, line 22* – Defendants' Objection is **WITHDRAWN**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**