United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-   Case No. 2:19-cv-1976

Ohio State University et al.

## COURTROOM MINUTES
### Jury Trial Day 2

| U.S. District Judge Sarah D. Morrison | | Date:  9/9/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Court convened at 9:00 a.m.
Counsel Fox continued with plaintiff/witness Meng Huang, who testified to plaintiff exhibits 7, 90, 14, 41, 45, 93, 133-138.
Counsel Christina Corl on cross examination of plaintiff/witness Meng Huang. Huang testified to plaintiff exhibit 133, 45, 4, 14, and defense exhibits C, P, O, E, A, L, F.
Court adjourned at 5 pm.
Cross of Huang will continue on 9/10/2025.