# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MENG HUANG,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY, *et al.*,

    Defendants.

:

:

:

Case No. 2:19-cv-1976
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Notice of Filing of the Deposition of Ruochen Yang and Objection Log. (ECF No. 296.) The Court rules as follows:

- *Defendants' Objection, page 6, line 24 to page 7, line 1* – **OVERRULED**.
- *Defendants' Objection, page 8, lines 5-6* – **OVERRULED**.
- *Defendants' Objection, page 8, line 14* – **OVERRULED**.
- *Defendants' Objection, page 9, lines 9-11* – **OVERRULED**.
- *Defendants' Objection, page 10, lines 9-10* – **OVERRULED**.
- *Defendants' Objection, page 10, lines 17-19* – **SUSTAINED**.
- *Defendants' Objection, page 10, line 22* – **SUSTAINED**.
- *Defendants' Objection, page 10, lines 24-25* – **SUSTAINED**.
- *Defendants' Objection, page 11, line 7-8* – **SUSTAINED**.

- *Defendants' Objection, page 11, lines 15-16* – **OVERRULED**.

- *Defendants' Objection, page 11, line 25* – **OVERRULED**.

- *Defendants' Objection, page 12, lines 4-5* – **SUSTAINED**.

- *Plaintiff's Objection, page 14, lines 7-10* – **OVERRULED**.

- *Plaintiff's Objection, page 14, lines 19-21* – **OVERRULED**.

- *Plaintiff's Objection, page 15, lines 12-13* – **OVERRULED**.

- *Plaintiff's Objection, page 16, lines 14-17* – **OVERRULED**.

- *Defendants' Objection, page 18, lines 5-7* – **OVERRULED**.

- *Defendants' Objection, page 19, lines 8-9* – **SUSTAINED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**