United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-  Case No. 2:19-cv-1976

Ohio State University et al.

## COURTROOM MINUTES
### Jury Trial Day 3

| U.S. District Judge Sarah D. Morrison | | Date: 9/10/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Court convened at 9:00 a.m.
Plaintiff counsel Andrew Horowitz called Sheila Westendorf, MD on direct examination. Dr. Westendorf testified to Plaintiff Exh. 2.
Defense counsel Christina Corl on cross examination of Westendorf.
Plaintiff counsel Horowitz on redirect of Westendorf.
Defense counsel Corl on cross with Plaint. Exh. 28, 32, 25, 33, C-K, 93, 10, L
Plaintiff counsel Fox on redirect with Huang Plaintiff Exh. 14, 15, 136, 7.
By deposition testimony: Plaintiff counsel Fox on direct with plaintiff witness Ruochen Yang.
By deposition testimony: Defense counsel Corl on cross with Rouchen Yang.
By deposition testimony: Plaintiff counsel Fox on redirect with plaintiff witness Ruochen Yang.
By deposition testimony: Plaintiff counsel Fox on direct with witness Dyche Anderson exhibits.