# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MENG HUANG,

    Plaintiff,

  v.

THE OHIO STATE UNIVERSITY, *et al.*,

    Defendants.

:

Case No. 2:19-cv-1976
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

:

## ORDER

This matter is before the Court on Plaintiff's Notice of Filing of the Deposition of Vishnu-Baba Sundaresan and Objection Log. (ECF No. 297.) The Court rules as follows:

- *Defendants' Objection, page 23, lines 24-25* – **SUSTAINED**.
- *Defendants' Objection, page 24, lines 10-11* – **OVERRULED**.
- *Defendants' Objection, page 25, lines 2-3* – **OVERRULED**.
- *Defendants' Objection, page 26, lines 23-24* – **OVERRULED**.
- *Defendants' Objection, page 27, lines 6-10* – **OVERRULED**.
- *Defendants' Objection, page 29, lines 1-6* – **SUSTAINED**.
- *Defendants' Objection, page 29, lines 21-22* – **SUSTAINED**.
- *Defendants' Objection, page 30, lines 1-4* – **OVERRULED**.
- *Defendants' Objection, page 31, lines 13-15* – **OVERRULED**.
- *Defendants' Objection, page 32, lines 3-5* – **SUSTAINED**.

- *Defendants' Objection, page 32, lines 13-15* – **OVERRULED**.

- *Defendants' Objection, page 32, lines 20-25* - **OVERRULED**.

- *Defendants' Objection, page 33, lines 5-6* – **OVERRULED**.

- *Defendants' Objection, page 33, lines 11-13* – **OVERRULED**.

- *Defendants' Objection, page 33, lines 18-20* – **OVERRULED**.

- *Defendants' Objection, page 34, lines 2-4* – **OVERRULED**.

- *Defendants' Objection, page 34, lines 10-11* – **SUSTAINED**.

- *Defendants' Objection, page 36, lines 2-4* – **SUSTAINED**.

- *Defendants' Objection, page 36, line 15 to page 37, line 2* – **OVERRULED**.

- *Defendants' Objection, page 37, lines 21-23* – **OVERRULED**.

- *Defendants' Objection, page 38, lines 16-18* – **OVERRULED**.

- *Defendants' Objection, page 41, lines 21-23* – **OVERRULED**.

- *Defendants' Objection, page 42, lines 18-20* – **OVERRULED**.

- *Defendants' Objection, page 44, line 7* – **OVERRULED**.

- *Defendants' Objection, page 45, lines 7-9* – **SUSTAINED**.

- *Defendants' Objection, page 45, lines 14-16* – **SUSTAINED**.

- *Defendants' Objection, page 47, lines 19-21* – **OVERRULED**.

- *Defendants' Objection, page 48, lines 13-16* – **OVERRULED**.

- *Defendants' Objection, page 48, lines 23-25* – **OVERRULED**.

- *Defendants' Objection, page 49, lines 18-20* – **SUSTAINED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**