UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MENG HUANG,** | : | |
| Plaintiff, | | Case No. 2:19-cv-1976 |
| v. | | **Chief Judge Sarah D. Morrison** |
| **OHIO STATE UNIVERSITY,** *et al.*, | | **Magistrate Judge Chelsey M. Vascura** |
| Defendants. | : | |

## ORDER

Pursuant to the Court's Trial Scheduling Order and the local rules of this Court, the parties and their counsel are required to "maintain a professional and dignified atmosphere throughout the trial." (ECF No. 242.) On the third day of trial, Attorney Bruce Fox's cellphone was not silenced and made ringtones in the morning. Despite being reminded to turn off his cellphone by the Court, Attorney Fox's cellphone made ringtones on two more occasions in the afternoon. Attorney Fox's failure to comply with the Court's Order and Local Rules is unacceptable. Thus, pursuant to the Court's "inherent power to maintain respect and decorum," *In re Smothers*, 322 F.3d 438, 442 (6th Cir. 2003); *see also Chambers v. Nasco,* 501 U. S. 32, 43 (1991), Attorney Fox is **FINED** $100 to be paid to the Clerk of Courts. The fine is due immediately.

   IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**