United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-  Case No. 2:19-cv-1976

Ohio State University et al.

COURTROOM MINUTES
Jury Trial Day 4

| U.S. District Judge Sarah D. Morrison | | Date:   9/11/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Court convened at 9:00 a.m.
Plaintiff counsel Bruce Fox called Marcello Canova, PhD, on cross examination. Dr. Canova testified to Plaintiff Exh. 10, 108, 110, 107, 18, 144,
Defense counsel Christina Corl on direct examination with Dr. Canova on Defense Exh. D, Plaintiff Exh. 108.
Plaintiff counsel Fox on re-cross with Canova on Plaintiff Exh. 10.
By video deposition: Plaintiff counsel Fox called Yann Guzennnec, PhD on cross examination.
For the video deposition, defense counsel Corl questioned Dr. Guzennec on direct, testified to Def. Exh. D.
By video deposition: Plaintiff counsel Fox on cross examination with Guzennec on exhibits Plaintiff Exh 92, 10, 108, Defendant Exh. D.
Plaintiff counsel Fox called Georgio Rizzoni, PhD to testify on cross reference. Dr. Rizzoni testified to Plaintiff Exh. 3, 16, 31, 8, 84, 7, 8, 18, 13, 87, 6, 144, 81, 84, 41, 7, 96, 94, 93, 47, 97, 105, 113, 111.
Court adjourned at 4:40 p.m
Will reconvene at 9:00 a.m. on 9/12/2025.