United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-                                        Case No. 2:19-cv-1976

Ohio State University et al.

COURTROOM MINUTES
Jury Trial Day 5

| U.S. District Judge Sarah D. Morrison | | Date:   9/12/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Court convened at 9:00 a.m.
Plaintiff counsel Andrew Horowitz called Karen Kyle to testify to Plaintiff Exhibit 18 (no cross).
By video deposition testimony: Plaintiff counsel called Vishnu Sundaresan on cross examination.
The video deposition was displayed as direct examination by Defense counsel Christina Corl and Dr. Sundaresan testified to Plaintiff Exh 102, 108.
By video- plaintiff Counsel Bruce Fox on cross to Sundaresan. Testified to plaintiff Exh. 102, 108, 110.
Plaintiff counsel Fox called Denise Deschenes, MD on direct examination. Dr. Duschenes testified to Plaintiff Exh. 2
Def Counsel Corl on cross with Deschenes, testified to Plaintiff Exh. 2.
Plaintiff moved Plaintiff Exhibits 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 30, 31, 39, 40, 41, 49, 67, 81, 84, 87, 89, 91, 92, 93, 94, 95, 96, 97, 98, 99, 102, 105, 106, 108, 109, 110, 111, 113, 121, 123, 126, 133, 134, 135, 136, 137, 138 into evidence.
Plaintiff rested their case.
Defense counsel Corl filed exclusion of evidence as to damages.
Plaintiff counsel Horowitz argued the plaintiff's position on the motions.
The Court took the motions and argument under advisement and will issue a ruling.
Court was adjourned at 12:45 p.m.
Will reconvene on 9/15/2025 at 9:00 a.m.