IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MENG HUANG, | Case No: 2:19-CV-1976 |
| Plaintiff, | Hon. Chief Judge Sarah D. Morrison |
| | Hon. Mag. Judge Chelsey M. Vascura |
| v. | |
| | JURY TRIAL DEMANDED |
| THE OHIO STATE UNIVERSITY and GIORGIO RIZZONI, | |
| Defendants. | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S STATUS AS AN EMPLOYEE**

It is hereby ORDERED, this _____ day of September, 2025, upon consideration of Plaintiff's motion for judgment as a matter of law on Plaintiff's status as an employee and any opposition thereto, it is ORDERED that the Motion is GRANTED. Pursuant to Fed. R. Civ. P. 50(a), the Court concludes that Defendant The Ohio State University and/or its agent Defendant Rizzoni had the right to control the manner and means by which Plaintiff accomplished her work from August 2014 to August 2017, and Plaintiff was therefore an employee of OSU during that period of time for the purposes of her Title VII claims.

SO ORDERED:

_____
HON. SARAH D. MORRISON, C. J.

4917-0987-8633 v1