1    Q.    Any evaluation of her performance as a Ph.D. student or
2    as a research -- graduate research assistant.
3    A.    We didn't really have any formal evaluations such as,
4    for example, the one that was shown at the end of the 2017 Ford
5    internship.  We didn't have anything like that in place at that
6    time.  We do now, as it turns out.
7    Q.    I'm not asking for formal evaluation.  I'm asking if you
8    are responsible for her evaluations.
9    A.    I was responsible for guiding and advising her,
10   providing suggestions and guidance on her research.
11   Q.    Okay.  We've located the portion of the transcript now
12   from the earlier trial.  Put that up on the screen, please.
13         Do you recall discussing at the earlier trial how you
14   were expensing a dinner with a student -- dinner with a
15   student?
16   A.    I'm reading.  I remember the event.  The part of
17   expensing, I'm not sure.  What are you referring to here?  I'm
18   reading.
19   Q.    What event do you remember, professor?
20   A.    I simply remember that during this part of my
21   deposition, I invited the plaintiff to dinner and I paid for
22   the dinner.
23   Q.    Okay.  And can we put back up the excerpt we just had on
24   the screen.  I move for permission to publish this to the jury,
25   Your Honor.

1      THE COURT: Not yet. I need to understand what we're
2  talking about.
3  Q.  Line 22 hits it on the nose, Your Honor.
4      THE COURT: Are you wanting to induce this as a prior
5  statement?
6      MR. FOX: Yes.
7      THE COURT: All right. You may publish.
8  Q.  Professor Rizzoni, I'm going to read to you your
9  testimony., if you could take a look -- starting at line 20.
10 "Had you paid -- this would have been something that you could
11 have expensed, a dinner with a student, correct?" "You
12 answered no, we are both employees of the Ohio State University
13 and the university does not reimburse expenses for meals
14 between ourselves, and then the answer continues.
15     Did I read that correctly?
16 A.  You did.
17 Q.  Professor.
18 A.  It's written right there.
19 Q.  Thank you.
20     THE COURT: I just need to know. I'm trying to follow
21 along, Mr. Fox is this question about Dr. Huang.
22     MR. FOX: No.
23     THE COURT: I just want to make sure I understood
24 because I thought that was the premise to your question.
25 Q.  Thank you. You were having dinner with a student,

1   correct?

2   A.   Correct.

3   Q.   Who was the student?

4   A.   The student was Dr. Huang.

5   Q.   Okay.  Thank you.

6        THE COURT:  So that was Dr. Huang you were talking
7   about?

8        THE WITNESS:  Yes, it is.  It is.

9   Q.   Thank you.  And you are referring to her as an employee,
10  correct?

11  A.   Both affiliated and receive some form of a paycheck from
12  the Ohio State University --

13  Q.   You are referred to her as a employee, yes or no?

14  A.   I did.  It's written right there.  I used that word.

15  Q.   What were her duties as graduate research assistant?

16  A.   Well, she was a graduate fellow for the first three
17  years, but her duties as a Ph.D. student funded by a graduate
18  fellowship --

19       THE COURT:  Let's be careful.  We'll be here a long
20  time.  His question was not about what her duties were as a
21  graduate fellow.  The question was what were her duties as a
22  graduate research assistant?

23       THE WITNESS:  Her duties as a graduate research
24  assistant were to conduct work on a project that was funded by
25  a grant from the Ford Motor Company, and to participate in