United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-                                                    Case No. 2:19-cv-1976

Ohio State University et al.

## COURTROOM MINUTES
### Jury Trial Day 6

| U.S. District Judge Sarah D. Morrison | | Date:   9/152025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Court convened at 9:00 a.m.
Defense Counsel Christina Corl called Giorgio Rizzoni, PhD, to the stand on direct, who testified to Def Exh. M, N.
Plaintiff counsel Bruce Fox on cross with Dr. Rizzoni, who testified to Plaintiff Exh. 81.
Defense counsel Corl redirect of Rizzoni.
Defense counsel Corl called Mrinal Kumar, PhD on direct examination.
Plaintiff counsel Fox on cross examination with Dr. Kumar.
Defense counsel Corl on called witness David Cook on direct examination.
Plaintiff counsel Fox on cross with Mr. Cook.
Defense counsel called witness Jung Hyun Kim, PhD, who testified to Defense Exh. D.
Plaintiff counsel Fox on cross with Dr. Kim who testified to Plaintiff Exh. 108.
Defense Counsel Corl called Adithya Jayakumar, PhD, on direct examination.
Plaintiff counsel Fox on cross with Dr. Jayakumar.
Defense counsel Corl on redirect with Jayakumar.
Defense counsel Corl moved the following Defense Exh. into evidence: A, C, D, F, J, K, L, M, O, P.
Defense counsel Corl called Matthew Page, PhD on direct examination, who testified to Plaintiff Exh 133
Plaintiff Counsel Andrew Horowitz on cross with Dr. Page.
Defense counsel Corl called Maryn Weimer on direct examination, who testified to Defense Exh. M
Plaintiff counsel Fox on cross with Ms. Weimer.
Defense counsel Corl rested.
Plaintiff counsel Fox called Meng Huang, PhD, on redirect.
Defense counsel Corl on re-cross of Dr. Huang.
Plaintiff counsel Fox on redirect of Huang.
Plaintiff counsel Fox gave closing arguments.
Defense counsel Corl gave closing arguments.
Plaintiff causel Fox gave rebuttal arguments.
The Court charged the Jury on the SPECIAL VERDICT FORM FOR FIRST DELIBERATION.
The jury deliberated from 3:30 pm – 5:00 pm
The jury was released at 5:00 pm.
The jury will reconvene on 9/16 at 9:00 a.m. to continue deliberation.