United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-                                                                    Case No. 2:19-cv-1976

Ohio State University et al.

## COURTROOM MINUTES
### Jury Trial Day 7

| U.S. District Judge Sarah D. Morrison | | Date:   9/16/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Court opened at 9:00 a.m.
The jury met at 9:00 a.m. and continued to deliberate.
While the Jury was out, the Court ruled on two Defense motions on lost wages:
1. Delayed Graduation: The Defendants objected to the Plaintiff's argument that her graduation was delayed by 18 months. The Court GRANTED the Defendant's motion. The Plaintiff has not proven these damages by a reasonable degree of certainty.
2. Lost Wages from July 2023 to the present. The Defendants objected to the argument that the Plaintiff has not been able to work since July 2023. The Court GRANTED the Defendants' motion. The Court further bars the Plaintiff from making closing argument as to her lost wages damages.

The jury returned a unanimous verdict at 11:15 a.m. on the Special Verdict: for the Defendant.
The Court RULED AS A MATTER OF LAW that the Plaintiff was not an employee of the Defendant between 2014 and 2017.
Plaintiff counsel Bruce Fox presented closing arguments on the second deliberation.
Defense counsel Christina Corl gave closing arguments on the second deliberation.
Plaintiff counsel Fox on rebuttal closing.
The Court charged the jury.
The jury began their second deliberation at 3:00 p.m.
The jury was dismissed at 4:45 and will reconvene deliberations at 9:00 a.m. on 9/17/2025.