UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MENG HUANG,

        Plaintiff, :

v.                          Case No. 2:19-cv-1976
                                   Chief Judge Sarah D. Morrison

OHIO STATE UNIVERSITY, *et al.*, :

        Defendants.

## SPECIAL VERDICT FORM

Please answer the question below:

(Check applicable answer).

    Did Ohio State University or its agent Dr. Rizzoni have the right to control the manner and means by which Dr. Huang accomplished her work from August 2014 to August 2017?

    _____ YES    \_\_✗\_\_ NO

*[Juror signatures on following page]*

25

All jurors must agree to the special verdict.

We render our special verdict upon the agreement of those members who have signed below. Each juror signing his or her name below agrees with this special verdict.

[signature redacted]
Foreperson's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

[signature redacted]
Juror's signature

Dated: 9-16-2025