# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MENG HUANG, | : | |
|     Plaintiff, | : | |
| | : | CASE NO. 2:19-cv-1976 |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| THE OHIO STATE UNIVERSITY, ET AL | : | |
|     Defendant. | : | |

# ORDER

The Court is hereby ORDERED to provide meals to the Jury in this case during deliberations.

IT IS SO ORDERED

s/ Sarah D. Morrison

_____

UNITED STATES DISTRICT JUDGE