United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Meng Huang

-vs-                                        Case No. 2:19-cv-1976

Ohio State University et al.

COURTROOM MINUTES
Jury Trial Day 8

| U.S. District Judge Sarah D. Morrison | | Date: 9/16/2025 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | Bruce Fox, Andrew Horowitz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christina Corl |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Court opened at 9:00 a.m.
The jury met at 9:00 a.m. and continued to deliberate.
The jury was dismissed at 4:45 and will reconvene deliberations at 9:00 a.m. on 9/18/2025.