UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MENG HUANG,

        Plaintiff,    :

  v.                                 Case No. 2:19-cv-1976
                                      Chief Judge Sarah D. Morrison

**OHIO STATE UNIVERSITY,** *et al.*,    :

        Defendants.

## VERDICT FORM

1. On Meng Huang's 42 U.S.C. § 1983 claim against Giorgio Rizzoni for violation of her Fourteenth Amendment right to bodily integrity under the United States Constitution, we find for (check one)

   \_\_\_\_\_ Meng Huang, or

   \_**X**\_ Giorgio Rizzoni

2. *Complete the following only if the above finding in question number 1 is for Meng Huang.*

State the total amount of compensatory damages imposed upon Giorgio Rizzoni:

$ _____

[*Juror signatures on following page*]

14

All jurors must agree to the verdict.

We render our verdict upon the agreement of those members who have signed below. Each juror signing his or her name below agrees with this verdict.



Dated: 9-18-25

15