AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

| | | |
|---|---|---|
| Meng Huang | ) | |
| v. | ) | Case No.: 2:19-cv-1976 |
| The Ohio State University, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on **09/18/2025** against **Plaintiff** ,
<span style="font-size:smaller">Date</span>
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,141.80 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 19,141.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service      [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:

Name of Attorney: **/s/ Christina L. Corl**

For: **Christina L. Corl**                    Date: **09/23/2025**

*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...     Reset

# INVOICE



## Planet **Depos**
We Make it happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339797 | 8/11/2020 | 304295 |
| **Job Date** | **Case No.** | |
| 6/25/2020 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- OSU/ Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH  43215

---

| TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Kristi M. Hoge | 337.00 Pages | 1,179.50 |
| Exhibits | 248.00 Pages | 99.20 |
| Processing Fee | | 40.00 |
| | **TOTAL DUE >>>** | **$1,318.70** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH  43215

| Invoice No. | : | 339797 |
|---|---|---|
| Invoice Date | : | 8/11/2020 |
| **Total Due** | : | **$1,318.70** |

Remit To:   **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD  21264-9136**

| Job No. | : | 304295 |
|---|---|---|
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:19-CV-01976-JLG-CMV |
| Case Name | : | Huang -v- OSU/ Rizzoni |

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH  43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6324 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/02/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/02/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio  43215 | Columbus, Ohio  43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-325 | Huang vs OSU | JT Parish |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/27/2020 | Certified Transcript of Giorgio Rizzoni, Ph.D., Volume II, total pages @ non-expedited rate | 159 | 3.10 | 492.90 |
| 10/27/2020 | Rough Draft of transcript of Giorgio Rizzoni, Ph.D., total pages | 145 | 1.75 | 253.75 |
| 10/27/2020 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 435 | 0.75 | 326.25 |

PLEASE NOTE OUR EIN # 47-5312905.  PLEASE make note of this in
your records and apply to all payments

**BALANCE DUE**

**$1,072.90** ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting.  We Sincerely appreciate your
business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6343 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/09/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/09/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-322 | Huang vs OSU | Diane Schad |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/26/2020 | Certified Transcript of Giorgio Rizzoni, Ph.D., Volume II, total pages @ non-expedited rate | 212 | 3.10 | 657.20 |
| 10/26/2020 | Rough Draft of transcript of Giorgio Rizzoni, Ph.D., total pages | 204 | 1.75 | 357.00 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in
your records and apply to all payments

**BALANCE DUE**

**$1,014.20**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your
business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6354 |
| Plunkett Cooney | Plunkett Cooney | DATE 11/12/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 11/12/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-343 | Huang vs OSU | Caryl Blevins |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/05/2020 | Original Transcript of Jonathan Parry, total pages @ non-expedited rate | 262 | 3.10 | 812.20 |
| 11/05/2020 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 198 | 0.75 | 148.50 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in your records and apply to all payments

**BALANCE DUE**  **$960.70**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

# INVOICE



## Planet **Depos**
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 371109 | 12/10/2020 | 328349 |
| **Job Date** | **Case No.** | |
| 11/10/2020 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dyche Anderson | 156.00 | Pages | 475.80 |
| Exhibits | 53.00 | Pages | 21.20 |
| Processing Fee | | | 40.00 |
| | **TOTAL DUE >>>** | | **$537.00** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 371109 |
| Invoice Date | : | 12/10/2020 |
| Total Due | : | $537.00 |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | | |
|---|---|---|
| Job No. | : | 328349 |
| BU ID | : | 38-PIT-R |
| Case No. | : | 2:19-CV-01976-JLG-CMV |
| Case Name | : | Huang -v- Ohio State University and Rizzoni |

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6437 |
| Plunkett Cooney | Plunkett Cooney | DATE 12/28/2020 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 12/28/2020 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 20-382 | Huang vs OSU | JT Parish |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/10/2020 | Certified Transcript of Maryn Weimer, total pages @ regular rate | 194 | 3.10 | 601.40 |

PLEASE NOTE OUR EIN # 47-5312905. PLEASE make note of this in
your records and apply to all payments

**BALANCE DUE**

**$601.40** ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your
business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Case: 2:19-cv-01976-JLG-CMV Doc #: 295 ...

