AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Meng Huang | ) |
| *Plaintiff* | ) |
| v. | ) |
| Ohio State University | ) |
| *Defendant* | ) |

Civil Action No.    2:19-cv-1976

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of   0.00   %, plus post judgment interest at the rate of   0.00   % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   The Jury found for the Defendant, Giorgio Rizzoni on 9/18/2025. _____
_____ .

This action was *(check one)*:

☒ tried by a jury with Judge _____ Sarah D. Morrison _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
.
_____ .

Date:    10/08/2025

CLERK OF COURT

s/Maria Rossi Cook
_____
*Signature of Clerk or Deputy Clerk*