# INVOICE



## Planet **Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 372804 | 12/31/2020 | 335706 |

| Job Date | Case No. | |
|---|---|---|
| 12/3/2020 | 2:19-CV-01976-JLG-CMV | |

| Case Name | | |
|---|---|---|
| Huang -v- Ohio State University and Rizzoni | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kellie Brennan | 211.00 | Pages | 643.55 |
| Exhibits | 309.00 | Pages | 123.60 |
| Processing Fee | | | 40.00 |
| | TOTAL DUE >>> | | $807.15 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within
30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| Invoice No. | : | 372804 |
|---|---|---|
| Invoice Date | : | 12/31/2020 |
| **Total Due** | **:** | **$807.15** |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| Job No. | : | 335706 |
|---|---|---|
| BU ID | : | 3B-PIT-R |
| Case No. | : | 2:19-CV-01976-JLG-CMV |
| Case Name | : | Huang -v- Ohio State University and Rizzoni |

Case: 2:19-cv-01976-JLG-CMV Doc #: 200 Filed:



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 380834 | 2/8/2021 | 345476 |
| Job Date | Case No. | |
| 1/15/2021 | 2:19-CV-01976-JLG-CMV | |
| Case Name | | |
| Huang -v- Ohio State University and Rizzoni | | |
| Payment Terms | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Brant Thomas | 47.00 | Pages | 143.35 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Jim Giuliani | 35.00 | Pages | 106.75 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Megan Lawther | 36.00 | Pages | 109.80 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Matt Page | 53.00 | Pages | 161.65 |
| Exhibits | 295.00 | Pages | 118.00 |
| Processing Fee | 1.00 | | 40.00 |
| | TOTAL DUE >>> | | $679.55 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.    : 380834
Invoice Date  : 2/8/2021
**Total Due**     : **$679.55**

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 69136**
           **Baltimore, MD 21264-9136**

Job No.      : 345476
BU ID        : 38-PIT-R
Case No.     : 2:19-CV-01976-JLG-CMV
Case Name    : Huang -v- Ohio State University and Rizzoni

Case: 2:19-cv-01976-JLG-CMV Doc #: 206 Filed: ~~~~~~

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

**BILL TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

**SHIP TO**
Christina L. Corl
Plunkett Cooney
300 East Broad Street
Suite 590
Columbus, Ohio 43215

INVOICE # 6511
DATE 02/18/2021
DUE DATE 02/18/2021
TERMS Due on receipt

| JOB # | IN RE: | COURT REPORTER |
|-------|--------|----------------|
| 21-009 | Huang vs OSU | Susan Gee |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 01/14/2021 | Original Transcript of Kristi Hoge, total pages @ regular rate | 129 | 3.10 | 399.90 |
| 01/14/2021 | Exhibits scanned to PDF and emailed, total pages @ .75 per page | 127 | 0.75 | 95.25 |

PLEASE NOTE OUR EIN # 47-5312905.  PLEASE make note of this in
your records and apply to all payments

**BALANCE DUE**     **$495.15**

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting. We Sincerely appreciate your
business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Case: 2:19-cv-01976-JLG-CMV Doc #: 208 Filed: 03/03/20



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384278 | 2/23/2021 | 349254 |
| Job Date | Case No. | |
| 1/29/2021 | 2:19-CV-01976-JLG-CMV | |
| Case Name | | |
| Huang -v- Ohio State University and Rizzoni | | |
| Payment Terms | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Adithya Jayakumar | 196.00 | Pages | 597.80 |
| Exhibits | 5.00 | Pages | 2.00 |
| Processing Fee | 1.00 | | 40.00 |
| | TOTAL DUE >>> | | $639.80 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.   : 384278
Invoice Date  : 2/23/2021
**Total Due**     : **$639.80**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.    : 349254
BU ID      : 38-PIT-R
Case No.   : 2:19-CV-01976-JLG-CMV
Case Name  : Huang -v- Ohio State University and Rizzoni

Case: 2:19-cv-01976-JLG-CMV Doc #: 208 Filed: 05/05/20 Pg

Thornsberry Reporting, LLC
829 Bethel Road, Suite 129
Columbus, OH 43214
(614)519-2844
Laura@ThornsberryReporting.com
www.ThornsberryReporting.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Christina L. Corl | Christina L. Corl | INVOICE # 6523 |
| Plunkett Cooney | Plunkett Cooney | DATE 02/25/2021 |
| 300 East Broad Street | 300 East Broad Street | DUE DATE 02/25/2021 |
| Suite 590 | Suite 590 | TERMS Due on receipt |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 | |

| JOB # | IN RE: | COURT REPORTER |
|---|---|---|
| 21-065 | Huang vs OSU | Laura Thornsberry |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/23/2021 | Certified Transcript of Giorgio Rizzon, Ph.D., total pages @ non-expedited rate | 120 | 3.10 | 372.00 |
| 02/23/2021 | Exhibits to Giorgio Rizzoni, Ph.D., and Kristi Hoge, scanned to PDF and emailed, total pages @ .75 per page | 107 | 0.75 | 80.25 |

PLEASE NOTE OUR EIN # 47-5312905.  PLEASE make note of this in
your records and apply to all payments

**BALANCE DUE**          **$452.25** ✓

PLEASE INCLUDE INVOICE # ON PAYMENTS to ensure proper credit
and MAIL ALL INVOICES to the BETHEL ROAD Address above.
Thank You for using Thornsberry Reporting.  We Sincerely appreciate your
business!

SCHEDULE YOUR ZOOM VIDEOCONFERENCE DEPOSITION NOW!
Our Zoom Account is HIPAA Compliant and Secure
www.thornsberryreporting.com

Case: 2:19-cv-01976-JLG-CMV Doc #: 208 Filed: 03/03/20

# INVOICE

1 of 1



## Planet Depos
We Make it Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384823 | 3/4/2021 | 345920 |
| **Job Date** | **Case No.** | |
| 1/27/2021 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Meng Huang | | | 2,020.95 |
| Attendance | 8.00 | | 520.00 |
| Evening Attendance | 3.50 | | 332.50 |
| Exhibits | 204.00 | Pages | 81.60 |
| Processing Fee | 1.00 | | 40.00 |
| | TOTAL DUE  >>> | | $2,995.05 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.   : 384823
Invoice Date  : 3/4/2021
**Total Due**    : **$2,995.05**

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

Job No.    : 345920
BU ID      : 21-OOT-R
Case No.   : 2:19-CV-01976-JLG-CMV
Case Name  : Huang -v- Ohio State University and Rizzoni

Case: 2:19-cv-01976-JLG-CMV Doc #: 268 Filed: 03/03/20

# I N V O I C E

1 of 1



**Planet Depos**
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389328 | 3/4/2021 | 345922 |

| Job Date | Case No. |
|---|---|
| 1/27/2021 | 2:19-CV-01976-JLG-CMV |

| Case Name | | |
|---|---|---|
| Huang -v- Ohio State University and Rizzoni | | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

VIDEOCONFERENCING SERVICES:

Meng Huang - MVC  0.00

| | | |
|---|---|---|
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 6.50 Hours | 643.50 |
| Mobile Videoconference - Subsequent Hour - After Hour | 3.50 Hours | 525.00 |
| **TOTAL DUE >>>** | | **$1,463.50** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289    Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30
days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No. : 389328
Invoice Date : 3/4/2021
**Total Due : $1,463.50**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No. : 345922
BU ID : 28-MVC
Case No. : 2:19-CV-01976-JLG-CMV
Case Name : Huang -v- Ohio State University and Rizzoni

Case: 2:19-cv-01976-JLG-CMV Doc #: 200 Filed: 02/25/21

# INVOICE

1 of 1



## Planet **Depos**
*We Make it Happen*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 388832 | 3/10/2021 | 350214 |
| **Job Date** | **Case No.** | |
| 2/25/2021 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:
    Vishwanath Subramaniam

| | | | |
|---|---|---|---|
| | 97.00 | Pages | 295.85 |
| Exhibits | 43.00 | Pages | 17.20 |
| Processing Fee | 1.00 | | 40.00 |
| | **TOTAL DUE >>>** | | **$353.05** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:  1048289       Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

Invoice No.  : 388832
Invoice Date  : 3/10/2021
**Total Due**  : **$353.05**

Remit To: **Planet Depos, LLC**
       **P.O. BOX 69136**
       **Baltimore, MD 21264-9136**

Job No.    : 350214
BU ID     : 38-PIT-R
Case No.   : 2:19-CV-01976-JLG-CMV
Case Name  : Huang -v- Ohio State University and Rizzoni

# INVOICE

1 of 1



## Planet **Depos**
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 394560 | 4/6/2021 | 357175 |
| **Job Date** | **Case No.** | |
| 3/12/2021 | 2:19-CV-01976-JLG-CMV | |
| **Case Name** | | |
| Huang -v- Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christina L. Cori, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Lauren Rikleen | 133.00 | Pages | 663.67 |
| Attendance | 3.00 | | 195.00 |
| Exhibits | 74.00 | Pages | 29.60 |
| Processing Fee | 1.00 | | 40.00 |
| | TOTAL DUE  >>> | | **$928.27** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289          Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Cori, Esquire
Plunkett Cooney, P.C.
300 East Broad Street
Suite 590
Columbus, OH 43215

| | |
|---|---|
| Invoice No. | : 394560 |
| Invoice Date | : 4/6/2021 |
| **Total Due** | : **$928.27** |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 357175 |
| BU ID | : 21-OOT-R |
| Case No. | : 2:19-CV-01976-JLG-CMV |
| Case Name | : Huang -v- Ohio State University and Rizzoni |



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1981970
## Deposition - Ruochen Yang (Sep 3, 2025)

## Bill to

ATTN: Christina Corl
Plunkett Cooney PC
716 Mt. Airyshire
Suite 150
Columbus, OH 43235

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** MENG HUANG v THE OHIO STATE UNIVERSITY et al.

**Case number:** 2:19-cv-01976-SDM-CMV

**Job Id:** 1942594

**Invoice date:** 9/8/2025

**Terms:** Net 30

**Due date:** 10/8/2025

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Expedited Legal Support Services (Expedited Certified Copy Transcripts) | | $374.68 | 1 | $374.68 |
| | | | **Total** | $374.68 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | $374.68 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/bwp13pgb

Please make checks payable to Steno.

# INVOICE

1 of 1



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 784209 | 9/8/2025 | 597878 |
| **Job Date** | **Case No.** | |
| 9/5/2025 | 2:19-CV-01976-JLG-CMV | |
| **Client and Case Name** | | |
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Vishnu-Baba Sundaresan | 69.00 | Pages | 810.75 |
| Attendance | 2.00 | | 150.00 |
| Exhibits | 8.00 | Pages | 4.40 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,109.15** |
| | AFTER 10/8/2025 PAY | | $1,164.61 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

Invoice No.    : 784209
Invoice Date   : 9/8/2025
**Total Due**      : **$1,109.15**
AFTER 10/8/2025 PAY $1,164.61

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 597878
BU ID        : *21-OOT
Case No.     : 2:19-CV-01976-JLG-CMV
Case Name    : Huang -v- The Ohio State University and Rizzoni

# INVOICE

1 of 1

 **Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 784210 | 9/8/2025 | 597878 |
| **Job Date** | **Case No.** | |
| 9/5/2025 | 2:19-CV-01976-JLG-CMV | |
| **Client and Case Name** | | |
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University and Rizzoni | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Dr. Vishnu-Baba Sundaresan - VIDEO

| | | |
|---|---|---|
| Set-up and 1st hour | 1.00 | 395.00 |
| Subsequent Hours | 1.00 Hours | 150.00 |
| Synchronization | 1.50 Hours | 75.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE >>>** | | **$669.00** |
| AFTER 10/8/2025 PAY | | $702.45 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

| | |
|---|---|
| Invoice No. | : 784210 |
| Invoice Date | : 9/8/2025 |
| **Total Due** | **: $669.00** |
| AFTER 10/8/2025 PAY $702.45 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 597878 |
| BU ID | : *21-OOT |
| Case No. | : 2:19-CV-01976-JLG-CMV |
| Case Name | : Huang -v- The Ohio State University and Rizzoni |


**Planet Depos**

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 784607 | 9/8/2025 | 597878 |

| Job Date | Case No. |
|---|---|
| 9/5/2025 | 2:19-CV-01976-JLG-CMV |

| Client and Case Name |
|---|
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University and Rizzoni |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

VIDEOCONFERENCING SERVICES:
Dr. Vishnu-Baba Sundaresan - MVC
Mobile Videoconference - 2 Hour Minimum

| | |
|---|---|
| 1.00 | 295.00 |
| **TOTAL DUE >>>** | **$295.00** |
| AFTER 10/8/2025 PAY | $309.75 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

| | |
|---|---|
| Invoice No. | : 784607 |
| Invoice Date | : 9/8/2025 |
| **Total Due** | **: $295.00** |
| AFTER 10/8/2025 PAY $309.75 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 597878 |
| BU ID | : *21-OOT |
| Case No. | : 2:19-CV-01976-JLG-CMV |
| Case Name | : Huang -v- The Ohio State University and Rizzoni |

# INVOICE

1 of 1



## Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 781739 | 9/2/2025 | 597479 |
| **Job Date** | **Case No.** | |
| 8/26/2025 | 2:19-CV-1976 | |
| **Client and Case Name** | | |
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

EXPEDITED TRANSCRIPT WITH INDEX OF:

| Dr. Yann Guezennec | 99.00 | Pages | 1,039.50 |
|---|---|---|---|
| Attendance | 2.00 | | 150.00 |
| Exhibits | 6.00 | Pages | 3.30 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE  >>>** | | **$1,336.80** |
| | AFTER 10/2/2025  PAY | | $1,403.64 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

Invoice No.    : 781739
Invoice Date  : 9/2/2025
**Total Due**     : **$1,336.80**
AFTER 10/2/2025  PAY  $1,403.64

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 597479
BU ID        : *21-OOT
Case No.     : 2:19-CV-1976
Case Name    : Huang -v- The Ohio State University, et al.

# INVOICE

1 of 1



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 782715 | 9/2/2025 | 597479 |
| **Job Date** | **Case No.** | |
| 8/26/2025 | 2:19-CV-1976 | |
| **Client and Case Name** | | |
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

VIDEOCONFERENCING SERVICES:
  Dr. Yann Guezennec - MVC

| | | |
|---|---|---|
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 0.50 Hours | 49.50 |
| | **TOTAL DUE >>>** | **$344.50** |
| | AFTER 10/2/2025 PAY | $361.73 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

| | |
|---|---|
| Invoice No. | : 782715 |
| Invoice Date | : 9/2/2025 |
| **Total Due** | **: $344.50** |
| AFTER 10/2/2025  PAY  $361.73 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 597479 |
| BU ID | : *21-OOT |
| Case No. | : 2:19-CV-1976 |
| Case Name | : Huang -v- The Ohio State University, et al. |

# I N V O I C E

1 of 1



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 781740 | 9/2/2025 | 597479 |
| **Job Date** | **Case No.** | |
| 8/26/2025 | 2:19-CV-1976 | |
| **Client and Case Name** | | |
| Plunkett Cooney, P.C. (Columbus) - Huang -v- The Ohio State University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Dr. Yann Guezennec - VIDEO

| | | |
|---|---|---|
| Set-up and 1st hour | 1.00 | 395.00 |
| Subsequent Hours | 1.00 Hours | 150.00 |
| Synchronization | 2.00 Hours | 100.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE >>>** | | **$694.00** |
| AFTER 10/2/2025 PAY | | $728.70 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Christina L. Corl, Esquire
Plunkett Cooney, P.C. (Columbus)
716 Mt. Airyshire Blvd.
Suite 150
Columbus, OH 43235

| | |
|---|---|
| Invoice No. | : 781740 |
| Invoice Date | : 9/2/2025 |
| **Total Due** | **: $694.00** |
| AFTER 10/2/2025 PAY $728.70 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 597479 |
| BU ID | : *21-OOT |
| Case No. | : 2:19-CV-1976 |
| Case Name | : Huang -v- The Ohio State University, et al. |